UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION<br>_____/ | No. M 02-1486 PJH<br><br>**NOTICE AND ORDER SETTING HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on defendant Hynix Semiconductor, Inc.'s motions to dismiss for lack of personal jurisdiction in <u>Elias v. Micron</u> (C 05-0475 PJH), <u>Weisburgh v. Micron</u> (C 05-1227 PJH), <u>Kinkade v. Micron</u> (C 05-1883 PJH), <u>Greene v. Elpida</u> (C 05-1884 PJH), and <u>Kongkham v. Micron</u> (C 05-2013 PJH), has been set for September 14, 2005, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, to be heard in conjunction with the 13 other motions to dismiss that have been filed to date.

The parties opposing the motions shall file one consolidated opposition brief no later than August 17, 2005, and the moving parties shall file one consolidated reply no later than August 24, 2005.

IT IS SO ORDERED.

Dated: June 6, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge