HULETT HARPER STEWART LLP
DENNIS STEWART, SBN: 99152
JENNIFER A. KAGAN, SBN: 234554
550 West C Street, Suite 1600
San Diego, CA  92101
Telephone:      (619) 338-1133
Facsimile:       (619) 338-1139
e-mail: dstewart@hulettharper.com

GUSTAFSON GLUEK PLLC
DANIEL E. GUSTAFSON
RENAE D. STEINER
725 Northstar East
608 Second Avenue South
Minneapolis, MN  55402
Telephone:      (612) 333-8844
Facsimile:       (612) 339-6622
e-mail: dgustafson@gustafsongluek.com
            rsteiner@gustafsongluek.com

Attorneys for Plaintiffs Kinkade, Kaplan and Microprocessor

DURRETTE BRADSHAW PLC
WYATT B. DURRETTE, JR.
Main Street Centre
Twentieth Floor
600 East Main Street
Richmond, VA  23219
Telephone:      (804) 775-6900
Facsimile:       (804) 775-6911
e-mail: wdurrette@durrettebradshaw.com

Attorneys for Plaintiff Greene

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | MASTER FILE NO. M-02-1486 PJH<br><br>MDL NO. 1486 |
| This Document Relates To:<br><br>*Kinkade, et al., v. Micron Technology, Inc., et al.,* (3:05-cv-01883-PJH)<br><br>*Kaplan v. Micron Technology, Inc., et al.,* (Transferred from M.D.N.C. on June 23, 2005)<br><br>*Microprocessor Designs, Inc. v. Micron Technology, Inc., et al.,* (Transferred from D. Vt. on June 23, 2005)<br><br>*Greene v. Micron Technology, Inc., et al.,* (3:05-cv-01884-PJH) | **JOINT APPLICATION FOR RELIEF FROM AMENDED PRETRIAL ORDER NO. 1**<br><br>CTRM:     3, 17th Floor<br>JUDGE:    Honorable Phyllis J. Hamilton |

Plaintiffs Mike Kinkade ("Kinkade"), Leonard M. Kaplan ("Kaplan") and Microprocessor Designs, Inc. ("Microprocessor"), representative plaintiffs in DRAM indirect purchaser actions originally filed in state court and then removed and transferred from Tennessee, North Carolina and Vermont, respectively, file this Joint Application for Relief from the Amended Pretrial Order No. 1, entered by this Court on May 1, 2003. This Application collectively refers to Kinkade, Kaplan, Microprocessor, and Greene as "Indirect Plaintiffs."

Pursuant to Amended Pretrial Order 1, paragraph 2(b), all subsequently filed or transferred cases are subject to the terms of that Order unless the new party objects to its application within 10 days after it is served on the new party.

On June 21, 2005, Plaintiffs Kinkade, Kaplan and Microprocessor were served with PTO No. 1. Plaintiff Greene has not been served with PTO No. 1, and pursuant to paragraph 3 of that PTO, is currently under no obligation to seek relief from it. Nevertheless, to conserve party and Court resources, plaintiff Greene joins plaintiffs Kinkade, Kaplan and Microprocessor in this Joint Application for Relief from the Amended Pretrial Order No. 1.

## I.   PROCEDURAL HISTORY

The *Kinkade* action was originally filed in Tennessee state court. Defendants removed the *Kinkade* case and plaintiff properly filed his motion to remand, but the case was transferred to this Court before the district court in Tennessee ruled on the motion.

The *Kaplan* action was originally filed in North Carolina state court. Defendants removed the *Kaplan* case and plaintiff properly filed his motion to remand, but the case was transferred to this Court before the district court in North Carolina ruled on the motion.

The *Microprocessor* action was originally filed in Vermont state court. Defendants removed the *Microprocessor* case. The case was then transferred to this Court.

As the Court may recall from letters submitted by counsel for the defendants and the Indirect Plaintiffs, these parties are in the process of working towards an agreement on scheduling and management of the indirect purchaser actions that have come before this Court.

