NIALL E. LYNCH (CA Bar No. 157959)
NATHANAEL M. COUSINS (CA Bar No. 177944)
MAY Y. LEE (CA Bar No. 209366)
BRIGID S. BIERMANN (CA Bar No. 231705)
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone:  (415) 436-6660

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION<br><br>This Document Relates to: ALL ACTIONS | No.  M-02-1486-PJH<br>MDL No. 1486<br><br>Date:  July 14, 2005<br>Time:  2:30 p.m.<br>Court:  Hon. Phyllis J. Hamilton |

**STIPULATED PROTECTIVE ORDER LIMITING CERTAIN DISCOVERY**

1          Whereas the parties and intervenor the United States Department of Justice,
2   Antitrust Division, previously stipulated to certain discovery limitations pending completion of
3   grand jury proceedings and any resulting criminal trials in the DRAM antitrust investigation;
4          Whereas Judge Hamilton approved the "Stipulation and Order Limiting the Scope
5   of Discovery" by Order dated April 16, 2003;
6          Whereas Judge Hamilton at the most recent Case Management Conference (January
7   20, 2005), continued the Discovery Order until July 14, 2005, but expressed that the scope of
8   discovery should expand at that time;
9          Whereas the DRAM grand jury investigation is continuing;
10         Whereas the Plaintiffs seek unlimited discovery starting July 14, 2005; and
11         Whereas the parties and the Antitrust Division have met and conferred to negotiate
12  a compromise.
13
14         THE PARTIES HEREBY STIPULATE AS FOLLOWS:
15         1.     This Stipulated Protective Order supersedes the April 16, 2003, Stipulated
16  Protective Order.
17         2.     No discovery may be taken about: (i) any witness' appearance before the
18  grand jury; (ii) any witness' testimony before a grand jury; or (iii) communications with the United
19  States relating to grand jury proceedings. If any such question is asked during a deposition,
20  counsel may direct the witness not to answer.
21         3.     Subject to the restrictions of this Paragraph and Paragraph 2 above,
22  deposition discovery may commence immediately. No deposition may be taken until after
23  November 15, 2005, of 30 witnesses that the Antitrust Division will identify under seal to Judge
24  Hamilton. If Judge Hamilton approves this stipulation, the Antitrust Division will disclose the
25  witness names to the parties within two business days of the Order. The Antitrust Division's
26  disclosure and the identity of the 30 witnesses may not be admitted into evidence for any purpose
27  and shall be treated as Confidential within the meaning of the Stipulation and Protective Order
28  entered by the Court in this case on July 11, 2003.

STIPULATED PROTECTIVE ORDER -- MDL 1486-PJH -- Page 2

1   4. Absent further order of the Court for good cause shown, all discovery requests, responses, and deposition transcripts shall be served upon the United States Department of Justice, Antitrust Division, at the same time as served on any party. The Antitrust Division shall be considered a "party" within the meaning of the Stipulation and Protective Order entered by the Court in this case on July 11, 2003, which shall continue to be in force.

5. For good cause shown, any party (including the United States) is free to seek an order continuing, modifying, or terminating the provisions of this Stipulation and Order. If any such motion is made, the provisions of this Order shall continue in effect pending the disposition of the motion.

Dated:  July 8, 2005

Respectfully submitted,

U.S. DEPARTMENT OF JUSTICE
ANTITRUST DIVISION

 /s/ Nathanael Cousins
NIALL E. LYNCH (CA Bar No. 157959)
NATHANAEL M. COUSINS (CA Bar No. 177944)
MAY Y. LEE (CA Bar No. 209366)
BRIGID S. BIERMANN (CA Bar No. 231705)
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102
Telephone:  (415) 436-6660

ON BEHALF OF PLAINTIFFS

/s/ Guidi Saveri
Guido Saveri
Saveri & Saveri, Inc.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810

Fred T. Isquith
Wolf Haldenstein Adler Freeman & Herz
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600

Anthony D. Shapiro
Hagens Berman Sobol Shapiro
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-0594

STIPULATED PROTECTIVE ORDER -- MDL 1486-PJH -- Page 3

1  ON BEHALF OF DEFENDANTS

2  /s/ Joel S. Sanders
   Joel S. Sanders
3  GIBSON DUNN & CRUTCHER LLP
   One Montgomery Street
4  Montgomery Tower, 31st Floor
   San Francisco, CA 94104
5  Telephone: (415) 393-8268

6  \*\*\*

7
   Based on the stipulation of the parties, and for good cause shown, the foregoing is ORDERED.
8

9  _____
   Hon. Phyllis J. Hamilton
10 United States District Court Judge
   Dated: July 14, 2005

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED PROTECTIVE ORDER -- MDL 1486-PJH -- Page 4

**Certificate of Service**

I, Nathanael Cousins, certify that I am over age eighteen, not a party to this action, and am employed at the U.S. Department of Justice, Antitrust Division, 450 Golden Gate Avenue, Room 10-0101, Box 36046, San Francisco, CA, 94102. On this date, I filed the foregoing Stipulated Protective Order as an Electronic Case Filing in the U.S. District Court, Northern District of California. This filing generates an automatic email notice to the parties registered for electronic notice in this case. I also caused a copy of the document to be mailed by first class mail to each of the parties identified in the Proof of Service attached to the Sixth Joint Case Management Conference Statement filed by the parties on July 7, 2005.

I declare under penalty of perjury that the foregoing is true. Executed in San Francisco, California, on July 8, 2005.

/s/ Nathanael M. Cousins