1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Dynamic Random Access Memory (DRAM) Antitrust Litigation | Case No. M-02-1486-PJH<br>MDL No. 1486<br><br>[~~PROPOSED~~] PRETRIAL SCHEDULING ORDER |
| This Document Relates to:<br><br>ALL ACTIONS | |

Following the July 14, 2005 Case Management Conference, the Court hereby orders the following pretrial schedule set forth in the Sixth Joint Case Management Conference Statement:

**July 14, 2005**     Full discovery commences, including written discovery and depositions, subject to the terms of the Stipulation and Order entered April 16, 2003, as modified in accordance with the July 14, 2005 Stipulated Protective Order Limiting Certain Discovery.

**December 9, 2005**     Last date for plaintiffs to file (a) Class Certification expert report and (b) Motion for Class Certification.

**December 15, 2005**     Last day to amend pleadings or add new parties, except any amendment to (a) add class representatives in response to the oppositions to class certification or consistent with the order of the Court, or (b) to name additional parties consistent with any subsequent information, indictment and/or guilty plea.

**February 3, 2006**     Last date for defendants to file (a) Class Certification expert report and (b) Opposition to Motion for Class Certification.

**March 21, 2006**     Last date for plaintiffs to file (a) any rebuttal expert report and (b) Class Certification reply brief.

**April 19, 2006**     Hearing on Motion for Class Certification (subject to Court's calendar).

**May 12, 2006**     Fact discovery closes.

**May 26, 2006**     Last date for plaintiffs to serve expert reports on merits.

| | | |
|---|---|---|
| 2 | **June 23, 2006** | Last date for defendants to serve expert reports on merits. |
| 4 | **July 10, 2006** | Last date for plaintiffs to serve rebuttal expert reports on merits. |
| 6 | **July 28, 2006** | Expert discovery closes. |
| 8 | **August 11, 2006** | Last date for filing dispositive motions. |
| 10 | **September 13, 2006** | Last date for oppositions to dispositive motions. |
| 12 | **October 11, 2006** | Last day for dispositive motions reply briefs. |
| 14 | **October 25, 2006** | Hearing on dispositive motions.  (9:00 a.m.) |
| 16 | **December 8, 2006** | Last date for settlement conference. |
| 18 | **December 8, 2006** | Last date for filing motions in limine and other non-dispositive pretrial motions. |
| 21 | **December 15, 2006** | Last date to meet and confer re:  pretrial order. |
| 23 | **December 22, 2006** | Parties must exchange proposed exhibit and witness lists. |
| 25 | **December 22, 2006** | Last date for filing pretrial order, agreed set of jury instructions and verdict forms, filing setting forth status of disputed instructions/verdict forms, etc. |
| 28 | **December 22, 2006** | Last date for filing oppositions to motions in limine. |

-3-

1
2  **January 5, 2007**      Last date for filing motion in limine reply briefs.
3
4  **January 17, 2007**     Pretrial conference, hearing on motions in limine.
5
6  **February 26, 2007**    Trial begins.
7
8  **IT IS SO ORDERED.**
9
10 Dated: 7/19/05 _____
11
12                                          _____
                                            Phyllis J. Hamilton
                                            United States District Judge

CERTIFICATE OF SERVICE ON PARTIES ON COURT'S MANUAL NOTICE LIST

In re Dynamic Random Access Memory (DRAM) Antitrust Litigation

Case No. M-02-1486 PJH; MDL No. 1486

I am employed in the County of San Francisco; I am over the age of eighteen years and not a party to the within entitled action; my business address is Sheppard, Mullin, Richter & Hampton LLP, Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4106.

On **July 15, 2005**, I served the following document(s) described as:

**TRANSMITTAL LETTER TO HONORABLE PHYLLIS J. HAMILTON ENCLOSING [PROPOSED] PRETRIAL SCHEDULING ORDER; and**

**[PROPOSED] PRETRIAL SCHEDULING ORDER**

on the parties indicated on the Court's Manual Notice List in this action by placing true copies thereof enclosed in sealed envelopes and/or packages addressed as follows:

**See Attached Service List**

☒ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **July 15, 2005**, at San Francisco, California.


