```
 1  DAVID A. DONOHOE
    JONATHAN M. JACOBSON
 2  STEPHEN A. MANSFIELD, Cal Bar No. 129666
    AKIN GUMP STRAUSS HAUER & FELD LLP
 3  590 Madison Avenue
    New York, NY 10022
 4  Telephone: (212) 872-1020
    Facsimile: (212) 407-3220
 5  ddonohoe@akingump.com
    jjacobson@akingump.com
 6  smansfield@akingump.com

 7  GARY L. HALLING, Cal. Bar No. 66087
    JAMES L. McGINNIS, Cal. Bar No. 95788
 8  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    Four Embarcadero Center, 17th Floor
 9  San Francisco, California 94111-4106
    Telephone: (415) 434-9100
10  Facsimile:  (415) 434-3947
    ghalling@sheppardmullin.com
    jmcginnis@sheppardmullin.com

12  Attorneys for Defendant Samsung Electronics Co., Ltd.
    and Samsung Semiconductor, Inc.
13  [Other counsel appear on signature page]
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH<br>MDL No. 1486 |
| This Document Relates To<br><br>Civil Action No. 05-02472 [Petro Computer Systems, Inc.] | STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT |

1   It is hereby stipulated and agreed among plaintiffs Petro Computer Systems, Inc., Gary Petersen, Pamela Uglem, Dale Dickman, Michael Juetten, Blumenthal & Associates, Heather Delaney, Ben Stewart, Melissa Barron, Johnson & Jennings and G.C.A. Strategies, Inc. and defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., Infineon Technologies AG, Infineon Technologies North America Corp., Hynix Semiconductor, Inc., Hynix Semiconductor America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Mosel Vitelic Corporation, Mosel Vitelic Incorporated,[1] Nanya Technology Corporation, Nanya Technology Corporation USA, Winbond Electronics Corporation, Winbond Electronics Corporation America, Elpida Memory, Inc., Elpida Memory (USA) Inc. and NEC Electronics America, Inc. that defendants have until September 15, 2005 to answer or otherwise respond to plaintiffs' Complaint.

Defendants hereby agree that they will not assert any defense that may be available to them on the ground of possible insufficiency of service of process. No defendant waives, and each defendant expressly preserves, all other rights and defenses that might be available to it, including without limitation, any defense that might be available on grounds of lack of jurisdiction.

Dated: July __, 2005

COOPER & KIRKHAM
By: _____
Josef D. Cooper
Tracy R. Kirkham
John J. Bogdanor
655 Montgomery Street, 17th Floor
San Francisco, CA 94111

---

[1] While the Complaint refers to "Mosel-Vitelic (USA) Inc.," there is no such entity. The domestic Mosel company is Mosel Vitelic Corporation and the foreign Mosel company is Mosel Vitelic Incorporated.

```
 1  GROSS & BELSKY LLP
    Terry Gross
 2  Adam Belsky
    Monique Alonso
 3  180 Montgomery Street, Suite 2200
    San Francisco, CA 94104
 4
    ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
 5  Craig C. Corbitt
    Christopher T. Micheletti
 6  Anna C. Conley
    44 Montgomery Street, Suite 3400
 7  San Francisco, CA 94104

 8  Attorneys for Plaintiffs

 9

10  GIBSON DUNN & CRUTCHER LLP              ORRICK HERRINGTON & SUTCLIFFE LLP

11  By: /s/ Joel S. Sanders                 By: /s/ Robert Freitas by Howard M. Ullman
12      Joel S. Sanders                         Robert E. Freitas

13  One Montgomery Street                   Howard M. Ullman
    Montgomery Tower, 31st Floor            405 Howard Street
14  San Francisco, CA 94104                 San Francisco, CA 94105

