Allan Steyer
**STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP**
One California Street, Third Floor
San Francisco, CA 94111
415-421-3400
415-421-2234 (fax)
**Attorneys for Plaintiffs**

E-Filing

[Other counsel appear on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION<br><br>This Document Relates To:<br>*Chiengthong Kongkham, et al., v. Micron Technology, Inc., et al.* (3:05-cv-02013-PJH);<br><br>*Leonard M. Kaplan v. Micron Technology. Inc., et al.* (C 05-cv-2907-PJH);<br><br>*Mike Kinkade, et al., v. Micron Technology. Inc., et al.* (3-05-cv-01883-PJH); and<br><br>*Don Greene, et al., v. Micron Technology, Inc., et al.* (3:05-cv-01884-PJH). | Master File No. M-02-1486-PJH<br><br>MDL No. 1486<br><br>**STIPULATION** AND ORDER |

## Stipulation for Remand Motion Briefing Schedule

The Parties to the above-captioned actions stipulate to the following:

1. Plaintiffs will submit one consolidated brief supporting the motions for remand in the four captioned cases on August 8, 2005;

2. Defendants shall file a consolidated opposition on August 26, 2005;

3. Plaintiffs shall file a consolidated reply, if any, on August 31, 2005;

Dated: July 29, 2005

STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP

By: _s/Allan Steyer_
    Allan Steyer

One California Street, Third Floor
San Francisco, CA 94111
415-421-3400 x2832
415-421-2234 (fax)
lwilliams@steyerlaw.com

*Attorneys for Plaintiffs Kongkham, Kaplan, Kincade, and Greene*

**James F. Wyatt, III**
WYATT & BLAKE LLP
435 East Morehead Street
Charlotte, NC 28202-2609
704-331-0767
Fax: 704-331-0773

**William F. Patterson, Jr.**
FORMAN ROSSABI BLACK, P.A.
3623 N. Elm Street, Suite 200
Greensboro, NC 27455
336-378-1899

**Timothy D. Battin**
STRAUS & BOIES LLP
10513 Braddock Road
Fairfax, VA 22032
703-764-8700

*Attorneys for Plaintiff Kaplan*

*Attorneys for Plaintiff Kongkham*
**C. Dewey Branstetter, Jr.**
**James G. Stranch, III**
**J. Gerard Stranch, IV**
227 Second Avenue North
Nashville, TN 37201
615-254-8801

**Daniel E. Gustafson**
**Renae D. Steiner**
10513 Braddock Road
Fairfax, VA 22032
703-764-8700

*Attorneys for Plaintiff Kongkham*

STIPULATION FOR REMAND MOTION BRIEFING SCHEDULE
No. M-02-1486 PJH

| | |
|---|---|
| C. Dewey Branstetter, Jr.<br>612-333-8844 | Douglas S. Johnston<br>Richmond, VA 23219<br>804-775-6900 |
| Edward M. Gergosian<br>Robert J. Gralewski, Jr.<br>GERGOSIAN & GRALEWSKI LLP<br>550 West C Street, Suite 1600<br>San Diego, CA 92101<br>619-230-0104 | ***Attorneys for Plaintiff Greene*** |
| Dennis Stewart<br>HULETT HARPER STEWART LLP<br>550 West "C" Street, Suite 1600<br>San Diego, CA 92101<br>619-338-1133 | |

***Attorneys for Plaintiff Kaplan and Kinkade***

| | |
|---|---|
| PILLSBURY, WINTHROP LLP<br><br>By: ___*s/Terrence Callan*___<br>　　　Terrence A. Callan<br><br>Albert J. Boro, Jr.<br>50 Fremont Street<br>P.O. Box 7880<br>San Francisco, CA 94120-7880 | FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER LLP<br><br>By: ___*s/Steven Morrissett*___<br>　　　Steven H. Morrissett<br><br>700 Hansen Way<br>Palo Alto, CA 94304 |

STIPULATION FOR REMAND MOTION BRIEFING SCHEDULE
No. M-02-1486 PJH

| | |
|---|---|
| O'MELVENY & MYERS LLP<br>Kenneth R. O'Rourke<br>Daniel L. Alexander<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br><br>Ian Simmons<br>1625 Eye Street, Northwest<br>Washington, DC 20006<br><br>*Attorneys for Defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc.* | COLLETTE, ERICKSON, FARMER & O'NEILL LLP<br>William Farmer, Jr.<br>235 Pine St, Suite 1300<br>San Francisco, CA 94104<br><br>*Attorneys for Defendant Winbond Electronics Corporation America* |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br><br>By: __s/James McGinnis__<br>　　　James L. McGinnis<br><br>Gary L. Halling<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Jonathan M. Jacobson<br>Stephen A. Mansfield<br>Robert B. Humphreys<br>590 Madison Avenue<br>New York, NY 10022<br><br>*Attorneys for Defendant Samsung Semiconductor, Inc.* | TOPEL & GOODMAN<br><br>By: __s/William Goodman__<br>　　　William M. Goodman<br><br>832 Sansome Street, 4th Floor<br>San Francisco, CA 94111<br><br>*Attorneys for Defendant Mosel Vitelic Corporation*<br><br><br>ORRICK HARRINGTON & SUTCLIFFE<br><br>By: __s/Robert Freitas__<br>　　　Robert E. Freitas<br><br>Howard M. Ulman<br>405 Howard Street<br>San Francisco, CA 94105<br><br>*Attorneys for Defendant Nanya Technology Corporation USA* |

STIPULATION FOR REMAND MOTION BRIEFING SCHEDULE
No. M-02-1486 PJH

GIBSON DUNN & CRUTCHER LLP

By: _s/Joel Sanders_
      Joel S. Sanders

One Montgomery Street
Montgomery Tower, 31st Floor
San Francisco, CA 94104

ARNOLD & PORTER LLP
Ronald C. Redcay
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-2513

*Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.*

It is SO ORDERED this 1st day of August, 2005.

For
District Judge Phyllis J. Hamilton
United States District Judge

STIPULATION FOR REMAND MOTION BRIEFING SCHEDULE
No. M-02-1486 PJH