1  GUIDO SAVERI (22349)
   R. ALEXANDER SAVERI (173102)
2  GEOFFREY C. RUSHING (126910)
   CADIO ZIRPOLI (179108)
3  SAVERI & SAVERI INC.
   111 Pine Street, Suite 1700
4  San Francisco, CA  94111
   Telephone:  (415) 217-6810
5  Facsimile:  (415) 217-6813
   guido@saveri.com
6  rick@saveri.com

7  STEVE W. BERMAN (pro hac vice)
   ANTHONY D. SHAPIRO (pro hac vice)
8  CRAIG R. SPIEGEL (122000)
   HAGENS BERMAN LLP
9  1301 Fifth Avenue, Suite 2900
   Seattle, WA  98101
10 Telephone:  (206) 623-7292
   Facsimile:  (206) 623-0594
11
   FRED TAYLOR ISQUITH (pro hac vice)
12 MARY JANE FAIT (pro hac vice)
   WOLF HALDENSTEIN ADLER
13   FREEMAN & HERZ
   270 Madison Avenue
14 New York, NY  10016
   Telephone:  (212) 545-4600
15 Facsimile:  (212) 545-4653

16 Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Dynamic Random Access Memory (DRAM) Antitrust Litigation | Master File No. M-02-1486 PJH<br><br>MDL No. 1486 |
| This Document Relates To:<br><br>All Actions | **STIPULATION AND [ORDER] RE EXTENSION OF TIME TO SUBMIT DISCOVERY COORDINATION PROPOSAL** |

1     WHEREAS the Court issued its Further Case Management Order on July 19, 2005 directing, among other things, the direct purchaser plaintiffs, the indirect purchaser plaintiffs and the defendants to meet and confer in an attempt to arrive at a discovery plan that seeks to avoid duplication regarding the indirect purchaser plaintiffs' discovery and directed the parties to submit their proposals for coordinating such discovery by August 12, 2005;

    WHEREAS there are competing proposals for leadership of the indirect purchaser class actions pending before the Court; and

    WHEREAS the direct plaintiffs and the defendants believe that resolution of the leadership of the indirect purchaser actions will facilitate the negotiation of a discovery coordination plan.

**IT IS THEREFORE STIPULATED:**

1. The parties shall meet and confer regarding the coordination of the indirect purchaser discovery as outlined by the Court's July 19, 2005 Further Case Management Order; and

2. If a joint stipulation is not possible, any party may submit a proposal concerning discovery procedures for the Court's consideration two weeks after the Court enters an order setting the leadership structure of the indirect purchaser actions.

SAVERI & SAVERI, INC.

By: _____
Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

By: _____
Fred T. Isquith
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

-and-

Mary Jane Fait
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP

HAGENS BERMAN LLP

By: _____
   Steven W. Berman
Anthony Shapiro
Ivy D. Arai
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

**Plaintiffs' Co-Lead Counsel**


BERMAN DeVALERIO PEASE TABACCO
BURT & PUCILLO

By: _____
   Joseph J. Tabacco, Jr.
Christopher T. Heffelfinger
425 California Street, Suite 2025
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382

**Plaintiffs' Liaison Counsel**


GIBSON DUNN & CRUTCHER LLP

By: _____
   Joel S. Sanders

One Montgomery Street
Montgomery Tower, 31st Floor
San Francisco, CA 94104


ARNOLD & PORTER LLP
Ronald C. Redcay
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-2513

**Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc., signing on behalf of all defendants**

ORRICK, HERRINGTON & SUTCLIFFE LLP
Robert E. Freitas
Howard M. Ullman
405 Howard Street
San Francisco, CA 94105

**Attorneys for Defendant Nanya Technology Corporation USA**

| | |
|---|---|
| KAYE SCHOLER LLP<br>Julian Brew<br>Aton Arbisser<br>Tanja Shipman<br>1999 Avenue of the Stars, Suite 1600<br>Los Angeles, CA  90067 | THELEN REID & PRIEST LLP<br>Robert B. Pringle<br>Paul R. Griffin<br>101 Second Street, Suite 1800<br>San Francisco, CA  94105-3601 |
| KIRKLAND & ELLIS<br>Saretta McDonough<br>777 South Figueroa Street<br>Los Angeles, CA  90017-2513<br><br>Tefft W. Smith<br>Karen N. Walker<br>655 Fifteenth Street, NW<br>Washington, DC  20005-5793<br><br>**Attorneys for Defendant Infineon Technologies North America Corp. and Infineon Technologies AG** | **Attorneys for Defendant Elpida Memory (USA) Inc., Elpida Memory, Inc. and NEC Electronics America, Inc.** |
| PILLSBURY, WINTHROP LLP<br>Terrence A. Callan<br>Albert J. Boro, Jr.<br>50 Fremont Street<br>P.O. Box 7880<br>San Francisco, CA  94120-7880<br><br>O'MELVENY & MYERS LLP<br>Kenneth R. O'Rourke<br>Daniel L. Alexander<br>400 South Hope Street<br>Los Angeles, CA  90071-2899<br><br>Ian Simmons<br>1625 Eye Street, NW<br>Washington, DC  20006<br><br>**Attorneys for Defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc.** | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP<br>Steven H. Morrissett<br>700 Hansen Way<br>Palo Alto, CA  94304<br><br>COLLETTE, ERICKSON, FARMER & O'NEILL LLP<br>William Farmer, Jr.<br>235 Pine Street, Suite 1300<br>San Francisco, CA  94104<br><br>**Attorneys for Defendant Winbond Electronics Corporation America** |

STIPULATION AND [ORDER] RE EXTENSION OF TIME TO SUBMIT DISCOVERY COORDINATION PROPOSAL

3

| | |
|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>James L. McGinnis<br>Gary L. Halling<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA  94111-4106 | TOPEL & GOODMAN<br>William M. Goodman<br>832 Sansome Street, 4th Floor<br>San Francisco, CA  94111<br><br>**Attorney for Defendant Mosel Vitelic Corporation** |
| AKIN GUMP STRAUSS HAUER & FELD LLP<br>Jonathan M. Jacobson<br>Stephen A. Mansfield<br>Robert B. Humphreys<br>590 Madison Avenue<br>New York, NY  10022<br><br>**Attorneys for Defendant Samsung Semiconductor, Inc.** | |

**SO ORDERED**

Date: August 15, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge

40215057_1.DOC

---

STIPULATION AND [ORDER] RE EXTENSION OF TIME TO SUBMIT DISCOVERY COORDINATION PROPOSAL

4