Kevin P. Roddy (Cal. Bar No. 128283)
WILENTZ, GOLDMAN & SPITZER, P.Al.
90 Woodbridge Center Drive, Suite 900
Woodbridge, NJ  07095
Telephone:  (732) 636-8000
Facsimile:  (732) 726-6686
kroddy@wilentz.com

Natalie Finkelman Bennett
*Admitted pro hac vice*
SHEPHERD, FINKELMAN,
MILLER & SHAH, LLC
35 E. State Street
 Media, PA 19063
Telephone: 610/891-9880
Facsimile: 610/ 891-9883
nfinkelman@classactioncounsel.com
Attorneys for Plaintiff
[Other counsel appear on signature page]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486-PJH  <br><br>MDL No. 1486 |
| This Document Relates To:<br><br>CENTERPRISE INT'L, LTD.<br>Docket No. 3:05cv3026 | **STIPULATION** |

**STIPULATION OF TIME TO ANSWER, PLEAD, MOVE**
**OR OTHERWISE RESPOND TO THE COMPLAINT**

Attorneys for the Plaintiff and the Defendants stipulate and agree that the Defendants shall have until October 3, 2005 to answer, plead, move, or otherwise respond to the Complaint in this action.

Defendants agree that they will not assert any defense that may be available to them on grounds of possible insufficiency of service of process.  No Defendant waives, and each Defendant expressly preserves, all other rights and defenses that might be available to it, including without

limitation any defense that might be available on grounds of lack of jurisdiction.  The effective date of service on all Defendants shall be deemed to be September 13, 2005 by virtue of the waiver of service by each Defendant, for purposes of this action only.

In the event that any Defendant responds to the Complaint by filing a motion, Plaintiff may serve a response in opposition to any motions within 60 days after service.  The moving Defendant shall have 30 days to file a reply brief in support of its motion.

Dated:   August 5, 2005

| | |
|---|---|
| WILENTZ, GOLDMAN & SPITZER, P.A.<br><br>By:   *s/ Kevin P. Roddy*<br>         Kevin P. Roddy<br><br>90 Woodbridge Center Drive, Suite 900<br>Woodbridge, NJ  07095<br><br>**Plaintiff's Counsel** | SHEPHERD, FINKELMAN,<br>   MILLER & SHAH LLC<br><br>By:   *s/Natalie Finkelman Bennett*<br>         Natalie Finkelman Bennett<br><br>35 E. State Street<br>Media, PA 19063<br>*Admitted pro hac vice* |
| GIBSON DUNN & CRUTCHER LLP<br><br>By:   *s/Joel Sanders*<br>         Joel S. Sanders<br><br>One Montgomery Street<br>Montgomery Tower, 31st Floor<br>San Francisco, CA  94104<br><br>ARNOLD & PORTER LLP<br>Ronald C. Redcay<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California  90017-2513<br><br>**Attorneys for Defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., and Crucial Technology, an unincorporated division of Micron Semiconductor Products, Inc. (which joins in this stipulation to the extent  that it may deemed a proper party)** | ORRICK, HERRINGTON & SUTCLIFFE LLP<br><br>By:   *s/Robert Freitas*<br>Robert E. Freitas<br><br>Howard M. Ullman<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105<br><br>**Attorneys for Defendants Nanya Technology Corporation and Nanya Technology Corporation USA** |

KAYE SCHOLER LLP

By: _s/Julian Brew_
         Julian Brew

Aton Arbisser
Tanja Shipman
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067

KIRKLAND & ELLIS
Saretta McDonough
777 South Figueroa Street
Los Angeles, CA 90017-2513

Tefft W. Smith
Karen N. Walker
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793

**Attorneys for Defendants Infineon Technologies North America Corp. and Infineon Technologies AG**

O'MELVENY & MYERS LLP

By: _s/ Daniel L. Alexander_
         Daniel L. Alexander

Kenneth R. O'Rourke
400 South Hope Street
Los Angeles, CA 90071-2899

Ian Simmons
1625 Eye Street, Northwest
Washington, DC 20006

PILLSBURY WINTHROP SHAW
 PITTMAN LLP
Terrence A. Callan
Albert J. Boro, Jr.
50 Fremont Street
P.O. Box 7880
San Francisco, CA 94120-7880

**Attorneys for Defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc.**

THELEN REID & PRIEST LLP

By: _s/Robert Pringle_
         Robert B. Pringle

Paul R. Griffin
101 Second Street, Suite 1800
San Francisco, CA 94105-3601

**Attorneys for Defendants Elpida Memory, Inc., Elpida Memory (USA) Inc., and NEC Electronics America, Inc.**

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP

By: _s/Steven Morrissett_
         Steven H. Morrissett

700 Hansen Way
Palo Alto, CA 94304

COLLETTE, ERICKSON, FARMER & O'NEILL LLP
William Farmer, Jr.
235 Pine St, Suite 1300
San Francisco, CA 94104

**Attorneys for Defendants Winbond Electronics Corporation and Winbond Electronics Corporation America**

3

STIPULATION OF TIME TO ANSWER OR OTHERWISE MOVE AS TO *CENTERPRISE, INT'L* COMPLAINT
No. M-02-1486 PJH

| | |
|---|---|
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br><br>By: _s/James McGinnis_<br>    James L. McGinnis<br><br>Gary L. Halling<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA  94111-4106<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Jonathan M. Jacobson<br>Stephen A. Mansfield<br>Robert B. Humphreys<br>590 Madison Avenue<br>New York, NY  10022<br><br>**Attorneys for Defendants Samsung Electronics Co., Ltd. and Samsung Semiconductor, Inc.** | TOPEL & GOODMAN<br><br>By: _s/William Goodman_<br>    William M. Goodman<br><br>832 Sansome Street, 4th Floor<br>San Francisco, CA  94111<br><br>**Attorneys for Defendants Mosel Vitelic Incorporated and Mosel Vitelic Corporation** |

**SO ORDERED:**

_____       Date: ____August 19_____, 2005
Phyllis J. Hamilton, J.  U.S.D.C.

---

4

STIPULATION OF TIME TO ANSWER OR OTHERWISE MOVE AS TO *CENTERPRISE, INT'L* COMPLAINT
No. M-02-1486 PJH