**United States District Court**
For the Northern District of California

1

2

3               UNITED STATES DISTRICT COURT

4               NORTHERN DISTRICT OF CALIFORNIA

5

6

7   In re:  DYNAMIC RANDOM ACCESS          No. M-02-1486 PJH
    MEMORY (DRAM) ANTITRUST
8   LITIGATION                              **NOTICE AND ORDER
    _____/   SETTING HEARING**

9

10          TO ALL PARTIES AND COUNSEL OF RECORD:

11          The hearing on defendants' motions to dismiss has been set for October 19, 2005, at

12   9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San

13   Francisco, California 94102.

14          Opening papers have already been filed in the following cases: Elias (C 05-0475 PJH),

15   Weisburgh (C 05-1227 PJH), Kinkade (C 05-1883 PJH), Greene (C 05-1884 PJH), and

16   Kongkham (C 05-2013 PJH).  If the defendants wish to file a motion to dismiss in Centerprise

17   (C 05-3026 PJH) to be considered at the same time as these motions, they shall file motion

18   papers no later than September 7, 2005.  The plaintiffs shall file a consolidated opposition

19   brief no later than September 14, 2005, and the defendants shall file a consolidated reply brief

20   no later than September 28, 2005.

21          AT THE TIME OF ELECTRONIC FILING OF ORIGINAL PAPERS, THE PARTIES ARE

22   REQUIRED TO SUBMIT **ONE** CONFORMED PAPER COPY OF EACH DOCUMENT TO

23   THE CLERK'S OFFICE, WHICH IS TO BE DESIGNATED "**PJH CHAMBERS COPY**."

24          **IT IS SO ORDERED.**

25   Dated: August 24, 2005

26                                          _____
                                            PHYLLIS J. HAMILTON
27                                          United States District Judge

28