**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION _____/ | No. M-02-1486 PJH<br><br>**ORDER** |

Before this court is a letter from the law office of Francis O. Scarpulla concerning a dispute over the membership of the proposed executive committee for the coordination of the indirect purchaser cases, and enclosing a proposed Pretrial Order No. 2 for the court's review. The law firm of Bonsignore & Brewer has requested until September 7, 2005 to file an opposition to proposed Pretrial Order No. 2.

The request is GRANTED. Letter briefs in opposition to the proposed Pretrial Order No. 2 shall be filed no later than September 7, 2005. Replies in support of proposed Pretrial Order No. 2 shall be filed no later than September 14, 2005. All briefs are limited to 5 pages, and the court will rule on the papers.

**IT IS SO ORDERED.**

Dated: September 1, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge