1 | DAVID A. DONOHOE
DANIEL F. McGINNIS
2 | 1333 New Hampshire Avenue, N.W.
Washington, DC  20036-1564
3 | Telephone: (202) 887-4000
Facsimile:  (202) 887-4288
4 | ddonohoe@akingump.com
dmcginnis@akingump.com
5 |
STEPHEN A. MANSFIELD, Cal. Bar No. 129666
6 | AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Ste. 1500
7 | San Francisco, CA  94104-1036
Telephone:  (415) 765-9500
8 | Facsimile:  (415) 765-9501
smansfield@akingump.com
9 |
GARY L. HALLING, Cal. Bar No. 66087
10 | JAMES L. McGINNIS, Cal. Bar No. 95788
DAVID D. SOHN, Cal. Bar No. 221119
11 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Four Embarcadero Center, 17th Floor
12 | San Francisco, California  94111-4106
Telephone:  (415) 434-9100
13 | Facsimile:  (415) 434-3947
ghalling@sheppardmullin.com
14 | jmcginnis@sheppardmullin.com
dsohn@sheppardmullin.com
15 |
Attorneys for Defendant Samsung Electronics Co., Ltd.
16 | and Samsung Semiconductor, Inc.
[Other counsel appear on signature page]
17 |

18 |
## UNITED STATES DISTRICT COURT
19 |
## NORTHERN DISTRICT OF CALIFORNIA
20 |

| | |
|---|---|
| 21  In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST 22  LITIGATION | Master File No. M-02-1486 PJH<br><br>MDL No. 1486 |
| 23  —————————————————— 24  This Document Relates To: 25  Civil Action No. 05-02472 [Petro Computer Systems, Inc.] 26 27 | **STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** AND ORDER<br><br>Date:    N/A<br>Time:    N/A<br>Judge:   The Hon. Phyllis J. Hamilton |

28 |

1  It is hereby stipulated and agreed among plaintiffs Petro Computer Systems, Inc.,

2  Gary Petersen, Pamela Uglem, Dale Dickman, Michael Juetten, Blumenthal & Associates, Heather

3  Delaney, Ben Stewart, Melissa Barron, Johnson & Jennings and G.C.A. Strategies, Inc. and

4  defendants Micron Technology, Inc., Micron Semiconductor Products, Inc., Infineon

5  Technologies AG, Infineon Technologies North America Corp., Hynix Semiconductor, Inc.,

6  Hynix Semiconductor America, Inc., Samsung Electronics Co., Ltd., Samsung Semiconductor,

7  Inc., Mosel Vitelic Corporation, Mosel Vitelic Incorporated,[1] Nanya Technology Corporation,

8  Nanya Technology Corporation USA, Winbond Electronics Corporation, Winbond Electronics

9  Corporation America, Elpida Memory, Inc., Elpida Memory (USA) Inc. and NEC Electronics

10  America, Inc. that defendants have until October 17, 2005 to answer or otherwise respond to

11  plaintiffs' Complaint.

12  Defendants hereby agree that they will not assert any defense that may be available

13  to them on the ground of possible insufficiency of service of process.  No defendant waives, and

14  each defendant expressly preserves, all other rights and defenses that might be available to it,

15  including without limitation, any defense that might be available on grounds of lack of

16  jurisdiction.

17

18  Dated: September 16, 2005

19

20  COOPER & KIRKHAM P.C.

21  By: _Jared Soh_ with permission
    Josef D. Cooper

22

    Tracy R. Kirkham
23  John J. Bogdanor
    655 Montgomery Street, 17th Floor
24  San Francisco, CA  94111

25

26  _____
    [1]   While the Complaint refers to "Mosel-Vitelic Corp." and "Mosel-Vitelic (USA) Inc.," there
27        are no such entities.  The domestic Mosel company is Mosel Vitelic Corporation and the
          foreign Mosel company is Mosel Vitelic Incorporated.

28

-2-

STIPULATION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

1  GROSS & BELSKY LLP
   Terry Gross
2  Adam Belsky
   Monique Alonso
3  180 Montgomery Street, Suite 2200
   San Francisco, CA  94104
4
   ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
5  Craig C. Corbitt
   Christopher T. Micheletti
6  Anna C. Conley
   44 Montgomery Street, Suite 3400
7  San Francisco, CA  94104

8  **Attorneys for Plaintiffs**

9

10 GIBSON DUNN & CRUTCHER LLP              ORRICK HERRINGTON & SUTCLIFFE LLP

11 By: _Jamiel Sohn with permission_      By: _Jamiel Sohn with permission_
        Joel S. Sanders                            Robert E. Freitas
12

