KENNETH R. O'ROURKE  (S.B. #120144)
DANIEL L. ALEXANDER  (S.B. #214149)
PETER B. NEMEROVSKI (S.B. # 226289)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA  90071
Telephone:     (213) 430-6000
Facsimile:      (213) 430-6407

IAN SIMMONS
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006
Telephone:     (202) 383-5300
Facsimile:      (202) 383-5414

Attorneys for Defendant Hynix Semiconductor Inc.
and Hynix Semiconductor America, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DRAM ANTITRUST LITIGATION | Master File No.  M-02-1486PJH<br>MDL No. 1486 |
| This Document Relates to:<br><br>*Elias v. Micron et al.* (C 05-0475 PJH);<br>*Weisburgh v. Micron et al.* (C 05-1227 PJH); *Kinkade v. Micron et al.* (C 05-1883 PJH); *Greene v. Elpida et al.* (C 05-1884 PJH); *Kongkham v. Micron et al.* (C 05-2013 PJH); *Microprocessor Designs v. Micron et al.* (C 05-0035 PJH); and *Kaplan v. Micron et al.* (C 05-0012 PJH) | [~~PROPOSED~~] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS<br><br>DENIED |

ORDER CONTINUING HEARING ON MOTIONS TO DISMISS

TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiffs' and Defendants' request to continue the hearing on Moving Defendants'[1] motions to dismiss is hereby **GRANTED**. The hearing will be taken off the calendar October 19, 2005 and will be rescheduled for a later date.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**DENIED**
Judge Phyllis J. Hamilton

Dated: _____

_____
PHYLLIS J. HAMILTON
United States District Judge

---

[1] The Moving Defendants are: Elpida Memory, Inc., Elpida Memory (USA) Inc., NEC Electronics Corporation, NEC Electronics America, Inc., Hynix Semiconductor Inc., Nanya Technology Corporation, Winbond Electronics Corporation, and Winbond Electronics Corporation America.