UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION<br><br>This Document Related to:<br><br>ALL ACTIONS. | Master File No.: M-02-1486-PJH<br><br>MDL NO. 1486<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE COORDINATION OF DISCOVERY** |

IT IS HEREBY ORDERED that all parties are to use reasonable efforts to work together to coordinate discovery between the Direct Purchaser Actions and the Indirect Purchaser Actions to prevent duplication of effort, to promote the efficient and timely resolution of the case, and to permit all parties to conduct whatever discovery is reasonably necessary to permit a fair resolution of the cases. Accordingly, the following procedures for discovery shall be adopted by the Court pursuant to the stipulation of all parties.

**A.     Definitions**

1.     The MDL Proceeding: means MDL No. 1486, <u>In re DRAM Antitrust Litigation,</u> in United States District Court, Northern District of California.

2.     The Direct Actions: means those direct purchaser actions governed by Pretrial Order No. 2;

3.     The Indirect Actions: means those indirect purchaser actions governed by Pretrial Order No. 2;

1621.10 0062 BSC.DOC

4. The MDL Court: means The United States District Court for the Northern District of California.

5. The Stipulated Protective Order: means the Stipulation and Protective Order, signed by the Honorable Phyllis J. Hamilton and filed on July 11, 2003, MDL No. 1486, In re DRAM Antitrust Litigation ("Protective Order") and as modified by the July 14, 2005 Stipulated Protective Order Limiting Certain Discovery.

**B. Coordination of Discovery**

6. Discovery in the Direct and Indirect Actions shall be coordinated through the Lead Counsel appointed by the Court in Pretrial Order No. 2, or their designees. Defendants in these actions shall designate counsel to coordinate the discovery proceedings with Lead Counsel.

7. Lead Counsel, or their designees, shall no later than ten (10) days after the entry of this Order, serve upon all other Lead Counsel, or their designees, all discovery served prior to the date of this order in any of the Direct or Indirect Actions.

8. Any future joint discovery requests, including written discovery, deposition notices, or subpoenas served in the MDL Proceeding shall be served on Lead Counsel and Liaison Counsel. Lead Counsel and Liaison Counsel shall be the only plaintiffs counsel served with any discovery.

9. Service for all discovery shall be deemed effective if served on all Lead Counsel, Liaison Counsel, and one designated counsel per defendant either (a) via the MDL Court's e-filing system; (b) personally by hand delivery; or (c) by email (PDF) or facsimile and U.S. Mail.

**C.    Discovery**

10.    All discovery in the MDL Proceeding shall be conducted in accordance with the Federal Rules of Civil Procedure, the Local Rules of the Northern District of California and Orders of the MDL Court.

11.    Lead Counsel or their designees shall be entitled to participate in discovery in the MDL Proceeding as set forth in this Order. All parties shall engage in their best efforts to efficiently conduct discovery without duplication.

**D.    Deposition Procedure**

12.    Lead Counsel, or their designees, in the Direct and Indirect Actions, shall meet and confer in good faith to coordinate so that the depositions of Defendants' witnesses shall be jointly scheduled, noticed, and taken. Defendants shall also meet and confer in good faith to coordinate so that the depositions of plaintiffs' witnesses shall be jointly scheduled, noticed, and taken. Unless otherwise agreed upon after conferring in good faith, questioning during depositions shall occur first by counsel in the Direct Actions, followed by the Indirect Actions. This does not apply to the already noticed Rule 30(b)(6) depositions.

13.    Counsel representing any party in the MDL Proceeding may obtain directly from the court reporter at counsel's own expense a transcript of any deposition.

14.    All counsel shall use their best efforts to conduct examinations that are not duplicative of the examination of other counsel.

15.    Neither the Defendants' nor the Plaintiffs' witnesses shall be deposed more than once absent agreement of the parties or by motion for good cause shown. Notwithstanding this limitation, a witness designated by a party for a Rule 30(b)(6) deposition on identified topics may also be deposed in a separate deposition as a fact witness on other topics.

16. During the depositions, no objections shall be made except those as to the form of the question, any matter of privilege or work product or to enforce an order of the MDL Court, and speaking objections are expressly prohibited. Any objection made by one party shall be considered an objection made by all other similarly situated parties. All other objections are preserved and not waived. Instructions not to answer shall be limited as provided in Fed. R. Civ. P. 30(d)(1).

### E.   Written Discovery Guidelines

17. Written discovery served jointly in the MDL Proceeding in the Direct Actions shall be deemed to have been served in the Indirect Actions. Written discovery served jointly in the Indirect Actions shall be deemed to have been served in the Direct Action. Lead Counsel, or their designees, shall meet and confer in good faith in an effort to propound joint written discovery requests, but to the extent separate written discovery is served, the Direct and Indirect Plaintiffs shall use their best efforts to not duplicate interrogatories, requests for admission, and requests for documents. The parties agree that duplication is a proper objection to written discovery requests.

### F.   Discovery Dispute Resolution

18. The parties shall meet and confer in good faith to resolve any discovery dispute before seeking resolution by the Court. Any unresolved dispute shall be presented in accordance with the Federal Rules of Civil Procedure, the Local Rules of the Northern District of California and any applicable Orders of the MDL Court. These procedures may be changed for individual disputes or generally, in whole or in part, by agreement of the parties approved by the MDL Court, or upon further order of the MDL Court.

### G. Use of Discovery Obtained in the MDL Proceeding

19. Counsel representing any party in the MDL Proceeding shall be entitled to receive copies of all discovery (at their own expense) taken in the MDL Proceeding.

20. By participating in this joint discovery, no party waives any objection to the use (in any form) of any discovery obtained in the Direct or Indirect Actions. Nothing contained in this Order shall constitute or be deemed to constitute a waiver of any objection of any defendant or plaintiff to the admissibility at trial of any documents, deposition testimony or exhibits, or written discovery responses provided or obtained in accordance with the Order, whether on grounds of relevance, materiality, or any other basis, and all such objections are specifically preserved. The fact that discovery was taken jointly shall have no bearing on its use, admissibility, relevance or credibility in any subsequent proceedings.

STIPULATED AND AGREED TO BY:

DATE: October ____, 2005

By: _____  
     Guido Saveri

SAVERI & SAVERI, INC  
111 Pine Street, Suite 1700  
San Francisco, CA 94111

By: _____  
     Fred T. Isquith

WOLF, HALDENSTEIN, ADLER,  
FREEMAN & HERZ  
270 Madison Avenue  
New York, NY 10016

By: _____  
     Anthony D. Shaprio

HAGENS BERMAN SOBOL SHAPIRO  
1301 Fifth Avenue, Suite 2900  
Seattle, WA 98101

**Co-Lead Counsel for Direct Plaintiffs**
4559

- 5 -

1621 10 0062 BSC DOC

...

G.     **Use of Discovery Obtained in the MDL Proceeding**

19.     Counsel representing any party in the MDL Proceeding shall be entitled to receive copies of all discovery (at their own expense) taken in the MDL Proceeding.

20.     By participating in this joint discovery, no party waives any objection to the use (in any form) of any discovery obtained in the Direct or Indirect Actions. Nothing contained in this Order shall constitute or be deemed to constitute a waiver of any objection of any defendant or plaintiff to the admissibility at trial of any documents, deposition testimony or exhibits, or written discovery responses provided or obtained in accordance with the Order, whether on grounds of relevance, materiality, or any other basis, and all such objections are specifically preserved. The fact that discovery was taken jointly shall have no bearing on its use, admissibility, relevance or credibility in any subsequent proceedings.

STIPULATED AND AGREED TO BY:

DATE: October ____, 2005

By: _____       By: _____
           Guido Saveri                                       Fred T. Isquith

SAVERI & SAVERI, INC              WOLF, HALDENSTEIN, ADLER,
111 Pine Street, Suite 1700             FREEMAN & HERZ
San Francisco, CA 94111             270 Madison Avenue
                                                New York, NY 10016

By: _[signature]_____
           Anthony D. Shapiro

HAGENS BERMAN SOBOL SHAPIRO
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101

**Co-Lead Counsel for Direct Plaintiffs**

| | |
|---|---|
| By: /s/ Joseph D. Cooper | By: /s/ David Boies |
| COOPER & KIRKHAM P.C.<br>655 Montgomery Street, Suite 1700<br>San Francisco, CA 94111 | STRAUS & BOIES, LLP<br>10513 Braddock Road<br>Fairfax, VA 22032 |
| By: /s/ Daniel Gustafson | By: /s/ Daniel J. Mogin |
| GUSTAFSON GLUEK, PLLC<br>725 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402 | THE MOGIN LAW FIRM, P.C.<br>110 Juniper Street<br>San Diego, CA 92101 |

**Co-Lead Counsel for Indirect Plaintiffs**

| | |
|---|---|
| By: _____<br>James L. McGinnis | By: _____<br>Terrence A. Callan |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>Gary Halling<br>Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111-4106<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Jonathan M. Jacobson<br>Stephen A. Mansfield<br>Robert B. Humphreys<br>590 Madison Avenue<br>New York, NY 10022<br><br>**Attorneys for Defendant Samsung Semiconductor, Inc.** | PILLSBURY, WINTHROP LLP<br>Albert J. Boro, Jr.<br>50 Fremont Street<br>P.O. Box 7880<br>San Francisco, CA 94120-7880<br><br>O'MELVENY & MYERS LLP<br>Kenneth R. O'Rourke<br>Daniel L. Alexander<br>400 South Hope Street<br>Los Angeles, CA 90071-2899<br><br>Ian T. Simmons<br>1625 Eye Street, Northwest<br>Washington, DC 20006<br><br>**Attorneys for Defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc.** |

By: _____
        Joseph D. Cooper

COOPER & KIRKHAM P.C.
655 Montgomery Street, Suite 1700
San Francisco, CA 94111

By: _____
        Daniel Gustafson

GUSTAFSON GLUEK, PLLC
725 Northstar East
608 Second Avenue South
Minneapolis, MN 55402

**Co-Lead Counsel for Indirect Plaintiffs**

By: _____
        James L. McGinnis

SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
Gary Halling
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106

AKIN GUMP STRAUSS HAUER & FELD
LLP
Jonathan M. Jacobson
Stephen A. Mansfield
Robert B. Humphreys
590 Madison Avenue
New York, NY 10022

**Attorneys for Defendant Samsung Semiconductor, Inc.**

By: _____
        David Boies

STRAUS & BOIES, LLP
10513 Braddock Road
Fairfax, VA 22032

By: _____
        Daniel J. Mogin

THE MOGIN LAW FIRM, P.C.
110 Juniper Street
San Diego, CA 92101

By: _____
        Terrence A. Callan

PILLSBURY, WINTHROP LLP
Albert J. Boro, Jr.
50 Fremont Street
P.O. Box 7880
San Francisco, CA 94120-7880

O'MELVENY & MYERS LLP
Kenneth R. O'Rourke
Daniel L. Alexander
400 South Hope Street
Los Angeles, CA 90071-2899

Ian T. Simmons
1625 Eye Street, Northwest
Washington, DC 20006

**Attorneys for Defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc.**

| | |
|---|---|
| By: _____<br>Joseph D. Cooper | By: _____<br>David Boies |
| COOPER & KIRKHAM P.C.<br>655 Montgomery Street, Suite 1700<br>San Francisco, CA 94111 | STRAUS & BOIES, LLP<br>10513 Braddock Road<br>Fairfax, VA 22032 |
| By: _____<br>Daniel Gustafson | By: _____<br>Daniel J. Mogin |
| GUSTAFSON GLUEK, PLLC<br>725 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402 | THE MOGIN LAW FIRM, P.C.<br>110 Juniper Street<br>San Diego, CA 92101 |

**Co-Lead Counsel for Indirect Plaintiffs**

By: _____
James L. McGinnis

By: *Daniel L. Alexander /by KCO*
Terrence A. Callan

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
Gary Halling
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111-4106

AKIN GUMP STRAUSS HAUER & FELD LLP
Jonathan M. Jacobson
Stephen A. Mansfield
Robert B. Humphreys
590 Madison Avenue
New York, NY 10022

**Attorneys for Defendant Samsung Semiconductor, Inc.**

PILLSBURY, WINTHROP LLP
Albert J. Boro, Jr.
50 Fremont Street
P.O. Box 7880
San Francisco, CA  94120-7880

O'MELVENY & MYERS LLP
Kenneth R. O'Rourke
Daniel L. Alexander
400 South Hope Street
Los Angeles, CA  90071-2899

Ian T. Simmons
1625 Eye Street, Northwest
Washington, DC 20006

**Attorneys for Defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc.**

| | |
|---|---|
| By: *Steven Morrissett* (signed by Richard [...] w/ permission) CA BAR # 224782 | By: _____<br>Joel S. Sanders |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP | GIBSON DUNN & CRUTCHER LLP |
| 700 Hansen Way<br>Palo Alto, CA 94304 | One Montgomery Street<br>Montgomery Tower, 31st Floor<br>San Francisco, CA 94104 |
| COLLETTE, ERICKSON, FARMER & O'NEILL LLP<br>William Farmer, Jr.<br>235 Pine St, Suite 1300<br>San Francisco, CA 94104 | ARNOLD & PORTER LLP<br>Ronald C. Redcay<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California 90017-2513 |
| **Attorneys for Defendants Winbond Electronics Corporation America and Winbond Electronics Corporation** | **Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.** |
| By: _____<br>Robert B. Pringle | By: _____<br>Robert E. Freitas |
| THELEN REID & PRIEST LLP<br>Paul R. Griffin<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3601 | ORRICK HARRINGTON & SUTCLIFFE<br>Howard M. Ulman<br>405 Howard Street<br>San Francisco, CA 94105 |
| **Attorneys for Defendant Elpida Memory (USA) Inc., Elpida Memory, Inc. and NEC Electronics America, Inc.** | **Attorneys for Defendant Nanya Technology Corporation USA** |
| By: _____<br>William M. Goodman | |
| TOPEL & GOODMAN<br>832 Sansome Street, 4th Floor<br>San Francisco, CA 94111 | |
| **Attorneys for Defendant Mosel Vitelic** | |

| | |
|---|---|
| By: _____<br>Steven Morrissett | By: *Joel Sanders /CHC*<br>Joel S. Sanders |
| FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER LLP<br><br>700 Hansen Way<br>Palo Alto, CA  94304 | GIBSON DUNN & CRUTCHER LLP<br>One Montgomery Street<br>Montgomery Tower, 31st Floor<br>San Francisco, CA  94104 |
| COLLETTE, ERICKSON, FARMER &<br>O'NEILL LLP<br>William Farmer, Jr.<br>235 Pine St, Suite 1300<br>San Francisco, CA 94104<br><br>**Attorneys for Defendant Winbond<br>Electronics Corporation America** | ARNOLD & PORTER LLP<br>Ronald C. Redcay<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California  90017-2513<br><br>**Attorneys for Defendants Micron<br>Technology, Inc. and Micron Semiconductor<br>Products, Inc.** |
| By: _____<br>Robert B. Pringle | By: _____<br>Robert E. Freitas |
| THELEN REID & PRIEST LLP<br>Paul R. Griffin<br>101 Second Street, Suite 1800<br>San Francisco, CA  94105-3601<br><br>**Attorneys for Defendant Elpida Memory<br>(USA) Inc., Elpida Memory, Inc. and NEC<br>Electronics America, Inc.** | ORRICK HARRINGTON & SUTCLIFFE<br>Howard M. Ulman<br>405 Howard Street<br>San Francisco, CA 94105<br><br>**Attorneys for Defendant Nanya Technology<br>Corporation USA** |
| By: _____<br>William M. Goodman<br><br>TOPEL & GOODMAN<br>832 Sansome Street, 4th Floor<br>San Francisco, CA  94111<br><br>**Attorneys for Defendant Mosel Vitelic<br>Corporation** | |

| | |
|---|---|
| By: _____<br>Steven Morrissett | By: _____<br>Joel S. Sanders |

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP

700 Hansen Way
Palo Alto, CA 94304

COLLETTE, ERICKSON, FARMER & O'NEILL LLP
William Farmer, Jr.
235 Pine St, Suite 1300
San Francisco, CA 94104

**Attorneys for Defendant Winbond Electronics Corporation America**

GIBSON DUNN & CRUTCHER LLP
One Montgomery Street
Montgomery Tower, 31st Floor
San Francisco, CA 94104

ARNOLD & PORTER LLP
Ronald C. Redcay
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-2513

**Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.**

By: /s/ Paul R. Griffin _____
Robert B. Pringle

THELEN REID & PRIEST LLP
Paul R. Griffin
101 Second Street, Suite 1800
San Francisco, CA 94105-3601

**Attorneys for Defendant Elpida Memory (USA) Inc., Elpida Memory, Inc. and NEC Electronics America, Inc.**

By: _____
Robert E. Freitas

ORRICK HARRINGTON & SUTCLIFFE
Howard M. Ulman
405 Howard Street
San Francisco, CA 94105

**Attorneys for Defendant Nanya Technology Corporation USA**

By: _____
William M. Goodman

TOPEL & GOODMAN
832 Sansome Street, 4th Floor
San Francisco, CA 94111

**Attorneys for Defendant Mosel Vitelic Corporation**

4559

- 7 -

1621.10 0062 BSC.DOC

By: _____
   Steven Morrissett

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP

700 Hansen Way
Palo Alto, CA 94304

COLLETTE, ERICKSON, FARMER &
O'NEILL LLP
William Farmer, Jr.
235 Pine St, Suite 1300
San Francisco, CA 94104

**Attorneys for Defendant Winbond Electronics Corporation America**

By: _____
   Robert B. Pringle

THELEN REID & PRIEST LLP
Paul R. Griffin
101 Second Street, Suite 1800
San Francisco, CA 94105-3601

**Attorneys for Defendant Elpida Memory (USA) Inc., Elpida Memory, Inc. and NEC Electronics America, Inc.**

By: _____
   William M. Goodman

TOPEL & GOODMAN
832 Sansome Street, 4th Floor
San Francisco, CA 94111

**Attorneys for Defendant Mosel Vitelic Corporation**

By: _____
   Joel S. Sanders

GIBSON DUNN & CRUTCHER LLP
One Montgomery Street
Montgomery Tower, 31st Floor
San Francisco, CA 94104

ARNOLD & PORTER LLP
Ronald C. Redcay
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-2513

**Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.**

By: _/s/ Howard M. Ullman_____
   ~~Robert E. Freitas~~
   HOWARD M. ULLMAN

ORRICK HERRINGTON & SUTCLIFFE LLP
Howard M. Ulman
405 Howard Street
San Francisco, CA 94105

**Attorneys for Defendant Nanya Technology Corporation USA** and
NANYA TECHNOLOGY CORPORATION

| | |
|---|---|
| By: _____<br>Steven Morrissett | By: _____<br>Joel S. Sanders |
| FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER LLP<br><br>700 Hansen Way<br>Palo Alto, CA 94304 | GIBSON DUNN & CRUTCHER LLP<br>One Montgomery Street<br>Montgomery Tower, 31st Floor<br>San Francisco, CA 94104 |
| COLLETTE, ERICKSON, FARMER &<br>O'NEILL LLP<br>William Farmer, Jr.<br>235 Pine St, Suite 1300<br>San Francisco, CA 94104<br><br>**Attorneys for Defendant Winbond<br>Electronics Corporation America** | ARNOLD & PORTER LLP<br>Ronald C. Redcay<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California 90017-2513<br><br>**Attorneys for Defendants Micron<br>Technology, Inc. and Micron Semiconductor<br>Products, Inc.** |
| By: _____<br>Robert B. Pringle | By: _____<br>Robert E. Freitas |
| THELEN REID & PRIEST LLP<br>Paul R. Griffin<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3601<br><br>**Attorneys for Defendant Elpida Memory<br>(USA) Inc., Elpida Memory, Inc. and NEC<br>Electronics America, Inc.** | ORRICK HARRINGTON & SUTCLIFFE<br>Howard M. Ulman<br>405 Howard Street<br>San Francisco, CA 94105<br><br>**Attorneys for Defendant Nanya Technology<br>Corporation USA** |

By: _*William Goodman*_ *by APD*
        William M. Goodman

TOPEL & GOODMAN
832 Sansome Street, 4th Floor
San Francisco, CA 94111

**Attorneys for Defendant Mosel Vitelic
Corporation**

By: /s/ Julian Brew
Julian Brew

KAYE SCHOLER LLP
Aton Arbisser
Tanja Shipman
1999 Avenue of the Stars, Suite 1600
Los Angeles, CA 90067

KIRKLAND & ELLIS
Saretta Mcdonough
777 South Figueroa Street
Los Angeles, CA 90017-2513

Tefft W. Smith
Karen N. Walker
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793

**Attorneys for Defendant Infineon Technologies North America Corp. and Infineon Technologies AG**

IT IS SO ORDERED.

Dated: 10/26/05

_____
Phyllis J. Hamilton
United States District Judge
Northern District of California

4559

- 8 -

1621.10 0062 BSC.DOC

## CERTIFICATE OF SERVICE

I am employed in the County of San Mateo, State of California. I am a citizen of the United States, over the age of 18 years and not a party to the within cause. My business address is the Law Offices of Cotchett, Pitre, Simon & McCarthy, San Francisco Airport Office Center, 840 Malcolm Road, Suite 200, Burlingame, California, 94010.

On October 19, 2005, I served the following document(s) on each person in the manner described below:

**STIPULATION AND [PROPOSED] ORDER RE COORDINATION OF DISCOVERY**

X   **BY ECF:** By USDC Live System-Document Filing System: on all interested parties registered for e-filing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed at Burlingame, California, on October 19, 2005.

_____
JoAnne Lein

LAW OFFICES
COTCHETT,
PITRE, SIMON &
MCCARTHY

**PROOF OF SERVICE**