1    GIBSON, DUNN & CRUTCHER LLP
     JOEL S. SANDERS, SBN 107234
2    One Montgomery Street, Suite 3100
     San Francisco, California 94104
3    Telephone:  (415) 393-8200
     Facsimile:  (415) 986-5309

4

5    ARNOLD & PORTER LLP
     RONALD C. REDCAY, SBN 67236
     777 South Figueroa Street, 44th Floor
6    Los Angeles, California  90017-2513
     Telephone:  (213) 243-4002
7    Facsimile:  (213) 243-4199

8    Attorneys for Defendants
     MICRON TECHNOLOGY, INC. and
9    MICRON SEMICONDUCTOR PRODUCTS, INC.

10   [Names and addresses of other parties and their
     counsel appear at end]

11

12

13

14                   UNITED STATES DISTRICT COURT

           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

17   In re DYNAMIC RANDOM ACCESS         No. M-02-1486-PJH
     MEMORY (DRAM) ANTITRUST
18   LITIGATION                      MDL No. 1486

19   This Document Relates To:

20        ALL ACTIONS              **STIPULATION AND [P~~ROPOSED~~]**
                                       **ORDER TO APPLY PROTECTIVE**
21                                        **ORDER TO INDIRECT-PURCHASER**
                                       **PLAINTIFFS' COUNSEL**

22

23

24

25

26

27

28

## STIPULATION

1

2    WHEREAS this Court previously entered a Stipulation and Protective Order in the above-

3    captioned case on July 11, 2003 (the "Protective Order");

4    WHEREAS since the entry of that Protective Order, a number of cases filed in various state

5    and federal courts on behalf of indirect purchasers of DRAM have been consolidated with this case

6    for pre-trial proceedings;

7    WHEREAS additional cases on behalf of indirect purchasers of DRAM may be consolidated

8    with this case for pre-trial proceedings;

9    WHEREAS counsel in these newly consolidated indirect-purchaser cases and in any later

10   consolidated indirect-purchaser cases (the "Indirect-Purchaser Plaintiffs' Counsel") may participate in

11   discovery and have access to proprietary and confidential information and documents; and

12   WHEREAS Indirect-Purchaser Plaintiffs' Counsel have agreed to protect the confidentiality

13   of such information and documents and be bound by the Protective Order.

14

15   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

16   The parties agree that the Protective Order entered by the Court on July 11, 2003 shall apply

17   to Indirect-Purchaser Plaintiffs' Counsel, as if each such counsel had been a signatory to the original

18   Stipulation and Protective Order.

19

20   INDIRECT-PURCHASER PLAINTIFFS' COUNSEL:

21   By: _____        David Boies
              Josef D. Cooper                STRAUS & BOIES, LLP
22                                           10513 Braddock Road
      Tracy R. Kirkham                       Fairfax, VA 22032
23    COOPER & KIRKHAM, P.C.                 Facsimile: (703) 764-8704
      655 Montgomery Street, 17th Floor
24    San Francisco, CA 94111               **Indirect-Purchaser Plaintiffs' Co-Lead**
      Facsimile: (415) 882-7040            **Counsel**
25    **Indirect-Purchaser Plaintiffs' Co-Lead**
      **Counsel signing on behalf of all Indirect-**
26    **Purchaser Plaintiffs for purposes of this**
      **stipulation**
27

28   DATED: _10/25/05_

2

STIPULATION AND [PROPOSED] ORDER TO APPLY PROTECTIVE ORDER TO INDIRECT-PURCHASER PLAINTIFFS' COUNSEL

Daniel Gustafson
GUSTAFSON GLUEK PLLC
725 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Facsimile: (612) 339-6622

**Indirect-Purchaser Plaintiffs' Co-Lead Counsel**

Francis O. Scarpulla
LAW OFFICES OF FRANCIS O. SCARPULLA
275 Battery Street, 28th Floor
San Francisco, CA 94111
Facsimile: (415) 788-0707

**Indirect-Purchaser Plaintiffs' Liaison Counsel**

DIRECT-PURCHASER PLAINTIFFS' COUNSEL:

By: _____
      Guido Saveri

R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

**Direct-Purchaser Plaintiffs' Co-Lead Counsel signing on behalf of all Direct-Purchaser Plaintiffs for purposes of this stipulation**

DATED: _10/29/15_

Steve W. Berman
Anthony D. Shapiro
Craig R. Spiegel
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Facsimile: (206) 623-0594

**Direct-Purchaser Plaintiffs' Co-Lead Counsel**

Daniel J. Mogin
THE MOGIN LAW FIRM
110 Juniper Street
San Diego, CA 92101
Facsimile: (619) 687-6610

**Indirect-Purchaser Plaintiffs' Co-Lead Counsel**

Fred T. Isquith
Thomas H. Burt
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
270 Madison Avenue
New York, NY 10016
Facsimile: (212) 545-4653

-and-

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Facsimile: (312) 984-0001

**Direct -Purchaser Plaintiffs' Co-Lead Counsel**

Joseph J. Tabacco, Jr.
BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
425 California Street, Suite 2025
San Francisco, CA 94104
Facsimile: (415) 433-6382

**Direct-Purchaser Plaintiffs' Liaison Counsel**

Gibson, Dunn & Crutcher LLP

3

1

DEFENDANTS:

2

By: _Joel S. Sanders_

3

Joel S. Sanders

4

GIBSON DUNN & CRUTCHER LLP
One Montgomery Street

5

Montgomery Tower, 31st Floor
San Francisco, CA  94104

6

(415) 393-8200 (telephone)
(415) 986-5309 (facsimile)

7

8

ARNOLD & PORTER LLP
Ronald C. Redcay

9

777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-2513

10

(213) 243-4002 (telephone)
(213) 243-4199 (facsimile)

11

12

**Attorneys for Defendants Micron Technology, Inc.
and Micron Semiconductor Products, Inc. signing on
behalf of all Defendants for purposes of this
stipulation**

13

14

DATED:  _10/27/05_

15

16

Stephen A. Mansfield
David A. Donohoe

Robert B. Pringle
Paul Griffin

17

Robert B. Humphreys
Daniel McInnis

Jonathan E. Swartz
THELEN REID & PRIEST LLP

18

AKIN GUMP STRAUSS HAUER &
FELD LLP

101 Second Street, Suite 1800
San Francisco, CA  94105

19

590 Madison Avenue
New York, NY  10022

Facsimile:  (415) 371-1211

20

Facsimile:  (212) 407-3220

**Attorneys for Defendant Elpida Memory (USA), Inc.**

21

Gary L. Halling
James L. McGinnis

22

SHEPPARD, MULLIN, RICHTER
  & HAMPTON LLP

23

Four Embarcadero Center, 17th Floor
San Francisco, CA  94111

24

Facsimile:  (415) 434-3947

25

**Attorneys for Defendants Samsung
Electronics Co., Ltd and Samsung**

26

**Semiconductor, Inc.**

27

28

4

1

2   William M. Goodman
    Rafael Goldman
3   TOPEL & GOODMAN
    832 Sansome Street, 4th Floor
4   San Francisco, CA  94111
    Facsimile:  (415) 398-5030
5
    **Attorneys for Defendant Mosel Vitelic**
6   **Corporation**

7

8

9

10

11  Aton Arbisser
    Julian Brew
12  Tanja Shipman
    KAYE SCHOLER LLP
13  1999 Avenue of the Stars, Suite 1600
    Los Angeles, CA  90067
14  Facsimile:  (310) 788-1200

15  Sarretta McDonough
    KIRKLAND & ELLIS LLP
16  777 South Figueroa Street
    Los Angeles, CA  90017
17  Facsimile:  (213) 680-8500

18  Tefft W. Smith
    Karen N. Walker
19  KIRKLAND & ELLIS LLP
    655 Fifteenth St., N.W.
20  Washington, D.C.  20005
    Facsimile:  (202) 879-5200
21
    **Attorneys for Defendants Infineon**
22  **Technologies AG; Infineon**
    **Technologies North America Corp;**
23  **Infineon Technology Corp.**

24

25

26

27

28

Howard M. Ullman
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Facsimile:  (415) 773-5759

Robert Freitas
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA  94025-1021
Facsimile:  (650) 614-7401

**Attorneys for Defendant Nanya Technology**
**Corporation USA**

William S. Farmer, Jr.
COLLETTE ERICKSON FARMER
 & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA  94104
Facsimile:  (415) 788-6929

Steven H. Morrissett
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER LLP
700 Hansen Way
Palo Alto, CA  94304
Facsimile:  (650) 849-6666

**Attorneys for Defendant Winbond Electronics**
**Corporation America**

Terrence A. Callan
Albert J. Boro, Jr.
PILLSBURY WINTHROP SHAW
 PITTMAN LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA  94120-7880
Facsimile:  (415) 983-1200

Michael Tubach
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA  94111
Facsimile:  (415) 984-8701

Kenneth R. O'Rourke
Daniel L. Alexander
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA  90071-2899
Facsimile:  (213) 430-6407

Ian Simmons
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006
Facsimile:  (202) 383-5414

**Attorneys for Defendant Hynix
Semiconductor America, Inc.**

Gibson, Dunn &
Crutcher LLP

6

1

## **ORDER**

2      Based on the stipulation of the parties, and for good cause shown, the foregoing is hereby SO

3  ORDERED.

4
          11/3/05

5  DATED: _____

6                                  _____
                                 PHYLLIS J. HAMILTON
                       UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12
40217134_1.DOC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO APPLY PROTECTIVE ORDER TO INDIRECT-PURCHASER PLAINTIFFS'
COUNSEL