# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re DYNAMIC RANDON ACCESS MEMORY (DRAM) ANTITRUST LITIGATION<br><br>This Document Related to:<br><br>ALL INDIRECT PURCHASER ACTIONS. | Master File No.: M-02-1486-PJH<br><br>MDL NO. 1486<br><br>[~~PROPOSED~~] INDIRECT PURCHASER PRETRIAL SCHEDULING ORDER |

Following the November 3, 2005 Case Management Conference, the Court hereby orders the following pretrial schedule for the coordinated Indirect Purchaser Actions, as set forth in the Seventh Joint Case Management Statement:

| Date | Event |
|---|---|
| **March 1, 2006** | Written fact discovery related to indirect purchaser issues may be served. |
| **May 14, 2006** | Joint, coordinated discovery with direct purchaser plaintiffs closes. No further discovery on issues common to direct and indirect actions, absent agreement of parties or by order of court for good cause shown. The parties agree to meet and confer in good faith to resolve any disputes about whether discovery is common to direct and indirect actions |
| **May 15, 2006** | Depositions related to indirect purchaser issues commence. |
| **June 1, 2006** | Last day for indirect purchaser plaintiffs to file (a) class certification expert reports; and (b) motion for class certification. |
| **July 14, 2006** | Last day for defendants to file (a) class certification expert reports; and (b) opposition to indirect purchasers' class certification motion. |
| **Aug 14, 2006** | Last day for indirect purchaser plaintiffs to file (a) class certification reply expert reports and (b) class certification reply brief. |
| **August 30, 2006** | Class certification argument (subject to Court's calendar) |
| **October 31, 2006** | Indirect Purchaser fact and expert discovery closes |

| | | |
|---|---|---|
| **March 31, 2006** | Indirect Purchaser Plaintiffs' counsel and defense counsel to meet and confer by March 31, 2006, for the purpose of setting dates for expert reports, dispositive motions, and other pretrial matters | |

Dated: 11/3/05

Hon. Phyllis J. Hamilton
United States District Judge