A CERTIFIED TRUE COPY
NOV 17 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV - 1 2005

FILED
CLERK'S OFFICE

DOCKET NO. 1486

FILED
NOV 22 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION*

Sandra Bishop v. Micron Technology, Inc., et al., N.D. Mississippi, C.A. No. 3:05-109
Aaron Stobbe, et al. v. Micron Technology, Inc., et al., D. Utah, C.A. No. 2:05-792
J. Michael Quade, et al. v. Micron Technology, Inc., et al., E.D. Virginia,
    C.A. No. 3:05-659

**CONDITIONAL TRANSFER ORDER (CTO-16)**

On October 16, 2002, the Panel transferred one civil action to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 19 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Phyllis J. Hamilton.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Hamilton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of October 16, 2002, 228 F.Supp.2d 1379 (J.P.M.L. 2002), and, with the consent of that court, assigned to the Honorable Phyllis J. Hamilton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 17 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel