UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DYNAMIC RANDOM ACCESS
MEMORY (DRAM) ANTITRUST
LITIGATION

No. M 02-1486 PJH

_____/

**NOTICE AND ORDER
CONTINUING HEARING**

This Document Relates to:

All Direct Purchaser Actions

_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' Stipulation Changing Class Certification Briefing Dates. Pursuant to the stipulation, the hearing on plaintiffs' motion for class certification, which was previously set for April 19, 2006, at 9:00 a.m., has been CONTINUED to May 17, 2006, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. Please note, however, that the briefing schedule, as set forth in the parties' stipulation, shall be followed.

Unless otherwise indicated below, all documents shall be filed at the Clerk's Office in compliance with Local Rules 3-4, 5-1, 7-1 through 7-5, and this court's standing order. Documents not filed in compliance with those rules will not be considered by the court.

AT THE TIME OF FILING OF ORIGINAL PAPERS WITH THE CLERK'S OFFICE, THE PARTIES ARE REQUIRED TO SUBMIT **ONE** ADDITIONAL CONFORMED COPY OF EACH DOCUMENT, WHICH IS TO BE DESIGNATED "**PJH CHAMBERS COPY**."

**IT IS SO ORDERED**.

Dated: January 24, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge