# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | 400 South Hope Street | NEW YORK |
| BRUSSELS | Los Angeles, California 90071-2899 | SAN FRANCISCO |
| CENTURY CITY | | SHANGHAI |
| HONG KONG | TELEPHONE (213) 430-6000 | SILICON VALLEY |
| | FACSIMILE (213) 430-6407 | |
| LONDON | www.omm.com | TOKYO |
| NEWPORT BEACH | | WASHINGTON, D.C. |

February 10, 2006

OUR FILE NUMBER
409,022-4

Hon. Joseph C. Spero
U.S. Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

WRITER'S DIRECT DIAL
(213) 430-7281

WRITER'S E-MAIL ADDRESS
korourke@omm.com

Re: *In re DRAM Antitrust Litigation*
<u>USDC Case No. M-02-1486 PJH (JCS)</u>

Dear Judge Spero:

    I write to request permission to participate in the hearing set for February 17, 2006, by telephone rather than in person.

    I am lead counsel for defendants Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. Present at the hearing will be at least one of my colleagues responsible for discovery matters (Steven Bergman from O'Melveny & Myers LLP). I am scheduled to be out of state on a vacation planned prior to receipt of the court's scheduling order and therefore request permission to participate by telephone. The telephone number that I can be reached at for the hearing is (808) 826-9644, room 403. I will be available at that number beginning at ~~9:30 a.m.~~ on February 17, if this request is approved.
1:30 p.m.

Very truly yours,

Kenneth O'Rourke/sn

Kenneth R. O'Rourke
of O'MELVENY & MYERS LLP

KRO:sn
cc: MDL Service List

Dated: February 13, 2006



IT IS SO ORDERED
Judge Joseph C. Spero

LA2:790738.1