LAW OFFICES OF
## COOPER & KIRKHAM
A PROFESSIONAL CORPORATION

655 MONTGOMERY STREET, SUITE 1700
SAN FRANCISCO, CALIFORNIA 94111
TELEPHONE: (415) 788-3030
FACSIMILE: (415) 882-7040
EMAIL: coopkirk@aol.com

March 10, 2006

**VIA ELECTRONIC FILING & HAND DELIVERY**

The Honorable Phyllis J. Hamilton
United States District Judge
Northern District of California
Courtroom 3, 17th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

  Re: *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*
     Case No. M-02-1486 PJH; MDL No. 1486

Dear Judge Hamilton:

  Enclosed for your consideration is the "Stipulation and [Proposed] Order Continuing Case Management Conference to April 20, 2006," rescheduling the case management conference previously scheduled for March 16, 2006.

               Sincerely,

               Josef D. Cooper

JDC:sel
Enclosure
Cc: All Counsel via electronic service

- 1 -

Josef D. Cooper
Tracy R. Kirkham
COOPER & KIRKHAM, P.C.
655 Montgomery Street, Suite 1700
San Francisco, California 94111
Telephone: (415)788-3030

Co-Lead Counsel for Indirect Plaintiffs

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415) 217

Co-Lead Counsel for Direct Plaintiffs

Joel S. Sanders
GIBSON, DUNN & CRUTCHER, LLP
One Montgomery Street
Montgomery Tower, 31st Floor
San Francisco, CA 94104
Telephone: (415) 393-8200

On Behalf of All Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE DRAM ANTITRUST LITIGATION | Master File No. M-02-1486PJH |
|---|---|
| | MDL No. 1486 |
| This Document Relates to:<br><br>ALL ACTIONS | **STIPULATION AND [P~~ROPOSED~~]<br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE TO<br>APRIL 20, 2006** |

A case management conference having previously been scheduled in the above-captioned matter for March 16, 2006, at 2:30 p.m., and counsel for the parties having consulted regarding

the need for such conference and having advised the Court that there is no matter which requires the Court's attention at this time, and the Court having advised counsel that the case management conference may be continued, IT IS HEREBY STIPULATED that the case management conference set for March 16, 2006, be re-scheduled for Thursday, April 20, 2006, at 2:30 p.m..

DATE: March 10, 2006

SAVERI & SAVERI, INC.

By: /s/ Guido Saveri
Guido Saveri

111 Pine Street, Suite 1700
San Francisco, CA 94111

Co-Lead Counsel for Direct Plaintiffs

COOPER & KIRKHAM P.C.

By: /s/ Josef D. Cooper
Josef D. Cooper

655 Montgomery Street, Suite 1700
San Francisco, CA 94111

Co-Lead Counsel for Indirect Plaintiffs

GIBSON DUNN & CRUTCHER LLP

By: /s/ Joel S. Sanders
Joel S. Sanders

One Montgomery Street
Montgomery Tower, 31st Floor
San Francisco, CA 94104

On Behalf of All Defendants

**IT IS SO ORDERED.**

DATE: March 13, 2006

IT IS SO ORDERED
/s/ Phyllis J. Hamilton
Judge Phyllis J. Hamilton
United States District Judge

- 2 -

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
No. M-02-1486 PJH

1621.10 0081 BSC.DOC