| | |
|---|---|
| 1 | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
| |   A Limited Liability partnership |
| 2 |   Including Professional Corporations |
| | Gary L. Halling, Cal. Bar No. 66087 |
| 3 | James L. McGinnis, Cal. Bar No. 95788 |
| | David D. Sohn, Cal. Bar No. 221119 |
| 4 | Four Embarcadero Center, 17th Floor |
| | San Francisco, CA 94111-4106 |
| 5 | Telephone: (415) 434-9100 |
| | Facsimile: (415) 434-3947 |
| 6 | ghalling@sheppardmullin.com |
| | jmcginnis@sheppardmullin.com |
| 7 | dsohn@sheppardmullin.com |
| 8 | Attorneys for Defendants |
| | SAMSUNG ELECTRONICS COMPANY, LTD. |
| 9 | and SAMSUNG SEMICONDUCTOR, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Dynamic Random Access Memory (DRAM) Antitrust Litigation | Case No. M-02-1486-PJH |
| | MDL No. 1486 |
| THIS DOCUMENT RELATES TO: | **STIPULATION FOR EXTENSION OF DISCOVERY DEADLINE PURSUANT TO LOCAL RULE 6-2** |
| **All Actions** | |

It is hereby stipulated and agreed by and between Plaintiffs and defendants Samsung Semiconductor, Inc. and Samsung Electronics Co., Ltd. (collectively, "Defendants") that Defendants have until March 24, 2006, to produce documents in response to Plaintiffs' First Set of Requests for Production of Documents and to respond to Plaintiffs' Second Set of Interrogatories. This stipulation is supported by the Declaration of David D. Sohn, filed concurrently.

Dated: March ____, 2006

COOPER & KIRKHAM P.C.

By: _____
　　　Josef D. Cooper

655 Montgomery Street, 17th Floor
San Francisco, CA 94111

COTCHETT, PITRE, SIMON & McCARTHY

By: _____
　　　Bruce L. Simon

San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010

**Attorneys for Plaintiffs**

SHEPPARD MULLIN RICHTER & HAMPTON LLP
By: _____
　　　David D. Sohn

Gary L. Halling
James L. McGinnis
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106

**Attorneys for Defendants Samsung Semiconductor, Inc. and Samsung Electronics Co., Ltd.**

---

W02-SF:5DS1\61487884.1
Case No. M-02-1486-PJH

-1-
STIPULATION FOR EXTENSION OF DISCOVERY DEADLINE PURSUANT TO LOCAL RULE 6-2

**Order**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

March _17_, 2006

_____
Magistrate Judge Joseph C. Spero

-2-

W02-SF:5DS1\61487884.1
Case No. M-02-1486-PJH

ORDER RE EXTENSION OF DISCOVERY DEADLINE
PURSUANT TO LOCAL RULE 6-2