# KAYE SCHOLER LLP

1999 Avenue of the Stars
Suite 1700
Los Angeles, California 90067-6048
310 788-1000
Fax 310 788-1200
www.kayescholer.com

Julian Brew
310 788-1147
Fax 310 788-1200
jbrew@kayescholer.com

April 11, 2006

Hon. Joseph C. Spero
U. S. Magistrate Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

     Re:    *In re DRAM Antitrust Litigation*
             USDC Case No. M-02-1486 PJH (JCS)

Dear Judge Spero:

    I write to request permission to participate in the hearing set for April 21, 2006, by telephone rather than in person.

    I am one of the lead counsel for defendants Infineon Technologies AG and Infineon Technologies North America Corp. I am unable to attend the hearing on that date for medical reasons and therefore request permission to participate by telephone. The telephone number that I can be reached at for the hearing is (310) 788-1147. I will be available at that number beginning at 1:30 p.m. on April 21, if this request is approved.

Very truly yours,

Julian Brew

Dated: April 17, 2006



GRANTED
Judge Joseph C. Spero

NEW YORK   CHICAGO   LOS ANGELES   WASHINGTON, D.C.   WEST PALM BEACH   FRANKFURT   LONDON   SHANGHAI

23193334.WPD