

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION,

_____

This document relates to:

ALL ACTIONS.

_____/

No. M-02-1486 PJH (JCS)

**ORDER REGARDING DEPOSITION SCHEDULE**

TO ALL PARTIES AND COUNSEL OF RECORD:

On May 9, 2006, the Court held a telephonic Discovery Conference regarding the scheduling of depositions. Dan Allanoff, Doug Millen and Guido Saveri, counsel for the Direct Purchasers, and Adam Belsky, counsel for the Indirect Purchasers, appeared. Howard Ullman, counsel for the Nanya Defendants, appeared. Paul Meltzer, counsel for deponent Michael Walsh, and Ross Nadel, counsel for deponents Brian Donahue, David Dwyer, and Steve Hsu, appeared.

IT IS HEREBY ORDERED that the deponents Michael Walsh, Brian Donahue, David Dwyer, Steve Hsu and Kenneth Hurley are ORDERED to appear for their depositions **during the week of June 12, 2006.** The deposition of Kenneth Hurley is subject to any application that may be made by Mr. Malone. The parties shall work out the deposition schedule for that week and the location(s) of the depositions. Counsel for these witnesses shall give fourteen (14) days notice in advance of a deposition if the deponent plans to assert his 5th Amendment right not to testify.

IT IS SO ORDERED.

Dated: May 10, 2006

JOSEPH C. SPERO
United States Magistrate Judge