```
 1  GIBSON, DUNN & CRUTCHER LLP
    JOEL S. SANDERS, SBN 107234
 2  One Montgomery Street, Suite 3100
    San Francisco, California 94104
 3  Telephone: (415) 393-8200
    Facsimile: (415) 986-5309
 4
    ARNOLD & PORTER LLP
 5  RONALD C. REDCAY, SBN 67236
    777 South Figueroa Street, 44th Floor
 6  Los Angeles, California 90017-2513
    Telephone: (213) 243-4002
 7  Facsimile: (213) 243-4199
 8  Attorneys for Defendants
    MICRON TECHNOLOGY, INC. and
 9  MICRON SEMICONDUCTOR PRODUCTS, INC.
10  [Names and addresses of other parties and their
    counsel appear at end]
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL UNSTAYED INDIRECT PURCHASER ACTIONS | No. M-02-1486-PJH<br><br>MDL No. 1486<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING NOVEMBER 3, 2005 SCHEDULING ORDER FOR ALL UNSTAYED INDIRECT PURCHASER ACTIONS**<br><br>Date:  None<br>Time:  N/A<br>Judge: The Hon. Phyllis J. Hamilton |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER MODIFYING NOVEMBER 3, 2005 NOVEMBER 3, 2005 SCHEDULING ORDER FOR ALL UNSTAYED INDIRECT PURCHASER ACTIONS, No. M-02-1486-PJH, MDL No. 1486

# **STIPULATION**

Indirect Purchaser Plaintiffs and Defendants (collectively, the "parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS the Defendants have requested that they be given an additional thirty (30) days to respond to the Indirect Purchaser Plaintiffs' First-Set of Interrogatories to All Defendants and First Set of Requests for Production of Documents to All Defendants, such that the responses would be due on May 31, 2006;

WHEREAS the Indirect Purchaser Plaintiffs have requested that the schedule for filing and briefing their class certification motion, as set forth in the Indirect Purchaser Pretrial Scheduling Order (entered on November 3, 2005), be extended for 90 days;

WHEREAS the Defendants have agreed to a 30-day extension of that schedule as it pertains to the class certification motion so that the parties can attempt to negotiate a complete pretrial schedule (including rescheduling the class motion deadlines), without prejudice to the Indirect Purchaser Plaintiffs' ability to seek further modification of the Pretrial Scheduling Order; and

WHEREAS, the parties are engaged in good faith negotiations to resolve all outstanding scheduling issues,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

(i) Defendants' responses to the Indirect Purchaser Plaintiffs' First Set of Interrogatories to All Defendants and the First Set of Requests for Production of Documents to All Defendants are due on May 31, 2006.

(ii) The schedule for filing, briefing, and hearing the Indirect Purchaser Plaintiffs' class certification motion, as set forth in the Indirect Purchaser Pretrial Scheduling Order, shall be revised as follows:

- June 30, 2006: Last day for Indirect Purchaser Plaintiffs to file (a) class certification expert reports; and (b) motion for class certification.
- August 11, 2006: Last day for Defendants to file (a) class certification expert reports; and (b) opposition to indirect purchasers' class certification motion.

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER FOR ALL UNSTAYED INDIRECT PURCHASER ACTIONS, No. M-02-1486-PJH, MDL No. 1486

1  • September 11, 2006: Last day for Indirect Purchaser Plaintiffs to file (a) class
2     certification reply expert reports; and (b) class certification reply brief.
3  • September 27, 2006: Class certification argument (subject to Court's calendar).
4  (iii)   The parties shall meet and confer as soon as possible to attempt to resolve all
5  scheduling issues, including the schedule for class certification, and report back to the Court
6  any resolution or disagreement that requires Court intervention.

7  DATE: May 4, 2006

8  INDIRECT PURCHASER PLAINTIFFS:

9  
10 By: _____
      Daniel Gustafson

11 Daniel Gustafson
   GUSTAFSON GLUEK PLLC
12 725 Northstar East
   608 Second Avenue South
13 Minneapolis, MN 55402
   Facsimile: (612) 339-6622
14
   **Indirect-Purchaser Plaintiffs' Co-Lead
15 Counsel signing on behalf of all Indirect-
   Purchaser Plaintiffs for purposes of this
16 stipulation**

David Boies
STRAUS & BOIES, LLP
10513 Braddock Road
Fairfax, VA 22032
Facsimile: (703) 764-8704

**Indirect-Purchaser Plaintiffs' Co-Lead Counsel**

17 DATED: May 5, 2006
18

19 Tracy R. Kirkham
   COOPER & KIRKHAM, P.C.
20 655 Montgomery Street, 17th Floor
   San Francisco, CA 94111
21 Facsimile: (415) 882-7040

22 **Indirect-Purchaser Plaintiffs' Co-Lead
   Counsel**

Daniel J. Mogin
THE MOGIN LAW FIRM
110 Juniper Street
San Diego, CA 92101
Facsimile: (619) 687-6610

**Indirect-Purchaser Plaintiffs' Co-Lead Counsel**

23
   Francis O. Scarpulla
24 LAW OFFICES OF FRANCIS O. SCARPULLA
   44 Montgomery Street, Suite 3400
25 San Francisco, CA 94104
   Facsimile: (415) 788-0707
26
   **Indirect-Purchaser Plaintiffs' Liaison Counsel**
27
28

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER FOR ALL UNSTAYED INDIRECT
PURCHASER ACTIONS, No. M-02-1486-PJH, MDL No. 1486

DEFENDANTS:

By: _____/s/ Joel S. Sanders_____
Joel S. Sanders

Joel S. Sanders
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street
Montgomery Tower, 31st Floor
San Francisco, CA 94104
(415) 393-8200 (telephone)
(415) 986-5309 (facsimile)

Ronald C. Redcay
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-2513
(213) 243-4002 (telephone)
(213) 243-4199 (facsimile)

**Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc. and signing on behalf of all defendants for purposes of this stipulation**

DATED: 5/5/06

Aton Arbisser
Julian Brew
Tanja Shipman
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Facsimile: (310) 788-1200

**Attorneys for Defendant Infineon Technologies North America Corp.**

Gary L. Halling
James L. McGinnis
David D. Sohn
SHEPPARD, MULLIN, RICHTER
 & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Facsimile: (415) 434-3947

David A. Donohoe
Daniel F. McInnis
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
Facsimile: (202) 887-4288

Stephen A. Mansfield
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Facsimile: (415) 765-9501

**Attorneys for Defendants Samsung Electronics Co., Ltd, Samsung Semiconductor, Inc.**

William M. Goodman
Andrea DeShazo
Raphael Goldman
TOPEL & GOODMAN
832 Sansome Street, 4th Floor
San Francisco, CA 94111
Facsimile: (415) 398-5030

**Attorneys for Defendants Mosel Vitelic Corporation, Mosel Vitelic Incorporated**

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER FOR ALL UNSTAYED INDIRECT PURCHASER ACTIONS, No. M-02-1486-PJH, MDL No. 1486

| | |
|---|---|
| Terrence A. Callan<br>Albert J. Boro, Jr.<br>PILLSBURY WINTHROP SHAW<br>  PITTMAN LLP<br>50 Fremont Street<br>Post Office Box 7880<br>San Francisco, CA 94120-7880<br>Facsimile: (415) 983-1200<br><br>Kenneth R. O'Rourke<br>Steven Bergman<br>Daniel L. Alexander<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071-2899<br>Facsimile: (213) 430-6407<br><br>Michael Tubach<br>O'MELVENY & MYERS LLP<br>Embarcadero Center West<br>275 Battery Street<br>San Francisco, CA 94111<br>Facsimile: (415) 984-8701<br><br>Ian Simmons<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Facsimile: (202) 383-5414<br><br>**Attorneys for Defendants Hynix Semiconductor, Inc.,**<br>**Hynix Semiconductor America, Inc.** | Howard M. Ullman<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Facsimile: (415) 773-5759<br><br>Robert Freitas<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1021<br>Facsimile: (650) 614-7401<br><br>**Attorneys for Defendants Nanya Technology Corporation,**<br>**Nanya Technology Corporation USA** |
| James G. Kreissman<br>Harrison J. Frahn IV<br>Jason M. Bussey<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>Facsimile: (650) 251-5002<br><br>**Attorneys for Defendant Elpida Memory (USA), Inc., Elpida Memory, Inc.** | Robert B. Pringle<br>Paul Griffin<br>Jonathan E. Swartz<br>THELEN REID & PRIEST LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Facsimile: (415) 371-1211<br><br>**Attorneys for Defendant NEC Electronics America, Inc.** |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER FOR ALL UNSTAYED INDIRECT PURCHASER ACTIONS, No. M-02-1486-PJH, MDL No. 1486

```
1  William S. Farmer, Jr.
2  COLLETTE ERICKSON FARMER
     & O'NEILL LLP
3  235 Pine Street, Suite 1300
   San Francisco, CA  94104
4  Facsimile:  (415) 788-6929

5  Steven H. Morrissett
   FINNEGAN, HENDERSON, FARABOW,
6    GARRETT & DUNNER LLP
   Stanford Research Park
7  3300 Hillview Avenue
   Palo Alto, CA  94304-1203
8  Facsimile:  (650) 849-6666

9  Attorneys for Defendants Winbond
   Electronics Corporation,
10 Winbond Electronics Corporation America
```

**ORDER**

SO ORDERED.

DATED: 5/11/06 _____



HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

40225558_1.DOC

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER FOR ALL UNSTAYED INDIRECT PURCHASER ACTIONS, No. M-02-1486-PJH, MDL No. 1486