GUIDO SAVERI (22349)
R. ALEXANDER SAVERI (173102)
GEOFFREY C. RUSHING (126910)
CADIO ZIRPOLI (179108)
SAVERI & SAVERI INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com
rick@saveri.com

STEVE W. BERMAN (*pro hac vice*)
ANTHONY D. SHAPIRO (*pro hac vice*)
CRAIG R. SPIEGEL (122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

FRED TAYLOR ISQUITH (*pro hac vice*)
MARY JANE FAIT (*pro hac vice*)
WOLF, HALDENSTEIN, ADLER,
   FREEMAN & HERZ
270 Madison Avenue
New York, NY 10016
Telephone: (212) 545-4600
Facsimile: (212) 545-4653

Co-Lead Counsel

*Additional Counsel Appear on Signature Page*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No: M-02-1486-PJH (JCS)<br><br>MDL No. 1486<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' MOTION TO FACILITATE DISSEMINATION OF NOTICE |
| This Document Relates to:<br><br>All Direct Purchaser Actions | |

1   This matter came before the undersigned Judge of the above-entitled Court upon
2   Plaintiffs' Motion to Facilitate Dissemination of Notice. The Court having considered the
3   motion and all other papers filed concerning that motion, and all other pertinent
4   documents and pleadings filed in this action,
5   It is hereby ORDERED that the Motion is GRANTED. It is further ORDERED
6   that by May 24, 2006, counsel for Defendants NEC Electronics America, Inc., Elpida
7   Memory, Inc., Elpida Memory (USA) Inc., Nanya Technology Corporation, Nanya
8   Technology Corporation USA, Micron Technology, Inc., Micron Semiconductor Products
9   Inc., Crucial Technology, Mosel-Vitelic Corporation, Mosel-Vitelic Corporation (USA),
10  and Windbond Electronics Corporation (collectively the "non-settling defendants") shall
11  provide Plaintiffs' Co-Lead Counsel (or their designee) customer lists, including the name
12  and most recent mailing and email addresses, for those customers who purchased DRAM
13  products directly from the non-settling defendants in the United States and its territories
14  or for delivery in the United States and its territories at any time from April 1, 1999
15  through June 30, 2002, excluding the non-settling defendants, their respective employees,
16  parents, subsidiaries and affiliates and governmental entities. Such customer lists shall be
17  produced to the extent that they are maintained in the ordinary course of business or are
18  reasonably available from records kept in the ordinary course. To the extent that the non-
19  settling defendants maintain those names and addresses in mailing label or electronic
20  format, they shall provide such lists to Plaintiffs' Co-Lead Counsel (or their designee) in
21  that format.

23  Dated: May 11, 2006.

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

Ram.292

## CERTIFICATE OF SERVICE

I, Gianna Gruenwald, declare under penalty of perjury that the foregoing is true and correct:

I am over the age of 18 years and not a party to the above-entitled cause. I am employed in the County of San Francisco; my business address is One Eleven Pine Street, Suite 1700, San Francisco, California 94111.

On May 2, 2006, I caused to be served a true and correct copy of the following document(s):

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO FACILITATE DISSEMINATION OF NOTICE**

by transmission to Electronic Case Filing System for the Northern District of California for service on all counsel of record by electronic service pursuant to Order of the Court.

Executed in San Francisco, California this 2nd day of May, 2006.

/s/ Gianna Gruenwald
Gianna Gruenwald