| | |
|---|---|
| 1 | KENNETH R. O'ROURKE (S.B. #120144) |
| | STEVEN H. BERGMAN (S.B. #180542) |
| 2 | DANIEL L. ALEXANDER (S.B. #214149) |
| | O'MELVENY & MYERS LLP |
| 3 | 400 South Hope Street |
| | Los Angeles, CA 90071-2899 |
| 4 | Telephone: (213) 430-6000 |
| | Facsimile: (213) 430-6407 |
| 5 | |
| 6 | IAN SIMMONS |
| | O'MELVENY & MYERS LLP |
| 7 | 1625 Eye Street, N.W. |
| | Washington, D.C. 20006-4001 |
| 8 | Telephone: (202) 383-5300 |
| | Facsimile: (202) 383-5414 |

*Attorneys for Defendants*
HYNIX SEMICONDUCTOR, INC. and
HYNIX SEMICONDUCTOR AMERICA, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DRAM ANTITRUST LITIGATION | Master File No. M-02-1486 PJH |
| | MDL. No. 1486 |
| This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF CERTAIN DEPOSITIONS OF HYNIX WITNESSES** |
| ALL ACTIONS | |

LA2:798450.2

STIPULATION & [PROPOSED] ORDER RE SCHEDULING
OF CERTAIN HYNIX DEPOSITIONS
MDL NO. 1486; NO. M-02-1486 PJH

# STIPULATION

This Stipulation is entered into between the Direct Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs and defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc. (collectively "Hynix"), and is made with regard to the following facts:

    A.    WHEREAS the Direct Purchaser Plaintiffs and the Indirect Purchaser Plaintiffs have noticed the depositions of certain foreign Hynix witnesses, including Dae Soo Kim, Chae Kyun Chung, Kun Chul Suh, Choon Yoob Choi, In Jae Kim, and Hyun Jun Kim; and

    B.    WHEREAS plaintiffs' deposition notices set the location of the depositions as San Francisco, California; and

    C.    WHEREAS DS Kim, CK Chung, KC Suh, CY Choi, IJ Kim, and HJ Kim all work and reside outside the United States; and

    D.    WHEREAS Hynix believed that the depositions of DS Kim, CK Chung, KC Suh, IJ Kim, and HJ Kim should take place in Seoul, Korea; and

    E.    WHEREAS the dispute over the locations of the depositions of DS Kim, CK Chung, KC Suh, IJ Kim, and HJ Kim had been submitted to Magistrate Judge Spero for resolution; and

    F.    WHEREAS by prior court order the discovery cut-off for discovery common to the direct and indirect purchaser actions is May 12, 2006; and

    G.    WHEREAS the Direct Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs and Hynix were able to reach a consensual resolution to their dispute.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

    1.    The depositions of DS Kim, CK Chung, KC Suh, IJ Kim, and HJ Kim will take place in the United States within the Northern District of California or another judicial district as agreed upon by the parties.

2.  To permit time for necessary arrangements to be made, the depositions of DS Kim, CK Chung, KC Suh, CY Choi, IJ Kim, and HJ Kim will occur after the May 12, 2006 discovery cut-off previously ordered by the Court.

3.  The Hynix depositions will be completed prior to July 31, 2006.

SO STIPULATED.

Dated: May 15, 2006

KENNETH R. O'ROURKE
IAN SIMMONS
STEVEN H. BERGMAN
O'MELVENY & MYERS LLP

By: /s/ Steven H. Bergman
    Steven H. Bergman

Attorneys for Defendants
HYNIX SEMICONDUCTOR, INC.
HYNIX SEMICONDCUTOR AMERICA, INC.

Dated: May __, 2006

FRED ISQUITH
FRANCIS BOTTINI, JR.
WOLF HALDENSTEIN, ADLER FREEMAN & HERZ LLP

By:_____
    Francis A. Bottini, Jr.

Co-Lead Counsel for the Direct Purchaser Plaintiffs

Dated: May __, 2006

JOSEPH COOPER
TRACY KIRKHAM
COOPER & KIRKHAM

By:_____
    Tracy Kirkham

Co-Lead Counsel for the Indirect Purchaser Plaintiffs

    2.    To permit time for necessary arrangements to be made, the depositions of DS Kim, CK Chung, KC Suh, CY Choi, IJ Kim, and HJ Kim will occur after the May 12, 2006 discovery cut-off previously ordered by the Court.

    3.    The Hynix depositions will be completed prior to July 31, 2006.

SO STIPULATED.

Dated: May __, 2006

KENNETH R. O'ROURKE
IAN SIMMONS
STEVEN H. BERGMAN
O'MELVENY & MYERS LLP

By: _____
    Steven H. Bergman

Attorneys for Defendants
HYNIX SEMICONDUCTOR, INC.
HYNIX SEMICONDCUTOR AMERICA, INC.

Dated: May 12, 2006

FRED ISQUITH
FRANCIS BOTTINI, JR.
WOLF HALDENSTEIN, ADLER FREEMAN & HERZ LLP

By: /s/ Francis A. Bottini
    Francis A. Bottini, Jr.

Co-Lead Counsel for the Direct Purchaser Plaintiffs

Dated: May __, 2006

JOSEPH COOPER
TRACY KIRKHAM
COOPER & KIRKHAM

By: _____
    Tracy Kirkham

Attorneys for the Indirect Purchaser Plaintiffs

2. To permit time for necessary arrangements to be made, the depositions of DS Kim, CK Chung, KC Suh, CY Choi, IJ Kim, and HJ Kim will occur after the May 12, 2006 discovery cut-off previously ordered by the Court.

3. The Hynix depositions will be completed prior to July 31, 2006.

SO STIPULATED.

Dated: May __, 2006

KENNETH R. O'ROURKE
IAN SIMMONS
STEVEN H. BERGMAN
O'MELVENY & MYERS LLP


By:_____
    Steven H. Bergman

Attorneys for Defendants
HYNIX SEMICONDUCTOR, INC.
HYNIX SEMICONDCUTOR AMERICA, INC.

Dated: May __, 2006

FRED ISQUITH
FRANCIS BOTTINI, JR.
WOLF HALDENSTEIN, ADLER FREEMAN
& HERZ LLP


By:_____
    Francis A. Bottini, Jr.

Co-Lead Counsel for the Direct Purchaser Plaintiffs

Dated: May 15, 2006

JOSEPH COOPER
TRACY KIRKHAM
COOPER & KIRKHAM



By: *Tracy R. Kirkham*
    Tracy Kirkham

Co-Lead Counsel for the Indirect Purchaser Plaintiffs

LA2:798450.2      - 3 -      STIPULATION & [PROPOSED] ORDER RE SCHEDULING OF CERTAIN HYNIX DEPOSITIONS
MDL No. 1486; No. M-02-1486 PJH

## ORDER

Pursuant to the Stipulation of the parties, the Court finds good cause for continuing the depositions of DS Kim, CK Chung, KC Suh, CY Choi, IJ Kim and HJ Kim beyond the May 12, 2006 discovery cut-off and adopts the Stipulation between the Direct Purchaser Plaintiffs, the Indirect Purchaser Plaintiffs and Hynix as an Order of this Court.

Dated: May 16, 2006

_____
Judge Joseph C. Spero
United States District Court for the
Northern District of California