Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Cadio Zirpoli (179108)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA  94111-5630
Telephone:     (415) 217-6810
Facsimile:      (415) 217-6813

*Direct Purchaser Plaintiffs Counsel*

Robert B. Pringle (051365)
Paul R. Griffin (083541)
Jonathan E. Swartz (203624)
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3601
Telephone:     (415) 371 1200
Facsimile:      (415) 371-1211

*Counsel for Defendant NEC Electronics America, Inc.
and on Behalf of Counsel for All Defendants*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DRAM ANTITRUST LITIGATION | Master File No. M-02-1486 PJH (JCS) |
| | MDL No. 1486 |
| | **STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL SCHEDULE AND TRIAL DATE** |
| This Document Relates to:<br>DIRECT PURCHASER CLASS ACTIONS | |

The parties to the consolidated direct purchaser actions hereby stipulate to, and respectfully request that the Court grant, a two-month extension of the current pretrial schedule and trial date,

1  as follows, or on a similar schedule convenient for the Court, and on the terms and conditions set
2  forth below:

3  **PROPOSED NEW SCHEDULE FOR DIRECT PURCHASER CASES**

4  **May 17, 2006 (same)**        Hearing on Motion for Class Certification.
5  **July 12, 2006**              Fact discovery closes (subject to conditions below)
6  **July 26, 2006**              Last date for plaintiffs to serve expert reports on merits.
7  **August 23, 2006**            Last date for defendants to serve expert reports on merits.
8  **September 11, 2006**         Last date for plaintiffs to serve rebuttal expert reports on merits.
9  **September 28, 2006**         Expert discovery closes.
10 **October 11, 2006**           Last date for filing dispositive motions.
11 **November 13, 2006**          Last date for oppositions to dispositive motions.
12 **December 11, 2006**          Last day for dispositive motions reply briefs.
13 **January 10, 2007** (was 5)   Hearing on dispositive motions. (9:00 am)
14 **February 8, 2007**           Last date for settlement conference.
15 **February 8, 2007**           Last date for filing motions in limine and other non-dispositive pretrial motions.
16
17 **February 15, 2007**          Last date to meet and confer re: pretrial order.
18 **February 22, 2007**          Parties must exchange proposed exhibit and witness lists.
19 **February 22, 2007**          Last date for filing pretrial order, agreed set of jury instructions and verdict forms, filing setting forth status of disputed instructions/verdict forms, etc.
20
21 **February 22, 2007**          Last date for filing oppositions to motions in limine.
22 **March 5, 2007**              Last date for filing motion in limine reply briefs.
23 **March 22, 2007** (was 19)    Pretrial conference, hearing on motions in limine.
24 **April 23, 2007** (was 16)    Trial begins.
25
26     With respect to the extension of the fact discovery deadline from May 12, 2006 to July 12,
27 2006, the parties agree that the purpose of the extension is not to re-open discovery, but to permit
28 the orderly taking or completion of the following:

1.    Depositions that have been previously noticed and are either currently scheduled or that the parties have agreed will be taken after May 12, or where the noticing party used reasonable efforts to notice and schedule the deposition before May 12 but was unable to do so; any proposed depositions on which the parties cannot agree after meeting and conferring shall be decided by Magistrate Judge Spero.

2.    The parties may take discovery of third party witnesses, i.e., persons who are not currently or formerly employed by any defendant.

3.    The deadlines for the direct plaintiffs to respond to contention interrogatories served by certain defendants shall be extended by 6 weeks.

Dated:  May 16, 2006

Respectfully submitted,

/s/ Guido Saveri

Guido Saveri (22349)
R. Alexander Saveri (173102)
Geoffrey C. Rushing (126910)
Cadio Zirpoli (179108)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA  94111-5619
Telephone:     (415) 217-6810

Steve W. Berman (*pro hac vice*)
Anthony D. Shapiro (*pro hac vice*)
George W. Sampson
Craig R. Spiegel (122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington  98101
Telephone:     (206) 623-7292

Fred Taylor Isquith *(pro hac vice)*
Mary Jane Fait *(pro hac vice)*
WOLF, HALDENSTEIN, ADLER,
   FREEMAN & HERZ
270 Madison Avenue
New York, NY  10016
Telephone:     (212) 545-4600

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

Case 4:02-md-01486-PJH   Document 875   Filed 05/19/06   Page 4 of 10

```
                                    /s/ Paul R. Griffin
                                    _____

                                    Robert B. Pringle (051365)
                                    Paul R. Griffin (083541)
                                    Jonathan E. Swartz (203624)
                                    THELEN REID & PRIEST LLP
                                    101 Second Street, Suite 1800
                                    San Francisco, CA 94105-3601
                                    Telephone:    (415) 371 1200
                                    Facsimile:    (415) 371-1211
```

*Counsel for Defendant NEC Electronics America, Inc. and on Behalf of Counsel for All Defendants*

IT IS SO ORDERED.

DATED: 5/19/06



_____
The Honorable Phyllis J. Hamilton
United States District Judge

- 4 -
STIPULATION AND [PROPOSED] ORDER EXTENDING PRETRIAL AND TRIAL DATES - M-02-1486 PJH (JCS)

**CERTIFICATE OF SERVICE BY MAIL**

*In Re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION*
Case No. M-02-1486-PJH

I am over the age of 18 and not a party to the within action. I am employed in the County of San Francisco, State of California by Thelen Reid & Priest LLP. My business address is 101 Second Street, Suite 1800, San Francisco, California 94105-3606.

On May 16, 2006, I served the following entitled document:

**STIPULATION AND [PROPOSED] ORDER EXTENDING
PRETRIAL SCHEDULE AND TRIAL DATE**

by placing true and correct copies thereof in sealed envelopes addressed as follows:

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service. On this day, I placed for collection and processing the above document to be deposited with the United States Postal Service in the ordinary course of business. And in the ordinary course of the firm's business, such correspondence is deposited with the United States Postal Service the same day that it is collected.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 16, 2006, at San Francisco, California.

                                            /s/ Camellia Gamble
                                            Camellia Gamble

| | |
|---|---|
| 1 | <div align="center">**SERVICE LIST**</div> |
| 2 | <div align="center">**DRAM LITIGATION (MDL NO. 1486)**</div> |

<div align="center">**Direct Plaintiffs' Liason Counsel**</div>

Joseph J. Tabacco, Jr.
Berman DeValerio Pease Tabacco Burt & Pucillo
425 California Street, Suite 2025
San Francisco, CA  94104

<div align="center">**Direct Plaintiffs' Co-Lead Counsel**</div>

| | |
|---|---|
| Mary Jane Fait | Guido Saveri |
| Wolf Haldenstein Adler Freeman & Hertz LLC | R. Alexander Saveri |
| 55 West Monroe Street, Suite 1111 | Geoffrey C. Rushing |
| Chicago, IL  60603 | Cadio Zirpoli |
| | Saveri & Saveri Inc. |
| | 111 Pine Street, Suite 1700 |
| | San Francisco, CA  94111 |
| | |
| Fred T. Isquith | Steve W. Berman |
| Wolf Haldenstein Adler Freeman & Hertz LLP | Anthony D. Shapiro |
| 270 Madison Avenue | George W. Sampson |
| New York, NY  10016 | Craig R. Spiegel |
| | Hagens Berman Sobol Sharpio LLP |
| | 1301 Fifth Avenue, Suite 2900 |
| | Seattle, WA  98101 |

Francis M. Gregorek
Francis A. Bottini, Jr.
Thomas H. Burt
Wolf Haldenstein Adler Freeman & Hertz LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA  92101

<div align="center">**Direct  Plaintiffs' Executive Committee**</div>

| | |
|---|---|
| Bruce L. Simon | Christopher Lovell |
| Steven N. Williams | Christopher J. Gray |
| Peter E. Borkon | Lovell Stewart Halebian, LLP |
| Cotchett, Pitre, Simon & McCarthy | 500 Fifth Avenue |
| San Francisco Airport Office Center | New York, NY  10100 |
| 840 Malcom Road, Suite 200 | |
| Burlingame, CA  94010 | |

| | |
|---|---|
| Merrick Scott Rayle<br>Lovell Stewart Halebian, LLP<br>212 Wood Street<br>Pacific Grove, CA  93950 | Steven J. Kanner<br>Much, Shelist, Freed, Denenberg, Ament & Rubenstein PC<br>191 North Wacker Drive, Suite 1800<br>Chicago, IL  60606 |
| Bonny E. Sweeney<br>Christopher M. Burke<br>Susan G. Taylor<br>Lerach Coughlin Stoia Geller Rudman & Robbins LLP<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101 | Eugene A. Spector<br>Jeffrey J. Corrigan<br>Joseph Macoretta<br>Spector, Roseman & Kodroff, P.C.<br>1818 Market Street, Suite 2500<br>Philadelphia, PA  19103 |

**Indirect Plaintiffs' Liaison Counsel**

Francis O. Scarpulla
Law Offices of Francis O. Scarpulla
44 Montogomery Street, Suite 3400
San Francisco, CA  94104

**Indirect Purchaser Plaintiffs' Co-Lead Counsel**

| | |
|---|---|
| Josef D. Cooper<br>Tracy R. Kirkham<br>Cooper & Kirkham, P.C.<br>655 Montgomery Street, 17th Floor<br>San Francisco, CA  94111 | David Boies, III<br>Timothy D. Battin<br>Ian Otto<br>Straus & Boies LLP<br>4041 University Drive, Suite 500<br>Fairfax, VA  22030 |
| Daniel J. Mogin<br>The Mogin Law Firm, PC<br>110 Juniper Street<br>San Diego, CA  92101 | Daniel E. Gustafson<br>Gustafson Gluek PLLC<br>725 Northstar East<br>608 Second Avenue, South<br>Minneapolis, MN  55402 |

**Indirect Purchaser Plaintiffs' Executive Committee**

| | |
|---|---|
| Terry Gross<br>Adam C. Belsky<br>Gross & Belsky LLP<br>180 Montgomery Street, Suite 2200<br>San Francisco, CA  94104 | Craig C. Corbitt<br>Zelle Hofmann Voelbel Mason & Gette LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA  94104 |
| Michael P. Lehnmann<br>The Furth Firm LLP<br>225 Bush Street, Suite 1500<br>San Francisco, CA  94104 | Robert S. Green<br>Jenelle Welling<br>Warren A. Jackson<br>Green Welling LLP<br>595 Market Street, Suite 2750<br>San Francisco, CA  94105 |

| | | |
|---|---|---|
| 1 | Mario Nuzio Alioto<br>Trump Alioto Trump & Prescott LLP<br>2280 Union Street<br>San Francisco, CA  94123 | Douglas G. Thompson, Jr.<br>Mila Bartos<br>Finkelstein Thompson Loughran<br>1050 30th Street, N.W.<br>Washington, DC  2007 |
| 4 | Alan R. Plutzik<br>Daniel Edward Birkhaeuser<br>Bramson, Plutzik, Mahler & Birkhaeuser<br>2125 Oak Grove Road, Suite 120<br>Walnut Creek, CA  94598 | Wyatt B. Durrett<br>Durrette Bradshaw<br>600 East Main Street, 20th Floor<br>Richmond, VA  23219 |
| 7 | Jeffrey A. Bartos<br>Guerrieri Edmond & Clayman PC<br>1625 Massachusetts Avenue, N.W., Suite 700<br>Washington, DC  20036 | Kevin J. O'Connor<br>LaFollette Godfrey & Kahn, SC<br>One East Main Street, 20th Floor<br>Madison, WI  53701 |
| 10 | Andrew S. Friedman<br>Bonnett Fairbourn Friedman & Balint PC<br>57 Carriage Hill<br>Signal Mountain, TN  37377 | Dennis Stewart<br>Hulett Harper Stewart LLP<br>550 West C Street, Suite 1600<br>San Diego, CA  92101 |
| 12 | David A. Freedman<br>Joseph Goldberg<br>Freedman Boyd Daniels Hollander & Goldberg P.A<br>20 First Plaza, Suite 700<br>Albuquerque, NM  87102 | Allan Steyer<br>Steyer Lowenthal Boodrookas Alvarez & Smith LLP<br>One California Street, Third Floor<br>San Francisco, CA  94111 |
| 15 | Michael Simon<br>Kevin Pearl<br>Frankovitch, Anetakis, Colantonio & Simon<br>337 Penco Road<br>Weirton, WV  26062 | Ralph B. Kalfayan<br>Krause Kalfayan Benink & Slavens<br>1010 Second Avenue, Suite 1750<br>San Diego, CA  92101 |
| 18 | Kenneth G. Gilman<br>Gilman Pastor LLP<br>60 State Street, 37th Floor<br>Boston, MA  02109 | Jeremiah F. Hallisey<br>Charlene Haught Johnson<br>Hallisey and Johnson<br>300 Montgomery Street, Suite 538<br>San Francisco, CA  94104 |
| 21 | Paul J. Stancil<br>LaFollette Godfrey & Kahn, SC<br>780 Water Street<br>Milwaukee, WI 53202 | |

**Department of Justice**

Niall E. Lynch
Nathanael M. Cousins
Antitrust Division
U.S. Department of Justice
450 Golden Gate Avenue
Box 36046, Room 10-0101
San Francisco, CA  94102

**Attorneys For Defendants Infineon Technologies Ag; Infineon Technologies North America Corp; Infineon Technology Corp.**

Aton Arbisser
Julian Brew
Tanja Shipman
Kaye Scholar LLP
1999 Avenue of the Stars, Suite 16700
Los Angeles, CA  90067

**Attorneys For Micron Semiconductor Products, Inc.; Micron Technology, Inc.**

| | |
|---|---|
| Ronald C. Redcay | Joel S. Sanders |
| Arnold & Porter | Gibson, Dunn & Crutcher LLP |
| 777 South Figueroa Street, 44th Floor | One Montgomery Street, Suite 3100 |
| Los Angeles, CA  90017 | San Francisco, CA  94104 |

**Attorneys For Defendants Samsung Electronics Co., Ltd, Samsung Semiconductor, Inc.**

| | |
|---|---|
| Stephen A. Mansfield | David A. Donahue |
| Akin Gump Strauss Hauer & Feld | Daniel F. McInnis |
| 2029 Century Park East, Suite 2400 | Akin Gump Strauss Hauer & Feld |
| Los Angeles, CA  90067 | 590 Madison Avenue |
| | New York, NY  10022 |

Gary L. Halling
James McGinnis
Sheppard, Mullin, Richter & Hampton LLP
Four Embarcadero Center - 17th Floor
San Francisco, CA  94111

**Attorneys For Defendant Mosel Vitelic Corporation**

William M. Goodman
Andrea DeShazo
Rafael Goldman
Topel & Goodman
832 Sansome Street, 4th Floor
San Francisco, CA  94111

**Attorneys For Defendant Hynix Semiconductor America, Inc.**

| | |
|---|---|
| Ian Simmons<br>O'Melveny & Myers LLP<br>1625 Eye Street, NW<br>Washington, D.C.  20006 | Terrence A. Callan<br>Albert J. Boro, Jr.<br>Pillsbury Winthrop Shaw Pittman, LLP<br>50 Fremont Street<br>San Francisco, CA  94105 |
| Kenneth R. O'Rourke<br>Steven Bergman<br>Daniel Alexander<br>O'Melveny & Myers LLP<br>400 South Hope Street<br>Los Angeles, CA  90071-2899 | Michael Tubach<br>O'Melveny & Myers LLP<br>Embarcadero Center West<br>275 Battery Street<br>San Francisco,  CA  94111 |

**Attorney For Defendant Nanya Technology Corporation Usa**

| | |
|---|---|
| Robert E. Freitas<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA  94025 | Howard M. Ullman<br>Orrick, Herrington & Sutcliffe LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA  94105 |

**Attorneys For Defendant Winbond Electronics Corp. America**

| | |
|---|---|
| William S. Farmer, Jr.<br>Collette Erickson Farmer & O'Neill LLP<br>235 Pine Street, Suite 1300<br>San Francisco, CA  94104 | Steven H. Morrissett<br>Finnegan, Henderson, Farabow, Garrett & Dunner LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA  94304 |

**Attorneys For Defendants Elipda Memory, Inc. and Elpida Memory (USA) Inc.**

James G. Kreissman
Harrison J. Frahn IV
Jason M. Bussey
Simpson Thacher & Bartlett LLP
2550 Hanover Street
Palo Alto, CA  94304