Terry Gross (103878)
Adam C. Belsky (147800)
Monique Alonso (127078)
GROSS & BELSKY LLP
180 Montgomery Street, Suite 2200
San Francisco, California 94104
Telephone: (415) 544-0200
Facsimile: (415) 544-0201

Co-Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION <br><br> _____ <br> This Document Relates To: <br><br> All Indirect Purchaser Actions <br> _____ | Master File no. M-02-1486-PJH <br><br> MDL No. 1486 <br><br> [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO CIVIL LOCAL RULES 7-11 and 79-5(d) |

The administration motion brought by Plaintiffs to file documents under seal pursuant to Civil Local Rules 7-11 and 79-5(d) has been reviewed by the Court. After consideration of the request and the Declaration in support, the Court's files and records in this matter, and good cause appearing therefor,

IT IS HEREBY ORDERED that Exhibit B to Plaintiffs' letter brief to Magistrate Joseph C. Spero dated May 31, 2006 which is a composite exhibit of documents produced by Mosel Vitelic Corporation identified as Bates numbers MVCorp 0035167, MVC 75141, MVC 48798, MVC 55712, MVC 55713, and MVC 5571, contain confidential business information and shall remain under seal in this matter.

Dated: June _1_, 2006

_____
JOSEPH [signature: Judge Joseph C. Spero]
United States Magistrate Judge

[PROPOSED] ORDER GRANTING PLTFS' ADMIN MOTION TO FILE DOCUMENTS UNDER SEAL; Master File No. M-02-1486 PJH