UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION, _____/ | No. M 02-1486 PJH (JCS)<br><br>**ORDER REGARDING DEPOSITION SCHEDULE FOR NANYA DEFENDANTS [Docket No. 913]** |
| This document relates to:<br>ALL ACTIONS.<br>_____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

On June 2, 2006, the Court held a telephonic Discovery Conference regarding the scheduling of Nanya Defendant depositions. Gary Specks, Doug Millen, Cadio Zirpoli, and Guido Saveri, counsel for the Direct Purchasers, and Adam Belsky, counsel for the Indirect Purchasers, appeared. Howard Ullman and Bob Freitas, counsel for the Nanya Defendants, appeared.

IT IS HEREBY ORDERED that the Nanya Defendants shall produce A.K. Liu, Kevin Chen, Charles Kau, and the 30(b)(6) witnesses for their depositions, to be taken in Taiwan.

IT IS SO ORDERED.

Dated: June 6, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge