JOSEF D. COOPER, SBN 53015
TRACY R. KIRKHAM, SBN 69913
COOPER & KIRKHAM, P.C.
655 Montgomery Street, 17th Floor
San Francisco, CA 94111
Facsimile: (415) 882-7040

DANIEL GUSTAFSON (*pro hac vice* application pending)
GUSTAFSON GLUEK PLLC
725 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Facsimile: (612) 339-6622

(Additional counsel on signature page)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | CASE NO. M-02-1486 PJH<br><br>MDL No. 1486<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY**<br><br>Date: None<br>Time: N/A<br>Judge: The Hon. Phyllis J. Hamilton |

The Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs and Defendants agree as follows regarding the timing and scope of any expert discovery in this case:

1. Within 3 business days of any party serving any expert reports and/or expert declarations in this case pursuant to Fed. R. Civ. P. 26(a)(2)(B), the party or parties proffering the expert witness shall produce all other documents and/or information required by Rule. 26(a)(2)(B), namely "the data or other information considered by the witness in forming the [expert's] opinions; any exhibits to be used as a summary of or support for the opinions; the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years." "[D]ata or other information considered" shall include, but is not limited to, raw data, spreadsheets, computerized regression analyses and/or other underlying reports and schedules sufficient to reconstruct the expert's work, calculations, and/or analyses. Information can be produced electronically (via email or disc) where appropriate. Where documents have previously been produced as part of the discovery in this case, a list of such documents by Bates number is sufficient. As to other documents considered by the expert, those documents should be produced except where widely available publicly without undue expense (such as on the internet, or in major university libraries).

2. The following types of information shall not be the subject of discovery: (1) the content of communications among and between: (a) counsel and experts; (b) experts and other experts or consultants; and/or (c) experts and their respective staffs, and (2) notes, drafts, written communications or other types of preliminary work created by, or for, experts. The foregoing exclusions from discovery will not apply to any communications or documents upon which the experts rely as a basis for their opinions/reports.

1

JUN-07-2006 09:32 FROM:                                          TO:GD C   SF              P.4/8

3. This Stipulation shall be effective only upon agreement of both the Direct Purchaser Plaintiffs and the Indirect Purchaser Plaintiffs, as well as the Defendants.

**DIRECT PURCHASER PLAINTIFFS' COUNSEL:**

By: _____
    Guido Saveri

Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813

**Direct Purchaser Plaintiffs' Co-Lead Counsel signing on behalf of all Direct-Purchaser Plaintiffs for purposes of this stipulation**

DATED: 6/6/06

Steve W. Berman
Anthony D. Shapiro
Craig R. Spiegel
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Facsimile: (206) 623-0594

**Direct Purchaser Plaintiffs' Co-Lead Counsel**

Fred T. Isquith
Thomas H. Burt
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
270 Madison Avenue
New York, NY 10016
Facsimile: (212) 545-4653

-and-

Mary Jane Fait
WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 West Monroe Street, Suite 1111
Chicago, IL 60603
Facsimile: (312) 984-0001

**Direct Purchaser Plaintiffs' Co-Lead Counsel**

Joseph J. Tabacco, Jr.
BERMAN DeVALERIO PEASE TABACCO BURT & PUCILLO
425 California Street, Suite 2025
San Francisco, CA 94104
Facsimile: (415) 433-6382

**Direct Purchaser Plaintiffs' Liaison Counsel**

STIPULATION AND [PROPOSED] ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY,
MDL No. 1486, Case No. M-02-1486 (PJH)

INDIRECT PURCHASER PLAINTIFFS'
COUNSEL:

By: /s/ Josef D. Cooper
    Josef D. Cooper

Josef D. Cooper
Tracy R. Kirkham
COOPER & KIRKHAM, P.C.
655 Montgomery Street, 17th Floor
San Francisco, CA 94111
Facsimile: (415) 882-7040

**Indirect Purchaser Plaintiffs' Co-Lead Counsel signing on behalf of all Indirect-Purchaser Plaintiffs for purposes of this stipulation**

DATED: 5/8/06

David Boies
STRAUS & BOIES, LLP
10513 Braddock Road
Fairfax, VA 22032
Facsimile: (703) 764-8704

**Indirect Purchaser Plaintiffs' Co-Lead Counsel**

Daniel Gustafson
GUSTAFSON GLUEK PLLC
725 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Facsimile: (612) 339-6622

**Indirect Purchaser Plaintiffs' Co-Lead Counsel**

Daniel J. Mogin
THE MOGIN LAW FIRM
110 Juniper Street
San Diego, CA 92101
Facsimile: (619) 687-6610

**Indirect Purchaser Plaintiffs' Co-Lead Counsel**

Francis O. Scarpulla
LAW OFFICES OF FRANCIS O. SCARPULLA
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Facsimile: (415) 788-0707

**Indirect Purchaser Plaintiffs' Liaison Counsel**

3

STIPULATION AND [PROPOSED] ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY,
MDL No. 1486, Case No. M-02-1486 (PJH)

**DEFENDANTS' COUNSEL:**

By: /s/ Joel S. Sanders
Joel S. Sanders

Joel S. Sanders
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street
Montgomery Tower, 31st Floor
San Francisco, CA 94104
(415) 393-8200 (telephone)
(415) 986-5309 (facsimile)

Ronald C. Redcay
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-2513
(213) 243-4002 (telephone)
(213) 243-4199 (facsimile)

**Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc. and signing on behalf of all defendants for purposes of this stipulation**

DATED: 6/7/06

Aton Arbisser
Julian Brew
Tanja Shipman
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Facsimile: (310) 788-1200

**Attorneys for Defendant Infineon Technologies North America Corp.**

Gary L. Halling
James L. McGinnis
David D. Sohn
SHEPPARD, MULLIN, RICHTER
 & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111
Facsimile: (415) 434-3947

David A. Donohoe
Daniel F. McInnis
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
Facsimile: (202) 887-4288

Stephen A. Mansfield
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104-1036
Facsimile: (415) 765-9501

**Attorneys for Defendants Samsung Electronics Co., Ltd, Samsung Semiconductor, Inc.**

William M. Goodman
Andrea DeShazo
Raphael Goldman
TOPEL & GOODMAN
832 Sansome Street, 4th Floor
San Francisco, CA 94111
Facsimile: (415) 398-5030

**Attorneys for Defendants Mosel Vitelic Corporation, Mosel Vitelic Incorporated**

4

STIPULATION AND [PROPOSED] ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY, MDL No. 1486, Case No. M-02-1486 (PJH)

Terrence A. Callan
Albert J. Boro, Jr.
PILLSBURY WINTHROP SHAW
  PITTMAN LLP
50 Fremont Street
Post Office Box 7880
San Francisco, CA 94120-7880
Facsimile: (415) 983-1200

Kenneth R. O'Rourke
Steven Bergman
Daniel L. Alexander
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071-2899
Facsimile: (213) 430-6407

Michael Tubach
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111
Facsimile: (415) 984-8701

Ian Simmons
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Facsimile: (202) 383-5414

**Attorneys for Defendants Hynix
Semiconductor, Inc.,
Hynix Semiconductor America, Inc.**

James G. Kreissman
Harrison J. Frahn IV
Jason M. Bussey
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Facsimile: (650) 251-5002

**Attorneys for Defendant Elpida Memory
(USA), Inc., Elpida Memory, Inc.**

Howard M. Ullman
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Facsimile: (415) 773-5759

Robert Freitas
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1021
Facsimile: (650) 614-7401

**Attorneys for Defendants Nanya Technology
Corporation,
Nanya Technology Corporation USA**

Robert B. Pringle
Paul Griffin
Jonathan E. Swartz
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Facsimile: (415) 371-1211

**Attorneys for Defendant NEC Electronics
America, Inc.**

STIPULATION AND [PROPOSED] ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY,
MDL No. 1486, Case No. M-02-1486 (PJH)

William S. Farmer, Jr.
COLLETTE ERICKSON FARMER
  & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Facsimile: (415) 788-6929

Steven H. Morrissett
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Facsimile: (650) 849-6666

**Attorneys for Defendants Winbond
Electronics Corporation,
Winbond Electronics Corporation America**

### ORDER

SO ORDERED.

DATED: 6/12/06

*IT IS SO ORDERED*
*[signature]*
Judge Phyllis J. Hamilton

40225930_1.DOC

6

STIPULATION AND [PROPOSED] ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY,
MDL No. 1486, Case No. M-02-1486 (PJH)