UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION<br>_____ | No. M-02-1486 PJH (JCS)<br><br>**ORDER RE: JOINT LETTER BRIEF OF JULY 18, 2006** |

On July 21, 2006, the Court held a telephonic hearing regarding the July 18, 2006 Joint Letter Brief. For the reasons stated on the record, IT IS HEREBY ORDERED as follows:

The moving defendants' motion to compel is GRANTED. The Samsung defendants are ordered to produce to the moving defendants, within two weeks from today's date, all the transactional data previously produced to the plaintiffs, under the appropriate level of protection provided through the existing protective order.

IT IS SO ORDERED.

Dated: 7/21/06

JOSEPH C. SPERO
United States Magistrate Judge