GUIDO SAVERI (22349)
R. ALEXANDER SAVERI (173102)
GEOFFREY C. RUSHING (126910)
CADIO ZIRPOLI (179108)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA  94111-5619
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813
*guido@saveri.com*
*rick@saveri.com*

STEVE W. BERMAN (*pro hac vice*)
ANTHONY D. SHAPIRO (*pro hac vice*)
GEORGE W. SAMPSON
CRAIG R. SPIEGEL (122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington  98101
Telephone: (206) 623-7292
Facsimile No.: (206) 623-0594

FRED TAYLOR ISQUITH (*pro hac vice*)
MARY JANE FAIT (*pro hac vice*)
WOLF, HALDENSTEIN, ADLER,
   FREEMAN & HERZ
270 Madison Avenue
New York, NY  10016
Telephone:  (212) 545-4600
Facsimile:  (212) 545-4653

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486-PJH <br><br> MDL No. 1486 <br><br> [~~PROPOS~~ED] ORDER APPROVING JOINT NOTICE TO CLASS REGARDING CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS WITH SAMSUNG, INFINEON AND HYNIX DEFENDANTS |
| This Document Relates to: <br><br> ALL DIRECT PURCHASER ACTIONS | Time:    9:00 a.m. <br> Date:    July 26, 2006 <br> Judge:   Hon. Phyllis J. Hamilton <br> Courtroom:  3 |

[PROPOSED] ORDER APPROVING JOINT NOTICE AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS**;** Master File No. M-02-1486 PJH

The Court, having approved the three settlement agreements ("Settlements") entered into between (i) plaintiffs and defendants Infineon Technologies AG and Infineon Technologies North America Corp. (collectively "Infineon"); (ii) plaintiffs and defendant Samsung Semiconductor, Inc., ("Samsung"); and (iii) Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc. "Hynix");  (collectively "Settling Defendants"), and having issued its order certifying the class for litigation purposes on June 5, 2006, hereby ORDERS:

1. The Court will hold a Fairness Hearing pursuant to Federal Rule of Civil Procedure 23(e) on November 1, 2006. The Fairness Hearing will be held to determine the following:

(a) Whether each of the proposed Settlements are fair, reasonable and adequate and should be granted final approval by the Court pursuant to Federal Rule of Civil Procedure 23(e);

(b) Whether final judgments should be entered dismissing the claims of the class against the Settling Defendants with prejudice as required by each of the Settlements; and

(c) Such other matters as the Court may deem appropriate.

2. Rust Consulting, Inc. is approved to serve as the Class Administrator.

3. By August 25 2006, Class Notice, substantially in the form attached hereto as Exhibit "A" shall be sent by the Class Administrator via first class U.S. mail or email, postage prepaid, to all members of the Class at their last known address and/or email address as reflected in the records of Settling Defendants and the non-settling defendants.  By August 29, 2006, publication notice substantially in the form of Exhibit B hereto shall be published in the national edition of The Wall Street Journal.  Class Counsel shall also cause a copy of the Notice and the Settlements to be posted on the Internet at a readily accessible website to be created and maintained by the Class Administrator.

4. The Court finds that this manner of giving notice fully satisfies the requirements of Federal Rule of Civil Procedure 23 and due process, constitutes the best notice practicable under the circumstances, and shall constitute due and sufficient notice to all persons entitled thereto.

5. Plaintiffs' Class Counsel shall file, not later than 14 days before the Fairness Hearing, proof of compliance with paragraph 3 of this Order.

[PROPOSED] ORDER APPROVING JOINT NOTICE AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS; Master File No. M-02-1486 PJH     - 1 -

6. Each class member shall have the right to be excluded from the Class by mailing a request for exclusion to the Class Administrator not later than October 3, 2006.  Requests for exclusion must be in writing and set forth the name and address of the person or entity who wishes to be excluded, as well as all trade names or business names and addresses used by such person or entity, and must be signed by the class member seeking exclusion.  At least 14 days prior to the Fairness Hearing, Plaintiffs' Class Counsel shall file with the Court a list of all persons who have timely requested exclusion from the class.

7. Any class member who does not properly and timely request exclusion from the Class shall, upon final approval of the Settlements, be bound by all the terms and provisions of the Settlements so approved, including but not limited to the releases, waivers, and covenants described in the Settlements, whether or not such person or entity objected to the Settlements and whether or not such person or entity made a claim upon the settlement funds.

8. As provided by the Class Notice, each class member who does not timely exclude itself from the class shall have the right to object to the Settlements by filing written objections with the Court not later than October 3, 2006, copies of which shall be served on all counsel listed in the Class Notice.

9. All briefs, memoranda, and supporting papers in support of final approval of the Settlements shall be filed not later than October, 17, 2006.

10. All further class proceedings as to the Settling Defendants are hereby stayed except for any actions required to effectuate the Settlements.

11. The Court retains exclusive jurisdiction over this action to consider all further matters arising out of or connected with the Settlements.

**IT IS SO ORDERED.**

Dated:  July 27, 2006

_____
IT IS SO ORDERED
Judge Phyllis J. Hamilton

[PROPOSED] ORDER APPROVING JOINT NOTICE AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS; Master File No. M-02-1486 PJH           - 2 -