1  ZELLE HOFMANN VOELBEL MASON &
   GETTE, LLP
2  FRANCIS O. SCARPULLA, SBN 41059
   44 Montgomery Street, Suite 3400
3  San Francisco, CA  94104
   Telephone: (415) 693-0700
4
   Indirect-Purchaser Plaintiffs' Liaison Counsel
5

6  GIBSON, DUNN & CRUTCHER LLP
   JOEL S. SANDERS, SBN 107234
   One Montgomery Street, Suite 3100
7  San Francisco, California 94104
   Telephone: (415) 393-8200
8  Facsimile: (415) 986-5309

9  ARNOLD & PORTER LLP
   RONALD C. REDCAY, SBN 67236
10 777 South Figueroa Street, 44th Floor
   Los Angeles, California 90017-2513
11 Telephone: (213) 243-4002
   Facsimile: (213) 243-4199
12
   Attorneys for Defendants
13 MICRON TECHNOLOGY, INC. and
   MICRON SEMICONDUCTOR PRODUCTS, INC.
14
   [Names and addresses of other parties and their
15 counsel appear at end]

16                 UNITED STATES DISTRICT COURT

17             FOR THE NORTHERN DISTRICT OF CALIFORNIA

18

19 | In re DYNAMIC RANDOM ACCESS | No. M-02-1486-PJH |
   | MEMORY (DRAM) ANTITRUST |  |
20 | LITIGATION | MDL No. 1486 |
   |  |  |
21 | This Document Relates To: | **STIPULATION AND [PROPOSED]** |
   |  | **ORDER MODIFYING NOVEMBER 3,** |
22 | ALL INDIRECT PURCHASER ACTIONS | **2005 AND MAY 15, 2006 SCHEDULING** |
   |  | **ORDERS FOR ALL UNSTAYED** |
23 |  | **INDIRECT PURCHASER ACTIONS** |
   |  |  |
24 |  | Date:  None |
25 |  | Time:  N/A |
   |  | Judge: The Hon. Phyllis J. Hamilton |

26

27

28

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER MODIFYING NOVEMBER 3, 2005 NOVEMBER 3, 2005 SCHEDULING
ORDER FOR ALL UNSTAYED INDIRECT PURCHASER ACTIONS, No. M-02-1486-PJH, MDL No. 1486

## STIPULATION

Indirect Purchaser Plaintiffs and Defendants (collectively, the "parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, the parties have been negotiating extensions to Defendants' responses to outstanding discovery and the parties' deadlines for class certification briefing;

WHEREAS, on May 5, 2006, the parties submitted a Stipulation and Proposed Order to the Court;

WHEREAS, in that Stipulation, Plaintiffs agreed to Defendants' request that they be given an additional thirty (30) days to respond to the Indirect Purchaser Plaintiffs' First Set of Interrogatories to All Defendants and First Set of Requests for Production of Documents to All Defendants, such that the responses would be due on May 31, 2006;

WHEREAS, in that Stipulation, the parties described a request by the Indirect Purchaser Plaintiffs that the schedule for filing and briefing their class certification motion, as set forth in the Indirect Purchaser Pretrial Scheduling Order (entered on November 3, 2005), be extended for 90 days;

WHEREAS, in that Stipulation, the Defendants agreed to a 30-day extension of that schedule as it pertains to the class certification motion so that the parties can attempt to negotiate a complete pretrial schedule (including rescheduling the class motion deadlines), without prejudice to the Indirect Purchaser Plaintiffs' ability to seek further modification of the Pretrial Scheduling Order;

WHEREAS, that Stipulation and Proposed Order was accepted and signed by the Court on May 16, 2006;

WHEREAS, the Defendants requested that they be given an additional nine (9) days to respond to the Indirect Purchaser Plaintiffs' First Set of Interrogatories to All Defendants and First Set of Requests for Production of Documents to All Defendants, such that the responses would be due on June 9, 2006; and

WHEREAS, the parties engaged in good faith negotiations to resolve all outstanding scheduling issues and have resolved scheduling issues related to discovery and class certification;

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER FOR ALL UNSTAYED INDIRECT PURCHASER ACTIONS, No. M-02-1486-PJH, MDL No. 1486

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

(i) Defendants' responses to the Indirect Purchaser Plaintiffs' First Set of Interrogatories to All Defendants and the First Set of Requests for Production of Documents to All Defendants are due on June 9, 2006.

(ii) The PROPOSED NEW SCHEDULE FOR INDIRECT PURCHASER CASES, as set forth in the Indirect Purchaser Pretrial Scheduling Orders, shall be revised as follows:

| Date | Event |
| --- | --- |
| **August 14, 2006** | Last day for indirect purchaser plaintiffs to file (a) class certification expert reports; and (b) motion for class certification. |
| **September 25, 2006** | Last day for defendants to file (a) class certification expert reports; and (b) opposition to indirect purchasers' class certification motion. |
| **October 18, 2006** | Last day for indirect purchaser plaintiffs to file (a) class certification reply expert reports and (b) class certification reply brief. |
| **November 1, 2006** | Class certification argument (subject to Court's calendar). |

DATE: June 12, 2006

INDIRECT PURCHASER PLAINTIFFS:

By: /s/ Francis O. Scarpulla

Francis O. Scarpulla
ZELLE HOFMANN VOELBEL MASON & GETTE, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700

**Indirect-Purchaser Plaintiffs' Liaison Counsel signing on behalf of all Indirect-Purchaser Plaintiffs for purposes of this stipulation**

David Boies
STRAUS & BOIES, LLP
10513 Braddock Road
Fairfax, VA 22032
Facsimile: (703) 764-8704

**Indirect-Purchaser Plaintiffs' Co-Lead Counsel**

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER FOR ALL UNSTAYED INDIRECT PURCHASER ACTIONS, No. M-02-1486-PJH, MDL No. 1486

| | |
|---|---|
| 1<br>2<br>3<br>4 | Josef Cooper<br>COOPER & KIRKHAM, P.C.<br>655 Montgomery Street, 17th Floor<br>San Francisco, CA 94111<br>Facsimile: (415) 882-7040<br><br>**Indirect-Purchaser Plaintiffs' Co-Lead Counsel** |

Daniel J. Mogin
THE MOGIN LAW FIRM
110 Juniper Street
San Diego, CA 92101
Facsimile: (619) 687-6610

**Indirect-Purchaser Plaintiffs' Co-Lead Counsel**

Daniel E. Gustafson
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Facsimile: (612) 339-6622

**Indirect-Purchaser Plaintiffs' Co-Lead Counsel**

DEFENDANTS:

By: _/s/ Joel S. Sanders_
   Joel S. Sanders

Joel S. Sanders
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street
Montgomery Tower, 31st Floor
San Francisco, CA 94104
(415) 393-8200 (telephone)
(415) 986-5309 (facsimile)

Ronald C. Redcay
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-2513
(213) 243-4002 (telephone)
(213) 243-4199 (facsimile)

**Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc. and signing on behalf of all defendants for purposes of this stipulation**

Aton Arbisser
Julian Brew
Tanja Shipman
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Facsimile: (310) 788-1200

**Attorneys for Defendants Infineon Technologies North America Corp. and Infineon Technologies AG**

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER FOR ALL UNSTAYED INDIRECT PURCHASER ACTIONS, No. M-02-1486-PJH, MDL No. 1486

Gary L. Halling
James L. McGinnis
David D. Sohn
SHEPPARD, MULLIN, RICHTER
  & HAMPTON LLP
Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
Facsimile:  (415) 434-3947

David A. Donohoe
Daniel F. McInnis
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036-1564
Facsimile:  (202) 887-4288

Stephen A. Mansfield
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, Suite 1500
San Francisco, CA  94104-1036
Facsimile:  (415) 765-9501

**Attorneys for Defendants Samsung Electronics Co., Ltd, and Samsung Semiconductor, Inc.**

William M. Goodman
Andrea DeShazo
Raphael Goldman
TOPEL & GOODMAN
832 Sansome Street, 4th Floor
San Francisco, CA  94111
Facsimile:  (415) 398-5030

**Attorneys for Defendants Mosel Vitelic Corporation and Mosel Vitelic Incorporated**

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER FOR ALL UNSTAYED INDIRECT PURCHASER ACTIONS, No. M-02-1486-PJH, MDL No. 1486

| | |
|---|---|
| Terrence A. Callan<br>Albert J. Boro, Jr.<br>PILLSBURY WINTHROP SHAW<br>  PITTMAN LLP<br>50 Fremont Street<br>Post Office Box 7880<br>San Francisco, CA 94120-7880<br>Facsimile: (415) 983-1200 | Howard M. Ullman<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Facsimile: (415) 773-5759 |
| Kenneth R. O'Rourke<br>Steven Bergman<br>Daniel L. Alexander<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071-2899<br>Facsimile: (213) 430-6407 | Robert Freitas<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1021<br>Facsimile: (650) 614-7401<br><br>**Attorneys for Defendants Nanya Technology Corporation and Nanya Technology Corporation USA** |
| Michael Tubach<br>O'MELVENY & MYERS LLP<br>Embarcadero Center West<br>275 Battery Street<br>San Francisco, CA 94111<br>Facsimile: (415) 984-8701 | |
| Ian Simmons<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Facsimile: (202) 383-5414<br><br>**Attorneys for Defendants Hynix Semiconductor, Inc., and Hynix Semiconductor America, Inc.** | |
| James G. Kreissman<br>Harrison J. Frahn IV<br>Jason M. Bussey<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>Facsimile: (650) 251-5002<br><br>**Attorneys for Defendants Elpida Memory (USA), Inc. and Elpida Memory, Inc.** | Robert B. Pringle<br>Paul Griffin<br>Jonathan E. Swartz<br>THELEN REID & PRIEST LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Facsimile: (415) 371-1211<br><br>**Attorneys for Defendant NEC Electronics America, Inc.** |

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER FOR ALL UNSTAYED INDIRECT PURCHASER ACTIONS, No. M-02-1486-PJH, MDL No. 1486

```
 1  William S. Farmer, Jr.
    COLLETTE ERICKSON FARMER
 2    & O'NEILL LLP
 3  235 Pine Street, Suite 1300
    San Francisco, CA 94104
 4  Facsimile: (415) 788-6929

 5  Steven H. Morrissett
    FINNEGAN, HENDERSON, FARABOW,
 6    GARRETT & DUNNER LLP
    Stanford Research Park
 7  3300 Hillview Avenue
    Palo Alto, CA 94304-1203
 8  Facsimile: (650) 849-6666

 9  Attorneys for Defendants Winbond
    Electronics Corporation,
10  Winbond Electronics Corporation America
```

**ORDER**

SO ORDERED.

DATED: 8/4/06 _____

IT IS SO ORDERED
Judge Phyllis J. Hamilton

_____
_____
DISTRICT JUDGE

40225558_2.DOC

Gibson, Dunn &
Crutcher LLP

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING ORDER FOR ALL UNSTAYED INDIRECT
PURCHASER ACTIONS, No. M-02-1486-PJH, MDL No. 1486

# CERTIFICATE OF SERVICE

## IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION SERVICE LIST
Case No. M-02-1486 PJH
MDL No. 1486

I, Monica J. Steele, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, 44 Montgomery Street, Suite 3400, San Francisco, CA 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on June 12, 2006, I served a true and correct copy of the following document(s) in the manner indicated below:

1. **STIPULATION AND [PROPOSED] ORDER MODIFYING NOVEMBER 3, 2005 AND MAY 15, 2006 SCHEDULING ORDERS FOR ALL UNSTAYED INDIRECT PURCHASER ACTIONS**

☒ **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: June 12, 2006

Signed */s/ Monica J. Steele*
Monica J. Steele
Secretary

3158826v1