

FINNEGAN HENDERSON FARABOW GARRETT & DUNNER LLP

Stanford Research Park ▪ 3300 Hillview Avenue ▪ Palo Alto, CA 94304-1203 ▪ 650.849.6600 ▪ Fax 650.849.6666
www.finnegan.com

STEVEN H. MORRISSETT
650-849-6624
morrissett@finnegan.com

August 17, 2006

The Honorable Phyllis J. Hamilton
United States District Court
District of Northern California
San Francisco Branch
450 Golden Gate Avenue
San Francisco, CA 94102

**VIA ELECTRONIC FILING**

*Re: In re DRAM Antitrust Litigation*
USDC Case No. M-02-1486 PJH

Dear Judge Hamilton:

Pursuant to Civil L.R. 16-10(a), I write to request permission to participate in the Case Management Conference hearing set for August 24, 2006, at 2:30 p.m., by telephone rather than in person.

I am one of the lead counsel for defendants Winbond Electronics Corporation and Winbond Electronics Corporation America. Neither my co-counsel, William S. Farmer of Collette, Erickson, Farmer, and O'Neill LLP, nor I are able to attend in person due to previous commitments (prepaid non-refundable family vacation plans) that conflict with the Court's recently-scheduled hearing, and therefore request permission to participate by telephone. The telephone number where I can be reached for the hearing is 650-849-6624. I will be available through this number beginning at 2:00 pm on August 24th, if this request is approved. Another attorney from my office familiar with these cases will attend the hearing in person.

Thank you for your consideration of this matter.

Sincerely,

Steven Morrissett

SHM/gm

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DENIED

Judge Phyllis J. Hamilton

8/18/06