UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION
_____/

This Document Relates to:

All Direct Purchaser Actions
_____/

No. M 02-1486 PJH

**ORDER**

The court is in receipt of defendants' ex parte application for an order shortening time, and defendants' contemporaneously filed objections to, and appeal from, the magistrate judge's discovery order regarding the authentication of documents and business records. Plaintiffs have filed an opposition to defendants' ex parte application and request to stay the magistrate judge's ruling.

Defendants appear to seek a hearing on their objections to the magistrate judge's order on September 15, 2006, with any opposition brief due by September 12, 2006, and any reply brief due September 14, 2006. The court hereby GRANTS defendants' ex parte motion to shorten time with respect to the proposed briefing schedule, but owing to the court's unavailability due to trial on a separate matter, DENIES defendants' ex parte motion to shorten time with respect to the proposed hearing date. Accordingly, plaintiffs may submit any additional opposition they wish to make by September 12, 2006, and defendants may submit any reply in support of their objections to the magistrate judge's ruling by September 14, 2006. The court, however, will decide the matter on the papers, without need for a formal hearing on the matter, as soon as the court's trial schedule permits.

In light of the above, and pending further order by the court on the merits of

defendants' objections to and request to stay the magistrate judge's ruling, all deadlines set forth in the magistrate judge's ruling shall remain in effect.

**IT IS SO ORDERED.**

Dated: September 11, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge

United States District Court
For the Northern District of California