UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DYNAMIC RANDOM ACCESS
MEMORY (DRAM) ANTITRUST
LITIGATION
_____/

This Document Relates to:

All Direct Purchaser Actions
_____/

No. M 02-1486 PJH

**ORDER**

On September 11, 2006, the court issued an order in response to defendants' ex parte application for an order shortening time and corresponding objections to the magistrate judge's discovery order regarding the authentication of documents and business records. The court's order, in addition to setting an expedited briefing schedule and stating that the court would decide the matter without a formal hearing, instructed the parties that all deadlines set forth in the magistrate judge's ruling shall remain in effect pending the court's decision on the matter.

The court is reviewing defendants' objections, and will attempt to issue an order by Friday, September 15, 2006. In view of the court's trial calendar, however, the court may not reach a determination on the merits of defendants' objections prior to Monday, September 18, the deadline for defendants to identify those documents to which they are unwilling to stipulate with respect to authenticity and/or business records qualification. Accordingly, the court hereby revises its prior order, and hereby ORDERS that the deadlines set forth in the magistrate judge's ruling dated September 1, 2006, be HELD IN

ABEYANCE pending the court's decision on the merits of defendants' objections.

**IT IS SO ORDERED.**

Dated: September 14, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge