UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION
_____/

No. M 02-1486 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

This Document Relates to:

All Indirect Purchaser Actions
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

In view of the complexity and volume of issues presented by defendants' motions for judgment on the pleadings, the court's need for additional time in which to review the papers, and the court's unavailability for either October 4 or October 11, 2006, the hearing on defendants' motions, which was previously set for September 27, 2006, at 9:00 a.m., has been CONTINUED to October 18, 2006, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: September 21, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge