```
 1 | Robert B. Pringle, CA Bar No. 051365
   | Paul R. Griffin, CA Bar No. 083541
 2 | Jonathan E. Swartz, CA Bar No. 203624
   | THELEN REID & PRIEST LLP
 3 | 101 Second Street, Suite 1800
   | San Francisco, CA 94105-3606
 4 | Tel 415.371.1200
   | Fax 415.371.1211
 5 |
   | Attorneys for Defendant
 6 | NEC Electronics America, Inc.
 7 | (Other Counsel Appear on Signature Page)
 8 |
 9 |            UNITED STATES DISTRICT COURT
10 |         FOR THE NORTHERN DISTRICT OF CALIFORNIA
11 |
12 | In re DYNAMIC RANDOM ACCESS    | Master File No: M-02-1486-PJH
13 | MEMORY (DRAM) ANTITRUST        | MDL No. 1486
   | LITIGATION                     |
14 |                                | STIPULATION AND [~~PROPOSED~~]
   |                                | ORDER MODIFYING CERTAIN DATES
15 | This Document Relates to:      | IN THE PRETRIAL SCHEDULE
   | DIRECT PURCHASER CLASS ACTIONS |
16 |
```

IT IS HEREBY STIPULATED AND AGREED that certain dates contained in the Stipulation and Order Extending Pretrial and Trial Dates filed on May 19, 2006, are modified as follows:

| Subject | Old Date | New Date |
|---|---|---|
| Last day for filing dispositive motions | 10/11/06 | 10/13/06 |
| Rebuttal expert reports due | 10/17/06 | 10/24/06 |
| Expert discovery cutoff | 10/24/06 | 10/31/06 |
| Last day for opposing dispositive mots. | 11/13/06 | 11/15/06 |

All other dates, including the trial date and hearing on dispositive motions, shall remain the same.

SF #1089340 v1

-1-

STIPULATION AND [PROPOSED] ORDER MODIFYING CERTAIN DATES IN THE PRETRIAL SCHEDULE

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

Dated: October 10, 2006

Robert B. Pringle
Paul R. Griffin
Jonathan E. Swartz
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, CA  94105-3606
Tel 415.371.1200
Fax 415.371.1211

Attorneys for Defendant
NEC Electronics America, Inc.,
and on behalf of all
Defendants

By /s/ Paul R. Griffin

Guido Saveri
R. Alexander Saveri
Geoffrey C. Rushing
Cadio Zirpoli
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Tel 415.217.6810
Fax 415.217.6813

Direct Purchaser Plaintiffs'
Co-Lead Counsel and on behalf
of all Direct Purchaser
Plaintiffs

By CADIO ZIRPOLI/by Howard Ullman per e-mail authorization

IT IS SO ORDERED:

10/11/06

_____
Judge Phyllis J. Hamilton
United States District Judge

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA