SHEPPARD MULLIN RICHTER & HAMPTON LLP
  A Limited Liability partnership
  Including Professional Corporations
Gary L. Halling, Cal. Bar No. 66087
James L. McGinnis, Cal. Bar No. 95788
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106
Telephone: (415) 434-9100
Facsimile: (415) 434-3947
ghalling@sheppardmullin.com
jmcginnis@sheppardmullin.com

Attorneys for Defendants
SAMSUNG ELECTRONICS COMPANY, LTD.
and SAMSUNG SEMICONDUCTOR, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH<br><br>MDL No. 1486<br><br>**STIPULATED DISTRIBUTION NOTICE AND [PROPOSED] ORDER REGARDING SAMSUNG CLASS NOTICE COSTS** |
| This Document Relates To:<br><br>**ALL DIRECT PURCHASER ACTIONS** | Location: Courtroom 3, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton |

Pursuant to Paragraph 6(c) of the April 17, 2006 Escrow Agreement by and among Samsung Semiconductor, Inc., plaintiffs and Union Bank of California, N.A. (the "Escrow Agent"), the Escrow Agent is hereby authorized to make the following distribution out of the Samsung Settlement Escrowed Funds in connection with Samsung's share of incurred class notice expenses:

(i) $132,242.64

(ii) To Complete Claim Solutions, LLC
5210 Hood Road
Palm Beach Gardens, FL 33418

(iii) Pursuant to Paragraphs 9, 18(a) and 20(a) of the Settlement Agreement.

Samsung: **Samsung Semiconductor, Inc.**

By: _/s/ Damian Huh_
Name: Damian Huh

COMMENTS PROVIDED
SAMSUNG LEGAL

Plaintiffs: **Saveri & Saveri, Inc.**

By: _____
Name: Guido Saveri

IT IS SO ORDERED.

Dated: _____

PHYLLIS J. HAMILTON
United States District Judge

Pursuant to Paragraph 6(c) of the April 17, 2006 Escrow Agreement by and among Samsung Semiconductor, Inc., plaintiffs and Union Bank of California, N.A. (the "Escrow Agent"), the Escrow Agent is hereby authorized to make the following distribution out of the Samsung Settlement Escrowed Funds in connection with Samsung's share of incurred class notice expenses:

(i) $132,242.64

(ii) To Complete Claim Solutions, LLC
5210 Hood Road
Palm Beach Gardens, FL 33418

(iii) Pursuant to Paragraphs 9, 18(a) and 20(a) of the Settlement Agreement.

**Samsung:** Samsung Semiconductor, Inc.

By: _____
Name: Damian Huh

**Plaintiffs:** Saveri & Saveri, Inc.

By: _____
Name: Guido Saveri

IT IS SO ORDERED.

Dated: 10/16/06

_____
PHYLLIS J. HAMILTON
United States District Judge

-1-

W02-WEST:FMI\400100314.1
CASE NO. MDL 1486

STIPULATED DISTRIBUTION NOTICE AND
[PROPOSED] ORDER REGARDING SAMSUNG CLASS NOTICE COSTS