1  GUIDO SAVERI (#22349)
   R. ALEXANDER SAVERI (#173102)
2  CADIO ZIRPOLI (#179108)
   SAVERI & SAVERI, INC.
3  111 Pine Street, Suite 1700
   San Francisco, CA  94111-5619
4  Telephone:     (415)-217-6810
   Facsimile:     (415)-217-6813
5  guido@saveri.com
   rick@saveri.com
6
   STEVE W. BERMAN (*pro hac vice*)
7  ANTHONY D. SHAPIRO (*pro hac vice*)
   GEORGE W. SAMPSON (*pro hac vice*)
8  HAGENS BERMAN SOBOL SHAPIRO LLP
   1301 Fifth Avenue, Suite 2900
9  Seattle, WA 98101
   Telephone:     (206) 623-7292
10 Facsimile:     (206) 623-0594

11 FRED TAYLOR ISQUITH (*pro hac vice*)
   MARY JANE FAIT (*pro hac vice*)
12 WOLF, HALDENSTEIN, ADLER,
       FREEMAN & HERZ
13 270 Madison Avenue
   New York, NY 10016
14 Telephone:     (212) 545-4600
   Facsimile:     (212) 545-4652
15
   *Co-Lead Counsel for Plaintiffs*
16

17                 UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

19

| 20 | In Re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486-PJH |
| 21 | | MDL No. 1486 |
| 22 | This Document Relates to: | **STIPULATION AND [PROPOSED] ORDER RE AUTHENTICATION AND ADMISSIBILITY OF NON-TRANSACTIONAL DOCUMENTS** |
| 23 | ALL ~~ACTIONS~~ DIRECT PURCHASER ACTIONS | |
| 24 | | |

25

26

27

28

1          The undersigned Defendants and the Direct Purchaser Class Plaintiffs (hereinafter

2  "Class Plaintiffs") stipulate and agree as follows:

3          1.     The parties met and conferred on September 22, 2006, pursuant to this

4  Court's Order.  Having considered prior discussions, the procedure ordered by Judge Spero, and

5  this Court's Order of September 18, 2006, the parties have hereby agreed upon a process to

6  minimize the expenditure of time and resources of the Court, and the parties, during dispositive

7  motion practice and trial.

8          2.     All documents that have been produced by Plaintiffs, Defendants, and

9  Third Parties pursuant to Federal Rules of Civil Procedure 26-37, marked at the time of

10  production with Bates numbers by the producing party, and submitted in connection with

11  dispositive motion practice or identified for admission into evidence at trial, are presumed to be

12  authentic under Federal Rule of Evidence 901, with the exception of handwritten notes or other

13  handwritten documents.  The parties also reserve objections with regard to the completeness of

14  documents, including emails, and specifically whether an email or other document is complete, or

15  needs context from another email contained in an email string.  Pursuant to this Stipulation, it is

16  presumed that documents, emails and attachments thereto are authentic under Federal Rule of

17  Evidence 901, unless a party makes an affirmative showing through a timely objection that the

18  document or email is not complete, or that an attachment is not the actual document which was

19  attached to the email.  All other objections based on authenticity with respect to the documents

20  specified above are waived.

21          3.     For purposes of dispositive motion practice only, each party stipulates that

22  any document which was produced from its/his/her own files, and marked at the time of

23  production with Bates numbers by the producing party, and submitted by any party in connection

24  with dispositive motion practice, will be admissible, to the extent it would be at trial, absent a

25  timely objection by a party hereto.   An objection is deemed timely if made 10 days before any

26  motion hearing.  The making of a timely objection to the admissibility of any document will

27

28  **STIPULATION AND [PROPOSED] ORDER**
**RE AUTHENTICATION**
**AND ADMISSIBILITY OF NON-**
**TRANSACTIONAL DOCUMENTS**
Master File No. M-02-1486-PJH

1  require the court to resolve the objection prior to relying on the document in determining the

2  merits of the parties' dispositive motions.  Any ruling on the admissibility of documents in

3  connection with dispositive motions will be made by the Court.  The purpose of this agreement is

4  to streamline the dispositive motion practice, and limit objections to admissibility to the greatest

5  extent possible without prejudicing any party's right to object.

6          4.      For purposes of the pretrial statement and the trial of this matter, the parties

7  hereto stipulate that no later than December 20, 2006, they will exchange CDs, or other

8  acceptable electronic media, containing (a) lists of the documents each party intends to use at the

9  time of trial and (b) electronic versions of the documents (to the extent they were originally

10  produced in electronic form), sorted by party.  Defendants and Plaintiffs shall collectively be

11  allocated no more than 750 documents per side.   Each party hereto shall file a response to the list

12  provided by January 19, 2007, identifying any documents which that party agrees are admissible.

13  If the parties are not able to resolve disputes as to admissibility, any party may immediately

14  notice the depositions of custodians of records commencing on January 26, 2007.  Depositions of

15  foreign parties may be taken telephonically or by videoconference.  Discovery will re-open for a

16  period of thirty (30) days starting on January 26, 2007 to accommodate the taking of any such

17  depositions.

18          5.      All objections other than those described herein, including, without

19  limitation, objections regarding relevancy and hearsay, are preserved.  Exhibits will not be

20  admitted at trial in the absence of a sponsoring witness who either authored or received the

21  document or otherwise has some knowledge about the document.

22  Dated: October 4 , 2006                     *Callum Klesna for*

23                                              Bruce L. Simon
                                                COTCHETT, PITRE, SIMON & McCARTHY
24                                              840 Malcolm Road, Suite 200
                                                Burlingame, CA  94010
25                                              Telephone: (650) 697-6000
                                                Facsimile:  (650) 697-0577
26
                                                *On Behalf of the Direct Purchaser Plaintiffs*
27                                              *And the Class*

**STIPULATION AND [PROPOSED] ORDER**
**RE AUTHENTICATION**
28  **AND ADMISSIBILITY OF NON-**
**TRANSACTIONAL DOCUMENTS**
**Master File No. M-02-1486-PJH**

1    Dated: October 4, 2006

2

3                                        Robert B. Pringle
                                         Paul R. Griffin
4                                        Jonathan E. Swartz
                                         THELAN REID & PRIEST, LLP
5                                        101 Second Street, Suite 1800
                                         San Francisco, CA 94105-3601
6                                        Telephone: 415-371-1200
                                         Facsimile: 415-371-1211
7

8                                        *Counsel for Defendant*
                                         *NEC Electronics America, Inc.*
9
     Dated: October __, 2006
10

11
                                         Joel S. Sanders
12                                       GIBSON, DUNN & CRUTCHER, LLP
                                         One Montgomery Street, Suite 3100
13                                       San Francisco, CA 94104
                                         Telephone: 415-393-8200
14                                       Facsimile: 415-986-5309

15                                       *Counsel for Defendants Micron*
                                         *Technology, Inc. And Micron Semiconductor*
16                                       *Products, inc., and on behalf of the other*
                                         *Nonsettling Defendants*
17
     Dated: October __, 2006
18

19                                       Harrison J. Frahn IV
                                         SIMPSON THACHER & BARTLETT LLP
20                                       2550 Hanover Street
                                         Palo Alto, CA 94304
21                                       Telephone: 650-251-5000
                                         Facsimile: 650-251-5002
22

23                                       *Counsel for Defendants* Elpida Memory, Inc. and
                                         *Elpida Memory (USA), Inc.*
24

25

26

27
     **STIPULATION AND [PROPOSED] ORDER**
     **RE AUTHENTICATION**
28   **AND ADMISSIBILITY OF NON-**
     **TRANSACTIONAL DOCUMENTS**
     **Master File No. M-02-1486-PJH**

1    Dated: October __, 2006

2

3                                          Robert B. Pringle
                                           Paul R. Griffin
4                                          Jonathan E. Swartz
                                           THELAN REID & PRIEST, LLP
5                                          101 Second Street, Suite 1800
                                           San Francisco, CA 94105-3601
6                                          Telephone: 415-371-1200
                                           Facsimile: 415-371-1211
7

8                                          *Counsel for Defendant*
                                           *NEC Electronics America, Inc.*
9
     Dated: October 4, 2006
10

11                                         _____
                                           Joel S. Sanders
12                                         GIBSON, DUNN & CRUTCHER, LLP
                                           One Montgomery Street, Suite 3100
13                                         San Francisco, CA 94104
                                           Telephone: 415-393-8200
14                                         Facsimile: 415-986-5309

15                                         *Counsel for Defendants Micron*
                                           *Technology, Inc. And Micron Semiconductor*
16                                         *Products, Inc., and on behalf of the other*
                                           *Nonsettling Defendants.*
17
     Dated: October __, 2006
18

19                                         _____
                                           Harrison J. Frahn IV
20                                         SIMPSON THACHER & BARTLETT LLP
                                           2550 Hanover Street
21                                         Palo Alto, CA 94304
                                           Telephone: 650-251-5000
                                           Facsimile: 650-251-5002
22

23                                         *Counsel for Defendants*
                                           *Elpida Memory (USA), Inc.*
24

25

26

27
     **STIPULATION AND [PROPOSED] ORDER**
     **RE AUTHENTICATION**
28   **AND ADMISSIBILITY OF NON-**
     **TRANSACTIONAL DOCUMENTS**
     **Master File No. M-02-1486-PJH**

Dated: October 6, 2006

William S. Farmer, Jr.
COLLETTE & ERICKSON LLP
555 California Street, 43rd Floor
San Francisco, CA 94104-1791
Telephone: 415-788-4646
Facsimile: 415-788-6929

*Counsel for Winbond Defendants*

Dated: October __, 2006

William M. Goodman
TOPEL & GOODMAN
832 Sansome Street
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

*Counsel for Mosel Vitelic Inc. and Mosel Vitelic
Corporation*

Dated: October __, 2006

Howard Ullman
ORRICK, HERRINGTON & SUTCLIFFE, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

*Counsel for Defendants Nanya Technology
Corporation and
Nanya Technology Corporation USA*

**STIPULATION AND [PROPOSED] ORDER
RE AUTHENTICATION
AND ADMISSIBILITY OF NON-
TRANSACTIONAL DOCUMENTS**
Master File No. M-02-1486-PJH

1

Dated: October __, 2006

2

3
_____
4                                          William S. Farmer, Jr.
                                           COLLETTE & ERICKSON LLP
                                           555 California Street, 43rd Floor
5                                          San Francisco, CA 94104-1791
                                           Telephone:  415-788-4646
6                                          Facsimile:  415-788-6929

7                                          *Counsel for Winbond Defendants*

8

Dated: October /2, 2006

9
                                           *William Goodman*
                                           _____
10                                         William M. Goodman         by APO
                                           TOPEL & GOODMAN
11                                         832 Sansome Street
                                           San Francisco, California 94111
12                                         Telephone:  (415) 421-6140
                                           Facsimile:  (415) 398-5030
13
                                           *Counsel for Mosel Vitelic Inc. and Mosel Vitelic*
14                                         *Corporation*

15
Dated: October __, 2006
16                                         _____
                                           Howard Ullman
17                                         ORRICK, HERRINGTON & SUTCLIFFE, LLP
                                           The Orrick Building
18                                         405 Howard Street
                                           San Francisco, CA 94105
19                                         Telephone:  415-773-5700
                                           Facsimile:  415-773-5759
20
                                           *Counsel for Defendants Nanya Technology*
21                                         *Corporation and*
                                           *Nanya Technology Corporation USA*
22

23

24

25

26

27
**STIPULATION AND [PROPOSED] ORDER**
**RE AUTHENTICATION**
28  **AND ADMISSIBILITY OF NON-**
    **TRANSACTIONAL DOCUMENTS**
    **Master File No. M-02-1486-PJH**

1

Dated: October __, 2006

2

3

William S. Farmer, Jr.
COLLETTE & ERICKSON LLP
555 California Street, 43rd Floor
San Francisco, CA 94104-1791
Telephone: 415-788-4646
Facsimile: 415-788-6929

4

5

6

7

*Counsel for Winbond Defendants*

8

Dated: October __, 2006

9

10

William M. Goodman
TOPEL & GOODMAN
832 Sansome Street
San Francisco, California 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

11

12

13

*Counsel for Mosel Vitelic Inc. and Mosel Vitelic Corporation*

14

15

Dated: October 5, 2006

16

Howard Ullman
ORRICK, HERRINGTON & SUTCLIFFE, LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105
Telephone: 415-773-5700
Facsimile: 415-773-5759

17

18

19

20

*Counsel for Defendants Nanya Technology Corporation and Nanya Technology Corporation USA*

21

22

23

24

25

26

27

**STIPULATION AND [PROPOSED] ORDER RE AUTHENTICATION AND ADMISSIBILITY OF NON-TRANSACTIONAL DOCUMENTS**
Master File No. M-02-1486-PJH

28

1

## [PROPOSED] ORDER

2

3

      Good cause appearing, the above stipulation of the parties regarding authentication

4

and admissibility of non-transactional documents is hereby adopted by the Court.

5

      IT IS SO ORDERED.

6

Dated: _____10/16/06_____

7

8

        Hon. Phyllis J. Hamilton
        United States District Judge
9
        Northern District of California

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER RE AUTHENTICATION**
**AND ADMISSIBILITY OF NON-TRANSACTIONAL DOCUMENTS**
**Master File No. M-02-1486-PJH**
OHS East:160087115.1