1  FRANCIS O. SCARPULLA (Cal. S.B. 40159)
   Zelle, Hofmann, Voelbel, Mason & Gette LLP
2  44 Montgomery Street, Suite 3400
   San Francisco, CA 94104
3  Telephone:    (415) 693-0700
   Facsimile:    (415) 693-0770
4
   *Liaison Counsel for Indirect-Purchaser Plaintiffs*
5

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION<br><br>This document relates to:<br><br>INDIRECT PURCHASER ACTIONS. | Master File No. M-02-1486-PJH<br><br>MDL No. 1486<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR MOTIONS RE JUDGMENT ON THE PLEADINGS |
|---|---|

IT IS HEREBY STIPULATED by and between the parties hereto, subject to the approval of the Court, that the hearing on certain defendants' motions for Judgment on the Pleadings shall be continued from October 18, 2006 at 9:00 a.m., to November 8, 2006, at 9:00 a.m.

///
///
///
///
///
///
///

-1-
STIPULATION AND [PROPOSED] ORDER CONTINUING
HEARING DATE RE JUDGMENT ON THE PLEADINGS

| | | |
|---|---|---|
| 1 | Dated: October 16, 2006 | Josef D. Cooper |
| 2 | | Cooper & Kirkham, P.C. |
| | | 655 Montgomery Street, 17th Floor |
| 3 | | San Francisco, CA 94111 |
| | | Telephone: (415) 788-3030 |
| 4 | | Facsimile: (4150 882-7040 |

Dated: October 16, 2006

Josef D. Cooper
Cooper & Kirkham, P.C.
655 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone:     (415) 788-3030
Facsimile:     (4150 882-7040

David Boies, III
Straus & Boies, LLP
10513 Braddock Road
Fairfax, VA 22032
Telephone:     (703) 764-8700
Facsimile:     (703-764-8704

Daniel Gustafson
Gustafson Gluek, PLLC
650 Northstar East
608 Second Avenue, South
Minneapolis, MN 55402
Telephone:     (612) 333-8844
Facsimile:     (612) 339-6622

Daniel J. Mogin
The Mogin Law Firm, PC
110 Juniper Street
San Diego, CA 92101-1502
Telephone:     (619) 687-6611
Facsimile:     (619) 687-6610

Co-Lead Counsel For
Indirect-Purchaser Plaintiffs

Terry Gross
Gross & Belsky, LLP
180 Montgomery Street, Suite 2200
San Francisco, CA 94104
Telephone:     (415) 544-0200
Facsimile:     (415) 544-0201

Chairman, Indirect-Purchaser Plaintiffs'
Executive Committee

|  |  |
|---|---|
|  | Francis O. Scarpulla<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA  94104<br>Telephone:   (415) 693-0700<br>Facsimile:     (415) 693-0770<br><br>By: *[signature]* Francis O. Scarpulla<br><br>Liaison Counsel, Indirect-Purchaser Plaintiffs |

DEFENDANTS:

| | |
|---|---|
| James G. Kreissman<br>Harrison J. Frahn IV<br>Jason M. Bussey<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, CA  94304<br>Facsimile:  (650) 251-5002<br><br>**Attorneys for Defendants Elpida Memory (USA), Inc. and Elpida Memory, Inc.** | Robert B. Pringle<br>Paul Griffin<br>Jonathan E. Swartz<br>THELEN REID & PRIEST LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA  94105<br>Facsimile:  (415) 371-1211<br><br>**Attorneys for Defendant NEC Electronics America, Inc.** |
| William S. Farmer, Jr.<br>COLLETTE ERICKSON FARMER<br>   & O'NEILL LLP<br>235 Pine Street, Suite 1300<br>San Francisco, CA  94104<br>Facsimile:  (415) 788-6929<br><br>Steven H. Morrissett<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA  94304-1203<br>Facsimile:  (650) 849-6666<br><br>**Attorneys for Defendants Winbond Electronics Corporation, Winbond Electronics Corporation America** | Aton Arbisser<br>Julian Brew<br>Tanja Shipman<br>KAYE SCHOLER LLP<br>1999 Avenue of the Stars, Suite 1700<br>Los Angeles, CA  90067<br>Facsimile:  (310) 788-1200<br><br>**Attorneys for Defendants Infineon Technologies North America Corp. and Infineon Technologies AG** |

| | |
|---|---|
| William M. Goodman<br>Andrea DeShazo<br>Raphael Goldman<br>TOPEL & GOODMAN<br>832 Sansome Street, 4th Floor<br>San Francisco, CA 94111<br>Facsimile: (415) 398-5030<br><br>**Attorneys for Defendants Mosel Vitelic Corporation and Mosel Vitelic Incorporated** | Howard M. Ullman<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Facsimile: (415) 773-5759<br><br>Robert Freitas<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1021<br>Facsimile: (650) 614-7401<br><br>**Attorneys for Defendants Nanya Technology Corporation and Nanya Technology Corporation USA**<br><br>Joel S. Sanders<br>GIBSON, DUNN & CRUTCHER LLP<br>One Montgomery Street<br>Montgomery Tower, 31st Floor<br>San Francisco, CA 94104<br>(415) 393-8200 (telephone)<br>(415) 986-5309 (facsimile)<br><br>Ronald C. Redcay<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, California 90017-2513<br>(213) 243-4002 (telephone)<br>(213) 243-4199 (facsimile)<br><br>**Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc. and signing on behalf of all defendants for purposes of this stipulation**<br><br>By: _/s/ Joel S. Sanders_<br>         Joel S. Sanders |

IT IS SO ORDERED this 17 day of October, 2006.

_____
The Honorable Phyllis J. Hamilton
United States District Judge
Northern District of California

-4-

## PROOF OF SERVICE

I, C.P. Cusick, declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, 44 Montgomery Street, Suite 3400, San Francisco, CA 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on October 16, 2006, I served a true and correct copy of the following document(s) in the manner indicated below:

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR MOTIONS RE JUDGMENT ON THE PLEADINGS**

☒  **By USDC Live System-Document Filing System:** on all parties registered for e-filing in the above-captioned litigation.

Dated: October 16, 2006

*C.P. Cusick* (signature)
C.P. Cusick