GUIDO SAVERI (22349)
R. ALEXANDER SAVERI (173102)
CADIO ZIRPOLI (179108)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com
rick@saveri.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH<br><br>MDL No. 1486<br><br>**STIPULATED DISTRIBUTION NOTICE AND [~~PROPOSED~~] ORDER REGARDING HYNIX CLASS NOTICE COSTS** |
| This Document Relates To:<br>**ALL DIRECT PURCHASER ACTIONS** | Location: Courtroom 3, 17th Floor<br>Judge: Hon. Phyllis J. Hamilton |

1  Pursuant to Paragraph 6(e) of the May 22, 2006 Escrow Agreement by and
2 among Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc. ("Hynix"),
3 plaintiffs and Union Bank of California, N.A. (the "Escrow Agent"), the Escrow Agent is
4 hereby authorized to make the following distribution out of the Hynix Settlement
5 Escrowed Funds in connection with Hynix's share of incurred class notice expenses:

6     (i)    $144,077.23
7     (ii)    To Complete Claim Solutions, LLC
8           5210 Hood Road
9           Palm Beach Gardens, FL  33418
10    (iii)   Pursuant to Paragraphs 9, 18(a) and 20(a) of the Settlement
11           Agreement.

13 **Hynix:**    Hynix Semiconductor, Inc.

15 By: _____
16 Name: Lim Lee

**Plaintiffs:**    Saveri & Saveri, Inc.

18 By: _____
19 Name: Guido Saveri

21 IT IS SO ORDERED.

23 Dated: 10/24/06

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*United States District Court, Northern District of California*

-1-