UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION
_____/

This Document Relates To:

ALL DIRECT PURCHASER ACTIONS
_____/

No. M 02-1486 PJH

**ORDER RE BRIEFING SCHEDULE**

In light of the court's upcoming calendar for the month of December, and in order to ensure appropriate time for the court to review all papers filed with the court in connection with the parties' dispositive motions prior to the January 10, 2006 hearing, the court hereby ORDERS defendants to file any and all reply briefs in support of their motions no later than December 6, 2006. The current deadline for the filing of reply briefs, set for December 11, 2006, shall no longer be effective. All other deadlines in connection with the parties' dispositive motions shall remain in effect.

**IT IS SO ORDERED.**

Dated: October 25, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge