UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION
_____/

No. M 02-1486 PJH

**ORDER RE PAGE LIMIT RE OPPOSITION TO NANYA DEFENDANTS' DISPOSITIVE MOTIONS**

This Document Relates to:

All Direct Purchaser Actions
_____/

Before the court is the parties' stipulation and proposed order regarding plaintiffs' proposed opposition brief in response to the Nanya defendants' separate motions for summary judgment. Plaintiffs seek to file one consolidated opposition brief in response to the motions, with a maximum limit of 50 pages.

To the extent that plaintiffs actually anticipate filing 50 pages in response to both motions, the court prefers that plaintiffs maintain adherence to the local rules, and submit two separate oppositions, each of which may not exceed more than 25 pages. To the extent, however, that plaintiffs believe they can submit one consolidated opposition brief that does not exceed 35 pages, plaintiffs are permitted to do so, as this would be more helpful to the court in a way that one 50 page consolidated brief would not.

**IT IS SO ORDERED.**

Dated: October 30, 2006

PHYLLIS J. HAMILTON
United States District Judge