FRANCIS O. SCARPULLA (Cal. S.B. 40159)
CRAIG C. CORBITT (Cal. S.B. 83251)
CHRISTOPHER T. MICHELETTI (Cal. S.B. 136446)
MATTHEW R. SCHULTZ (Cal. S.B. 220641)
QIANWEI FU (Cal. S.B. 242669)
Zelle, Hofmann, Voelbel, Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:    (415) 693-0700
Facsimile:     (415) 693-0770

*Liaison Counsel for Indirect-Purchaser Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486-PJH<br><br>MDL No. 1486 |
| This document relates to:<br><br>INDIRECT PURCHASER ACTIONS. | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE FOR MOTIONS RE JUDGMENT ON THE PLEADINGS |

IT IS HEREBY STIPULATED by and between the parties hereto, subject to the approval of the Court, that the hearing on certain defendants' motions for Judgment on the Pleadings shall be continued from November 8, 2006 at 9:00 a.m., to December 6, 2006, at 9:00 a.m.

///

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: October 30, 2006 | Josef D. Cooper |
| 2 | | Cooper & Kirkham, P.C. |
| | | 655 Montgomery Street, 17th Floor |
| 3 | | San Francisco, CA 94111 |
| | | Telephone:   (415) 788-3030 |
| 4 | | Facsimile:   (415) 882-7040 |

Dated: October 30, 2006

Josef D. Cooper  
Cooper & Kirkham, P.C.  
655 Montgomery Street, 17th Floor  
San Francisco, CA 94111  
Telephone:   (415) 788-3030  
Facsimile:   (415) 882-7040  

David Boies, III  
Straus & Boies, LLP  
10513 Braddock Road  
Fairfax, VA 22032  
Telephone:   (703) 764-8700  
Facsimile:   (703) 764-8704  

Daniel Gustafson  
Gustafson Gluek, PLLC  
650 Northstar East  
608 Second Avenue, South  
Minneapolis, MN 55402  
Telephone:   (612) 333-8844  
Facsimile:   (612) 339-6622  

Daniel J. Mogin  
The Mogin Law Firm, PC  
110 Juniper Street  
San Diego, CA 92101-1502  
Telephone:   (619) 687-6611  
Facsimile:   (619) 687-6610  

Co-Lead Counsel For  
Indirect-Purchaser Plaintiffs  

Terry Gross  
Gross & Belsky, LLP  
180 Montgomery Street, Suite 2200  
San Francisco, CA 94104  
Telephone:   (415) 544-0200  
Facsimile:   (415) 544-0201  

Chairman, Indirect-Purchaser Plaintiffs' Executive Committee  

-2-

STIPULATION AND [PROPOSED] ORDER CONTINUING  
HEARING DATE RE JUDGMENT ON THE PLEADINGS

Francis O. Scarpulla
Craig C. Corbitt
Christopher T. Micheletti
Matthew R. Schultz
Qianwei Fu
Zelle Hofmann Voelbel Mason & Gette, LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

By: *[signature]*
Francis O. Scarpulla

Liaison Counsel, Indirect-Purchaser Plaintiffs

**DEFENDANTS:**

James G. Kreissman
Harrison J. Frahn IV
Jason M. Bussey
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Facsimile: (650) 251-5002

**Attorneys for Defendants Elpida Memory (USA), Inc. and Elpida Memory, Inc.**

William S. Farmer, Jr.
COLLETTE ERICKSON FARMER
 & O'NEILL LLP
235 Pine Street, Suite 1300
San Francisco, CA 94104
Facsimile: (415) 788-6929

Steven H. Morrissett
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER LLP
Stanford Research Park
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Facsimile: (650) 849-6666

**Attorneys for Defendants Winbond Electronics Corporation, Winbond Electronics Corporation America**

Robert B. Pringle
Paul Griffin
Jonathan E. Swartz
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Facsimile: (415) 371-1211

**Attorneys for Defendant NEC Electronics America, Inc.**

Aton Arbisser
Julian Brew
Tanja Shipman
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles, CA 90067
Facsimile: (310) 788-1200

**Attorneys for Defendants Infineon Technologies North America Corp. and Infineon Technologies AG**

| | |
|---|---|
| 1 | William M. Goodman |
| 2 | Andrea DeShazo |
| 3 | Raphael Goldman |
|   | TOPEL & GOODMAN |
|   | 832 Sansome Street, 4th Floor |
| 4 | San Francisco, CA 94111 |
|   | Facsimile: (415) 398-5030 |

1  William M. Goodman
2  Andrea DeShazo
   Raphael Goldman
3  TOPEL & GOODMAN
   832 Sansome Street, 4th Floor
4  San Francisco, CA 94111
   Facsimile: (415) 398-5030

5  **Attorneys for Defendants Mosel Vitelic**
   **Corporation and Mosel Vitelic**
6  **Incorporated**

Howard M. Ullman
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Facsimile: (415) 773-5759

Robert Freitas
ORRICK HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1021
Facsimile: (650) 614-7401

**Attorneys for Defendants Nanya Technology Corporation and Nanya Technology Corporation USA**

Joel S. Sanders
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street
Montgomery Tower, 31st Floor
San Francisco, CA 94104
(415) 393-8200 (telephone)
(415) 986-5309 (facsimile)

Ronald C. Redcay
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-2513
(213) 243-4002 (telephone)
(213) 243-4199 (facsimile)

**Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc. and signing on behalf of all defendants for purposes of this stipulation**

By: /s/ Joel S. Sanders
    Joel S. Sanders

                                    October
IT IS SO ORDERED this  31st  day of ~~November~~, 2006.


The Honorable
United States
Northern District

IT IS SO ORDERED
/s/ PJH
Judge Phyllis J. Hamilton

-4-
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE RE JUDGMENT ON THE PLEADINGS

**PROOF OF SERVICE**

I, Monica J. Steele, declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, 44 Montgomery Street, Suite 3400, San Francisco, CA 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on October 30, 2006, I served a true and correct copy of the following document(s) in the manner indicated below:

**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR MOTIONS RE JUDGMENT ON THE PLEADINGS**

☒ **By USDC Live System-Document Filing System:** on all parties registered for e-filing in the above-captioned litigation.

Dated: October 30, 2006

_____
Monica J. Steele

#3166407