FRANCIS A. BOTTINI, JR. (175783)
bottini@whafh.com
WOLF HALDENSTEIN ADLER
 FREEMAN & HERZ LLP
Symphony Towers
750 B Street, Suite 2770
San Diego, CA  92101
Telephone: 619/239-4599
Facsimile:  619/234-4599
       - and -
FRED TAYLOR ISQUITH (*pro hac vice*)
isquith@whafh.com
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545-4653

GUIDO SAVERI (22349)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: 415/217-6810
Facsimile:  415/217-6813

ANTHONY D. SHAPIRO (*pro hac vice*)
HAGENS BERMAN LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: 206/623-7292
Facsimile:  206/623-0594

Co-Lead Counsel for Plaintiffs

[Additional Counsel Appear On Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DRAM ANTITRUST LITIGATION ) <br> ) <br> ) <br> _____ ) <br> ) <br> This Document Relates to: ) <br> ) <br> ALL DIRECT PURCHASER CLASS ) <br> ACTIONS ) <br> ) <br> _____ ) | Master File No. M-02-1486PJH <br><br> MDL No. 1486 <br><br> STIPULATION AND [~~PROPOSED~~] ORDER BETWEEN ALL DIRECT PURCHASER PLAINTIFFS AND DEFENDANTS THAT THE TRIAL OF ALL DIRECT PURCHASER CLASS ACTIONS SHALL OCCUR IN SAN FRANCISCO |

1  WHEREAS, not less than 10 of the direct purchaser class actions pending before this Court were originally filed in this District; and

3  WHEREAS, not less than 6 of the direct purchaser class actions pending before this Court were filed in other Districts and transferred to this District by the Judicial Panel on Multidistrict Litigation pursuant to MDL No. 1486 (the "MDL Order"); and

6  WHEREAS, all the direct purchase class action complaints have been superseded by a Consolidated Class Action Complaint filed in the Court; and

8  WHEREAS, those parties whose actions were transferred to this District by the MDL Panel could, if they chose to, request remand of their actions for trial after completion of the pre-trial proceedings, pursuant to 28 U.S.C. §1407(a); and

11  WHEREAS, those parties whose actions were transferred to this District wish to waive their option to request remand of those actions to the Districts in which those cases were filed for trial, and to consent to trial of all the direct purchaser actions before this Court in San Francisco, California;

15  THEREFORE, it is STIPULATED between all direct purchaser class action plaintiffs and all defendants as follows:

17  1.  Venue for all the direct purchaser class actions is proper before this Court in San Francisco, California.  The following direct purchaser class actions pending before this Court were originally filed in this District: *Internet Integration Inc. v. Micron Technology Inc. et al.*, No. 3:02-cv-03196; *Irwin v. Micron Technology, Inc. et al.*, No. 3:02-cv-03457; *PC Doctor, Inc. v. Micron Technology, Inc., et al.*, No. 3:02-cv-03458; *Advanced Technology Distributors, Inc. v. Micron Technologies, Inc., et al.*, No. 3:02-cv-03546; *JEM Electronics Distributors Inc. v. Micron Technology Inc., et al.*, No. 3:02-cv-03611; *Network Business Solutions, Inc. v. Micron Technology, Inc., et al.*, No. 3:02-cv-03647; *Clement v. Micron Technology, Inc., et al.*, No. 3:02-cv-03835; *Dolphin Consulting, Inc. v. Micron Technology, Inc., et al.*, No. 3:02-cv-03903; *5207 Inc. v. Micron Technology, Inc., et al.*, No. 3:02-cv-04358; and *Wilkser v. Micron Technology, Inc., et al.*, No. 02-cv-4004. One or more of the defendants named in the direct purchaser class

1  actions have their principal place of business in this District, and some of the events giving rise to
2  the direct purchaser class action lawsuits occurred in this District.

3      2.    The following direct purchaser class actions pending before this Court were
4  originally filed in other districts and transferred to this District pursuant to the MDL Order:
5  *Nespole et al v. Micron Technology Inc. et al.*, No. 3:02-cv-05573 (originated S.D.N.Y); *Seiniger
6  v. Micron Technology Inc. et al.*, No. 03-0055 (originated D. Id.); *Continental Promotion Group v.
7  Micron Technology Inc. et al.*, No. 03-0056 (originated D. Id.); *C3 Information Technology., LLc
8  v. Micron Technology Inc. et al.*, No. 03-0057 (originated D. Id.); *Web Ideals, LLC v. Micron
9  Technology Inc., et al.*, No. 03-0058 (originated D. Id.); and *Midlands Solutions Group Inc., v.
10 Micron Technology Inc., et al.*, No. 03-0059 (originated D. Id.). Counsel for each party who filed
11 one of these cases is signing this Stipulation, indicating the agreement of all plaintiffs from such
12 cases to waive any right to seek remand of their cases.

13     3.    Each party to a direct purchaser class action hereby stipulates and agrees that the
14 action and/or actions in which he, she or it is a party may be tried in the Northern District of
15 California and further waives the right to seek remand of those actions for trial to the transferee
16 district from which certain of the actions originate. Moreover, those parties to the direct purchaser
17 class actions consent to a single trial of all the direct purchaser class actions in this District. *See*
18 MANUAL FOR COMPLEX LITIGATION, 4TH §20.132 at 224.

19 IT IS SO STIPULATED.
20 DATED: October 26, 2006    WOLF HALDENSTEIN ADLER
21     FREEMAN & HERZ LLP
    FRANCIS A. BOTTINI, JR.

23 _____
    FRANCIS A. BOTTINI, JR.

24 750 B Street, Suite 2770
25 San Diego, CA 92101
    Telephone: 619/239-4599
26 Facsimile: 619/234-4599

- and -
Fred Taylor Isquith (*pro hac vice*)
270 Madison Avenue
New York, NY 10016
Telephone: 212/545-4600
Facsimile:  212/545-4653

Co-Lead Counsel for Plaintiffs and Counsel for the Plaintiff in *Nespole v. Micron Technology Inc.*, Case No. 3:02-CV-05573 (originally filed in S.D.N.Y.)

DATED: 10/26/2006

SAVERI & SAVERI, INC.
GUIDO SAVERI

*Guido Saveri/FAB*
GUIDO SAVERI

111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: 415/217-6810

Co-Lead Counsel for Plaintiffs

DATED: 10/26/2006

HAGENS BERMAN SOBOL
  SHAPIRO LLP
ANTHONY D. SHAPIRO

*[signature]*
ANTHONY D. SHAPIRO

1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: 206/623-7292

Plaintiffs' Co-Lead Counsel and Counsel for the Plaintiffs in *Seiniger v. Micron Technology Inc*, Case No. 03-0055, *Continental Promotion Group* v. *Micron Technology Inc.*, Case No. 03-0056, *C3 Information Technology LLC v. Micron Technology Inc.*, Case No. 03-0057, *Web Ideals LLC v. Micron Technology Inc.*, Case No. 03-0058, and *Midlands Solutions Group, Inc. v. Micron Technology Inc.*, Case No. 03-0059 (all originally filed in D. Id.)

| | |
|---|---|
| 1  DATED: 10/26/06 | GIBSON, DUNN & CRUTCHER, LLP<br>JOEL S. SANDERS |
| 2 | |
| 3 | *[signature]*<br>JOEL S. SANDERS |
| 4 | |
| 5 | One Montgomery Street, 31st Floor<br>San Francisco, CA 94104<br>Telephone: 415/393-8200 |
| 6 | |
| 7 | Ronald C. Redcay<br>ARNOLD & PORTER LLP<br>777 South Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: 213/243-4000 |
| 8 | |
| 9 | |
| 10 | William J. Baer<br>Richard L. Rosen<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, N.W.<br>Washington, DC 20004<br>Telephone: 202/942-5000 |
| 11 | |
| 12 | |
| 13 | |
| 14 | **Attorneys for Defendants Micron Semiconductor Products, Inc. and Micron Technology, Inc.** |
| 15  DATED: 10/26/2006 | TOPEL & GOODMAN<br>WILLIAM M. GOODMAN |
| 16 | |
| 17 | *[signature]* /FAB<br>WILLIAM M. GOODMAN |
| 18 | |
| 19 | 832 Sansome Street, 4th Floor<br>San Francisco, CA 94111<br>Telephone: 415/421-6140 |
| 20 | |
| 21 | **Attorneys for Defendant Mosel Vitelic, Inc. and Mosel Vitelic Corporation** |
| 22  DATED: 10/26/2006 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>ROBERT E. FREITAS |
| 23 | |
| 24 | *[signature]* /FAB<br>ROBERT E. FREITAS |
| 25 | |
| 26 | 1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: 650/614-7455 |
| 27 | |
| 28 | |

[M-02-1486PJH] - STIP & [PROPOSED] ORDER BETWEEN ALL DIRECT PURCHASER PLTFFS & DEFTS THAT THE TRIAL OF ALL DIRECT PURCHASER CLASS ACTIONS SHALL OCCUR IN SAN FRANCISCO

| | | |
|---|---|---|
| 1 | DATED: October 26, 2006 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>HOWARD ULLMAN |
| 2 | | |
| 3 | | *Howard Ullman/FAB*<br>─────────────────────<br>HOWARD ULLMAN |
| 4 | | 405 Howard Street<br>San Francisco, CA 94105<br>Telephone: 415/773-5652 |
| 5 | | |
| 6 | | **Attorney for Nanya Technology Corporation and Nanya Technology Corporation USA** |
| 7 | | |
| 8 | DATED: | COLLETTE ERICKSON FARMER<br>& O'NEILL LLP<br>WILLIAM S. FARMER |
| 9 | | |
| 10 | | *[signature]* |
| 11 | | ─────────────────────<br>WILLIAM S. FARMER |
| 12 | | 235 Pine Street, Suite 1300<br>San Francisco, CA 94104<br>Telephone: 415/788-4646 |
| 13 | | |
| 14 | | Steven H. Morrissett<br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER LLP<br>Stanford Research Park<br>3300 Hillview Avenue<br>Palo Alto, CA 94304<br>Telephone: 650/849-6600 |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | **Attorneys for Defendant Winbond Electronics Corp. and Winbond Electronics Corp. America** |
| 19 | | |
| 20 | | \* \* \* |
| 21 | IT IS SO ORDERED. | |
| 22 | | |
| 23 | DATED: 10/31/06 | ─────────────────────<br>PHYLLIS J. HAMILTON<br>UNITED STATES DISTRICT COURT JUDGE |
| 24 | | |
| 25 | | |
| 26 | | *IT IS SO ORDERED*<br>*[signature]*<br>*Judge Phyllis J. Hamilton* |
| 27 | DRAM:13873.v6STIP | |
| 28 | | |

[M-02-1486PJH] - STIP & [PROPOSED] ORDER BETWEEN ALL DIRECT PURCHASER PLTFFS & DEFTS THAT THE TRIAL OF ALL DIRECT PURCHASER CLASS ACTIONS SHALL OCCUR IN SAN FRANCISCO

- 6 -

I, MAUREEN LONGDO, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San Diego, California. 92101.

2. That on October 27, 2006, declarant served the STIPULATION AND [PROPOSED] ORDER BETWEEN ALL DIRECT PURCHASE PLAINTIFFS AND DEFENDANTS THAT THE TRIAL OF ALL DIRECT PURCHASER CLASS ACTIONS SHALL OCCUR SAN FRANCISCO via the CM/ECF System to the parties who are registered participants of the CM/ECF System.

3. That on October 27, 2006, declarant served the parties who are not registered participants of the CM/ECF System, via United States Mail.

4. That there is regular communication by mail, facsimile, and electronic mail within this office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of October 2006, at San Diego, California.



MAUREEN LONGDO