GUIDO SAVERI (22349)
R. ALEXANDER SAVERI (173102)
GEOFFREY C. RUSHING (126910)
CADIO ZIRPOLI (179108)
SAVERI & SAVERI INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile:  (415) 217-6813
*guido@saveri.com*
*rick@saveri.com*

STEVE W. BERMAN (*pro hac vice*)
ANTHONY D. SHAPIRO (*pro hac vice*)
CRAIG R. SPIEGEL (122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292
Facsimile:  (206) 623-0594

FRED TAYLOR ISQUITH (*pro hac vice*)
MARY JANE FAIT (*pro hac vice*)
WOLF, HALDENSTEIN, ADLER,
    FREEMAN & HERZ
270 Madison Avenue
New York, NY  10016
Telephone:  (212) 545-4600
Facsimile: (212) 545-4653

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | MDL Docket No. M-02-1486–PJH |
| | MDL No. 1486 |
| | Class Action |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING FINAL APPROVAL OF PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS** |
| All Direct Purchaser Actions | Date:        November 1, 2006<br>Time:        10:00 a.m.<br>Judge:      Hon. Phyllis J. Hamilton<br>Courtroom:  3 |

1    Plaintiffs' Motion for Final Approval of Proposed Settlements with the Settling Defendants

2    and Approval of the Plan of Allocation ("Motion") came on for hearing on November 1, 2006. The

3    Court has considered the Motion, the supporting papers, the agreement of counsel, and all other

4    arguments presented at the hearing. Due and adequate notice having been given to the Class, and good

5    cause appearing, the Court hereby finds that:

6        1.    This Court has jurisdiction over the subject mater of the Motion and all matters

7    relating thereto, including all members of the Class.

8        2.    Due and adequate notice of the proposed Plan of Allocation was provided to the

9    Class. The Notice of Pendency of Class Action and Partial Class Action Settlements sets forth the

10   proposed Plan of all Allocation, was mailed to all members of the Class who could be reasonably

11   identified and was posted on the Claim Administrator's website. In addition, a summary notice

12   explaining how to obtain the Class Notice was published in the national edition of *The Wall Street*

13   *Journal.* Notice of the Plan of Allocation has been given in accordance with the Court's Order

14   Approving Joint Notice to Class Regarding Class Certification and Class Action Settlements with

15   Samsung, Infineon and Hynix Defendants. The Class Notice adequately advised the Class of the Plan of

16   Allocation and their right to object to it. Full and fair opportunity was provided to the members of the

17   Class to be heard regarding the proposed Plan of Allocation and the notice requirements of Rule 23(e) of

18   the Federal Rules of Civil Procedure and due process have been satisfied.

19       3.    The Plan of Allocation set forth in the Class Notice is, in all respects, fair, adequate

20   and reasonable to the Settlement Class. Accordingly, the Court hereby grants final approval of the Plan

21   of Allocation.

22       **IT IS SO ORDERED.**

23   Date: _____, ~~2006~~.
     November 1, 2006

IT IS SO ORDERED

PJH

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____ HAMILTON
_____ ___ _____ T JUDGE

26   ram.613