ROBERT E. FREITAS (STATE BAR NO. 80948)
CYNTHIA A. WICKSTROM (STATE BAR NO. 209320)
NA'IL BENJAMIN (STATE BAR NO. 240354)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025-1021
Telephone:   (650) 614-7400
Facsimile:   (650) 614-7401

HOWARD M. ULLMAN (STATE BAR NO. 206760)
E. ANNE HAWKINS (STATE BAR NO. 209135)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105-2669
Telephone:   (415) 773-5700
Facsimile:   (415) 773-5759

Attorneys for Defendants Nanya Technology
Corporation and Nanya Technology Corporation USA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Case No. M-02-1486-PJH<br><br>MDL No. 1486<br><br>[~~PROPOSED~~] **ORDER GRANTING NANYA TECHNOLOGY CORPORATION AND NANYA TECHNOLOGY CORPORATION USA'S ADMINISTRATIVE MOTION TO USE ELECTRONIC DEVICE PURSUANT TO GENERAL ORDER NO. 58(IV)(E)(1)**<br><br>Time:       None<br>Date:       None<br>Judge:     Hon. Phyllis J. Hamilton<br>Courtroom: 3 |

OHS West:260147701.1

[PROPOSED] ORDER GRANTING NANYA'S ADMIN.
MOTION TO USE ELECTRONIC DEVICE
M-02-1486-PJH

The Court has considered Nanya Technology Corporation and Nanya Technology Corporation USA's Motion to Use Electronic Device Pursuant to General Order No. 58(IV)(E)(1) at the hearing on Defendants' motions for summary judgment scheduled for January 10, 2007 at 9:00 a.m. **IT IS HEREBY ORDERED** that the Administrative Motion is **GRANTED**.

Nanya Technology Corporation and Nanya Technology Corporation USA are granted permission to use a projector for displaying evidence and demonstrative exhibits, including PowerPoint presentations, at the hearing on Defendants' motions for summary judgment scheduled for January 10, 2007 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: 1/3/07  _____



IT IS SO ORDERED
Judge Phyllis J. Hamilton

OHS West:260147701.1

- 1 -

[PROPOSED] ORDER GRANTING NANYA'S ADMIN. MOTION TO USE ELECTRONIC DEVICE
M-02-1486-PJH