GUIDO SAVERI (22349)
R. ALEXANDER SAVERI (173102)
GEOFFREY C. RUSHING (126910)
CADIO ZIRPOLI (179108)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA  94111-5619
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813
*guido@saveri.com*
*rick@saveri.com*

STEVE W. BERMAN (*pro hac vice*)
ANTHONY D. SHAPIRO (*pro hac vice*)
GEORGE W. SAMPSON
CRAIG R. SPIEGEL (122000)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington  98101
Telephone: (206) 623-7292
Facsimile No.: (206) 623-0594

FRED TAYLOR ISQUITH (*pro hac vice*)
MARY JANE FAIT (*pro hac vice*)
WOLF, HALDENSTEIN, ADLER,
   FREEMAN & HERZ
270 Madison Avenue
New York, NY  10016
Telephone:  (212) 545-4600
Facsimile:  (212) 545-4653

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH (JCS)<br><br>MDL No. 1486<br><br>**[PROPOSED] ORDER APPROVING JOINT NOTICE TO CLASS REGARDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS WITH ELPIDA AND NEC DEFENDANTS** |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | Time:     9:00 a.m.<br>Date:     January 10, 2007<br>Judge:    Hon. Phyllis J. Hamilton<br>Courtroom:  3, 17th Floor |

The Court, having approved the two settlement agreements ("Settlements") entered into between (i) plaintiffs and defendants Elpida Memory, Inc. and Elpida Memory (USA) Inc. (collectively, "Elpida"); and (ii) plaintiffs and defendant NEC Electronics America, Inc. (together with Elpida, the "Settling Defendants"), and having issued its order certifying the Class for litigation purposes on June 5, 2006, hereby ORDERS:

1. Class Plaintiffs have advised the Court that Class Plaintiffs have recently entered into additional settlement agreements with Winbond Electronics Corporation and Winbond Electronics Corporation America (collectively "Winbond"), and Micron Technology, Inc.; Micron Semiconductor Products, Inc., including through its Crucial Technology division (collectively "Micron").

2. The Court will hold in abeyance issuing an order requiring Class Plaintiffs to send notice to the Class of the approval of the settlements with Elpida and NEC and setting a fairness hearing.

3. Class Plaintiffs, in consultation with settling defendants, will submit to the Court within __14__ days their proposal for sending notice to the Class and setting a fairness hearing covering the settlements with defendants Elpida, NEC, Winbond and Micron, including the advisability of sending out a single notice covering all four settlements.

**IT IS SO ORDERED.**

Dated: January 10, 2007



Hon. Phyllis J. Hamilton

Ram.667

[PROPOSED] ORDER APPROVING JOINT NOTICE TO CLASS REGARDING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS WITH ELPIDA AND NEC DEFENDANTS – Master File No. M-02-1486 PJH (JCS)

- 1 -