1  Joseph W. Cotchett (36324; jcotchett@cpmlegal.com)
   Steven N. Williams (175489; swilliams@cpmlegal.com)
2  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
3  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
4  Telephone:    (650) 697-6000
   Facsimile:    (650) 697-0577
5
   *Plaintiffs' Executive Committee Counsel*
6

7               UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| In Re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486-PJH<br><br>MDL No. 1486 |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | **NOTICE OF SUBSTITUTION OF COUNSEL**   AND ORDER |

1  TO THE COURT AND ALL PARTIES OF RECORD:

2     PLEASE TAKE NOTICE that the following counsel from the firm Cotchett, Pitre
3  & McCarthy (formerly Cotchett, Pitre, Simon & McCarthy) will be substituted in the
4  above matters in place of Bruce L. Simon and Esther L. Klisura:

5       Joseph W. Cotchett        jcotchett@cpmlegal.com
6       Steven N. Williams        swilliams@cpmlegal.com

8  Dated: February 1, 2007        COTCHETT, PITRE & McCARTHY

12                     By:     /s/ Steven N. Williams
                                Steven N. Williams
13                             *Plaintiffs Executive Committee Counsel*

16            2/5/07

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**NOTICE OF SUBSTITUTION OF COUNSEL**
**Master File No. M-02-1486-PJH   MDL No. 1486**

1