# HellerEhrman LLP

February 8, 2007

David C. Brownstein
DBrownstein@hewm.com
Direct (415) 772-6356
Main +1.415.772.6000
Fax +1.415.772.6268

*VIA ECF*

26798.0013

The Honorable Phyllis J. Hamilton
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re: **In re Dynamic Random Access Memory Antitrust Litigation**
    **MDL No. 1486**

Dear Judge Hamilton:

We are counsel for Mosel Vitelic Inc. and Mosel Vitelic Corporation in the above-captioned matter. I write to request adjournment of the February 8 deadline for the parties to engage in a pre-trial settlement conference. Mosel Vitelic Inc. and Mosel Vitelic Corporation ("Mosel") have scheduled a mediation session with the plaintiffs in this action for the week of February 26, 2007. In light of our scheduled mediation, plaintiffs and Mosel jointly ask the Court to adjourn the February 8 deadline to a date in March, 2007, in order to permit the parties to complete the mediation. Should Your Honor have any questions regarding the foregoing, we would be pleased to address them.

Respectfully submitted,

HELLER EHRMAN LLP

David C. Brownstein

*[Stamp: IT IS SO ORDERED, Judge Phyllis J. Hamilton, United States District Court, Northern District of California]*

cc: Guido Saveri, Esq.
    Anthony Shapiro, Esq.
    William Goodman, Esq.

Heller Ehrman LLP   333 Bush Street   San Francisco, CA 94104-2878   www.hellerehrman.com

Anchorage    Beijing    Hong Kong    Los Angeles    Madison, WI    New York    San Diego    **San Francisco**    Seattle
Silicon Valley    Singapore    Washington, D.C.