UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION
_____/

No. M 02-1486 PJH

**NOTICE**

This Document Relates to:

All Direct Purchaser Actions
_____/

The court hereby notifies the parties that it is in receipt of a written objection and/or request for exclusion from an individual who appears to be a member of the direct purchaser class represented by plaintiffs' counsel, as indicated by the Claimant I.D. number located on the individual's filing. The court notifies all counsel of the filing – which will be scanned and filed concurrently with the instant notice – so that counsel may act upon the filing to the extent necessary.

**IT IS SO ORDERED.**

Dated: March 7, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge