GUIDO SAVERI (22349)
R. ALEXANDER SAVERI (173102)
GEOFFREY C. RUSHING (126910)
CADIO ZIRPOLI (179108)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA  94111-5619
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813
*guido@saveri.com*
*rick@saveri.com*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486PJH<br><br>MDL No. 1486<br><br>**STIPULATED DISTRIBUTION NOTICE AND [PROPOSED] ORDER REGARDING NEC CLASS NOTICE COSTS** |
| This Document Relates To:<br><br>All Direct Purchaser Actions | Judge:  Hon. Phyllis J. Hamilton<br>Courtroom: 3, 17th Floor |

Pursuant to Paragraph 6(c) of the May 22, 2006 Escrow Agreement by and among NEC Electronics America, Inc. ("NEC"), plaintiffs and Union Bank of California, N.A. (the "Escrow Agent"), the Escrow Agent is hereby authorized to make the following distribution out of the NEC Settlement Escrowed Funds in connection with NEC's share of incurred class notice expenses:

    i.    $68,862.20

    ii.    To Complete Claim Solutions, LLC

          5210 Hood Road

          Palm Beach Gardens, FL 33418

    iii.   Pursuant to Paragraph 9, 17(a) and 19(a) of the Settlement Agreement.

**NEC:**     **NEC Electronics America, Inc.**

By: _/s/ Paul R. Griffin_

Name: Paul R. Griffin

**Plaintiffs:**    **Saveri & Saveri, Inc.**

By: _/s/ Guido Saveri_

Name: Guido Saveri

**IT IS SO ORDERED.**

Dated: April 17, 2007

IT IS SO ORDERED
Judge Phyllis J. Hamilton

ram.783

STIPULATED DISTRIBUTION NOTICE AND ORDER REGARDING NEC CLASS NOTICE COSTS –
Master File No. M-02-1486 PJH