GUIDO SAVERI (22349)
R. ALEXANDER SAVERI (173102)
GEOFFREY C. RUSHING (126910)
CADIO ZIRPOLI (179108)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA  94111-5619
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813
*guido@saveri.com*
*rick@saveri.com*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486PJH<br><br>MDL No. 1486<br><br>**STIPULATED DISTRIBUTION NOTICE AND [**~~PROPOSED~~**] ORDER REGARDING MICRON CLASS NOTICE COSTS** |
| This Document Relates To:<br><br>All Direct Purchaser Actions | Judge:  Hon. Phyllis J. Hamilton<br>Courtroom:  3, 17th Floor |

Pursuant to Paragraph 6(c) of the May 22, 2006 Escrow Agreement by and among Micron Technology, Inc. and Micron Semiconductor Products, Inc. through its Crucial division ("Micron"), plaintiffs and Union Bank of California, N.A. (the "Escrow Agent"), the Escrow Agent is hereby authorized to make the following distribution out of the Micron Settlement Escrowed Funds in connection with Micron's share of incurred class notice expenses:

  i. $68, 862.19
  ii. To Complete Claim Solutions, LLC
      5210 Hood Road
      Palm Beach Gardens, FL 33418
  iii. Pursuant to Paragraph 9, 17(a) and 19(a) of the Settlement Agreement.

**Micron:**   **Micron Technology, Inc.**
              **Micron Semiconductor Products, Inc. through its Crucial division**

By: /s/ Joel S. Sanders

Name: Joel S. Sanders

**Plaintiffs:**   **Saveri & Saveri, Inc.**

By: /s/ Guido Saveri

Name: Guido Saveri

IT IS SO ORDERED.

Dated: April 17, 2007

IT IS SO ORDERED
Judge Phyllis J. Hamilton

ram.785

STIPULATED DISTRIBUTION NOTICE AND ORDER REGARDING MICRON CLASS NOTICE COSTS –
Master File No. M-02-1486 PJH