GUIDO SAVERI (22349)
R. ALEXANDER SAVERI (173102)
GEOFFREY C. RUSHING (126910)
CADIO ZIRPOLI (179108)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com
rick@saveri.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486PJH<br><br>MDL No. 1486<br><br>**STIPULATED DISTRIBUTION NOTICE AND [~~PROPOSED~~] ORDER REGARDING ELPIDA CLASS NOTICE COSTS** |
| This Document Relates To:<br><br>All Direct Purchaser Actions | Judge: Hon. Phyllis J. Hamilton<br>Courtroom: 3, 17th Floor |

1  Pursuant to Paragraph 6(c) of the May 22, 2006 Escrow Agreement by and among Elpida
2  Memory, Inc. and Elpida Memory (USA) Inc. ("Elpida"), plaintiffs and Union Bank of California,
3  N.A. (the "Escrow Agent"), the Escrow Agent is hereby authorized to make the following
4  distribution out of the Elpida Settlement Escrowed Funds in connection with Elpida's share of
5  incurred class notice expenses:

    i. $68, 862.20

    ii. To Complete Claim Solutions, LLC

       5210 Hood Road

       Palm Beach Gardens, FL 33418

    iii. Pursuant to Paragraph 9, 17(a) and 19(a) of the Settlement Agreement.

**Elpida:**      **Elpida Memory, Inc.**
**Elpida Memory (USA) Inc.**

By: _/s/_

Name: Harrison J. Frahn IV
Simpson Thacher + Bartlett LLP

**Plaintiffs:**      **Saveri & Saveri, Inc.**

By: _/s/_

Name: Guido Saveri

**IT IS SO ORDERED.**

Dated: April 17, 2007

ram.784

IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATED DISTRIBUTION NOTICE AND ORDER REGARDING ELPIDA CLASS NOTICE COSTS –
Master File No. M-02-1486 PJH