GUIDO SAVERI (22349)
R. ALEXANDER SAVERI (173102)
GEOFFREY C. RUSHING (126910)
CADIO ZIRPOLI (179108)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA 94111-5619
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
*guido@saveri.com*
*rick@saveri.com*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486PJH<br><br>MDL No. 1486<br><br>**STIPULATED DISTRIBUTION NOTICE AND [PROPOSED] ORDER REGARDING WINBOND CLASS NOTICE COSTS**<br><br>Judge: Hon. Phyllis J. Hamilton<br>Courtroom: 3, 17th Floor |
| This Document Relates To:<br><br>All Direct Purchaser Actions | |

1  Pursuant to Paragraph 6(c) of the May 22, 2006 Escrow Agreement by and among
2  Winbond Electronics Corporation and Winbond Electronics Corporation America ("Winbond"),
3  plaintiffs and Union Bank of California, N.A. (the "Escrow Agent"), the Escrow Agent is hereby
4  authorized to make the following distribution out of the Winbond Settlement Escrowed Funds in
5  connection with Winbond's share of incurred class notice expenses:

    i.   $68, 862.19

    ii.  To Complete Claim Solutions, LLC

        5210 Hood Road

        Palm Beach Gardens, FL 33418

    iii. Pursuant to Paragraph 9, 17(a) and 18(a) of the Settlement Agreement.

**Winbond:**    **Winbond Electronics Corporation**
               **Winbond Electronics Corporation America**

By: _/s/ Steven H. Morrissett_

Name: Steven H. Morrissett

**Plaintiffs:**    **Saveri & Saveri, Inc.**

By: _/s/ Guido Saveri_

Name: Guido Saveri

**IT IS SO ORDERED.**

Dated: April 17, 2007

IT IS SO ORDERED
Judge Phyllis J. Hamilton

ram.786

STIPULATED DISTRIBUTION NOTICE AND ORDER REGARDING WINBOND CLASS NOTICE COSTS –
Master File No. M-02-1486 PJH