GUIDO SAVERI (22349)
R. ALEXANDER SAVERI (173102)
GEOFFREY C. RUSHING (126910)
CADIO ZIRPOLI (179108)
SAVERI & SAVERI, INC.
111 Pine Street, Suite 1700
San Francisco, CA  94111-5619
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813
*guido@saveri.com*
*rick@saveri.com*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486PJH<br><br>MDL No. 1486<br><br>**STIPULATED DISTRIBUTION NOTICE AND [PROPOSED] ORDER REGARDING HYNIX CLASS NOTICE COSTS** |
| This Document Relates To:<br><br>All Direct Purchaser Actions | Time:  9:00 a.m.<br>Date:  April   , 2007<br>Judge:  Hon. Phyllis J. Hamilton<br>Courtroom:  3 |

Pursuant to Paragraph 6(c) of the May 22, 2006 Escrow Agreement by and among Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc. ("Hynix"), plaintiffs and Union Bank of California, N.A. (the "Escrow Agent"), the Escrow Agent is hereby authorized to make the following distribution out of the Hynix Settlement Escrowed Funds in connection with Hynix's share of incurred class notice expenses:

  i. $16,508.86
  ii. To Complete Claim Solutions, LLC
      5210 Hood Road
      Palm Beach Gardens, FL 33418
  iii. Pursuant to Paragraph 9, 18(a) and 20(a) of the Settlement Agreement.

**Hynix:**   **Hynix Semiconductor, Inc.**

By: /s/ Michael F. Tubach
Name: MICHAEL F. TUBACH
O'MELVENY & MYERS LLP
COUNSEL FOR HYNIX

**Plaintiffs:**   **Saveri & Saveri, Inc.**

By: /s/ Guido Saveri
Name: GUIDO SAVERI

IT IS SO ORDERED.

Dated: April 17, 2007

IT IS SO ORDERED
/s/ Phyllis J. Hamilton
Hon. Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ram.782

STIPULATED DISTRIBUTION NOTICE AND [PROPOSED] ORDER REGARDING HYNIX CLASS NOTICE COSTS – Master File No. M-02-1486 PJH