```
 1  SHEPPARD MULLIN RICHTER & HAMPTON LLP
      A Limited Liability partnership
 2    Including Professional Corporations
    Gary L. Halling, Cal. Bar No. 66087
 3  James L. McGinnis, Cal. Bar No. 95788
    Four Embarcadero Center, 17th Floor
 4  San Francisco, CA  94111-4106
    Telephone: (415) 434-9100
 5  Facsimile: (415) 434-3947
    ghalling@sheppardmullin.com
 6  jmcginnis@sheppardmullin.com

 7  Attorneys for Defendants
    SAMSUNG ELECTRONICS COMPANY, LTD.
 8  and SAMSUNG SEMICONDUCTOR, INC.

 9
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH<br><br>MDL No. 1486<br><br>**STIPULATED DISTRIBUTION NOTICE AND [PROPOSED] ORDER REGARDING FURTHER SAMSUNG CLASS NOTICE COSTS** |
|---|---|
| This Document Relates To:<br><br>**ALL DIRECT PURCHASER ACTIONS** | Location: Courtroom 3, 17th Floor<br>Judge:    Hon. Phyllis J. Hamilton |

W02-WEST:FMI\400268627.1
CASE NO. MDL 1486

1  Pursuant to Paragraph 6(c) of the April 17, 2006 Escrow Agreement by and
2  among Samsung Semiconductor, Inc., plaintiffs and Union Bank of California, N.A. (the
3  "Escrow Agent"), the Escrow Agent is hereby authorized to make the following further
4  distribution out of the Samsung Settlement Escrowed Funds in connection with Samsung's
5  share of incurred class notice expenses:

    (i)    $15,152.81

    (ii)    To Complete Claim Solutions, LLC
           5210 Hood Road
           Palm Beach Gardens, FL  33418

    (iii)    Pursuant to Paragraphs 9, 18(a) and 20(a) of the Settlement Agreement.

**Samsung:**  **Samsung Semiconductor, Inc.**

By: _[signature]_
Name: Damian Huh

COMMENTS PROVIDED
SAMSUNG LEGAL
THC

**Plaintiffs:**  **Saveri & Saveri, Inc.**

By: _[signature]_
Name: Guido Saveri

IT IS SO ORDERED.

Dated: 4/17/07

IT IS SO ORDERED
[signature]
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

-1-

W02-WEST:FMI\400268627.1
CASE NO. MDL 1486

STIPULATED DISTRIBUTION NOTICE AND [PROPOSED] ORDER
REGARDING FURTHER SAMSUNG CLASS NOTICE COSTS