**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re DRAM ANTITRUST LITIGATION<br><br>_____<br><br>This Document Relates to:<br><br>*State of New York v. Micron Technology et al.* | Master File No. M-02-1486 PJH<br>MDL No. 1486<br>Case No. C 06-6436 PJH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO LODGE RECENT OPINION RELEVANT TO MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM FOR WHICH RELIEF CAN BE GRANTED** |

Pursuant to Local Rule 7-3(d), Defendants' APPLICATION FOR LEAVE TO LODGE RECENT OPINION RELEVANT TO MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM FOR WHICH RELIEF CAN BE GRANTED (Document 22-1, C 06-6436 PJH), filed March 6, 2007, is hereby GRANTED.

IT IS SO ORDERED.

DATED: __April 18_____, 2007

_____
Judge Phyllis J. Hamilton
United States District Judge

[PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO LODGE RECENT OPINION
Nos. C 06-6436 PJH; M-02-1486 PJH