GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234,
JSanders@gibsondunn.com
JOSHUA D. HESS, SBN 244115,
JHess@gibsondunn.com
One Montgomery Street
Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309

Attorneys for Defendants
MICRON TECHNOLOGY, INC. AND MICRON
SEMICONDUCTOR PRODUCTS, INC.
[Additional counsel listed on signature page]

JOSEF D. COOPER, SBN 53015
TRACY R. KIRKHAM, SBN 69912
JOHN J. BOGDANOR, SBN 215830
COOPER & KIRKHAM, P.C.
655 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
jdc@coopkirk.com

Attorneys for Plaintiffs
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | CASE NO. M-02-1486-PJH<br><br>MDL No. 1486<br><br>Case No. C-05-02472 |
| This Document Relates To:<br><br>PETRO COMPUTER SYSTEMS, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., *et al.*,<br><br>Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR CLASS CERTIFICATION MOTION** |

Gibson, Dunn & Crutcher LLP

1

STIPULATION REGARDING BRIEFING SCHEDULE FOR CLASS CERTIFICATION MOTION

Pursuant to this Court's order of June 26, 2007, the parties respectfully submit the following stipulated schedule for briefing and hearing for the Plaintiffs' motion for class certification:

| | |
|---|---|
| July 10, 2007: | Plaintiffs' motion for class certification due. |
| August 7, 2007: | Last day for defendants to complete discovery of Plaintiffs' class certification experts |
| September 7, 2007: | Defendants' opposition brief due |
| October 5, 2007: | Last day for Plaintiffs to complete discovery of Defendants' class certification experts. |
| November 5, 2007: | Plaintiffs' reply brief due. |
| December 5, 2007: | Hearing on class certification motion. |

Additionally, Plaintiffs have requested that they receive additional pages beyond those provided for under the Rules. Namely, Plaintiffs request that they have ~~45~~ 35 pages for their opening brief and ~~25~~ 20 pages for their reply. Defendants take no position on this request, except that they request they receive the same number of pages for their opposition as Plaintiffs receive for their opening brief. Plaintiffs have no opposition to that request.

DATED: July 3, 2007

Respectfully submitted,

**DEFENDANTS' COUNSEL:**

By: /s/ Joel S. Sanders
      Joel S. Sanders

Stephen V. Bomse
David C. Brownstein
Scott E. Morgan
Heller Ehrman LLP
333 Bush Street
San Francisco, CA 94104
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Joel S. Sanders
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street, Suite 3100
San Francisco, CA 94104
(415) 393-8200 (telephone)
(415) 986-5309 (facsimile)

**Attorneys for Defendants Mosel Vitelic Corporation, Mosel Vitelic Incorporated**

**Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc. and signing on behalf of all Defendants for purposes of this Stipulation**

| | |
|---|---|
| James G. Kreissman<br>Harrison J. Frahn IV<br>Jason M. Bussey<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>Facsimile: (650) 251-5002<br><br>**Attorneys for Defendant Elpida Memory (USA), Inc., Elpida Memory, Inc.**<br><br>Kenneth R. O'Rourke<br>Steven Bergman<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071-2899<br>Facsimile: (213) 430-6407<br><br>Michael Tubach<br>O'MELVENY & MYERS LLP<br>Embarcadero Center West<br>275 Battery Street<br>San Francisco, CA 94111<br>Facsimile: (415) 984-8701<br><br>**Attorneys for Defendants Hynix Semiconductor, Inc., Hynix Semiconductor America, Inc.** | Robert B. Pringle<br>Paul R. Griffin<br>Jonathan E. Swartz<br>THELEN REID BROWN RAYSMAN & STEINER LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>Facsimile: (415) 371-1211<br><br>**Attorneys for Defendant NEC Electronics America, Inc.**<br><br>Howard M. Ullman<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Facsimile: (415) 773-5759<br><br>Robert Freitas<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1021<br>Facsimile: (650) 614-7401<br><br>**Attorneys for Defendants Nanya Technology Corporation, Nanya Technology Corporation USA**<br><br>Aton Arbisser<br>Julian Brew<br>KAYE SCHOLER LLP<br>1999 Avenue of the Stars, Suite 1700<br>Los Angeles, CA 90067<br>Facsimile: (310) 788-1200<br><br>**Attorneys for Defendant Infineon Technologies North America Corp.** |
| **PLAINTIFFS' COUNSEL**<br><br>Francis O. Scarpulla<br>Craig C. Corbitt<br>ZELLE, HOFFMAN, VOELBEL, MASON & GETTE LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Telephone: (415) 693-0700<br>Facsimile: (415) 693-0770 | By *[signature: Daniel J. Mogin]*  with permission by *[signature: Joshua D. Hess]*<br>Daniel J. Mogin<br>Chad McManamy<br>THE MOGIN LAW FIRM, P.C.<br>110 Juniper Street<br>San Diego, California 92101-1502 |

| | |
|---|---|
| Josef D. Cooper | Terry Gross |
| Tracy R. Kirkham | Adam C. Belsky |
| John J. Bogdanor | Monique Alonso |
| COOPER & KIRKHAM, P.C. | GROSS & BELSKY LLP |
| 655 Montgomery Street, 17th Floor | 180 Montgomery Street, Suite 2200 |
| San Francisco, CA 94111 | San Francisco, California 94104 |
| Telephone: (415) 788-3030 | Telephone: (415) 544-0200 |
| Facsimile: (415) 882-7040 | Facsimile: (415) 544-0201 |

**Plaintiffs' Co-Liaison Counsel**

IT IS SO ORDERED.

Date: July 6, 2007



Hon. Phyllis J. Hamilton
United States District Judge

100256170_1.DOC

4

STIPULATION REGARDING BRIEFING SCHEDULE FOR CLASS CERTIFICATION MOTION