**United States District Court**
For the Northern District of California

1

2

3              UNITED STATES DISTRICT COURT

4              NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8    In re DYNAMIC RANDOM ACCESS
     MEMORY (DRAM) ANTITRUST
     LITIGATION                              No. M 02-1486 PJH

9    _____/

                                            **ORDER DENYING**
10   This Document Relates to:              **SEALING REQUEST**

11   All Indirect Purchaser Actions

12   _____/

13        Indirect purchaser plaintiffs have filed an administrative request for leave to file

14   certain portions of their first amended complaint, filed June 28, 2007, under seal.

15   Specifically, plaintiffs seek to file under seal paragraphs 59-67, 70 and 74 of the first

16   amended complaint.

17        Court proceedings are presumptively public, and as plaintiffs' request acknowledges,

18   no document shall be filed under seal without a request for a court order that is narrowly

19   tailored to cover only the particular portion of the document for which good cause exists for

20   filing under seal.  However, if the sole ground for the sealing order is that the opposing

21   party has designated the information at issue as confidential, the opposing party must file a

22   declaration establishing good cause for the sealing along with a proposed order, or must

23   withdraw the designation.  This declaration must be filed within five days of service on the

24   opposing party of the request for a sealing order, or else the court may order that the

25   document be filed in the public record.

26        Here, plaintiffs' sole ground for requesting that the above specified paragraphs be

27   filed under seal is that defendants have designated the material "Confidential" or "Highly

28   Confidential."  Accordingly, it was incumbent upon defendants to file a declaration

1  establishing good cause for the sealing of the above paragraphs, no later than July 6, 2007.

2  Defendants failed to do so.  As such, the court hereby DENIES plaintiffs' request to file the

3  above designated portions of the first amended complaint under seal.

4  　　　Plaintiffs shall accordingly file an unredacted version of the first amended complaint

5  in the public docket.

6

7  **IT IS SO ORDERED.**

8  Dated: July 9, 2007

9  _____
   PHYLLIS J. HAMILTON
   United States District Judge

10

**United States District Court**
For the Northern District of California

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2