Henry A. Cirillo (131527; hcirillo@furth.com)
Thomas P. Dove (51921; tdove@furth.com)
Christopher L. Lebsock (184546; clebsock@furth.com)
Jon T. King (205073; king@furth.com)
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, California 94104-4249
Telephone: (415) 433-2070
Facsimile:  (415) 982-2076

*Attorneys for Plaintiff Gary Petersen and the
Putative Class of Indirect Purchasers*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486-PJH<br><br>MDL No. 1486<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER** |
| This Document Relates to:<br>*Petro Computer Sys., Inc., et al. v. Micron Technology, Inc., et al.*, No. 3:05-cv-02472-PJH | |

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the following counsel from the law firm The Furth Firm LLP (formerly Furth Lehmann LLP) will be substituted in the above matters in place of Michael P. Lehmann:

Henry A. Cirillo     hcirillo@furth.com

Dated:  August 3, 2007                          Respectfully submitted,

8/7/07                                          By:   /s/ Henry A. Cirillo
                                                Henry A. Cirillo (S.B. No. 131527)
                                                Thomas P. Dove (S.B. No. 51921)
                                                Christopher L. Lebsock (S.B. No. 184546)
                                                Jon T. King (S.B. No. 205073)
                                                THE FURTH FIRM LLP
                                                225 Bush Street, 15th Floor
                                                San Francisco, California 94104-4249
                                                Telephone: (415) 433-2070
                                                Facsimile:  (415) 982-2076

                                                *Attorneys for Plaintiff Gary Petersen and the
                                                Putative Class of Indirect Purchasers*

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Judge Phyllis J. Hamilton]

85844.1
NOTICE OF SUBSTITUTION OF COUNSEL – Case No. M-02-1486-PJH