1   GUIDO SAVERI (22349)
    R. ALEXANDER SAVERI (173102)
2   GEOFFREY C. RUSHING (126910)
    CADIO ZIRPOLI (179108)
3   SAVERI & SAVERI INC.
    111 Pine Street, Suite 1700
4   San Francisco, CA 94111
    Telephone: (415) 217-6810
5   Facsimile:  (415) 217-6813
    *guido@saveri.com*
6   *rick@saveri.com*

7   STEVE W. BERMAN (*pro hac vice*)
    ANTHONY D. SHAPIRO (*pro hac vice*)
8   CRAIG R. SPIEGEL (122000)
    HAGENS BERMAN SOBOL SHAPIRO LLP
9   1301 Fifth Avenue, Suite 2900
    Seattle, WA  98101
10  Telephone:  (206) 623-7292
    Facsimile:  (206) 623-0594
11
    FRED TAYLOR ISQUITH (*pro hac vice*)
12  MARY JANE FAIT (*pro hac vice*)
    WOLF, HALDENSTEIN, ADLER,
13      FREEMAN & HERZ
    270 Madison Avenue
14  New York, NY  10016
    Telephone:  (212) 545-4600
15  Facsimile: (212) 545-4653

16  Co-Lead Counsel for Plaintiffs

17              UNITED STATES DISTRICT COURT

18              NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST 20  LITIGATION | Master File No. M-02-1486-PJH MDL No. 1486 |
| 21 | **[~~PROPOSED~~] ORDER AWARDING PLAINTIFFS' COUNSEL** |
| 22 | **ATTORNEYS' FEES AND** |
| 23 | **REIMBURSEMENT OF EXPENSES** |
| 24  THIS DOCUMENT RELATES TO: | Time:        9:00 a.m. Date:        August 15, 2007 |
| 25  ALL DIRECT PURCHASER ACTIONS. | Judge:      Hon. Phyllis J. Hamilton Courtroom :  3, 17th Floor |
| 26 | |

27

28

1    The Court, having considered Plaintiffs' Motion for an Award of Attorneys' Fees and

2 Reimbursement of Expenses and the memorandum and declarations in support thereof, and after

3 hearing, hereby finds that:

4    1.    Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses and Class

5 Representative Incentive Awards (the "Motion") requests an award of attorneys' fees of 25% of

6 Settlement Fund, which is comprised of the Settling Defendants' settlement payments together

7 with interest earned thereon.  Further, Plaintiffs' counsel request reimbursement of out-of-pocket

8 litigation costs and expenses.

9    2.    The Court finds that the amount of fees requested is fair and reasonable under the

10 "percentage-of-recovery" method.

11    3.    The attorneys' fees requested were entirely contingent upon success.  Plaintiffs'

12 counsel risked time and effort and advanced costs and expenses with no ultimate guarantee of

13 compensation.

14    4.    In excess of one million notices outlining Plaintiffs' Counsels' requests were

15 provided to class members.  Only five objections were received.  This court has considered those

16 objections and they are hereby denied.

17    5.    Upon consideration of the Motion and accompanying Declarations and based upon

18 all matters of record including the pleadings and papers filed in this action, the Court hereby

19 finds that the fee requested is reasonable and proper, and that the costs and expenses incurred by

20 plaintiffs' counsel were necessary, reasonable and proper.

21    Accordingly, it is hereby ORDERED and DECREED that:

22    A.    Plaintiffs' counsel are awarded attorneys' fees of twenty five percent (25%) of the

23 Settlement Fund, together with interest earned on the Settlement Fund for the same time period

24 and at the same rate as that earned on the Settlement Fund until dispersed to Plaintiffs' counsel.

25

26    B.    Plaintiffs' counsel are awarded reimbursement of their litigation costs and expenses

27 in the amount of $4,250,551.56.

28    C.    The attorneys' fees awarded and reimbursement of litigation costs and expenses

1  shall be paid from the Settlement Funds and the interest earned thereon.

2          D.      The fees and expenses shall be allocated among plaintiffs' counsel by Co-Lead

3  Counsel in a manner which, in Co-Lead Counsel's good-faith judgment, reflects each such

4  plaintiffs' counsel's contribution to the institution, prosecution and resolution of the litigation.

5          E.      This order shall be entered as of this date pursuant to Rule 54(b) of the Federal

6  Rules of Civil Procedure, the Court finding that there is no just reason for delay.

7

8          IT IS SO ORDERED.

9

10  Dated: August __16__, 2007.



11

12

13

14

15

16  ram.827.wpd

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER AWARDING PLAINTIFFS' COUNSEL ATTORNEYS' FEES AND
REIMBURSEMENT OF EXPENSES; M-02-1486 PJH                                              -2-