1  GUIDO SAVERI (22349)
   R. ALEXANDER SAVERI (173102)
2  GEOFFREY C. RUSHING (126910)
   CADIO ZIRPOLI (179108)
3  SAVERI & SAVERI INC.
   111 Pine Street, Suite 1700
4  San Francisco, CA 94111
   Telephone: (415) 217-6810
5  Facsimile: (415) 217-6813
   *guido@saveri.com*
6  *rick@saveri.com*

7  STEVE W. BERMAN (*pro hac vice*)
   ANTHONY D. SHAPIRO (*pro hac vice*)
8  CRAIG R. SPIEGEL (122000)
   HAGENS BERMAN SOBOL SHAPIRO LLP
9  1301 Fifth Avenue, Suite 2900
   Seattle, WA 98101
10 Telephone: (206) 623-7292
   Facsimile: (206) 623-0594
11
   FRED TAYLOR ISQUITH (*pro hac vice*)
12 MARY JANE FAIT (*pro hac vice*)
   WOLF, HALDENSTEIN, ADLER,
13   FREEMAN & HERZ
   270 Madison Avenue
14 New York, NY 10016
   Telephone: (212) 545-4600
15 Facsimile: (212) 545-4653

16 Co-Lead Counsel for Plaintiffs

17                    UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST 20  LITIGATION | Master File No. M-02-1486-PJH<br><br>MDL No. 1486<br><br>21  [~~PROPOSED~~] **ORDER GRANTING CLASS REPRESENTATIVE** 22  **INCENTIVE AWARDS** |
| 23  THIS DOCUMENT RELATES TO:<br><br>24  ALL DIRECT PURCHASER ACTIONS.<br>25 | Judge:        Hon. Phyllis J. Hamilton<br>Courtroom :  3, 17th Floor |

26

27

28

[PROPOSED] ORDER GRANTING CLASS REPRESENTATIVE INCENTIVE AWARDS - M-02-1486 PJH

1   WHEREAS, on August 15, 2007, the Court held a hearing on Plaintiffs' Motion for an Award of Attorneys' Fees, Reimbursement of Expenses, and Class Representative Incentive Awards (the "Hearing");

WHEREAS, class counsel requested that the Court award $10,000 each to the named class representatives in the Third Consolidated Amended Complaint;

WHEREAS, at the Hearing, the Court asked class counsel to supply the Court with a declaration from counsel that outlined on an individual basis the degree to which the representative plaintiffs participated in the litigation and the degree to which that participation has resulted in a benefit to the overall class action;

WHEREAS, class counsel has provided the court with the Declaration of Guido Saveri in Support of Class Representative Incentive Awards;

WHEREAS, each named class representative has made significant contributions of time and effort that have resulted in a benefit to the overall class action;

WHEREAS, each named class representative, at a minimum, performed the following tasks: 1) met with counsel to discuss and provide input in the drafting and filing of their original complaint; 2) searched for and provided documentation to their counsel regarding their direct purchases of DRAM during the class period; 3) assisted counsel in drafting responses and providing documents to several sets of written discovery, including signing verifications to same; 4) reviewed and commented on major pleadings in the case; 5) assisted counsel in researching and understanding the DRAM industry and developing the theories of the case; 6) prepared for and had their deposition taken; 7) conducted supplemental searches for additional documents following their depositions and expanded class period allegations in amended complaints; 8)  kept in contact with counsel during the course of the litigation and provided counsel with all necessary information; and 9) were prepared to testify had the case proceeded to trial.

WHEREAS, the Court finds awarding incentive payments of $10,000 each to the named class representatives in the Third Consolidated Amended Complaint to be reasonable;

THEREFORE, IT IS HEREBY ORDERED that Co-Lead Counsel are authorized to and

[PROPOSED] ORDER GRANTING CLASS REPRESENTATIVE INCENTIVE AWARDS - M-02-1486 PJH                                                                                                                         -1-

shall pay to:

    (1) **onShore, Inc.**, as named class representative, $10,000;

    (2) **Internet Integration**, as named class representative, $10,000;

    (3) **Kevin Irwin d/b/a Kevin's Computer and Photo**, as named class representative, $10,000;

    (4) **PC Doctor, Inc.**, as named class representative, $10,000;

    (5) **Advance Technology, Inc.**, as named class representative, $10,000;

    (6) **Network Business Solutions, Inc.**, as named class representative, $10,000;

    (7) **JEM Electronics Distributors, Inc.**, as named class representative, $10,000;

    (8) **Daniel Clement**, as named class representative, $10,000;

    (9) **Web Ideals, LLC**, as named class representative, $10,000; and

    (10) **5207, Inc.**, as named class representative, $10,000.

Dated: August 23, 2007.

IT IS SO ORDERED

Judge Phyllis J. Hamilton

ram.839.wpd

[PROPOSED] ORDER GRANTING CLASS REPRESENTATIVE INCENTIVE AWARDS - M-02-1486 PJH -2-