KAYE SCHOLER LLP
Aton Arbisser, Bar Number 150496
Julian Brew, Bar Number 150615
Joshua Stambaugh, Bar Number 233834
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Defendants Infineon Technologies
North America Corp. and Infineon Technologies
AG.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In Re DRAM ANTITRUST LITIGATION** | Master File No. M-02-1486 PJH |
| | MDL. No. 1486 |
| | Case No. C-05-02472 |
| This Document Relates to: *Petro Computer Systems, Inc., et al. v. Micron Technology, Inc., et al.*, Northern District of California, Case No. C 05 02472. | **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO SECOND AMENDED COMPLAINT AND OPPOSITION TO CLASS CERTIFICATION; DECLARATION OF JOSHUA STAMBAUGH** |

WHEREAS, the Plaintiffs in the *Petro Computer Systems, Inc.* action ("Plaintiffs") filed a Motion For Leave to File a Second Amended Class Action Complaint (the "SAC") on June 29, 2007 pursuant to the Court's Order Granting in Part and Denying in Part Defendants' Motions For Judgment on the Pleadings, dated June 1, 2007;

WHEREAS, pursuant to its Order dated August 17, 2007, the Court granted Plaintiffs' Motion for Leave to File a SAC.

WHEREAS, in response to the SAC, the Defendants[1] want to consider whether to file a Motion to Dismiss pursuant to Fed. R. Civ. Proc. 12;

WHEREAS, the parties have agreed to extend the time for the Defendants to respond to the SAC;

WHEREAS, the Plaintiffs filed a Motion for Class Certification on July 10, 2007 pursuant to the Stipulation and Order Regarding Briefing Schedule for Class Certification Motion, entered on July 6, 2007.

WHEREAS, the Plaintiffs filed Amendments Re: Motion for Class Certification on August 24, 2007, which redefines the proposed classes that Plaintiffs seek to certify pursuant to Fed. R. Civ. P. 23, and incorporates certain paragraphs of the SAC into the Motion for Class Certification.

WHEREAS, the parties have agreed to extend the time for the Defendants to file their Opposition to the Motion for Class Certification in light of these recently filed Amendments;

WHEREAS, attached to this Stipulation is a declaration of Joshua Stambaugh setting forth the reasons for the requested enlargement of time, disclosing all previous time modifications, and describing the effect the requested time modification would have on the rest of the schedule in this case pursuant to N.D. Civil Local Rule 6-2.

WHEREAS, concurrence in the filing of this Stipulation has been obtained by each of the signatories below from each of their respective co-parties and co-counsel;

It here hereby stipulated between the Plaintiffs in the *Petro Computer Systems, Inc.* action, on the one hand, and the Defendants on the other, through their respective counsel, that:

1. The Defendants have until, and including October 1, 2007 to respond to the SAC, including the filing of a Motion to Dismiss.

2. If Defendants file a Motion to Dismiss the SAC, Plaintiffs have until, and including October 31, 2007 to file their Opposition brief.

---

[1] As used herein, "Defendants" refers to all of the named defendants except Samsung Electronics Co., Ltd., Samsung Semiconductor, Inc., Winbond Electronics Corporation, and Winbond Electronics Corporation America, Inc.

1

3. If Defendants file a Motion to Dismiss the SAC, Defendants have until November 19, 2007 to file any Reply Brief in support of their Motion to Dismiss.

4. The hearing on any Motion to Dismiss the SAC filed by Defendants will be set for December 12, 2007.

5. The Defendants have until, and including, September 28, 2007 to file their Opposition brief to the Motion for Class Certification.

6. The Plaintiffs have until, and including November 9, 2007 to complete discovery of Defendants' class certification experts.

7. The Plaintiffs have until, and including December 17, 2007 to file their Reply brief in support of their Motion for Class Certification.

8. The hearing on the Motion for Class Certification will be held on January 16, 2007.

Dated: August 30, 2007

KAYE SCHOLER LLP

By: _____
Aton Arbisser
Julian Brew
Josh Stambaugh
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Defendant Infineon Technologies North America Corp. and Infineon Technologies AG

*[On Behalf of all Defendants]*

2

STIPULATION RE: BRIEFING SCHEDULE FOR RESPONSE TO SAC
AND OPPOSITION TO CLASS CERTIFICATION
MASTER FILE NO. M-02-1486-PJH, CASE NO. C-05-02472

Dated: August 30, 2007

COOPER & KIRKHAM, P.C.

By: /s/ Josef D. Cooper
Josef D. Cooper
Tracy R. Kirkham
Kelly Ann Horne
655 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 788-3030
Facsimile: (415) 882-7040

*[Counsel on behalf of the Petro Computer Systems, Inc. Plaintiffs]*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: September 4, 2007

Hon. Phyllis J. Hamilton
United States District Court

*IT IS SO ORDERED*
*/s/ Judge Phyllis J. Hamilton*

3

STIPULATION RE: BRIEFING SCHEDULE FOR RESPONSE TO SAC
AND OPPOSITION TO CLASS CERTIFICATION
MASTER FILE NO. M-02-1486-PJH, CASE NO. C-05-02472

## DECLARATION OF JOSHUA STAMBAUGH

I, Joshua Stambaugh, hereby declare as follows:

1. I am an attorney in the law firm of Kaye Scholer LLP and counsel for defendants Infineon Technologies AG and Infineon Technologies North America Corp.

2. In its Order Granting Leave to File a Second Amended Complaint ("SAC"), dated August 17, 2007 [document No. 1683], the Court stated that Defendants would have until September 17, 2007 to file their response to the SAC.

3. Pursuant to a prior Stipulation and Order filed by the parties on July 6, 2007 [document No. 1613], the Court Ordered that Defendants Opposition brief to Plaintiffs' Motion for Class Certification would be due September 7, 2007, the last day for Plaintiffs to complete discovery of Defendants' class certification experts would be October 5, 2007, the Plaintiffs' Reply brief would be due November 5, 2007, and the hearing on the Motion for Class Certification would be due on December 5, 2007.

4. On August 29, 2007, a partner in our office, Aton Arbisser, spoke via telephone with Fran Scarpulla, counsel for the Petro Computer Systems, Inc. Plaintiffs, regarding the scheduling in this case. On August 30, 2007, I spoke via telephone with Josef Cooper, also counsel for the Petro Computer System, Inc. Plaintiffs, regarding the scheduling in this case.

5. During these telephone conferences, the parties agreed that Defendants should be given additional time to respond to the SAC Complaint, which was not made a part of the record until August 17, 2007 pursuant to Court Order. The parties agreed to request a reasonable time for Defendants to file their response to the SAC, or until October 1, 2007.

6. If Defendants file a Motion to Dismiss the SAC, the parties also agreed that, in light of this modification, it would also be appropriate to request additional time for Plaintiffs to file their Opposition Brief until October 31, 2007, and for Defendants to file their Reply Brief in support of their Motion to Dismiss until November 19, 2007.

7. In order to accommodate the Court's schedule, and to allow a reasonable time for preparation of any Motion to Dismiss filed by the Defendants, the parties also agreed that it

4

STIPULATION RE: BRIEFING SCHEDULE FOR RESPONSE TO SAC
AND OPPOSITION TO CLASS CERTIFICATION
MASTER FILE NO. M-02-1486-PJH, CASE NO. C-05-02472

would be appropriate to request a scheduling of the hearing on the Motion to Dismiss for December 12, 2007.

8. Also during these telephone conferences, the parties agreed that the Defendants should be given additional time to file their Opposition brief to the Motion for Class Certification, because Plaintiffs filed Amendments to their Motion on August 24, 2007, just fourteen (14) days prior to the current due date for Defendants' Opposition brief. The parties agreed to request a reasonable time for Defendants to file their Opposition, or until September 28, 2007. The Parties also agreed that, in light of this modification, it would also be appropriate to request additional time for Plaintiffs to complete discovery of Defendants' class certification experts until November 9, 2007, and to file their Reply brief in support of their Motion for Class Certification until December 17, 2007.

9. In order to accommodate the Court's schedule, and to allow a reasonable time for preparation of the Plaintiffs' Motion for Class Certification, the parties also agreed that it would be appropriate to request a rescheduling of the hearing on the Motion for Class Certification to January 16, 2007.

10. The requested time modifications included in the Stipulation filed herewith would have no affect on the schedule for this case other than the dates specifically included in the Stipulation.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed this 30th day of August, 2007 at Los Angeles, California

Joshua Stambaugh

5

STIPULATION RE: BRIEFING SCHEDULE FOR RESPONSE TO SAC
AND OPPOSITION TO CLASS CERTIFICATION
MASTER FILE NO. M-02-1486-PJH, CASE NO. C-05-02472

STATE OF CALIFORNIA

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1999 Avenue of the Stars, Suite 1700, Los Angeles, California 90067.

On August 30, 2007, I served the foregoing document described as follows: **STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR DEFENDANTS' RESPONSE TO SECOND AMENDED COMPLAINT AND OPPOSITION TO CLASS CERTIFICATION; DECLARATION OF JOSHUA S. STAMBAUGH**

on the interested party in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows: **SEE ATTACHED SERVICE LIST**

[ ] **BY FACSIMILE** The above-referenced documents (without exhibits and attachments thereto) were transmitted via facsimile transmission to the addressee(s) as indicated above on the date thereof. The transmission was reported as completed and without error.

[X] **ELECTRONIC SERVICE** (SEE SERVICE LIST)

[ ] **BY FEDERAL EXPRESS** I am readily familiar with Kaye Scholer LLP's business practices of collecting and processing items for pickup and next business day delivery by Federal Express. Under said practices, items to be delivered the next business day are either picked up by Federal Express or deposited in a box or other facility regularly maintained by Federal Express in the ordinary course of business on that same day with the cost thereof billed to Kaye Scholer LLP's account. I placed such sealed envelope for delivery by Federal Express to the offices of the addressee(s) as above on the date hereof following ordinary business practices.

[X] **MAIL** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereof fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **BY PERSONAL SERVICE**

___ by personally delivering such envelope to the addressee.
___ by causing such envelope to be delivered by messenger to the office of the addressee.

[ ] **STATE** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

---

1

**PROOF OF SERVICE BY U. S. MAIL**

[ X ] **FEDERAL** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 30, 2007, at Los Angeles, California.

_____Vickie J. Huntley_____        */s/ Vickie J. Huntley*

## SERVICE LIST

| | |
|---|---|
| Francis O. Scarpulla<br>Craig C. Corbitt<br>Christopher T. Micheletti<br>ZELLE HOFFMAN VOELBEL<br>  MASON & GETTE<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>fscarpulla@zelle.com<br>ccorbitt@zelle.com<br>cmichele@zelle.com | **Indirect Plaintiffs' Liaison Counsel** |
| Josef D. Cooper<br>Tracy R. Kirkhm<br>John J. Bagdanor<br>COOPER & KIRKHAM, P.C.<br>655 Montgomery Street, 17th Floor<br>San Francisco, CA 94111<br>coopkirk@aol.com<br><br>David Boies<br>Timothy D. Battin<br>Ian Otto<br>STRAUS & BOIES, LLP<br>404 1 University Drive, Fifth Floor<br>Fairfax, VA 22030<br>dboies@straus-boies.com<br>tbattin@straus-boies.com<br>iotto@straus-boies.com<br><br>Daniel E. Gustafson<br>Renae D. Steiner<br>GUSTAFSON GLUEK PLLC<br>650 Northstar East<br>608 Second Avenue South<br>Minneapolis, MN 55402<br>dgustafson@gustafsongluek.com<br>rsteiner@gustafsongluek.com<br><br>Daniel J. Mogin<br>Lisa J. Frisella-Trafeli<br>Chad McManamy<br>THE MOGIN LAW FIRM, P.C.<br>110 Juniper Street<br>San Diego, CA 92101 - 1502<br>dmogin@moginlaw.com<br>chad@moginlaw.com | **Indirect Plaintiffs' Co-Lead Counsel** |

| | |
|---|---|
| Terry Gross<br>Adam Belsky<br>Monique Alonso<br>GROSS & BELSKY LLP<br>180 Montgomery Street, Suite 2200<br>San Francisco, CA 94104<br>terry@grossbelsky.com<br>adam@grossbelsky.com<br>monique@grossbelsky.com<br><br>Michael P. Lehmann<br>THE FURTH FIRM LLP<br>225 Bush Street, 15th Floor<br>San Francisco, CA 94104-4249<br>mplehmann@furth.com<br><br>Robert Green<br>Jenelle Welling<br>GREEN WELLING LLP<br>595 Market Street, Suite 2750<br>San Francisco, CA 94105<br>jw@classcounsel.com<br><br>Mario N. Alioto<br>TRUMP, ALIOTO, TRUMP<br>  & PRESCOTT, LLP<br>2280 Union Street<br>San Francisco, CA 94123<br>malioto@tatp.com<br><br>Shannon P. Cereghino<br>Douglas G. Thompson, Jr<br>Mila F. Barton<br>FINKELSTEN, THOMPSON & LOUGHRAN<br>601 Montgomery Street, Suite 655<br>San Francisco, CA 94111<br>spc@ftllaw.com<br><br>Dennis Stewart<br>HULETT HARPER STEWART, LLP<br>550 West C Street, Suite 1600<br>San Diego, CA 92101<br>dstewart@hulettharper.com<br><br>Alan R. Plutzik<br>Daniel E. Birkhaeuser<br>BRAMSON, PLUTZIK, MAHLER &<br>  BIRKHAEUSER, LLP<br>2125 Oak Grove Road. Suite 120<br>Walnut Creek, CA 94598<br>aplutzik@bramsonplutzik.com<br>dbirkhaeuser@bramsonplutzik.com | **Members Of Indirect Plaintiffs' Executive Committee** |

| | |
|---|---|
| Wyatt B. Durrette, Jr.<br>Christine Williams<br>DURRETTE BRADSHAW, PLC<br>Main Street Center<br>600 East Main Sweet, 20th Floor<br>Richmond, VA 23219<br>wdurrette@durrettebradshaw.com<br><br>Jeffrey A. Bartos<br>Jonathan P. Rolfe<br>GUERRERI, EDMOND, CLAYMAN &<br>BARTOS, P.C.<br>1625 Massachusetts Avenue, N.W., Suite 700<br>Washington, D.C. 20036<br>jbartos@geclaw.com<br><br>Van Bunch<br>BONNETT, FAIRBOURN, FRIEDMAN<br>  & BALINT, PC<br>57 Carriage Hill<br>Signal Mountain, TN 37377<br>vbunch@bffb.com<br><br>Kevin J. O'Connor<br>Patricia J. Kaeding<br>Paul J. Stancil<br>LaFOLETTE GODFREY & KAHN, SC<br>One East Main Street<br>Madison, WI 53701-2729<br>koconnor@gklaw.com<br><br>David A. Freedman<br>Joseph Goldberg<br>FREEDMAN BOYD DANIELS<br>HOLLANDER &GOLDBERG PA<br>20 First Plaza, Suite 700<br>Albuquerque, NM 87125<br>daf@fbdlaw.com<br>jg@fbdlaw.com<br><br>Michael Simon<br>Kevin G. Pearl<br>FRANKOVITCH, ANETAKIS,<br>COLANTONIO & SIMON<br>337 Penco Road<br>Weirton, WV 26062<br>tammie@facslaw.com | **Members Of Indirect Plaintiffs' Executive Committee** |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16 | Allan Steyer<br>STEYER LOWENTHAL BOODROOKSAS<br>  ALVEREZ & SMITH, LLP<br>One California Street, 3rd Floor<br>San Francisco, CA 94111<br>asteyer@steyerlaw.com<br><br>Ralph B, Kalfayan<br>KRAUSE, KALFAYAN, BENINK<br>  & SLAVENS LLP<br>625 Broadway, Suite 635<br>San Diego, CA 92101<br>rkalfayan@krausekalfayan.com<br><br>Kenneth G. Gilman<br>Douglas M. Brooks<br>GILMAN & PASTOR, LLP<br>60 State Street, 37th Floor<br>Boston, MA 02109<br>kgilman@gilmanpastor.com<br><br>JEREMIAH F. Hallisey<br>Charlene Haught Johnson<br>John St. John<br>HALLISEY & JOHNSON<br>300 Montgomery Street, Suite 538<br>San Francisco, CA 94104<br>jhallisey@yahoo.com<br>haughjtjohnson@yahoo.com<br>johnstjohn2004@yahoo.com | **Members Of Indirect Plaintiffs' Executive Committee** |
| 17<br>18<br>19<br>20<br>21<br>22 | Robert B. Pringle<br>Paul R. Griffin<br>Jonathan E,. Swartz<br>THELEN REID BROWN<br>  RAYSMAN & STEINER LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105-3601<br>rbpringle@thelenreid.com<br>pgriffin@thelenreid.com<br>jswartz@thelenreid.com | **Attorneys For NEC Electronics Amnerica, Inc.** |
| 23<br>24<br>25<br>26 | James G. Kreissman<br>Harrison J. Frahn IV<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Also, California, CA 94304<br>jkreissman@stblaw.com<br>Hfrahn@stblaw.com | **Attorneys For Defendants Elpida Memory, Inc.; elpida Memory (USA) Inc.** |

KAYE SCHOLER LLP

6

23223500.WPD            Proof Of Service

| | |
|---|---|
| Kenneth R. O'Rourke<br>Steven H. Bergman<br>Timothy M. Martin<br>O'MELVENY & MYERS LLP<br>4000 South Hope Street<br>Los Angeles, CA 90071-2899<br>KORourke@OMM.com | **Attorneys For Hynix Semiconductor Inc. And Hynix Semiconductor America Inc.** |
| Joel S. Sanders<br>GIBSON, DUNN & CRUTCHER LLP<br>One Montgomery Street, Suite 3100<br>San Francisco, California 94104<br>jsanders@gibsondunn.com<br><br>Ronald C. Redcay<br>ARNOLD & PORTER<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017-2513<br>Ronald_Redcay@aporter.com | **Attorneys For Defendants Micron Technology, Inc.; Micron Semiconductor Products, Inc.; Crucial Technology, Inc.** |
| Stephen V. Bomse<br>David C. Brownstein<br>Scott E. Morgan<br>HELLER EHRMAN LLP<br>333 Bush Street<br>San Francisco, California 94104-2878<br>stephen.bomse@hellerehrman.com<br>david.Brownstein@hellerehrman.com<br>scott.morgan@hellerehrman.com | **Attorneys For Defendants Mosel-Vitelic Inc. And Mosel-Vitelic Corporation** |
| Howard M. Ullman<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, California 94105-2669<br>hullman@Orrick.com<br><br>Robert E. Freitas<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>rfreitas@orrick.com | **Attorneys For Defendants Nanya Technology Corporation USA And Nanya Technology Corporation** |

23223500.WPD                    Proof Of Service