1  KENNETH R. O'ROURKE (S.B. #120144)
   korourke@omm.com
2  STEVEN H. BERGMAN (S.B. #180542)
   sbergman@omm.com
3  JANE Y. CHANG (S.B. #241890)
   jchang@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street
5  Los Angeles, CA  90071-2899
   Telephone:   (213) 430-6000
6  Facsimile:    (213) 430-6407

7  MICHAEL F. TUBACH (S.B. #145955)
   mtubach@omm.com
8  O'MELVENY & MYERS LLP
   275 Battery St.
9  San Francisco, CA  94111
   Telephone:   (415) 984-8700
10 Facsimile:    (415) 984-8701

11 *Attorneys for Defendants*
   HYNIX SEMICONDUCTOR INC. and
12 HYNIX SEMICONDUCTOR AMERICA INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH<br>MDL. No. 1486<br>Case No. C 06-6436 PJH |
| This Document Relates to: | Assigned for all purposes to the Hon. Phyllis J. Hamilton |
| STATE OF NEW YORK,<br><br>　　　　Plaintiff<br><br>　　v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>　　　　Defendants. | **STIPULATION AND [PROPOSED] ORDER REGARDING PROCEDURES GOVERNING EXPERT DISCOVERY** |

1   Plaintiff the State of New York and Defendants agree as follows regarding the time
2   and scope of any expert discovery in this case:

3

4   1.   Within 3 business days of any party serving any expert reports and/or expert
5   declarations in this case pursuant to Fed. R. Civ. P. 26(a)(2)(B), the party or parties
6   proffering the expert witness shall produce all other documents and/or information
7   required by Rule 26(a)(2)(B), namely "the data or other information considered by the
8   witness in forming the [expert's] opinions; any exhibits to be used as a summary of or
9   support for the opinions; the qualifications of the witness, including a list of all
10  publications authored by the witness within the preceding ten years; the compensation to
11  be paid for the study and testimony, and a listing of any other cases in which the witness
12  has testified as an expert at trial or by deposition within the preceding four years."
13  "(D)ata or other information considered" shall include, but is not limited to, raw data,
14  spreadsheets, computerized regression analyses and/or other underlying reports and
15  schedules sufficient to reconstruct the expert's work, calculations, and/or analyses.
16  Information can be produced electronically (via email or disc) where appropriate.  Where
17  documents have previously been produced as part of the discovery in this case, a list of
18  such documents by Bates number is sufficient.  As to other documents considered by the
19  expert, those documents should be produced except where widely available publicly
20  without undue expense (such as on the interact, or in major university libraries).
21

22  2.   The following types of information shall not be the subject of discovery:  (1)
23  the content of communications among and between: (a) counsel and experts; (b) experts
24  and other experts or consultants; and/or (c) experts and their respective staffs, and (2)
25  notes, drafts, written communications or other types of preliminary work created by, or
26  for, experts.  The foregoing exclusions from discovery will not apply to any
27  communications or documents upon which the experts rely as a basis for their
28  opinions/reports.

JOINT STIPULATION AND [PROPOSED]
ORDER RE:  EXPERT DISCOVERY;
CASE NO. C 06-6436 PJH; MDL NO. 1486

3. This Stipulation shall be effective only upon agreement of both Plaintiff and the Defendants.

Dated: October 25, 2007

| | |
|---|---|
| ANDREW CUOMO<br>Attorney General of the State of New York<br>JAY L. HIMES<br>RICHARD L. SCHWARTZ<br>JEREMY R. KASHA | O'MELVENY & MYERS LLP<br>KENNETH R. O'ROURKE.<br>MICHAEL F. TUBACH<br>STEVEN H. BERGMAN<br>JANE Y. CHANG |
| By:   */Richard L. Schwartz/*<br>       Richard L. Schwartz | By:   */Steven H. Bergman/*<br>       Steven H. Bergman |
| *Attorneys for Plaintiff State of New York* | *Attorneys for Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. and, for purposes of this stipulation only, signing on behalf of all other defendants* |

1 **[~~Proposed~~] Order**

2   Pursuant to the Stipulation of the parties, the Court hereby orders that the

3 attached stipulation regarding procedures governing expert discovery is hereby

4 GRANTED.

5   IT IS SO ORDERED.

6

7 Dated: October 26 , 2007



8

9 _____

10 United States District Court Judge

LA2:845575.1