| | |
|---|---|
| 1 | KENNETH R. O'ROURKE (S.B. #120144) |
|   | korourke@omm.com |
| 2 | STEVEN H. BERGMAN (S.B. #180542) |
|   | sbergman@omm.com |
| 3 | JANE Y. CHANG (S.B. #241890) |
|   | jchang@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | 400 South Hope Street |
| 5 | Los Angeles, CA  90071-2899 |
|   | Telephone:   (213) 430-6000 |
| 6 | Facsimile:    (213) 430-6407 |
| 7 | MICHAEL F. TUBACH (S.B. #145955) |
|   | mtubach@omm.com |
| 8 | O'MELVENY & MYERS LLP |
|   | 275 Battery St. |
| 9 | San Francisco, CA  94111 |
|   | Telephone:   (415) 984-8700 |
| 10 | Facsimile:    (415) 984-8701 |
| 11 | *Attorneys for Defendants* |
|   | HYNIX SEMICONDUCTOR INC. and |
| 12 | HYNIX SEMICONDUCTOR AMERICA INC. |

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH<br>MDL. No. 1486<br>Case No. C 06-6436 PJH |
| This Document Relates to: | Assigned for all purposes to the Hon. Phyllis J. Hamilton |
| STATE OF NEW YORK,<br>        Plaintiff<br>    v.<br>MICRON TECHNOLOGY, INC., et al.,<br>        Defendants. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE DATE TO PLAINTIFF THE STATE OF NEW YORK'S AMENDED COMPLAINT** |

1  Plaintiff the State of New York and Defendants Elpida Memory, Inc. and
2  Elpida Memory (USA) Inc. (collectively "Elpida"), Infineon Technologies AG and
3  Infineon Technologies North America Corp. (collectively "Infineon"), Hynix
4  Semiconductor Inc. and Hynix Semiconductor America Inc. (collectively "Hynix"),
5  Micron Technology, Inc. and Micron Semiconductor Products, Inc. (collectively
6  "Micron"), Mosel Vitelic Inc. and Mosel Vitelic Corp. (collectively "Mosel"), Nanya
7  Technology Corp. and Nanya Technology Corp. USA (collectively "Nanya"), and NEC
8  Electronics America, Inc., by and through their counsel, jointly submit this stipulation
9  regarding Defendants' response, whether by answer or motion, to Plaintiff the State of
10 New York's Amended Complaint filed with the Court on October 1, 2007.
11 IT IS HEREBY STIPULATED by the parties, by and between their counsel
12 and subject to Court approval, that without waiving the right to assert any and all defenses
13 available to Defendants, and in the interest of keeping this case on a parallel track as *State*
14 *of California v. Infineon Technologies AG*, Case No. C-06-4333 PJH, Defendants have
15 thirty (30) days from the Court's order on the filing of the [Proposed] Third Amended
16 Complaint in the *State of California* action to respond, whether by answer or motion, to
17 the amended complaint in *State of New York v. Micron Technology Inc.*, Case No. C-06-
18 6436 PJH.
19 Dated:   October 23, 2007

20 ANDREW CUOMO                                              O'MELVENY & MYERS LLP
21 Attorney General of the State of New York   KENNETH R. O'ROURKE.
   JAY L. HIMES                                                     MICHAEL F. TUBACH
22 RICHARD L. SCHWARTZ                                 STEVEN H. BERGMAN
   JEREMY R. KASHA                                          JANE Y. CHANG
23

24 By:   /Richard L. Schwartz/                             By:   /Steven H. Bergman/
              Richard L. Schwartz                                        Steven H. Bergman
25

26 *Attorneys for Plaintiff State of New York*    *Attorneys for Hynix Semiconductor Inc.*
                                                                             *and Hynix Semiconductor America Inc.*
27                                                                         *and, for purposes of this stipulation only,*
                                                                             *signing on behalf of all other defendants*
28

JOINT STIPULATION AND
[PROPOSED] ORDER;
CASE NO. C 06-6436 PJH; MDL NO. 1486

1  **[~~Proposed~~] Order**

2  Pursuant to the Stipulation of the parties, the Court hereby orders that

3  Defendants shall have thirty (30) days from the date the Court order on the filing of the

4  [Proposed] Third Amended Complaint in *State of California v. Infineon Technologies AG*,

5  Case No. C-06-4333 PJH to respond to the First Amended Complaint by answer or by

6  motion.

8  Dated: October__26__, 2007



JOINT STIPULATION AND
[PROPOSED] ORDER;
CASE NO. C 06-6436 PJH; MDL NO. 1486