United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION _____/ This Document Relates To: All INDIRECT PURCHASER ACTIONS State of New York v. Micron et al. (C 06-6436 PJH) _____/ This Document Also Relates To: State of California et al. v. Samsung Elec. et al., (C 07-1347 PJH) State of California, et al. v. Winbond Elec. Co., (C 07-2589 PJH) _____/ | No. M 02-1486 PJH **ORDER MODIFYING STIPULATION AND ORDER APPOINTING SPECIAL MASTER** |

    Before the court is the parties' stipulation and proposed order appointing the Honorable Charles B. Renfrew as Special Master for the purpose of assisting the parties in developing a plan of allocation and proposed form of notice in connection with the class action settlements with defendants Samsung and Winbond.

    The court has approved the parties' proposed stipulation by order dated today. However, the court hereby modifies paragraph 3 of the approved stipulation, to further clarify the Special Master's duties, as follows: in developing a recommended plan of allocation and proposed form of notice, including the consideration and/or addition of any subclasses, the Special Master shall take into account the guidance provided by the Manual for Complex Litigation, Fourth, § 21.23, with the aim of ensuring that ultimate

certification of the class is appropriate.

**IT IS SO ORDERED.**

Dated: November 30, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge