UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, ET AL., | Case No. C06-04333 PJH (JCS) |
| Plaintiff(s), | **ORDER SETTING FURTHER DISCOVERY CONFERENCE** |
| v. | |
| INFINEON TECHNOLOGIES AG, ET AL., | |
| Defendant(s). / | |
| STATE OF NEW YORK, ET AL. | Case No. C06-6436 PJH (JCS) |
| Plaintiff(s), | Related Case No. M02-1486 PJH (JCS) |
| v. | |
| MICRON, ET AL., | |
| Defendant(s). / | |

Following a discovery conference held on December 7, 2007,

IT IS HEREBY ORDERED THAT:

1. A joint status statement shall be filed by **February 21, 2008.**

2. A further discovery conference is specially set for **Thursday, February 28, 2008, at 3:00 p.m.** Mr. Varanini shall provide the Court with the call-in number and pass code by **Tuesday, February 19, 2008.**

IT IS SO ORDERED.

Dated: December 10, 2007

JOSEPH C. SPERO
United States Magistrate Judge