ANDREW M. CUOMO
Attorney General of the State of New York
JAY L. HIMES
Bureau Chief, Antitrust Bureau
RICHARD L. SCHWARTZ
JEREMY R. KASHA
Assistant Attorneys General
    Office of the New York Attorney General
    120 Broadway, 26th Floor
    New York, New York 10271-0332
    Tel: (212) 416-8262
    Fax: (212) 416-6015
    Email: Jay.Himes@oag.state.ny.us
            Richard.Schwartz@oag.state.ny.us
            Jeremy.Kasha@oag.state.ny.us
Attorneys for Plaintiff State of New York

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH<br><br>MDL No. 1486<br><br>Case No. C 06-6436 PJH |
| This Document Relates to:<br><br>STATE OF NEW YORK,<br><br>    Plaintiff,<br><br>  v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>    Defendants. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT**<br><br>Judge: Hon. Phyllis J. Hamilton |

On November 26, 2007, Defendants Nanya Technology Corp. and Nanya Technology USA (collectively "Nanya"), NEC Electronics America, Inc. ("NEC"), Mosel Vitelic Inc. and Mosel Vitelic Corp. (collectively "Mosel"), Infineon Technology AG and Infineon Technology North America Corp. (collectively "Infineon"), Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. (collectively "Hynix"), Micron Technology, Inc. and Micron Semiconductor Products, Inc. (collectively "Micron"), and Elpida Memory, Inc. and Elpida Memory (USA) Inc. (collectively "Elpida"), filed a Notice of Motion and Motion to Dismiss Amended Complaint. The original

**JOINT STIPULATION AND PROPOSED ORDER RE**                                  **3:06-CV-06436 PJH**
**BRIEFING SCHEDULE FOR MOTION TO DISMISS**                              **M:02-1486 PJH**
**AMENDED COMPLAINT**        1

1 | briefing schedule and hearing date were as follows:

2 |     Deadline to file opposition to motion to dismiss: December 26, 2007

3 |     Deadline to file reply: January 2, 2008

4 |     Hearing date: January 16, 2008 at 9:00 AM

5 |     Representatives of Plaintiff State of New York, along with the plaintiff States in the related

6 | DRAM action, and defendants have met-and-conferred, and have agreed to a proposed modification

7 | of the schedule in light of counsel and the parties' schedules during the holiday season. The parties

8 | have therefore stipulated, and propose to the Court, that the original dates be modified as follows:

9 |     Deadline to file opposition to motion to dismiss: January 9, 2008

10 |     Deadline to file reply: January 30, 2008

11 |     Hearing date: February 27, 2008 at 9:00 AM

**JOINT STIPULATION AND PROPOSED ORDER RE**      **3:06-CV-06436 PJH**
**BRIEFING SCHEDULE FOR MOTION TO DISMISS**      **M:02-1486 PJH**
**AMENDED COMPLAINT**      2

| | |
|---|---|
| 1 | Dated: January 2, 2008 |
| 2 | Respectfully submitted, |
| 3 | ANDREW M. CUOMO<br>Attorney General of the State of New York |
| 4 | Antitrust Bureau<br>By: /s/ Richard L. Schwartz |
| 5 | JAY L. HIMES<br>Bureau Chief |
| 6 | RICHARD L. SCHWARTZ<br>JEREMY R. KASHA |
| 7 | Assistant Attorneys General<br>Antitrust Bureau |
| 8 | 120 Broadway, 26th Floor<br>New York, New York 10271 |
| 9 | Telephone: (212) 416-8284<br>*Counsel for Plaintiff State of New York* |
| 10 | |
| 11 | - and - |
| 12 | GIBSON, DUNN & CRUTCHER LLP<br>By: /s/ Joshua D. Hess |
| 13 | JOSHUA D. HESS, SBN 244115<br>JHess@gibsondunn.com |
| 14 | One Montgomery Street<br>Suite 3100 |
| 15 | San Francisco, California 94104<br>Telephone: (415) 393-8200 |
| 16 | Facsimile: (415) 986-5309 |
| 17 | *Attorneys for Micron Technology, Inc. and Micron Semiconductor Products, Inc., and, for purposes of this stipulation only, signing on* |
| 18 | *behalf of all other defendants* |

I, Jeremy R. Kasha, attest that concurrence in the filing of the document has been obtained from each of the other signatories.

 /s/ Jeremy R. Kasha
Jeremy R. Kasha
Assistant Attorney General for the State of New York

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED THAT the briefing schedule for Defendants' Motion to Dismiss Amended Complaint be modified as follows:

Deadline to file opposition to motion to dismiss: January 9, 2008

Deadline to file reply: January 30, 2008

Hearing date: February 27, 2008 at 9:00 AM

Dated: January 4, 2008



_____
PHYLLIS J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton