1  JOEL S. SANDERS, SBN 107234
   GIBSON, DUNN & CRUTCHER LLP
2  One Montgomery Street
   Suite 3100
3  San Francisco, California 94104
   Telephone: (415) 393-8200
4  Facsimile: (415) 986-5308
   jsanders@gibsondunn.com
5
   Attorneys for Defendants
6  MICRON TECHNOLOGY, INC. AND MICRON
   SEMICONDUCTOR PRODUCTS, INC.
7  [Additional counsel listed on signature page]

8  JOSEF D. COOPER, SBN 53015
   TRACY R. KIRKHAM, SBN 69912
9  KELLY HORNE, SBN 242675
   COOPER & KIRKHAM, P.C.
10 655 Montgomery Street, 17th Floor
   San Francisco, CA 94111
11 Telephone: (415) 788-3030
   Facsimile: (415) 882-7040
12 jdc@coopkirk.com
   trk@coopkirk.com
13 kah@coopkirk.com

14 Attorneys for Plaintiffs
   [Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486-PJH<br><br>MDL No. 1486 |
| This document relates to:<br><br>INDIRECT-PURCHASER ACTIONS. | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION** |

# STIPULATION

Indirect-Purchaser Plaintiffs and Defendants (collectively, the "parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, by order of the Court dated December 5, 2007, the briefing schedule and hearing date for Plaintiffs' then pending motion for class certification was vacated and the Court stated that "the parties will be asked to file revised briefs on plaintiffs' motion for class certification, which take into account the decision on the [Defendants' pending] motion to dismiss," then set for hearing on December 12, 2007; and

WHEREAS, by order of the Court dated January 29, 2008, the Court issued its ruling on Defendants' motion to dismiss and granted Plaintiffs until February 27, 2008, to file a Third Amended Complaint; and

WHEREAS, the Court, in its January 29, 2008 Order, instructed the parties to meet and confer for the purpose of stipulating to a proposed schedule for the resubmission of Plaintiffs' motion for class certification, and to submit a stipulated proposed order no later than February 13, 2008; and

WHEREAS, the parties have met and conferred;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

1. Plaintiffs shall have ninety (90) days from the date the Defendants file their Answer to Plaintiffs' Third Amended Complaint (or any subsequently filed amended complaint) to file their revised motion for class certification.

2. Defendants shall have seventy-five (75) days from the date the motion is filed to file their opposition brief to the motion for class certification.

3. Plaintiffs shall have forty-five (45) days from the date the opposition is filed to file their reply in support of their motion for class certification.

4. The hearing on the motion for class certification shall be noticed no less than three weeks from the date the reply brief is to be filed.

**SO STIPULATED.**

---

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION

**DEFENDANTS:**

Dated: February 13, 2008

| | |
|---|---|
| James G. Kreissman<br>Harrison J. Frahn IV<br>SIMPSON THACHER & BARTLETT LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br>jkreissman@stblaw.com<br>hfrahn@stblaw.com<br><br>**Attorneys for Defendants Elpida Memory (USA), Inc. and Elpida Memory, Inc.** | Robert B. Pringle<br>Paul R. Griffin<br>Jonathan E. Swartz<br>THELEN REID BROWN RAYSMAN & STEINER LLP<br>101 Second Street, Suite 1800<br>San Francisco, CA 94105<br>rbpringle@thelen.com<br>pgriffin@thelen.com<br>jswartz@thelen.com<br><br>**Attorneys for Defendant NEC Electronics America, Inc.** |
| Kenneth R. O'Rourke<br>Steven Bergman<br>Timothy M. Martin<br>O'Melveny & Myers, LLP<br>4000 South Hope Street<br>Los Angles, CA 90071<br>KORourke@OMM.com<br><br>**Attorneys for Defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc.,** | Howard M. Ullman<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>hullman@Orrick.com<br><br>Robert Freitas<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1021<br>rfreitas@orrick.com<br><br>**Attorneys for Defendants Nanya Technology Corporation and Nanya Technology Corporation USA** |
| Stephen V. Bomse<br>David C. Brownstein<br>Scott E. Morgan<br>HELLER EHRMAN, LLP<br>333 Bush Street<br>San Francisco, CA 94104<br>stephen.bomse@hellerehrman.com<br>david.Brownstein@hellerehrman.com<br>scott.morgan@hellerehrman.com<br><br>**Attorneys for Defendants Mosel Vitelic Corporation and Mosel Vitelic Incorporated** | Aton Arbisser<br>Julian Brew<br>Joshua Stambaugh<br>KAYE SCHOLER LLP<br>1999 Avenue of the Stars, Suite 1700<br>Los Angeles, CA 90067<br>Telephone: (310) 788-1000<br>Facsimile: (310) 788-1200<br>aarbisser@kayescholer.com<br>jbrew@kayescholer.com<br>jstambaugh@kayescholer.com<br><br>**Attorneys for Defendants Infineon Technologies North America Corp. and Infineon Technologies AG** |

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION

Joel S. Sanders
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street
Montgomery Tower, 31st Floor
San Francisco, CA 94104
jsanders@gibsondunn.com

**Attorneys for Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.**

By: _____/S/_____
　　　　Joel Sanders

**Signing on behalf of all defendants for purposes of this stipulation**

**INDIRECT-PURCHASER PLAINTIFFS:**

Dated: February 13, 2008

| | |
|---|---|
| Daniel J. Mogin<br>The Mogin Law Firm, PC<br>110 Juniper Street<br>San Diego, CA 92101-1502<br>Telephone: (619) 687-6611<br>Facsimile: (619) 687-6610<br>dmogin@moginlaw.com<br><br>**Indirect-Purchaser Plaintiffs' Co-Lead Counsel** | David Boies, III<br>Straus & Boies, LLP<br>4041 University Drive, Fifth Floor<br>Fairfax, VA 22030<br>Telephone: (703) 764-8700<br>Facsimile: (703-764-8704<br>dboies@straus-boies.com<br><br>**Indirect-Purchaser Plaintiffs' Co-Lead Counsel** |
| Daniel Gustafson<br>Gustafson Gluek, PLLC<br>650 Northstar East<br>608 Second Avenue, South<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Facsimile: (612) 339-6622<br>dgustafson@gustafsongluek.com<br><br>**Indirect-Purchaser Plaintiffs' Co-Lead Counsel** | Francis O. Scarpulla<br>Zelle Hofmann Voelbel Mason & Gette, LLP<br>44 Montgomery Street, Suite 3400<br>San Francisco, CA 94104<br>Telephone: (415) 693-0700<br>Facsimile: (415) 693-0770<br>fscarpulla@zelle.com<br><br>**Indirect-Purchaser Plaintiffs' Liaison Counsel** |

Josef D. Cooper
Cooper & Kirkham, P.C.
655 Montgomery Street, 17th Floor
San Francisco, CA 94111
Telephone: (415) 788-3030
Facsimile: (4150 882-7040
jdc@coopkirk.com

**Indirect-Purchaser Plaintiffs' Co-Lead Counsel**

By: _____/S/_____
      Josef D. Cooper

**Signing on behalf of all Indirect-Purchaser Plaintiffs for purposes of this stipulation**

**ORDER**

IT IS SO ORDERED this 20 day of February, 2008.

_____
The Honorable
United States
Northern District

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR MOTION FOR CLASS CERTIFICATION