1    EDMUND G. BROWN JR.
     Attorney General of the State of California
2    THOMAS GREENE
     Chief Assistant Attorney General
3    KATHLEEN E. FOOTE (S.B. 65819)
     Senior Assistant Attorney General
4    EMILIO E. VARANINI (S.B. 163952)
     Emilio.varanini@doj.ca.gov
5    Deputy Attorney General
     455 Golden Gate Avenue
6    San Francisco, California 94102
     Telephone:  (415) 703-5908
7    Facsimile: (415) 703-5480

8    Liaison Counsel for Plaintiff States

9    O'MELVENY & MYERS LLP
     KENNETH R. O'ROURKE (S.B. # 120144)
10   korourke@omn.com
     STEVEN H. BERGMAN (S.B. # 180542)
11   sbergman@omm.com
     JANE Y. CHANG (S.B. # 241890)
12   jchang@omm.com
     400 South Hope Street
13   Los Angeles, California 90071-2899
     Telephone: (213) 430-6000
14   Facsimile:  (213) 430-6407

15   Attorneys for Defendants
     HYNIX SEMICONDUCTORS INC. and
16   HYNIX SEMICONDUCTORS AMERICA INC.

17

                UNITED STATES DISTRICT COURT

18

         FOR THE NORTHERN DISTRICT OF CALIFORNIA

19

20

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al., | CASE NO. C 06-4333 PJH |
| Plaintiffs, | Master File No. M-02-1486 PJH |
| v. | |
| INFINEON TECHNOLOGIES AG, et al., | **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF FEBRUARY 28, 2008 DISCOVERY CONFERENCE** |
| Defendants. | |

26

27

28

STIPULATION AND [PROPOSED] ORDER RE CONTINUANCE OF DISCOVERY CONFERENCE—CASE NO.
02-1486 PJH (JCS); 06-04333 PJH (JCS)

1  WHEREAS, following the discovery conference held on December 7, 2007, the Court

2  ordered the parties to file a joint status statement by February 21, 2008 and the parties filed

3  their joint status statement on February 21, 2008;

4  WHEREAS the Court set a further discovery conference for Thursday, February 28,

5  2008 and ordered the parties to submit a stipulation if the hearing date needed to be moved;

6  WHEREAS the parties are meeting-and-conferring presently about various discovery

7  issues.  The parties are not currently seeking the Court's resolution of any disputes and

8  believe that the February 28, 2008 discovery conference can be continued.

9

10  Plaintiff States and Defendants have stipulated and agreed as follows:

11  1.  The parties stipulate to continuing the February 28, 2008 discovery conference

12  for 30 days, or a date more convenient for the Court.

13

14  DATED:  February 25, 2008

15  Respectfully submitted,

16

17  EDMUND G. BROWN, JR.
    Attorney General of the State of California

18  THOMAS GREENE
    KATHLEEN E. FOOTE

19  EMILIO E. VARANINI

20

    By:  ____/s/Emilio E. Varanini_____.
21  Emilio E. Varanini

22  Liaison Counsel for Plaintiff States

23

24

25

26

27

28

2

O'MELVENY & MYERS LLP
KENNETH R. O'ROURKE
STEVEN H. BERGMAN
JANE Y. CHANG


_____s/ Steven H. Bergman_____
        Steven H. Bergman

Attorneys for Defendants
HYNIX SEMICONDUCTORS INC. and
HYNIX SEMICONDUCTORS AMERICA INC.,
and signing on behalf of Defendants MICRON
TECHNOLOGY, INC., MICRON
SEMICONDUCTOR PRODUCTS, INC.,
INFINEON TECHNOLOGIES NORTH
AMERICA CORP., INFINEON TECHNOLOGIES
AG, ELPIDA MEMORY (USA) INC., ELPIDA
MEMORY, INC., MOSEL VITELIC INC.,
MOSEL VITELIC CORPORATION, NANYA
TECHNOLOGY CORPORATION, NANYA
TECHNOLOGY CORPORATION USA and NEC
ELECTRONICS AMERICA, INC

## **ATTESTATION OF FILING**

Pursuant to General Order No. 45 § X(B), I hereby attest that I have obtained concurrence in

the filing of this stipulation from all of the Defendants listed in the signature block above.


                          __s/ Steven H. Bergman_____
                            Steven H. Bergman

                          Attorneys for Defendants Hynix Semiconductor Inc.
                          and Hynix Semiconductor America Inc.


## **ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED.

The discovery conference is re-set for March 28, 2008 at 1:30 PM. An updated joint cmc statement shall
be due by March 21, 2008. Counsel for the State of CA shall provide the Court with the call-in number.

Dated: February _26_, 2008.

_____
JOSEPH C. SPERO
United States Magistrate Judge

3

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:    **State of California et al, v. Infineon Technologies AG et al.**

No.:        **C-06-4333 PJH**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On February 25, 2008 , I served the attached **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF FEBRUARY 28, 2008 DISCOVERY CONFERENCE** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

**Harrison Frahn, IV, Esq.**
Simpson Thacher
2550 Hanover Street
Palo Alto, CA 94304-1115
Phone: 650-251-5000
Fax: 650-251-5000
email: hfrahn@stblaw.com
Attorneys for Elpida Memory, Inc.
and Elpida Memory (USA) Inc.

**Michael F. Tubach, Esq.**
O'Melveny & Myers LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Phone:415-984-8876
Fax:415-984-8701
email: mtubach@omm.com
Attorneys for Defendant Hynix Semiconductor America

**Julian Brew, Esq.**
**Joshua Stewart Stambaugh, Esq.**
Kaye Scholer, LLP
1999 Avenue of the Stars, Suite 1700
Los Angeles  CA  90067-6048
Phone: 310-788-1244
Fax: 310-788-1205
Email: jstambaugh@kayescholer.com
Email: jbrew@kayescholer.com
Attorneys for Infineon Technologies North America Corp.
and Infineon Technologies AG

**Howard M. Ullman, Esq.**
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Phone:415-773-5652
Fax:415-773-5759
email: hullman@orrick.com
Attorneys for Nanya Technology Corp.
and Nanya Technology Corp. USA

**Paul R. Griffin, Esq.**
Thelen Reid Brown Raysman & Steiner LLP
101 Second Street, Suite 1800
San Francisco,  CA  94105
Phone:415-371-1200
Fax: 415-371-1211
email: pgriffin@thelenreid.com
Attorneys for NEC Electronics America,

**Gary L. Halling, Esq.**
Sheppard Mullin Richter & Hampton
Four Embarcadero Ctr., 17th Fl.
San Francisco, CA  94111
Phone:415-774-3234
Fax: 415-434-3947
email: ghalling@sheppardmullin.com
Attorneys for Samsung Electronics America, Inc.

**Steven H. Morrissett, Esq.**
Finnegan, Henderson, Farabow, Garrett & Dunner
3300 Hillview Avenue
Palo Alto, CA 94304-1203
Phone: 650-849-6624
Fax: 650-849-6666
email: morrissett@finnegan.com
Attorneys for Winbond Electronics Corp. America


**Joel Sanders, Esq.**
**Joshua David Hess, Esq.**
Gibson, Dunn & Crutcher
One Montgomery Street, Suite 3100
San Francisco, CA 94104
Phone: 415-393-8200
Fax: 415-986-5309
Email: jsanders@gibsondunn.com
Email: jhess@gibsondunn.com
Attorneys for Micron Technology, Inc.
Semiconductor Products, Inc.


**Jonathan E. Swartz**
Thelen, Reid, Brown, Raysmann & Steiner
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Phone: 415-371-1200
Fax: 371-1211
Email: jswartz@thelen.com
Attorneys for NEC Electronics America, Inc.


**Kenneth Ryan O'Rourke**
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-6000
Fax: 213-430-6407
Email:korourke@omm.com
Attorneys for Hynix Semiconductor, Inc.


**Jane Y. Chang, Esq.**
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-7653
Fax: 213-430-6407
Email:jchang@omm.com
Attorneys for Hynix Semiconductor, Inc.

**Steve H. Bergman, Esq.**
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
Phone: 213-430-7628
Fax: 213-430-6407
Email:sbergman@omm.com
Attorneys for Hynix Semiconductor, Inc.

**David C. Brownstein**
Heller, Ehrman, White & McAuliffe
333 Bush Street, 30th Floor
San Francisco, CA 94104-2878
Phone: 415-772-6000
Fax: 415-772-6268
Email: dbrownstein@hewm.com
Attorneys for Mosel Vitelic, Inc.. and Mosel Vitelic, Inc.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 25, 2008, at San Francisco, California.

| | |
|---|---|
| Debin Wang | |
| Declarant | Signature |

Proof of Service 1 20113624.wpd