UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION, | Master File No. M-02-1486 PJH (JCS)<br><br>MDL No. 1486<br><br>Case No. C-06-06436 PJH (JCS) |
| This document relates to: | |
| STATE OF NEW YORK, | |
| Plaintiff, | **ORDER DENYING MOTION TO COMPEL** |
| v. | **[Docket No. 127 (No. C-06-06436 PJH) and Docket No. 1828 (No. M-02-01486 PJH)]** |
| MICRON TECHNOLOGY, INC., ET AL., | |
| Defendants. | |

The parties have filed a letter dated February 29, 2008 (the "Motion") [Docket No. 127 in Case C-06-06436 PJH and Docket No. 1828 in M-02-1486 PJH]. The Court interprets the Motion as a Motion to Compel the Infineon Defendants to produce witnesses and documentation. The Motion is DENIED.

The Motion is untimely. The fact discovery cutoff deadline in this matter was July 16, 2007, by order of the district judge. Motions to compel were required to be filed not later than August 24, 2007. Accordingly, the Motion is five months late. Plaintiff has not demonstrated why this discovery could not have been done before the discovery cutoff date, and why it could not have brought this matter to the Court's attention before the deadline for filing a motion to compel.

In any event, Plaintiff has not sustained its burden of demonstrating that Defendants have failed to produce the discovery sought or that they have failed to live up to their agreements.

IT IS SO ORDERED.

Dated: March 11, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge