1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | JAMES HUMES
Chief Deputy Attorney General
3 | JANET GAARD
Chief Assistant Attorney General
4 | KATHLEEN E. FOOTE (Bar No. 65819)
Senior Assistant Attorney General
5 | NICOLE S. GORDON (Bar No. 224138)
Deputy Attorney General
6 | SANGEETHA M. RAGHUNATHAN
(Bar No. 229129)
7 | Deputy Attorney General
EMILIO E. VARANINI (Bar No. 163952)
8 | Deputy Attorney General
455 Golden Gate Avenue
9 | San Francisco, California 94102
Telephone: (415) 703-5908
10 | Fax: (415) 703-5480
emilio.varanini@doj.ca.gov
11
*Liaison Counsel for Plaintiff States*
12
ANDREW CUOMO
13 | Attorney General of the State of New York
JAY L. HIMES
14 | Bureau Chief, Antitrust Bureau
RICHARD L. SCHWARTZ
15 | Assistant Attorney General
JEREMY R. KASHA
16 | Assistant Attorney General
Office of the New York Attorney General
17 | 120 Broadway, 26th Floor
New York, New York 10271
18 | Telephone: (212) 416-8262
Facsimile: (212) 416-6015
19
*Attorneys for Plaintiff State of New York*

JAMES G. KREISSMAN (Bar No. 206704)
jkreissman@stblaw.com
HARRISON J. FRAHN IV (Bar No. 206822)
hfrahn@stblaw.com
GABRIEL N. RUBIN (Bar No. 241659)
grubin@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Attorneys for Defendants Elpida Memory Inc. and Elpida Memory (USA) Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA et al., <br><br> Plaintiffs, <br><br> v. <br><br> INFINEON TECHNOLOGIES AG et al., <br><br> Defendants. <br><br> and | Case No. C 06-4333 PJH <br><br> Case No. C-06-6436 PJH <br><br> Master File No. M-02-1486 PJH <br> MDL No. 1486 <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING CONTINUANCE OF MARCH 28, 2008 DISCOVERY CONFERENCE** |

Stipulation and [Proposed] Order Regarding Continuance of March 28, 2008 Discovery Conference  Case Nos. C-06-4333, C-06-6436

1

STATE OF NEW YORK,

Plaintiff,

v.

MICRON TECHNOLOGY, INC., et al.,

Defendants.

WHEREAS, the Court continued the February 28, 2008 discovery conference for 30 days in its February 26, 2008 Order Regarding Continuance.

WHEREAS, the parties are meeting-and-conferring presently about various discovery issues. The parties are not currently seeking the Court's resolution of any disputes and believe that the March 28, 2008 discovery conference can be continued.

Plaintiff States and Defendants have stipulated and agreed as follows:

1. The parties stipulate to continuing the March 28, 2008 discovery conference for 30 days, or a date more convenient for the Court.

DATED: March 24, 2008

Respectfully submitted,

| | |
|---|---|
| EDMUND G. BROWN JR.<br>Attorney General of the State of California<br>JAMES HUMES<br>JANET GAARD<br>KATHLEEN E. FOOTE<br>NICOLE S. GORDON<br>SANGEETHA R. RAGHUNATHAN<br><br>_____/S/_____<br>EMILIO E. VARANINI<br>Deputy Attorney General<br><br>*Liaison Counsel for Plaintiff States* | ANDREW CUOMO<br>Attorney General of the State of New York<br>JAY L. HIMES<br>JEREMY R. KASHA<br><br><br>_____/S/_____<br>RICHARD L. SCHWARTZ<br>Assistant Attorney General<br><br>*Attorneys for Plaintiff State of New York* |

Stipulation and [Proposed] Order Regarding Continuance of March 28, 2008 Discovery Conference Case Nos. C-06-4333, C-06-6436

SIMPSON THACHER & BARTLETT LLP

_____/S/_____
Harrison J. Frahn IV

*Attorneys for Defendants*
ELPIDA MEMORY
(USA) INC., ELPIDA MEMORY, INC.,
*and signing on behalf of Defendants*
HYNIX SEMICONDUCTOR AMERICA INC.,
HYNIX SEMICONDUCTOR INC.,
MICRON TECHNOLOGY, INC., MICRON
SEMICONDUCTOR PRODUCTS, INC.,
INFINEON TECHNOLOGIES NORTH
AMERICA CORP., INFINEON
TECHNOLOGIES AG, MOSEL VITELIC INC.,
MOSEL VITELIC CORPORATION, NANYA
TECHNOLOGY CORPORATION USA and
NEC ELECTRONICS AMERICA, INC

Stipulation and [Proposed] Order Regarding Continuance of March 28, 2008 Discovery Conference  Case Nos. C-06-4333, C-06-6436

3

|    |    |
|----|----|
| 1  | <u>ATTESTATION OF FILING</u> |
| 2  | Pursuant to General Order No. 45 §§ X(B), I hereby attest that I have obtained |
| 3  | concurrence in the filing of the Stipulation and [Proposed] Order Regarding Continuance of March |
| 4  | 28, 2008 Discovery Conference from all of the Defendants listed in the signature block above. |
| 5  |    |
| 6  | By: _____/S/_____ |
|    | Emilio E. Varanini |

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED.

~~Dated: March ___, 2008~~  The Discovery Conference is continued to April 25, 2008 at 1:30 p.m.

The parties shall submit an updated cmc statement by April 18, 2008.

Dated: March 25, 2008

JOSEPH C. SPERO
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED* — Judge Joseph C. Spero (stamp, UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA)

Stipulation and [~~Proposed~~] Order Regarding Continuance of March 28, 2008 Discovery Conference   Case Nos. C-06-4333, C-06-6436

4