Francis O. Scarpulla (41059)
Zelle, Hofmann, Voelbel, Mason & Gette LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

*Liaison Counsel for*
*Indirect-Purchaser Plaintiffs*

Joel S. Sanders (107234)
Gibson, Dunn & Crutcher LLP
One Montgomery Street
Telesis Tower, Suite 3100
San Francisco, CA 94104-4505

*Counsel for Defendant*
*Micron Technology, Inc. and*
*on behalf of all other Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Case No. M-02-1486-PJH<br>MDL No. 1486<br>Case No. C-05-02472 |
| This Document Relates To:<br>*All Indirect-Purchaser Cases* | **STIPULATION AND ORDER STAYING INDIRECT-PURCHASER CASES PENDING 1292(b) PETITION** |

WHEREAS, on March 28, 2008, this Court granted Indirect-Purchaser Plaintiffs' ("Plaintiffs") 1292(b) Motion for Certification for interlocutory appeal of its June 1, 2007 and January 29, 2008 orders dismissing, with prejudice, all antitrust damage claims under fifteen states' antitrust statutes for purchasers of computers containing DRAM modules; and

WHEREAS, pursuant to a pre-existing Case Management Order dated February 20, 2008, Plaintiffs' motion for class certification is due to be filed on June 16, 2008; and

WHEREAS, the composition of the indirect-purchaser class will be substantially changed if purchasers of computers containing DRAM are included in this action; and

WHEREAS, Plaintiffs filed a 1292(b) Petition with the United States Court of Appeals for the Ninth Circuit on April 7, 2008; and

1  WHEREAS, Plaintiffs have requested that Defendants stipulate to an interim stay of
2  these proceedings pending the Ninth Circuit's ruling on the 1292(b) Petition; and
3  WHEREAS, Plaintiffs' counsel have agreed with Defendants that during the
4  pendency of any interim stay in this action, they shall not (1) seek to vacate any stay in any
5  of the pending state-court proceedings listed in Exhibit 1 attached hereto, or (2) file any new
6  cases against these defendants currently named in the MDL proceedings raising claims on
7  behalf of indirect purchasers of DRAM; and
8  WHEREAS, Defendants agree to such an interim stay based on Plaintiffs' agreement
9  set forth above,
10  NOW THEREFORE:
11  IT IS HEREBY STIPULATED by and between the parties hereto, subject to approval
12  by this Court, that an interim stay of all proceedings in the Indirect-Purchaser Actions,
13  including the class certification motion, be ordered during the period that the Ninth Circuit is
14  considering Plaintiffs' 1292(b) Petition, provided, however, that the previously scheduled
15  deposition of Micron Technology, Inc.'s Michael Sadler, shall not be stayed.

Dated: April 17, 2008

So Stipulated:

By  /s/ Francis O. Scarpulla
Francis O. Scarpulla (41059)
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

*Liaison Counsel for Indirect Purchaser Plaintiffs*

By  /s/ Joel Sanders
Joel S. Sanders (107234)
Gibson, Dunn & Crutcher LLP
One Montgomery Street
Telesis Tower, Suite 3100
San Francisco, CA 94104-4505

*Counsel for Defendant Micron Technology, Inc. and
on behalf of all other Defendants*

**ORDER**

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED:

1. The Indirect-Purchaser Actions shall be stayed during the period of time the United States Court of Appeals for the Ninth Circuit is considering the Indirect-Purchaser Plaintiffs' 1292(b) Petition for permission to appeal, except for the deposition of Michael Sadler.

2. In the event the Petition is granted, the Court shall hold a Case Management Conference to determine further proceedings, if any, pending appellate review of the Court's dismissal orders.

3. In the event the Petition is denied, the parties shall meet and confer to agree upon a schedule for further motion practice, including class certification, which schedule shall be presented to the Court for approval.

Dated: April 18, 2007



IT IS SO ORDERED
Judge Phyllis J. Hamilton

3

STIPULATION AND ORDER STAYING INDIRECT-PURCHASER CASES PENDING 1292(b) PETITION

## CERTIFICATE OF SERVICE

IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM)
ANTITRUST LITIGATION SERVICE LIST
Master File No. M-02-1486 PJH
MDL No. 1486

     I, Melissa Bibbs, certify and declare under penalty of perjury that I: am a citizen of the United States; am over the age of 18 years; am employed by Zelle, Hofmann, Voelbel, Mason & Gette LLP, 44 Montgomery Street, Suite 3400, San Francisco, CA 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to or interested in the cause entitled upon the document to which this Certificate of Service accompanies; and that on April 17, 2008, I served a true and correct copy of the following document(s) in the manner indicated below:

1.      STIPULATION AND ORDER STAYING INDIRECT-PURCHASER CASES PENDING 1292(b) PETITION

☒    **By USDC Live System-Document Filing System:** on all interested parties registered for e-filing.

Dated: April 17, 2008

                                                  Signed      /s/*Melissa Bibbs*
                                                  Melissa Bibbs

DRAM Indirect Cases

| Case Name | State | County Filed |
|---|---|---|
| Dressed to Kill Custom Drapery, LLC v. Micron | Arizona | Maricopa |
| The Arizona Counties Insurance Pool ("ACIP") v. Micron | Arizona | Maricopa |
| Burton v. Micron | Arkansas | Hot Springs |
| Lastra v. Micron | California | San Francisco |
| Bramson v. Micron | California | San Francisco |
| Totally Computer, Inc. v. Micron | California | San Francisco |
| Garrett v. Micron | California | San Francisco |
| Gornick v. Micron | California | San Francisco |
| Krex Computer, Inc. v. Micron | California | Santa Clara |
| Silicon Defense v. Micron | California | Humboldt |
| Glaser v. Micron | California | Los Angeles |
| Pritchett v. Micron | California | San Francisco (Fed) |
| Soloman v. Micron | California | San Francisco (Fed) |
| Brown v. Micron | California | San Francisco (Fed) |
| Petro Computer Systems, Inc. v. Micron | California | San Francisco (Fed) |
| Rush v. Micron | District of Columbia | D.C. District Court (Fed) |
| Blanchett v. Micron | Florida | Miami-Dade |
| Karol v. Micron | Florida | Collier |
| Mikklesen v. Micron | Florida | Lee |
| Pryor, et al. v. Micron | Florida | Broward |
| Okita vs. Elpida Memory, Inc. | Hawaii | First Circuit |
| Vald v. Micron | Iowa | Polk |
| McGrath v. Micron | Kansas | Johnson |
| Thomas v. Elpida | Kansas | Bourbon |

| Case Name | State | County Filed |
|---|---|---|
| Arps v. Micron | Maine | Maine District Court (Fed) |
| McKinnon v. Micron | Maine | York |
| Corkery vs. Micron | Massachusetts | Middlesex |
| Martin v. Micron | Massachusetts | Middlesex |
| Smith v. Micron | Massachusetts | Essex |
| Hamilton v. Elpida | Massachusetts | Suffolk |
| Thompson v. Micron | Massachusetts | Essex |
| Johnson v. Micron | Michigan | Wayne |
| Fest v. Micron | Minnesota | Hennepin |
| Bishop v. Micron | Mississippi | Mississippi District Court (Northern District, Western Division) (Fed) |
| Coleman v. Elpida | Montana | Yellowstone |
| Graulty v. Micron | Nebraska | Lancaster |
| Bilansky v. Elpida | Nevada | Clark |
| Wheaton v. Micron | New Hampshire | Strafford |
| Kates v. Micron | New Jersey | Camden |
| Protogiannis v. Micron | New Jersey | Hudson |
| Schupler v. Micron | New Jersey | USDC NJ (Fed) |
| Black v. Micron | New Mexico | Bernalillo |
| Goodman v. Micron | New York | New York |
| Ahn v. Micron | New York | New York |
| Duker v. Micron | New York | Albany |
| Juan v. Micron | New York | Westchester |
| Kaplan v. Micron | North Carolina | Guilford |
| Maher v. Elpida | North Carolina | Orange |
| Kongkham v. Micron | North Carolina | Mecklenburg |

| Case Name | State | County Filed |
|---|---|---|
| S&L Computers, Inc. v. Micron | North Dakota | Cass |
| Goldman v. Micron | Ohio | USDC ND OH (Fed) |
| Hunt v. Micron | Pennsylvania | Philadelphia |
| Mass-Carrero v. Elpida Memory Inc. | Puerto Rico | USDC PR (Fed) |
| Berger v. Micron | South Dakota | Pennington |
| Pastian v. Micron | South Dakota | Minnehaha |
| Elias v. Micron | Tennessee | Davidson |
| Kinkade v. Micron | Tennessee | Davidson |
| Greene v. Micron | Tennessee | Davidson |
| Stobbe vs. Micron | Utah | USDC UT (Fed) |
| Microprocessor Designs Inc. v. Micron | Vermont | Chittenden |
| Weisburgh v. Micron | Vermont | Chittenden |
| Smith v. Micron | Vermont | Orange |
| Quade v. Micron | Virginia | Virginia District Court (Fed) |
| Kinder v. Micron | West Virginia | Brooke |
| Chambers v. Micron | Wisconsin | Monroe |
| Ford v. Micron | Wisconsin | Dane |