| | |
|---|---|
| 1 | KENNETH R. O'ROURKE (S.B. #120144) |
| | korourke@omm.com |
| 2 | STEVEN H. BERGMAN (S.B. #180542) |
| | sbergman@omm.com |
| 3 | JANE Y. CHANG (S.B. #241890) |
| | jchang@omm.com |
| 4 | O'MELVENY & MYERS LLP |
| | 400 South Hope Street |
| 5 | Los Angeles, CA  90071-2899 |
| | Telephone:    (213) 430-6000 |
| 6 | Facsimile:    (213) 430-6407 |
| 7 | MICHAEL F. TUBACH (S.B. #145955) |
| | mtubach@omm.com |
| 8 | O'MELVENY & MYERS LLP |
| | 275 Battery St. |
| 9 | San Francisco, CA  94111 |
| | Telephone:    (415) 984-8700 |
| 10 | Facsimile:    (415) 984-8701 |
| 11 | *Attorneys for Defendants* |
| | HYNIX SEMICONDUCTOR INC. and |
| 12 | HYNIX SEMICONDUCTOR AMERICA INC. |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH<br>MDL. No. 1486<br>Case No. C 06-6436 PJH |
| This Document Relates to: | Assigned for all purposes to the Hon. Phyllis J. Hamilton |
| STATE OF NEW YORK,<br><br>      Plaintiff<br><br>      v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>      Defendants. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' RESPONSE DATE TO PLAINTIFF THE STATE OF NEW YORK'S AMENDED COMPLAINT** |

LA2:859356.2

1  Plaintiff the State of New York and Defendants Elpida Memory, Inc. and
2  Elpida Memory (USA) Inc. (collectively "Elpida"), Infineon Technologies AG and
3  Infineon Technologies North America Corp. (collectively "Infineon"), Hynix
4  Semiconductor Inc. and Hynix Semiconductor America Inc. (collectively "Hynix"),
5  Micron Technology, Inc. and Micron Semiconductor Products, Inc. (collectively
6  "Micron"), Mosel Vitelic Inc. and Mosel Vitelic Corp. (collectively "Mosel"), Nanya
7  Technology Corp. and Nanya Technology Corp. USA (collectively "Nanya"), and NEC
8  Electronics America, Inc., by and through their counsel, jointly submit this stipulation
9  regarding Defendants' response, whether by answer or motion, to Plaintiff the State of
10 New York's Amended Complaint filed with the Court on October 1, 2007.

12   WHEREAS, the Court issued an order on April 15, 2008 denying
13 Defendants' Motion to Dismiss; and

15   WHEREAS, the Defendants' response, whether by answer or motion, to
16 Plaintiff's Amended Complaint is currently due on April 29, 2008.

18   THEREFORE, IT IS HEREBY STIPULATED by the parties, by and
19 between their counsel and subject to Court approval, that without waiving the right to
20 assert any and all defenses available to Defendants, Defendants will respond, whether by
21 answer or motion, to the Amended Complaint by May 13, 2008.
22 //
23
24 //
25
26 //
27
28 //

LA2:859356.2

JOINT STIPULATION AND
[PROPOSED] ORDER;
CASE NO. C 06-6436 PJH; MDL NO. 1486

Dated: April 28, 2008

| | |
|---|---|
| ANDREW CUOMO<br>Attorney General of the State of New York<br>JAY L. HIMES<br>RICHARD L. SCHWARTZ<br>JEREMY R. KASHA | O'MELVENY & MYERS LLP<br>KENNETH R. O'ROURKE.<br>MICHAEL F. TUBACH<br>STEVEN H. BERGMAN<br>JANE Y. CHANG |
| By:  */s/ Richard L. Schwartz*<br>     Richard L. Schwartz | By:  */s/ Steven H. Bergman*<br>     Steven H. Bergman |
| *Attorneys for Plaintiff State of New York* | *Attorneys for Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. and, for purposes of this stipulation only, signing with permission of all other defendants* |

## **ATTESTATION OF FILING**

Pursuant to General Order No. 45 § X(B), I hereby attest that I have obtained concurrence in the filing of this Joint Stipulation and [Proposed] Order Regarding Defendants' Response Date to Plaintiff's Amended Complaint from all of the parties listed in the signature blocks above.

By:  */s/ Steven H. Bergman*
     Steven H. Bergman

LA2:859356.2

JOINT STIPULATION AND
[PROPOSED] ORDER;
CASE NO. C 06-6436 PJH; MDL NO. 1486

1 **[~~PROPOSED~~] ORDER**

2     Pursuant to the Stipulation of the parties, the Court hereby orders that

3 Defendants respond to Plaintiff's Amended Complaint, by answer or by motion, by May

4 13, 2008.

5

6 Dated: ~~April~~ MAY 2____, 2008



_____
Judge Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED

LA2:859356.2

JOINT STIPULATION AND
[PROPOSED] ORDER;
CASE NO. C 06-6436 PJH; MDL NO. 1486