Case 3:06-cv-04333-PJH   Document 418   Filed 05/30/2008

| | |
|---|---|
| 1  EDMUND G. BROWN JR.<br>    Attorney General of the State of California<br>2  THOMAS GREENE<br>    Chief Assistant Attorney General<br>3  KATHLEEN E. FOOTE (S.B. 65819)<br>    Senior Assistant Attorney General<br>4  EMILIO E. VARANINI (S.B. 163952)<br>    Emilio.varanini@doj.ca.gov<br>5  Deputy Attorney General<br>    455 Golden Gate Avenue<br>6  San Francisco, California 94102<br>    Telephone: (415) 703-5908<br>7  Facsimile: (415) 703-5480<br><br>8  Liaison Counsel for Plaintiff States<br><br>9  O'MELVENY & MYERS, LLP<br>    KENNETH R. O'ROURKE (S.B. # 120144)<br>10 korourke@omn.com<br>    STEVEN H. BERGMAN (S.B. # 180542)<br>11 sbergman@omm.com<br>    JANE Y. CHANG (S.B. # 241890)<br>12 jchang@omm.com<br>    400 South Hope Street<br>13 Los Angeles, California 90071-2899<br>    Telephone: (213) 430-6000<br>14 Facsimile: (213) 430-6407<br><br>15 Attorneys for Defendants<br>    HYNIX SEMICONDUCTORS, INC. and<br>16 HYNIX SEMICONDUCTORS AMERICA, INC. | ANDREW CUOMO<br>Attorney General of the State of New York<br>JAY L. HIMES<br>Bureau Chief, Antitrust Bureau<br>RICHARD L. SCHWARTZ<br>JEREMY R. KASHA<br>Assistant Attorneys General<br>Office of the New York Attorney General<br>120 Broadway, 26th Floor<br>New York, New York 10271-0332<br>Telephone: (212) 416-8262<br>Facsimile: (212) 416-6015<br><br>Attorneys for Plaintiff State of New York<br><br>FILED<br>JUN 0 5 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>INFINEON TECHNOLOGIES AG, et al.,<br><br>Defendants.<br><br>and<br><br>THE STATE OF NEW YORK,<br><br>Plaintiff, | CASE NO. C 06-4333 PJH<br><br>CASE NO. C 06-6436 PJH<br><br>Master File No. M-02-1486 PJH<br>MDL No. 1486<br><br>**STIPULATION AND [~~PROPOSED~~]**<br>**ORDER REGARDING CONTINUANCE**<br>**OF JUNE 6, 2008 DISCOVERY**<br>**CONFERENCE** |

1

STIPULATION AND [~~PROPOSED~~] ORDER RE CONTINUANCE OF DISCOVERY CONFERENCE—CASE NO.
02-1486 PJH (JCS); 06-04333 PJH (JCS); 06-6436 PJH (JCS)

1 | v.
2 | MICRON TECHNOLOGY, INC. et al.,
3 |
4 |              Defendants.

5  Plaintiff States and Defendants have stipulated and agreed as follows:

6  1.   Following the discovery conference held on April 25, 2008, the Court ordered the parties to file a joint updated discovery statement by May 30, 2008. The parties filed their joint status statement on May 30, 2008.

10  2.   The Court also set a further discovery conference for Friday, June 6, 2008.

11  3.   Presently, the parties are meeting-and-conferring about various discovery issues. The parties are not currently seeking the Court's resolution of any disputes and believe that the June 6, 2008 discovery conference is unnecessary.

15  4.   Therefore, the parties stipulate to continuing the June 6, 2008 discovery conference to Friday, July 25, 2008 at 1:30pm.

DATED: May 30, 2008

Respectfully submitted,

| EDMUND G. BROWN, JR. | ANDREW CUOMO |
| Attorney General of the State of California | Attorney General of the State of New York |
| THOMAS GREENE | JAY L. HIMES |
| KATHLEEN E. FOOTE | RICHARD L. SCHWARTZ |
| EMILIO E. VARANINI | JEREMY R. KASHA |
| | |
| By: _____/s/Emilio E. Varanini_____ | By: _____/s/Richard L. Schwartz_____ |
| Emilio E. Varanini | Richard L. Schwartz |
| | |
| Liaison Counsel for Plaintiff States | Attorneys for Plaintiff State of New York |

2

STIPULATION AND [░░░░░░░] ORDER RE CONTINUANCE OF DISCOVERY CONFERENCE—CASE NO. 02-1486 PJH (JCS); 06-04333 PJH (JCS); 06-6436 PJH (JCS)

| | |
|---|---|
| 1 | O'MELVENY & MYERS, LLP |
| | KENNETH R. O'ROURKE |
| 2 | STEVEN H. BERGMAN |
| | JANE Y. CHANG |
| 3 | TIMOTHY MARTIN |
| | 400 South Hope Street |
| 4 | Los Angeles, California 90071-2899 |

By: _____/s/ Jane Chang_____
         Jane Chang

Attorneys for Defendants
HYNIX SEMICONDUCTORS, INC. and
HYNIX SEMICONDUCTORS AMERICA,
INC., and for purposes of this Stipulation only,
signing on behalf of all other defendants.

### ATTESTATION OF FILING

Pursuant to General Order No. 45 § X(B), I hereby attest that I have obtained concurrence in the filing of this Statement from the Plaintiff States and the Defendants listed in the signature block above.

_____/s/ Emilio Varanini_____
Emilio Varanini

Liaison Counsel for Plaintiff States

### ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED.
*as modified*

Dated: __6/5__, 2008.

JOSEPH C. SPERO
United States Magistrate Judge

3

STIPULATION AND [REDACTED] ORDER RE CONTINUANCE OF DISCOVERY CONFERENCE—CASE NO.
02-1486 PJH (JCS); 06-04333 PJH (JCS); 06-6436 PJH (JCS)