ANDREW M. CUOMO
Attorney General of the State of New York
JAY L. HIMES
Bureau Chief, Antitrust Bureau
RICHARD L. SCHWARTZ
JEREMY R. KASHA
Assistant Attorneys General
   Office of the New York Attorney General
   120 Broadway, 26th Floor
   New York, New York 10271-0332
   Tel: (212) 416-8262
   Fax: (212) 416-6015
   Email: Jay.Himes@oag.state.ny.us
          Richard.Schwartz@oag.state.ny.us
          Jeremy.Kasha@oag.state.ny.us
Attorneys for Plaintiff State of New York

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **STATE OF NEW YORK,**<br><br>                                     Plaintiffs,<br><br>v.<br><br>**MICRON TECHNOLOGY, INC. et al.,**<br><br>                                     Defendants. | Case No. C 06-6436 PJH<br><br>MDL No. 1486<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TIMING OF PLAINTIFF'S MOTIONS AGAINST DEFENDANTS' ANSWERS TO PLAINTIFF'S AMENDED COMPLAINT AND DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTIONS** |

   Plaintiff State of New York and Defendants Nanya Technology Corp. and Nanya Technology USA (collectively "Nanya"), Mosel Vitelic Inc. and Mosel Vitelic Corp. (collectively "Mosel"), Infineon Technology AG and Infineon Technology North America Corp. (collectively "Infineon"), Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. (collectively "Hynix"), Micron Technology, Inc. and Micron Semiconductor Products, Inc. (collectively "Micron"), Elpida Memory, Inc. and Elpida Memory (USA) Inc. (collectively "Elpida") and NEC Electronics America, Inc. by and through their counsel, jointly submit this stipulation regarding the timing of (i) Plaintiff's motions against Defendants' Answer to

Plaintiff's Amended Complaint; and (ii) Defendants' Opposition to those motions.

IT IS HEREBY STIPULATED by and between the parties and their counsel, subject to the approval of the Court, that the time within which New York may file any motion directed to Defendants' Answers to New York's Amended Complaint shall be extended thirty days from June 2, 2008 to July 2, 2008, and that the date for Defendants' opposition to any such motion shall likewise be extended by thirty days.

Dated: June 9, 2008

| | |
|---|---|
| ANDREW M. CUOMO<br>Attorney General of the State of New York<br>RICHARD L. SCHWARTZ<br>Assistant Attorney General<br>Antitrust Bureau<br>120 Broadway, 26th Floor<br>New York, New York 10271<br><br>   /s/ Richard L. Schwartz   <br>RICHARD L. SCHWARTZ, ESQ.<br><br>*Counsel for Plaintiff State of New York* | JOEL S. SANDERS<br>G. CHARLES NIERLICH<br>JOSHUA D. HESS<br>GIBSON, DUNN & CRUTCHER LLP<br>1 Montgomery Street<br>San Francisco, CA 94104<br><br>   /s/ Joshua D. Hess   <br>JOSHUA D. HESS, ESQ.,<br><br>*Attorneys for Micron Technology Inc. and Micron Semiconductor Products Inc. and, for purposes of this stipulation only, signing on behalf of all other defendants* |

1  **ORDER**

2  PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

3

4  Dated: June __16__, 2008



PHYLLIS J. HAMILTON
United States District Judge
Northern District of California

IT IS SO ORDERED
Judge Phyllis J. Hamilton

Joint Stip. and [Proposed] Order Re Timing of Plaintiffs' Resp. and Defendants' Opp.        Case No. C 06-4333 PJH

3