# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Case No. C 06-6436 PJH<br><br>Assigned for all purposes to the Hon. Phyllis J. Hamilton |
| This Document Relates to:<br><br>STATE OF NEW YORK,<br><br>      Plaintiff<br><br>      v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>      Defendants. | [~~PROPOSED~~] AMENDMENT NO. 1 TO THE MARCH 21, 2007 PROTECTIVE ORDER<br><br>Related to MDL. No. 1486 |

**AMENDMENT NO. 1 TO THE MARCH 21, 2007 PROTECTIVE ORDER**

Based on the Stipulation of the parties, and for good cause shown, Paragraph 15 of the March 21, 2007 Protective Order entered by this Court is hereby ordered amended as follows:

15.  <u>Filing Protected Material</u>.  Without written permission from the party or non-party who produced documents designated as "Confidential" or "Highly Confidential" under this Protective order (the "Producing Party"), or a court order obtained after appropriate notice to all interested persons, a party, other than the Producing Party, may not file in the public record in this action any documents designated "Confidential" or "Highly Confidential."  If any documents designated "Confidential" or "Highly Confidential" would be included in any pleading, memorandum or other court filing, counsel for the party wishing to include such "Confidential" or "Highly Confidential" documents shall meet and confer with opposing counsel and/or counsel for the Producing Party <u>in advance</u> of the filing of any such pleading, memorandum or other court filing, in order to narrow or eliminate the documents for which the Producing Party seeks confidential status.  In attempting to narrow or eliminate the number of documents for which the Producing Party seeks confidential status, counsel shall be guided by the standards set forth in <u>Kamakana v. City and County of Honolulu</u>, 447 F.3d 1172 (9th Cir. 2006).  If the meet and confer does not eliminate the need for all or part of the pleading, memorandum or other court filing in question to be filed under seal, the parties shall follow the procedures specified in Civil Local Rule 79-5, and shall furthermore support any request for the sealing of documents with the requisite showing of need, as set forth in <u>Kamakana</u>.

**IT IS SO ORDERED**
Dated: July _7_, 2008



_____
Hon. Phyllis J. Hamilton
United States District Judge

LA2:863628.1

1

[PROPOSED] AMEND. NO. 1 TO THE
MARCH 21, 2007 PROTECTIVE ORDER
CASE NO. C 06-6436 PJH