EDMUND G. BROWN JR.
Attorney General of the State of California
J. MATTHEW RODRIQUEZ
Chief Assistant Attorney General
KATHLEEN E. FOOTE (S.B. 65819)
Senior Assistant Attorney General
EMILIO E. VARANINI (S.B. 163952)
Emilio.varanini@doj.ca.gov
Deputy Attorney General
455 Golden Gate Avenue
San Francisco, California 94102
Telephone: (415) 703-5908
Facsimile: (415) 703-5480

Liaison Counsel for Plaintiff States

O'MELVENY & MYERS LLP
KENNETH R. O'ROURKE (S.B. # 120144)
korourke@omn.com
STEVEN H. BERGMAN (S.B. # 180542)
sbergman@omm.com
JANE Y. CHANG (S.B. # 241890)
jchang@omm.com
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> INFINEON TECHNOLOGIES AG, et al., <br><br> Defendants. | CASE NO. C 06-4333 PJH <br><br> Master File No. M-02-1486 PJH <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING DUE DATE FOR PLAINTIFF STATES' RESPONSES TO DEFENDANTS' INTERROGATORIES TO NON DEPOSED CENTRAL PURCHASING AGENCIES AND CERTAIN STATE AGENCIES, UNIVERSITIES/COLLEGES AND LOCAL GOVERNMENTS** |

1

STIPULATION AND [PROPOSED] ORDER RE EXTENDING DUE DATE FOR FILING RESPONSES TO
INTERROGATORIES—CASE NO. 02-1486 PJH (JCS); 06-04333 PJH (JCS)

WHEREAS, at the discovery conference held on July 25, 2008, the Court ordered that the Plaintiff States would submit their Responses to Defendants' Interrogatories to Certain State Agencies, Universities/Colleges, and Local Governments in Arizona, Hawaii, Iowa, Kentucky, Louisiana, Massachusetts, Maryland, Michigan, Minnesota, Nebraska, New Mexico, North Dakota, the Northern Mariana Islands, Utah, Virginia and Wisconsin and Defendants' Interrogatories to Central Purchasing Agencies Not Being Deposed ("Defendants' Interrogatories") within 60 days from the hearing date, making the Responses due on September 23, 2008;

WHEREAS the Plaintiff States requested an additional two weeks to submit their Responses to Defendants' Interrogatories;

WHEREAS the Defendants do not oppose Plaintiff States' request for a two-week extension to submit their Responses to Defendants' Interrogatories.

Plaintiff States and Defendants have stipulated and agreed as follows:

Plaintiff States have an additional two weeks to submit their Responses to Defendants' Interrogatories. Plaintiff States' Responses to Defendants' Interrogatories will be due on October 7, 2008.

DATED:  September 11, 2008

                                                  Respectfully submitted,

EDMUND G. BROWN, JR.
Attorney General of the State of California
J. MATTHEW RODRIQUEZ
KATHLEEN E. FOOTE
EMILIO E. VARANINI

By: _____/s/Emilio E. Varanini_____ .
                  Emilio E. Varanini

Liaison Counsel for Plaintiff States

2

STIPULATION AND [PROPOSED] ORDER RE EXTENDING DUE DATE FOR FILING RESPONSES TO INTERROGATORIES—CASE NO. 02-1486 PJH (JCS); 06-04333 PJH (JCS)

O'MELVENY & MYERS LLP
KENNETH R. O'ROURKE
STEVEN H. BERGMAN
JANE Y. CHANG


    _s/ Steven H. Bergman_
      Steven H. Bergman

Attorneys for Defendants
HYNIX SEMICONDUCTOR INC. and
HYNIX SEMICONDUCTOR AMERICA INC.,
and for the purposes of this stipulation only, signing
on behalf of Defendants MICRON
TECHNOLOGY, INC., MICRON
SEMICONDUCTOR PRODUCTS, INC.,
INFINEON TECHNOLOGIES NORTH
AMERICA CORP., INFINEON TECHNOLOGIES
AG, ELPIDA MEMORY (USA) INC., ELPIDA
MEMORY, INC., MOSEL VITELIC INC.,
MOSEL VITELIC CORPORATION, NANYA
TECHNOLOGY CORPORATION, NANYA
TECHNOLOGY CORPORATION USA and NEC
ELECTRONICS AMERICA, INC

## ATTESTATION OF FILING

    Pursuant to General Order No. 45 § X(B), I hereby attest that I have obtained concurrence in the filing of this stipulation from the Plaintiff States and Defendants listed above.

                                              /s/ Emilio Varanini
                                              Emilio Varanini
                                              Liaison Counsel for Plaintiff States

3
STIPULATION AND [PROPOSED] ORDER RE EXTENDING DUE DATE FOR FILING RESPONSES TO INTERROGATORIES—CASE NO. 02-1486 PJH (JCS); 06-04333 PJH (JCS)

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES IT IS SO ORDERED.

Dated: September __11__, 2008.



4

STIPULATION AND [PROPOSED] ORDER RE EXTENDING DUE DATE FOR FILING RESPONSES TO INTERROGATORIES—CASE NO. 02-1486 PJH (JCS); 06-04333 PJH (JCS)