Attorney for Plaintiff
STATE OF RHODE ISLAND

EDMUND F. MURRAY, JR. (S.B. #3096)
emurray@riag.state.ri.us
RHODE ISLAND DEPARTMENT OF ATTORNEY GENERAL
150 South Main Street
Providence, RI 02903
Telephone: (401) 274-4400 ext. 2401
Facsimile:  (401) 222-2995

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE STATE OF CALIFORNIA et al., | Case No.:  C 06-4333 PJH |
| | Related to MDL No. 1486 |
| Plaintiffs, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER INTERROGATORIES** |
| v. | |
| INFINEON TECHNOLOGIES AG et al., | |
| Defendants. | |

Now comes the State of Rhode Island, by and through the Attorney General, and Defendants Hynix Semiconductor, Inc. and Hynix Semiconductor America, Inc. and hereby agree to stipulate to an extension of time in which the State of Rhode Island shall provide answers to Defendant Hynix's interrogatories.  Pursuant to a previous order of this court, Rhode Island's answers, as well as other states' answers, are due on October 7, 2008.  After discussions with Steven Bergman, Hynix' counsel, Hynix has no objection to this Court granting Rhode Island an extension until November 7, 2008 in which to answer Hynix' interrogatories.  As a basis for said Stipulation Rhode Island states the following:

---
State of California, et al., vs. Infineon Technologies, AG  Case No. C06-4333 PJH

1. The information requested in Hynix' interrogatories relates to a period (1998-2002) when the State had changed from Rhode Island Financial and Accounting System (RIFANS) to Rhode Island State Automated Information Link (RISAIL);

2. Many, if not all, of the State employees who were previously working in the Division of Purchasing, IT and/or Accounts and Control are either no longer employed by the State or are employed in different State departments;

3. Providing the requested information is time consuming in that the answers require a determination of what relevant DRAM was in equipment that was purchased by the Department of Administration and other state agencies;

4. Retrieving the information requested for purchases prior to RISAIL (i.e. prior to 2002) is labor intensive in that the information is contained in purchase orders, invoices and statements. These documents are not segregated in any meaningful way with respect to the issues in this case. Therefore, personnel must read each document in order to determine if it relates to the purchase of a product containing DRAM. This is the most time consuming aspect of the State's search and retrieval of relevant information.

5. The State of Rhode Island is attempting to eliminate a five hundred million dollar ($500,000,000) budget deficit. In doing so, many State employees (approximately 9%) will have left State service by October 1, 2008. This makes finding additional personnel who are available to review documents impossible.

WHEREFORE, the State of Rhode Island and Defendants Hynix Semiconductor Inc. and Hynix Semiconductor America, Inc. agree and stipulate that the state of Rhode Island shall have an Extension until November 7, 2008 to Answer Defendant Hynix' Interrogatories.

DATED: <u>October 2, 2008</u>

1  Respectfully Submitted,

2  State of Rhode Island,                                O'MELVENY & MYERS LLP

3  By Its Attorney,                                      KENNETH R. O'ROURKE
                                                         MICHAEL F. TUBACH
4  PATRICK C. LYNCH                                      STEVEN H. BERGMAN
5  ATTORNEY GENERAL                                      JANE Y. CHANG

6

7  By:  ___/Edmund F. Murray, Jr./_____               By:  ___/Steven H. Bergman/_____
     Edmund F. Murray, Jr. (#3096)                            Steven H. Bergman
8  Special Assistant Attorney General
   Pro Hac Vice                                          Attorneys for Defendants
9  Rhode Island Department of Attorney General           HYNIX SEMICONDUCTOR INC. and
   150 South Main Street                                 HYNIX SEMICONDUCTOR AMERICA INC
10 Providence, RI 02903-2907                             *and with respect to this Stipulation only.*
   Tel: (401) 274-4400 x 2401
11 Fax: (401) 222-2995
12 emurray@riag.ri.gov

13

14                                          **ORDER**

15

16 THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

17

18
          October 2, 2008
19 DATED:_____

20                                                       IT IS SO ORDERED
                                                         Judge Joseph C. Spero
21

22

23  .

24

25

26

27

28 _____3_____
   State of California, et al., vs. Infineon Technologies, AG  Case No. C06-4333 PJH