JOSEF D. COOPER (S.B. 53015)
TRACY R. KIRKHAM (S.B. 69913)
JOHN J. BOGDANOR (S.B. 215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, 2nd Floor
San Francisco, CA 94103
Telephone:    (415) 788-3030
Facsimile:    (415) 882-7040

*Co-Lead Counsel for*
*Indirect-Purchaser Plaintiffs*

JOEL S. SANDERS (107234)
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street
Telesis Tower, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile:   (415) 986-5309

*Counsel For Defendant Micron Technology, Inc.*
*and for other Defendants appear on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **In Re DRAM ANTITRUST LITIGATION** | Master File No. M-02-1486 PJH |
| | MDL. No. 1486 |
| This Document Relates to: *All Indirect-Purchaser Cases* | Case No. 05-02472    MODIFIED STIPULATION AND [~~PROPOSED~~] ORDER REGARDING STAY OF INDIRECT PURCHASER PROCEEDINGS BEFORE THIS COURT PENDING NINTH CIRCUIT REMAND |

WHEREAS, on March 28, 2008, this Court granted Indirect-Purchaser Plaintiffs' ("Plaintiffs") Motion pursuant to Title 28, USC § 1929(b) ("Section 1292(b) Petition") for Certification for Interlocutory Appeal of its June 1, 2007 and January 29, 2008 Orders dismissing, with prejudice, all antitrust damage claims under fifteen states' antitrust statutes for purchasers of computers containing DRAM modules; and

**WHEREAS**, Plaintiffs filed a Section 1292(b) Petition with the United States Court of Appeals for the Ninth Circuit on April 7, 2008; and

**WHEREAS**, on April 17, 2008, this Court, pursuant to the parties' stipulation, ordered an interim stay of these proceedings pending the Ninth Circuit's ruling on the Section 1292(b) Petition; and

**WHEREAS**, on June 26, 2008 the Ninth Circuit granted the Section 1292(b) Petition; and

**WHEREAS**, the current briefing schedule in the Ninth Circuit extends through May 2009; and

**WHEREAS**, the briefing on class certification before this Court has been stayed because the composition of the indirect-purchaser class will be substantially changed if purchasers of computers containing DRAM are included in this action; and

**WHEREAS**, the parties agree to continue to stay the indirect purchaser proceedings in this Court until the Ninth Circuit decides the interlocutory appeal and remands this matter to this Court.

**IT IS HEREBY STIPULATED** by and between the parties hereto, subject to approval by this Court, to continue to stay all proceedings in this indirect purchaser action in this Court during the period that the Ninth Circuit is considering Plaintiffs' appeal.

Dated: October 29, 2008

So Stipulated:

By: /s/
JOSEF D. COOPER (S.B. 53015)
TRACY R. KIRKHAM (S.B. 69913)
JOHN J. BOGDANOR (S.B. 215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, 2nd Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040

Co-Lead Counsel for Indirect Purchaser Plaintiffs

STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF INDIRECT PURCHASER PROCEEDINGS BEFORE THIS COURT PENDING NINTH CIRCUIT REMAND
2

Gibson, Dunn & Crutcher LLP

1  By: _____/s/_____
2  JOEL S. SANDERS (SBN 107234)
   GIBSON, DUNN & CRUTCHER
3  One Montgomery Street
   Telesis Tower, Suite 3100
4  San Francisco, California 94104
   Telephone: (415) 393-8200
5  Facsimile: (415) 986-5309

6  Counsel For Defendant Micron Technology, Inc. and
   on behalf of all other Defendants

7  *Additional Defendants and Counsel:*

| ROBERT B. PRINGLE<br>PAUL R. GRIFFIN<br>JONATHAN SWARTZ<br>THELEN LLP<br>101 Second Street, Suite 1800<br>San Francisco CA 94105-3601<br><br>*Attorneys for Defendant NEC Electronics America, Inc.* | JAMES G. KREISSMAN<br>HARRISON J. FRAHN IV<br>GABRIEL N. RUBIN<br>SIMPSON THACHER & BARLETT LLP<br>2550 Hanover Street<br>Palo Alto, CA 94304<br><br>*Attorneys for Defendants Elpida Memory, Inc., and Elpida Memory (USA) Inc.* |
|---|---|
| STEPHEN V. BOMSE<br>MICHAEL J. SHEPARD<br>DAVID C. BROWNSTEIN<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br><br>*Attorneys for Defendants Mosel Vitelic Inc., and Mosel Vitelic Corporation* | KENNETH R. O'ROURKE<br>STEVEN H. BERGMAN<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br><br>IAN SIMMONS<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, D.C. 20006-4001<br><br>*Attorneys for Defendants Hynix Semiconductor Inc. and Hynix Semiconductor America Inc.* |
| KAYE SCHOLER LLP<br>ATON ARBISSER, Bar Number 150496<br>JULIAN BREW, Bar Number 150615<br>JOSHUA STAMBAUGH, Bar Number 233834<br>1999 Avenue of the Stars, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 788-1000<br>Facsimile: (310) 788-1200<br><br>*Attorneys for Defendants Infineon Technologies North America Corp. and Infineon Technologies AG.* | HOWARD M. ULLMAN<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>The Orrick Building<br>405 Howard Street<br>San Francisco, CA 94105-2669<br><br>ROBERT FREITAS<br>Orrick, Herrington & Sutcliffe LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025-1021<br><br>*Attorneys for Defendants Nanya Technology Corporation and Nanya Technology Corporation USA* |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF INDIRECT PURCHASER PROCEEDINGS BEFORE THIS COURT PENDING NINTH CIRCUIT REMAND

## ATTESTATION OF FILING

Pursuant to General Order No. 45 § X (B), I hereby attest that I have obtained concurrence in the service and filing of this Motion with electronic signatures from all of the parties listed in the signature blocks above.

                    /s/ Joel S. Sanders
                    Joel S. Sanders

## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation of the parties, **IT IS HEREBY ORDERED**:

1. All proceedings in the indirect purchaser actions before this Court shall continue to be stayed during the period of time the United States Court of Appeals for the Ninth Circuit is considering the Indirect Purchaser Plaintiffs' appeal.

2. Within ~~45~~ 21 days of the Ninth Circuit's remand, the parties shall jointly submit to the Court for approval, a schedule for briefing of the class certification motion.

Dated: __October 30__, 2008



IT IS SO ORDERED
Judge Phyllis J. Hamilton
The United States District Judge

100546500_1.DOC

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER REGARDING STAY OF INDIRECT PURCHASER PROCEEDINGS BEFORE THIS COURT PENDING NINTH CIRCUIT REMAND

4