UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION
_____/

No. M 02-1486 PJH

**ORDER**

The court is in receipt of a filing by pro se petitioner Frerick Metoyer dated October 29, 2008, and a subsequent filing by Mr. Metoyer that was lodged and received by the court on November 3. The October 29 filing appears to be entitled "Amended Order Approving Joint Consolidating Statute & U.S. Courts of Appeals," and the latter is entitled "Motion to Amend Attachment for Order Granting Plaintiffs' Confidential Motion the Enforce the Settlement for Venue." Both filings consist of numerous pages of documents listing a variety of captions, case numbers, party names and titles, including several pages that are entitled "financial affidavit" and "escrow agreement."

Aside from these details, however, the court is completely unable to determine the nature of plaintiff's filings. Their content is unintelligible and indecipherable, making it impossible for the court to determine whether plaintiff is requesting any type of action or relief. Accordingly, to the extent any request is contained within either of plaintiff's filings, the request is DENIED.

**IT IS SO ORDERED.**

Dated: November 4, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge