UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION
_____/

This Document Relates to:

State of New York v. Micron et al.
(C 06-6436 PJH)
_____/

No. M 02-1486 PJH

**NOTICE AND ORDER CONTINUING HEARING DATE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The hearing on plaintiff's motion for judgment on the pleadings, which was previously set for November 19, 2008, at 9:00 a.m., has been CONTINUED to December 17, 2008, at 9:00 a.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED**.

Dated: November 17, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge