1  KENNETH R. O'ROURKE (S.B. #120144)
   korourke@omm.com
2  STEVEN H. BERGMAN (S.B. #180542)
   sbergman@omm.com
3  O'MELVENY & MYERS LLP
   400 South Hope Street
4  Los Angeles, CA 90071-2899
   Telephone:  (213) 430-6000
5  Facsimile:  (213) 430-6407

6  MICHAEL F. TUBACH (S.B. #145955)
   mtubach@omm.com
7  KATHERINE M. ROBISON (S.B. #221556)
   krobison@omm.com
8  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
9  San Francisco, CA 94111-3823
   Telephone:  (415) 984-8700
10 Facsimile:  (415) 984-8701

11 *Attorneys for Defendants*
   HYNIX SEMICONDUCTOR INC. and
12 HYNIX SEMICONDUCTOR AMERICA INC.

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE STATE OF CALIFORNIA et al., | Case No. C 06-4333 PJH |
| Plaintiffs, | Assigned for all purposes to the Hon. Phyllis J. Hamilton |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING THE DECEMBER 5, 2008 DISCOVERY CONFERENCE** |
| INFINEON TECHNOLOGIES AG et al., | |
| Defendants. | |
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH MDL. No. 1486 |
| This Document Relates to: | Case No. C 06-6436 PJH |
| STATE OF NEW YORK, | |
| Plaintiff | |
| v. | |
| MICRON TECHNOLOGY, INC., et al., | |
| Defendants. | |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, the Court ordered a discovery conference on December 5, 2008 |
| 3 | at 1:30 p.m.; and |
| 4 | WHEREAS, for scheduling reasons, the parties are amenable to continuing |
| 5 | the December 5, 2008 discovery conference; |
| 6 | THEREFORE, pursuant to Civil L.R. 7-11, the Plaintiff States and |
| 7 | Defendants have stipulated and agreed as follows: |
| 8 | 1. The December 5, 2008 discovery conference shall be continued to |
| 9 | January 9, 2009 at 1:30 p.m.; and |
| 10 | 2. The parties shall submit a joint discovery status conference statement |
| 11 | on January 5, 2009. |
| 12 | SO STIPULATED. |
| 13 | Dated: December 1, 2008 |

| EDMUND G. BROWN, JR.<br>Attorney General of the State of California<br>THOMAS GREENE<br>KATHLEEN E. FOOTE<br>EMILIO E. VARANINI | O'MELVENY & MYERS LLP<br>KENNETH R. O'ROURKE.<br>MICHAEL F. TUBACH<br>STEVEN H. BERGMAN<br>KATHERINE M. ROBISON |
|---|---|
| By: _/Emilio E. Varanini/_<br>Emilio E. Varanini | By: _/Steven H. Bergman/_<br>Steven H. Bergman |
| Liaison Counsel for Plaintiff States | *Attorneys for Hynix Semiconductor Inc. and Hynix Semiconductor America Inc. and, for purposes of this stipulation only, signing with permission of all other defendants* |

LA2:862346.2     - 1 -     JOINT STIPULATION AND [P<del>ROPOSED</del>] ORDER CONTINUING DEC. 5, 2008 DISCOVERY CONF.
CASE NO. C 06-4333 PJH; MDL NO. 1486

1 **ATTESTATION OF FILING**

2  Pursuant to General Order No. 45 § X(B), I hereby attest that I have obtained
3 concurrence in the filing of this Joint Stipulation and [Proposed] Order Continuing the
4 December 5, 2008 Discovery Conference from all of the parties listed in the signature
5 blocks above.

6
7                         By:    */Steven H. Bergman/*
                                   Steven H. Bergman
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LA2:862346.2                              - 2 -                 JOINT STIPULATION AND [PROPOSED] ORDER
                                                                CONTINUING DEC. 5, 2008 DISCOVERY CONF.
                                                                CASE NO. C 06-4333 PJH; MDL NO. 1486

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the Stipulation of the parties, IT IS SO ORDERED. |
| 3 | The December 5, 2008 discovery conference shall be continued to January |
| 4 | 9, 2009 at 1:30 p.m. and the parties shall submit a joint discovery conference statement on |
| 5 | January 5, 2009. |
| 7 | Dated: December _3_, 2008 |

_____
United States Magistrate Judge
Judge Joseph C. Spero

LA2:862346.2     - 3 -     JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING DEC. 5, 2008 DISCOVERY CONF.
CASE NO. C 06-4333 PJH; MDL NO. 1486