1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BURROW & SHIMANE
LANCE BURROW_SBN 94986____
lance@burrow-law.com
96 N. 3rd Street, Suite 500
San Jose, CA 95112
Telephone:  (408) 993-8493
Facsimile:  (408) 993-8496

Attorneys for Kimball Electronics Tampa, Inc. f/k/a
Reptron Electronics, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486PJH<br><br>MDL No. 1486<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER** |
| This Document Relates to:<br><br>ALL DIRECT PURCHASER ACTIONS | Date:        November 18, 2009<br>Time:        9:00 PST<br>Judge:       Hon. Phyllis J. Hamilton<br>Ctrm:        5, 17th Floor |

Kimball Electronics Tampa, Inc. f/k/a Reptron Electronics, Inc. ("Reptron"), Jaco
Electronics, Inc. ("Jaco"), NEC Electronics America, Inc., Mosel Vitelic, Inc., Mosel Vitelic
Corporation, Infineon Technologies AG, Infineon Technologies North America Corp., Elpida
Memory, Inc., Elpida Memory (USA), Inc., Nanya Technology Corporation, and Nanya
Technology USA Corporation, Inc. (the "Parties"), stipulate, through their respective counsel,
that the hearing on Reptron's Motion to Intervene may be continued to Wednesday, November 18,
2009, at 9:00 a.m. (the "New Hearing Date").  The purpose of the continuance is to facilitate
ongoing settlement discussions between Reptron and Jaco.

1    Parties further stipulate that the adjournment is contingent upon the continuance of Jaco's

2 Motion Pursuant to Rule 42 for an Order to Avoid Unnecessary Cost or Delay, pending in *Jaco*

3 *Electronics, Inc. v. Hynix Semiconductor, Inc.*, et al., Case No.  C-07-01212 PJH, to the New

4 Hearing Date.

5

6    Defendants Micron Technology Inc. and Micron Semiconductor Products, Inc. take no

position on the continuance of the hearing.

7

**IT IS SO STIPULATED AND AGREED.**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:   October 1, 2009                          BAKER & HOSTETLER LLP


                                                         _/s/_ Lisa Carteen
                                                  _____
                                                          Lisa Carteen

                                                  Counsel for Jaco Electronics, Inc.


Dated: October 1, 2009                            BURROW & SHIMANE


                                                          /s/ Lance Burrow
                                                  _____
                                                          Lance Burrow

                                                  Counsel for Kimball Electronics Tampa, Inc.
                                                  f/k/a Reptron Electronics, Inc.


Dated: October 1, 2009                            WINSTON & STRAWN LLP


                                                          /s/ Paul R. Griffin
                                                  _____
                                                          Paul R. Griffin

                                                  Counsel for NEC Electronics America, Inc.


Dated: October 1, 2009                            GIBSON, DUNN & CRUTCHER LLP


                                                          /s/ Joel S. Sanders
                                                  _____
                                                          Joel S. Sanders

                                                  Counsel for Micron Technology, Inc. and
                                                  Micron Semiconductor Products, Inc.

Dated: October 1, 2009

ORRICK HERRINGTON & SUTCLIFFE LLP

_____
/s/ David Brownstein
David Brownstein

Counsel for Mosel Vitelic, Inc. and Mosel Vitelic Corporation

Dated: October 1, 2009

KAYE SCHOLER LLP

_____
/s/ Julian Brew
Julian Brew

Counsel for Infineon Technologies AG and Infineon Technologies North America Corp.

Dated: October 1, 2009

ORRICK HERRINGTON & SUTCLIFFE LLP

_____
/s/ Howard Ullman
Howard Ullman

Counsel for Nanya Technology Corporation and Nanya Technology USA Corporation, Inc.

Dated: October 1, 2009

SIMPSON THACHER & BARTLETT LLP

_____
/s/ Harrison J. Frahn
Harrison J. Frahn

Counsel for Elpida Memory, Inc. and Elpida Memory (USA), Inc.

## <u>ATTESTATION OF FILING</u>

Pursuant to General Order 45.X.B, I hereby attest that I have obtained concurrence in the filing of this document from the parties listed above.

*/s/* Lance Burrow

Lance Burrow

# **[~~PROPOSED~~] ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED.

Dated:  10/5/09



_____
Hon. Phyllis J. Hamilton
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
Master File No. M-02-1486PJH

1

## <u>CERTIFICATE OF SERVICE</u>

2          I HEREBY CERTIFY that on October 1, 2009, I electronically filed the foregoing

3  **STIPULATION AND [PROPOSED] ORDER** via CM/ECF on all interested parties registered

4  for e-filing in Master File No. M-02-1486PJH.

5          I declare under penalty of perjury under the laws of the United States of America that the

6  foregoing is true and correct.

7          Executed on October 1, 2009, at San Jose, California.

8

9                                            _____/s/ Lance Burrow_____

10                                                     Lance Burrow
                                              E-mail:  lance@burrow-law.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28