ANDREW M. CUOMO
Attorney General of the State of New York
RICHARD L. SCHWARTZ
JEREMY R. KASHA
Assistant Attorneys General
    Office of the New York Attorney General
    120 Broadway, 26th Floor
    New York, New York 10271-0332
    Tel: (212) 416-8262
    Fax: (212) 416-6015
    Email:  Richard.Schwartz@oag.state.ny.us
              Jeremy.Kasha@oag.state.ny.us

Attorneys for Plaintiff State of New York

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH<br><br>MDL No. 1486<br><br>Case No. C 06-6436 PJH |
| This Document Relates to:<br><br>STATE OF NEW YORK,<br><br>              Plaintiff,<br><br>        v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>              Defendants. | **STIPULATION AND [~~PROPOSED~~] ORDER**<br><br>Judge: Hon. Phyllis J. Hamilton |

WHEREAS New York has been taking discovery, pursuant to the Court Orders dated January 5, 2009 and July 27, 2009, from certain Defendants, including Infineon Technologies AG & Infineon Technologies North America Corp. (the "Infineon defendants"), concerning certain affirmative defenses; and

WHEREAS the Stipulation and Order dated July 27, 2009 requires the parties to schedule and conduct Fed. R. Civ. P. 30(b)(6) depositions noticed in 2009 by New York within 150 days of entry of the Order, *i.e.,* by December 24, 2009; and

WHEREAS following extensive meet and confer discussions, New York was able to schedule and conduct depositions of certain defendants other than the Infineon defendants in December 2009; and

WHEREAS it was not possible, for practical reasons, for New York and the Infineon defendants to schedule a deposition of an appropriate Infineon witness during the same time frame as the other depositions that have already been held in December 2009; and

WHEREAS New York and Infineon have negotiated in good faith and have reached an agreement to conduct the deposition on or about January 14, 2010, *i.e.,* after the deadline otherwise imposed by the July 27, 2009 Stipulation and Order;

IT IS HEREBY STIPULATED BY NEW YORK AND THE INFNEON DEFENDANTS THAT:

Paragraph 8(b) of the Stipulation and Order dated July 27, 2009 is hereby modified so as to permit New York to depose an Infineon witness pursuant to New York's 2009 Fed. R. Civ. P. 30(b)(6) Notice of Deposition on or about January 14, 2010.  Aside from this date modification, the remainder of the stipulation shall remain in place and shall have the same force and effect on the deposition of the Infineon witness as if the deposition had taken place prior to December 24, 2009.

//

//

//

**STIPULATION AND ORDER**                                                **C 06-6436 (PJH)  M 02-1486 (PJH)**

Dated: December 18, 2009

ANDREW M. CUOMO
Attorney General of the State of New York
Antitrust Bureau
120 Broadway, 26th Floor
New York, New York 10271
(212) 416-8282

By  /s/ Jeremy R. Kasha
RICHARD L. SCHWARTZ
JEREMY R. KASHA
Assistant Attorneys General
Antitrust Bureau

Counsel for the State of New York

Kaye Scholer LLP
1999 Ave. of the Stars, Suite 1700
Los Angeles, CA 90067
Phone: 310-788-1244

By  /s/ Joshua S. Stambaugh
ATON ARBISSER
JULIAN BREW
JOSHUA S. STAMBAUGH

Counsel for Infineon Technologies AG &
Infineon Technologies North America Corp.

Dated:  12/18/09

SO ORDERED:

_____
U.S.M.J. JOSEPH S.

Judge Joseph C. Spero