KAYE SCHOLER LLP
Aton Arbisser, Bar Number 150496
Julian Brew, Bar Number 150615
Joshua Stambaugh, Bar Number 233834
1999 Avenue of the Stars, Suite 1700
Los Angeles, California 90067
Telephone: (310) 788-1000
Facsimile: (310) 788-1200

Attorneys for Defendants Infineon Technologies
North America Corp. and Infineon Technologies
AG.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH<br><br>MDL No. 1486<br><br>Case No. 06 6436 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>Judge: Hon. Phyllis J. Hamilton |
| This Document Relates to:<br><br>STATE OF NEW YORK,<br><br>          Plaintiff,<br><br>v.<br><br>MICRON TECHNOLOGY, INC., et al.,<br><br>          Defendants. | |

WHEREAS New York has been taking discovery, pursuant to the Court Orders dated January 5, 2009 and July 27, 2009, from certain Defendants, including Infineon Technologies AG & Infineon Technologies North America Corp. (the "Infineon defendants"), concerning certain affirmative defenses; and

WHEREAS the Stipulation and Order dated July 27, 2009 requires the parties to schedule and conduct Fed. R. Civ. P. 30(b)(6) depositions noticed in 2009 by New York within 150 days of entry of the Order, *i.e.*, by December 24, 2009; and

WHEREAS following extensive meet and confer discussions, New York was able to schedule and conduct depositions of certain defendants other than the Infineon defendants in December 2009; and

WHEREAS it was not possible, for practical reasons, for New York and the Infineon defendants to schedule a deposition of an appropriate Infineon witness during the same time frame as the other depositions that have already been held in December 2009; and

WHEREAS New York and Infineon had negotiated in good faith and had reached an agreement to conduct the deposition on or about January 14, 2010, *i.e.*, after the deadline otherwise imposed by the July 27, 2009 Stipulation and Order;

WHEREAS New York and Infineon submitted a Stipulation and Proposed Order, signed by the Court on December 18, 2009, continuing the Infineon 30(b)(6) deposition to January 14, 2009;

WHEREAS it is not possible for New York and the Infineon defendants to conduct the deposition of an appropriate Infineon witness by January 14, 2010, but the parties have met and conferred and reached an agreement to conduct the deposition, if necessary, on or about March 4, 2010 or March 5, 2010;

//
//
//
//
//
//
//
//

IT IS HEREBY STIPULATED BY NEW YORK AND THE INFINEON DEFENDANTS THAT:

1. Paragraph 8(b) of the Stipulation and Order dated July 27, 2009 is hereby modified so as to permit New York to depose an Infineon witness pursuant to New York's 2009 Fed. R. Civ. P. 30(b)(6) on or about March 4, 2010 or March 5, 2010. Aside from this date modification, the remainder of the stipulation shall remain in place and shall have the same force and effect on the deposition of the Infineon witness as if the deposition had taken place prior to December 24, 2009.

//

Dated: January 8, 2010

ANDREW M. CUOMO
Attorney General of the State of New York
Antitrust Bureau
120 Broadway, 26th Floor
New York, New York 10271
(212) 416-8282

By /s/ Jeremy R. Kasha
RICHARD L. SCHWARTZ
JEREMY R. KASHA
Assistant Attorneys General
Antitrust Bureau

Counsel for the State of New York

Kaye Scholer LLP
1999 Ave. of the Stars, Suite 1700
Los Angeles, CA 90067
Phone: 310-788-1244

By /s/ Joshua Stambaugh
ATON ARBISSER
JULIAN BREW
JOSHUA S. STAMBAUGH

Counsel for Infineon Technologies AG & Infineon Technologies North America Corp.

Dated: Jan. 11, 2010

SO ORDERED:



_____
U.S.M.J. JOSEPH

23280548.DOC

2

Stipulation and [Proposed] Order
Master File No. M-02-1486 PJH

| | |
|---|---|
| STATE OF CALIFORNIA | ) |
| | ) ss. |
| COUNTY OF LOS ANGELES | ) |

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 1999 Avenue of the Stars, Suite 1700, Los Angeles, California 90067.

On January 8, 2010, I served the documents described as: **STIPULATION AND [PROPOSED] ORDER**

by placing a copy of the above entitled document in a sealed envelope addressed as stated below:

__X__  by **ECF: by USDC Live System-Documents Filing System on all interested parties registered for e-filing in cases M-02-1486-PJH and C-06-06436-PJH**

____  by **U.S. MAIL** (I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.)

____  by **FEDERAL EXPRESS** (by causing such envelope to be delivered to the office of the addressee by overnight delivery via Federal Express or by other similar overnight delivery service.

____  by **PERSONAL SERVICE**
    ____  by personally delivering such envelope to the addressee.
    ____  by causing such envelope to be delivered by messenger to the office of the addressee.

____  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 8, 2010, at Los Angeles, California.

Vickie J. Huntley                                         *Vickie J. Huntley*