Guido Saveri (22349)
R. Alexander Saveri (173102)
Cadio Zirpoli (179108)
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone:  (415) 217-6810
Facsimile:  (415) 217-6813
guido@saveri.com
rick@saveri.com
cadio@saveri.com

Anthony D. Shapiro (*pro hac vice*)
George W. Sampson (*pro hac vice*)
Ronnie S. Spiegel
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, WA  98101
Telephone:  (206) 623-7292
tony@hbsslaw.com
george@hbsslaw.com
ronnie@hbsslaw.com

Attorneys for Plaintiff Alan Preis
*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH<br><br>MDL No. 1486 |
| This Document Relates to:<br><br>*Preis et. al. v. Hitachi, Ltd., et al.*,<br>Case No. CV 10-0346 PJH | **STIPULATION AND [~~PROPOSED~~] ORDER VACATING MAY 6, 2010 CASE MANGAGEMENT CONFERENCE** |

1

**STIPULATION**

2      This Stipulation is entered into pursuant to Northern District of California Civil Local

3 Rule 7-11(a) between Plaintiff Alan Preis and defendants Hitachi, Ltd., Mitsubishi Electric

4 Corporation, Mitsubishi Electric & Electronics USA, Inc., Toshiba Corporation and Toshiba

5 America Electronic Components, Inc. in *Alan Preis v. Hitachi, Ltd., et al.* ("*Preis*") filed January

6 25, 2010, and assigned to the Honorable Phyllis J. Hamilton, and is made with reference to the

7 following facts:

8      WHEREAS, plaintiff Alan Preis filed a class action complaint against defendants Hitachi,

9 Ltd., Mitsubishi Electric Corporation, Mitsubishi Electric & Electronics USA, Inc., Toshiba

10 Corporation and Toshiba America Electronic Components, Inc. on January 25, 2010, alleging a

11 conspiracy to illegally fix, raise, maintain and/or stabilize the prices charged for DRAM;

12      WHEREAS, on January 29, 2010, plaintiff Alan Preis filed an Administrative Motion To

13 Consider Whether Cases Should Be Related to *In Re Dynamic Random Access Memory Antitrust*

14 *Litigation, ("DRAM")* Master File No. M-02-1486 PJH, MDL No. 1486, filed in the Northern

15 District of California and assigned to the Honorable Phyllis J. Hamilton ("Related Case

16 Motion");

17      WHEREAS, On February 3, 2010 the Honorable Phyllis J. Hamilton issued a Related

18 Case Order, relating the *Preis* matter with *DRAM;*

19      WHEREAS, on February 5, 2010 the parties entered into a Stipulation And [Proposed]

20 Order Re Acceptance Of Service Of Summons And Complaint And Extension Of Time To

21 Respond to the *Preis* complaint, which states that the deadline for an answer or other response to

22 the *Preis* complaint, if necessary, is after the Court rules on the class action settlements.

23

24      WHEREAS, on February 16, 2010 the Court issued an Order setting a case management

conference for May 6, 2010 (see Document No. 7);

25

26      WHEREAS, On April 1, 2010, Plaintiff filed a Motion for Preliminary Approval of Class

27 Action Settlements with Defendants (1) Mitsubishi Electric Corporation and  Mitsubishi Electric

28

2

STIPULATION AND [PROPOSED] ORDER VACATING MAY 6, 2010 CASE
MANAGEMENT CONFERENCE; Civil Action No. CV 10 0346 PJH, MDL No. 1486

1   and Electronics USA, Inc. ("Mitsubishi"); (2) Hitachi, Ltd. ("Hitachi"); and (3) Toshiba America

2   Electronic Components, Inc., and Toshiba Corporation ("Toshiba");

3           WHEREAS, the hearing date for Plaintiffs Motion for Preliminary Approval of Class

4   Action Settlements has been re-noticed for May 12, 2010;

5           WHEREAS, the parties believe that all matters that would be covered at the May 6, 2010

6   Case Management Hearing can be addressed with the Court at the May 12, 2010 hearing for

7   Preliminary Approval of Class Action Settlements;

8

9           **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the Case**

10  **Management Conference hearing scheduled for May 6, 2010 shall be taken off calendar.**

11  **Any future Court dates will be addressed and set at the May 12, 2010 hearing on the**

12  **Motion for Preliminary Approval of Class Action Settlements.**

13

14  Dated: April 12, 2010                    */s/ R. Alexander Saveri*
                                             Guido Saveri
15                                           R. Alexander Saveri
                                             Cadio Zirpoli
16                                           SAVERI & SAVERI, INC.
                                             706 Sansome Street
17                                           San Francisco, CA 94111

18                                           Anthony D. Shapiro
19                                           HAGENS BERMAN SOBOL SHAPIRO LLP
                                             1918 8th Avenue, Suite 3300
20                                           Seattle, WA  98101

21                                           Fred T. Isquith
22                                           WOLF, HALDENSTEIN, ADLER, FREEMAN
                                             & HERZ
23                                           270 Madison Avenue
                                             New York, NY 10016
24
25                                           *Counsel for Plaintiff Alan Preis*

26

27

28                                    3

| | |
|---|---|
| 1 | Dated: April 12, 2010 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | Dated: April 12, 2010 |

Dated: April 12, 2010                    /s/ Matthew T. Jacobs
                                         Matthew J. Jacobs
                                         McDERMOTT WILL & EMERY LLP
                                         275 Middlefield Road., Suite 100
                                         Menlo Park, CA 94025

                                         Craig P. Seebald
                                         McDERMOTT WILL & EMERY LLP
                                         600 13th Street, NW,
                                         Washington, D.C. 20005

                                         *Counsel for Hitachi, Ltd.*

Dated: April 12, 2010                    /s/ Michael T. Brody
                                         Brent Caslin
                                         Jenner & Block LLP
                                         633 West 5th Street, Suite 3500
                                         Los Angeles, CA 90071

                                         Terrence J. Truax
                                         Michael T. Brody
                                         Jenner & Block LLP
                                         353 North Clark  Street
                                         Chicago, Illinois 60654

                                         *Counsel for Mitsubishi Electric Corporation and Mitsubishi Electric & Electronics USA, Inc.*

Dated: April 12, 2010                    /s/  Belinda S. Lee
                                         Daniel M. Wall
                                         Belinda S. Lee
                                         Latham & Watkins LLP
                                         505 Montgomery Street
                                         Suite 2000
                                         San Francisco CA 94111-6538

                                         *Counsel for Toshiba America Electronic Components, Inc. and Toshiba Corporation*


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**


Dated: _ 4/16/10 _____         _____
                                   The Honorable Ph[illegible]
                                   United States Dist[illegible]

4

STIPULATION AND [PROPOSED] ORDER VACATING MAY 6, 2010 CASE
MANAGEMENT CONFERENCE; Civil Action No. CV 10 0346 PJH, MDL No. 1486

1

**ATTESTATION OF FILING**

2

Pursuant to N.D. Cal. General Order No. 45, section 45 X(B), I, Cadio Zirpoli, hereby

3

attest that concurrence in the filing of this stipulation and proposed order has been obtained from

4

Counsel for each of the named parties with conformed signatures listed above.

5

Dated: April 12, 2010                              SAVERI & SAVERI, INC.

6

7

By: _____/s/ Cadio Zirpoli_____

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

Ram.977

23

24

25

26

27

28

5

STIPULATION AND [PROPOSED] ORDER VACATING MAY 6, 2010 CASE
MANAGEMENT CONFERENCE; Civil Action No. CV 10 0346 PJH, MDL No. 1486