UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DYNAMIC RANDOM ACCESS
MEMORY (DRAM) ANTITRUST
LITIGATION
_____/

No. M 02-1486 PJH

**ORDER DENYING MOTION FOR RECUSAL**

This Document Relates to:

All Actions
_____/

      Before the court is a Motion for Counsel Richard J. Kilsheimer's Recusal due to Financial and Personal Conflicts of Interest, filed August 23, 2010 by purported "movants" Jonathan Lee Riches, Patrick J. Simpson, and Daniel Anthony Weymouth.  Plaintiffs' counsel, Mr. Kilsheimer, has filed an opposition in response.

      This is the second motion filed by movants Simpson and Weymouth, and the third motion filed by movant Jonathan Lee Riches.  The prior motions before the court were summarily denied upon receipt of counsels' opposition thereto, noting the frivolous nature of movants' requests.  The present motion appears just as frivolous and ill-founded as the prior motions.  Accordingly, and upon review of Mr. Kilsheimer's opposition and for good cause shown, the court hereby DENIES movants' motion for recusal.

      Movants are furthermore instructed to cease filing similarly frivolous motions in the future.  Should any such motions be filed, neither parties nor counsel need file a written response to such motions, and the court will take no further action upon any such motions.

      Moreover, the court additionally notes that movants appear to have filed notices of appeal in response to the court's earlier denials.  In view of the filing of these notices, the court no longer has jurisdiction to entertain consideration of the merits of any of movants'

earlier filed requests, at any rate.

**IT IS SO ORDERED.**

Dated: September 7, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge