UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486PJH<br>MDL No. 1486<br><br>[~~PROPOSED~~] **ORDER GRANTING FINAL APPROVAL OF PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS** |
| This Document Relates to:<br>*Preis et al. v. Hitachi, Ltd., et al.,*<br>Case No. CV 10-0346 PJH | Time:     9:00 a.m.<br>Date:     October 27, 2010<br>Judge:    Hon. Phyllis J. Hamilton<br>Courtroom:  3 |

1    Plaintiffs' request for final approval of (1) the settlements preliminarily approved by this Court on July 2, 2010 with defendants Mitsubishi, Hitachi, and Toshiba, and (2) approval of the proposed plan of allocation ("Plan of Allocation") came on for hearing on October 27, 2010. The Court has considered the relief requested, the supporting papers, and all other arguments presented at the hearing. Due and adequate notice having been given to the Class, and good cause appearing, the Court hereby finds that:

    1.   This Court has jurisdiction over this matter.

    2.   Due and adequate notice of the proposed Plan of Allocation was provided to the Class.  The Notice of Class Action and Proposed Settlement ("Class Notice") sets forth the proposed Plan of Allocation, and was mailed to all members of the Class who could be reasonably identified, emailed to those class members with email addresses, and was posted on the Claim Administrator's website.  In addition, a summary notice explaining how to obtain the Class Notice was published in the national edition of *The Wall Street Journal*.  The Class Notice adequately advised the Class of the Plan of Allocation and their right to object to it.  Full and fair opportunity was provided to the members of the Class to be heard regarding the proposed Plan of Allocation, and the notice requirements of Rule 23(e) of the Federal Rules of Civil Procedure and due process have been satisfied.

    3.   The Plan of Allocation set forth in the Class Notice is, in all respects, fair, adequate, and reasonable.  Accordingly, the Court hereby grants final approval of the Plan of Allocation.

    **IT IS SO ORDERED.**

Dated: __October 27____, 2010

_____
The Honorable Phyllis J. Hamilton
United States District Judge



ram.981

[PROPOSED] ORDER GRANTING FINAL APPROVAL OF PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS
Master File No. M-02-1486 PJH                    1