CHARLES B. RENFREW

633 BATTERY STREET
SAN FRANCISCO, CA 94111-1809
TELEPHONE (415) 397-3933
FAX (415) 397-7188

June 24, 2013

The Honorable Phyllis J. Hamilton, Judge
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

Re:   *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*
      Case No. M-02-1486 PJH: MDL No. 1486

Dear Judge Hamilton:

Enclosed please find a paper copy of my "Report and Recommendations of Special Master Part II: Notice Programs and Claims Procedures and Processing" and a paper copy of the Appendix thereto. I have requested Indirect Purchaser Plaintiffs' Co-Lead Counsel, Cooper & Kirkham, to file electronic copies of these documents with the Clerk's office on my behalf.

The enclosed Part II of my Report and Recommendations covers forms of Rule 23 and *parens patriae* notice for the putative Indirect Purchaser Settlement Class and the putative Government Purchaser Settlement Classes, the plans for dissemination of these notices, and the forms and procedures for the submission of claims and those aspects of the calculation and payment of claims not previously covered in Part I of my Report and Recommendations. I will cover the remaining issue referred to me, the award of fair and reasonable attorneys' fees and expense reimbursement to plaintiffs' and class members counsel in Part III of my Report and Recommendations, which I hope to file by the end of the summer.

Sincerely,

*Charles B. Renfrew*

CHARLES B. RENFREW

CBR:der
Enclosure

765326.01