CHARLES B. RENFREW

633 BATTERY STREET
SAN FRANCISCO, CA 94111-1809
TELEPHONE (415) 397-3933
FAX (415) 397-7188

October 25, 2013

The Honorable Phyllis J. Hamilton, Judge
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

Re:   *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*
      Case No. M-02-1486 PJH: MDL No. 1486

Dear Judge Hamilton:

Enclosed please find a paper copy of my "Report and Recommendations of Special Master Part III: Attorneys' Fees, Expenses and Incentive Awards For Plaintiffs" and a paper copy of the Appendix thereto. I have requested Indirect Purchaser Plaintiffs' Co-Lead Counsel, Cooper & Kirkham, to file electronic copies of these documents with the Clerk's office on my behalf.

The enclosed Part III of my Report and Recommendations covers all of the issues referred to me that were not covered in Parts I and II and concludes my Report and Recommendations pursuant to Your Honor's orders of reference.

Sincerely,

*Charles B. Renfrew*

CHARLES B. RENFREW

CBR:der
Enclosure