1   JOSEF D. COOPER (53015)
    TRACY R. KIRKHAM (69912)
2   JOHN D. BOGDANOV (215830)
    COOPER & KIRKHAM, P.C.
3   357 Tehama Street, Second Floor
    San Francisco, CA  94103
4   Telephone:  (415) 788-3030
    Facsimile:  (415) 882-7040
5   E-mail:  jdc@coopkirk.com
    Co-Lead Counsel for Indirect-Purchaser Plaintiffs
6
    KAMALA D. HARRIS
7   Attorney General of the State of California
    KATHLEEN FOOTE (65819)
8   Senior Assistant Attorney General
    EMILIO E. VARANINI (163952)
9   455 Golden Gate Avenue, Ste. 11000
    San Francisco, CA 94102
10  Telephone:  (415) 703-5908
    Facsimile:  (415) 703-5480
11  E-mail:  Emilio.Varanini@doj.ca.gov
    Attorneys for the State of California On Behalf of All Attorneys General
12
    [Additional counsel listed on signature pages]
13
                    **UNITED STATES DISTRICT COURT**
14
                    **NORTHERN DISTRICT OF CALIFORNIA**
15
                    **OAKLAND DIVISION**
16

| | |
|---|---|
| 17   In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | ) Case No. M-02-1486-PJH<br>) MDL No. 1486<br>) |
| 18 | ) Case No. C 06-4333 PJH |
| 19   This Document Relates to: | ) Case No. C 06-6436 PJH<br>) |
| 20   ALL INDIRECT PURCHASER ACTIONS | ) **INDIRECT-PURCHASER PLAINTIFFS'** |
| 20   and | ) **AND ATTORNEYS GENERAL'S JOINT**<br>) **ADMINISTRATIVE MOTION TO FILE A** |
| 21 | ) **MOTION FOR PRELIMINARY** |
| 22   *State of California et al. v. Infineon Technologies AG, et al.* | ) **APPROVAL OF JOINT SETTLEMENTS**<br>) **AND TO ADOPT SPECIAL MASTER'S**<br>) **REPORT AND RECOMMENDATIONS,** |
| 23   and | ) **PARTS I & II, AND THAT EXCEEDS**<br>) **THE PAGE LIMIT SET BY CIVIL L.R. 7-** |
| 24   *State of New York v. Micron Technology Inc., et al.* | ) **2**<br>) |
| 25 | ) Courtoom:  3, 3rd Floor<br>) The Honorable Phyllis J. Hamilton |
| 26 | )<br>) |
| 27 | ) |

28

INDIRECT PURCHASER PLAINTIFFS' & ATTORNEYS GENERAL'S ADMINISTRATIVE MOTION TO
EXCEED PAGE LIMIT SET BY CIVIL L.R. 7-2 – CASE NO. M-02-1486-PJH

1   TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2

3        PLEASE TAKE NOTICE THAT the Indirect Purchaser Plaintiffs and the Attorneys

4   General hereby move the Honorable Phyllis J. Hamilton, United States District Judge for the

5   Northern District of California, pursuant to Civil L.R. 7-11, for an order permitting them to file a

6   "Motion For Preliminary Approval of Joint Settlements and to Adopt Special Master's Report and

7   Recommendations, Parts I & II," together with a supporting Memorandum of Points and

8   Authorities that exceeds the twenty-five (25) page limit set forth in Civil L.R. 7-2 by four (4) pages

9   of text.

10       The moving parties submit that seeking preliminary approval and the adoption of the

11   Special Master's findings and recommendations in a single motion that exceeds slightly the page

12   limit specified in the Local Rules of this Court, rather than in separate but repetitive motions, each

13   of which complies with the page limit, promotes judicial efficiency and facilitates a better

14   presentation of the issues.

15       This motion is based on the "Stipulation and [Proposed] Order to Permit Indirect Purchaser

16   Plaintiffs' and the Attorneys General's Motion For Preliminary Approval of Settlements and

17   Adoption of Special Master's Report to Exceed Page Limit Set by Local Rule 7-2," and the

18   "Declaration of Tracy R. Kirkham," both filed concurrently herewith.

19

20   Dated: December 10, 2013               COOPER & KIRKHAM, P.C.

21
                                           By: _/s/  Josef D. Cooper_____
22                                              Josef D. Cooper

23                                         Josef D. Cooper (53015)
                                           Tracy R. Kirkham (69913)
24                                         COOPER & KIRKHAM, P.C.
                                           357 Tehama Street, Second Floor
25                                         San Francisco, CA 94103
                                           Telephone:  (415) 788-3030
26                                         Facsimile:   (415) 882-7040
                                           jdc@coopkirk.com
27

28                                              1

1
2
3
4
5

Timothy D. Battin
Christopher V. Le
STRAUS & BOIES, LLP
4041 University Drive
Fifth Floor
Fairfax, VA 22030
Telephone: (703) 764-8700
Facsimile: (703) 764-8704
tbattin@straus-boies.com

6
7
8
9

Daniel J. Mogin (95624)
THE MOGIN LAW FIRM, P.C.
707 Broadway
Suite 1000
San Diego, California 92101
Telephone: (619) 687-6611
Facsimile:  (619) 687-6610
dan@moginlaw.com

10
11
12
13
14

Daniel E. Gustafson
Daniel C. Hedlund
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com

15
16

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

17
18
19
20
21

Francis O. Scarpulla (41059)
ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone:  (415) 693-0700
Facsimile:  (415) 693-0770
fscarpulla@zelle.com

22

*Liaison Counsel, Indirect Purchaser Plaintiffs*

23
24
25
26
27

Terry Gross (103878)
GROSS BELSKY ALONSO LLP
One Sansome Street, Suite 3670
San Francisco, California 94104
Telephone:     (415) 544-0200
Facsimile:     (415) 544-0201
terry@gba-law.com

28

2

INDIRECT PURCHASER PLAINTIFFS' & ATTORNEYS GENERAL'S ADMINISTRATIVE MOTION TO EXCEED PAGE LIMIT SET BY CIVIL L.R. 7-2 – CASE NO. M-02-1486-PJH

1

2

*Chair, Indirect Purchaser Plaintiffs' Executive Committee*

3

4   Dated: December 10, 2013

KAMALA D. HARRIS
Attorney General of California

5

6

By: */s/  Emilio E. Varanini*
Emilio E. Varanini

7

8

9

Kathleen Foote
Emilio E. Varanini
Deputy Attorney General
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-3664

10

11

*Attorneys for the State of California as Liaison Counsel On Behalf of All Attorneys General*

12

13

14

**ATTESTATION**

15     Pursuant to Civil L.R. 5-1(i)(3), I hereby attest that I have obtained concurrence in the

16   service and filing of this document with electronic signatures from all counsel of the parties listed

17   above.

18

19   Dated:    December 10, 2013

*/s/ Josef D. Cooper*
Josef D. Cooper

20

21

22

23

24

25

26

27

28

INDIRECT PURCHASER PLAINTIFFS' & ATTORNEYS GENERAL'S ADMINISTRATIVE MOTION TO
EXCEED PAGE LIMIT SET BY CIVIL L.R. 7-2 – CASE NO. M-02-1486-PJH