Law Offices
# COOPER & KIRKHAM, P.C.
357 TEHAMA STREET, SECOND FLOOR
SAN FRANCISCO, CALIFORNIA 94103
(415) 788-3030
FAX (415) 882-7040

WRITER'S DIRECT CONTACT
(415) 788-3030 ext. 306
trk@coopkirk.com

March 18, 2014

The Honorable Phyllis J. Hamilton, Judge
United States District Court
Northern District of California
1301 Clay Street
Oakland, CA 94612

Re: *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*
Case No. M-02-1486 PJH: MDL No. 1486

Dear Judge Hamilton:

The purpose of this letter is to withdraw three motions requesting an award of attorneys' fees and costs from consideration by the Court. All of the issues raised in these motions are exactly the same as issues that are being presented to the Court for resolution in other motions that were subsequently filed in the same cases. The three motions being withdrawn are as follows:

1. Docket No. 2181 in *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation*, Case No. M-02-1486 PJH: MDL No. 1486;

2. Docket No. 516 in *State of California et. al. v. Infineon Technologies AG, et. al.,* Case No. C 06-4333 PJH; and

3. Docket No. 240 in *State of New York v. Micron Technology, Inc., et al.,* Case No. C 06-6436 PJH.

Thank you for you for your consideration in this matter.

Sincerely,

Tracy R. Kirkham
On behalf of all Moving Parties

TRK:sel