One June 2, 2005, pursuant to prior agreement between counsel, the various defendants answered or filed motions to dismiss in response to the Indirect Plaintiffs' complaints. Defendant

Samsung then provided the Indirect Plaintiffs with notice on June 21, 2005 that the *Kinkade*, *Kaplan* and *Microprocessor* cases were to be consolidated with the direct purchaser actions pending in the MDL. Accordingly, pursuant to the terms of the Amended Pretrial Order No. 1, the Indirect Plaintiffs were required to seek relief from that Order by July 1, 2005.

On June 6, 2005 this Court entered a Notice and Order Setting Hearing in which this Court has directed the Indirect Plaintiffs in the *Kinkade* action to file a consolidated brief in opposition to the motions to dismiss by no later than August 17, 2005.

## II.  ARGUMENT

The interests of indirect purchaser plaintiffs are distinct from the interests of direct purchaser plaintiffs. To the extent any indirect purchaser cases remain before this Court after remand motions are considered, counsel who represent the interests of these separate classes of plaintiffs should determine how these cases are prosecuted. The direct purchasers' counsel's priorities and concerns are different from those of the indirect purchasers. For example, as indirect purchasers, Indirect Plaintiffs will be presenting a methodology at the class certification stage to demonstrate that at trial, plaintiffs will be able to prove damage at the consumer level that emanates from defendants' conspiracy. Conversely, the direct purchaser plaintiffs do not have this burden given that their injury would occur at the initial sale of the product at issue. Because of the additional proof hurdles faced by indirect purchasers, the indirect cases will necessarily focus on economic evidence from both the defendants and third parties that is different from evidence to be sought in the direct cases. Moreover, the Indirect Plaintiffs will retain their own experts to consider the sales data and other economic evidence regarding downstream markets for DRAM and to present damages models separate from the model presented in the direct purchaser action.[1]

Also, as the Court has now come to know, the Indirect Plaintiffs are facing pleading issues unique to them. They face motions to dismiss on standing and personal jurisdiction grounds with which the direct purchasers need not concern themselves. Counsel representing and retained by

---

[1] Consistent with this, class certification in indirect purchaser cases requires different discovery generally. Also, this discovery may vary from state to state. As such, counsel for the indirect plaintiffs are best suited to oversee the scheduling and management of class certification briefing and discovery.

1  indirect purchasers, with experience in prosecuting these state indirect purchaser actions, should be
2  responsible for supervising the opposition to these motions.

3       Lastly, counsel who were retained to represent the interests of indirect purchasers should
4  be solely involved in negotiations concerning settlement.  Just as co-lead counsel for the direct
5  purchaser class cannot control litigation or negotiate settlements for direct purchasers pursuing
6  individual actions (such as the OEMs in this instance), they cannot control the litigation of the
7  indirect purchasers and direct the litigation or negotiate settlements for these distinct cases and
8  classes.  Indeed, the Amended Pretrial Order No. 1 already suggests that such a situation would be
9  improper.  *See* Amended Pretrial Order No. 1 at 5 (limiting co-lead counsel's authority to
10 settlement negotiations "on behalf of plaintiffs and *the putative class*") (emphasis added).

### III.     CONCLUSION

12      For these reasons, applying the current leadership structure to the new indirect cases before
13 this Court would tax the resources of already busy co-lead counsel, would threaten the interests of
14 indirect purchasers, and would be improper.  Accordingly, counsel for the Indirect Plaintiffs seek
15 relief from application of the Amended Pretrial Order No. 1 to the extent it purports to place the
16 management and prosecution of the indirect purchaser actions under the control of co-lead counsel
17 for the direct purchaser class action.  As the earlier letters to the Court represent, counsel for the
18 indirect purchaser actions are already conferring with the defendants to establish separate case
19 management for these cases.  Such a structure and management plan will take into consideration
20 the overlap of issues among the two groups of cases, but will also recognize the differences and
21 ensure that the indirect purchaser plaintiffs are represented by separate counsel of their choosing.

22 DATED:  July 1, 2005                HULETT HARPER STEWART LLP
                                       DENNIS STEWART
23                                     JENNIFER A. KAGAN
24
25                                     */s/ Dennis Stewart*
                                       _____
26                                     DENNIS STEWART
27
28

| | |
|---|---|
| 1 | 550 West C Street, Suite 1600 |
| 2 | San Diego, CA  92101 |
|   | Telephone:     (619) 338-1133 |
| 3 | Facsimile:      (619) 338-1139 |
| 4 | GUSTAFSON GLUEK PLLC |
|   | DANIEL E. GUSTAFSON |
| 5 | RENAE D. STEINER |
| 6 | 725 Northstar East |
|   | 608 Second Avenue South |
| 7 | Minneapolis, MN  55402 |
|   | Telephone:     (612) 333-8844 |
| 8 | Facsimile:      (612) 339-6622 |
| 9 | Attorneys for Plaintiffs Kinkade, Kaplan and |
| 10 | Microprocessor |
| 11 | DURRETTE BRADSHAW PLC |
|   | WYATT B. DURRETTE, JR. |
| 12 | Main Street Centre |
| 13 | Twentieth Floor |
|   | 600 East Main Street |
| 14 | Richmond, VA  23219 |
|   | Telephone:     (804) 775-6900 |
| 15 | Facsimile:      (804) 775-6911 |
| 16 | Attorneys for Plaintiff Greene |

# PROOF OF SERVICE

*In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*
MDL NO.: 1486

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, State of California. My business address is: 550 West C Street, Suite 1600, San Diego, CA 92101.

That on July 1, 2005, I served the following document(s) entitled: **JOINT APPLICATION FOR RELIEF FROM AMENDED PRETRIAL ORDER NO. 1** on ALL INTERESTED PARTIES in this action:

**SEE ATTACHED SERVICE LIST**

☐ **BY MAIL:** By placing a true copy thereof in a sealed envelope addressed as above, and placing it for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence, pleadings, and other matters for mailing with the United States Postal Service. The correspondence, pleadings and other matters are deposited with the United States Postal Service with postage thereon fully prepaid in San Diego, California, on the same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY ELECTRONIC TRANSMISSION:** I caused the above-referenced document(s) to be transmitted electronically.

☒ **BY FAX:** I transmitted a copy of the foregoing document(s) this date via telecopier to the facsimile numbers shown on the attached service list. The facsimile machine I used reported no error and I caused the machine to print a transmission record of the transmission.

☐ **BY PERSONAL SERVICE:** I had such envelope delivered by hand where indicated.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 1, 2005, at San Diego, California.

*/s/ Anita Villanueva*
_____
ANITA VILLANUEVA

**PLAINTIFFS' COUNSEL**

| | |
|---|---|
| Michael Widener<br>BONNETT FAIRBOURN FRIEDMAN &<br>  BALINT PC<br>2901 N. Central Avenue, Suite 1000<br>Phoenix, AZ  85012<br>Telephone:     (602) 274-1100<br>Facsimile:      (602) 274-1199 | Van Bunch<br>BONNETT FAIRBOURN FRIEDMAN &<br>  BALINT PC<br>57 Carriage Hill<br>Signal Mountain, TN  37377<br>Telephone:     (423) 886-9736<br>Facsimile:      (423) 886-9730 |
| C. Dewey Branstetter, Jr.<br>James G. Stranch, IV<br>BRANSTETTER KILGORE STRANCH<br>  & JENNINGS<br>227 Second Avenue, N<br>Nashville, TN  37201<br>Telephone:     (615) 254-8801<br>Facsimile:      (615) 255-5419 | Gene J. Stonebarger<br>DAMRELL NELSON SCHRIMP PALLIOS<br>  PACHER & SILVA<br>1601 I Street, 5th Floor<br>Modesto, CA  95354<br>Telephone:     (209) 526-3500<br>Facsimile:      (209) 526-3534 |
| Wyatt B. Durrette<br>DURRETTEBRADSHAW PLC<br>Main Street Centre<br>Twentieth Floor<br>600 East Main Street<br>Richmond, VA  23219<br>Telephone:     (804) 775-6900<br>Facsimile:      (804) 775-6911 | Kenneth G. Gilman<br>GILMAN AND PASTOR LLP<br>60 State Street, 37th Floor<br>Boston, MA  02109<br>Telephone:     (617) 742-9700<br>Facsimile:      (617) 742-9701 |
| Bernard Persky<br>GOODKIND LABATON RUDOFF &<br>  SUCHAROW LLP<br>100 Park Avenue, 12th Floor<br>New York, NY  10017-5563<br>Telephone:     (212) 907-0700<br>Facsimile:      (212) 818-0477 | Philip H. Gordon<br>GORDON LAW OFFICES<br>623 West Hayes<br>Boise, ID  83702<br>Telephone:     (208) 345-7100<br>Facsimile:      (208) 345-0050 |
| Jeffrey A. Bartos<br>GUERRIERI EDMOND &<br>  CLAYMAN PC<br>1625 Massachusetts Avenue, NW,<br>Suite 700<br>Washington, DC  20036-2243<br>Telephone:     (202) 624-7400<br>Facsimile:      (202) 624-7420 | Steve W. Berman<br>Anthony D. Shapiro<br>Craig R. Spiegel<br>HAGENS BERMAN SOBOL SHAPIRO<br>LLP<br>1301 Fifth Avenue, Suite 2900<br>Seattle, WA  98101<br>Telephone:     (206) 623-7292<br>Facsimile:      (206) 623-0594 |
| Kevin B. Love<br>HANZMAN & CRIDEN PA<br>220 Alhambra Circle, Suite 400<br>Coral Gables, FL  33134<br>Telephone:     (305) 357-9000<br>Facsimile:      (305) 357-9050 | Hal D. Hardin<br>218 Third Avenue North<br>Nashville, TN  37201<br>Telephone:     (615) 369-3377<br>Facsimile:      (615) 369-3344 |

**PLAINTIFFS' COUNSEL (con't)**

| | |
|---|---|
| Christopher Lovell<br>LOVELL STEWART HALEBIAN LLP<br>500 Fifth Avenue<br>New York, NY  10110<br>Telephone:     (212) 608-1900<br>Facsimile:       (212)719-4677 | Steven J. Greenfogel<br>MEREDITH COHEN GREENFOGEL &<br>  SKIRNICK PC<br>117 South 17th Street, 22nd Floor<br>Architects Building<br>Philadelphia, PA  19103<br>Telephone:     (215) 564-5182<br>Facsimile:       (215) 569-0958 |
| Marvin A. Miller<br>MILLER FAUCHER AND CAFFERTY LLP<br>30 North LaSalle Street, Suite 3200<br>Chicago, IL  60602<br>Telephone:     (312) 782-4880<br>Facsimile:       (312) 782-4485 | Cecil S. Chung<br>PILLSBURY WINTHROP SHAW<br>  PITTMAN LLP<br>50 Fremont Street<br>San Francisco, CA  94105<br>Telephone:     (415) 983-1000<br>Facsimile:       (415) 983-1200 |
| Mark Reinhardt<br>Mark A. Wendorf<br>REINHARDT WENDORF & BLANCHFIELD<br>E-1250 First National Bank Building<br>332 Minnesota Street<br>St. Paul, MN  55101<br>Telephone:     (651) 287-2100<br>Facsimile:       (651) 287-2103 | Michael G. Nast<br>RODA & NAST PC<br>801 Estelle Drive<br>Lancaster, PA  17601<br>Telephone:     (717) 892-3000<br>Facsimile:       (717) 892-1200 |
| Stephen E. Connolly<br>SCHIFFRIN & BARROWAY LLP<br>280 King of Prussia Road<br>Radnor, PA  19087<br>Telephone:     (610) 667-7706<br>Facsimile:       (610) 667-7056 | Jeffrey J. Corrigan<br>John A. Macoretta<br>SPECTOR, ROSEMAN & KODROFF<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103<br>Telephone:     (215) 496-0300<br>Facsimile:       (215) 496-6611 |
| David Boies<br>Timothy D. Battin<br>Ian Otto<br>Christopher H. Skinner<br>STRAUS & BOIES LLP<br>10513 Braddock Rock<br>Fairfax, VA  22032<br>Telephone:     (703) 764-8700<br>Facsimile:       (703) 764-8704 | Mary Jane Edelstein<br>WOLF HALDENSTEIN ADLER<br>FREEMAN<br>  & HERZ LLP<br>55 West Monroe Street, Suite 1111<br>Chicago, IL  60603<br>Telephone:     (312) 984-0000<br>Facsimile:       (312) 984-0001 |
| Fred Taylor Isquith<br>WOLF HALDENSTEIN ADLER FREEMAN<br>  & HERZ LLP<br>270 Madison Avenue, 9th Floor<br>New York, NY  10016<br>Telephone:     (212) 545-4600<br>Facsimile:       (212) 686-0114 | James F. Wyatt, III<br>WYATT & BLAKE<br>435 East Morehead Street<br>Charlotte, NC  28202-2609<br>Telephone:     (704) 331-0767<br>Facsimile:       (704) 331-0773 |

**DEFENSE COUNSEL**

| | |
|---|---|
| Robert B. Humphreys<br>AKIN GUMP STRAUSS HAUER &<br>  FELD LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA  90067<br>Telephone:   (310) 229-1000<br>Facsimile:   (310) 229-1001 | David A. Donohoe<br>Steven A. Mansfield<br>Jonathan M. Jacobson<br>AKIN GUMP STRAUSS HAUER &<br>  FELD LLP<br>590 Madison Avenue<br>New York, NY 10022-2524<br>Telephone:   (212) 872-1000<br>Facsimile:   (212) 872-1002 |
| Ronald C. Redcay<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street<br>Los Angeles, CA  90017-2513<br>Telephone:   (213) 243-4000<br>Facsimile:   (213) 243-4199 | R. Dale Grimes<br>Matthew J. Sinback<br>David R. Esquivel<br>BASS BERRY & SIMS PLC<br>AmSouth Center<br>315 Deaderick Street, Suite 2700<br>Nashville, TN 37238-3001<br>Telephone:   (615) 742-6200<br>Facsimile:   (615) 742-6293 |
| Aton Arbisser<br>Tanja K. Shipman<br>KAYE SHOLER LLP<br>1999 Avenue of the Stars, Suite 1700<br>Los Angeles, CA  90067-6048<br>Telephone:   (310) 788-1000<br>Facsimile:   (310) 788-1200 | Eileen Barish<br>Jeffrey S. Davidson<br>Christopher J. Heck<br>Sarretta McDonough<br>KIRKLAND & ELLIS<br>777 South Figueroa Street, Suite 3400<br>Los Angeles, CA  90017<br>Telephone:   (213) 680-8400<br>Facsimile:   (213) 680-8500 |
| Tefft W. Smith<br>Karen Walker<br>KIRKLAND & ELLIS LLP<br>655 Fifteenth Street, NW<br>Washington, DC  20005<br>Telephone:   (202) 879-5000<br>Facsimile:   (202) 879-5200 | Ian Simmons<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone:   (202) 383-5300<br>Facsimile:   (202) 383-5414 |
| R. Jeffrey Behm<br>Debra L. Bouffard<br>SHEEHEY FURLONG & BEHM PC<br>30 Main Street<br>PO Box 66<br>Burlington, VT  05402-0066<br>Telephone:   (802) 864-9891<br>Facsimile:   (802) 864-6815 | Peter F. Burns<br>THELEN REID & PRIEST LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA  94105-3606<br>Telephone:   (415) 371-1200<br>Facsimile:   (415) 371-1211 |