/S/ Edward J. White
Edward J. White

-1-

W02-SF:FGH\61461495.1
Case No. M-02-1486-PJH; MDL No. 1486

CERTIFICATE OF SERVICE

# SERVICE LIST

In re Dynamic Random Access Memory (DRAM) Antitrust Litigation

Case No. M-02-1486 PJH; MDL No. 1486

| | |
|---|---|
| **Monique Alonso**<br>Gross & Belsky LLP<br>180 Montgomery Street, Suite 2200<br>San Francisco, CA 94104 | **Scott Ames**<br>Serratore & Ames<br>1880 Century Park East, Suite 808<br>Los Angeles, CA 90067 |
| **Aton Arbisser**<br>Kaye Scholer LLP<br>1999 Avenue of the Stars<br>Suite 1700<br>Los Angeles, CA 90067-6048 | **Eileen Barish**<br>Kirkland & Ellis<br>777 S. Figueroa Street<br>Los Angeles, CA 90017 |
| **Jeffrey A. Bartos**<br>Guerrieri Edmond & Clayman PC<br>1625 Massachusetts Avenue, N.W.<br>Washington, DC 20036 | **Mila Bartos**<br>Finkelstein Thompson Loughran<br>1050 30th Street, N.W.<br>Washington, DC 20007 |
| **Timothy D. Battin**<br>Straus & Boies LLP<br>10513 Braddock Road<br>Fairfax, VA 22032 | **R. Jeffrey Behm**<br>Sheehey Furlong & Behm PC<br>P.O. Box 66<br>Burlington, VT 05402-0066 |
| **Natalie Finkelman Bennett**<br>35 E. State Street<br>Media, PA 19063 | **John J. Bogdanor**<br>Cooper & Kirkham, P.C.<br>655 Montgomery Street, 17th Floor<br>San Francisco, CA 94111 |
| **David Boies**<br>Straus & Boies<br>10513 Braddock Road<br>Fairfax, VA 22032 | **Debra L. Bouffard**<br>Sheehey Furlong & Behm PC<br>P.O. Box 66<br>Burlington, VT 05402-0066 |
| **Van Bunch**<br>Bonnett Fairbourn Friedman & Balint PC<br>57 Carriage Hill<br>Signal Mountain, TN 37377 | **Peter F. Burns**<br>Thelen Reid & Priest LLP<br>101 Second Street<br>Suite 1800<br>San Francisco, CA 94105-3606 |

| | |
|---|---|
| **Lynnette D. Chen**<br>Janssen Malloy Needham<br>Morrison & Reinholtsen, LLP<br>730 Fifth Street<br>P.O. Drawer 1288<br>Eureka, CA 95501 | **Cecil S. Chung**<br>Pillsbury Winthrop Shaw<br>Pittman LLP<br>50 Fremont Street<br>P.O. Box 7880<br>San Francisco, CA 94120-7880 |
| **Anna C. Conley**<br>Zelle Hofmann Voelbel<br>Mason & Gette LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104 | **Stephen E. Connolly**<br>Schiffrin & Barroway, LLP<br>280 King of Prussia Road<br>Radnor, PA 19087 |
| **Jeffrey J. Corrigan**<br>Spector Roseman & Kodroff PC<br>1818 Market Street<br>25th Floor<br>Philadelphia, PA 19103 | **Jeffrey S. Davidson**<br>Kirkland & Ellis<br>777 S. Figueroa Street<br>Los Angeles, CA 90017 |
| **David A. Donohoe**<br>Akin Gump Strauss Hauer & Feld LLP<br>590 Madison Avenue<br>New York, NY 10022 | **Wyatt B. Durrette**<br>Durrettebradshaw<br>600 East Main Street,<br>20th Floor<br>Richmond, VA 23219 |
| **Mary Jane Edelstein**<br>Wolf Heldenstein Alder Freeman & Herz<br>626 West Randolph<br>Suite 5W<br>Chicago, IL 60661 | **David R. Esquivel**<br>Bass Berry & Sims<br>315 Deaderick Street<br>Nashville, TN 37238-0002 |
| **Lisa J. Frisella**<br>The Mogin Law Firm, PC<br>110 Juniper Street<br>San Diego, CA 92101-1502 | **Kenneth G. Gilman**<br>Gilman Pastor LLP<br>999 Broadway<br>Suite 999<br>Saugus, MA 01906 |
| **Daniel S. Glaser**<br>McNulty Law Firm<br>827 Moraga Drive<br>Bel Air, CA 92101-1502 | **Philip H. Gordon**<br>Gordon Law Offices<br>1602 W. Franklin Street<br>Boise, ID 83702 |

-3-

| | | |
|---|---|---|
| 1 | **Steven J. Greenfogel** | **R. Dale Grimes** |
| 2 | Meredith Cohen Greenfogel & Skirnick PC | Bass Berry & Sims PLC Amsouth Center |
| 3 | 117 South 17th Street 22nd Floor | 315 Deaderick Street Suite 2700 |
| 4 | Philadelphia, PA 19103 | Nashville, TN 37238-3001 |
| 5 | **Richard M. Hagstrom** | **Hal Hardin** |
| 6 | Zelle Hofmann Voelbel Mason & Gette LLP | 218 Third Avenue North Nashville, TN 37210 |
| 7 | 500 Washington Avenue South, Suite 4000 | |
| 8 | Minneapolis, MN 55415 | |
| 9 | | |
| 10 | **Christopher J. Heck** Kirkland & Ellis | **Robert B. Humphreys** Akin Gump Strauss Hauer & Feld LLP |
| 11 | 777 S. Figueroa Street Los Angeles, CA 90017 | 2029 Century Park East Suite 2400 |
| 12 | | Los Angeles, CA 90067 |
| 13 | | |
| 14 | **Fred Taylor Isquith** Wolf Haldenstein Adler Freeman&Herz LLP | **Ralph B. Kalfayan** Krause Kalfayan Benink & Slavens |
| 15 | 270 Madison Avenue | 1010 Second Avenue, |
| 16 | New York, NY 10016 | Suite 1750 San Diego, CA 92101 |
| 17 | | |
| 18 | **Tracy R. Kirkham** Cooper & Kirkham, P.C. | **Gary Kostow** 35 E. State Street |
| 19 | 655 Montgomery Street, 17th Floor | Media, PA 19063 |
| 20 | San Francisco, CA 94111 | |
| 21 | | |
| 22 | **Kevin B. Love** Hanzman & Criden P.A. | **Christopher Lovell** Lovell Stewart Halebian LLP |
| 23 | 20 Alhambra Circle Suite 400 | 500 Fifth Avenue New York, NY 10110 |
| 24 | Coral Gables, FL 33134 | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

-4-

| | | |
|---|---|---|
| 1 | **D. Scott Macrae** | **Steven A. Mansfield** |
| 2 | Steyer Lowenthal Boodrookas Alvarez & Smith LLP | Akin Gump Strauss Hauer & Feld LLP |
| 3 | One California Street Third Floor | 590 Madison Avenue New York, NY 10022 |
| 4 | San Francisco, CA 94111 | |
| 5 | **Sarretta McDonough** | **Chad M. McManamy** |
| 6 | Kirkland & Ellis LLP 777 S. Figueroa Street | The Mogin Law Firm, PC 110 Juniper Street |
| 7 | Los Angeles, CA 90017 | San Diego, CA 92101-1502 |
| 8 | **Peter J. McNulty** | **James E. Miller** |
| 9 | McNulty Law Firm 827 Moraga Drive | Shepherd Finkelman Miller & Shah LLC |
| 10 | Bel Air, CA 92101-1502 | 65 Main Street Chester, CT 06412 |
| 11 | | |
| 12 | **Marvin A. Miller** | **Michael G. Nast** |
| 13 | Miller Faucher & Cafferty LLP 30 N. La Salle Street | Roda & Nast 801 Estelle Drive |
| 14 | Chicago, IL 60602 | Lancaster, PA 17601 |
| 15 | **W. Timothy Needham** | **Ian Otto** |
| 16 | Janssen Malloy Needham Morrison & Reinholsten LLP | Straus & Boies LLP 10513 Braddock Road |
| 17 | 730 Fifth Street Post Office Drawer 1288 | Fairfax, VA 22032 |
| 18 | Eureka, CA 95501 | |
| 19 | **Bernard Persky** | **Ronald C. Redcay** |
| 20 | Goodkind Labaton Rudoff & Sucharow | Arnold & Porter LLP 777 South Figueroa Street |
| 21 | 100 Park Avenue New York, NY 10017 | 44th Floor Los Angeles, CA 90017-2513 |
| 22 | | |
| 23 | **Mark Reinhardt** Reinhardt Wendorf & Blanchfield | **Ira N. Richards** Trujillo Rodriguez & Richards LLC |
| 24 | East 1000 First National Bank Building | 226 W. Rittenhouse Square Suite 3200 |
| 25 | 322 Minnesota Street St. Paul, MN 55101 | Philadelphia, PA 19103 |
| 26 | | |
| 27 | | |
| 28 | | |

-5-

W02-SF:FGH\61461495.1
Case No. M-02-1486-PJH; MDL No. 1486

CERTIFICATE OF SERVICE

| | |
|---|---|
| **Henry H. Rossbacher**<br>The Rossbacher Firm<br>Suite 1650<br>811 Wilshire Boulevard<br>Los Angeles, CA 90017-2666 | **Alexander M. Schack**<br>Law Offices of Alexander M. Schack<br>11440 West Bernardo Court, Suite 300<br>San Diego, CA 92127 |
| **Steven J. Serratore**<br>Serratore & Ames<br>1880 Century Park East, Suite 808<br>Los Angeles, CA 90067 | **James C. Shah**<br>35 E. State Street<br>Media, PA 19063 |
| **Scott R. Shepherd**<br>35 E. State Street<br>Media, PA 19063 | **Tanja K. Shipman**<br>Kaye Scholer LLP<br>1999 Avenue of the Stars<br>Suite 1700<br>Los Angeles, CA 90067-6048 |
| **Matthew J. Sinback**<br>Bass Berry & Sims PLC<br>Amsouth Center<br>315 Deaderick Street<br>Suite 2700<br>Nashville, TN 37238-3001 | **Christopher H. Skinner**<br>Straus & Boies LLP<br>10513 Braddock Road<br>Fairfax, VA 22032 |
| **Tefft W. Smith**<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005-5973 | **Craig R. Spiegel**<br>Hagens Berman Sobol Shapiro LLP<br>1301 Fifth Avenue<br>Suite 2900<br>Seattle, WA 98101 |
| **Gene J. Stonebarger**<br>Damrell, Nelson, Schrimp, Pallios, Pache<br>1601 "I" Street<br>Fifth Floor<br>Modesto, CA 95354 | **James G. Stranch, IV**<br>Branstetter Kilgore Stranch & Jennings<br>227 Second Avenue, North<br>4th Floor<br>Nashville, TN 37201 |
| **Douglas G. Thompson, Jr**<br>Finkelstein Thompson & Loughran<br>1050 30th Street, N.W.<br>Washington, DC 20007 | **Richard G. Urquhart**<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>1201 Main Street, Suite 3000<br>Dallas, TX 75202 |

-7-

| | |
|---|---|
| **Richard L. Voelbel**<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>500 Washington Avenue South, Suite 4000<br>Minneapolis, MN 55415 | **Karen Walker**<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W.<br>Washington, DC 20005-5793 |
| **Mark A. Wendorf**<br>Reinhardt Wendorf & Blanchfield<br>East 1000 First National Bank Building<br>322 Minnesota Street<br>St. Paul, MN 55101 | **Michael N. Widener**<br>Bonnett Fairbourn Friedman & Balint PC<br>57 Carriage Hill<br>Signal Mountain, TN 37377 |
| **James F. Wyatt, III**<br>Wyatt & Blake LLP<br>435 East Morehead Street<br>Charlotte, NC 28202-2609 | |