15  ARNOLD & PORTER LLP
    Ronald C. Redcay                        Attorneys for Defendant Nanya Technology
16  777 South Figueroa Street, 44th Floor   Corporation and Nanya Technology
    Los Angeles, California 90017-2513      Corporation USA
17
    Attorneys for Defendants Micron
18  Technology, Inc. and Micron
    Semiconductor Products, Inc.
19
20
21
22
23
24
25
26
27
28
```

-3-

W02-SF:5DS1\61460512.3
Master File No. M-02-1486 PJH

STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

| | |
|---|---|
| 1  KAYE SCHOLER LLP | THELEN REID & PRIEST LLP |
| 2  By: _____ | By: _____ |
|        Julian Brew | Robert B. Pringle |
| 3  Aton Arbisser | |
| 4  Tanja Shipman | Paul R. Griffin |
|    1999 Avenue of the Stars, Suite 1600 | 101 Second Street, Suite 1800 |
| 5  Los Angeles, CA 90067 | San Francisco, CA 94105-3601 |
| 6  KIRKLAND & ELLIS | |
|    Sarretta C. Coomes | **Attorneys for Defendant Elpida Memory** |
| 7  777 South Figueroa Street | **(USA) Inc., Elpida Memory, Inc. and NEC** |
|    Los Angeles, CA 90017-2513 | **Electronics America, Inc.** |
| 8  | |
|    Tefft W. Smith | |
| 9  Karen N. Walker | |
|    655 Fifteenth Street, N.W. | |
| 10 Washington, D.C. 20005-5793 | |
| 11 **Attorneys for Defendant Infineon** | |
| 12 **Technologies North America Corp. and** | |
|    **Infineon Technologies AG** | |
| 13 | |
| 14 PILLSBURY WINTHROP LLP | FINNEGAN, HENDERSON, FARABOW, |
|    | GARRETT & DUNNER LLP |
| 15 By: _Terence Callan/AJB_ | |
| 16    Terrence A. Callan | By: _____ |
|    | Steven H. Morrissett |
| 17 Albert J. Boro, Jr. | |
|    50 Fremont Street | 700 Hansen Way |
| 18 P.O. Box 7880 | Palo Alto, CA 94304 |
| 19 San Francisco, CA 94120-7880 | COLLETTE, ERICKSON, FARMER & |
|    | O'NEILL LLP |
| 20 O'MELVENY & MYERS LLP | William Farmer, Jr. |
|    Kenneth R. O'Rourke | 235 Pine St, Suite 1300 |
| 21 Daniel L. Alexander | San Francisco, CA 94104 |
|    400 South Hope Street | |
| 22 Los Angeles, CA 90071-2899 | **Attorneys for Defendant Winbond** |
|    | **Electronics Corporation and Winbond** |
| 23 | **Electronics Corporation America** |
|    Ian T. Simmons | |
| 24 1625 Eye Street, Northwest | |
|    Washington, DC 20006 | |
| 25 | |
| 26 **Attorneys for Defendants Hynix** | |
|    **Semiconductor, Inc. and Hynix** | |
| 27 **Semiconductor America, Inc.** | |
| 28 | |

-4-

W02-SF:5DS1\61460512.3
Master File No. M-02-1486 PJH

STIPULATION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

1  SHEPPARD, MULLIN, RICHTER &
2  HAMPTON LLP

3  By: _____
       James L. McGinnis
4
5  Gary L. Halling
   Four Embarcadero Center, 17th Floor
6  San Francisco, CA 94111-4106

7  AKIN GUMP STRAUSS HAUER & FELD
   LLP
8  Jonathan M. Jacobson
   Stephen A. Mansfield
9  Robert B. Humphreys
   590 Madison Avenue
10 New York, NY 10022

11 **Attorneys for Defendant Samsung
   Electronics Co., Ltd. and Samsung
12 Semiconductor, Inc.**

TOPEL & GOODMAN, P.C.

By: _____
    William M. Goodman

Raphael Goldman
832 Sansome Street, 4th Floor
San Francisco, CA 94111

**Attorneys for Defendant Mosel Vitelic
Incorporated and Mosel Vitelic Corporation**

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 **Order**

2

3    PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5    July 19, 2005

_____
Hon. Phyllis J. Hamilton

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28