13 One Montgomery Street                   Howard M. Ullman
   Montgomery Tower, 31st Floor            405 Howard Street
14 San Francisco, CA  94104               San Francisco, CA 94105

15 ARNOLD & PORTER LLP                     **Attorneys for Defendant Nanya Technology**
   Ronald C. Redcay                        **Corporation and Nanya Technology**
16 777 South Figueroa Street, 44th Floor   **Corporation USA**
   Los Angeles, California  90017-2513
17
   **Attorneys for Defendants Micron**
18 **Technology, Inc. and Micron**
   **Semiconductor Products, Inc.**
19

20

21

22

23

24

25

26

27

28

-3-

STIPULATION FOR EXTENSION OF TIME TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

1   KAYE SCHOLER LLP                              THELEN REID & PRIEST LLP

2   By: _Javed Soh with permission_              By: _Javed Soh with permission_
         Julian Brew                                      Robert B. Pringle
3
    Aton Arbisser
4   Tanja Shipman                                 Paul R. Griffin
    1999 Avenue of the Stars, Suite 1600          101 Second Street, Suite 1800
5   Los Angeles, CA  90067                        San Francisco, CA  94105-3601

6   KIRKLAND & ELLIS
    Sarretta C. Coomes                            **Attorneys for Defendant Elpida Memory**
7   777 South Figueroa Street                     **(USA) Inc., Elpida Memory, Inc. and NEC**
    Los Angeles, CA  90017-2513                   **Electronics America, Inc.**
8
    Tefft W. Smith
9   Karen N. Walker
    655 Fifteenth Street, N.W.
10  Washington, D.C. 20005-5793

11  **Attorneys for Defendant Infineon**
    **Technologies North America Corp. and**
12  **Infineon Technologies AG**

13

14  PILLSBURY WINTHROP LLP                        FINNEGAN, HENDERSON, FARABOW,
                                                   GARRETT & DUNNER LLP
15  By: _Javed Soh with permission_
                                                   By: _Javed Soh with permission_
16       Terrence A. Callan                                Steven H. Morrissett

17  Albert J. Boro, Jr.                           700 Hansen Way
    50 Fremont Street                             Palo Alto, CA  94304
18  P.O. Box 7880
    San Francisco, CA  94120-7880                 COLLETTE, ERICKSON, FARMER &
19                                                 O'NEILL LLP
                                                   William Farmer, Jr.
20  O'MELVENY & MYERS LLP                         235 Pine St, Suite 1300
    Kenneth R. O'Rourke                           San Francisco, CA 94104
21  Daniel L. Alexander
    400 South Hope Street                         **Attorneys for Defendant Winbond**
22  Los Angeles, CA  90071-2899                   **Electronics Corporation and Winbond**
                                                   **Electronics Corporation America**
23
    Ian T. Simmons
24  1625 Eye Street, Northwest
    Washington, DC 20006
25

26  **Attorneys for Defendants Hynix**
    **Semiconductor, Inc. and Hynix**
27  **Semiconductor America, Inc.**

28
                                            -4-
    W02-SF:5DS1\61467763.1                 STIPULATION FOR EXTENSION OF TIME TO ANSWER OR
    Master File No. M-02-1486 PJH          OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

1   SHEPPARD, MULLIN, RICHTER &
    HAMPTON LLP
2

3   By: _____
           David D. Sohn
4

5   Gary L. Halling
    James L. McGinnis
6   Four Embarcadero Center, 17th Floor
    San Francisco, CA  94111-4106
7

8   AKIN GUMP STRAUSS HAUER & FELD
    LLP
9   David A. Donohoe
    Daniel F. McGinnis
10  1333 New Hampshire Avenue, N.W.
    Washington, DC  20036-1564

11  Stephen A. Mansfield
    580 California Street, Ste. 1500
12  San Francisco, CA  94104-1036

13  **Attorneys for Defendant Samsung**
    **Electronics Co., Ltd. and Samsung**
14  **Semiconductor, Inc.**

TOPEL & GOODMAN, P.C.

By: _____ with permission
          William M. Goodman

Raphael Goldman
832 Sansome Street, 4th Floor
San Francisco, CA  94111

**Attorneys for Defendant Mosel Vitel**
**Incorporated and Mosel Vitelic Corporation**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-5-

1

**Order**

2

3                  PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5      September 19____, 2005                    _____
                                                        Hon. Phyllis J. Hamilton
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-6-

W02-SF:5DS1\61467763.1                    STIPULATION FOR EXTENSION OF TIME TO ANSWER OR
Master File No. M-02-1486 PJH             OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT