1  JOSEF D. COOPER (53015)
   TRACY R. KIRKHAM (69912)
2  COOPER & KIRKHAM, P.C.
   357 Tehama Street, Second Floor
3  San Francisco, CA  94103
   Telephone: (415) 788-3030
4  Facsimile:  (415) 882-7040
   E-mail:  jdc@coopkirk.com
5  Co-Lead Counsel for Indirect-Purchaser Plaintiffs

6

7

8                    **UNITED STATES DISTRICT COURT**

                   **NORTHERN DISTRICT OF CALIFORNIA**
9
                          **OAKLAND DIVISION**
10

11 | In re DYNAMIC RANDOM ACCESS | ) | Case No. M-02-1486-PJH |
   | MEMORY (DRAM) ANTITRUST | ) | MDL No. 1486 |

12 LITIGATION ) **SECOND DECLARATION OF TRACY R.**
                                    **KIRKHAM IN SUPPORT OF INDIRECT**
13 This Document Relates to:        **PURCHASER PLAINTIFFS' AND**
                                    **ATTORNEYS GENERAL'S JOINT**
   ALL INDIRECT PURCHASER ACTIONS   **APPLICATION FOR ATTORNEYS'**
14                                  **FEES; INDIRECT PURCHASER**
   and                              **PLAINTIFFS' APPLICATION FOR**
15                                  **COSTS AND INCENTIVE AWARDS; AND**
   *State of California et al. v. Infineon*  **ATTORNEYS GENERAL'S**
16 *Technologies AG, et al.*        **APPLICATION FOR COSTS**

   *State of New York v. Micron Technology Inc., et*
17 *al.*                           **DATE:     June 25, 2014**
                                   **TIME:     9:00 a.m.**
18 *State of California et al. v. Samsung Electronics*  **COURT:  Hon. Phyllis J. Hamilton**
   *Co., Ltd., et al.*
19                                 Case No. C 06-4333 PJH
   *State of California et al. v. Winbond Electronics*
20 *Co.*                           Case No. C 06-6436 PJH

   *Petro Computer Systems, Inc. v. Hitachi, Ltd.*  Case No. C 07-1347 PJH
21
   *Petro Computer Systems, Inc. v. Mitsubishi*  Case No. C 07-2589 PJH
22 *Electric Corporation, et. al.*

   *Petro Computer Systems, Inc. v. Toshiba*  Case No. C 12-5213 PJH
23 *Corporation, et. al.*

   *State of California et*              Case No. C 12-5214 PJH
24 *al., v. Toshiba Corporation et al.,*

   *State of California et*              Case No. C 12-5215 PJH
25 *al., v. Mitsubishi Electric Corporation, et. al.*  Case No. C 12-5230 PJH

26 *State of California et al., v. Hitachi, Ltd.*  Case No. C 12-5229 PJH

                                     Case No. C 12-5231 PJH
27

28 ─────────────────────────────────────────
   SECOND DECLARATION OF TRACY R. KIRKHAM IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS'
   AND ATTORNEYS GENERAL'S APPLICATIONS FOR ATTORNEYS' FEES, COSTS AND INCENTIVE
   AWARDS -- Case No. M-02-1486-PJH AND RELATED CASES

I, Tracy R. Kirkham, declare as follows:

1.      I am a partner with the law firm of Cooper & Kirkham, P.C., which is one of four Co-Lead Counsel for the Indirect Purchaser Plaintiffs ("IPP").  I submit this Declaration in support of IPP Counsel's and the Attorneys General's joint application for an award of attorneys' fees in connection with services rendered in the above action, and in support of the IPP Counsel's and Attorneys General's separate applications for reimbursement of expenses.  I make this declaration from my own knowledge and if called as a witness, I could competently testify as to the matters herein.

2.      Attached hereto is a true and correct copy of the "Compendium of IPP Counsel Declarations in Support of Motion for Attorneys' Fees and Incentive Awards," submitted to the Special Master on or around August 5, 2013.  This Compendium formed part of the factual basis for the "Report and Recommendations of Special Master, Part III, Attorneys Fees, Expenses and Incentive Awards For Plaintiffs," filed November 5, 2013 (Dkt. No. 2155).  It is also in the record of these proceedings as Exhibit No. 68 (Dkt. No. 2156-4) to the Special Master's Report, Part III.

Executed under penalty of perjury under the laws of the United States, on March 17, 2014, in San Francisco, California.


/s/ *Tracy R. Kirkham*
TRACY R. KIRKHAM

---

1

1  JOSEF D. COOPER (53015)
   TRACY R. KIRKHAM (69912)
2  COOPER & KIRKHAM, P.C.
   357 Tehama Street, Second Floor
3  San Francisco, CA 94103
   Telephone: (415) 788-3030
4  Facsimile: (415) 882-7040
   E-mail:  jdc@coopkirk.com
5         trk@coopkirk.com

6  Co-Lead Counsel for Indirect Purchaser Plaintiffs

7  KAMALA D. HARRIS
   Attorney General of the State of California
8  KATHLEEN FOOTE (65819)
   Senior Assistant Attorney General
9  EMILIO E. VARANINI (163952)
   Deputy Attorney General
10 455 Golden Gate Avenue, Ste. 11000
   San Francisco, CA 94102
11 Telephone: (415) 703-5908
   Facsimile: (415) 703-5480
12 E-mail:  emilio.varanini@doj.ca.gov

13 Attorneys for the State of California On Behalf of All Attorneys General and All
   Governmental Purchaser Class Plaintiffs

14

15              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
16                   OAKLAND DIVISION

17 In re DYNAMIC RANDOM ACCESS          Master File No. M-02-1486-PJH
   MEMORY (DRAM) ANTITRUST             MDL No. 1486
18 LITIGATION
                                       Case No. C 06-4333 PJH
19 ─────────────────────────────────    Case No. C 06-6436 PJH
   This document relates to:
20                                      COMPENDIUM OF IPP COUNSEL
   **ALL INDIRECT PURCHASER**          DECLARATIONS IN SUPPORT OF
21 **ACTIONS**                         MOTION FOR ATTORNEY'S FEES AND
                                       INCENTIVE AWARDS
22 and
                                       Judge:   Hon. Phyllis J. Hamilton
23 *State of California et. al. v. Infineon*    **Special Master:  Hon. Charles B. Renfrew**
   *Technologies AG, et al.*
24

25 and

26 *State of New York v. Micron Technology,*
   *Inc., et al.*

27

28

─────────────────────────────────────────────────────────
CEMPENDIUM OF IPP COUNSEL DECLARATIONS IN SUPPORT OF MOTION FOR ATTORNEY'S
FEES AND INCENTIVE AWARDS

1
2
## COMPENDIUM SORTED BY LOADSTAR

| FIRM NAME | COMPENDIUM EXHIBIT NO. |
|---|---|
|  |  |
| Cooper et al. | 1 |
| Straus & Boies LLP | 2 |
| Gustafson, et al. | 3 |
| Gross Belsky Alonso LLP | 4 |
| Zelle Hofmann, et al. | 5 |
| Mogin Law Firm | 6 |
| Roberts Law Firm | 7 |
| Godfrey & Kahn | 8 |
| Trump, Alioto | 9 |
| Steyer, et al. | 10 |
| Krause, Kalfayen, et al. | 11 |
| Scarpulla Law | 12 |
| Furth, et al. | 13 |
| Schack Law Offices | 14 |
| Gilman and Pastor | 15 |
| Shepard et al. | 16 |
| Green Welling, LLP (Noblin) | 17 |
| Gregosian & Gralewski | 18 |
| Finkelstein, et al. | 19 |
| Hulett, et al. | 20 |
| Durrette Bradshaw (Crump) | 21 |
| Bonsignore | 22 |
| Freedman, et al. | 23 |
| Green & Schultz | 24 |
| Hallisey & Johnson | 25 |
| Guerrieri, et al. | 26 |
| LaCava Lief | 27 |
| Kirby McInerney | 28 |
| Winters, Lingel | 29 |
| Brantstetter, Stranch | 30 |
| Bonnet, Fairbourn | 31 |
| Johnson & Perkinson | 32 |
| Sachs Waldman | 33 |
| Cohen & Malad | 34 |
| Frankovitch, et al. | 35 |

| | |
|---|---|
| Trujillo, et al. | 36 |
| Bramson Plutzik | 37 |
| Polsinelli & Shughart | 38 |
| Johns, Flaherty & Collins | 39 |
| Burns & Levinson, LLP | 40 |
| Lowther Johnson | 41 |
| Janssen Malloy, et al. | 42 |
| Linnan & Fallon | 43 |
| Goldman Scarlato & Karon | 44 |
| Bangs McCullen | 45 |
| Hisaka Yoshida & Cosgrove | 46 |
| Shaheen & Gordan | 47 |
| McKay Burton | 48 |
| Edelson & Associates | 49 |
| Serratore, et al. | 50 |
| Wyatt & Blake | 51 |
| Montgomery Gof | 52 |
| Ogborn, Summerlin & Ogborn | 53 |
| Dougherty & Dougherty | 54 |
| Kirkpatrick & Goldsborough | 55 |
| Forman Rossabi (Rossabi Black) | 56 |
| Eric Easterly | 57 |
| Hardin | 58 |
| Wermerskirchen Law Office | 59 |
| Ferguson, et al. | 60 |
| Barrett Johnston | 61 |
| Tollison Law Firm | 62 |
| Lanham Blackwell | 63 |
| | |
| Celestica | 64 |
| Berman DeValerio | 65 |

CEMPENDIUM OF IPP COUNSEL DECLARATIONS IN SUPPORT OF MOTION FOR ATTORNEY'S
FEES AND INCENTIVE AWARDS

## COMPENDIUM SORTED ALPHABETICALLY

| FIRM NAME | COMPENDIUM EXHIBIT NO. |
|---|---|
| Bangs McCullen | 45 |
| Barrett Johnston | 61 |
| Bonnet, Fairbourn | 31 |
| Bonsignore | 22 |
| Bramson Plutzik | 37 |
| Brantstetter, Stranch | 30 |
| Burns & Levinson, LLP | 40 |
| Cohen & Malad | 34 |
| Cooper et al. | 1 |
| Dougherty & Dougherty | 54 |
| Durrette Bradshaw (Crump) | 21 |
| Edelson & Associates | 49 |
| Eric Easterly | 57 |
| Ferguson, et al. | 60 |
| Finkelstein, et al. | 19 |
| Frankovitch, et al. | 35 |
| Forman Rossabi (Rossabi Black) | 56 |
| Freedman, et al. | 23 |
| Furth, et al. | 13 |
| Gilman and Pastor | 15 |
| Godfrey & Kahn | 8 |
| Goldman Scarlato & Karon, PC | 44 |
| Green Welling, LLP (Noblin) | 17 |
| Green & Schultz | 24 |
| Gregosian & Gralewski | 18 |
| Gross Belsky Alonso LLP (Gross & Belsky) | 4 |
| Guerrieri, et al. | 26 |
| Gustafson, et al. | 3 |
| Hallisey & Johnson | 25 |
| Hardin | 58 |
| Hisaka Yoshida & Cosgrove | 46 |
| Hulett, et al. | 20 |
| Janssen Malloy, et al. | 42 |
| Johns, Flaherty & Collins | 39 |

CEMPENDIUM OF IPP COUNSEL DECLARATIONS IN SUPPORT OF MOTION FOR ATTORNEY'S FEES AND INCENTIVE AWARDS

| | |
|---|---|
| Johnson & Perkinson | 32 |
| Kirby McInerney | 28 |
| Kirkpatrick & Goldsborough | 55 |
| Krause, Kalfayen, et al. | 11 |
| LaCava Lief | 27 |
| Lanham Blackwell | 63 |
| Linnan & Fallon | 43 |
| Lowther Johnson | 41 |
| McKay Burton | 48 |
| Montgomery Gof | 52 |
| Mogin Law Firm | 6 |
| Ogborn, Summerlin & Ogborn | 53 |
| Polsinelli & Shughart | 38 |
| Roberts Law Firm | 7 |
| Sachs Waldman | 33 |
| Schack Law Offices | 14 |
| Scarpulla Law | 12 |
| Serratore, et al. | 50 |
| Shaheen & Gordan | 47 |
| Shepard et al. | 16 |
| Steyer, et al. | 10 |
| Straus & Boies LLP | 2 |
| Tollison Law Firm | 62 |
| Trujillo, et al. | 36 |
| Trump, Alioto | 9 |
| Wermerskirchen Law Office | 59 |
| Winters, Lingel | 29 |
| Wyatt & Blake | 51 |
| Zelle Hofmann, et al. | 5 |
| | |
| Celestica | 64 |
| Berman DeValerio | 65 |

Josef D. Cooper (53015)
Tracy R. Kirkham (69912)
John J. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone: (415) 788-3030
Facsimile: (415) 882-7040
E-mail: jdc@coopkirk.com
        trk@coopkirk.com
        jdb@coopkirk.com

Co-Lead Counsel for Indirect-Purchaser Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486-PJH |
| | MDL No. 1486 |
| This document relates to: | **DECLARATION OF JOSEF D. COOPER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |
| **ALL ACTIONS** | |
| | Judge:  Hon. Phyllis J. Hamilton |
| | Special Master: Hon. Charles B. Renfrew |

I, Josef D. Cooper, declare as follows:

1.      I am a partner with the law firm of Cooper & Kirkham, P.C., which is one of four Co-Lead Counsel for the Indirect Purchaser Plaintiffs ("IPP"). I submit this Declaration in support of IPP Counsel's application for an award of attorneys' fees in connection with services rendered in the above action and reimbursement of expenses. The portion of IPP Counsel's total lodestar and expenses set forth in the application that are attributable to the

1

DECLARATION OF JOSEF D. COOPER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS'
MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

1  work done by Cooper & Kirkham, P.C. in this litigation were all incurred by this firm in the

2  investigation, prosecution and settlement of claims arising from the facts asserted in this

3  litigation. I have personal knowledge of the facts stated in this declaration, and, if called as a

4  witness, I could and would testify competently to them.

5       2.     Cooper & Kirkham has substantial experience in complex litigation and

6  antitrust class actions, and has litigated numerous indirect purchaser antitrust class action

7  cases. A firm biography and the biography of each attorney currently employed with the

8  firm who has worked more than twenty hours on the settled state and federal litigation is

9  attached hereto as Exhibit 1.

10       3.     On September 5, 2002, Cooper & Kirkham and the law Offices of Francis O.

11  Scarpulla filed a class action in the Superior Court of the State of California on behalf of my

12  firm's client, Totally Computer, Inc., against the settling defendants (with the exception of

13  the Toshiba, Hitachi and Mitsubishi defendants). On December 24, 2002, our case was

14  coordinated with a total of seven cases that had been filed in California state courts as

15  Coordination Proceeding Special Titled DRAM CASES, JCCP No.4265, in the Complex

16  Litigation Department of the San Francisco Superior Court, and assigned to the Honorable

17  Richard A. Kramer. On April 10, 2003, Judge Kramer appointed my firm and Gross &

18  Belsky LLP as Plaintiffs' Co-Liaison Counsel and assigned us the duties of co-lead counsel,

19  including the responsibility of coordinating and supervising all efforts by plaintiffs' counsel

20  and ensuring that the litigation was conducted effectively, efficiently and equitably, and that

21  unnecessary work and redundant expenditures were avoided.

22       4.     Thereafter, negotiations began with defendants' counsel to commence

23  discovery and set a schedule for further proceedings. That schedule was presented to the

24  Court in August 2003, and provided, *inter alia*, for the defendants to produce the same grand

25  jury documents, and to proceed with written discovery and depositions in the JCCP

26  proceeding consistent with the Order Limiting the Scope of Discovery that had been entered

27  2

28  DECLARATION OF JOSEF D. COOPER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS'<br>MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

1   in April 2003, in the federal direct purchaser actions.  The schedule also provided for the

2   filing of an amended and consolidated complaint in the JCCP proceeding.  On October 15,

3   2003, Co-Liaison Counsel filed a Consolidated Amended Class Action Complaint on behalf

4   of a nationwide class of non-governmental indirect DRAM purchasers.

5          5.     Motion practice and discovery continued in the JCCP proceeding through

6   2004 and into 2005.  On February 18, 2005, President George W. Bush signed the Class

7   Action Fairness Act (CAFA) giving federal courts jurisdiction over most class actions in

8   which any member of the putative plaintiff class is the resident of a state different from any

9   defendant and the aggregate amount in controversy exceeds $5 million.  Shortly thereafter,

10  the defendants began threatening to test CAFA's scope by removing the state court actions to

11  federal court.  In addition, cases were beginning to be filed in state courts around the country

12  where there were antitrust and/or consumer protection laws favorable to indirect purchasers.

13  Many of these cases had been filed after CAFA's enactment and appeared to satisfy the

14  requirements for removal.  In order to facilitate the global litigation and resolution of the

15  claims of the nationwide class of purchasers alleged in the JCCP Proceedings, on June 17,

16  2005, my firm along with other counsel in the JCCP Proceedings, elected to request Judge

17  Kramer stay the state court actions and filed a complaint in this court, captioned *Petro*

18  *Computer Systems, Inc. v. Micron Technology, Inc.,* C 05-0247.[1]  That complaint alleged

19  violations of federal and various state antitrust and consumer protection laws on behalf of a

20  nationwide class of indirect purchasers and sought equitable relief and damages.  That action

21  was ultimately assigned to the Honorable Phyllis J. Hamilton, coordinated with the direct

22  purchaser actions in MDL 1468, and designated as the operative complaint for all indirect

23  purchasers before this Court.

24

---

25  [1] The JCCP Proceedings remain active although stayed and the Superior Court is regularly kept appraised of the status of the MDL Proceeding.  They are among the cases the will be dismissed upon final approval of the
26  settlements by this Court.

27                                              3

28  DECLARATION OF JOSEF D. COOPER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS'
    MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

6.     Pursuant to this Court's August 16, 2005 "Order re Indirect Purchaser Plaintiffs" (Dkt. No. 526), Cooper & Kirkham was appointed one of four Co-Lead Counsel for the indirect purchaser plaintiffs in MDL 1468.

7.     As used herein, "the litigation" or "this litigation" encompasses both the California state court JCCP proceedings and the federal MDL 1468 proceedings.

8.     At all times relevant to this litigation, each attorney and paralegal in my firm contemporaneously documented all time spent and tasks performed, as well as any expenses incurred. Either Ms. Kirkham or I personally review each of the contemporaneous time and expense records, and all of the time and expenses reported by the firm which appear in the lodestar calculation or aggregate expenses submitted in this declaration were incurred for the benefit of the IPPs. The firm's compensation for services rendered in this case is wholly contingent on the success of this litigation, and is totally at risk. While the firm devoted its time and resources to this matter, it has foregone other legal work, including work for hourly clients, for which it would have been compensated.

9.     Cooper & Kirkham requests compensation for a total of 20,626.1 attorney and paralegal hours invested in this litigation from inception through May 31, 2013. Time spent preparing the fee petition and related documents is not included. In addition, in reviewing the time records kept by the firm's paralegal staff, it was difficult and time-consuming to separate work of a truly paralegal nature from tasks that are more appropriately classified as administrative. Consequently, in keeping with the policy we apply to hourly clients, we are not seeking compensation for the vast majority of the time recorded by the paralegals who worked on this matter.

10.     The total lodestar for this time, calculated at the firm's historic hourly rates during the litigation, is $12,307,090.00. The total lodestar calculated at current rates is $15,164,801.00.

4

DECLARATION OF JOSEF D. COOPER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS'
MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

11.     Attached hereto as Exhibit 2 is a summary schedule showing the total time spent by each attorney and paralegal of this firm during the litigation, with a lodestar calculation for each person and a total lodestar at both historical rates and current rates.  Also attached as part of Exhibit 2 are detailed schedules showing the total time spent by each attorney and paralegal during each month of each year of the litigation and the year's lodestar calculation for that attorney or paralegal based on the historic and current billing rates.  Each of the schedules in Exhibit 2 was prepared from the contemporaneous daily time records regularly maintained by my firm, after review by Ms. Kirkham or myself.  The transcription of the daily time records is available and will be furnished at the request of the Special Master or the Court.

12.     This firm has expended a total of $488,922.12 in non-reimbursed expenses in connection with the prosecution of this litigation as posted to our General Ledger.  The expenses incurred pertaining to this litigation are reflected in the books and records of the firm and maintained in the ordinary course of business.  The firm's General Ledger is prepared from expense vouchers, invoices, check records and similar items showing the nature and payment of an expense, and are an accurate record of expenses incurred. Attached hereto as Exhibit 3 is a schedules detailing all of these expenses, as well as a spreadsheet created from the General Ledger showing the dates the expenses were posted and the amounts paid.  These expenses are summarized as follows:

| | |
|---|---|
| Court Fees & Service of Process | $  1,256.00 |
| Postage | 1,400.87 |
| Court Reporters/Transcripts | 1,431.26 |
| Computerized Research (Lexis, Westlaw, etc.) | 30,411.07 |
| Messenger/Overnight Delivery | 3,417.35 |
| Photocopies | 9,872.13 |
| Telephone/Telephone Conferencing | 9,140.83 |

5

Travel: Air/Ground Travel, Meals and Lodging..............................................30,365.27

Miscellaneous/Other .................................................................................... 870.33

Consultants/Experts .................................................................................. 5,757.01

Common Litigation Fund..........................................................................395,000.00

TOTAL EXPENSES.................................................................................$488,922.12

13.     In early 2008, Cooper & Kirkham made a policy decision to stop charging its hourly and contingent fee clients for in-house photocopying, local and long distance telephone calls and first class postage. Accordingly, the charges in those categories reflected in the above summary end in mid-2008. We continue to pass on charges for outside vendor photocopying, outside vendor telephone conferencing services and messenger or overnight delivery fees to our hourly clients and to record the costs advanced in those categories in our contingent fee cases in our general ledger. Accordingly, costs incurred in those categories as shown above have been recorded from the inception of the litigation through May 31, 2013.

14.     In the almost eleven years between the filing of the first complaints in this litigation, the final settlement with Hitachi in June 2012, and the Special Master's recent Reports and Recommendations regarding the settlements and class certification, IPP Counsel have devoted extraordinary effort and resources on behalf of the IPP class members. As stated above, this firm was one of two firms appointed Liaison Counsel in the California State Court JCCP Proceedings, and one of four firms appointed Co-Lead Counsel in the MDL litigation. In addition to the four co-lead firms, this Court also appointed Francis O. Scarpulla as Liaison Counsel and Terry Gross as Chair of the Plaintiffs' Executive Committee. This group, Cooper & Kirkham, P.C., The Mogin Law Firm, P.C., Gustafson Gluek PLLC and Straus & Boies, LLP, Law Offices of Francis O. Scarpulla (succeeded by Zelle, Hofmann, Voelbel, Mason & Gette LLP), and Gross & Belsky LLP (succeeded by Gross Belsky Alonso LLP), constituted the decision making leadership of the litigation and personally assigned and supervised all of the work performed for the benefit of the IPP class.

6

In many, if not most, instances, members of the firms making up the leadership group performed the work required.   Consequently, Ms. Kirkham and I, other attorneys at Cooper & Kirkham, together with the other five IPP leadership firms, have been extensively involved in the day-to-day activities in all aspects of this litigation.

15.   Those activities are briefly summarized as follows:

- Beginning in June 2002, Cooper & Kirkham conducted pre-filing investigations of potential price-fixing of DRAM, and in August 2002, prepared our firm's initial complaint filed in California state court, which was among the first IPP class action complaints filed in the nation.

- The firm participated in the organization and consolidation of all California IPP cases in San Francisco, and served as the leadership of the California JCCP Proceedings.

- We retained experts to help perform a detailed analysis of DRAM market conditions, including pricing, supply and distribution.

- We negotiated with defendants concerning the production of documents in the JCCP Proceedings.

- In the fall of 2004 and early 2005, we negotiated with counsel filing additional state court and federal court cases to coordinate all nationwide IPP cases.

- We conducted additional investigations concerning the DOJ's indictments and defendants' plea agreements.

- Or firm participated in the preparation of and filing of the *Petro* complaint in this Court, and related it to the ongoing direct purchaser DRAM MDL

7

proceeding in this Court, and working jointly with counsel in all IPP cases filed in both state and federal courts throughout the nation, obtained the transfer, consolidation, and coordination of all of the federal court IPP actions in the MDL proceeding in this Court, and coordinated the remaining state court actions.

- As Co-Lead Counsel, we organized plaintiffs' counsel to efficiently prosecute the MDL cases, by creating a leadership structure and establishing a method for funding the litigation, and managing to the extent practicable, the efforts of other counsel so that the work that they performed would only be that which effectively and efficiently advanced the interests of the IPP class.

- We oversaw, managed, and participated in the coordinated efforts of all discovery, including document productions, written discovery, data productions, third-party discovery, depositions and discovery motions, supervised and participated in the propounding of discovery requests to defendants and the service of subpoenas to more than 30 third party direct and indirect DRAM purchasers, and in meet and confers with the defendants and negotiations with third parties concerning document production and other discovery issues.

- In addition, Cooper & Kirkham was specifically responsible for the design and implementation of a new structure and technology for document review in the DRAM litigation that, to my knowledge, had never been

8

DECLARATION OF JOSEF D. COOPER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

used before. Prior to this litigation, the most common method of document discovery in antitrust cases was to assign a particular defendant to one or more individual firms who would conduct individual negotiations regarding the timing and format of the production. The documents then produced would be reviewed in paper or as microfilm images, usually in the order in which they had been produced, and the salient information from each document (author, recipient(s), date, subject matter) would be recorded by hand on a "coding sheet" and then entered into a computerized data base that could be searched and sorted so that the documents could be retrieved for further review by senior counsel who would then put together the documentary evidence in the case and prepare for depositions and trial. However, by 2002, advances in computer software and hardware, especially in web-based access to documents on a central server and the enhancements in optical character reading, had opened the door to new and vastly more efficient possibilities for litigation document review.

- Working with an outside consultant, Ms. Kirkham researched, tested and ultimately selected software and a document hosting vendor that could normalize and standardize the formats and load files of the electronic documents that had been produced in the California JCCP Proceeding and were being produced in the MDL litigation, optically "scan" and convert the millions of pages of electronic documents to searchable text files,

9

provide a platform for the retrieval of individual documents through Boolean logic (Lexis style) word searches, and then allow for the annotation and organization of the individual documents by multiple subjects and issues. In addition, after the software had been selected, criteria were established for the electronic format of the documents in later productions so that meta-data and load files would be consistent, and not require the same degree of troubleshooting and negotiation with individual defendants' IT personnel as did the earlier produced documents.

- The next step in the process was to work with the vendor to design the user interface that would be employed by the attorneys to annotate and organize the documents. This interface first provided a user with the ability to specify the scope of the document "library" in which a search would take place (for example, a specific defendant, a specific production by that defendant, or the production by all defendants), and then to specify the search terms, the words and groupings of words, which the computer would look for in the library selected. Conducting word searches within the documents identified in the initial or previous searches enabled a further refinement of the search results. Documents identified in searches could be "moved" into folders that then became searchable libraries, as well as annotated with information that was displayed along with the documents' basic information in the search results window. The

10

documents could be displayed as images or text files and uploaded or downloaded in a variety of formats.

- Under the supervision of Ms. Kirkham, a team of IPP counsel developed a framework for dividing the documentary evidence into subject matter and issue categories (e.g., Conspiracy, Pricing Information, Supply and Demand, Capacity and Production, Technology and Specifications) and worked with the vendor to create a user interface that would permit individual documents to be "moved" into one or more folders reflecting this issue structure. They also designed and implemented a system of text fields and pull down menus that would enable attorneys to annotate individual documents with either their own notation or with one or more provided annotations such as "hot doc" or "potential deposition exhibit." Once selected or input, each of the annotations then became searchable text.

- The availability of this technology permitted the reinvention of the entire document review process. First, it eliminated the need for an initial sequential review of the documents by paralegals or junior attorneys simply to extract the basic information that would later enable subsequent review to determine their value as evidence in the case. Second, because the DRAM review was web-based, it facilitated the creation of a collaborative structure in which attorneys from many different firms could work together without regard to geographic location. In addition, anyone

11

accessing the system was required to log onto the vendor's server, which

kept a record of that user's activity. Therefore, a "quality control" log for

each user was available to the supervising attorneys.

- IPP counsel selected to review documents were organized into teams, each

of which was responsible for identifying the documents relevant to a

particular issue or subject matter. Each team had a leader who was an

experienced antitrust attorney which knowledge of the litigation.

Similarly, the team members were also attorneys with the antitrust and

trial experience necessary to design search terms calculated to retrieve

relevant documents and to evaluate the probative value of documents

identified. Each team leader supervised the work of a team of five to eight

attorneys, usually through team conference calls that occurred at least

weekly, as well as through daily progress emails and "as needed"

communications. The teams were charged with the creation of search

terms and the performance of searches in the entire universe of documents

to identify the best documentary evidence in their particular subject

matter. Advice, ideas, successes and failures were shared within the teams

and also across the teams through the regular team leaders conference

calls with Ms. Kirkham, to whom each team leader reported. Each team

produced a narrative memorandum of the evidence relevant to its issue or

subject matter, with citations to individual highly probative documents.

These memoranda were updated periodically and were complied into a

12

general case overview or briefing book that was used by attorneys taking depositions and writing briefs.  To maximize the collaborative spirit, as well as quality control, no team leader supervised attorneys from his or her own office.

- As a subject matter team finished its work -- the Technology team being the first and the Conspiracy team the last to finish – the team was disbanded.  The attorneys receiving the highest evaluations from their team leaders were reorganized into the deposition preparation teams.  The deposition teams were structured like the subject matter and issue teams, with leaders reporting to Ms. Kirkham.  The deposition teams were assigned the task of identifying and organizing the information and evidence relevant to each deponent and providing that information to each attorney taking a deposition (many of whom had been subject matter team leaders or members).  For each deponent, the deposition team produced a USB drive containing portions of the general briefing book relevant to the deponent, a memorandum giving a description of what information was known about the deponent from other depositions or documents, a folder containing copies of all of the documents given a designation of "relevant" or higher retrieved by a name search for the deponent, and a folder containing documents which the deposition team had selected as potential deposition exhibits, as well as application software to allow the deposition

13

taker to search, manipulate and further annotate the documents on the
drive without being connected to the internet.

- In this manner, Cooper & Kirkham and other members of the leadership
  group supervised, organized, and participated in the electronic document
  review of over four million pages of documents produced by defendants
  and numerous third parties, some of which were in foreign languages and
  which needed to be translated. In addition, we gave the Attorneys General
  access to this work product as they became involved with the litigation,
  and trained them in the use of the system.

- We supervised and participated in the work with the IPP expert
  economists to ensure that the sales and transactional data obtained was
  sufficient to enable the experts to do appropriate damages calculations.

- We supervised and participated in the depositions of over 100 witnesses
  from defendants and third parties in this country, Asia and Europe.

- We supervised and participated in the production of documents on behalf
  of the named plaintiffs in the lead *Petro* case, as well as the defense of the
  depositions of these class representatives.

- We participated in the drafting and argument of the opposition to
  demurrers in the California JCCP Proceedings and in the IPPs' opposition
  to defendants' various motions for judgment on the pleadings in the MDL.
  We also participated in the drafting of the motion to this Court for
  permission to file an interlocutory appeal, the successful petition to the

14

Ninth Circuit and the opening and reply briefs in the appeal of the Court's application of AGC standing requirements to the Cartwright Act and other state antitrust laws.

- Cooper & Kirkham, particularly Ms. Kirkham and myself, participated in the drafting and editing of virtually every court filing, complaint and brief in this litigation; most notably, in addition to those mentioned above, the Second Amended Complaint, filed in response to the Court's ruling granting defendants' motion for judgment on the pleadings on *AGC* grounds, the IPP's motion and revised motion for class certification, and the preparation of the declarations and the two expert reports submitted in support of the motion, and the motion for preliminary approval of the Samsung and Winbond settlements.

- We supervised and participated in the defense of the depositions of the two IPP experts, the direct purchaser plaintiffs' expert, and in taking the deposition of defendants' expert, as part of the class certification process.

- I, and to a lesser extent, Ms. Kirkham, participated in the numerous mediation sessions and in other discussions with Judge Daniel J. Weinstein, and were instrumental in negotiating the settlements with the various named defendants, as well as with three other DRAM manufacturers – Toshiba, Mitsubishi and Hitachi – that had not been named as defendants, but had entered into tolling agreements with the IPPs. These settlement discussions, which actually began during the

15

DECLARATION OF JOSEF D. COOPER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS'
MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

California JCCP Proceedings, gained momentum with the filing of the

*Petro* complaint in this Court.

- I supervised and participated in the negotiation and drafting of each of the settlement agreements, and Ms. Kirkham served as IPP counsels' chief negotiator and drafter of the Multi-Defendant Settlement Agreement and the agreement with the Nanya defendants.

- Cooper & Kirkham also was extensively engaged in all of the post-settlement proceedings before the Special Master.  Specifically, Ms. Kirkham was the chief drafter of the IPPs' submissions to the Special Master on the subjects of the certification of the nationwide settlement class and the question of whether class members' recoveries should be weighted to reflect differences in the relative strength of their claims.  She also served as the chief drafter for the IPPs of the proposed findings of fact and conclusions of law submitted to the Special Master on the issues of class certification, plans of allocation and distribution, class notice and claims processing, and assisted the Special Master in finalizing his Report and Recommendations, Parts I and II for submission to the Court.

16.     I anticipate that my firm and the other members of the leadership group will continue to perform substantial work in the future, including the preparation of motions for preliminary and final approval of the settlements, a motion to adopt the Report and Recommendations of the Special Master, and in supervising the notice program, processing the claims received, and distributing the settlement proceeds.  Further, I anticipate that one or

16

1  more members of the professional objector bar will file an appeal from any settlement

2  approval orders that are ultimately entered, which will require the leadership group to defend

3  the settlements before the Ninth Circuit Court of Appeals.

4

5        I declare under penalty of perjury under the laws of the United States of America that

6  the foregoing is true and correct to the best of my knowledge, information, and belief.

7        Executed this 5th day of August, 2013.

8                          _____

9                      JOSEF D. COOPER

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                          17

28  DECLARATION OF JOSEF D. COOPER IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS'
    MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

# EXHIBIT 1

# Cooper & Kirkham, P.C.

*357 Tehama Street*
*Second Floor*
*San Francisco, California 94111*
*Telephone: (415) 788-3030*
*Facsimile: (415)882-7040*

## FIRM PROFILE

Cooper & Kirkham, P.C. is a small AV-rated litigation firm, nationally regarded as an expert in antitrust and class action litigation. The firm has extensive experience representing both plaintiffs and defendants in complex commercial cases, with an emphasis on antitrust, unfair competition, securities fraud and class action litigation. Cooper & Kirkham has participated in the litigation of many of the nation's major cases in these areas of the law, which have resulted in precedent-setting decisions and landmark recoveries for plaintiffs and class members.

Senior partner **Josef D. Cooper** began his career in complex litigation immediately upon his graduation from The University of Chicago Law School in June 1964, when he became a staff attorney for the Coordinating Committee for Multiple Litigation of the United States Courts. During that time, he participated in drafting the first edition of the *Manual for Complex Litigation* and the legislation to permit the transfer of related actions among federal districts for pretrial purposes, which was enacted as 28 U.S.C. §1407. In 1966, the Committee assigned him to serve as a Special Assistant to the Honorable Martin Pence, United States District Court Judge, District of Hawaii, who was presiding over the *West Coast Pipe Litigation*, the first consolidated pre-trial proceedings conducted by a single judge for a group of related actions pending in numerous federal district courts.

Upon leaving Judge Pence in March 1969, Mr. Cooper entered private practice. Since then, he has specialized in complex business and class action litigation, particularly in the antitrust, securities fraud and energy regulation areas of practice. Upon entering private practice, he was first associated with the Chicago law firm of Freidman & Koven. In August 1972, he relocated to San Francisco, California and at all times thereafter he has either been the sole principal or the senior partner of the firm which is now known as Cooper & Kirkham, A Professional Corporation.

Mr. Cooper has been listed in the California Business Litigation section of *The Best Lawyers in America* for twenty-five years, and has been recognized as "one of a distinguished groups of attorneys" who has been listed in *Best Lawyers* for more than twenty years. Mr. Cooper

is also listed as a Northern California Super Lawyer.  Mr. Cooper is the past chairman of the Private Litigation Committee of the Antitrust Section of the American Bar Association ("A.B.A."), and a past member of the A.B.A. Antitrust Section Monograph Committee.  He has testified before the Judiciary Committee of the United States Senate on proposed legislation to reverse the Supreme Court's decision in *Illinois Brick Company v. State of Illinois*, 431 U.S. 720 (1977), and on proposed legislation to establish a right to contribution among antitrust defendants.  He has lectured before the A.B.A.'s Antitrust and Litigation Sections, The Practicing Law Institute, the *New York Law Journal*, the Association of Trial Lawyers of America and the California Trial Lawyers' Association.  He has participated in American Bar Association National Institutes on "Preventative Antitrust" and the "Use of Computers in Litigation."  He is the author of:  "Structuring the Antitrust Case," 15 *Trial* 30 (April, 1979); co-author with Kirk A. McKinney of "Fifth Amendment Rights in Private Treble Damage Litigation," 48 *Antitrust L.J.* 1381 (1980); co-author with Tracy R. Kirkham of "Class Action Conflicts," 7 *Litigation*, No. 2, Winter, 1981; and author of "Settlement Considerations and Attorneys' Fees in Class Actions," 50 *Antitrust L.J.* (1981).  He also authored and recorded "How To Recognize An Antitrust Case" for the ATLA Cassette-of-the-Month series in 1981.

Partner **Tracy R. Kirkham** graduated *cum laude* from the Washington College of Law of the American University in 1975, where she received American Jurisprudence awards in Evidence and Civil Procedure, and was admitted to practice in the States of Pennsylvania and New Jersey that year.  She has also been admitted to practice in the State of California (1976) and before numerous federal courts including the Northern District of California (1976), Ninth Circuit Court of Appeals (1980), the Third Circuit Court of Appeals (2009) and the Central District of California (1981).  After graduating from law school, Ms. Kirkham worked briefly as a staff attorney at the United States Department of Energy.  Since entering private practice, she has specialized in complex business and class action litigation, particularly in antitrust, securities and energy regulation.  Ms. Kirkham joined Cooper & Scarpulla, a predecessor to Cooper & Kirkham, as an associate in 1975, and practiced as an associate and later as a partner with Mr. Cooper until 1986.  She then joined the Los Angeles firm of Hennigan & Mercer.  In January 1992, Ms. Kirkham returned to San Francisco to form Cooper & Kirkham, P.C.

Ms. Kirkham participated in the writing of "Alternatives to Conventional Adjudication," Volumes I, II and III, by the Institute of Studies in Justice and Social Behavior, The American University, which was published as a report of The National Institute for Law Enforcement, United States Department of Justice.  She assisted Mr. Cooper in writing "Structuring the Antitrust Case," 15 *Trial* 30, April, 1979, is the co-author with him of "Class Action Conflicts," 7

*Litigation*, No. 2, Winter, 1981, and authored "Taming Documents in Complex Litigation," 5 *The Practical Litigator*, No. 4, July 1994.   Ms. Kirkham is recognized as a leader in the area of electronic discovery and electronic document management in large commercial cases.   She has lectured on the subject of computerized document management in litigation before the Association of Trial Lawyers of America and the American Bar Association, Young Lawyer's Division.

Senior Associate and Partner (2012) **John D. Bogdanov** was admitted to the bar of the State of California in 2001 and is admitted to practice before the Ninth Circuit Court of Appeals and the U.S. District Court for the Northern District of California.   He holds a degree in journalism from the University of Missouri (*magna cum laude*, 1991) and a law degree from the University of California, Hastings College of Law (2001) where he received the American Jurisprudence/Witkin Award for Legal Writing and Research, Negotiation and Settlement.   Mr. Bogdanov's entire legal practice has been in the area of antitrust and consumer class actions.

Former Senior Associate **Kelly A. Horne** was admitted to bar of the State of California in 2006.   Prior to attending law school, Ms. Horne worked as a paralegal specializing in discovery in complex antitrust class actions and as a professor of expositive writing in the School of Engineering at the University of California at Berkeley.   She holds a bachelor of arts degree from San Francisco State University, a master of arts degree from San Diego State University and a law degree from the University of San Francisco, School of Law.   Ms.Horne is currently a Staff Attorney in the Bureau of Consumer Protection at the Federal Trade Commission in Washington, D.C.

Former Associate Jennifer A. Postel was admitted to bar of the State of California in 2005.   Jennifer holds a bachelor of arts degree from the University of California at Davis and a Law degree from the University of California.   Ms. Postel currently practices special education law in Sacramento, California.


## LITIGATION PROFILE

Cooper & Kirkham, P.C. is nationally regarded as an expert in antitrust and class action litigation, and has held leadership positions in dozens of class actions that have resulted in billions of dollars in recovery for class members.   For example, beginning in the 1970's, Cooper & Kirkham served as:  (1) Plaintiffs' Liaison Counsel in *In re Sugar Industry Antitrust Litig.*, M.D.L. No. 201 (N.D. Cal.), price-fixing actions brought on behalf of private classes of sugar purchasers in the Western United States; (2) Chairman of the Plaintiffs' Briefing Committee in *In re Folding Carton Antitrust Litig.*, M.D.L. No. 250 (N.D. Ill.), litigation brought on behalf of a national class of folding cardboard box purchasers; and (c) Plaintiffs' Co-Lead Counsel in *In re Cement and Concrete*

3

*Antitrust Litig.,* M.D.L. No. 296 (D. Ariz.), price-fixing litigation brought on behalf of a national class of cement purchasers and an Arizona class of ready-mix purchasers.  Each of these cases resulted in multi-million dollar recoveries for the classes.

   More recently, Cooper & Kirkham was: (1) Plaintiffs' Liaison Counsel in *In re California X-ray Film Antitrust Litig.,* (San Francisco Super. Ct.), price-fixing action brought on behalf of purchasers of x-ray film products; (2) a member of Plaintiffs' Executive Committee in *Vitamin Cases,* J.C.C.P. No. 4076 (San Francisco Super. Ct.), a price-fixing action brought on behalf of a classes of California purchasers of vitamin products; actions settled for $96 million; and (3) a member of the Executive Committee in *Microsoft I-V Cases,* J.C.C.P. No. 4106 (San Francisco Super. Ct.), where a California class of indirect purchasers of Microsoft operating system and applications software settled for over $1.1 billion.

   Cooper & Kirkham is currently serving as Co-Lead Counsel for Indirect Purchaser plaintiffs in *In Re Dynamic Access Memory (DRAM) Antitrust Litigation,* MDL 1486 (N.D.Cal.), price-fixing litigation against the major international manufacturers of DRAM.  The indirect purchasers have entered into settlements of over $300 million.  It is also one of the chief counsel prosecuting *Sullivan et. al. v. DeBeers,* C.A. No. 3:05-516 (D.N.J.), a class action against the world's leading supplier of diamonds, alleging that it violated various federal and state antitrust and unfair competition laws.  Following the settlement of the action for $295 million and injunctive relief, Cooper & Kirkham was appointed to represent the consumer subclass in allocating and distributing the settlement proceeds.  The firm was instrumental in securing a rehearing *en banc* by the Third Circuit Court of Appeals which resulted in an opinion affirming the district court's approval of the settlement and setting out comprehensive guide lines for the certification of settlement classes in multi-state antitrust and consumer protection class actions.

## REPRESENTATIVE CLIENTS

   In its non-class action complex litigation and hourly commercial litigation practice, Cooper & Kirkham has represented many substantial businesses and governmental entities, including: Safeway Stores, Inc., the Oakland Tribune, Inc., Bandag, Inc., MacFARMS International, Inc., Gold Fields Mining Company, The Bank of New England, The Gas Company (Honolulu, Hawaii), Pankow Builders, Inc., The San Francisco Bay Guardian, Yeung Chi Shing Estates, Ltd. (Hong Kong), the States of Nevada, Arizona and Oregon (Public Employees' Pension Fund), the City and County of Honolulu, Hawaii, the City of Austin, Texas, and Contra Costa County, California.

   The following is a partial list of major commercial actions (class and non-class) in which the

firm (or its predecessors) represent or represented the plaintiff(s), a plaintiff class or the defendant(s) since Mr. Cooper opened his practice in San Francisco in 1972:

1. *San Francisco Bay Guardian v. San Francisco Chronicle, et al.*, 344 F. Supp. 1155 (N.D. Cal. 1971) – Represented plaintiff in action brought against competing newspapers for alleged monopolistic practices. Settlement obtained for plaintiff.

2. *In re Gypsum Wallboard Cases*, 1974-2 Trade Cases ¶75, 272 (N.D. Cal. 1974) – Represented national class of governmental bodies in multidistrict price-fixing action. Settlement achieved for class.

3. *Love's WoodPit Barbecue v. Bell Brand Foods, Inc., et al.*, 1974 (CCH) Trade Cases ¶74,905 (S.D. Cal. 1974) – Represented plaintiff class of restaurants in price-fixing litigation brought against potato processors. Settlement achieved for class.

4. *Prescottano v. Koracorp Industries, Inc.* (N.D. Cal.) - Co-lead Counsel representing class of shareholders alleging securities fraud. Settlement achieved for class.

5. *Spinetti, et al. v. Atlantic Richfield Company* (N.D. Cal.) – Represented plaintiffs in action brought by petroleum wholesale distributors against their supplier for violations of the federal energy laws. Settlement achieved for plaintiffs.

6. *In re Folding Carton Antitrust Litigation* M.D.L. 250 (N.D. Ill.) – Represented national class of folding cardboard box purchasers in price-fixing action. Settlement achieved for class.

7. *In re THC Financial Litigation*, 86 F.R.D. 721 (D. Hawaii 1980) - Co-lead Counsel in securities fraud class action brought on behalf of the holders of investment certificates and debentures in THC Financial Corporation. Settlement achieved for class.

8. *In re Hawaii Beer Litigation* (D. Hawaii) – Co-lead Counsel in price-fixing action brought on behalf of private classes of beer purchasers in the State of Hawaii. Settlement achieved for class.

9. *In re Sugar Industry Antitrust Litigation*, M.D.L. 201 (N.D. Cal.) – Plaintiffs' Liaison Counsel in price-fixing action brought on behalf of private classes of sugar purchasers in the Western United States. Settlement achieved for classes.

10. *Standard Glass Co. v. Universal Waste Control, et al.* (Sup. Ct., Maricopa County, Arizona) – Co-Lead Counsel in price-fixing class action brought on behalf of Phoenix area users of refuse services. Settlement achieved for class.

11. *Carr v. Toyota Motor Sales, Inc.* (N.D. Cal.) – Represented plaintiff class in price-fixing class action brought on behalf of purchasers of Toyota motor vehicles in five states. Settlement achieved for class.

12. *Presidio Golf Club of S.F. v. National Linen Supply Corp.*, 1976-2 (CCH) Trade Cases ¶61,221 (N.D. Cal. 1976) – Represented class in action for antitrust violations in the rental

of linen supplies. Settlement achieved for class.

13. *Bulzan v. Atlantic Richfield Co.* (620 F.2d 278 (T.E.C.A. 1980) – Represented plaintiff in action brought by wholesale petroleum distributor against its supplier for violations of federal energy laws. Settlement achieved for plaintiff.

14. *City and County of Honolulu v. Hawaii Newspaper Agency, Inc., et al.* (D. Hawaii) – Represented Honolulu and plaintiff class in price-fixing action brought on behalf of all purchasers of advertising in Honolulu daily newspapers.

15. *Van Vranken, et al. v. The Atlantic Richfield Company*, (N.D. Cal.) – Lead Counsel in action brought on behalf of a class of purchasers of refined petroleum products for price overcharges in violation of federal energy laws. Trial verdict and settlement of $75 million achieved for class.

16. *Muller, et al. v. Sambo's Restaurants Inc., et al.* (C.D. Cal.) - Co-lead Counsel in securities fraud action on behalf of class of investors in general partnership restaurant joint ventures. Settlement achieved for class.

17. *Evans, et al. v. Circle S Ranch, Inc., et al.* (Sup. Ct., Maricopa County, Ariz.) – Represented class of emotionally disturbed children committed by State to treatment facility in action for violations of their civil rights, assault, and intentional infliction of emotional distress. Settlement obtained for class during jury trial.

18. *Richards v. American Veterinary Medical Association, et al.*, SAW (N.D. Cal.) - Represented eleven defendants in a group boycott antitrust action. Defense verdict obtain at trial.

19. *In re Arizona Escrow Fee Antitrust Litigation* (D. Ariz.) – Represented plaintiff class in escrow rate-fixing action brought on behalf of purchasers of escrow services in Arizona. Settlement achieved for class.

20. *Andersen Construction Co. v. The Prescon Corp., et al.* (D. Colo.) – Represented plaintiff class price-fixing action brought on behalf of purchasers of post-tension concrete construction in the Rocky Mountain States. Settlement achieved for class.

21. *Safeway Stores, Inc. v. Roblin Industries, Inc., et al.* (N.D. Cal.) – Represented plaintiff price-fixing action brought against manufacturers of shopping carts. Settlement achieved for plaintiff.

22. *Burlingame Imports Inc. v. Alfa Romeo, Inc.* (San Mateo, California, Municipal Ct.) – Represented defendant Alfa Romeo for alleged breach of contract and warranty.

23. *Autopacific, Inc. v. Alfa Romeo, Inc.* (San Francisco Municipal Court) – Represented defendant Alfa Romeo for alleged fraud and breach of warranty.

24. *In re Cement and Concrete Antitrust Litigation*, M.D.L. 296 (D. Ariz.) – Co-Lead Counsel in

price-fixing action brought on behalf of a national class of cement purchasers and an Arizona class of ready-mix purchasers. Settlements achieved for classes.

25.  *In re Chicken Antitrust Litigation* (N.D. Ga.) - Represented class members Safeway Stores, Inc., The Great Atlantic and Pacific Tea Company, Inc., The Grand Union Company, Jewel Companies, Inc., Winn-Dixie Stores, Inc., and Giant Foods, Inc. in price fixing action against producers of poultry products. Settlement achieved for class.

26.  *In re Corn Derivatives Antitrust Litigation,* M.D.L. 414, (D.N.J.) - Represented class members Safeway Stores, Inc., Lucky Stores, Inc., Great Atlantic and Pacific Tea Co., Carnation Co., The Jewel Companies, Fred Meyer, Inc., and Bonneau Products Co., Inc. in price fixing action against manufacturers of corn derivative products. Settlement achieved for class.

27.  *In the Matter of Safeway Stores, Inc.* (Board of Agriculture, State of Hawaii, and D. Ha.) - Represented Safeway Stores, Inc. in application for a license to sell fresh milk in Hawaii and in related Federal Court action challenging constitutionality of Hawaii regulatory statute. Statute declared unconstitutional and license obtained.

28.  *Contra Costa Medical Systems, Inc. v. County of Contra Costa, et al.* (N.D. Cal.) - Represented defendant county in action alleging that ordinance regulating ambulance services violates the antitrust laws.

29.  *Tom Lazio Fish Co. Inc. v. Castle & Cooke, Inc., et al.* (Superior Court San Francisco) - Represented defendant Western Fishboat Owners Association in action for alleged price fixing conspiracy.

30.  *Isabel E. Masket v. United States Surgical Corporation, et al.* (Superior Court County of Marin) - Represented defendant U.S. Surgical Corporation in action for breach of contract resulting from dealer termination.

31.  *Oakland Tribune, Inc. v. Chronicle Publishing Company, et al.* (N.D. Cal.) - Represented plaintiff newspaper in antitrust monopolization action against competing daily newspapers. Settlement achieved for plaintiff.

32.  *In Re Convergent Technologies Securities Litigation* (N.D. Cal.) - Co-lead Counsel in representation of shareholders in class action alleging fraud in the sale of securities. Settlement achieved for class.

33.  *In re Crocker Shareholder Litigation* (N.D. Cal.) - Plaintiffs' Liaison Counsel in securities fraud action by shareholders of Crocker National Bank. Settlement achieved for class.

34.  *In Re UniOil Securities Litigation* (C.D. Cal.) - Represented officer and director defendants in securities fraud action by shareholder class. Summary judgment granted for clients.

35.  *In Re Castle & Cooke Derivative Shareholder Litigation* (N.D. Cal.) – Represented shareholders in class action alleging violations of federal securities laws and breach of

fiduciary duties of directors arising from stock repurchase and merger agreement. Settlement achieved for class.

36. *Byrum* v. *Amerco* (D. Ariz.) - Co-lead Counsel in representation of class of purchasers of investment contracts in U-Haul recreational vehicle partnerships. Settlement achieved for class.

37. *National Union Fire Insurance Bond Cases* (Los Angeles Superior Court) - Represented class of investors in action alleging violations of federal securities laws and state laws arising out of alleged "ponzi" scheme. Settlement achieved for class.

38. *In re MiniScribe Securities Litigation* (D. Colo.) - Co-lead Counsel in securities fraud action by shareholders of MiniScribe Corporation. Settlement achieved for class.

39. *Specialty Food Distributors, Inc. v. MacFARMS International, Inc., et al.* (N.D., Cal.), and *Doris Sternberg, v. MacFARMS International, Inc., et al.* (California Superior Court) - Represented defendant producer of macadamia nuts in federal and state class actions brought by purchasers of nut products for alleged price-fixing conspiracy; and *McCaffrey v. MacFARMS International, Inc., et al.* (California Superior Court), related suit by ex-employee for wrongful termination.

40. *In re California X-ray Film Antitrust Litigation* (California Superior Court) -Plaintiffs' Liaison Counsel in price-fixing action brought on behalf of class of California purchasers of x-ray film products. Settlement of approximately $4 million achieved for the class.

41. *In re: Industrial Diamonds Antitrust Litigation* (S.D.N.Y.) - Represented nationwide class of purchasers of industrial diamond products alleging price-fixing conspiracy. Settlement of approximately $25 million in cash plus in kind distribution achieved for the class.

42. *Sullivan et.al. v. DB Investments, Inc., et. al.,* Civil Action Index No. 04-02819 (SRC) (D. N.J.) and *Anco Industrial Diamond Corp. v. DB Investments, Inc.* (D.N.J.) Representing class of gem-quality diamond purchasers in actions against De Beers for monopolization and price fixing. Settlement of over $295 million achieved for the class.

43. *Millar v. Pearce Systems, et al.* (California Superior Court) – Lead counsel for class of purchasers of securities in initial public offering for alleged violations of state securities laws. Settlement achieved for the class.

44. *Cloverdale Meadows v. Kaiser Sand & Gravel Company, Inc., et al.* (California Superior Court) - Represented class of Northern California purchasers of concrete and rock products alleging price-fixing conspiracy. Settlement achieved for the class.

45. *Azizian et. al. v. Federated Department Stores, et. al.* Civ. No. C 03 3359 SBA (N.D. Ca.) and *Coordination Proceeding Special Title (Rule 1550(b)) COSMETICS CASES* (California Superior Court) – Member of Plaintiffs' Executive Committee in an action on behalf of a nationwide class of purchasers of cosmetics products alleging a conspiracy among manufacturers and retailers of department store cosmetics, including Federated

Department Stores and Estee Lauder Corporation, to prevent discounting from list prices. Settlement valued at $175 million, plus $24 million in attorneys' fees and costs given final approval by District Court.

46. *Coordination Proceeding Special Title (Rule 1550(b)) VITAMIN CASES* (California Superior Court) – Member of Plaintiffs' Executive Committee in price-fixing action brought on behalf of a class of California purchasers of vitamin products. Settlement of over $100 million achieved for the classes.

47. *In Re Sorbates Direct Purchaser Antitrust Litigation,* Master File No. C 98-4886 CAL (N.D. Cal.) – Represented class of sorbates purchasers in price-fixing action. Settlement of approximately $92 million achieved for the class.

48. *The State Of Oregon, By And Through The Oregon Public Employees Retirement Board v. McKesson HBOC, Inc., et. al.,* Master File No. 307619 (California Superior Court) – Representing governmental entity plaintiff in securities fraud case arising from merger of the McKesson Corporation with HBOC, Inc. Settlement achieved.

49. *Coordination Proceedings Special Title (Rule 1550(B), MICROSOFT CASES,* Case No. J.C.C.P. No. 4106 (California Superior Court) – Member of Plaintiffs' Executive Committee in monopolization case brought on behalf of a certified class of indirect purchasers of Microsoft operating system and applications software. Settlement of $1.1 billion plus $101 million in attorneys' fees and costs approved by Superior Court.

56. *Coordination Proceedings Special Title (Rule 1550(B), DRAM CASES,* Case No. J.C.C.P. No. 4265 (California Superior Court) – Liaison Counsel in price-fixing case brought on behalf of a nationwide class of indirect purchasers of random access memory chips. Settlements of approximately $300 million achieved pending court approval (see, no. 62, below.)

57. *Coordination Proceedings Special Title (Rule 1550(B), POLYESTER STAPLE CASES,* Case No. J.C.C.P. No. 4278 (California Superior Court) – Member of Plaintiffs' Executive Committee in price-fixing case brought on behalf of a California class of indirect purchasers of polyester staple. Settlement achieved.

58. *Coordination Proceedings Special Title (Rule 1550(B), AUTOMOBILE ANTITRUST CASES, I, II,* Case No. J.C.C.P. Nos. 4298 and 4303 (California Superior Court) – Member of Plaintiffs' Executive Committee in price-fixing case brought on behalf of a California class of indirect purchasers.

59. *Hayward Area Planning Association, et. al. v. Gale Norton, as Secretary of the Interior, et. al.,* Case No. c 00-04211 SI (N.D.Ca.) - Represented real party in interest Hayward 1900, Inc., the owner and developer of a approximately 2000 acre tract of land on Walpert Ridge in an action brought under the Environmental Protection Act challenging the biological opinion and incidental take permits for the project.

60.  *Hayward Area Planning Association et. al. v. City of Hayward et. al.*, Case No. 2002069185 (Alameda County Superior Court) - Represented real party in interest Hayward 1900, Inc., the owner and developer of a approximately 2000 acre tract of land on Walpert Ridge in an action brought under the California Environmental Quality Act challenging the City of Hayward's EIR and development agreement with Hayward 1900.

61.  *Fairhaven Power Company v. Encana Corporation, et.al.*, Civ. F-04-6256 OWW LJO (E.D. Cal.) – Representing class of purchasers of natural gas in price-fixing action. Settlement achieved.

62.  *In Re Dynamic Access Memory (DRAM) Antitrust Litigation*, MDL 1486 (N.D.Cal.), Plaintiffs' Co-Lead Counsel in price-fixing litigation against the major international manufacturers of DRAM. The indirect purchasers have entered into settlements of approximately $300 million with defendants.

63.  *In Re Static Random Access Memory (SRAM) Antitrust Litigation*, MDL 1819 (N.D. Cal.), member of Plaintiffs' Executive Committee in indirect purchaser price-fixing class action against the major international manufacturers of SRAM.

64.  *In Re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL 1827 (N.D. Cal.), member of Plaintiffs' Executive Committee in indirect purchaser price-fixing class action litigation against the major international manufacturers of TFT-LCD Flat Panel screens.

65.  *In Re Flash Memory Antitrust Litigation*, MDL 1852 (N.D. Cal.), member of Plaintiffs' Executive Committee in indirect purchaser price-fixing class action litigation against the major international manufacturers of Flash Memory devices.

66.  *Stonebrae L.P. v. Toll Bros, Inc., et al.*, Case No. 08-CV-00221 EMC (N.D. Cal.), representing plaintiff in litigation involving real estate development of over 2,000 acres overlooking San Francisco Bay.

# EXHIBIT 2

**COOPER & KIRKHAM, P.C.**

**DRAM LODESTAR**

**CURRENT AND HISTORIC HOURLY RATES**

| NAME: | TOTAL HOURS: | LODESTAR (CURRENT): | LODESTAR (HISTORICAL): |
|---|---|---|---|
| Josef D. Cooper – Partner | 5,933.2 | $ 5,784,870.00 | $ 4,902,640.00 |
| Tracy R. Kirkham – Partner | 5,618.2 | 4,915,925.00 | 4,070,268.00 |
| John D. Bogdanov – Partner | 3,071.6 | 1,842,960.00 | 1,151,531.00 |
| Kelly Horne – Associate | 3,924.1 | 2,001,291.00 | 1,569,028.50 |
| Jennifer Postel – Associate | 2,052.7 | 615,810.00 | 609,677.50 |
| Francie Burham - Paralegal | 26.3 | 3,945.00 | 3,945.00 |
| **TOTAL:** | 20,626.1 | $15,164,801.00 | $12,307,090.00 |

**COOPER K.   HAM, P.C.**
**EXHIBIT 2 - LODESTAR CHART BY YEAR**
**HISTORIC HOURLY RATES**

**2002**

|  | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper |  |  |  |  |  | 12.90 | 14.00 | 34.90 | 15.30 | 7.20 | 14.40 | 6.80 | 105.50 | $525.00 | $55,387.50 |
| Tracy R. Kirkham |  |  |  |  |  | 20.00 | 16.30 | 51.60 | 15.80 | 3.20 | 0.60 | 2.20 | 109.70 | $450.00 | $49,365.00 |
| TOTAL HOURS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 32.90 | 30.30 | 86.50 | 31.10 | 10.40 | 15.00 | 9.00 | 215.20 |  | $104,752.50 |

**2003**

|  | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 0.4 | 3.4 | 51.1 | 20.1 | 15.4 | 16.2 | 20.3 | 10.7 | 20.1 | 15.8 | 1.9 | 4.1 | 179.5 | $550.00 | $98,725.00 |
| Tracy R. Kirkham | 0.0 | 0.0 | 34.2 | 6.1 | 0.0 | 11.2 | 23.6 | 2.5 | 24.2 | 10.3 | 0.0 | 1.6 | 113.7 | $490.00 | $55,713.00 |
| John D. Bogdanov |  |  |  | 3.5 | 0.0 | 156.4 | 150.1 | 0.1 | 49.5 | 40.0 | 0.0 | 0.3 | 399.9 | $225.00 | $89,977.50 |
| TOTAL HOURS | 0.4 | 3.4 | 85.3 | 29.7 | 15.4 | 183.8 | 194.0 | 13.3 | 93.8 | 66.1 | 1.9 | 6.0 | 693.1 |  | $244,415.50 |

**2004**

|  | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 12.3 | 21.2 | 5.4 | 8.7 | 7.5 | 4.5 | 5.4 | 0.8 | 10.2 | 14.8 | 20.1 | 7.5 | 118.4 | $650.00 | $76,960.00 |
| Tracy R. Kirkham | 5.4 | 4.3 | 4.8 | 8.5 | 8.6 | 3.4 | 1.6 | 0.0 | 14.7 | 16.8 | 11.5 | 21.1 | 100.7 | $600.00 | $60,420.00 |
| John D. Bogdanov | 7.5 | 0.0 | 1.1 | 88.2 | 13.6 | 17.2 | 6.0 | 0.0 | 0.2 | 0.0 | 77.4 | 136.0 | 347.2 | $275.00 | $95,480.00 |
| TOTAL HOURS | 25.2 | 25.5 | 11.3 | 105.4 | 29.7 | 25.1 | 13.0 | 0.8 | 25.1 | 31.6 | 109.0 | 164.6 | 566.3 |  | $232,860.00 |

**2005**

|  | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 34.1 | 36.9 | 20.4 | 23.9 | 44.7 | 65.1 | 120.6 | 58.7 | 76.1 | 44.3 | 63.4 | 32.7 | 620.9 | $675.00 | $419,107.50 |
| Tracy R. Kirkham | 24.3 | 49.4 | 61.3 | 28.7 | 31.6 | 69.1 | 47.5 | 15.1 | 80.7 | 97.5 | 79.6 | 36.1 | 523.4 | $625.00 | $327,125.00 |
| John D. Bogdanov | 38.5 | 34.2 | 14.9 | 6.8 | 0.0 | 2.9 | 48.7 | 12.2 | 127.9 | 20.0 | 101.6 | 127.1 | 534.8 | $295.00 | $157,766.00 |
| Kelly Horne |  |  |  |  |  |  |  |  | 114.7 | 148.0 | 147.0 | 132.5 | 542.2 | $325.00 | $176,215.00 |
| TOTAL HOURS | 96.9 | 120.5 | 96.6 | 59.4 | 76.3 | 137.1 | 216.8 | 86.0 | 399.4 | 212.3 | 391.6 | 328.4 | 2221.3 |  | $1,080,213.50 |

**2006**

|  | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 56.6 | 53.2 | 110.0 | 108.4 | 79.4 | 102.9 | 84.2 | 180.5 | 115.5 | 121.3 | 116.3 | 97.4 | 1225.7 | $775.00 | $949,917.50 |
| Tracy R. Kirkham | 67.0 | 102.7 | 156.8 | 149.6 | 110.9 | 69.7 | 116.5 | 181.2 | 135.3 | 110.5 | 66.2 | 48.4 | 1314.8 | $650.00 | $854,620.00 |
| John D. Bogdanov | 100.5 | 30.6 | 157.0 | 64.9 | 53.0 | 69.3 | 75.7 | 34.0 | 5.5 | 0.0 | 0.5 | 0.0 | 591.0 | $350.00 | $206,850.00 |
| Kelly Horne | 153.0 | 152.0 | 241.5 | 204.0 | 173.5 | 158.5 | 151.0 | 160.0 | 166.5 | 183.5 | 155.5 | 111.0 | 2010.0 | $400.00 | $804,000.00 |
| Jennifer Postel |  |  |  |  |  | 80.0 | 160.4 | 178.5 | 143.8 | 160.5 | 151.2 | 71.5 | 136.4 | 144.2 | 1226.5 | $295.00 | $361,817.50 |
| Francie Burnham |  |  | 26.3 |  |  |  |  |  |  |  |  |  | 26.3 | $150.00 | $3,945.00 |
| TOTAL HOURS | 377.1 | 338.5 | 691.6 | 606.9 | 577.2 | 578.9 | 571.2 | 716.2 | 574.0 | 486.8 | 474.9 | 401.0 | 6394.3 |  | $3,181,150.00 |

**COOPER ▯ ▯HAM, P.C.**
**EXHIBIT 2 - LODESTAR CHART BY YEAR**
**HISTORIC HOURLY RATES**

| 2007 | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 104.7 | 124.6 | 68.0 | 70.5 | 92.9 | 125.7 | 42.4 | 48.1 | 40.7 | 78.7 | 36.3 | 24.1 | 856.7 | $800.00 | $685,360.00 |
| Tracy R. Kirkham | 92.9 | 80.8 | 67.2 | 58.2 | 77.8 | 99.2 | 32.2 | 28.2 | 29.7 | 69.2 | 36.0 | 9.5 | 680.9 | $675.00 | $459,607.50 |
| John D. Bogdanov | 0.0 | 0.0 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.5 | $365.00 | $182.50 |
| Kelly Horne | 132.0 | 124.8 | 126.0 | 129.0 | 126.9 | 82.0 | 52.7 | 59.0 | 91.3 | 103.7 | 74.2 | 65.3 | 1166.9 | $415.00 | $484,263.50 |
| Jennifer Postel | 143.0 | 132.9 | 108.5 | 132.9 | 164.6 | 81.8 | 62.5 | | | | | | 826.2 | $300.00 | $247,860.00 |
| **TOTAL HOURS** | **472.6** | **463.1** | **369.7** | **390.9** | **462.2** | **388.7** | **189.8** | **135.4** | **161.8** | **251.6** | **146.5** | **98.9** | **3531.2** | | **$1,877,273.50** |

| 2008 | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 63.0 | 62.0 | 27.5 | 37.8 | 5.3 | 9.3 | 20.9 | 15.4 | 17.1 | 40.5 | 9.5 | 18.9 | 327.2 | $875.00 | $286,300.00 |
| Tracy R. Kirkham | 34.3 | 56.8 | 17.1 | 37.4 | 0.4 | 13.9 | 9.8 | 14.8 | 7.3 | 12.1 | 4.8 | 4.3 | 213.0 | $750.00 | $159,750.00 |
| John D. Bogdanov | 0.0 | 3.3 | 0.0 | 35.1 | 3.7 | 48.1 | 7.5 | 4.2 | 0.0 | 20.1 | 41.1 | 3.5 | 166.6 | $450.00 | $74,970.00 |
| Kelly Horne | 89.3 | 110.7 | 5.0 | | | | | | | | | | 205.0 | $510.00 | $104,550.00 |
| **TOTAL HOURS** | **186.6** | **232.8** | **49.6** | **110.3** | **9.4** | **71.3** | **38.2** | **34.4** | **24.4** | **72.7** | **55.4** | **26.7** | **911.8** | | **$625,570.00** |

| 2009 | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 33.8 | 78.1 | 69.3 | 70.1 | 61.9 | 63.1 | 60.7 | 8.7 | 42.6 | 67.1 | 36.5 | 64.5 | 656.4 | $875.00 | $574,350.00 |
| Tracy R. Kirkham | 18.2 | 91.1 | 53.9 | 26.1 | 20.2 | 12.4 | 22.5 | 16.6 | 46.1 | 37.2 | 9.4 | 19.6 | 373.3 | $750.00 | $279,975.00 |
| John D. Bogdanov | 31.9 | 107.0 | 89.2 | 1.6 | 0.0 | 0.0 | 38.9 | 41.2 | 0.4 | 66.7 | 63.7 | 27.6 | 468.2 | $450.00 | $210,690.00 |
| **TOTAL HOURS** | **83.9** | **276.2** | **212.4** | **97.8** | **82.1** | **75.5** | **122.1** | **66.5** | **89.1** | **171.0** | **109.6** | **111.7** | **1497.9** | | **$1,065,015.00** |

| 2010 | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 40.2 | 61.8 | 52.7 | 42.5 | 51.7 | 63.9 | 37.9 | 48.4 | 58.0 | 70.1 | 73.0 | 31.7 | 631.9 | $950.00 | $600,305.00 |
| Tracy R. Kirkham | 55.3 | 48.4 | 52.4 | 36.5 | 42.4 | 50.1 | 22.8 | 14.4 | 37.1 | 56.3 | 58.2 | 10.9 | 484.8 | $825.00 | $399,960.00 |
| John D. Bogdanov | 15.0 | 8.1 | 0.7 | 3.3 | 0.0 | 1.4 | 0.5 | 0.0 | 12.2 | 0.6 | 2.5 | 1.1 | 45.4 | $550.00 | $24,970.00 |
| **TOTAL HOURS** | **110.5** | **118.3** | **105.8** | **82.3** | **94.1** | **115.4** | **61.2** | **62.8** | **107.3** | **127.0** | **133.7** | **43.7** | **1162.1** | | **$1,025,235.00** |

| 2011 | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 43.8 | 38.4 | 80.0 | 69.4 | 34.5 | 57.7 | 39.4 | 35.6 | 41.4 | 41.3 | 39.9 | 39.6 | 561.0 | $950.00 | $532,950.00 |
| Tracy R. Kirkham | 25.1 | 28.9 | 143.3 | 36.9 | 19.3 | 25.5 | 9.2 | 16.3 | 34.6 | 45.8 | 70.5 | 76.6 | 532.0 | $825.00 | $438,900.00 |
| John D. Bogdanov | 27.6 | 16.5 | 11.4 | 4.4 | 16.5 | 2.6 | 0.0 | 0.0 | 1.8 | 0.8 | 39.5 | 10.8 | 131.9 | $550.00 | $72,545.00 |
| **TOTAL HOURS** | **96.5** | **83.8** | **234.7** | **110.7** | **70.3** | **85.8** | **48.6** | **51.9** | **77.8** | **87.9** | **149.9** | **127.0** | **1224.9** | | **$1,044,395.00** |

COOPER K    HAM, P.C.
**EXHIBIT 2 - LODESTAR CHART BY YEAR**
**HISTORIC HOURLY RATES**

| 2012 | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 23.8 | 49.1 | 63.9 | 40.2 | 25.5 | 39.8 | 43.3 | 31.4 | 26.4 | 21.2 | 30.8 | 23.5 | 418.9 | $950.00 | $397,955.00 |
| Tracy R. Kirkham | 103.2 | 132.8 | 131.5 | 93.1 | 42.7 | 61.9 | 60.8 | 71.3 | 44.1 | 45.4 | 38.5 | 48.2 | 811.6 | $825.00 | $669,570.00 |
| John D. Bogdanov | 16.5 | 1.5 | 22.4 | 0.1 | 2.1 | 30.9 | 10.2 | 27.0 | 31.8 | 53.2 | 37.1 | 38.4 | 271.2 | $550.00 | $149,160.00 |
| **TOTAL HOURS** | 143.5 | 183.4 | 217.8 | 133.4 | 70.3 | 70.7 | 114.3 | 129.7 | 102.3 | 119.8 | 106.4 | 110.1 | 1501.7 | | $1,216,685.00 |

| 2013 | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 51.0 | 58.8 | 35.6 | 30.7 | 55.0 | | | | | | | | 231.1 | $975.00 | $225,322.50 |
| Tracy R. Kirkham | 83.3 | 37.6 | 48.7 | 106.6 | 84.1 | | | | | | | | 360.3 | $875.00 | $315,262.50 |
| John D. Bogdanov | 59.9 | 44.9 | 3.4 | 6.1 | 0.6 | | | | | | | | 114.9 | $600.00 | $68,940.00 |
| **TOTAL HOURS** | 194.2 | 141.3 | 87.7 | 143.4 | 139.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 706.3 | | $609,525.00 |
| | | | | | | | | | | | | | 20626.1 | | |

|  |  |
|---|---|
| **TOTAL** | $12,307,090.00 |

COOPER к     .HAM, P.C.
**EXHIBIT 2 - LODESTAR CHART BY YEAR**
**CURRENT HOURLY RATES**

| 2002 | | | | | | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | | | | | | 12.90 | 14.00 | 34.90 | 15.30 | 7.20 | 14.40 | 6.80 | 105.50 | $975.00 | $102,862.50 |
| Tracy R. Kirkham | | | | | | 20.00 | 16.30 | 51.60 | 15.80 | 3.20 | 0.60 | 2.20 | 109.70 | $875.00 | $95,987.50 |
| | | | | | | | | | | | | | | | |
| **TOTAL HOURS** | **0.00** | **0.00** | **0.00** | **0.00** | **0.00** | **32.90** | **30.30** | **86.50** | **31.10** | **10.40** | **15.00** | **9.00** | **215.20** | | **$198,850.00** |

| 2003 | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 0.4 | 3.4 | 51.1 | 20.1 | 15.4 | 16.2 | 20.3 | 10.7 | 20.1 | 15.8 | 1.9 | 4.1 | 179.5 | $975.00 | $175,012.50 |
| Tracy R. Kirkham | 0.0 | 0.0 | 34.2 | 6.1 | 0.0 | 11.2 | 23.6 | 2.5 | 24.2 | 10.3 | 0.0 | 1.6 | 113.7 | $875.00 | $99,487.50 |
| John D. Bogdanov | | | | 3.5 | 0.0 | 156.4 | 150.1 | 0.1 | 49.5 | 40.0 | 0.0 | 0.3 | 399.9 | $600.00 | $239,940.00 |
| | | | | | | | | | | | | | | | |
| **TOTAL HOURS** | **0.4** | **3.4** | **85.3** | **29.7** | **15.4** | **183.8** | **194.0** | **13.3** | **93.8** | **66.1** | **1.9** | **6.0** | **693.1** | | **$514,440.00** |

| 2004 | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 12.3 | 21.2 | 5.4 | 8.7 | 7.5 | 4.5 | 5.4 | 0.8 | 10.2 | 14.8 | 20.1 | 7.5 | 118.4 | $975.00 | $115,440.00 |
| Tracy R. Kirkham | 5.4 | 4.3 | 4.8 | 8.5 | 8.6 | 1.6 | 0.0 | 0.0 | 14.7 | 16.8 | 11.5 | 21.1 | 100.7 | $875.00 | $88,112.50 |
| John D. Bogdanov | 7.5 | 0.0 | 1.1 | 88.2 | 13.6 | 17.2 | 6.0 | 0.0 | 0.2 | 0.0 | 77.4 | 136.0 | 347.2 | $600.00 | $208,320.00 |
| | | | | | | | | | | | | | | | |
| **TOTAL HOURS** | **25.2** | **25.5** | **11.3** | **105.4** | **29.7** | **25.1** | **13.0** | **0.8** | **25.1** | **31.6** | **109.0** | **164.6** | **566.3** | | **$411,872.50** |

| 2005 | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 34.1 | 36.9 | 20.4 | 23.9 | 44.7 | 65.1 | 120.6 | 58.7 | 76.1 | 44.3 | 63.4 | 32.7 | 620.9 | $975.00 | $605,377.50 |
| Tracy R. Kirkham | 24.3 | 49.4 | 61.3 | 28.7 | 31.6 | 69.1 | 47.5 | 15.1 | 80.7 | 97.5 | 79.6 | 36.1 | 523.4 | $875.00 | $457,975.00 |
| John D. Bogdanov | 38.5 | 34.2 | 14.9 | 6.8 | 0.0 | 2.9 | 48.7 | 12.2 | 127.9 | 20.0 | 101.6 | 127.1 | 534.8 | $600.00 | $320,880.00 |
| Kelly Horne | | | | | | | | | 114.7 | 148.0 | 147.0 | 132.5 | 542.2 | $510.00 | $276,522.00 |
| | | | | | | | | | | | | | | | |
| **TOTAL HOURS** | **96.9** | **120.5** | **96.6** | **59.4** | **76.3** | **137.1** | **216.8** | **86.0** | **399.4** | **212.3** | **391.6** | **328.4** | **2221.3** | | **$1,660,754.50** |

| 2006 | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 56.6 | 53.2 | 110.0 | 108.4 | 79.4 | 102.9 | 84.2 | 180.5 | 115.5 | 121.3 | 116.3 | 97.4 | 1225.7 | $975.00 | $1,195,057.50 |
| Tracy R. Kirkham | 67.0 | 102.7 | 156.8 | 149.6 | 110.9 | 69.7 | 116.5 | 181.2 | 135.3 | 110.5 | 66.2 | 48.4 | 1314.8 | $875.00 | $1,150,450.00 |
| John D. Bogdanov | 100.5 | 30.6 | 157.0 | 64.9 | 53.0 | 69.3 | 75.7 | 34.0 | 5.5 | 0.0 | 0.5 | 0.0 | 591.0 | $600.00 | $354,600.00 |
| Kelly Horne | 153.0 | 152.0 | 241.5 | 204.0 | 173.5 | 158.5 | 151.0 | 160.0 | 166.5 | 183.5 | 155.5 | 111.0 | 2010.0 | $510.00 | $1,025,100.00 |
| Jennifer Postel | | | | 80.0 | 160.4 | 178.5 | 143.8 | 160.5 | 151.2 | 71.5 | 136.4 | 144.2 | 1226.5 | $300.00 | $367,950.00 |
| Francie Burnham | | | 26.3 | | | | | | | | | | 26.3 | $150.00 | $3,945.00 |
| | | | | | | | | | | | | | | | |
| **TOTAL HOURS** | **377.1** | **338.5** | **691.6** | **606.9** | **577.2** | **578.9** | **571.2** | **716.2** | **574.0** | **486.8** | **474.9** | **401.0** | **6394.3** | | **$4,097,102.50** |

COOPER K. .HAM, P.C.
**EXHIBIT 2 - LODESTAR CHART BY YEAR**
**CURRENT HOURLY RATES**

| 2007 | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 104.7 | 124.6 | 68.0 | 70.5 | 92.9 | 125.7 | 42.4 | 48.1 | 40.7 | 78.7 | 36.3 | 24.1 | 856.7 | $975.00 | $835,282.50 |
| Tracy R. Kirkham | 92.9 | 80.8 | 67.2 | 58.2 | 77.8 | 99.2 | 32.2 | 28.2 | 29.7 | 69.2 | 36.0 | 9.5 | 680.9 | $875.00 | $595,787.50 |
| John D. Bogdanov | 0.0 | 0.0 | 0.0 | 0.3 | 0.0 | 0.0 | 0.0 | 0.1 | 0.1 | 0.0 | 0.0 | 0.0 | 0.5 | $600.00 | $300.00 |
| Kelly Horne | 132.0 | 124.8 | 126.0 | 129.0 | 126.9 | 82.0 | 52.7 | 59.0 | 91.3 | 103.7 | 74.2 | 65.3 | 1166.9 | $510.00 | $595,119.00 |
| Jennifer Postel | 143.0 | 132.9 | 108.5 | 132.9 | 164.6 | 81.8 | 62.5 | | | | | | 826.2 | $300.00 | $247,860.00 |
| **TOTAL HOURS** | **472.6** | **463.1** | **369.7** | **390.9** | **462.2** | **388.7** | **189.8** | **135.4** | **161.8** | **251.6** | **146.5** | **98.9** | **3531.2** | | **$2,274,349.00** |

| 2008 | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 63.0 | 62.0 | 27.5 | 37.8 | 5.3 | 9.3 | 20.9 | 15.4 | 17.1 | 40.5 | 9.5 | 18.9 | 327.2 | $975.00 | $319,020.00 |
| Tracy R. Kirkham | 34.3 | 56.8 | 17.1 | 37.4 | 0.4 | 13.9 | 9.8 | 14.8 | 7.3 | 12.1 | 4.8 | 4.3 | 213.0 | $875.00 | $186,375.00 |
| John D. Bogdanov | 0.0 | 3.3 | 0.0 | 35.1 | 3.7 | 48.1 | 7.5 | 4.2 | 0.0 | 20.1 | 41.1 | 3.5 | 166.6 | $600.00 | $99,960.00 |
| Kelly Horne | 89.3 | 110.7 | 5.0 | | | | | | | | | | 205.0 | $510.00 | $104,550.00 |
| **TOTAL HOURS** | **186.6** | **232.8** | **49.6** | **110.3** | **9.4** | **71.3** | **38.2** | **34.4** | **24.4** | **72.7** | **55.4** | **26.7** | **911.8** | | **$709,905.00** |

| 2009 | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 33.8 | 78.1 | 69.3 | 70.1 | 61.9 | 63.1 | 60.7 | 8.7 | 42.6 | 67.1 | 36.5 | 64.5 | 656.4 | $975.00 | $639,990.00 |
| Tracy R. Kirkham | 18.2 | 91.1 | 53.9 | 26.1 | 20.2 | 12.4 | 22.5 | 16.6 | 46.1 | 37.2 | 9.4 | 19.6 | 373.3 | $875.00 | $326,637.50 |
| John D. Bogdanov | 31.9 | 107.0 | 89.2 | 1.6 | 0.0 | 0.0 | 38.9 | 41.2 | 0.4 | 66.7 | 63.7 | 27.6 | 468.2 | $600.00 | $280,920.00 |
| **TOTAL HOURS** | **83.9** | **276.2** | **212.4** | **97.8** | **82.1** | **75.5** | **122.1** | **66.5** | **89.1** | **171.0** | **109.6** | **111.7** | **1497.9** | | **$1,247,547.50** |

| 2010 | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 40.2 | 61.8 | 52.7 | 42.5 | 51.7 | 63.9 | 37.9 | 48.4 | 58.0 | 70.1 | 73.0 | 31.7 | 631.9 | $975.00 | $616,102.50 |
| Tracy R. Kirkham | 55.3 | 48.4 | 52.4 | 36.5 | 42.4 | 50.1 | 22.8 | 14.4 | 37.1 | 56.3 | 58.2 | 10.9 | 484.8 | $875.00 | $424,200.00 |
| John D. Bogdanov | 15.0 | 8.1 | 0.7 | 3.3 | 0.0 | 1.4 | 0.5 | 0.0 | 12.2 | 0.6 | 2.5 | 1.1 | 45.4 | $600.00 | $27,240.00 |
| **TOTAL HOURS** | **110.5** | **118.3** | **105.8** | **82.3** | **94.1** | **115.4** | **61.2** | **62.8** | **107.3** | **127.0** | **133.7** | **43.7** | **1162.1** | | **$1,067,542.50** |

| 2011 | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 43.8 | 38.4 | 80.0 | 69.4 | 34.5 | 57.7 | 39.4 | 35.6 | 41.4 | 41.3 | 39.9 | 39.6 | 561.0 | $975.00 | $546,975.00 |
| Tracy R. Kirkham | 25.1 | 28.9 | 143.3 | 36.9 | 19.3 | 25.5 | 9.2 | 16.3 | 34.6 | 45.8 | 70.5 | 76.6 | 532.0 | $875.00 | $465,500.00 |
| John D. Bogdanov | 27.6 | 16.5 | 11.4 | 4.4 | 16.5 | 2.6 | 0.0 | 0.0 | 1.8 | 0.8 | 39.5 | 10.8 | 131.9 | $600.00 | $79,140.00 |
| **TOTAL HOURS** | **96.5** | **83.8** | **234.7** | **110.7** | **70.3** | **85.8** | **48.6** | **51.9** | **77.8** | **87.9** | **149.9** | **127.0** | **1224.9** | | **$1,091,615.00** |

COOPER k    .HAM, P.C.
**EXHIBIT 2 - LODESTAR CHART BY YEAR**
**CURRENT HOURLY RATES**

| 2012 | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 23.8 | 49.1 | 63.9 | 40.2 | 25.5 | 39.8 | 43.3 | 31.4 | 26.4 | 21.2 | 30.8 | 23.5 | 418.9 | $975.00 | $408,427.50 |
| Tracy R. Kirkham | 103.2 | 132.8 | 131.5 | 93.1 | 42.7 | 61,9 | 60.8 | 71.3 | 44.1 | 45.4 | 38.5 | 48.2 | 811.6 | $875.00 | $710,150.00 |
| John D. Bogdanov | 16.5 | 1.5 | 22.4 | 0.1 | 2.1 | 30.9 | 10.2 | 27.0 | 31.8 | 53.2 | 37.1 | 38.4 | 271.2 | $600.00 | $162,720.00 |
| **TOTAL HOURS** | 143.5 | 183.4 | 217.8 | 133.4 | 70.3 | 70.7 | 114.3 | 129.7 | 102.3 | 119.8 | 106.4 | 110.1 | 1501.7 | | $1,281,297.50 |

| 2013 | JAN | FEB | MAR | APL | MAY | JUNE | JULY | AUG | SEPT | OCT | NOV | DEC | TOTALS | RATE | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Josef D. Cooper | 51.0 | 58.8 | 35.6 | 30.7 | 55.0 | | | | | | | | 231.1 | $975.00 | $225,322.50 |
| Tracy R. Kirkham | 83.3 | 37.6 | 48.7 | 106.6 | 84.1 | | | | | | | | 360.3 | $875.00 | $315,262.50 |
| John D. Bogdanov | 59.9 | 44.9 | 3.4 | 6.1 | 0.6 | | | | | | | | 114.9 | $600.00 | $68,940.00 |
| **TOTAL HOURS** | 194.2 | 141.3 | 87.7 | 143.4 | 139.7 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 706.3 | | $609,525.00 |
| | | | | | | | | | | | | | 20626.1 | | |

TOTAL    $15,164,801.00

3

# EXHIBIT 3

# EXPENSE REPORT (DRAM CLASS)

**FIRM:   COOPER & KIRKHAM, P.C.**

**MONTHLY TIME PERIOD:  Inception through 2012**

| DESCRIPTION | CUMULATIVE EXPENSES | |
|---|---|---|
| Court Fees and Service of Process | $ | 1,256.00 |
| Postage* | $ | 1,400.87 |
| Court/Depo Transcripts | $ | 1,431.26 |
| Computerized Legal Research | $ | 30,411.07 |
| Messenger/Overnight Delivery | $ | 3,417.35 |
| Photocopies* | $ | 9,872.13 |
| Telephone/Conferencing* | $ | 9,140.83 |
| Travel: Airfare, Ground Travel, Meals, Lodging | $ | 30,365.27 |
| Miscellaneous/Other | $ | 870.33 |
| Expert/Consultants | $ | 5,757.01 |
| Common Litigation Fund | $ | 395,000.00 |
| | | |
| **TOTALS** | **$** | **488,922.12** |

\* Cooper & Kirkham made a policy decision in early 2008 not to charge clients for in house photocopying, first class postage or long distance telephone calls.  After that time, charges were only made for vendor telephone conferencing and outside vendor photocopying.

Cooper & ~~~ham, P.C.

DRAM - E~~~~nse Report

**Meals & Lodging**

| Date | Memo | Amount |
|------|------|--------|
| 03/31/2003 | Lunch with FOS/Mogin/Gross after meeting with counsel - JDC | $58.40 |
| 04/30/2003 | Lunch with FOS/TRK re Strategy for meeting w/ PTO#3 - JDC | $43.98 |
| 06/30/2003 | Lunch with TRK Mogin, Groom and Ringgenberg - JDC | $60.00 |
| 06/30/2003 | Lunch w/ Kupfer re: Fed case developments - JDC | $11.00 |
| 07/31/2003 | Lunch with TRK/FOS/Bogdanov - JDC | $61.60 |
| 09/30/2003 | 9/10/03 Dinner conference - JDC | $140.76 |
| 04/14/2004 | 4/14/04 Lunch w Gross conf re all open matters and strategy - JDC | $38.80 |
| 08/03/2004 | 8/3/04 Meal with Counsel - JDC | $77.17 |
| 09/09/2004 | 9/9/04 Conference with Gross and Scarpulla - JDC | $61.00 |
| 12/08/2004 | Meal with CCC & Guide  - JDC | $133.98 |
| 12/20/2004 | Meeting re 2005 Calendar - JDC | $16.48 |
| 01/12/2005 | Meeting with Lehman - JDC | $41.00 |
| 01/21/2005 | MDL/CMC 1/20 ,CA/CMC 1/21 - JDC | $23.40 |
| 01/26/2005 | Meeting with Counsel & Defts - JDC | $300.31 |
| 05/11/2005 | Meal with Counsel - JDC | $38.85 |
| 07/05/2005 | Meal with Corbitt & Gross Re: Oregon 7/13-7/14 - JDC | $144.50 |
| 07/05/2005 | Meal with Arbisser & Corbitt Re Settlement - JDC | $182.00 |
| 12/16/2005 | Meal with Counsel - JDC | $79.00 |
| 02/28/2006 | Feb 28, 2006 Meeting in the conference Room | $146.48 |
| 02/28/2006 | Reimb Francie for Dram Lunch 2/28/06 - Burnham | $89.50 |
| 03/17/2006 | Mar 6, 2006 Luncheon Meeting - TRK | $116.60 |
| 04/28/2006 | 4/19/, 4/20/ and 4/21/06 Conference -Court hearing - JDC | $424.16 |
| 05/22/2006 | DRAM Meal with Counsel to Discuss Strategy - JDC | $549.40 |
| 06/30/2006 | 7/12 Meeting - JDC | $61.43 |
| 07/11/2006 | Conference on 7/12/06 - JDC | $81.81 |
| 08/21/2006 | 4/24/06 Lunch with Kirkham & ADKC to discuss database  - JDC | $62.87 |
| 08/21/2006 | 6/7/06 JDC Hotel /Lunch | $591.34 |
| 08/21/2006 | 4/9/06 Dallas with Kelly | $518.29 |
| 08/24/2006 | Conference on 8/29/06 - JDC | $81.38 |
| 08/28/2006 | 8/22 Conf TRK/FOS , 8/3/06 w/Foote and 8/24/06 w/Coleads - JDC | $673.47 |
| 09/15/2006 | JDC Conf w/ Foote | $45.14 |
| 11/15/2006 | 10/8/06 - 10/13/06 Hotel - Kelly | $1,623.07 |
| 11/15/2006 | 10/29/06 - 11/03/06 -  Kelly | $1,500.85 |
| 01/12/2007 | Dec 3 - Dec 14, 2006 Minneapolis Doc Review - Kelly | $2,326.10 |
| 01/15/2007 | JDC Trip Expenses | $2,120.46 |
| 01/15/2007 | JDC Trip Expenses | $104.89 |
| 01/15/2007 | JDC Trip Expenses | $195.16 |
| 01/31/2007 | JDC Meals - 1/17/07 & 1/24/07 | $110.61 |

Cooper & ?ham, P.C.

DRAM - Ex??se Report

| Date | Memo | Amount |
|---|---|---|
| 03/15/2007 | Dec 3 - Dec 14, 2006 Minneapolis Doc Review - Kelly | $458.79 |
| 03/30/2007 | NYC Mediation - JDC | $1,040.83 |
| 03/30/2007 | San Jose Deposition - TRK | $38.23 |
| 12/30/2008 | 12/17/ Court hearing - JDC | $66.34 |
| 02/13/2009 | 2/02/2009 - Meal with Counsel - JDC | $55.83 |
| 03/25/2009 | Sixells meeting - JDB | $3.94 |
| 04/15/2009 | Conference Weinstein - JDC | $73.87 |
| 05/15/2009 | SF Lunch Foote re mediators - JDC | $36.11 |
| 05/15/2009 | SF Conf Foes/TRK mediators proposal - JDC | $85.27 |
| 05/29/2009 | Lunch with Foote & Varanini 5/26/09 - JDC | $61.56 |
| 07/15/2009 | Conf Weinstein & Scarpulla re Mediation - JDC | $194.15 |
| 07/21/2009 | SF Conf Lunch - JDC | $160.00 |
| 12/02/2009 | Conf FOS/CCC TRK Re settlement - JDC | $50.90 |
| 12/15/2009 | SF Lunch Settlement Strategy - JDC | $105.15 |
| 12/15/2009 | SF Sup attend CMC 12/9/09 - JDC | $93.17 |
| 12/15/2009 | 12/14/09 SF Lunch Conf Re Settlement - JDC | $40.20 |
| 01/15/2010 | 1/7/10 Lunch Conf FOS/TRK Re Settlement issues | $107.54 |
| 04/28/2010 | 4/8/10 Conference - Re Draft Settlement - JDC | $97.12 |
| 06/29/2010 | 6/28/10 Lunch Conf W/TRK Gross - JDC | $79.00 |
| 06/29/2010 | 6/30/10 SF Lunch Conference - JDC | $52.90 |
| 06/29/2010 | 5/7/10 SF Lunch - JDC | $90.44 |
| 06/29/2010 | 5/14/10 Working Lunch Re settlement - JDC | $35.15 |
| 08/11/2010 | 8/3/2010 Meeting - JDC | $35.81 |
| 08/25/2010 | 8/13/10 SF Lunch Conf | $155.39 |
| 09/21/2010 | 9/17/ & 9/20 - conference & lunch with FOS/TRK - JDC | $57.95 |
| 12/08/2010 | 9/22/10 Breakfast w/Foote | $11.00 |
| 12/08/2010 | 11/18/10 Dinner w/co-leads - JDC | $159.86 |
| 05/31/2011 | 4/6/2011 Conference - JDC | $175.32 |
| 05/31/2011 | 3/28/2011 Conference - JDC | $43.18 |
| 06/21/2011 | 06/15/ & 06/16  Conference - JDC | $312.35 |
| 09/13/2011 | 8/8/11 Conference - JDC | $40.29 |
| 09/13/2011 | 9/6/11 Dinner meeting - JDC | $182.93 |
| 11/01/2011 | 10/10/11 Conference W/ Co Lead Re 10/11/ Hearing - JDC | $404.20 |
| 03/01/2012 | 1/11/12 SF Lunch w/ Various - JDC | $28.80 |
| 05/29/2012 | 5/16/12 Lunch conf - JDC | $66.96 |
| 03/20/2013 | 3/7/13 Lunch Conference - JDC | $53.59 |
| 05/01/2013 | 4/15/13 - Lunch Conference - JDC | $37.15 |

**Total Meals & Lodging**     **$17,726.51**

Cooper & ~~~~ham, P.C.

DRAM - E~~ ~~se Report

| Date | Memo | Amount |
|------|------|--------|

**Ground Travel**

| | | |
|------|------|--------|
| 06/25/2002 | 6/25/02 50 miles .40/mile | $20.00 |
| 06/25/2002 | 6/25/02  Bridge Toll | $3.00 |
| 11/19/2002 | 11/19/02  Court Hearing | $14.00 |
| 07/31/2003 | 7/10/03 Taxi to/from status conference | $19.50 |
| 08/31/2003 | 8/5/03 Attend Case Mgmt Conference -Mileage | $3.00 |
| 08/31/2003 | 8/5/03 Attend Case Mgmt Conference -Mileage | $4.00 |
| 09/30/2003 | 9/10/03 Taxi | $7.00 |
| 10/31/2003 | 10/15/03Taxi to and from court house | $20.00 |
| 07/15/2004 | 7/15/04 Taxis to attend MDL CMC in San Francisco | $18.00 |
| 09/22/2004 | 9/22/04  Parking | $18.20 |
| 04/24/2006 | 4/24/06 Parking | $88.00 |
| 04/28/2006 | 4/28/06 Parking | $10.00 |
| 05/22/2006 | 5/22/06 Parking | $30.00 |
| 07/12/2006 | 7/12/06 Parking | $47.25 |
| 08/21/2006 | Taxi while in Chicago | $133.00 |
| 08/21/2006 | Taxi while in Dallas | $150.00 |
| 08/28/2006 | 8/28/06 Parking | $14.00 |
| 09/15/2006 | 9/15/06 Parking - Hynix Depo | $20.00 |
| 09/15/2006 | 9/15/06 Parking | $22.75 |
| 11/15/2006 | 10/08/06 - 10/13/06  Parking - Kelly | $72.00 |
| 11/15/2006 | 10/29/06 - 11/03/06 - Parking - Kelly | $72.00 |
| 01/12/2007 | Dec 3 - Dec 14, 2006 - Parking -  Minneapolis Doc Review | $239.00 |
| 01/15/2007 | Parking/Taxi Expenses | $125.00 |
| 01/15/2007 | Parking/Taxi Expenses | $26.00 |
| 03/15/2007 | 3/12 - 3/13 Taxi & Parking | $119.00 |
| 03/30/2007 | NYC Mediation - Taxi | $10.00 |
| 03/30/2007 | San Jose Deposition - Taxi & Parking | $150.00 |
| 08/31/2007 | Hearing on motion Amend - Parking | $16.00 |
| 11/15/2007 | Taxi and Bart | $11.40 |
| 01/31/2008 | Cab and parking - 10/02/07 - 1/24/08 | $128.50 |
| 02/28/2008 | Cab and parking - 2/05/08 - 2/22/08 | $185.00 |
| 10/15/2008 | Napa settlement Mediation w/ Weinstein - Mileage & Bridge Toll | $95.60 |
| 12/16/2008 | 12/16/08 Parking | $15.00 |
| 12/30/2008 | 12/17/ Court hearing - Parking | $50.00 |
| 02/27/2009 | Conference re 1292 Appeal - Parking | $68.00 |
| 03/31/2009 | Conference  with Weinstein - Parking | $19.00 |
| 06/15/2009 | 6/2/09 Attend hearing State Court Case - Taxi | $7.00 |

Cooper & ~~kham~~, P.C.

DRAM - E~~xpense~~ Report

| Date | Memo | Amount |
|------|------|--------|
| 07/15/2009 | Conf Weinstein/FOS re Mediation - Parking | $28.00 |
| 09/30/2009 | Hearing at Superior Court 9/14 - Taxi | $8.00 |
| 10/21/2009 | 10/13,10/14 and 10/16 Conference - Parking | $57.00 |
| 10/30/2009 | 10/21/09 - Conference - Parking | $11.00 |
| 12/15/2009 | SF Lunch Settlement Strategy - Parking | $7.00 |
| 12/15/2009 | SF Sup attend CMC 12/9/09 - Parking | $14.00 |
| 12/15/2009 | 12/14/09 SF Lunch Conf Re Settlement - Parking | $13.00 |
| 12/24/2009 | San Diego Settlement 12/15-12/15/09 - Parking & Taxi | $110.00 |
| 01/15/2010 | CA Ag's office-Conf 1/19/10 Re Settlement 1/19/10 - Parking | $8.00 |
| 04/28/2010 | 2/25/10 CT Oakland J Hamilton - Parking | $17.25 |
| 04/28/2010 | 3/24/10 O'Melveney conf - Parking | $34.00 |
| 04/28/2010 | 4/7/10 SF-CA AG Settlement - Parking | $20.00 |
| 06/29/2010 | 6/3/10 SF Lunch conference - Parking | $8.00 |
| 06/29/2010 | 5/12/10 In Court - Parking | $17.50 |
| 08/11/2010 | 7/12/10 Union Bank Conference - Parking | $20.00 |
| 08/25/2010 | 8/4/ - 8/9/10 Zelle Conf - Parking | $46.00 |
| 09/21/2010 | 9/17/ & 9/20 - conference with FOS/TRK - Parking | $34.00 |
| 12/08/2010 | 10/28/10 Conf - Parking | $22.00 |
| 12/08/2010 | 11/18/10 Dinner W/ Co leads - Parking | $34.00 |
| 05/31/2011 | 4/14/ Conference - Parking | $10.00 |
| 05/31/2011 | 4/6 Conference - Parking | $22.00 |
| 05/31/2011 | 3/28 Conference - Parking | $17.00 |
| 06/21/2011 | 06/15/ & 06/16 Conference - Parking | $34.00 |
| 06/21/2011 | 06/17/11 SF Allocation Hearing - Parking | $32.00 |
| 09/13/2011 | 8/8/11 Conference - Parking | $9.50 |
| 09/13/2011 | 9/1/11 Conference - Parking | $17.00 |
| 09/13/2011 | 09/12/11 Conference - Parking | $29.00 |
| 11/01/2011 | 10/10/11 Conference - Parking | $22.00 |
| 03/01/2012 | 11/7/11 Conference Re alloc report - Parking | $22.50 |
| 04/25/2012 | 4/13/12 conference - Parking | $19.50 |
| 05/29/2012 | 5/14/12 Conference - Parking | $23.00 |
| 05/29/2012 | 5/16/12 Lunch Conf - Parking | $7.00 |
| 07/10/2012 | LA Conf Re Allocation - Parking | $153.00 |
| 07/10/2012 | 5/30/12 conference - Parking | $10.50 |
| 12/19/2012 | 10/30 conference - Parking | $25.50 |
| 12/19/2012 | 11/8 Conference - Parking | $29.00 |
| 03/20/2013 | 3/7/13 Conference - Parking | $28.00 |

**Total Ground Travel** — **$3,069.45**

Cooper & ~~~ham, P.C.

DRAM - E~ ~ase Report

| Date | Memo | Amount |
|------|------|--------|

**Messenger**

| Date | Memo | Amount |
|------|------|--------|
| 09/11/2002 | 9/6/02 Gross & Belskey - Silver Bullet | $6.00 |
| 03/26/2003 | 3/25/03 Gross 7 Belsky - Silver Bullet 294838 | $9.00 |
| 03/26/2003 | 3/25/03 Shepard - Silver Bullet 294838 | $9.00 |
| 03/26/2003 | 3/25/03 Pilsbury - Silver Bullet 294838 | $9.00 |
| 03/26/2003 | 3/25/03 Green Geragian - Silver Bullet 294838 | $9.00 |
| 03/28/2003 | Fed Ex 4-646-99446 3/25/03 Alan R. Plutzik | $15.15 |
| 04/16/2003 | 4/14/03 Green & Gregarian - Silver Bullet 297787 | $9.00 |
| 05/14/2003 | 5/8/03 SF Superior Court - Silver Bullet 301711 | $12.00 |
| 05/14/2003 | 5/8/03 Rec'd from SF Superior Court - Silver Bullet 301711 | $9.00 |
| 05/14/2003 | 5/12/03 SF Superior Court - Silver Bullet 301711 | $12.60 |
| 05/14/2003 | 5/12/03 Rec'd from SF Superior Court - Silver Bullet 301711 | $70.20 |
| 06/04/2003 | 6/4/03 SF Superior Court - Silver Bullet 304565 | $9.00 |
| 06/04/2003 | 6/4/03 Rec'd from SF Superior Court - Silver Bullet 304565 | $49.32 |
| 07/16/2003 | 7/16/03 SF Superior Court - Silver Bullet | $15.60 |
| 07/16/2003 | 7/16/03 Rec'd from SF Superior Court - Silver Bullet | $33.00 |
| 02/01/2004 | 12/31/03 Bingham - Silver Bullet | $7.20 |
| 02/01/2004 | 12/29/03 SF Superior Court - Silver Bullet | $9.90 |
| 02/01/2004 | 12/29/03 Wait and Return from SF Superior Court - Silver Bullet | $29.10 |
| 02/11/2004 | 2/6/04 SF Superior Court - Silver Bullet | $17.70 |
| 02/11/2004 | 2/6/04 Return from SF Superior Court - Silver Bullet | $52.50 |
| 02/11/2004 | 2/6/04 Shepard Mullin - Silver Bullet | $7.20 |
| 02/11/2004 | 2/6/04 Gross and Belsky - Silver Bullet | $7.20 |
| 02/11/2004 | 2/6/04 Pilsbury - Silver Bullet | $7.20 |
| 05/12/2004 | 5/7/04 Saveri & Saveri - Silver Bullet | $7.20 |
| 07/13/2005 | DRAM COURIER SERVICE - Silver Bullet | $25.80 |
| 07/20/2005 | DRAM COURIER SERVICE - Silver Bullet | $18.90 |
| 07/27/2005 | DRAM COURIER SERVICE - Silver Bullet | $10.50 |
| 08/17/2005 | DRAM COURIER SERVICE - Silver Bullet | $10.50 |
| 02/17/2006 | FedEx to Renae | $18.49 |
| 03/03/2006 | FedEx to Dan Gustafson | $37.87 |
| 03/10/2006 | FedEx to Renae Steiner | $38.21 |
| 03/15/2006 | DRAM COURIER SERVICE - Silver Bullet | $10.76 |
| 03/17/2006 | FedEx to Renae Steiner | $14.64 |
| 04/07/2006 | FedEx | $44.29 |
| 04/14/2006 | FedEx | $87.06 |
| 04/21/2006 | FedEx - Kelly to Mcmanamy and John to Zachary Ives | $41.12 |
| 04/26/2006 | Trump Alioto & Palace Hotel - Silver Bullet | $33.21 |

Cooper & ~~~~~ham, P.C.
DRAM - Expense Report

| Date | Memo | Amount |
|------|------|--------|
| 05/03/2006 | Zelle Hoffman Trump Alioto & Green Welling - Silver Bullet | $35.67 |
| 05/05/2006 | FedEx - Kelly to Mcmanamy and John Mcclave & John Conner | $66.14 |
| 05/10/2006 | Law Firm of Steyer, Gross and Belsky and Zelle - Silver Bullet | $37.52 |
| 05/19/2006 | FedEx - Kelly to Jim McLane, and John Connor | $46.84 |
| 06/09/2006 | FedEx - Kelly to John Connor, Jim McClave, Chad Macmanamy | $88.28 |
| 06/16/2006 | FedEx - Kelly to David Cooper Marin IT | $11.17 |
| 06/21/2006 | Steyer Law Firm - Silver Bullet | $8.61 |
| 06/23/2006 | FedEx - Kelly to James Anderson | $34.95 |
| 06/30/2006 | FedEx - Kelly to Kenneth Walsh | $22.14 |
| 07/05/2006 | Steyer, Gross Belsky & Zelle Hoffman - Silver Bullet | $25.83 |
| 07/07/2006 | FedEx - Kelly to Various correspondence with DRAM | $85.73 |
| 07/14/2006 | FedEx - Kelly to David Cooper | $34.38 |
| 07/28/2006 | FedEx - Kelly to Various correspondence with DRAM | $108.70 |
| 08/04/2006 | FedEx - Kelly to Chad and David Cooper | $41.54 |
| 08/09/2006 | DRAM COURIER SERVICE - Silver Bullet | $19.37 |
| 08/31/2006 | FedEx | $178.55 |
| 09/15/2006 | DRAM COURIER SERVICE - Silver Bullet | $21.52 |
| 09/15/2006 | FedEx | $86.70 |
| 09/29/2006 | FedEx | $50.15 |
| 09/29/2006 | Green & Welling - Silver Bullet | $11.69 |
| 09/29/2006 | FedEx | $41.28 |
| 10/31/2006 | FedEx | $62.94 |
| 11/15/2006 | FedEx | $41.43 |
| 11/15/2006 | FedEx | $43.57 |
| 11/15/2006 | FedEx | $101.72 |
| 11/30/2006 | FedEx | $121.99 |
| 12/15/2006 | Zelle Hoffman - Silver Bullet | $28.00 |
| 12/15/2006 | FedEx | $112.10 |
| 01/15/2007 | FedEx | $18.36 |
| 01/31/2007 | FedEx | $71.78 |
| 02/15/2007 | FedEx | $21.71 |
| 03/30/2007 | FedEx | $23.17 |
| 03/30/2007 | Charles Legge - Silver Bullet | $66.54 |
| 04/10/2007 | FedEx | $17.33 |
| 08/15/2007 | FedEx | $43.25 |
| 08/15/2007 | FedEx | $18.95 |
| 08/15/2007 | FedEx | $11.92 |
| 08/31/2007 | FedEx | $14.08 |
| 09/28/2007 | FedEx - Kelly to Mogin | $34.58 |

Cooper & ____ham, P.C.
DRAM - E_ _se Report

| Date | Memo | Amount |
|---|---|---|
| 11/15/2007 | FedEx | $20.03 |
| 11/30/2007 | FedEx | $13.18 |
| 12/28/2007 | FedEx | $20.47 |
| 01/15/2008 | FedEx | $13.58 |
| 02/29/2008 | FedEx | $49.00 |
| 02/29/2008 | FedEx | $21.67 |
| 03/31/2008 | FedEx | $16.32 |
| 12/31/2008 | USDC - Silver Bullet | $17.22 |
| 12/15/2009 | One Legal - Inv # 6355872 | $29.00 |
| 10/26/2010 | USDC - Silver Bullet | $53.11 |
| 11/30/2010 | FedEx | $17.52 |
| 03/23/2011 | FedEx - Check to Clerk of the Court | $19.81 |
| 04/21/2011 | FedEx - Check to Clerk of the Court | $21.20 |
| 04/21/2011 | DRAM COURIER SERVICE - Silver Bullet | $12.85 |
| 06/15/2011 | DRAM COURIER SERVICE - Silver Bullet | $18.13 |
| 01/24/2012 | DRAM COURIER SERVICE - Silver Bullet | $21.21 |
| 01/25/2012 | DRAM COURIER SERVICE - Silver Bullet | $11.93 |
| 05/22/2012 | DRAM COURIER SERVICE - Silver Bullet | $21.21 |
| 08/09/2012 | DRAM COURIER SERVICE - Silver Bullet | $15.93 |
| 09/25/2012 | FedEx - Northern District Clerk's Office | $20.91 |
| 10/02/2012 | DRAM COURIER SERVICE - Silver Bullet | $31.86 |
| 01/24/2013 | DRAM COURIER SERVICE - Silver Bullet | $63.32 |
| 01/24/2013 | DRAM COURIER SERVICE - Silver Bullet | $46.01 |
| 03/20/2013 | DRAM COURIER SERVICE - Silver Bullet | $23.97 |
| 07/03/2013 | DRAM COURIER SERVICE - Silver Bullet | $94.31 |

**Total · Messenger** $3,417.35

**Airfare**

| | | |
|---|---|---|
| 04/24/2006 | Airfare for Kelly and Tracy 4/19/06 | $2,633.20 |
| 08/21/2006 | 6/6/06 JDC Airfare Chicago Meeting | $843.60 |
| 11/15/2006 | 10/8/06 - 10/13/06 Airfare - Kelly - Doc Review | $631.60 |
| 11/15/2006 | 10/29/06 - 11/03/06 Airfare - Kelly - Doc Review | $842.60 |
| 01/12/2007 | 12/3 - 12/14/06 - Minneapolis Doc Review - Airfare | $426.60 |
| 01/15/2007 | Airfare JDC | $1,298.60 |
| 03/15/2007 | 3/12 - 3/13 Airfare - Kelly - Chicago Trip | $858.81 |
| 03/30/2007 | JDC Airfare - NYC Mediation | $1,343.80 |
| 12/24/2009 | JDC Airfare - San Diego Settlement Conference 12/15/09 | $332.50 |
| 07/10/2012 | JDC Airfare - LA Conf Re Allocation | $358.00 |

Cooper & ~~ham~~, P.C.

DRAM - Expense Report

| Date | Memo | Amount |
|------|------|--------|
| **Total · Airfare** | | **$9,569.31** |

**Court/Depo Transcripts**

| | | |
|------|------|--------|
| 07/07/2005 | PACER COPIES | $2.40 |
| 08/03/2005 | Transcript | $175.00 |
| 10/05/2005 | PACER - 07/01/05-09/30-05 | $7.12 |
| 01/06/2006 | PACER - 10/01/05-12/31/05 | $27.60 |
| 03/17/2006 | Veritex - Rough ASCII | $788.10 |
| 07/06/2006 | PACER - 1/31 - 3/18/06 | $8.56 |
| 07/06/2006 | PACER - 4/1- 6/30/06 | $59.20 |
| 10/31/2006 | PACER - 10/31/06 | $22.72 |
| 05/15/2007 | PACER - 5/15/07 | $6.00 |
| 08/15/2007 | PACER 8/15/2009 | $4.88 |
| 01/31/2008 | PACER 1/31/2008 | $106.24 |
| 04/30/2008 | PACER 4/28/10 | $175.68 |
| 11/03/2009 | PACER 11/03/2009 | $2.40 |
| 04/28/2010 | PACER - 4/28/10 | $1.76 |
| 04/28/2010 | PACER - 4/28/10 | $5.76 |
| 04/28/2010 | PACER - 4/28/10 | $0.48 |
| 10/20/2010 | PACER - 10/20/10 | $8.64 |
| 01/31/2011 | PACER - 1/31/11 | $0.32 |
| 04/21/2011 | PACER - 4/21/11 | $0.40 |
| 07/22/2011 | PACER 7/22/11 | $1.04 |
| 01/24/2012 | PACER - 1/24/12 | $2.88 |
| 04/25/2012 | PACER - 4/25/12 | $0.08 |
| 10/23/2012 | PACER - 10/23/12 | $6.40 |
| 01/29/2013 | PACER - 1/29/13 | $13.20 |
| 04/23/2013 | PACER - 4/23/13 | $3.50 |
| 07/16/2013 | PACER - 7/16/13 | $0.90 |
| **Total · Court Transcripts** | | **$1,431.26** |

**Court Fees**

| | | |
|------|------|--------|
| 09/05/2002 | Complaint Filing Fee | $206.00 |
| 09/25/2012 | R. Mitsubishi | $350.00 |
| 09/25/2012 | Re: Hitachi | $350.00 |
| 09/25/2012 | Re: Toshiba | $350.00 |
| **Total · Court Fees** | | **$1,256.00** |

Cooper & ___ham, P.C.

DRAM - E_. _ase Report

| Date | Memo | Amount |
|------|------|--------|
| **Miscellaneous** | | |
| 01/31/2008 | Binders of Docs for special master mtgs | $870.33 |
| **Total · Miscellaneous** | | **$870.33** |
| | | |
| **Postage** | | |
| 11/30/2002 | November 2002 In House Expenses | $1.20 |
| 01/31/2003 | January 2003 In House Expenses | $1.48 |
| 02/28/2003 | February 2003 In House Expenses | $6.60 |
| 03/31/2003 | March 2003 In House Expenses | $92.46 |
| 04/30/2003 | April 2003 In House Expenses | $34.42 |
| 05/31/2003 | May 2003 In House Expenses | $34.44 |
| 06/30/2003 | June 2003 In House Expenses | $18.10 |
| 08/31/2003 | August 2003 In House Expenses | $8.51 |
| 10/15/2003 | 10/15/03 Gross Belsky | $6.00 |
| 10/15/2003 | 10/15/03 Pilsbury | $6.00 |
| 10/15/2003 | 10/15/03 Shepard | $6.00 |
| 10/31/2003 | October 2003 In House Expense | $36.94 |
| 11/30/2003 | November 2003 In House Expenses | $3.55 |
| 12/31/2003 | December 2003 In House Expenses | $11.10 |
| 02/01/2004 | January 2004 In House Expenses | $12.60 |
| 02/27/2004 | February 2004 In House Expenses | $37.98 |
| 03/31/2004 | March 20034 In House Expenses | $7.44 |
| 04/30/2004 | April 2004 In House Expenses | $8.51 |
| 06/01/2004 | May 2004 In House Expenses | $2.50 |
| 06/30/2004 | June 2004 In House Expenses | $5.55 |
| 07/31/2004 | July 2004 In House Expenses | $0.37 |
| 07/21/2005 | August 2004 In House Expenses | $2.59 |
| 07/21/2005 | October 2004 In House Expenses | $4.50 |
| 07/21/2005 | In-house Nov 2004 Copy/Fax | $45.50 |
| 07/21/2005 | In-house Dec 2004 Copy | $47.00 |
| 07/21/2005 | In-house Jan 2005 Copy | $342.75 |
| 07/21/2005 | In-house Feb 2005 Copy/Fax | $23.00 |
| 07/21/2005 | In-house Mar 2005 | $0.50 |
| 07/22/2005 | In- House April 2005 Copy/Fax | $36.50 |
| 07/22/2005 | In- House May 2005 Copy/Fax | $6.75 |
| 07/31/2005 | July - In House Charges | $229.72 |
| 08/31/2005 | August In - House Charges | $0.37 |
| 08/31/2005 | June In -House Charges | $0.74 |

Cooper & ??ham, P.C.

DRAM - Ex?? ??se Report

| Date | Memo | Amount |
|------|------|--------|
| 10/31/2005 | October In -House Charges | $3.33 |
| 12/12/2005 | Nov- In House Charges | $6.77 |
| 02/22/2006 | In House charges Jan 06 | $1.87 |
| 04/03/2006 | Feb In - House | $65.43 |
| 04/03/2006 | March In - House | $23.04 |
| 04/30/2006 | April In -House | $1.95 |
| 05/31/2006 | May 2006 In-House Charges | $21.78 |
| 06/30/2006 | June 2006 In-House Charges | $7.02 |
| 07/31/2006 | July In - House | $37.66 |
| 09/29/2006 | GCA Postage | $90.93 |
| 09/30/2006 | Sept In - House | $12.57 |
| 10/30/2006 | GCA Postage | $12.57 |
| 10/31/2006 | Oct In -House | $5.25 |
| 11/30/2006 | GCA Postage | $5.25 |
| 12/31/2006 | Dec In -House | $5.85 |
| 01/31/2007 | GCA Postage | $5.85 |
| 03/21/2007 | Feb In -House | $1.92 |
| 06/30/2007 | June In- House Charges | $2.46 |
| 07/31/2007 | July In -House Charges | $0.99 |
| 09/19/2007 | August In - House Charges | $1.57 |
| 10/31/2007 | Oct In -House | $0.41 |
| 12/31/2007 | Dec In - House Charges | $1.65 |
| 01/31/2008 | GCA 12/30 | $1.85 |
| 03/19/2008 | February In- House Charges | $1.23 |

**Total · Postage** **$1,400.87**

**Telephone**

| | | |
|------|------|--------|
| 08/31/2002 | August, 2002 In-House Telephone | $2.26 |
| 11/01/2002 | October 2002 In-House Telephone | $32.86 |
| 11/30/2002 | November 2002 In-House Telephone | $0.26 |
| 01/31/2003 | January 2003 In-House Telephone | $0.42 |
| 02/28/2003 | February 2003 In-House Telephone | $1.81 |
| 03/31/2003 | March 2003 In-House Telephone | $25.49 |
| 04/30/2003 | April 2003 In-House Telephone | $30.33 |
| 05/31/2003 | May 2003 In House Telephone | $51.46 |
| 06/30/2003 | June 2003 In House Telephone | $26.03 |
| 08/31/2003 | August 2003 In-House Telephone | $5.66 |
| 09/30/2003 | September 2003 In-House Telephone | $10.32 |
| 10/31/2003 | October 2003 In-House Telephone | $7.10 |

Cooper & ~~~~ham, P.C.

DRAM - E~~~~se Report

| Date | Memo | Amount |
|------|------|--------|
| 12/31/2003 | December 2003 In-House Telephone | $0.22 |
| 02/01/2004 | January 2004 In-House Telephone | $0.74 |
| 02/27/2004 | February 2004 In-House Telephone | $15.47 |
| 03/31/2004 | March 2004 In-House Telephone | $1.37 |
| 06/01/2004 | May 2004 In-House Telephone | $0.19 |
| 06/30/2004 | June 2004 In-House Telephone | $0.17 |
| 07/31/2004 | July 2004 In-House Telephone | $0.50 |
| 07/21/2005 | September 2004 In-House Telephone | $0.62 |
| 07/21/2005 | December 2004 In-House Telephone | $9.40 |
| 07/21/2005 | February 2005 In-House Telephone | $40.08 |
| 07/31/2005 | July 2005 In-House Telephone | $170.86 |
| 08/31/2005 | August 2005 In-House Telephone | $53.49 |
| 12/12/2005 | November 2005 In-House Telephone | $0.35 |
| 12/30/2005 | December 2005 In-House Telephone | $98.00 |
| 02/22/2006 | January 2006 In-House Telephone | $1.39 |
| 04/03/2006 | February 2006 In-House Telephone | $92.64 |
| 04/03/2006 | March 2006 In-House Telephone | $186.45 |
| 04/30/2006 | April 2006 In-House Telephone | $342.19 |
| 05/31/2006 | May 2006 In-House Telephone | $254.58 |
| 06/30/2006 | June 2006 In-House Telephone | $253.18 |
| 06/30/2006 | Conference Calling 7/17,7/18,7/20,7/24,7/25,7/26,and 7/27 | $133.42 |
| 07/31/2006 | July 2006 In-House Telephone | $239.51 |
| 09/29/2006 | GCA charges for Tel and Conferences | $605.55 |
| 09/30/2006 | September 2006 In-House Telephone | $51.88 |
| 10/30/2006 | GCA Telephone charges | $451.75 |
| 10/31/2006 | October 2006 In-House Telephone | $160.39 |
| 11/30/2006 | GCA charges for Tel and Conferences | $160.26 |
| 11/30/2006 | November 2006 In-House Telephone | $309.80 |
| 12/15/2006 | GCA charges for Tel and Conferences | $346.98 |
| 12/31/2006 | December 2006 In-House Telephone | $55.85 |
| 01/31/2007 | GCA charges for Tel and Conferences | $55.85 |
| 02/01/2007 | January 2007 In-House Telephone | $133.90 |
| 02/26/2007 | GCA charges for Tel and Conferences | $133.90 |
| 03/21/2007 | February 2007 In House Telephone | $108.80 |
| 04/06/2007 | April 2007 In-House Telephone | $121.86 |
| 05/18/2007 | GCA charges for Tel and Conferences | $355.95 |
| 05/31/2007 | May 2007 In-House Telephone | $145.79 |
| 06/19/2007 | GCA charges for Tel and Conferences | $51.28 |
| 06/30/2007 | June 2007 In-House Telephone | $102.70 |

Cooper & ham, P.C.

DRAM - Expense Report

| Date | Memo | Amount |
|------|------|--------|
| 07/31/2007 | July 2007 In-House Telephone | $28.92 |
| 08/31/2007 | GCA charges for Tel and Conferences | $28.92 |
| 09/19/2007 | August 2007 In-House Telephone | $51.51 |
| 09/30/2007 | September 2007 In-House Telephone | $59.64 |
| 10/01/2007 | GCA charges for Tel and Conferences | $57.69 |
| 10/23/2007 | October 2007 In-House Telephone | $59.64 |
| 10/31/2007 | GCA charges for Tel and Conferences | $46.16 |
| 11/30/2007 | November 2007 In-House Telephone | $29.40 |
| 12/31/2007 | December 2007 In-House Telephone | $49.69 |
| 01/15/2008 | GCA charges for Tel and Conferences | $29.40 |
| 01/31/2008 | GCA charges for Tel and Conferences | $49.69 |
| 03/31/2008 | GCA charges for Tel and Conferences | $385.75 |
| 04/30/2008 | Conference Call 12/4/08 and Dec 6 - GCA Inv # 19048 | $45.00 |
| 04/30/2008 | Conference Call 1/31/08- GCA Inv # 19048 | $39.24 |
| 05/30/2008 | GCA charges for Tel and Conferences | $5.50 |
| 05/30/2008 | Budget Conf -GCA Inv # 19076 | $114.80 |
| 06/27/2008 | GCA charges for Tel and Conferences | $65.28 |
| 04/06/2010 | Budget Conferencing Inv # 02996327 - 2/20/10 | $141.39 |
| 04/06/2010 | Budget Conferencing Inv# 02929893 dated 1/20/10 | $29.53 |
| 07/07/2010 | Budget Conferencing | $119.66 |
| 09/17/2010 | Budget Conferencing | $71.73 |
| 10/11/2010 | Budget Conferencing | $12.14 |
| 10/11/2010 | Budget Conferencing | $145.78 |
| 10/26/2010 | Budget Conferencing | $39.67 |
| 10/26/2010 | Budget Conferencing | $34.19 |
| 11/30/2010 | Budget Conferencing 10/20 - 11/19/2010 | $136.66 |
| 01/12/2011 | Budget Conferencing 11/20- 12/19/2010 | $83.15 |
| 01/12/2011 | Budget Conferencing 11/20- 12/19/2010 | $277.06 |
| 01/31/2011 | Budget Conferencing 12/20- 01/19/2011 | $9.82 |
| 03/01/2011 | Budget Conferencing 01/20- 01/24/2011 | $311.57 |
| 04/13/2011 | Budget Conferencing 02/20- 03/19/2011 | $52.36 |
| 04/13/2011 | Budget Conferencing 02/20- 03/19/2011 | $44.13 |
| 04/27/2011 | Budget Conferencing 03/20- 04/19/2011 | $47.34 |
| 06/21/2011 | Budget Conferencing 03/20- 04/19/2011 | $297.19 |
| 08/09/2011 | Budget Conferencing | $73.26 |
| 10/05/2011 | Budget Conferencing 08/20- 09/19/2011 | $12.23 |
| 04/25/2012 | Budget Conferencing | $15.46 |
| 06/19/2012 | Budget Conferencing | $5.25 |
| 06/19/2012 | Budget Conferencing | $13.03 |

Cooper & ⁿham, P.C.

DRAM - Eₓ, ₋₋₋se Report

| Date | Memo | Amount |
|------|------|--------|
| 06/19/2012 | Budget Conferencing | $7.32 |
| 08/15/2012 | Budget Conferencing | $57.87 |
| 09/11/2012 | Budget Conferencing | $14.43 |
| 11/13/2012 | Budget Conferencing | $56.33 |
| 01/09/2013 | Budget Conferencing | $58.49 |
| 05/08/2013 | Budget Conferencing | $44.54 |
| 07/16/2013 | Budget Conferencing | $341.71 |
| **Total · Telephone** | | **$9,140.83** |

**Copies/Fax**

| Date | Memo | Amount |
|------|------|--------|
| 07/31/2002 | July 2002 In House | $3.75 |
| 08/31/2002 | August 20002 Faxes | $8.00 |
| 11/01/2002 | October 2002 In House Copies | $6.50 |
| 11/30/2002 | November 2002 In House Expenses | $6.25 |
| 11/30/2002 | November 2002 In House Expenses | $3.50 |
| 12/31/2002 | December 2002 In House Charges | $5.75 |
| 12/31/2002 | December 2002 In House Charges | $8.50 |
| 01/31/2003 | In House Jan 2003 Incoming Faxes | $1.25 |
| 02/28/2003 | Feb 2003 In House Charges-Copying | $32.25 |
| 02/28/2003 | Feb 2003 In House Charges-In Coming Faxes | $3.25 |
| 03/31/2003 | March 2003 Faxes | $50.50 |
| 03/31/2003 | March 2003 Copies | $65.25 |
| 04/30/2003 | April 2003 In House Copies | $125.25 |
| 04/30/2003 | April 2003 In House Faxes | $15.50 |
| 05/31/2003 | May 2003 In House Copying | $101.75 |
| 05/31/2003 | May 2003 In House Faxes Rec'd | $4.75 |
| 06/30/2003 | June 2003 In House Incoming Faxes | $2.50 |
| 06/30/2003 | June 2003 In House In House Copying | $48.25 |
| 08/31/2003 | August 2003 In Coming Faxes | $1.25 |
| 09/30/2003 | September 2003 In House Copies | $40.50 |
| 09/30/2003 | September 2003 In House Faxes | $8.25 |
| 10/31/2003 | October 2003 In House Copying | $237.75 |
| 12/31/2003 | December 2003 In House Expense Copying | $88.50 |
| 12/31/2003 | December 2003 In House Expense Faxes | $1.00 |
| 02/01/2004 | Jan 2004 In-House Copying | $3.75 |
| 02/01/2004 | Jan 2004 In-House Faxes | $5.00 |
| 02/27/2004 | February 2004 In House Expenses Copying | $173.75 |
| 02/27/2004 | February 2004 In House Expenses Faxes | $17.75 |
| 03/31/2004 | March 2004 Copying | $18.75 |

Cooper & ??kham, P.C.

DRAM - E... ase Report

| Date | Memo | Amount |
|------|------|--------|
| 04/30/2004 | April 2004 In House Expense Copy | $7.25 |
| 06/01/2004 | May 2004 In House Copies | $23.75 |
| 07/31/2004 | July 2004 In House Copies | $1.25 |
| 07/31/2005 | July 2005 In -House Charges | $1,184.00 |
| 08/31/2005 | August 2005 In- house Charges | $20.00 |
| 08/31/2005 | June 2005 In -House Charges | $2.00 |
| 09/30/2005 | September 2005 In-House Charges | $90.75 |
| 10/31/2005 | October 2005 In - House Charges | $61.00 |
| 12/12/2005 | November 2005 In-House Charges | $2,395.75 |
| 12/30/2005 | December 2005 In-House Charges | $11.50 |
| 02/22/2006 | January 2006 In-House Charges | $60.25 |
| 04/03/2006 | February 2006 In-House Charges | $79.75 |
| 04/03/2006 | March 2006 In-House Charges | $209.25 |
| 04/30/2006 | April 2006 In-House Charges | $178.50 |
| 05/31/2006 | May 2006 In-House Charges | $399.50 |
| 06/30/2006 | June 2006 In-House Charges | $131.00 |
| 07/31/2006 | July 2006 In-House Charges | $1,182.50 |
| 08/31/2006 | August 2006 In-House Charges | $858.50 |
| 09/30/2006 | September 2006 In-House Charges | $326.75 |
| 10/31/2006 | October 2006 In-House Charges | $197.25 |
| 11/30/2006 | November 2006 In-House Charges | $159.50 |
| 12/31/2006 | December 2006 In-House Charges | $44.00 |
| 02/01/2007 | January 2007 In-House Charges | $88.75 |
| 03/21/2007 | February 2007 In-House Charges | $43.25 |
| 04/30/2007 | March 2007 In-House Charges | $72.25 |
| 05/22/2007 | April 2007 In-House Charges | $64.00 |
| 05/31/2007 | May 2007 In-House Charges | $21.75 |
| 06/30/2007 | June 2007 In House Charges | $3.25 |
| 07/31/2007 | July 2007 In-House Charges | $2.25 |
| 09/19/2007 | August 2007 In-House Charges | $2.00 |
| 09/30/2007 | September 2007 In-House Charges | $49.75 |
| 10/31/2007 | October 2007 In-House Charges | $39.25 |
| 11/30/2007 | November 2007 In-House Charges | $8.75 |
| 12/31/2007 | December 2007 In-House Charges | $0.50 |
| 03/19/2008 | January 2008 In-House Charges | $1.25 |
| 03/19/2008 | February 2008 In-House Charges | $8.25 |
| 12/19/2012 | Fed Ex/Kinkos - Copies | $28.37 |
| 01/09/2013 | Fed Ex/Kinkos - Copies of R&R Part I | $725.51 |

**Total · Copies/ Fax** — **$9,872.13**

Cooper & ﹏ham, P.C.

DRAM - Ex﹏ase Report

| Date | Memo | Amount |
|------|------|--------|

**12635 · Lexis Nexis**

| Date | Memo | Amount |
|------|------|--------|
| 10/11/2002 | Lexis-Nexis 9/1/02 - 9/30/02 | $61.91 |
| 06/30/2003 | Lexis-Nexis 6/1/03 - 6/30/03 | $687.87 |
| 07/31/2003 | Lexis-Nexis 7/1/03 - 7/31/03 | $316.76 |
| 09/30/2003 | Lexis-Nexis 9/1/03 - 9/30/03 | $37.42 |
| 10/31/2003 | Lexis-Nexis 10/1/03 - 10/31/03 | $39.64 |
| 03/31/2004 | Lexis-Nexis 3/1/04 - 3/31/04 | $3.48 |
| 03/31/2004 | Lexis-Nexis 3/1/04 - 3/31/04 | $3.48 |
| 06/30/2004 | Lexis-Nexis 6/1/04 - 6/30/04 | $6.48 |
| 11/30/2004 | Lexis-Nexis 11/1-11/30/04 | $363.91 |
| 12/31/2004 | Lexis-Nexis 12/1-12/31/04 | $615.87 |
| 03/31/2005 | Lexis-Nexis 3/1/05-3/31/05 | $162.48 |
| 06/30/2005 | Lexis-Nexis 6/1/05-6/30/05 | $4.94 |
| 08/01/2005 | Lexis-Nexis 8/1/05-8/31/05 | $28.39 |
| 09/30/2005 | Lexis-Nexis 9/1/05-9/30/05 | $680.53 |
| 10/31/2005 | Lexis-Nexis 10/1/05-10/31/05 | $239.25 |
| 03/01/2006 | Lexis-Nexis 3/1/06-3/31/06 | $0.01 |
| 03/31/2006 | Lexis-Nexis 3/31/06 | $405.08 |
| 04/30/2006 | Lexis-Nexis 4/1/06-4/30/06 | $241.14 |
| 07/31/2006 | Lexis-Nexis 7/1/06-7/31/06 | $552.74 |
| 09/15/2006 | Lexis-Nexis 9/1/06-9/30/06 | $603.56 |
| 10/31/2006 | Lexis-Nexis 10/1/06-10/31/06 | $759.00 |
| 11/30/2006 | Lexis-Nexis 11/1/06-11/30/06 | $147.18 |
| 12/15/2006 | Lexis-Nexis 12/1/06-12/15/06 | $1,345.08 |
| 01/31/2007 | Lexis-Nexis 1/1/07-1/31/07 | $974.59 |
| 02/26/2007 | Lexis-Nexis 2/1/07-2/26/07 | $168.72 |
| 05/15/2007 | Lexis-Nexis 5/1/07-5/15/07 | $54.22 |
| 05/15/2007 | Lexis-Nexis 5/15/07 | $885.44 |
| 06/15/2007 | Lexis-Nexis 6/15/07 | $792.75 |
| 08/15/2007 | Lexis-Nexis 8/15/07 | $987.93 |
| 08/15/2007 | Lexis-Nexis 8/15/07 | $8.11 |
| 09/12/2007 | Lexis-Nexis 9/12/07 | $97.53 |
| 10/15/2007 | Lexis-Nexis 10/15/07 | $56.91 |
| 11/15/2007 | Lexis-Nexis 11/15/07 | $257.95 |
| 12/14/2007 | Lexis-Nexis 12/14/07 | $301.48 |
| 01/15/2008 | Lexis-Nexis 1/15/08 | $504.74 |
| 02/15/2008 | Lexis-Nexis 2/15/08 | $244.22 |
| 03/31/2008 | Lexis-Nexis 3/3/08 | $208.78 |

Cooper & ~~~~~~ham, P.C.

DRAM - E.~~~~se Report

| Date | Memo | Amount |
|---|---|---|
| 04/15/2008 | Lexis-Nexis 4/15/08 | $3.40 |
| 07/31/2008 | Lexis-Nexis 6/30/08 | $438.99 |
| 06/15/2009 | Lexis-Nexis 3/30/09 | $1,338.97 |
| 08/14/2009 | Lexis-Nexis 8/14/09 | $721.31 |
| 09/15/2009 | Lexis-Nexis 9/15/09 | $540.58 |
| 10/30/2009 | Lexis-Nexis 8/15/09 | $193.66 |
| 11/10/2009 | Lexis-Nexis 11/10/09 | $681.40 |
| 01/15/2010 | Lexis-Nexis 1/15/20 | $482.66 |
| 10/11/2010 | Lexis-Nexis 5/15/10 | $228.53 |
| 04/15/2011 | Lexis-Nexis 4/15/11 | $551.78 |
| 05/17/2011 | Lexis-Nexis 5/17/11 | $991.00 |
| 07/12/2011 | Lexis-Nexis 7/12/11 | $991.00 |
| 09/13/2011 | Lexis-Nexis 9/13/11 | $205.91 |
| 10/18/2011 | Lexis-Nexis 10/18/11 | $323.42 |
| 11/23/2011 | Lexis-Nexis 11/23/11 | $289.06 |
| 03/01/2012 | Lexis-Nexis 3/1/12 | $38.68 |
| 03/13/2012 | Lexis-Nexis 3/13/12 | $598.36 |
| 04/10/2012 | Lexis-Nexis 4/10/12 | $974.46 |
| 05/15/2012 | Lexis-Nexis 5/15/12 | $386.97 |
| 07/10/2012 | Lexis-Nexis 7/10/12 | $441.75 |
| 08/14/2012 | Lexis-Nexis 8/14/12 | $67.64 |
| 09/10/2012 | Lexis-Nexis 9/10/12 | $1,041.00 |
| 10/16/2012 | Lexis-Nexis 10/16/12 | $413.64 |
| 11/13/2012 | Lexis-Nexis 11/13/12 | $893.24 |
| 01/24/2013 | Lexis-Nexis 1/24/13 | $98.67 |
| 02/19/2013 | Lexis-Nexis 2/19/13 | $1,041.00 |
| 03/12/2013 | Lexis-Nexis 3/12/13 | $760.42 |
| 04/10/2013 | Lexis-Nexis 4/10/13 | $1,165.97 |
| 05/14/2013 | Lexis-Nexis 5/14/13 | $291.87 |
| 06/10/2013 | Lexis-Nexis 6/10/13 | $683.08 |
| 07/10/2013 | Lexis-Nexis 7/10/13 | $683.08 |

**Total · Lexis Nexis** **$30,411.07**

**Experts**

| | | |
|---|---|---|
| 01/25/2012 | Antonini's – Damage Analysis | $5,472.83 |
| 03/15/2006 | ADKC Expenses | $172.05 |
| 06/30/2006 | ADKC Expenses | $9.50 |
| 07/12/2006 | ADKC Expenses | $16.25 |
| 08/14/2006 | ADKC Expenses | $28.65 |

16

Cooper & ~~~ham, P.C.

DRAM - E~~~~ase Report

| Date | Memo | Amount |
|------|------|--------|
| 01/04/2007 | ADKC Expenses | $18.94 |
| 03/26/2007 | ADKC Expenses | $38.79 |
| **Total · Experts** | | **$5,757.01** |

**Dram- Litigation Funds**

| Date | Memo | Amount |
|------|------|--------|
| 02/28/2005 | Cost Sharing Contribution | $15,000.00 |
| 01/31/2006 | Cost Sharing Contribution | $25,000.00 |
| 05/08/2006 | Cost Sharing Contribution | $40,000.00 |
| 01/12/2007 | Cost Sharing Contribution | $50,000.00 |
| 08/22/2007 | Cost Sharing Contribution | $50,000.00 |
| 12/27/2007 | Cost Sharing Contribution | $25,000.00 |
| 04/29/2008 | Cost Sharing Contribution | $50,000.00 |
| 09/12/2008 | Cost Sharing Contribution | $15,000.00 |
| 04/03/2009 | Cost Sharing Contribution | $15,000.00 |
| 09/13/2011 | Cost Sharing Contribution | $10,000.00 |
| 04/25/2012 | Cost Sharing Contribution | $50,000.00 |
| 06/25/2013 | Cost Sharing Contribution | $50,000.00 |
| **Total · Dram- Litigation Funds** | | **$395,000.00** |

| | | |
|---|---|---|
| | Total Meals & Lodging | $17,726.51 |
| | Total Ground Travel | $3,069.45 |
| | Total Messenger | $3,417.35 |
| | Total Airfare | $9,569.31 |
| | Total Court/Depo Transcripts | $1,431.26 |
| | Total Court Fees | $1,256.00 |
| | Total Miscellaneous | $870.33 |
| | Total Postage | $1,400.87 |
| | Total Telephone | $9,140.83 |
| | Total Copies/ Fax | $9,872.13 |
| | Total Lexis Nexis | $30,411.07 |
| | Total Experts | $5,757.01 |
| | Total Dram- Litigation Funds | $395,000.00 |
| | **TOTAL DRAM EXPENSES** | **$488,922.12** |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| In re: DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | : : : | MDL NO. 1486 |
| ――――――――――――――――――― | : | |
| This Document Relates to: | : : | |
| INDIRECT PURCHASER ACTION | : | |
| ――――――――――――――――――― | : | |

## DECLARATION OF STRAUS & BOIES, LLP IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

I, Timothy D. Battin, declare as follows:

1.      I am a partner with the law firm of Straus & Boies, LLP, which is Co-Lead Counsel for the Indirect Purchaser Plaintiffs ("IPP").  I submit this Declaration in support of IPP Counsel's application for an award of attorneys' fees in connection with services rendered in the above action and reimbursement of expenses incurred by this firm related to the investigation, prosecution, and settlement of claims in the course of this litigation.  I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would testify competently to them.

2.      This firm has substantial experience in complex litigation and antitrust class action cases, including litigating numerous indirect purchaser antitrust class action cases.  A firm biography and the biography of each attorney currently employed with the firm who has worked more than twenty hours on this case are attached hereto as Exhibit 1.  *See* Exhibit 1.

3.    The firm kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred. All of the time and expenses reported by the firm were incurred for the benefit of the IPPs. The firm's compensation for services rendered in this case was wholly contingent on the success of this litigation, and was totally at risk. While the firm devoted its time and resources to this matter, it has foregone other legal work, including hourly work, for which it would have been compensated.

4.    The total number of hours spent on this litigation, from inception through May 31, 2013, by attorneys and paralegals at this firm has been 23,492.75. Time spent preparing the fee petition and related documents is not included. *See* Exhibit 2.

5.    The total lodestar for this time, calculated at the firm's historic hourly rates during the litigation, is $9,137,511.25 and the total lodestar at current rates is $11,726,483.50.

6.    Attached hereto as Exhibit 2 is a summary schedule showing the total time spent by each attorney and paralegal of this firm during the entire litigation, with the lodestar calculation for each attorney at both historical rates and current rates, and also detailed schedules for each year showing the total time spent by each attorney and paralegal during that year and the year's lodestar calculation for that attorney or paralegal based on the historic billing rates. The schedule was prepared from contemporaneous daily time records regularly maintained by this firm, which are available at the request of the Court.

7.    This firm has expended a total of $576,249.12 in non-reimbursed expenses in connection with the prosecution of this litigation. These expenses are summarized as follows ( *see* Exhibit 3):

| EXPENSE | AMOUNT |
|---|---|
| Copying Charges | $ 23,180.50 |
| Court Fees (filing, etc.) | $ 5,067.00 |
| Court Reporters/Transcripts | $ 2,331.89 |
| Computer Research (Lexis, Westlaw, etc.) | $ 14,934.33 |
| Expert Services | $ 99,743.08 |
| Telephone and Facsimile | $ 5,465.01 |
| Postage/Express Delivery | $ 2,082.40 |
| Travel: Air Transportation, Ground Travel, Meals, and Lodging | $ 108,245.91 |
| Common Litigation Fund | $ 315,000.00 |
| Outside IT Services/Database Work | $ 199.00 |
| **TOTAL EXPENSES:** | **$ 576,249.12** |

8.     The expenses incurred pertaining to this case are reflected in the books and records of this firm maintained in the ordinary course of business. These books and records are prepared from expense vouchers, invoices, check records and similar items, and are an accurate record of expenses incurred. Attached hereto as Exhibit 3 are schedules detailing all of these expenses.

9.     In the almost eleven years between the filing of the first complaints in this action, the final settlement with Hitachi in June 2012, and the Special Master's recent Reports and Recommendations regarding the settlements and class certification, IPP Counsel have devoted extraordinary effort and resources on behalf of the IPP class members. This firm, together with the other five IPP leadership firms, has been extensively involved in the leadership, as well as the

day-to-day activities, in all aspects of this litigation on behalf of the IPPs, including by

performing the following work:

### A.  Pre-Filing Investigation, Due Diligence and State Complaints

10.    Before the firm's initial IPP complaint was filed, we conducted an extensive

investigation of potential price-fixing of DRAM.  This due diligence led us to believe that the

defendants ultimately named in the complaint had engaged in an unlawful conspiracy to stabilize

the prices of DRAM at supra-competitive levels.  Thus, beginning around October 2004, Straus

& Boies, LLP filed complaints in numerous state courts including in Arizona, Florida, Hawaii,

Iowa, Kansas, Michigan, New Jersey, New York, Nevada, New Mexico, North Carolina, South

Dakota, Tennessee, West Virginia, and Wisconsin.  Straus & Boies, LLP coordinated the state

court actions with the MDL action in order to gain litigation efficiencies and preserve the

resources of the parties and the Court.

### B.  Filing of Federal Complaints and MDL Proceedings

11.    Following the enactment of the Class Action Fairness Act of 2005, the firm filed

complaints on behalf of indirect purchasers of DRAM in several federal courts.  In total, more

than 60 class action complaints were filed in state and federal courts around the country.  This

firm, working with the other five leadership firms, obtained the transfer and consolidation of all

the federal court actions to the District Court for the Northern District of California and

coordinated the state court cases that were not removed and consolidated in this Court.  We also

succeeded in designating the *Petro Computer Systems, Inc. v. Micron Technology*, Case No. M-

02-1486-PJH, complaint as the relevant complaint in order to effectively coordinate pretrial

proceedings.

12.     By Order dated September 20, 2005, the Court appointed this firm and Cooper &
Kirkham, P.C., Gustafson Gluek PLLC, and The Mogin Law Firm, P.C. as IPP Co-Lead Counsel
to manage jointly the Indirect Purchaser Actions.  The Court appointed Francis Scarpulla as IPP
Liaison Counsel and appointed an 18-member Executive Committee.  Gross Belsky Alonso LLP
was then selected as Chairman of the Executive Committee.  Together, this firm and the five
other leadership firms (collectively, the "IPP Leadership Firms") immediately began organizing
IPP counsel to efficiently prosecute these MDL cases, establish a method for funding the
litigation, and manage counsel so that the work was performed effectively and efficiently.

### C. Discovery

13.     The IPP Leadership Firms engaged in massive and time-consuming discovery, as
detailed below.

14.     Because of the continuing investigation of the United States Department of
Justice ("DOJ"), general discovery in the private actions was stayed until July 24, 2005.
However, during that stay, IPP Leadership Firms obtained access to and reviewed the millions of
pages of documents that the Defendants produced to the DOJ, and also propounded
interrogatories to the Defendants.  After the Court lifted the stay, the IPP Leadership Firms,
along with the Direct Purchaser Plaintiffs and the state Attorneys General ("AGs"), engaged in
coordinated common liability discovery.

15.     During discovery, defendants produced over four million documents from both
domestic and foreign entities.  There were numerous issues involving each defendant about the
completeness of the productions, the technical form of the electronic documents, and whether
document searching occurred within the files of particularly important company witnesses, or
"custodians," and obtaining these documents required extensive meeting and conferring with

defendants. The IPP Leadership Firms processed, reviewed, categorized, and annotated these documents, using a then-groundbreaking internet-based electronic document management system that allowed simultaneous access by counsel working from their separate offices all over the United States. A large portion of produced documents were in Japanese, Korean, or Chinese, which then had to be translated into English. The IPP Leadership Firms later shared access to this database and their work product with the AGs when the various states filed cases in 2007.

16. Counsel obtained worldwide transactional sales data of DRAM manufactured by defendants in the global market, and, in consultation with IPP experts, sought and received manufacturing cost data and detailed transactional sales data of DRAM, both as components in computers and as stand-alone DRAM modules. IPP Counsel engaged in continuous consultations with their experts, in order to ensure that the sales and transactional data obtained was sufficient to enable the experts to do appropriate damages calculations. Review of these documents was a massive project, and accounts for a substantial number of the hours devoted by the IPPs and AGs in this case.

17. The IPP Leadership Firms also served subpoenas on over 30 third parties, primarily on direct purchasers of DRAM and sellers of products containing DRAM. Most of these were very large entities such as Dell, Gateway, Apple, Circuit City, CompUSA, Hewlett-Packard, and IBM. These were especially critical because the IPPs needed to demonstrate that pass through of the direct overcharge could be established on a class-wide basis. Each of these subpoenas had to be individually negotiated, with the assistance of the IPPs' expert economists. The IPP Leadership Firms reviewed and carefully analyzed the third-party information obtained.

18. Since Defendants contended that there was no method of common proof of impact and damages, and that the indirect purchaser distribution channels were so complicated that it

was virtually impossible to establish that any overcharge was passed through to the ultimate consumers, the IPPs had to devote substantial resources in investigating and obtaining discovery on these issues. This involved substantial investigations into industry data on sales, transactions and pricing of DRAM and computers containing DRAM, aided by experts, in order to obtain sufficient data for the experts' regression analyses. It also involved investigations into the numerous distribution channels, in order to develop methods of common proof of impact and damages.

19.     Following the document review and investigations, the IPP Leadership Firms participated in and supervised the depositions of approximately 100 witnesses from Defendants and third parties, on issues relating to liability and to class certification, e.g., channels of distribution, manufacturing, pricing, and sales processes, identities of witnesses, and various issues critical to the IPPs' class certification experts. Each of these depositions required extensive document review and preparation. Following extensive negotiations, the depositions took place in various locations throughout this country, in Europe and in Asia. Additionally, the IPP Leadership Firms worked extensively with consultants and economic experts to ensure that the discovery obtained would be focused on information needed to prepare for a motion for class certification, as well as that needed to prepare for trial.

20.     The IPP Leadership Firms participated in and supervised the production of documents on behalf of the ten named plaintiffs as well as the defense of the depositions of these class representatives in various locations around the country.

21.     The IPP Leadership Firms' discovery tasks included: overseeing, managing, and participating in the coordinated efforts of all discovery, including document productions, written discovery, data productions, third-party discovery, depositions and discovery motions; drafting,

serving and, with co-counsel, negotiating all initial requests for production of documents and interrogatories; maintaining the central repository for all defendant and third party document productions; responding to defendants' requests for production to class representatives; supervising and organizing the electronic document review of over four million pages of documents produced by defendants and numerous third parties, a large portion of which were in Korean, Japanese and Chinese and which needed to be translated; developing a document review approach using a then-groundbreaking electronic document depository and electronic search capability; leading and organizing the document review under a team structure, with appointed team leaders overseeing each group of reviewers; supervising and working closely with numerous dedicated co-counsel firms who participated in the document review that lasted for several years; developing, with co-counsel, a workflow to allow for the review of foreign language documents; continuously interfacing with the team leaders and modifying the document review process to meet the needs of the litigation; negotiating the production of defendant and third party data, including leading meet and confers with defendants and interfacing with economists regarding data interpretation questions; supervising the preparation and the taking of merits depositions, including ensuring that all co-counsel taking depositions received relevant documents and their foreign translations from co-counsel in advance of schedule; and preparing for and taking the depositions of numerous witnesses.

### D. Motions for Judgment on the Pleadings and Motions to Dismiss

22.     On August 14, 2006, Defendants moved for judgment on the pleadings as to all antitrust claims arising from the purchase of DRAM as a component in a computer or other device, asserting that plaintiffs who purchased DRAM as a component in an electronic device lacked standing under various state antitrust laws because their injuries were too remote to any

price-fixing of DRAM itself, and therefore failed to satisfy the "antitrust standing" requirements set forth in *Assoc. Gen. Contractors of Cal. v. Cal. State Council of Carpenters*, 459 U.S. 519 (1983) ("*AGC*") (Dkt. No. 1008). IPP Counsel prepared and argued the opposition to the motion for judgment on the pleadings. On June 1, 2007, the Court granted judgment on the pleadings in relevant part for lack of antitrust standing for those claims based on purchases of products in which DRAM was a component, dismissing those claims with prejudice (Dkt. No. 1555; "the *AGC* Order").

23.     In response to the Court's ruling, the IPP Leadership Firms drafted a Second Amended Complaint, and drafted and successfully argued a motion for leave to file this amended complaint, to allege facts that demonstrated that the markets for DRAM module and for computers are "inextricably linked, and cannot be considered separately," which the Court granted on August 17, 2007. (Dkt. Nos. 1593-1594, 1683). On August 17, 2007, the IPP Leadership Firms filed a Second Amended Complaint. (Dkt. No. 1684).

24.     Then, on October 1, 2007, Defendants filed a motion to dismiss the Second Amended Complaint, again challenging it on *AGC* grounds, and challenging the IPPs' standing to assert claims for computer purchases under the antitrust laws of sixteen states. (Dkt. No. 1740.) On October 31, 2007, the IPP Leadership Firms filed an opposition to the motion to dismiss (Dkt. No. 1762), and then argued this motion at a Court hearing. On January 29, 2008, the Court granted Defendants' motion to dismiss. (Dkt. No. 1809; the "MTD Order".)

25.     When the Court granted defendants' motion to dismiss the Second Amended Complaint, the IPP Leadership Firms successfully moved for and obtained permission from the Court to file an interlocutory appeal. (Dkt. No. 1849). On April 18, 2008, the Court entered an order on the parties' stipulation for a stay of all proceedings during the time the Ninth Circuit

considered IPPs' Section 1292(b) Petition. (Dkt. No. 1853.) The Ninth Circuit Court of Appeals granted the IPPs' Petition for Permission to Appeal under 28 U.S.C. § 1292(b) on June 26, 2008. The IPP Leadership Firms prepared opening and reply briefs in support of the appeal.

26.     As discussed below, in December 2009, the IPPs reached a settlement with all remaining defendants, and on February 11, 2010, pending the finality of the settlements, the IPP Leadership Firms moved to stay the appeal, pending final approval of the settlements.

### E. Class Certification

27.     The IPP Leadership Firms incurred significant expense and time on behalf of the purported class in order to prepare for class certification. The IPP Leadership Firms worked for years with prestigious economic experts in prosecuting this case. On August 24, 2007, the IPP Leadership Firms filed a motion for class certification (Dkt. No. 1689) based on their Second Amended Complaint, pursuant to Rule 23(b)(2) of the Federal Rules of Civil Procedure, seeking a federal injunctive-relief class under Section 16 of the Clayton Act (15 U.S.C. § 26). The IPP Leadership Firms submitted two expert reports in support of the motion for class certification. The IPP Leadership Firms defended two expert depositions, and took one expert deposition, as part of the class certification process. After Defendants filed their motion to dismiss the IPPs' Second Amended Complaint (as discussed above), on December 5, 2007, the Court vacated the January 16, 2008 hearing on class certification in order to "settle the pleadings before class certification [was] addressed." (Dkt. No. 1794). This class certification process was then stayed pending the appeal to the Ninth Circuit, and then was stayed by the pendency of the settlement agreements.

### F. Mediations and Settlements

28.     The IPP Leadership Firms and the AGs began settlement discussions with various defendants in early 2006. In June 2006, the IPPs reached a settlement in principle with Samsung, with the assistance of a mediator. The IPPs reached a settlement with Winbond shortly thereafter. Written settlement agreements were executed with Samsung and Winbond in early 2007. Samsung then provided substantial cooperation to the IPPs.

29.     On November 30, 2006, the parties commenced a mediation with all other remaining Defendants, with Judge Daniel J. Weinstein as mediator. The initial phase of this mediation took place over numerous months, but was unsuccessful in reaching a settlement. Shortly after the Court was informed that the settlement discussions were unsuccessful, on June 1, 2007, as stated above, the Court granted Defendants' motion for judgment on the pleadings based on *AGC*, dismissing all the IPP antitrust claims based on purchases of computers or other products containing DRAM. This ruling had the effect of removing approximately 80% of the commerce in DRAM from the IPPs' case, and severely impacted further settlement discussions. Despite this adverse ruling, the IPP Leadership Firms refused to accept any settlements based on a reduced class comprised solely of purchasers of stand-alone DRAM modules. Instead, as noted above, the IPP Leadership Firms successfully moved to amend the complaint in order to overcome the *AGC* objection, but when the Court subsequently granted Defendants' motions to dismiss the Second Amended Class Complaint, the IPP Leadership Firms obtained permission from both this Court and the Ninth Circuit for an interlocutory appeal, and successfully moved to stay the class case pending resolution of the Ninth Circuit appeal.

30.     Mediation discussions with Judge Weinstein continued after the Ninth Circuit appeal was filed. Ultimately, in December 2009, the IPP Leadership Firms reached a settlement in principle with the remaining Defendants. A written settlement agreement with all remaining

Defendants was executed in December 2010. Starting shortly after the settlement was agreed to in principle, all parties began discussions with the Special Master concerning the resolution of the entire case.

31.     Thereafter, the IPP Leadership Firms pursued three other DRAM manufacturers – Toshiba, Mitsubishi and Hitachi. These three manufacturers had not been named as defendants, but had entered into tolling agreements with the IPPs and AGs. The IPP Leadership Firms ultimately executed settlement agreements with these three DRAM manufacturers in December 2011 and July 2012.

### G. Post-Settlement Proceedings Before the Special Master

32.     After the settlements were reached with Samsung and Winbond, the Court entered two orders (Dkt. Nos. 1787 and 1789) on November 30, 2007 which appointed Judge Charles Renfrew as Special Master, to issue a Report and Recommendation on the fairness of the settlements themselves and to recommend whether the ultimate certification of the class is appropriate, as well as to preside over the development of a plan of allocation for the IPP Settlement Class and the class of governmental purchasers for the various states that had alleged class claims (the "Government Purchaser Settlement Class"); to determine whether any subclasses or other means of a fair and equitable allocation; to develop a form of notice and methods of dissemination of the notice.

33.     Pursuant to this reference, the IPP Leadership Firms, the AGs, Samsung and Winbond had numerous meetings with the Special Master to discuss these issues. Shortly thereafter, the IPPs filed an appeal in the Ninth Circuit challenging the Court's *AGC* Order and MTD Order, which had dismissed all class antitrust claims arising from the purchase of DRAM-containing products based on *AGC*. Additionally, mediation and settlement discussions

continued between the plaintiffs and the remaining defendants. Because the results of the ongoing settlement discussions and the pending appeal would have a significant bearing on the issues referred to the Special Master, the Special Master and the parties waited for the outcome of the appeal and the settlement discussions before continuing with the settlement approval process.

34. In December 2009, after the IPP Leadership Firms reached an agreement in principle with the remaining Defendants, the Special Master began discussions with all parties concerning a schedule for the Special Master to make a report and recommendation on all issues referred to him. After the IPPs and AGs signed a written settlement agreement with the remaining defendants, on November 29, 2010, the Court entered another order that referred the new MDSA to the Special Master and included it within the previous reference, and also expanded the reference to include findings and recommendations as to attorneys' fees, reimbursement of expenses and incentive awards. Finally, after the later settlements with Nanya, Mitsubishi, Toshiba and Hitachi were signed, the Court entered Orders including these settlements within the scope of the Court's November 29, 2010 reference to the Special Master.

35. The IPP Leadership Firms, the AGs and Defendants agreed with the Special Master upon a detailed briefing schedule, dividing the briefing and argument into five phases. The first phase involved establishing the basic market facts relevant to a reasonable allocation of the funds to pay the anticipated claims of all indirect purchasers in the nationwide class, focusing on the products, distribution channels, final uses and the pass-on of the alleged overcharges between indirect purchaser-resellers and end-user/consumer groups, as well as their various characteristics and their relative percentages of DRAM commerce. The second phase involved identifying and resolving issues relevant to crafting a fair and reasonable plan of distribution to

all class members, including whether monetary distributions could be made to household claimants, whether a *cy pres* distribution could be used for some claimants, and whether the plan should reflect differences in the "strength" or procedural positions underlying individual claims, due to differences in state law, and if so, whether subclasses were necessary. The third phase involved proposals concerning the settlement of the class claims asserted by the AGs on behalf of certain Governmental Purchaser Plaintiffs, as those proprietary claims required court review and approval. The fourth phase dealt with notice and claims administration. The fifth phase dealt with any award of attorneys' fees and out-of-pocket litigation expenses. During this phase, the IPP Leadership Firms and the AGs with the assistance of the Special Master resolved a dispute concerning the allocation of attorneys' fees between IPP Counsel and the AGs, with a resolution that 80.8% of the fees would be allocated to IPP Counsel and 19.2% allocated to the AGs. As part of that process, the IPP Leadership Firms and the AGs agreed to submit this Joint Motion for Attorneys' Fees.

36. Throughout these proceedings before the Special Master, the IPP Leadership Firms prepared and submitted expert reports and briefing concerning relevant market facts, focusing on the products, distribution channels, and final uses of DRAM by the resellers and end-user/consumer sub-groups. The issues were hotly disputed among the various groups, with many of the issues resolved only through intense advocacy by the IPP Leadership Firms and with the guidance of and interim rulings by the Special Master as to all disputed issues. The disputed issues included reconciling differences between the expert reports from the IPPs' expert, the AGs' expert and the resellers' expert, on DRAM market structure and distribution channels, and on how these market structures and distribution channels would affect the calculation of any distributions to class members and allocations among various groups of indirect purchasers.

Ultimately, the IPP Leadership Firms and the other parties, with the guidance of the Special

Master, and after extensive briefing, reconciled the various expert reports.

    37.    The IPP Leadership Firms also extensively briefed and argued the issue of

whether any subclassing was needed, or whether individual needs could be adequately met

through the distribution calculation methods; whether a 50-state settlement class could be

certified; and whether or not there should be tiering of claims as part of the allocation process, so

that claimants in *Illinois Brick* repealer states would have a larger return than claimants in non-

repealer states. One very significant issue resolved was the issue of overcharge retention and

pass-through from reseller intermediaries to indirect purchaser end-users, which necessitated the

submission to the Special Master of competing expert reports on this issue alone.


I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct to the best of my knowledge, information, and belief.

    Executed this 29 day of July, 2013.


                                                    _____/s/_____

                                                    Timothy D. Battin

# EXHIBIT 1

## STRAUS & BOIES, LLP FIRM BIOGRAPHY

Straus & Boies, LLP is widely recognized as a leading law firm in the field of antitrust and consumer protection class action litigation. With offices in Virginia, California, Tennessee, and Colorado, the firm's lawyers have successfully prosecuted antitrust and consumer protection claims in federal and state courts throughout the United States.

Founded in 1995, the firm has been at the forefront of national efforts to bring to heel corporations engaged in restraints of trade, consumer fraud, and other unlawful conduct. The firm has been lead counsel in some of the largest class actions in the past decade, including the vitamins and DRAM litigations. More recently, Straus & Boies lawyers have led litigation efforts against manufacturers of agricultural and refrigeration products for violations of competition laws and a major insurance carrier for breach of its fiduciary duty to a certified class of policyholders. Recognized by courts, private practitioners, and law enforcement authorities throughout the United States as competent, experienced, and vigilant, Straus & Boies lawyers have successfully recovered hundreds of millions of dollars for consumers and businesses.

## The Firm's Attorneys

### David Boies

Mr. Boies is Senior Partner at Straus & Boies. His practice is focused on representing individuals and businesses in antitrust and consumer protection litigation in state and federal courts. Mr. Boies has a national reputation in the indirect purchaser antitrust litigation realm, and has served as a speaker and panelist for the American Bar Association and other legal organizations. Mr. Boies has served as sole lead or co-lead counsel in numerous antitrust and consumer protection class actions. He is admitted to practice in all state and federal courts in the Commonwealth of Virginia, as well as the United States Courts of Appeals for the Fourth and Tenth Circuits.

Mr. Boies obtained his bachelor's degree from the University of Redlands and his law degree from William & Mary Law School (J.D. 1991). Prior to joining the Firm, Mr. Boies represented individuals and corporations as an attorney in the Washington, D.C. offices of national law firms in the practice areas of corporate litigation, international trade, and white collar criminal defense.

### Michael Straus

Mr. Straus is a founding member of the firm and is now retired from the practice of law.

Mr. Straus graduated from Columbia College (A.B. 1972), Columbia University (M.A. 1975) and New York University School of Law (J.D. 1980, cum laude, Order of the Coif). He remains a member in good standing of the bars of the States of Alabama and New York. Mr. Straus clerked for the Honorable John R. Bartels, Senior United States District Judge for the Eastern District of New York from 1980-1981. He then worked at The Hague as Staff Counsel for the Iran-United States Claims Tribunal from 1981-1983. Mr. Straus also served as an Adjunct

Professor at the University of Alabama School of Law, teaching on transnational litigation issues.

**Timothy D. Battin**

Mr. Battin, the managing partner at Straus & Boies, LLP, has a wealth of experience in complex litigation.  He has served as lead counsel in numerous antitrust and consumer protection class actions in state and federal courts around the country.  Mr. Battin has prosecuted cases across a broad spectrum of industries, including, pharmaceuticals, food additives, vitamins, agricultural and computer-based products.  He currently serves as lead or co-lead counsel in a number of cases including:

- *Northwestern Mutual Insurance Litigation*.  Mr. Battin serves as co-lead counsel in state and federal court actions alleging that Northwester Mutual breached its contractual and fiduciary duties to certain annuity policyholders.  After a two-week trial, a Wisconsin Court found in Plaintiffs' favor on all material issues in the litigation.

- *Dynamic Random Access Memory Antitrust Litigation*.  Mr. Battin serves as co-lead counsel in state and federal court actions alleging price fixing among makers of computer memory chips.  Settlements have been announced in total amounts exceeding $300 million.

- *Processed Egg Products Antitrust Litigation*.  Mr. Battin serves as co-lead counsel for indirect purchasers alleging a market allocation scheme in the egg industry.

Mr. Battin, a recognized authority on the prosecution of class actions, has lectured on issues of coordination between attorneys general and private lawyers in class cases.  He serves on a Rule 23 Subcommittee for the District of Columbia Rules Advisory Committee.  Mr. Battin obtained his undergraduate degree in business from Old Dominion University (B.S. 1987) and

his law degree from the College of William & Mary (J.D. 1990). He is a member of the bars of the District of Columbia, Virginia, and Missouri (inactive) and is also admitted to practice before the United States District Courts for the Eastern District of Virginia and the District of Columbia, and the United States Courts of Appeals, Fourth and District of Columbia Circuits.

**Mark J. Schirmer**

Mr. Schirmer is a partner in the Tennessee office of Straus & Boies. He has more than twenty years experience prosecuting and defending actions arising out of derivative, securities and business transactions in courts and before regulatory agencies throughout the country.

Mr. Schirmer served as Senior Trial Attorney in the Eastern Regional office of the U.S. Commodity Futures Trading Commission and served on a number of bar committees concerned with litigation involving financial professionals and financial transactions. He is admitted to the bars of New York and Tennessee, and is admitted to practice before the United States Courts of Appeals for the Fourth, Sixth and Eleventh Circuits, and the United States District Courts for the Southern and Eastern Districts of New York, the Eastern District of Michigan and the Western District of Tennessee. He is a graduate of Fordham University's School of Law and Macalester College.

**Nathan M. Cihlar**

Mr. Cihlar is a partner in the Virginia office of Straus & Boies. He has practiced complex and class action litigation with a focus on antitrust, consumer protection and product liability claims. Since joining the firm, Mr. Cihlar has been highly involved in the litigation of numerous large, multi-faceted nationwide cases from inception to conclusion. He has been highly involved in the litigation of, among others, antitrust class actions against the manufacturers of Dynamic Random Access Memory, monosodium glutamate, polyester staple,

4

oriented strand board, LCD panels, cathode ray tubes and refrigeration compressors. In doing so, he has successfully represented numerous plaintiff classes and helped recover millions in damages for consumers.

Mr. Cihlar obtained his bachelor's degree from Georgetown University (B.S. Finance and Marketing 1999), and his law degree from William & Mary Law School (J.D. 2004). While at William & Mary, Mr. Cihlar was a member of the Environmental Law Journal. He is admitted to practice in Virginia, the District of Columbia and before the United States District Court for the Eastern District of Virginia.

**Barry Boughman**

Mr. Boughman served as an Assistant United States Attorney for the District of Colorado from 1986 to 1988, when he entered private practice. He also served as Law Clerk for the Honorable Michael R. Enwall, District Court Judge for the 20th Judicial District in Boulder, Colorado from 1984 to 1985. He obtained his bachelor's degree from the University of Northern Colorado (B.A. 1980) and his law degree from the University of Colorado School of Law (J.D. 1984). He is admitted to practice in Colorado as well as before the United States Court of Appeals for the Tenth Circuit and the United States District Court for the District of Colorado.

**Steven M. Feder**

Mr. Feder obtained his bachelors degree from Miami University (Ohio) (B.S. 1982) and his law degree from the University of Colorado School of Law (J.D. 1985, Order of the Coif). He is admitted to practice in Colorado and Illinois, as well as before the United States Supreme Court, the United States Court of Appeals for the Tenth Circuit, and the United States District Courts for the Districts of Colorado and Connecticut. He served as a prosecutor in Colorado's Eighteenth Judicial District from 1985 to 1990, before entering private practice.

**Shinae Kim-Helms**

Ms. Kim-Helms represents consumers and businesses in cases involving price fixing, monopolization, and other anticompetitive practices. Prior to joining Straus & Boies LLP, Ms. Kim-Helms practiced patent and trademark infringement litigation, patent and trademark prosecution, and licensing negotiation. Since joining the firm in 2010, Ms. Kim-Helms has been involved in litigating cases against the manufacturers of LCD panels, compressors, cathode ray tubes and litigation involving air freight surcharges.

Ms. Kim-Helms obtained her bachelor's degree from Seoul National University (B.S. Agrobiology), her master's degree from Yonsei University (M.S. Biochemistry) and her law degree from Golden Gate University, School of Law (J.D. 2005). Ms. Kim Helms' article on licensing agreements was published in Les Nouvelles, a quarterly licensing journal published by the Licensing Executives Society. Ms. Kim-Helms is fluent in Korean and Japanese. She is admitted to practice in California and before the United States District Court for the Northern District of California and the United States Patent and Trademark Office.

**Thomas M. Palumbo**

Mr. Palumbo's practice focuses on complex and class action litigation, primarily in the areas of antitrust, consumer protection, and products liability. Since joining the Firm as an associate in 2007, Mr. Palumbo has been involved in litigating cases against the manufacturers of polyester staple, aspartame and various technologies including flash memory, static random access memory (SRAM), thin film transistor liquid crystal display (TFT-LCD) panels and cathode ray tubes (CRT).

Mr. Palumbo obtained his bachelor's degree from George Mason University (B.A. International Studies 2001) and his law degree from the George Mason University School of

6

Law (J.D. 2007).  He is admitted to practice in Virginia and the District of Columbia.

**Christopher V. Le**

Since joining Straus & Boies in 2007, Christopher Le has been extensively involved in class action litigation against a major insurance company.  He has also worked on several antitrust cases including ones against manufacturers of Dynamic Random Access Memory, Cathode Ray Tubes, and compressors.  Prior to working at Straus & Boies, Mr. Le clerked at Reminger & Reminger in Cleveland, Ohio where he worked primarily on medical malpractice litigation.

Mr. Le obtained his bachelor's degree from The University of Virginia (B.A. 2004) and his law degree from Case Western Reserve University (J.D. 2007, *cum laude*).  While at Case Western, Mr. Le was a member of the Mock Trial and Negotiation Competition Teams.  He is admitted to practice in Virginia and the District of Columbia.

**Partial List of Recent Cases In Which Straus & Boies, LLP
Has served As Lead Counsel**

*Eggs*

Straus & Boies, LLP is co-lead counsel of indirect purchasers across the country and in 17 jurisdictions alleging a conspiracy to fix the prices of eggs. This litigation, which began in late 2008, includes complicated claims reaching back almost ten years in a multi-billion dollar industry. If successful, Straus & Boies, LLP will secure millions to the benefit of the injured classes throughout the country.

*Vitamins*

As lead counsel in coordinated multi-state proceedings of more than 50 indirect purchaser classes and *parens patriae* actions filed in 23 separate state jurisdictions against the international manufacturers of bulk vitamins, Straus & Boies negotiated and finalized a series of settlements with the defendants. The first settlement secured by Straus & Boies was at that time the largest ever indirect purchaser antitrust settlement. Straus & Boies's efforts in successfully resolving the state vitamins indirect purchaser actions included structuring, implementing, and leading coordinated alternative dispute resolution proceedings sanctioned by state courts throughout the country, and involving scores of plaintiffs' counsel, numerous counsel for foreign and domestic defendants, and the State Attorneys General.

*Food Additives*

As sole lead counsel for more than 10 indirect purchaser state class action claims filed across the country, Straus & Boies effectively advanced the claims of indirect purchasers against the manufacturers of food additives for an illegal price-fixing conspiracy that affected consumer prices for well over a decade. The cases allege that the major manufacturers of certain food

8

additives conspired to fix prices during the period January 1, 1990 through 2002. Straus & Boies received final approval of a global settlement which provided millions to the affected class members.

### *Dynamic Random Access Memory (DRAM)*

Straus & Boies, LLP, is currently serving as co-lead counsel in these coordinated multi-state proceedings against the manufacturers of Dynamic Random Access Memory chips (DRAM) for the violation of various state's antitrust/consumer protection laws. It is alleged that the DRAM manufacturers entered into and engaged in a conspiracy in the United States and elsewhere to suppress and eliminate competition by fixing the prices of DRAM. Straus & Boies, LLP has been prosecuting the claims of indirect purchasers of DRAM since October 2004. Settlements have been reached with all defendants totaling more than $300,000,000.

**Partial List of Other Actions
Prosecuted by Straus & Boies**

*Price-fixing actions*

### Monosodium Glutamate

1. *Ashley v. Archer Daniels Midland Co., et al.*, Circuit Court of DeKalb County, Alabama, CV-95-336, **Co-lead Counsel**.

2. *Caldwell, et al. v. Archer Daniels Midland Co., et al.*, Circuit Court of Coosa County, Alabama, Civil Action No. CV-96-17, **Co-lead Counsel**.

3. *Madelon J. Lief, et al. v. Archer Daniels Midland Co.*, Circuit Court of Dan County, Wisconsin, Civil Docket No. 02CV3697.

### Vitamins

4. *Donaldson, et al. v. Degussa Huls Corporation, et al.*, Circuit Court of Cullman Co. Alabama, C.A. No. 99-406, **Co-lead Counsel**.

5. *Giral, et al. v F. Hoffman LaRoche Ltd., et. al.*, Superior Court of the District of Colombia, Civil Division, Case No. 0007467-98, **Lead Counsel**.

6. *Graham v. Hoffman LaRoche, et al.*, Superior Court for the State of California, County of Yolo, No. CV 98-00046, J.C.C.P. No. 4076, **Executive Committee**.

7. *Shaklee Corp. v. Degussa-Huls Corp, et al.*, Superior Court of San Francisco County, California, Case No. 308636, J.C.C.P. Nos. 4090 and 4096.

8. *In re Vitamins Antitrust Litigation*, United States District Court for the District of Columbia, MDL 1285, **Executive Committee and Liaison Counsel**.

### Pharmaceuticals

9. *In re Brand-Name Prescription Drugs Antitrust Litigation*, United States District Court for the Northern District of Illinois, MDL 997.

10. *In re Ciprofloxacin Hydrochloride Antitrust Litigation*, United States District Court for the Eastern District of New York, MDL 1383.

11. *Drug Mart Pharmacy Corporation v. Abbot Laboratories, et al.*, Supreme Court of the State of New York, County of Kings, No. 29126-99.

12. *Durrett v. The Upjohn Co., et al.*, Circuit Court of Tuscaloosa County, Alabama, Civil

Action No. CV-97-170, **Co-lead Counsel**.

13. *Goda, et al. v. Abbott Laboratories, Inc.,* Superior Court for the District of Columbia, Civil Docket No. 01445-96.

14. *Holdren, et al. v. Abbott Laboratories, Inc.,* District Court of Johnson County, Kansas, Case No. 96C15994.

15. *Huggins, et al. v. Abbott Laboratories, Inc., et al.,* Circuit Court for Chambers County, Alabama, Case No. CV-96-024-CI.

16. *Karofsky v. Abbott Laboratories, Inc., et al.,* Superior Court of Cumberland County, Maine, Civil Docket No. 95-1009.

17. *Kerr v. Abbott Laboratories, Inc., et al.,* District Court of Hennepin County, Minnesota, No. MC-96-002837.

18. *Long v. Abbott Laboratories, Inc., et al.,* General Court of Justice Superior Court Division for Mecklenburg County, North Carolina, Civil Action No. 97 CVS 8289.

19. *McLaughlin, et al. v. Abbott Laboratories, Inc.,* Superior Court for Yavapai County, Arizona, No. 1-CA-SA-96-0215.

20. *Meyers v. Abbott Laboratories, Inc., et al.,* Circuit Court for Davidson County, Tennessee, No. 970612.

21. *Scholfeld v. Abbott Laboratories, Inc., et al.,* District Court for Dane County, Wisconsin, No. 96-CV-0460.

22. *Wood v. Abbott Laboratories, Inc., et al.,* Circuit Court of Oakland County, Michigan, No. 96-5125610CZ.

23. *Yasbin, et al. v. Abbott Laboratories, Inc.,* Circuit Court for the Eleventh Judicial District for Dade County, Florida, C.A. No. 97-1141-CA 03.

## Vitamin C

24. *Audette v. Hebei Welcome Pharmaceutical Co. Ltd., et al.,* Commonwealth of Massachusetts, Case No. 2005-00182-C.

25. *In re Vitamin C Antitrust Litigation,* United States District Court for the Eastern District of New York, MDL No. 1738, **Co-Lead Counsel**.

## Polyester

26. *Augusta Sullivan and Rose Marie Farina v. Wellman, Inc., et al.,* Commonwealth of

11

Massachusetts, Case No. 02-4872 C.

27. *Briscoe, et al. v. DuPont E.I. Nemours & Co., et al.,* Superior Court for the District of Columbia, C.A. No. 02ca0010508.

28. *Polyester Staple Cases*, Superior Court of California, Judicial Council Coordination Proceeding No.: JCCP No. 4278.

29. *Thomaston Mills, Inc., et al. v. DuPont E.I. Nemours & Co., et al.,* United States District Court for the Western District of North Carolina, Civil Action No. 3:02CV474-V.

## DRAM Microchips

30. *In re Dynamic Random Access Memory (DRAM) Antitrust Litigation,* United States District Court for the Northern District of California, MDL No. 1486, **Co-Lead Counsel**.

31. *Hamilton v. Elpida Memory Inc., et al,* Commonwealth of Massachusetts, County of Suffolk, The Superior Court, Case No. 04-3264.

## Air Industry

32. *In re Air Cargo Shipping Services Antitrust Litigation,* United States District Court for the Eastern District of New York, Case No. 06-MD-1775.

33. *In re American Airlines Antitrust Litigation,* United States District Court for the District of Kansas, Case No. 99-1187-MLB, **Chair of Executive Committee.**

34. *In re International Air Transportation Surcharge Antitrust Litigation,* United States District Court for the Northern District of California, Case No. 06-cv-1793.

35. *McCoy-Johnson, et al. v. Northwest Airlines, Inc. and Northwest Airlines Corp.,* United States District Court for Western District of Tennessee, Western Division, No. 99-2994 GV, **Chair of Executive Committee**.

## Aspartame

36. *In re Aspartame Antitrust Litigation,* United States District Court for the Eastern District of Pennsylvania, No. 06-CV-1732, **Co-lead Counsel.**

## Other Products and Industries

37. *In re Automotive Parts Antitrust Litigation,* United States District Court for the Eastern District of Michigan, Southern Division, Case No. 12-cv-2311.

38. *In re Cathode Ray Tube (CRT) Antitrust Litigation,* United States District Court for the Northern District of California, Case No. 07-cv-5944.

39. *In re Citric Acid Antitrust Litigation*, United States District Court for the Northern District of California, MDL 1092.

40. *In re Commercial Tissue Products*, United States District Court for the Northern District of Florida, Gainesville Division, MDL 1189, Case No. 97-CV-128.

41. *In re Flash Memory Antitrust Litigation,* United States District Court for the Northern District of California, Case No. 07-cv-086.

42. *In re Foreign Currency Conversion Fee Antitrust Litigation*, United States District Court for the Southern District of New York, MDL 1409.

43. *In re High Fructose Corn Syrup Antitrust Litigation*, United States District Court for the Central District of Illinois, MDL 1087.

44. *In re Methionine Antitrust Litigation,* United States District Court for the Northern District of California, MDL 1311.

45. *In re Online DVD Rental Antitrust Litigation*, Unites States District Court for the Northern District of California, MDL 2029.

46. *In re OSB Antitrust Litigation,* United States District Court for the Eastern District of Pennsylvania, Case No. 06-826, **Co-lead Counsel.**

47. *In re Processed Egg Products Antitrust Litigation,* United States District Court for the Eastern District of Pennsylvania, Case No. 08-md-2002.

48. *In re Refrigerant Compressors Antitrust Litigation*, United States District Court for the Eastern District of Michigan, Case No. 2:09-02042.

49. *Robbins, LLC v. Cabot Corporation, et al.*, United States District Court for the District of Massachusetts, Case No. 03-CV-11072DPW.

50. *Seven Up Bottling Company of Jasper, Inc. v. Archer Daniels Midland Co., et al.,* Circuit Court of Walker County, Alabama, Civil Action No. 95-436, **Co-lead Counsel.**

51. *In re Static Random Access Memory (SRAM) Antitrust Litigation,* United States District Court for the Northern District of California, Oakland Division, Case No. 07-cv-1819.

52. *In re TFT-LCD (Flat Panel) Antitrust Litigation,* United States District Court for the Northern District of California, San Francisco Division, Case No. 07-cv-1827.

53. *Thomas and Thomas Rodmakers, Inc., et al. v. Newport Adhesives and Composites, Inc. et al.* United States District Court Central Division, No. CV-99-07796-GHK (CTx).

13

*Abuse of Monopoly Actions*

54. *In re Hypodermic Products Antitrust Litigation,* United States District Court for the District of New Jersey, Case No. 05-cv-1602.

55. *In re Residential Telephone Lease Contract Litigation,* Southern District of Alabama, MDL 1165, **Co-lead Counsel.**

56. *Park Surgical Co. Inc., et al. v. Becton Dickinson & Company,* Civil Action No. 05 CV 5678 (E.D. Pa.)(CMR).

57. *Smith v. GTE Corp., et al.,* United States District Court for the Middle District of Alabama, Case No. 97-M-1025, **Co-lead Counsel.**

58. *Southeast Missouri Hospital, Saint Francis Medical Center v. C.R. Bard Inc.,* United States District Court for the Eastern District of Missouri, Southeastern Division, Case No. 07-cv-031, **Co-lead Counsel.**

59. *Sparks, et al. v. AT&T Corporation, et al.,* Circuit Court, Third Judicial Circuit, Madison County, Illinois, Case No. 96-LM-983.

60. *Sparks, et al. v. Lucent Technologies, et al.,* Circuit Court, Third Judicial Circuit, Madison County, Illinois, Case No. 01-L-1668.

61. *Wilson v. Toys R Us, et al.,* Circuit Court of Tuscaloosa County, Alabama, Civil Action No. CV-96-574, **Co-lead Counsel.**

## Intel

62. *Dressed to Kill Custom Draperies v. Intel Corp.,* United States District Court for the Northern District of California, C 05 3272.

63. *In re Intel Corporation Microprocessor Antitrust Litigation,* United States District Court for the District of Delaware, C 05 485

64. *Juan v. Intel Corp.,* United States District Court for the Northern District of California, C 05 3271.

65. *Kinder v. Intel Corp.,* United States District Court for the Northern District of California, C 05 3273.

66. *Rush v. Intel Corp.,* United States District Court for the Northern District of California C 05 3277.

## Microsoft

67. *Crain v. Microsoft Corporation, et al.*, Superior Court for the State of California, County of Yolo, No. CV 99-1740, J.C.C.P. No. 4106.

68. *Dunham v. Microsoft Corporation, et al.*, Superior Court of the State of California, County of Sonoma, No. 223291, J.C.C.P. No. 4106.

69. *Saams, et al. v. Microsoft Corporation, et al.*, Superior Court for the State of California, County of San Francisco, CV 308015, J.C.C.P. No. 4106.

### Securities Actions

70. *In re Alliance, Franklin/Templeton, Bank of America/Nation Funds, and Pilgrim Baxter [Franklin Templeton Subtrack] v. Sharkey Iro/Ira v. Franklin Resources, et al.*, United States District Court for the District of Maryland, Case No. 04-MD-15862.

71. *Casey v. Prudential Securities, Inc.*, Supreme Court of the State of New York, County of Albany, Index. No. 3462-97.

72. *In re Medpartners Securities Litigation*, United States District Court for the Northern District of Alabama, CV-98-B-0067-S.

73. *In re Mutual Funds Investment Litigation*, United States District Court for the District of Maryland, MDL 1586.

74. *In re NASDAQ Market-Makers Antitrust Litigation*, United States District Court for the Southern District of New York, MDL 1023.

75. *Milne v. Mercury Finance Co., et al.*, United States District Court for the Northern District of Illinois, No. 97-C-1536.

76. *Ronald Lankford v. Jos. A. Banks Clothiers, Inc.*, Circuit Court of Madison County, Alabama, Case No. CV03-204LHL.

77. *In re Vesta Insurance Group, Inc. Securities Litigation*, United States District Court for the Northern District of Alabama, CV 98-AR-1407-S, **Liaison Counsel**.

78. *Vivian Bernstein v. Janus Capital Management, LLC, et al.*, United States District Court, District of Colorado, Case No. 03-B-1798.

### Products Liability Actions

79. *In re Bridgestone/Firestone, Inc. ATX, ATX II and Wilderness Tires Products Liability Litigation*, United Sates District Court for the Southern District of Indiana, Indianapolis Division, MDL 1373, (Tires).

80. *In re Cigarette Litigation*, United States District Court for the Northern District of

Georgia, CV-0447 (MDL 1342).

81. *Hodge, et al. v. Eastman Chemical Company,* Circuit Court of Jefferson County, Tennessee, Civil Action No. 16.351 IV, **Co-lead Counsel,** (Photography Chemicals).

82. *Rampey v. Novartis Consumer Health, Inc.,* Circuit Court of Chambers County, Alabama, CV-97-174, **Co-lead Counsel,** ( Ex-Lax).

83. *In re Zurn Pex Products Liability Litigation,* United States District Court for the District of Minnesota, Case No. 08-md-1958, **Class Counsel.**

### *Miscellaneous Actions*

In addition to the above listed suits, Straus & Boies, LLP has been involved in numerous other fields of litigation:

84. **ALCOHOL -** Straus & Boies, LLP lead the fight against numerous alcoholic beverage manufacturers and distributors for illegally advertising to underage children. *Ayman R. Hakki, et al. v. Zima Company, et al.,* Superior Court for the District of Columbia, Case No. 1:03 CV 02621; *Randy Kreft and Colleen Kreft, et al. v. Zima Beverage Company, et al.,* District Court, City & County of Denver, Colorado, Case No. 03-CV-9229; *Ronald P. Wilson, Andrea B. Wilson and Joseph A. Wilson, et al. v. Zima Company, et al.,* Superior Court, County of Mecklenburg, State of North Carolina, Case No. 04-CV-626.

85. **GENETICALLY MODIFIED CROPS –** Straus & Boies, LLP has also been involved in litigation regarding broad contamination due to genetically modified crops. *Blades, et al. v. Monsanto Co.,* United States District Court for the Southern District of Illinois, CV 00-4034-DRH (soy); *In re Genetically Modified Rice Litigation,* United States District Court for the Eastern District of Missouri, No. 4:06-MD 1811 CDP (rice).

86. **PAN AM VICTIMS –** Straus & Boies, LLP represents family members of the victims of the terrorist act on Pan Am Flight 103. *Curtis W. Fisher, et al. v. Abdel Basset Ali Mohmed Al-Megrahi, et al.,* D.D.C. 04-02055 (HHK); *Lawrence P. Fisher II v. Great Socialist People's Libyan Jamahiriya, et al.,* D.D.C. 05-2454 (HHK).

87. *Care Pharmacies, Inc. v. Purdue Pharma, L.P., et al.,* United States District Court for the Southern District of New York, Case No. 04-CV-3890 (Class action alleging damages based on abuse of patent for OxyContin)

88. *Derek S. Lynn v. Hyundai Motor America, Inc.,* Circuit Court of Madison County, Alabama, Civil Action No. CV-03-412.

89. *In re FedEx Ground Package System, Inc. Employment Practices Litigation,* United States District Court for the Northern District of Indiana, South Bend Division, Case No. 05-MD-527.

90. *In re Humana, Inc. Managed Care Litigation,* United States District Court for the Southern District of Florida, MDL 1334, **Executive Committee**. (Class action against managed-health care organizations for nonpayment).

91. *Marleen M. LaPlant v. The Northwestern Mutual Life Insurance Company,* State of Wisconsin, Circuit Court, Milwaukee County, Case No. 08-cv-011988, **Co-lead Counsel.**

92. *Poulos, et al. v. Caesar's World, Inc., et al.,* United States District Court for the District of Nevada, CV-S-94-1126-DAE (RJJ) (Misrepresentation of odds in slot machines).

93. *Prewitt Enterprises, Inc., v. Organization of Petroleum Exporting Countries,* United States District Court for the Northern District of Alabama, Case No. CV-00-B-0865-S.

94. *Thomas Miller and Noel Collette v. Deluxe Corporation,* First Judicial District, District Court of Dakota County, Minnesota, Civil Action No. 19-CO-03-6487 (Checks Unlimited).

# EXHIBIT 2

# TIME REPORT (DRAM CLASS)

FIRM NAME:  Straus & Boies, LLP

PERIOD: Inception through May 31, 2013

POSITIONS

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| Name | Total Hours | Historic Rates Lodestar | Current Rates Lodestar |
|---|---|---|---|
| David Boies (P) | 2047.25 | $1,174,413.75 | $1,535,437.50 |
| Timothy Battin (P) | 5297.00 | $2,940,478.75 | $3,681,415.00 |
| Nathan Cihlar (P) | 2412.25 | $680,107.50 | $1,194,063.75 |
| Ian Otto (P) | 3502.30 | $1,386,702.50 | $1,838,707.50 |
| Mark Schirmer (P) | 1788.75 | $930,783.75 | $1,162,687.50 |
| Barry Boughman (A) | 816.25 | $322,418.75 | $322,418.75 |
| Eric Coakley (A) | 0.50 | $162.50 | $162.50 |
| Steven Feder (A) | 144.75 | $71,196.25 | $71,651.25 |
| Christopher Le (A) | 835.25 | $268,211.25 | $292,337.50 |
| Thomas Palumbo (A) | 262.50 | $33,982.50 | $51,187.50 |
| Joshua Raynes (A) | 739.25 | $184,898.75 | $258,737.50 |
| Matthew Schultz (A) | 26.25 | $11,812.50 | $11,812.50 |
| Christopher Skinner (A) | 434.75 | $103,868.75 | $119,556.25 |
| Christopher Studebaker (A) | 19.50 | $4,397.50 | $5,752.50 |
| Kenneth Walsh (A) | 1120.00 | $470,707.50 | $588,000.00 |
| Eric Bacaj (LC) | 10.75 | $1,935.00 | $1,935.00 |
| Andrew Borek (LC) | 248.00 | $44,640.00 | $44,640.00 |
| Faris Ghareeb (LC) | 24.25 | $4,365.00 | $4,365.00 |
| Kieran Lalor (LC) | 163.25 | $25,900.00 | $29,385.00 |
| Kate Molony (LC) | 23.00 | $4,140.00 | $4,140.00 |
| Steven Mundy (LC) | 2.50 | $450.00 | $450.00 |
| Caroline Swartz-Zern (LC) | 17.25 | $3,105.00 | $3,105.00 |
| Eric Topor (LC) | 23.00 | $4,140.00 | $4,140.00 |
| Thane Tuttle (LC) | 111.25 | $20,025.00 | $20,025.00 |
| Brian Woodbury (LC) | 17.00 | $3,060.00 | $3,060.00 |
| Deidre Abdelrashid (PL) | 5.00 | $975.00 | $975.00 |
| Sheri Carter (PL) | 1.50 | $195.00 | $195.00 |
| Erin Curtiss (PL) | 53.75 | $6,718.75 | $6,987.50 |
| Carlos Cuevas (PL) | 562.25 | $70,281.25 | $73,092.50 |
| Meredith Kight (PL) | 25.00 | $3,613.75 | $3,625.00 |
| Thomas Maddem (PL) | 159.20 | $18,482.50 | $20,696.00 |
| Brendan McFarland (PL) | 64.50 | $8,141.25 | $8,385.00 |
| Brooke Morris (PL) | 7.25 | $942.50 | $942.50 |
| Jill Moser (PL) | 243.50 | $30,622.50 | $31,655.00 |
| Cheryl Nester (PL) | 23.50 | $2,937.50 | $3,055.00 |
| Richard Noh (PL) | 0.50 | $72.50 | $72.50 |
| Thomas Palumbo (PL) | 146.25 | $41,623.75 | $47,250.00 |
| Alyssa Parker (PL) | 11.50 | $1,495.00 | $1,495.00 |
| Erica Radcliffe (PL) | 639.75 | $74,068.75 | $83,167.50 |
| Jennifer Rodkey (PL) | 42.75 | $6,136.25 | $6,198.75 |
| Andrea Rogers (PL) | 5.75 | $575.00 | $747.50 |
| Afruz Sayah (PL) | 5.50 | $750.00 | $770.00 |
| Trenae Simpson (PL) | 424.75 | $55,475.00 | $59,465.00 |
| Teri Taylor (PL) | 0.25 | $25.00 | $32.50 |
| James Welsh (PL) | 940.25 | $112,206.25 | $122,232.50 |
| Judson White (PL) | 43.25 | $6,271.25 | $6,271.25 |
| Totals: | 23492.75 | $9,137,511.25 | $11,726,483.50 |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP**

**YEAR 2004 (Historic Rates)**

**POSITIONS**

P-Partner

OC-Of Counsel

A-Associate

LC-Law Clerk

PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| David Boies (P) | 142.00 | $ | 510.00 | $ | 72,420.00 |
| Timothy Battin (P) | 200.75 | $ | 425.00 | $ | 85,318.75 |
| Mark Schirmer (P) | 115.25 | $ | 425.00 | $ | 48,981.25 |
| Ian Otto (P) | 315.50 | $ | 295.00 | $ | 93,072.50 |
| Nathan Cihlar (P) | 281.50 | $ | 225.00 | $ | 63,337.50 |
| Kenneth Walsh (A) | 99.75 | $ | 395.00 | $ | 39,401.25 |
| Christopher Skinner (A) | 178.00 | $ | 225.00 | $ | 40,050.00 |
| | | | | | |
| ATTORNEY TOTALS: | 1332.75 | | | $ | 442,581.25 |
| | | | | | |
| PARALEGALS | | | | | |
| Kieran Lalor (LC) | 5.75 | $ | 150.00 | $ | 862.50 |
| Thomas Maddern (PL) | 14.45 | $ | 100.00 | $ | 1,445.00 |
| Thomas Palumbo (PL) | 5.75 | $ | 100.00 | $ | 575.00 |
| Erica Radcliffe (PL) | 54.25 | $ | 100.00 | $ | 5,425.00 |
| Andrea Rogers (PL) | 0.75 | $ | 100.00 | $ | 75.00 |
| James Welsh (PL) | 58.00 | $ | 100.00 | $ | 5,800.00 |
| | | | | | |
| PARALEGAL TOTALS: | 138.95 | | | $ | 14,182.50 |
| OVERALL TOTALS: | 1471.70 | | | $ | 456,763.75 |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP**

**YEAR 2005 (Historic Rates)**

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR |
|---|---|---|---|---|
| David Boies (P) | 434.50 | $ | 575.00 | $ 249,837.50 |
| David Boies (P) | 177.50 | $ | 510.00 | $ 90,525.00 |
| Timothy Battin (P) | 602.00 | $ | 495.00 | $ 297,990.00 |
| Timothy Battin (P) | 355.75 | $ | 475.00 | $ 168,981.25 |
| Mark Schirmer (P) | 327.50 | $ | 495.00 | $ 162,112.50 |
| Mark Schirmer (P) | 266.00 | $ | 425.00 | $ 113,050.00 |
| Ian Otto (P) | 721.75 | $ | 395.00 | $ 285,091.25 |
| Ian Otto (P) | 518.50 | $ | 295.00 | $ 152,957.50 |
| Nathan Cihlar (P) | 317.25 | $ | 275.00 | $ 87,243.75 |
| Nathan Cihlar (P) | 343.25 | $ | 225.00 | $ 77,231.25 |
| Steven Feder (A) | 6.50 | $ | 495.00 | $ 3,217.50 |
| Steven Feder (A) | 6.50 | $ | 425.00 | $ 2,762.50 |
| Barry Boughman (A) | 256.75 | $ | 395.00 | $ 101,416.25 |
| Kenneth Walsh (A) | 225.75 | $ | 425.00 | $ 95,943.75 |
| Kenneth Walsh (A) | 128.00 | $ | 395.00 | $ 50,560.00 |
| Eric Coakley (A) | 0.50 | $ | 325.00 | $ 162.50 |
| Christopher Skinner (A) | 121.00 | $ | 275.00 | $ 33,275.00 |
| Christopher Skinner (A) | 135.75 | $ | 225.00 | $ 30,543.75 |
| Joshua Raynes (A) | 51.00 | $ | 225.00 | $ 11,475.00 |
| | | $ | | $ |
| **ATTORNEY TOTALS:** | **4995.75** | | | **$ 2,014,376.25** |
| **PARALEGALS** | | | | |
| Kieran Lalor (LC) | 56.50 | $ | 175.00 | $ 9,887.50 |
| Kieran Lalor (LC) | 101.00 | $ | 150.00 | $ 15,150.00 |
| Thomas Maddern (PL) | 47.75 | $ | 125.00 | $ 5,968.75 |
| Thomas Maddern (PL) | 42.25 | $ | 100.00 | $ 4,225.00 |
| Cheryl Nester (PL) | 16.75 | $ | 125.00 | $ 2,093.75 |
| Thomas Palumbo (PL) | 54.50 | $ | 175.00 | $ 9,537.50 |
| Thomas Palumbo (PL) | 52.25 | $ | 100.00 | $ 5,225.00 |
| Erica Radcliffe (PL) | 305.25 | $ | 125.00 | $ 38,156.25 |
| Erica Radcliffe (PL) | 181.75 | $ | 100.00 | $ 18,175.00 |
| Andrea Rogers (PL) | 5.00 | $ | 100.00 | $ 500.00 |
| Teri Taylor (PL) | 0.25 | $ | 100.00 | $ 25.00 |
| James Welsh (PL) | 168.25 | $ | 125.00 | $ 21,031.25 |
| James Welsh (PL) | 161.00 | $ | 100.00 | $ 16,100.00 |
| **PARALEGAL TOTALS:** | **1192.50** | | | **$ 146,075.00** |
| **OVERALL TOTALS:** | **6188.25** | | | **$ 2,160,451.25** |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP**

**YEAR 2006 (Historic Rates)**

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| David Boies (P) | 825.75 | $ | 575.00 | $ | 474,806.25 |
| Timothy Battin (P) | 898.00 | $ | 495.00 | $ | 444,510.00 |
| Mark Schirmer (P) | 163.75 | $ | 495.00 | $ | 81,056.25 |
| Ian Otto (P) | 749.75 | $ | 395.00 | $ | 296,151.25 |
| Nathan Cihlar (P) | 399.50 | $ | 275.00 | $ | 109,862.50 |
| Steven Feder (A) | 130.25 | $ | 495.00 | $ | 64,473.75 |
| Barry Boughman (A) | 559.50 | $ | 395.00 | $ | 221,002.50 |
| Kenneth Walsh (A) | 636.25 | $ | 425.00 | $ | 270,406.25 |
| Joshua Raynes (A) | 434.00 | $ | 225.00 | $ | 97,650.00 |
| Christopher Studabaker (A) | 18.00 | $ | 225.00 | $ | 4,050.00 |
| | | | | | |
| **ATTORNEY TOTALS:** | **4814.75** | | | $ | **2,063,968.75** |
| **PARALEGALS** | | | | | |
| Thane Tuttle (LC) | 82.25 | $ | 180.00 | $ | 14,805.00 |
| Deidre Abdelrashid (PL) | 5.00 | $ | 195.00 | $ | 975.00 |
| Thomas Palumbo (PL) | 108.50 | $ | 175.00 | $ | 18,987.50 |
| Erin Curtiss (PL) | 53.75 | $ | 125.00 | $ | 6,718.75 |
| Carlos Cuevas (PL) | 561.75 | $ | 125.00 | $ | 70,218.75 |
| Thomas Maddern (PL) | 53.25 | $ | 125.00 | $ | 6,656.25 |
| Brooke Morris (PL) | 2.00 | $ | 125.00 | $ | 250.00 |
| Cheryl Nester (PL) | 6.75 | $ | 125.00 | $ | 843.75 |
| Erica Radcliffe (PL) | 98.50 | $ | 125.00 | $ | 12,312.50 |
| James Welsh (PL) | 388.75 | $ | 125.00 | $ | 48,593.75 |
| | | | | | |
| **PARALEGAL TOTALS:** | **1360.50** | | | $ | **180,361.25** |
| **OVERALL TOTALS:** | **6175.25** | | | $ | **2,244,330.00** |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP**

**YEAR 2007 (Historic Rates)**

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| David Boies (P) | 200.00 | $ | 625.00 | $ | 125,000.00 |
| David Boies (P) | 170.25 | $ | 575.00 | $ | 97,893.75 |
| Timothy Battin (P) | 581.75 | $ | 525.00 | $ | 305,418.75 |
| Timothy Battin (P) | 203.75 | $ | 495.00 | $ | 100,856.25 |
| Mark Schirmer (P) | 146.00 | $ | 525.00 | $ | 76,650.00 |
| Mark Schirmer (P) | 53.75 | $ | 495.00 | $ | 26,606.25 |
| Ian Otto (P) | 266.50 | $ | 425.00 | $ | 113,262.50 |
| Ian Otto (P) | 179.25 | $ | 395.00 | $ | 70,803.75 |
| Nathan Cihlar (P) | 284.25 | $ | 290.00 | $ | 82,432.50 |
| Nathan Cihlar (P) | 76.00 | $ | 275.00 | $ | 20,900.00 |
| Steven Feder (A) | 1.50 | $ | 495.00 | $ | 742.50 |
| Kenneth Walsh (A) | 22.00 | $ | 495.00 | $ | 10,890.00 |
| Kenneth Walsh (A) | 8.25 | $ | 425.00 | $ | 3,506.25 |
| Joshua Raynes (A) | 102.75 | $ | 265.00 | $ | 27,228.75 |
| Chris Studebaker (A) | 0.25 | $ | 265.00 | $ | 66.25 |
| Chris Studebaker (A) | 1.25 | $ | 225.00 | $ | 281.25 |
| Christopher Le (A) | 42.00 | $ | 225.00 | $ | 9,450.00 |
| Thomas Palumbo (A) | 52.75 | $ | 225.00 | $ | 11,868.75 |
| | | | | | |
| **ATTORNEY TOTALS:** | **2392.25** | | | $ | **1,083,857.50** |
| **PARALEGALS** | | | | | |
| Faris Ghareeb (LC) | 24.25 | $ | 180.00 | $ | 4,365.00 |
| Steven Mundy (LC) | 2.50 | $ | 180.00 | $ | 450.00 |
| Eric Topor (LC) | 23.00 | $ | 180.00 | $ | 4,140.00 |
| Thane Tuttle (LC) | 29.00 | $ | 180.00 | $ | 5,220.00 |
| Thomas Palumbo (PL) | 7.25 | $ | 180.00 | $ | 1,305.00 |
| Thomas Palumbo (PL) | 34.25 | $ | 175.00 | $ | 5,993.75 |
| Carlos Cuevas (PL) | 0.50 | $ | 125.00 | $ | 62.50 |
| Thomas Maddern (PL) | 1.50 | $ | 125.00 | $ | 187.50 |
| Brooke Morris (PL) | 39.00 | $ | 125.00 | $ | 4,875.00 |
| Jill Moser (PL) | 188.50 | $ | 125.00 | $ | 23,562.50 |
| James Welsh (PL) | 130.75 | $ | 125.00 | $ | 16,343.75 |
| | | | | | |
| **PARALEGAL TOTALS:** | **480.50** | | | $ | **66,505.00** |
| **OVERALL TOTALS:** | **2872.75** | | | $ | **1,150,362.50** |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP**

**YEAR 2008 (Historic Rates)**

**POSITIONS**

P-Partner

OC-Of Counsel

A-Associate

LC-Law Clerk

PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| David Boies (P) | 63.00 | $ | 675.00 | $ | 42,525.00 |
| David Boies (P) | 34.25 | $ | 625.00 | $ | 21,406.25 |
| Timothy Battin (P) | 240.00 | $ | 595.00 | $ | 142,800.00 |
| Timothy Battin (P) | 118.00 | $ | 525.00 | $ | 61,950.00 |
| Mark Schirmer (P) | 199.00 | $ | 595.00 | $ | 118,405.00 |
| Mark Schirmer (P) | 93.00 | $ | 525.00 | $ | 48,825.00 |
| Ian Otto (P) | 41.25 | $ | 495.00 | $ | 20,418.75 |
| Ian Otto (P) | 4.50 | $ | 425.00 | $ | 1,912.50 |
| Nathan Cihlar (P) | 307.50 | $ | 335.00 | $ | 103,012.50 |
| Nathan Cihlar (P) | 52.75 | $ | 290.00 | $ | 15,297.50 |
| Joshua Raynes (A) | 16.50 | $ | 295.00 | $ | 4,867.50 |
| Joshua Raynes (A) | 2.00 | $ | 265.00 | $ | 530.00 |
| Christopher Le (A) | 32.50 | $ | 225.00 | $ | 7,312.50 |
| Thomas Palumbo (A) | 55.50 | $ | 225.00 | $ | 12,487.50 |
| | | | | | |
| **ATTORNEY TOTALS:** | **1259.75** | | | **$** | **601,750.00** |
| **PARALEGALS** | | | | | |
| Caroline Swartz-Zern (LC) | 17.25 | $ | 180.00 | $ | 3,105.00 |
| Brian Woodbury (LC) | 17.00 | $ | 180.00 | $ | 3,060.00 |
| Sheri Carter (PL) | 0.75 | $ | 130.00 | $ | 97.50 |
| Brendan McFarland (PL) | 1.75 | $ | 130.00 | $ | 227.50 |
| Brooke Morris (PL) | 15.75 | $ | 130.00 | $ | 2,047.50 |
| Brooke Morris (PL) | 7.75 | $ | 125.00 | $ | 968.75 |
| Jill Moser (PL) | 37.00 | $ | 130.00 | $ | 4,810.00 |
| Jill Moser (PL) | 18.00 | $ | 125.00 | $ | 2,250.00 |
| Trenae Simpson (PL) | 92.25 | $ | 130.00 | $ | 11,992.50 |
| James Welsh (PL) | 15.25 | $ | 130.00 | $ | 1,982.50 |
| James Welsh (PL) | 3.50 | $ | 125.00 | $ | 437.50 |
| | | | | | |
| **PARALEGAL TOTALS:** | **226.25** | | | **$** | **30,978.75** |
| **OVERALL TOTALS:** | **1486.00** | | | **$** | **632,728.75** |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP**

**YEAR 2009 (Historic Rates)**

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| Timothy Battin (P) | 556.25 | $ | 595.00 | $ | 330,968.75 |
| Mark Schirmer (P) | 368.00 | $ | 595.00 | $ | 218,960.00 |
| Ian Otto (P) | 471.75 | $ | 495.00 | $ | 233,516.25 |
| Nathan Cihlar (P) | 46.25 | $ | 350.00 | $ | 16,187.50 |
| Nathan Cihlar (P) | 228.50 | $ | 335.00 | $ | 76,547.50 |
| Matthew Schultz (A) | 26.25 | $ | 450.00 | $ | 11,812.50 |
| Joshua Raynes (A) | 123.50 | $ | 325.00 | $ | 40,137.50 |
| Joshua Raynes (A) | 3.00 | $ | 295.00 | $ | 885.00 |
| Christopher Le (A) | 138.50 | $ | 275.00 | $ | 38,087.50 |
| Christopher Le (A) | 22.00 | $ | 225.00 | $ | 4,950.00 |
| Thomas Palumbo (A) | 8.25 | $ | 275.00 | $ | 2,268.75 |
| Thomas Palumbo (A) | 18.75 | $ | 225.00 | $ | 4,218.75 |
| | | | | | |
| **ATTORNEY TOTALS:** | **2011.00** | | | **$** | **978,540.00** |
| **PARALEGALS** | | | | | |
| Eric Bacaj (LC) | 10.75 | $ | 180.00 | $ | 1,935.00 |
| Kate Molony (LC) | 23.00 | $ | 180.00 | $ | 4,140.00 |
| Sheri Carter (PL) | 0.75 | $ | 130.00 | $ | 97.50 |
| Brendan McFarland (PL) | 5.50 | $ | 130.00 | $ | 715.00 |
| Alyssa Parker (PL) | 7.00 | $ | 130.00 | $ | 910.00 |
| Trenae Simpson (PL) | 240.75 | $ | 130.00 | $ | 31,297.50 |
| James Welsh (PL) | 13.75 | $ | 130.00 | $ | 1,787.50 |
| | | | | | |
| **PARALEGAL TOTALS:** | **301.50** | | | **$** | **40,882.50** |
| **OVERALL TOTALS:** | **2312.50** | | | **$** | **1,019,422.50** |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP** _____

**YEAR 2010 (Historic Rates)** _____

## POSITIONS _____

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| Timothy Battin (P) | 385.25 | $ | 595.00 | $ | 229,223.75 |
| Ian Otto (P) | 103.25 | $ | 495.00 | $ | 51,108.75 |
| Nathan Cihlar (P) | 63.25 | $ | 350.00 | $ | 22,137.50 |
| Joshua Raynes (A) | 6.00 | $ | 325.00 | $ | 1,950.00 |
| Christopher Le (A) | 1.00 | $ | 275.00 | $ | 275.00 |
| Thomas Palumbo (A) | 9.25 | $ | 275.00 | $ | 2,543.75 |
| | | | | | |
| **ATTORNEY TOTALS:** | **568.00** | | | **$** | **307,238.75** |
| **PARALEGALS** | | | | | |
| Alyssa Parker (PL) | 4.50 | $ | 130.00 | $ | 585.00 |
| Afruz Sayah (PL) | 2.00 | $ | 130.00 | $ | 260.00 |
| Trenae Simpson (PL) | 66.00 | $ | 130.00 | $ | 8,580.00 |
| James Welsh (PL) | 1.00 | $ | 130.00 | $ | 130.00 |
| | | | | | |
| **PARALEGAL TOTALS:** | **73.50** | | | **$** | **9,555.00** |
| **OVERALL TOTALS:** | **641.50** | | | **$** | **316,793.75** |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP**

**YEAR 2011 (Historic Rates)**

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| Timothy Battin (P) | 680.25 | $ | 650.00 | $ | 442,162.50 |
| Mark Schirmer (P) | 23.50 | $ | 625.00 | $ | 14,687.50 |
| Ian Otto (P) | 130.30 | $ | 525.00 | $ | 68,407.50 |
| Nathan Cihlar (P) | 3.25 | $ | 450.00 | $ | 1,462.50 |
| Joshua Raynes (A) | 0.50 | $ | 350.00 | $ | 175.00 |
| Christopher Le (A) | 45.75 | $ | 315.00 | $ | 14,411.25 |
| Thomas Palumbo (A) | 0.50 | $ | 315.00 | $ | 157.50 |
| | | | | | |
| **ATTORNEY TOTALS:** | **884.05** | | | $ | **541,463.75** |
| **PARALEGALS** | | | | | |
| Andrew Borek (LC) | 248.00 | $ | 180.00 | $ | 44,640.00 |
| Meredith Kight (PL) | 2.25 | $ | 140.00 | $ | 315.00 |
| Jennifer Rodkey (PL) | 12.50 | $ | 140.00 | $ | 1,750.00 |
| Afruz Sayah (PL) | 3.50 | $ | 140.00 | $ | 490.00 |
| Trenae Simpson (PL) | 25.75 | $ | 140.00 | $ | 3,605.00 |
| | | | | | |
| **PARALEGAL TOTALS:** | **292.00** | | | $ | **50,800.00** |
| **OVERALL TOTALS:** | **1176.05** | | | $ | **592,263.75** |

# TIME REPORT (DRAM CLASS)

**FIRM NAME: Straus & Boies, LLP**

**YEAR 2012 (Historic Rates)**

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| Timothy Battin (P) | 335.75 | $ | 695.00 | $ | 233,346.25 |
| Mark Schirmer (P) | 33.00 | $ | 650.00 | $ | 21,450.00 |
| Nathan Cihlar (P) | 8.50 | $ | 495.00 | $ | 4,207.50 |
| Christopher Le (A) | 455.00 | $ | 350.00 | $ | 159,250.00 |
| Thomas Palumbo (A) | 0.50 | $ | 350.00 | $ | 175.00 |
| | | | | | |
| **ATTORNEY TOTALS:** | **832.75** | | | **$** | **418,428.75** |
| **PARALEGALS** | | | | | |
| Meredith Kight (PL) | 20.00 | $ | 145.00 | $ | 2,900.00 |
| Jennifer Rodkey (PL) | 30.25 | $ | 145.00 | $ | 4,386.25 |
| Judson White (PL) | 43.25 | $ | 145.00 | $ | 6,271.25 |
| | | | | | |
| **PARALEGAL TOTALS:** | **93.50** | | | **$** | **13,557.50** |
| **OVERALL TOTALS:** | **926.25** | | | **$** | **431,986.25** |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP**

**YEAR January - May 2013 (Historic Rates)**

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| Timothy Battin (P) | 139.50 | $ | 695.00 | $ | 96,952.50 |
| Nathan Cihlar (P) | 0.50 | $ | 495.00 | $ | 247.50 |
| Christopher Le (A) | 98.50 | $ | 350.00 | $ | 34,475.00 |
| Thomas Palumbo (A) | 0.75 | $ | 350.00 | $ | 262.50 |
| | | | | | |
| **ATTORNEY TOTALS:** | **239.25** | | | **$** | **131,937.50** |
| **PARALEGALS** | | | | | |
| Meredith Kight (PL) | 2.75 | $ | 145.00 | $ | 398.75 |
| Richard Noh (PL) | 0.50 | $ | 145.00 | $ | 72.50 |
| | | | | | |
| **PARALEGAL TOTALS:** | **3.25** | | | **$** | **471.25** |
| **OVERALL TOTALS:** | **242.50** | | | **$** | **132,408.75** |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP**

**YEAR 2004 (Current Rates)**

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| David Boies (P) | 142.00 | $ | 750.00 | $ | 106,500.00 |
| Timothy Battin (P) | 200.75 | $ | 695.00 | $ | 139,521.25 |
| Mark Schirmer (P) | 115.25 | $ | 650.00 | $ | 74,912.50 |
| Ian Otto (P) | 315.50 | $ | 525.00 | $ | 165,637.50 |
| Nathan Cihlar (P) | 281.50 | $ | 495.00 | $ | 139,342.50 |
| Kenneth Walsh (A) | 99.75 | $ | 525.00 | $ | 52,368.75 |
| Christopher Skinner (A) | 178.00 | $ | 275.00 | $ | 48,950.00 |
| | | | | | |
| **ATTORNEY TOTALS:** | **1332.75** | | | $ | **727,232.50** |
| | | | | | |
| **PARALEGALS** | | | | | |
| Kieran Lalor (LC) | 5.75 | $ | 180.00 | $ | 1,035.00 |
| Thomas Maddern (PL) | 14.45 | $ | 130.00 | $ | 1,878.50 |
| Thomas Palumbo (PL) | 5.75 | $ | 180.00 | $ | 1,035.00 |
| Erica Radcliffe (PL) | 54.25 | $ | 130.00 | $ | 7,052.50 |
| Andrea Rogers (PL) | 0.75 | $ | 130.00 | $ | 97.50 |
| James Welsh (PL) | 58.00 | $ | 130.00 | $ | 7,540.00 |
| | | | | | |
| **PARALEGAL TOTALS:** | **138.95** | | | $ | **18,638.50** |
| **OVERALL TOTALS:** | **1471.70** | | | $ | **745,871.00** |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP**

**YEAR 2005 (Current Rates)**

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| David Boies (P) | 612.00 | $ | 750.00 | $ | 459,000.00 |
| Timothy Battin (P) | 957.75 | $ | 695.00 | $ | 665,636.25 |
| Mark Schirmer (P) | 593.50 | $ | 650.00 | $ | 385,775.00 |
| Ian Otto (P) | 1240.25 | $ | 525.00 | $ | 651,131.25 |
| Nathan Cihlar (P) | 660.50 | $ | 495.00 | $ | 326,947.50 |
| Steven Feder (A) | 13.00 | $ | 495.00 | $ | 6,435.00 |
| Barry Boughman (A) | 256.75 | $ | 395.00 | $ | 101,416.25 |
| Kenneth Walsh (A) | 353.75 | $ | 525.00 | $ | 185,718.75 |
| Eric Coakley (A) | 0.50 | $ | 325.00 | $ | 162.50 |
| Christopher Skinner (A) | 256.75 | $ | 275.00 | $ | 70,606.25 |
| Joshua Raynes (A) | 51.00 | $ | 350.00 | $ | 17,850.00 |
| | | | | | |
| **ATTORNEY TOTALS:** | **4995.75** | | | **$** | **2,870,678.75** |
| **PARALEGALS** | | | | | |
| Kieran Lalor (LC) | 157.50 | $ | 180.00 | $ | 28,350.00 |
| Thomas Maddern (PL) | 90.00 | $ | 130.00 | $ | 11,700.00 |
| Cheryl Nester (PL) | 16.75 | $ | 130.00 | $ | 2,177.50 |
| Thomas Palumbo (PL) | 106.75 | $ | 180.00 | $ | 19,215.00 |
| Erica Radcliffe (PL) | 487.00 | $ | 130.00 | $ | 63,310.00 |
| Andrea Rogers (PL) | 5.00 | $ | 130.00 | $ | 650.00 |
| Teri Taylor (PL) | 0.25 | $ | 130.00 | $ | 32.50 |
| James Welsh (PL) | 329.25 | $ | 130.00 | $ | 42,802.50 |
| | | | | | |
| **PARALEGAL TOTALS:** | **1192.50** | | | **$** | **168,237.50** |
| **OVERALL TOTALS:** | **6188.25** | | | **$** | **3,038,916.25** |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP**

**YEAR 2006 (Current Rates)**

**POSITIONS**

P-Partner

OC-Of Counsel

A-Associate

LC-Law Clerk

PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| David Boies (P) | 825.75 | $ | 750.00 | $ | 619,312.50 |
| Timothy Battin (P) | 898.00 | $ | 695.00 | $ | 624,110.00 |
| Mark Schirmer (P) | 163.75 | $ | 650.00 | $ | 106,437.50 |
| Ian Otto (P) | 749.75 | $ | 525.00 | $ | 393,618.75 |
| Nathan Cihlar (P) | 399.50 | $ | 495.00 | $ | 197,752.50 |
| Steven Feder (A) | 130.25 | $ | 495.00 | $ | 64,473.75 |
| Barry Boughman (A) | 559.50 | $ | 395.00 | $ | 221,002.50 |
| Kenneth Walsh (A) | 636.25 | $ | 525.00 | $ | 334,031.25 |
| Joshua Raynes (A) | 434.00 | $ | 350.00 | $ | 151,900.00 |
| Christopher Studabaker (A) | 18.00 | $ | 295.00 | $ | 5,310.00 |
| | | | | | |
| **ATTORNEY TOTALS:** | **4814.75** | | | **$** | **2,717,948.75** |
| **PARALEGALS** | | | | | |
| Thane Tuttle (LC) | 82.25 | $ | 180.00 | $ | 14,805.00 |
| Deidre Abdelrashid (PL) | 5.00 | $ | 195.00 | $ | 975.00 |
| Thomas Palumbo (PL) | 108.50 | $ | 180.00 | $ | 19,530.00 |
| Erin Curtiss (PL) | 53.75 | $ | 130.00 | $ | 6,987.50 |
| Carlos Cuevas (PL) | 561.75 | $ | 130.00 | $ | 73,027.50 |
| Thomas Maddern (PL) | 53.25 | $ | 130.00 | $ | 6,922.50 |
| Brooke Morris (PL) | 2.00 | $ | 130.00 | $ | 260.00 |
| Cheryl Nester (PL) | 6.75 | $ | 130.00 | $ | 877.50 |
| Erica Radcliffe (PL) | 98.50 | $ | 130.00 | $ | 12,805.00 |
| James Welsh (PL) | 388.75 | $ | 130.00 | $ | 50,537.50 |
| | | | | | |
| **PARALEGAL TOTALS:** | **1360.50** | | | **$** | **186,727.50** |
| **OVERALL TOTALS:** | **6175.25** | | | **$** | **2,904,676.25** |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP**

**YEAR 2007 (Current Rates)**

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| David Boies (P) | 370.25 | $ | 750.00 | $ | 277,687.50 |
| Timothy Battin (P) | 785.50 | $ | 695.00 | $ | 545,922.50 |
| Mark Schirmer (P) | 199.75 | $ | 650.00 | $ | 129,837.50 |
| Ian Otto (P) | 445.75 | $ | 525.00 | $ | 234,018.75 |
| Nathan Cihlar (P) | 360.25 | $ | 495.00 | $ | 178,323.75 |
| Steven Feder (A) | 1.50 | $ | 495.00 | $ | 742.50 |
| Kenneth Walsh (A) | 30.25 | $ | 525.00 | $ | 15,881.25 |
| Joshua Raynes (A) | 102.75 | $ | 350.00 | $ | 35,962.50 |
| Chris Studebaker (A) | 1.50 | $ | 295.00 | $ | 442.50 |
| Christopher Le (A) | 42.00 | $ | 350.00 | $ | 14,700.00 |
| Thomas Palumbo (A) | 52.75 | $ | 350.00 | $ | 18,462.50 |
| | | | | | |
| **ATTORNEY TOTALS:** | **2392.25** | | | **$** | **1,451,981.25** |
| **PARALEGALS** | | | | | |
| Faris Ghareeb (LC) | 24.25 | $ | 180.00 | $ | 4,365.00 |
| Steven Mundy (LC) | 2.50 | $ | 180.00 | $ | 450.00 |
| Eric Topor (LC) | 23.00 | $ | 180.00 | $ | 4,140.00 |
| Thane Tuttle (LC) | 29.00 | $ | 180.00 | $ | 5,220.00 |
| Thomas Palumbo (PL) | 41.50 | $ | 180.00 | $ | 7,470.00 |
| Carlos Cuevas (PL) | 0.50 | $ | 130.00 | $ | 65.00 |
| Thomas Maddern (PL) | 1.50 | $ | 130.00 | $ | 195.00 |
| Brooke Morris (PL) | 39.00 | $ | 130.00 | $ | 5,070.00 |
| Jill Moser (PL) | 188.50 | $ | 130.00 | $ | 24,505.00 |
| James Welsh (PL) | 130.75 | $ | 130.00 | $ | 16,997.50 |
| | | | | | |
| **PARALEGAL TOTALS:** | **480.50** | | | **$** | **68,477.50** |
| **OVERALL TOTALS:** | **2872.75** | | | **$** | **1,520,458.75** |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP**

**YEAR 2008 (Current Rates)**

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| David Boies (P) | 97.25 | $ | 750.00 | $ | 72,937.50 |
| Timothy Battin (P) | 358.00 | $ | 695.00 | $ | 248,810.00 |
| Mark Schirmer (P) | 292.00 | $ | 650.00 | $ | 189,800.00 |
| Ian Otto (P) | 45.75 | $ | 525.00 | $ | 24,018.75 |
| Nathan Cihlar (P) | 360.25 | $ | 495.00 | $ | 178,323.75 |
| Joshua Raynes (A) | 18.50 | $ | 350.00 | $ | 6,475.00 |
| Christopher Le (A) | 32.50 | $ | 350.00 | $ | 11,375.00 |
| Thomas Palumbo (A) | 55.50 | $ | 350.00 | $ | 19,425.00 |
| | | | | | |
| **ATTORNEY TOTALS:** | **1259.75** | | | **$** | **751,165.00** |
| **PARALEGALS** | | | | | |
| Caroline Swartz-Zern (LC) | 17.25 | $ | 180.00 | $ | 3,105.00 |
| Brian Woodbury (LC) | 17.00 | $ | 180.00 | $ | 3,060.00 |
| Sheri Carter (PL) | 0.75 | $ | 130.00 | $ | 97.50 |
| Brendan McFarland (PL) | 1.75 | $ | 130.00 | $ | 227.50 |
| Brooke Morris (PL) | 23.50 | $ | 130.00 | $ | 3,055.00 |
| Jill Moser (PL) | 55.00 | $ | 130.00 | $ | 7,150.00 |
| Trenae Simpson (PL) | 92.25 | $ | 140.00 | $ | 12,915.00 |
| James Welsh (PL) | 18.75 | $ | 130.00 | $ | 2,437.50 |
| | | | | | |
| **PARALEGAL TOTALS:** | **226.25** | | | **$** | **32,047.50** |
| **OVERALL TOTALS:** | **1486.00** | | | **$** | **783,212.50** |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP**

**YEAR 2009 (Current Rates)**

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| Timothy Battin (P) | 556.25 | $ | 695.00 | $ | 386,593.75 |
| Mark Schirmer (P) | 368.00 | $ | 650.00 | $ | 239,200.00 |
| Ian Otto (P) | 471.75 | $ | 525.00 | $ | 247,668.75 |
| Nathan Cihlar (P) | 274.75 | $ | 495.00 | $ | 136,001.25 |
| Matthew Schultz (A) | 26.25 | $ | 450.00 | $ | 11,812.50 |
| Joshua Raynes (A) | 126.50 | $ | 350.00 | $ | 44,275.00 |
| Christopher Le (A) | 160.50 | $ | 350.00 | $ | 56,175.00 |
| Thomas Palumbo (A) | 27.00 | $ | 350.00 | $ | 9,450.00 |
| | | | | | |
| **ATTORNEY TOTALS:** | **2011.00** | | | **$** | **1,131,176.25** |
| **PARALEGALS** | | | | | |
| Eric Bacaj (LC) | 10.75 | $ | 180.00 | $ | 1,935.00 |
| Kate Molony (LC) | 23.00 | $ | 180.00 | $ | 4,140.00 |
| Sheri Carter (PL) | 0.75 | $ | 130.00 | $ | 97.50 |
| Brendan McFarland (PL) | 5.50 | $ | 130.00 | $ | 715.00 |
| Alyssa Parker (PL) | 7.00 | $ | 130.00 | $ | 910.00 |
| Trenae Simpson (PL) | 240.75 | $ | 140.00 | $ | 33,705.00 |
| James Welsh (PL) | 13.75 | $ | 130.00 | $ | 1,787.50 |
| | | | | | |
| **PARALEGAL TOTALS:** | **301.50** | | | **$** | **43,290.00** |
| **OVERALL TOTALS:** | **2312.50** | | | **$** | **1,174,466.25** |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP**

**YEAR 2010 (Current Rates)**

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| Timothy Battin (P) | 385.25 | $ | 695.00 | $ | 267,748.75 |
| Ian Otto (P) | 103.25 | $ | 525.00 | $ | 54,206.25 |
| Nathan Cihlar (P) | 63.25 | $ | 495.00 | $ | 31,308.75 |
| Joshua Raynes (A) | 6.00 | $ | 350.00 | $ | 2,100.00 |
| Christopher Le (A) | 1.00 | $ | 350.00 | $ | 350.00 |
| Thomas Palumbo (A) | 9.25 | $ | 350.00 | $ | 3,237.50 |
| | | | | | |
| **ATTORNEY TOTALS:** | **568.00** | | | **$** | **358,951.25** |
| **PARALEGALS** | | | | | |
| Alyssa Parker (PL) | 4.50 | $ | 130.00 | $ | 585.00 |
| Afruz Sayah (PL) | 2.00 | $ | 140.00 | $ | 280.00 |
| Trenae Simpson (PL) | 66.00 | $ | 140.00 | $ | 9,240.00 |
| James Welsh (PL) | 1.00 | $ | 130.00 | $ | 130.00 |
| | | | | | |
| **PARALEGAL TOTALS:** | **73.50** | | | **$** | **10,235.00** |
| **OVERALL TOTALS:** | **641.50** | | | **$** | **369,186.25** |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP**

**YEAR 2011**

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| Timothy Battin (P) | 680.25 | $ | 695.00 | $ | 472,773.75 |
| Mark Schirmer (P) | 23.50 | $ | 650.00 | $ | 15,275.00 |
| Ian Otto (P) | 130.30 | $ | 525.00 | $ | 68,407.50 |
| Nathan Cihlar (P) | 3.25 | $ | 495.00 | $ | 1,608.75 |
| Joshua Raynes (A) | 0.50 | $ | 350.00 | $ | 175.00 |
| Christopher Le (A) | 45.75 | $ | 350.00 | $ | 16,012.50 |
| Thomas Palumbo (A) | 0.50 | $ | 350.00 | $ | 175.00 |
| | | | | | |
| **ATTORNEY TOTALS:** | **884.05** | | | $ | **574,427.50** |
| **PARALEGALS** | | | | | |
| Andrew Borek (LC) | 248.00 | $ | 180.00 | $ | 44,640.00 |
| Meredith Kight (PL) | 2.25 | $ | 145.00 | $ | 326.25 |
| Jennifer Rodkey (PL) | 12.50 | $ | 145.00 | $ | 1,812.50 |
| Afruz Sayah (PL) | 3.50 | $ | 140.00 | $ | 490.00 |
| Trenae Simpson (PL) | 25.75 | $ | 140.00 | $ | 3,605.00 |
| | | | | | |
| **PARALEGAL TOTALS:** | **292.00** | | | $ | **50,873.75** |
| **OVERALL TOTALS:** | **1176.05** | | | $ | **625,301.25** |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP**

**YEAR 2012 (Current Rates)**

## POSITIONS

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| Timothy Battin (P) | 335.75 | $ | 695.00 | $ | 233,346.25 |
| Mark Schirmer (P) | 33.00 | $ | 650.00 | $ | 21,450.00 |
| Nathan Cihlar (P) | 8.50 | $ | 495.00 | $ | 4,207.50 |
| Christopher Le (A) | 455.00 | $ | 350.00 | $ | 159,250.00 |
| Thomas Palumbo (A) | 0.50 | $ | 350.00 | $ | 175.00 |
| | | | | | |
| **ATTORNEY TOTALS:** | **832.75** | | | **$** | **418,428.75** |
| **PARALEGALS** | | | | | |
| Meredith Kight (PL) | 20.00 | $ | 145.00 | $ | 2,900.00 |
| Jennifer Rodkey (PL) | 30.25 | $ | 145.00 | $ | 4,386.25 |
| Judson White (PL) | 43.25 | $ | 145.00 | $ | 6,271.25 |
| | | | | | |
| **PARALEGAL TOTALS:** | **93.50** | | | **$** | **13,557.50** |
| **OVERALL TOTALS:** | **926.25** | | | **$** | **431,986.25** |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Straus & Boies, LLP**

**YEAR January - May 2013 (Current Rates)**

## POSITIONS

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | HOURS | HOURLY RATES | | LODESTAR | |
|---|---|---|---|---|---|
| Timothy Battin (P) | 139.50 | $ | 695.00 | $ | 96,952.50 |
| Nathan Cihlar (P) | 0.50 | $ | 495.00 | $ | 247.50 |
| Christopher Le (A) | 98.50 | $ | 350.00 | $ | 34,475.00 |
| Thomas Palumbo (A) | 0.75 | $ | 350.00 | $ | 262.50 |
| | | | | | |
| ATTORNEY TOTALS: | 239.25 | | | $ | 131,937.50 |
| PARALEGALS | | | | | |
| Meredith Kight (PL) | 2.75 | $ | 145.00 | $ | 398.75 |
| Richard Noh (PL) | 0.50 | $ | 145.00 | $ | 72.50 |
| | | | | | |
| PARALEGAL TOTALS: | 3.25 | | | $ | 471.25 |
| OVERALL TOTALS: | 242.50 | | | $ | 132,408.75 |

# EXHIBIT 3

# EXPENSE REPORT (DRAM CLASS)

**FIRM: Straus & Boies, LLP**

**MONTHLY TIME PERIOD:  Inception through July 26th, 2013**

| DESCRIPTION | CUMULATIVE EXPENSES |
|---|---|
| Assessments/Litigation Fund | $ 315,000.00 |
| Court Fees and Service of Process | $ 5,067.00 |
| Expert Services | $ 99,743.08 |
| Postage/Express Delivery | $ 2,082.40 |
| Court Reporters/Transcripts | $ 2,331.89 |
| Investigation | $ - |
| Computerized Research | $ 14,934.33 |
| Messenger Delivery | |
| Photocopies - In House | $ 23,180.50 |
| Photocopies - Outside | $ - |
| Telephone/Facsimile | $ 5,465.01 |
| Travel: Airfare, Ground Travel, Meals, Lodging | $ 108,245.91 |
| Miscellaneous/Other | $ 199.00 |
| | |
| | |
| **TOTALS** | **$ 576,249.12** |

**Schedule A**
Court Fees (filing, etc.)

| Date | Description | Amount |
|------|-------------|--------|
| 11/30/2004 | Filing fee in Westchester County (KW/NOV/002) | $210.00 |
| 5/11/2005 | IO Certificate of Good Standing | $7.00 |
| 7/25/2005 | T. Battin Pro Hac Vice Application | $250.00 |
| 7/25/2005 | I. Otto Pro Hac Vice Application Nevada | $350.00 |
| 12/29/2005 | Hawaii State Bar – Pro Hac Vice Application Fee for I. Otto (paid using Cashier's check no. 78935510) (CN-Jan-01) | $655.00 |
| 12/31/2006 | Hawaii State Bar Association - Pro Hac Vice dues for I. Otto | $840.00 |
| 11/28/2007 | Hawaii State Bar Association Dues for I. Otto's Pro Hac Vice (renewal) | $840.00 |
| 12/12/2008 | Hawaii State Bar Association Dues for I. Otto's Pro Hac Vice (renewal) | $840.00 |
| 10/13/2009 | Check made payable to the "West Virginia State Bar" for pro hac admission fee for T. Battin | $250.00 |
| 12/30/2009 | Hawaii State Bar Association Dues for I. Otto's Pro Hac Vice (renewal) | $825.00 |

**Total: $5,067.00**

**Schedule B**
Experts/Consultants

| Date | Description | Amount |
|------|-------------|--------|
| 2/28/2005 | UHY Advisors (research DRAM market in United States); invoice 355-546-454767 (S&B check 9727) | $14,979.00 |
| 9/27/2007 | Nathan Associates Initial Retainer | $3,000.00 |
| 1/29/2010 | Nathan Associates, Inc. for Invoice No: 100043 for Project No: D353 for professional services rendered from 2007 through December 2009 | $1,764.08 |
| 5/15/2013 | Assessment paid directly to Nathan & Associates for Expert Work | $30,000.00 |
| 7/25/2013 | Assessment paid directly to Nathan & Associates for Expert Work | $50,000.00 |

**Total: $99,743.08**

## Schedule C
## Federal Express

| Date | Description | Amount |
|------|-------------|--------|
| 12/31/2004 | Federal Express, inv. 7-864-45730 (11/05 to D. Boies; 11/15 to W. Durrette) | $31.89 |
| 2/28/2005 | Federal Express, inv. 7-973-33855 (12/27/04 to M. Fischler; 12/28/04 to K. O'Connor) | $59.21 |
| 3/31/2005 | Federal Express, inv. 5-383-79834 (01/21/2005 to T. Taylor; 02/08/2005 to T. Taylor) | $6.56 |
| 3/31/2005 | Federal Express, inv. 7-973-33855 (12/27/2004 to M. Fischler; 12/28/2004 to K. O'Connor) | $59.21 |
| 4/26/2005 | FedEx 4/26/05 (Inv. #5-493-79832) | $13.84 |
| 5/24/2005 | FedEx (Inv. 3-842-55219) | $137.91 |
| 9/8/2005 | Tracking #792346624405 sent 08-02-05 Tracking #792989119240 sent 08-02-05 | $28.73 |
| 10/31/2005 | ER to Wyatt Durette | $10.58 |
| 11/14/2005 | FedEx materials | $17.96 |
| 1/30/2006 | Federal Express to Jonathan Schwartz | $12.17 |
| 3/2/2006 | Federal Express to Wyatt Durrette | $10.53 |
| 3/2/2006 | Federal Express to Robert Gralweski | $16.46 |
| 4/18/2006 | Fed Ex Invoice No. 3-470-85130 – Recipient Michael Leiblien/Fisher Coll Experts | $32.16 |
| 4/18/2006 | Fed Ex Invoice No. 3-470-85130 – Recipient Roger Bohn Assoc. Prof (Experts) | $40.63 |
| 4/18/2006 | Fed Ex Invoice No. 3-470-85130 – Recipient Nile Hatch Experts | $44.33 |
| 5/31/2006 | Couier charges on May 2 and 10 | $95.49 |
| 6/7/2006 | Federal Express – Inv. No. 1-024-33933 | $18.84 |
| 7/31/2006 | Federal Express – Inv. No. 1-188-62132 – Recipient: D. Cooper | $19.22 |
| 8/8/2006 | Federal Express – Inv. No. 1-188-62132 – Recipient: F. Scarpulla | $19.26 |
| 8/9/2006 | FedEx – Invoice No. 113714675 | $12.76 |
| 8/9/2006 | FedEx – Invoice No. 113714675 | $17.12 |
| 8/9/2006 | FedEx – Invoice No. 113714675 | $19.22 |
| 8/17/2006 | Federal Express – Inv. No. 1-188-62132 – Recipient: J. Kasha | $18.27 |
| 8/18/2006 | Federal Express – Inv. No. 8-433-43115 – Recipient: J. Kasha | $12.76 |
| 9/21/2006 | Federal Express – Inv. No. 8-433-43115 – Recipient: Hon, P. Hamilton | $19.42 |
| 9/29/2006 | Federal Express – Inv. No. 8-433-43115 – Recipient: C. Cusick | $29.37 |
| 10/31/2006 | Federal Express – Invoice No. 854862953 – Recipient C. Seebald (McDermott Will & Emery) | $12.77 |
| 12/7/2006 | Federal Express – Inv. No. 8-601-54060 – Recipient F. Scarpulla (Zelle Hofman) | $18.51 |
| 3/23/2007 | FedEx invoice number 8-818-35431, T. Maddern to F. Scarpulla at Zelle Hoffman Voelbel & Mason | $19.23 |
| 4/23/2007 | Federal Express – Inv No 205295815 – Recipient D. Gustafson of Gustafson Gluek, Minneapolis, MN | $17.16 |
| 5/1/2007 | Federal Express – Inv No 205295815 – Recipient S. Kim of Guerrieri, Edmond & Clayman | $13.78 |
| 5/11/2007 | Federal Express – Inv No 205295815 – Recipient J. Cooper of Cooper & Kirkham, San Francisco, CA | $17.27 |
| 5/21/2007 | Federal Express – Inv No 211635449 – Recipient M. Widdick of Sachs Waldman, Detroit, MI | $42.06 |
| 9/10/2007 | Fed Ex Invoice 2-280-43172, 9-25-07. Thomas Maddern to Cate Cusick | $17.82 |
| 10/1/2007 | Fed Ex Invoice No: 2-332-71592 10/23/07. Sender Thomas Maddern, recipient  Jonathan Schwartz | $11.40 |
| 10/17/2007 | Fed Ex Invoice No: 2-332-71592 10/23/07. Sender James Welsh, Recipient Chad McManamy | $20.20 |
| 11/1/2007 | Federal Express Invoice 2-395-54624, November 27, 2007. T. Maddern to C. Cusick in San Francisco, CA | $17.74 |

| | | |
|---|---|---|
| 12/17/2007 | Fed Ex Invoice Number 2-448-04776 December 25, 2007 J. Moser to I. Otto in Birmingham, AL | $16.54 |
| 12/19/2007 | Fed Ex Invoice Number 2-448-04776 December 25, 2007 J. Moser to Hawaii State Bar Association for Pro Hac Vice for I. Otto | $22.47 |
| 1/30/2008 | Federal Express Invoice 2-558-14914. S. Carter to Francis Scarpulla in Waltham, MA | $17.54 |
| 10/9/2008 | Federal Express Invoice Number 2-969-51329 Closing Date: October 28, 2008. P. Lisak to N. Cihlar in Fairfax, VA | $61.38 |
| 12/26/2008 | Federal Express Invoice Number 9-067-54209. J. Welsh to Hawaii State Bar Association for I. Otto | $21.56 |
| 2/11/2009 | FedEx Invoice Number: 9-100-30208 Invoice Date February 24, 2009. S. Carter to F. Scarpulla in San Francisco, CA. | $18.79 |
| 4/21/2009 | Federal Express Invoice Number: 9-174-02110 dated April 28, 2009. S. Carter to F. Scarpulla in San Francisco, CA. | $18.60 |
| 9/22/2009 | Federal Express Invoice Number: 9-378-83942 dated October 27, 2009. T. Simpson to M. Simon in Weirton, WV | $46.53 |
| 10/15/2009 | Federal Express Invoice Number: 9-378-83942 dated October 27, 2009. T. Simpson to M. Simon in Weirton, WV | $16.43 |
| 7/27/2010 | FedEx to Joe Cooper. Fedex shipped on June 25, 2010 (Fedex invoice date July 27, 2010) | $24.93 |
| 1/4/2011 | FedEx from T. Simpson to J. Schwartz at Nathan & Associates | $13.52 |
| 1/10/2011 | FedEx from T. Simpson to J. Schwartz at Nathan & Associates | $13.52 |
| 10/18/2011 | FedEx shipment from M. Kight to F. Scarpulla sending assessment check | $66.88 |
| 11/11/2011 | FedEx to James Linnan at Linnan & Fallon | $16.20 |
| 6/15/2012 | FedEx to Gross Belsky that included itemized lodestar and expenses including Back-up materials. | $17.18 |
| 7/27/2012 | FedEx to C. Seebald regarding signatures for settlement agreement with Hitachi. | $16.80 |
| 7/30/2012 | FedEx to J. Cooper regarding materials for settlement and final approval Papers. | $31.65 |
| 8/22/2012 | FedEx to J. Bogdanov regarding finalization of settlement agreements and Materials for submission re: report and recommendation | $31.72 |
| 9/21/2012 | FedEx from J. Rodkey to J. Bogdanov regarding materials for report and Recommendation | $28.23 |
| 10/11/2012 | FedEx from J. Rodkey to J. Bogdanov regarding materials for report and Recommendation | $28.74 |

**Total: $1,541.05**

Schedule D
Court Reporters/Transcripts

| Date | Description | Amount |
|------|-------------|--------|
| 4/17/2006 | Hudson Reporting & Video Inc. -Reporting of deposition of Margaret Calvert | $1,296.65 |
| 12/29/2006 | Alderson Reporting Co., Inc. - Lefrebvre Deposition | $1,035.24 |

**Total: $2,331.89**

Schedule E
Investigation

| Date | Description | Amount |
|------|-------------|--------|

**Total:**

Schedule F
Lexis/Westlaw/Pacer

| Date | Description | Amount |
|------|-------------|--------|
| 10/31/2004 | Westlaw, September 24 to October 24, 2004 | $59.72 |
| 11/30/2004 | Westlaw, November 2004 (Alabama office) | $221.59 |
| 12/31/2004 | Westlaw, December 2004 (Alabama office) | $231.26 |
| 1/31/2005 | Computer Research, Westlaw, January 2005 | $531.64 |
| 2/28/2005 | Westlaw, February 2005 (Virginia office) | $112.42 |
| 2/28/2005 | Westlaw, January 2005 (Alabama office) | $137.91 |
| 4/1/2005 | PACER research (inv. 1/05 – 3/31) | $128.18 |
| 5/31/2005 | May Lexis research | $211.70 |
| 6/30/2005 | Lexis Nexis Invoice no. 0506238367 (June 05) | $762.96 |
| 10/21/2005 | Lexis Nexis Invoice 051027377 | $444.38 |
| 1/19/2006 | Lexis Nexis Invoice No. 051230136 (12/1/05 to 12/31/05) | $913.41 |
| 2/10/2006 | Lexis Nexis (Jan bill) Inv. No. 0601675000 | $3.63 |
| 3/10/2006 | Lexis Nexis Invoice No. 0602267069 (2/1/06 to 2/28/06) | $213.68 |
| 3/31/2006 | Lexis Nexis Invoice No. 0603254008 (March 06) | $348.29 |
| 5/10/2006 | Lexis Nexis Invoice No. 0604272414 (April 06) | $26.30 |
| 6/30/2006 | Lexis Nexis Invoice No. 0605281627 (May 06) | $120.32 |
| 7/1/2006 | Lexis Nexis Invoice No. 0606253819 (June 06) | $261.19 |
| 7/1/2006 | Lexis Nexis Invoice No. 0607242175 (July 06) | $154.44 |
| 7/1/2006 | PACER Research July – September 06 | $5.68 |
| 8/1/2006 | Lexis Nexis Invoice No. 0608281519 (Aug 06) | $208.11 |
| 8/7/2006 | PACER Research April 06 - June 06 | $379.44 |
| 9/1/2006 | Lexis Nexis Inv. 0609253888 | $50.48 |
| 10/1/2006 | Lexis Nexis Inv. 0610248536 | $249.27 |
| 1/1/2007 | Lexis Nexis Inv. 0701256328 (Jan 07) | $190.92 |
| 1/8/2007 | PACER Research (Oct. – Dec. 06) | $4.80 |
| 2/1/2007 | Lexis Nexis Inv. 0702246754 (Feb. 07) | $287.37 |
| 3/1/2007 | Lexis Nexis Inv. 0703256835 (Mar. 07) | $125.60 |
| 3/31/2007 | PACER Research (Jan. – Mar. 07) | $132.40 |
| 5/1/2007 | Lexis Nexis Invoice No. 0705274680 (May 07) | $325.68 |
| 6/1/2007 | Lexis Nexis Invoice No. 0706230277 (June 07) | $832.25 |
| 6/30/2007 | PACER Research (Apr. – June 07) | $304.32 |
| 7/1/2007 | Lexis Nexis Invoice No. 0707267546 (July 07) | $274.17 |
| 8/1/2007 | Lexis Nexis Invoice No. 0708263311 (Aug 07) | $23.71 |
| 9/1/2007 | Lexis Nexis Invoice No. 0709233747 (Sep 07) | $344.16 |
| 9/30/2007 | PACER Research (Jul. – Sep. 07) | $273.44 |
| 10/31/2007 | Lexis Nexis Invoice No. 0710251858 (Oct. 07) | $3.90 |
| 12/31/2007 | PACER Research (Oct. 07 – Dec. 07) | $420.80 |
| 1/31/2008 | Westlaw Invoice #815380308 (Jan 08) | $283.73 |
| 3/31/2008 | PACER Research (Jan. 08 – Mar. 08) | $228.48 |
| 6/30/2008 | PACER Research (Apr. 08 – Jun. 08) | $150.56 |
| 7/31/2008 | Westlaw Invoice No. 816493088 (Jul. 08) | $41.70 |
| 8/31/2008 | Westlaw Invoice No. 816692830 (Aug. 08) | $23.12 |
| 9/30/2008 | Pacer Quarterly Statement from 07/10/2008 – 9/30/2008 | $56.72 |
| 12/31/2008 | PACER Quarterly Usage Statement for October 1, 2008 – December 31, 2008 | $68.08 |
| 1/31/2009 | Westlaw Invoice Number: for January 2009 usage | $214.93 |
| 2/28/2009 | Westlaw Invoice Number: 817889859 for February 2009 | $674.22 |
| 3/31/2009 | Westlaw Invoice Number: 818087065 for March 2009 | $13.12 |
| 3/31/2009 | Pacer Quarterly Usage Statement for January 1, 2009 – March 31, 2009 | $11.60 |
| 4/30/2009 | Westlaw Invoice Number: 818286650 for April 2009 | $289.74 |
| 5/31/2009 | Westlaw Invoice Number: 818469540 for May 2009 usage | $663.84 |
| 6/30/2009 | PACER Quarterly Usage Statement for April 1, 2009 through June 30, 2009 | $32.32 |
| 6/30/2009 | Westlaw Invoice Number: 818658413 for June 2009 usage | $27.28 |
| 7/31/2009 | Westlaw Invoice Number: 818852440 for July 2009 usage | $122.12 |
| 8/31/2009 | Westlaw Invoice Number: 819029932 for August 2009 | $478.60 |

| | | |
|---|---|---|
| 9/30/2009 | PACER Quarterly Statement for July through September 2009 | $6.32 |
| 9/30/2009 | Westlaw Invoice Number: 819217174 for September 2009 | $400.95 |
| 11/10/2009 | Westlaw Invoice Number: 819419392 for October 2009 | $341.00 |
| 11/30/2009 | Westlaw Invoice Number: 819605764 for November 2009 | $83.00 |
| 12/31/2009 | PACER Quarterly usage statement for October through December 2009 | $0.88 |
| 12/31/2009 | Westlaw Invoice Number: 819807419 for December 2009 | $29.93 |
| 1/31/2010 | Westlaw Invoice Number: 820011303 for January 2010 | $0.52 |
| 3/31/2010 | PACER Quarterly Statement for January 1, 2010 through March 31, 2010 | $8.16 |
| 4/1/2011 | PACER expenses for January-March 2011 | $0.32 |
| 7/1/2011 | LexisNexis research for June 2011 | $29.00 |
| 7/1/2011 | PACER research for June 2011 | $7.92 |
| 12/1/2011 | LexisNexis research charges for November 2011 | $72.61 |
| 12/1/2011 | PACER research for November 2011 | $14.56 |
| 1/1/2012 | PACER research for December 2011 | $5.12 |
| 2/1/2012 | LexisNexis charges for legal research for January 2012 | $257.96 |
| 2/1/2012 | PACER research for January 2012 | $57.28 |
| 3/1/2012 | LexisNexis charges for legal research for February 2012 | $79.30 |
| 3/1/2012 | PACER research for February 2012 | $7.28 |
| 4/1/2012 | LexisNexis charges for legal research for March 2012 | $283.04 |
| 4/1/2012 | PACER research for March 2012 | $15.60 |
| 5/1/2012 | PACER research for April 2012 | $3.10 |
| 6/1/2012 | LexisNexis charges for May 2012 | $215.91 |
| 6/1/2012 | PACER research for May 2012 | $22.60 |
| 7/1/2012 | PACER research for June 2012 | $29.00 |
| 8/1/2012 | PACER research for July 2012 | $3.70 |
| 9/1/2012 | LexisNexis charges for legal research for August 2012 | $6.97 |
| 9/1/2012 | PACER research for August 2012 | $15.20 |
| 10/1/2012 | LexisNexis charges for legal research for September 2012 | $7.98 |
| 12/1/2012 | PACER research for November 2012 | $5.50 |
| 2/28/2013 | PACER research for February 2013 | $3.10 |
| 4/30/2013 | PACER research for April 2013 | $5.90 |
| 5/31/2013 | LexisNexis charges for legal research for May 2013 | $6.31 |
| 6/30/2013 | PACER research for June 2013 | $7.20 |
| 6/30/2013 | LexisNexis charges for legal research for June 2013 | $2.02 |
| 6/30/2013 | LexisNexis charges for legal research for June 2013 | $199.41 |

**Total: $14,934.33**

Schedule G
Messenger Delivery

| Date | Description | Amount |
| --- | --- | --- |

**Total:**

Schedule H
Photocopies- In House

| Date | Description | Amount |
|------|-------------|--------|
| 10/31/2004 | Copy Log, October 2004 (Alabama office) | $1.75 |
| 10/31/2004 | Copy Log, October 2004 (Virginia office) | $24.50 |
| 11/30/2004 | Copy Log, November 2004 (Alabama office) | $27.75 |
| 11/30/2004 | Copy Log, November 2004 (Virginia office) | $318.00 |
| 12/31/2004 | Copy Log, December 2004 (Alabama office) | $16.75 |
| 12/31/2004 | Copy Log, December 2004 (Virginia office) | $686.75 |
| 1/31/2005 | Copy Log, January 2005 (Virginia office) | $412.25 |
| 1/31/2005 | Copy Log, January 2005 (Alabama office) | $8.50 |
| 2/28/2005 | Copy Log, February 2005 (Virginia office) | $1,086.25 |
| 3/31/2005 | Copy Log, March 2005 (Alabama office) | $2.25 |
| 3/31/2005 | Copy Log, March 2005 (Virginia office) | $1,201.50 |
| 4/30/2005 | April Copies (VA office) | $312.75 |
| 5/31/2005 | May copy log (VA office) | $591.50 |
| 5/31/2005 | May copy log (AL office) | $4.50 |
| 6/30/2005 | June copy log -- Virginia office | $478.75 |
| 7/31/2005 | July 2005 copy totals | $452.50 |
| 8/30/2005 | Copy totals August 2005 | $327.00 |
| 9/30/2005 | September 2005 Totals VA office | $518.75 |
| 10/31/2005 | Copy totals for October 2005 | $912.25 |
| 11/30/2005 | November 2005 VA Office | $1,004.50 |
| 1/31/2006 | VA Office -- December 2005 and January 2006 | $1,764.00 |
| 3/31/2006 | VA Office February & March totals | $460.00 |
| 4/28/2006 | VA copy totals April 2006 | $354.75 |
| 4/28/2006 | CO office April 2006 | $50.00 |
| 5/31/2006 | May VA Office | $97.00 |
| 7/1/2006 | June and July Copy Totals for Virginia Office | $476.75 |
| 7/1/2006 | Copy Log Alabama Office -- July 2006 | $76.50 |
| 9/1/2006 | Copy Log -- September 2006 | $736.50 |
| 1/31/2007 | Copying for 12/1/06 -- 1/31/07 | $186.00 |
| 2/28/2007 | Copy totals for February 2007 | $5,964.00 |
| 3/31/2007 | Copy totals for March 2007 | $10.50 |
| 4/30/2007 | April 2007 Copy totals | $10.50 |
| 5/31/2007 | May 2007 Copy totals | $4.25 |
| 6/30/2007 | June 2007 Copy totals | $98.50 |
| 7/31/2007 | July 2007 Copy totals | $9.50 |
| 9/30/2007 | September 2007 Copy totals | $495.75 |
| 10/31/2007 | October 2007 Copy Charges | $847.50 |
| 11/30/2007 | November 2007 Copy Totals | $251.25 |
| 12/31/2007 | December 2007 copy totals | $112.75 |
| 1/31/2008 | January 2008 Copy Totals | $141.25 |
| 2/29/2008 | February 2008 Copy Totals | $0.50 |
| 3/31/2008 | March 2008 Copy Totals | $0.75 |
| 5/31/2008 | May 2008 Copy Total | $21.00 |
| 6/30/2008 | June 2008 Copy Totals | $204.75 |
| 7/31/2008 | July 2008 Copy Total | $3.25 |
| 8/31/2008 | August 2008 Copy Totals | $7.50 |
| 9/30/2008 | September 2008 Copy Totals | $5.00 |
| 10/31/2008 | October 2008 Copy Totals | $40.50 |
| 11/30/2008 | November 2008 Copy Totals | $175.00 |
| 12/31/2008 | December 2008 Copy Totals | $6.50 |
| 1/31/2009 | January 2009 Copy Totals | $2.00 |
| 2/28/2009 | February 2009 Copy Totals | $55.00 |

| | | |
|---|---|---|
| 3/31/2009 | March 2009 Copy Totals | $7.00 |
| 4/30/2009 | April 2009 Copy Totals | $261.25 |
| 5/31/2009 | May 2009 Copy Totals | $26.50 |
| 6/30/2009 | June 2009 Copy Totals | $31.75 |
| 7/31/2009 | July 2009 Copy Totals | $16.25 |
| 8/31/2009 | August 2009 Copy Totals | $52.75 |
| 9/30/2009 | September 2009 Copy Totals | $55.50 |
| 10/31/2009 | October 2009 Copy Totals | $702.00 |
| 11/30/2009 | November 2009 Copy Totals | $29.50 |
| 12/31/2009 | December 2009 Copy Totals | $16.25 |
| 1/31/2010 | January 2010 Copy Totals | $3.25 |
| 9/30/2010 | Copy Charges for September 2010 | $46.25 |
| 12/31/2010 | Copies for December 2010 | $1.25 |
| 1/31/2011 | Copy totals for January 2011 | $1.00 |
| 3/31/2011 | Internal copies for March 2011 | $1.75 |
| 6/30/2011 | Copy totals for June 2011 | $32.50 |
| 7/31/2011 | Copy totals for July 2011 | $3.25 |
| 1/31/2012 | Copy totals for January 2012 | $181.75 |
| 2/29/2012 | Copy totals for February 2012 | $56.50 |
| 3/31/2012 | Copy totals for March 2012 | $22.25 |
| 5/31/2012 | Copy totals for May 2012 | $542.50 |
| 6/30/2012 | Copy totals for June 2012 | $26.75 |
| 10/31/2012 | Copy totals for October 2012 | $1.00 |
| 6/30/2013 | Copy totals for June 2013 | $4.00 |

**Total: $23,180.50**

Schedule I
Photocopies- Outside

| Date | Description | Amount |
|------|-------------|--------|

**Total:**

Schedule J
Postage

| Date | Description | Amount |
|------|-------------|--------|
| 1/31/2005 | Postage for service on domestic and international defendants (KL/JAN/TT0002) | $190.66 |
| 1/31/2005 | United States Postal Service, service on defendants (ER/JAN/003) | $39.78 |
| 2/28/2005 | Postage for service (ER/FEB/002) | $50.05 |
| 3/31/2005 | Service on defendants (Virginia office) | $21.36 |
| 5/13/2005 | USPS Letter to Judge Hamilton | $3.85 |
| 10/1/2005 | First class, certified mail service. | $15.27 |
| 10/6/2005 | posted printed by Stamps.com | $11.70 |
| 5/31/2006 | Postage for CO May | $8.50 |
| 6/5/2006 | Stamps.com - Invoice Date: 7/6/06 | $83.79 |
| 9/6/2006 | Stamps.com – Postage | $102.99 |
| 10/11/2006 | USPS postage for filing of Motion to Lift Stay in Iowa | $12.60 |
| 6/6/2007 | Stamps.com activity for 06/06/07 to 07/05/07 | $0.80 |

**Total: $541.35**

Schedule K
Telephone/Fax

| Date | Description | Amount |
|------|-------------|--------|
| 10/31/2004 | AT&T Long Distance, bill date 10/12/2004 | $7.51 |
| 10/31/2004 | Facsimile Log, October 2004 (Virginia office) | $33.00 |
| 11/30/2004 | Facsimile Log, November 2004 (Virginia office) | $212.50 |
| 12/31/2004 | Facsimile Log, December 2004 (Virginia office) | $334.50 |
| 12/31/2004 | AT&T Long Distance, bill date 12/12/2004 | $51.68 |
| 1/31/2005 | AT&T Long Distance, bill date 1/12/2005 | $64.93 |
| 1/31/2005 | Facsimile Log, January 2005 (Virginia office) | $355.00 |
| 2/28/2005 | AT&T Long Distance, bill date 02/12/2005 | $87.62 |
| 2/28/2005 | Facsimile Log, February 2005 (Alabama office) | $1.50 |
| 2/28/2005 | Facsimile Log, February 2005 (Virginia office) | $187.00 |
| 3/31/2005 | Facsimile Log, March 2005 (Virginia Office) | $72.00 |
| 3/31/2005 | AT&T Long Distance (Bill date 03/12/05) | $37.64 |
| 4/5/2005 | Remote internet access (IO/APR) | $10.00 |
| 4/5/2005 | Cellular related calls (IO/APR) | $13.18 |
| 4/12/2005 | April telephone charges | $26.87 |
| 4/30/2005 | April Facsimiles (VA Office) | $109.00 |
| 5/1/2005 | Conference call hosting (IO) | $22.40 |
| 5/12/2005 | May Telephone Charges (AT&T) | $102.34 |
| 5/31/2005 | May facsimile log (VA Office) | $16.50 |
| 6/1/2005 | Conference call hosting. (IO) | $81.40 |
| 6/12/2005 | AT&T Telephone (invoice dated 6/12/05) | $225.66 |
| 6/30/2005 | June Facsimile Log – Virginia Office | $314.50 |
| 7/31/2005 | July 2005 fax totals | $667.00 |
| 8/30/2005 | Fax totals August 2005 | $23.00 |
| 9/30/2005 | September 2005 Totals VA Office | $127.50 |
| 10/31/2005 | October 2005 Fax Totals | $52.50 |
| 11/30/2005 | November 2005 VA totals | $25.00 |
| 1/19/2006 | U. S. Lec Invoice 15687088 (Dec 1 to Jan 1) | $40.99 |
| 1/31/2006 | VA Office December 2005 and January 2006 totals | $3.00 |
| 2/1/2006 | CIA - Conference calls for January | $277.46 |
| 3/4/2006 | U.S. Lec Invoice No. 16719400 (1/4/06 to 2/3/06) | $18.58 |
| 3/31/2006 | VA totals February and March 2006 | $8.50 |
| 4/28/2006 | VA facsimile totals April 2006 | $82.50 |
| 5/2/2006 | US Lec Invoice No. 18187118 Telephone March to April 2006 | $20.57 |
| 5/31/2006 | Client Instant Access - Conference Call - Invoice No. 11450 - 4/25/06 | $11.30 |
| 5/31/2006 | Client Instant Access - Conference Call - Invoice No. 11450 - 4/18/06 | $14.00 |
| 5/31/2006 | Client Instant Access - Conspiracy Document Review Conference Calls - Invoice No. 11450 - 4/26/06, 4/13/06, 4/20/06, 4/27/06 | $36.80 |
| 5/31/2006 | Client Instant Access - QC Document Review Call - Invoice No. 11450 - 4/5/06, 4/12/06, 4/19/06, 4/26/06 - | $111.50 |
| 5/31/2006 | May VA Office | $65.00 |
| 6/1/2006 | U. S. Lec Invoice No. 18954206 (4/4/06 to 5/3/06) | $45.60 |
| 6/1/2006 | Client Instant Access - Teleconferencing - (IO) - Conspiracy Call | $17.50 |
| 6/1/2006 | Client Instant Access - Teleconferencing - (KW) | $2.90 |
| 6/1/2006 | Arkadin - Teleconferencing - (TB) | $0.98 |
| 6/1/2006 | Arkadin - Teleconferencing - (TB) | $1.17 |
| 6/1/2006 | Arkadin - Teleconferencing - (TB) | $1.96 |
| 6/7/2006 | Client Instant Access - Teleconferencing - (IO) - QC Doc. Review | $12.80 |
| 6/8/2006 | Client Instant Access - Teleconferencing - (IO) - Conspiracy Call | $9.10 |
| 6/8/2006 | Arkadin - Teleconferencing - (IO) - Conspiracy Call | $0.54 |
| 6/9/2006 | Client Instant Access - Teleconferencing - (IO) | $67.90 |
| 6/9/2006 | Client Instant Access - Teleconferencing - (KW) | $1.80 |

| | | |
|---|---|---|
| 6/9/2006 | Client Instant Access - Teleconferencing - (KW) | $0.20 |
| 6/14/2006 | Arkadin - Teleconferencing - (IO) - QC Doc. Review Call | $0.51 |
| 6/14/2006 | Arkadin - Teleconferencing - (IO) - QC Doc. Review Call | $20.95 |
| 6/15/2006 | Client Instant Access - Teleconferencing - (IO) - Conspiracy Call | $25.70 |
| 6/15/2006 | Arkadin - Teleconferencing - (IO) - Conspiracy Call | $0.55 |
| 6/16/2006 | Arkadin - Teleconferencing - (KW) | $10.16 |
| 6/21/2006 | Arkadin - Teleconferencing - (IO) - QC Doc. Review Call | $1.80 |
| 6/22/2006 | Client Instant Access - Teleconferencing - (IO) - Conspiracy Call | $9.80 |
| 6/22/2006 | Client Instant Access - Teleconferencing - (DB) | $0.10 |
| 6/22/2006 | Arkadin - Teleconferencing - (KW) | $3.52 |
| 6/27/2006 | Arkadin - Teleconferencing - (KW) | $1.61 |
| 6/28/2006 | Client Instant Access - Teleconferencing - (IO) - QC Doc. Review | $3.40 |
| 6/28/2006 | Arkadin - Teleconferencing - (IO) - QC Doc. Review Call | $7.29 |
| 6/29/2006 | Client Instant Access - Teleconferencing - (IO) - Conspiracy Call | $22.70 |
| 6/29/2006 | Arkadin - Teleconferencing - (KW) | $1.02 |
| 6/29/2006 | Arkadin - Teleconferencing - (KW) | $2.00 |
| 6/29/2006 | Arkadin - Teleconferencing - (IO) - Conspiracy Call | $0.69 |
| 7/1/2006 | Client Instant Access - Invoice No. 11931 - Conspiracy Group Document Review Call - 5/4/06, 5/11/06, 5/18/06, 5/25/06 | $54.36 |
| 7/1/2006 | Client Instant Access - Invoice # - 11931 - QC Document Review Call - 5/3/06, 5/10/06, 5/17/06, 5/24/06, 5/31/06 | $111.22 |
| 7/1/2006 | June and July Fax Totals for Virginia Office | $27.50 |
| 7/1/2006 | Fax Log Alabama Office – July 2006 | $18.50 |
| 7/2/2006 | US LEC - Invoice # 19570864 - Acct. # 156857 | $36.51 |
| 7/4/2006 | US LEC - Invoice 21160483 | $17.80 |
| 7/6/2006 | Arkadin - Teleconferencing - (KW) | $1.32 |
| 7/12/2006 | Arkadin - Teleconferencing - (IO) - QC Doc. Review Call | $0.45 |
| 7/12/2006 | Arkadin - Teleconferencing - (IO) - QC Doc. Review Call | $7.73 |
| 7/13/2006 | Arkadin - Teleconferencing - (KW) | $1.11 |
| 7/13/2006 | Arkadin - Teleconferencing - (KW) | $1.50 |
| 7/19/2006 | Arkadin - Teleconferencing - (IO) - QC Doc. Review Call | $9.21 |
| 7/20/2006 | Arkadin - Teleconferencing - (KW) | $5.09 |
| 7/21/2006 | Arkadin - Teleconferencing - (KW) | $0.54 |
| 7/21/2006 | Arkadin - Teleconferencing - (KW) | $10.75 |
| 7/26/2006 | Arkadin - Teleconferencing - (IO) - QC Doc. Review Call | $13.23 |
| 7/26/2006 | Arkadin - Teleconferencing - (KW) | $10.47 |
| 8/1/2006 | US LEC - Acct. No 156857 - Invoice No. – 20328705 | $44.76 |
| 8/1/2006 | Client Instant Access - Inv. No. 13625 - Conspiracy Group Document Review Call (8/3/06, 8/10/06, 8/24/06, 8/31/06) | $25.80 |
| 8/2/2006 | Client Instant Access - Inv. No. 13625 - QC Document Review Call (8/2/06) | $0.70 |
| 8/2/2006 | Arkadin - Teleconferencing - (IO) - QC Doc. Review Call | $16.74 |
| 8/3/2006 | Arkadin - Teleconferencing - (IO) - Conspiracy Call | $0.24 |
| 8/3/2006 | Arkadin - Teleconferencing - (KW) | $0.48 |
| 8/4/2006 | US LEC - August Calls | $22.72 |
| 8/8/2006 | Arkadin - Teleconferencing - (IO) | $17.71 |
| 8/9/2006 | Arkadin - Teleconferencing - (IO) - QC Doc. Review Call | $5.34 |
| 8/10/2006 | Arkadin - Teleconferencing - (KW) | $0.48 |
| 8/16/2006 | Arkadin - Teleconferencing - (IO) - QC Doc. Review Call | $0.19 |
| 8/17/2006 | Arkadin - Teleconferencing - (KW) | $0.67 |
| 8/21/2006 | Arkadin - Teleconferencing - (KW) | $0.29 |
| 8/21/2006 | Arkadin - Teleconferencing - (KW) | $0.91 |
| 8/21/2006 | Arkadin - Teleconferencing - (KW) | $3.22 |
| 8/23/2006 | Arkadin - Teleconferencing - (IO) - QC Doc. Review Call | $0.09 |
| 8/24/2006 | Arkadin - Teleconferencing - (KW) | $0.24 |
| 8/28/2006 | Arkadin - Teleconferencing - (KW) | $4.76 |
| 8/29/2006 | Arkadin - Teleconferencing - (KW) | $9.38 |
| 8/29/2006 | Arkadin - Teleconferencing - (MJS) | $0.10 |
| 8/30/2006 | Arkadin - Teleconferencing - (IO) - QC Doc. Review Call | $0.38 |
| 9/1/2006 | Fax Log – September 2006 | $10.50 |
| 9/3/2006 | US LEC - Inv. No. 22262442 - 9/3/06 - 10/4/06 | $22.72 |

| | | |
|---|---|---|
| 9/6/2006 | Arkadin - Teleconferencing - IO - Inv. 1023321 | $3.58 |
| 9/7/2006 | Client Instant Access - IO - Inv. No. 14348 | $25.44 |
| 9/13/2006 | Arkadin - Teleconferencing - IO - Inv. 1023321 | $3.24 |
| 9/18/2006 | Arkadin - Teleconferencing - TB - Inv. 1023321 | $11.87 |
| 9/20/2006 | Arkadin - Teleconferencing - IO - Inv. 1023321 | $0.05 |
| 9/27/2006 | Arkadin - Teleconferencing - IO - Inv. 1023321 | $0.24 |
| 10/4/2006 | US LEC - Inv. No. 22817806 - 10/4/06 - 11/3/06 | $27.75 |
| 10/29/2006 | Arkadin Teleconferencing - I. Otto - 98 minutes | $4.41 |
| 11/4/2006 | US LEC - Inv. No. 233480118 - 11/4/05 - 12/3/06 | $21.34 |
| 12/4/2006 | US LEC - Acct No 156857 - Invoice No. 23863773 - 12/4/06 - 01/03/07 | $9.14 |
| 1/4/2007 | US LEC - Inv. No. 24458641 - Jan 4 2007 to Feb 3 2007 | $16.58 |
| 2/4/2007 | US LEC - Inv. No. 25082087 - Feb 4 2007 to Mar 3 2007 | $14.83 |
| 2/28/2007 | February 2007 Fax Totals | $10.00 |
| 3/4/2007 | US LEC - Inv. No. 25530410 - Mar 4 2007 to Apr 3 2007 | $5.99 |
| 4/4/2007 | US LEC - Inv. No. 26082987 - April 4 2007 to May 3 2007 | $5.82 |
| 5/4/2007 | US LEC - Inv. No. 26541926 - May 4 2007 to June 3 2007 | $6.64 |
| 5/31/2007 | May 2007 Fax totals | $1.50 |
| 6/4/2007 | US LEC - Inv. No. 27180867 - June 4 2007 to July 3 2007 | $19.15 |
| 6/30/2007 | June 2007 Fax totals | $86.00 |
| 7/4/2007 | US LEC - Inv. No. 27499772 - July 4 2007 to August 3 2007 | $9.13 |
| 8/4/2007 | US LEC - Inv. No. 27899238 - August 4 2007 to September 3 2007 | $3.15 |
| 9/4/2007 | US LEC - Inv. No. 28548952 - September 4 2007 to October 3 2007 | $16.80 |
| 9/30/2007 | September 2007 Fax totals | $1.00 |
| 10/31/2007 | October 2007 Fax Totals | $1.00 |
| 11/4/2007 | Paetec Telephone Invoice #29269491 ending Nov 4, 2007 | $11.91 |
| 12/4/2007 | Paetec Telephone Invoice #29800690 ending December 4, 2007 | $6.94 |
| 12/31/2007 | Paetec Telephone Invoice December 1 - December 31, 2007 | $4.79 |
| 1/31/2008 | Paetec Telephone Invoice number 30687687 for January 4 - February 3, 2008 | $12.50 |
| 2/29/2008 | Paetec Telephone Invoice No: 31194161 for February 2008 | $9.86 |
| 2/29/2008 | February 2008 Fax Totals | $7.00 |
| 3/31/2008 | Paetec Telephone Invoice for March 2008. Invoice Number 31757399 | $1.14 |
| 4/30/2008 | Paetec telephone invoice no: 32228065 for April 2008. | $4.02 |
| 5/31/2008 | Paetec Invoice Number: 32658461 for May 2008. | $0.68 |
| 6/30/2008 | Paetec Invoice Number: 33060521 for June 2008. | $3.08 |
| 7/31/2008 | Paetec Invoice number: 33461387 for July 2008. | $6.13 |
| 8/31/2008 | Paetec Invoice Number: 33856810 for August 2008. | $0.50 |
| 9/30/2008 | Paetec Invoice number: 34305850 for September 2008. | $31.68 |
| 10/31/2008 | Paetec Invoice Number: 34709375 for October 2008. | $8.71 |
| 11/30/2008 | Paetec Telephone Invoice Number: 35109456 for November 2008. | $0.03 |
| 12/31/2008 | Paetec Invoice Number: 35454985 for December 2008. | $3.07 |
| 1/31/2009 | Paetec Telephone Invoice Number: 35829611 for January 2009. | $5.62 |
| 2/28/2009 | Paetec Telephone Invoice Number: 36286837 for February 2009. | $7.06 |
| 3/31/2009 | Paetec Telephone Invoice Number: 36752565 for March 2009. | $8.02 |
| 4/30/2009 | Paetec Telephone Invoice Number: 37125616 for April 2009. | $7.14 |
| 4/30/2009 | April 2009 Facsimile Totals | $2.00 |
| 5/31/2009 | Paetec Invoice Number: 37725019 for May 2009. | $10.04 |
| 6/30/2009 | Paetec Telephone Invoice Number: 38137358 for June 2009. | $12.84 |
| 7/31/2009 | Paetec Invoice Number: 38552920 for July 2009. | $7.18 |
| 8/31/2009 | Paetec Telephone Invoice Number: 38921861 for August 2009. | $10.31 |
| 9/30/2009 | Paetec Telephone Invoice Number: 39422787 for September 2009. | $20.39 |
| 10/31/2009 | Paetec Telephone Invoice Number: 40008145 for October 2009. | $30.61 |
| 11/30/2009 | Paetec Invoice Number: 40592205 for November 2009. | $2.35 |
| 12/31/2009 | Paetec Telephone Invoice Number: 41489660 for December 2009. | $4.61 |
| 1/31/2010 | Paetec Telephone Invoice Number: 42622874 for January 2010. | $3.48 |
| 1/31/2010 | January 2010 Facsimile Totals | $2.50 |
| 2/28/2010 | Paetec Telephone Invoice Number: 43217263 for February 2010. | $5.51 |
| 4/30/2010 | Telephone charges for April 2010. (Paetec) | $4.05 |
| 6/28/2010 | Long Distance telephone for May 2010 (Paetec June 28 Invoice) | $1.43 |
| 7/31/2010 | Paetec telephone calls for month of July 2010. | $1.32 |

| 8/31/2010 | Paetec telephone calls for month of August. | $3.14 |
| 9/1/2010 | Arkadin phone conferencing for August 2010. Call moderator Timothy Battin. Invoice No. IN100800578 dated August 31, 2010. | $4.38 |
| 11/30/2010 | Long distance phone services for Nov. 2010. (Paetec) | $8.19 |
| 12/31/2010 | Phone charges for calls in December (Paetec) | $7.82 |
| 1/31/2011 | Telephone calls for month of January 2011 -- Paetec. | $13.05 |
| 2/28/2011 | Paetec telephone charges for February 2011. | $5.14 |
| 3/31/2011 | Paetec phone long distance and conferencing for March 2011 | $1.59 |
| 4/1/2011 | Phone conferences led by I. Otto for month of March 2011 | $28.18 |
| 5/2/2011 | Phone services on Paetec for April 2011. | $4.76 |
| 6/30/2011 | Telephone conferencing and long-distance through Paetec during month of June 2011 | $5.58 |
| 7/31/2011 | Telephone charges on Paetec for July 2011. | $8.28 |
| 8/31/2011 | Paetec telephone charges for August 2011. | $3.34 |
| 9/30/2011 | Paetec telephone charges for September 2011. | $1.41 |
| 10/31/2011 | Paetec telephone charges for October 2011. | $1.38 |
| 11/30/2011 | Paetec telephone charges for November 2011. | $10.10 |
| 11/30/2011 | Facsimile totals for November 2011 | $0.50 |
| 1/31/2012 | Paetec telephone charges for January 2012. | $6.86 |
| 2/29/2012 | Paetec telephone charges for February 2012. | $1.84 |
| 5/1/2012 | Arkadin teleconference charges for C. Le for April 2012. | $18.14 |
| 5/1/2012 | Arkadin teleconference charges for T. Battin for April 2012. | $7.35 |
| 6/30/2012 | Paetec long distance telephone charges for June 2012. | $2.09 |
| 8/1/2012 | Arkadin teleconference charges for C. Le for July 2012. | $6.01 |
| 1/1/2013 | Arkadin teleconference charges for C. Le for December 2012. | $5.30 |
| 4/30/2013 | Paetec long distance telephone charges for April 2013. | $5.48 |
| 5/31/2013 | Paetec long distance telephone charges for May 2013 | $0.06 |

**Total: $5,465.01**

Schedule L
Service of Process

| Date | Description | Amount |
|------|-------------|--------|

**Total:**

Schedule M
Travel: Airfare, Ground Travel, Meals, Lodging, etc.

| Date | Description | Amount |
|---|---|---|
| 6/27/2005 | Lunch with D. Gustafson at Capital Grille | $40.78 |
| 7/11/2005 | T. Battin round trip flight to San Francisco for meetings with co-counsel. | $1,024.57 |
| 7/17/2005 | Omni Hotels: Meals/Room Service for T. Battin while in San Francisco for meetings | $153.63 |
| 7/25/2005 | T. Battin roundtrip airfare to Dallas for meeting regarding experts | $768.40 |
| 7/28/2005 | Reagan National Airport Parking following organization meeting with D. Gustafson and defendant J. Goldberg | $15.00 |
| 7/28/2005 | Lunch for T. Battin and D. Gustafson at Admiral Club regarding case management | $16.09 |
| 8/8/2005 | Dinner at Connough Place Restaurant for T. Battin, N. Cihlar, I. Otto to Discuss responses to motion to dismiss | $33.75 |
| 8/11/2005 | Meals with co-counsel during DRAM meetings with Plaintiffs and Defendants in San Francisco, CA (TB-AUG-01) | $972.65 |
| 8/12/2005 | Meal at Sign of the Whale with D. Boies, T. Battin and D. Gustafson regarding case management | $35.35 |
| 9/1/2005 | United Airlines Flight for DB (NH to CO to CA to VA) | $855.59 |
| 9/1/2005 | I. Otto and N. Cihlar dinner meeting at the Sawatdee Bar to discuss case management issues. | $44.37 |
| 9/7/2005 | T. Battin stay at the Omni Hotel while in San Francisco for meetings with plaintiff and defense | $662.00 |
| 9/12/2005 | T. Battin round-trip airfare from Dulles to San Francisco for meetings with plaintiff and defense counsel. | $428.40 |
| 9/12/2005 | T. Battin taxi from airport to Omni Hotel in San Francisco. | $43.50 |
| 9/13/2005 | Meals during Meetings with Plaintiff and Defense Counsel (TB-Sept-04) | $382.51 |
| 9/14/2005 | T. Battin round-trip taxi fare from hotel to airport (for meeting with D. Boies). | $80.00 |
| 9/15/2005 | T. Battin Taxi from Dulles Airport to Office. | $40.00 |
| 9/15/2005 | T. Battin taxi from hotel to airport in San Francisco. | $45.00 |
| 9/29/2005 | Dinner to discuss case management (TB-Sept-05) | $28.44 |
| 10/2/2005 | Roundtrip flight from Dulles to SFO for I. Otto | $286.60 |
| 10/2/2005 | Yellow Cab – fare for I. Otto from SFO to hotel | $48.00 |
| 10/2/2005 | Taxi for I. Otto from house to IAD for flight to San Francisco for meetings | $9.00 |
| 10/2/2005 | Dinner for I.Otto at Po Siam Thai Restaurant | $26.25 |
| 10/3/2005 | Dinner at Rosa Pistola for I. Otto and K. Walsh | $82.80 |
| 10/4/2005 | Breakfast for I. Otto in San Francisco at D-Lew SFO | $15.40 |
| 10/4/2005 | Taxi with Worldwide Cab for I. Otto from hotel to airport | $40.00 |
| 10/4/2005 | Taxi from IAD to home for I. Otto upon return from San Francisco | $12.00 |
| 10/4/2005 | Hotel stay at the Westin St. Francis for I. Otto while in San Francisco for meetings | $627.75 |
| 10/4/2005 | Meeting in San Francisco (KW-Oct-003) | $676.62 |
| 10/5/2005 | Meals during Case Management meetings (TB-Oct-02) | $654.91 |
| 10/11/2005 | Meals for I. Otto and M. Schirmer at Ruth Chris to discuss case management | $116.58 |
| 10/11/2005 | Travel (gas expense) from NJ to NY for meetings. | $28.81 |
| 10/11/2005 | Hotel at the W in San Francisco for T. Battin while at case Management meetings (TB-Oct-04) | $891.30 |
| 10/11/2005 | Meals with co-counsel during Meeting with counsel in San Francisco (TB-OCT-03) | $893.20 |
| 10/10/2005 | T. Battin cab from SFO to hotel | $45.00 |
| 10/11/2005 | T. Battin cab from hotel to meetings | $10.00 |
| 10/11/2005 | T. Battin cab from meeting to hotel | $10.00 |
| 10/12/2005 | T. Battin cab from hotel to airport | $40.00 |
| 10/12/2005 | T. Battin cab from IAD to home | $31.00 |
| 10/13/2005 | Lunch with co-counsel at Best of Thai for I. Otto | $51.65 |

| | | |
|---|---|---|
| 11/1/2005 | N. Cihlar round-trip flight from Dulles to San Francisco for document review training. | $655.38 |
| 11/1/2005 | Veterans Cab Co. – Taxi for N. Cihlar from SFO to hotel | $42.00 |
| 11/1/2005 | Dinner for N. Cihlar at Old Dominion in Dulles Airport | $8.89 |
| 11/1/2005 | N. Cihlar stay at the Hilton while in San Francisco for document review training. | $477.21 |
| 11/2/2005 | Lunch for N. Cihlar at Bangkok Best Thai in San Francisco while at document review training | $10.90 |
| 11/2/2005 | Flight for I. Otto from DCA to SFO for case management meetings | $1,424.79 |
| 11/2/2005 | National Cab Co. – fare for I. Otto from SFO to hotel | $40.00 |
| 11/2/2005 | Yellow Cab Cooperative – fare for I. Otto in San Francisco | $10.00 |
| 11/2/2005 | Travel expense for B. Boughman for DRAM Training in San Francisco | $549.75 |
| 11/3/2005 | Royal Taxi – fare for I. Otto while at meetings in San Francisco | $10.00 |
| 11/3/2005 | Red Top Cab – fare for I. Otto while at meetings in San Francisco | $15.00 |
| 11/3/2005 | Breakfast for N. Cihlar at Burger King at SFO following document training | $4.10 |
| 11/3/2005 | Town Taxi Inc. – Taxi for N. Cihlar from hotel to SFO | $40.00 |
| 11/3/2005 | Parking for N. Cihlar at Dulles International Airport | $21.00 |
| 11/3/2005 | Taxi: Yellow Cab Cooperative – fare while in San Francisco for meetings | $20.00 |
| 11/3/2005 | Taxi fare from SFO to hotel | $44.00 |
| 11/4/2005 | Big Dog City Cab – fare for I.Otto from hotel to SFO | $50.00 |
| 11/4/2005 | Taxi fare through Yellow Cab Corporation for T. Battin from hotel to SFO | $40.00 |
| 11/4/2005 | Parking at IAD for T. Battin | $30.00 |
| 11/4/2005 | W. Hotel of San Francisco during trip for meetings with counsel (TB-Nov-07) | $342.57 |
| 11/3/2005 | Lunch for I. Otto at Café Venue | $6.16 |
| 11/4/2005 | Breakfast for I. Otto at D-Lew SFO | $13.69 |
| 12/1/2005 | Le Tire Brouchon: Dinner meeting with T. Battin (DB-Dec-2) | $158.40 |
| 12/6/2005 | Travel to San Francisco 11/2 to 11/5 delayed charge Am Ex Dec | $433.10 |
| 12/19/2005 | Parking for settlement conference with D. Boies (TB-Jan-02) | $14.00 |
| 12/19/2005 | Dinner Meeting with D. Boies regarding Settlement Conference (TB-Jan-01) | $215.15 |
| 12/21/2005 | The Oceanaire : Dinner Meeting with TB (IO-Jan-04) | $79.85 |
| 12/27/2005 | The Auld Shebeen: Lunch meeting IO, NC, JR (IO-Jan-03) | $61.99 |
| 2/3/2006 | Travel to and from airports for meeting in San Francisco | $112.00 |
| 2/3/2006 | Dinner meeting for T. Battin and D. Boies at the Slated Door regarding settlement | $266.23 |
| 2/14/2006 | Dinner at LaColline with AG representative and legal expert | $88.80 |
| 2/24/2006 | United Airlines trip to San Francisco for DB (2/27) | $1,418.59 |
| 2/27/2006 | U. S. Airways from Dulles to San Francisco - on March AmEx | $1,223.60 |
| 2/27/2006 | Metro Cab for T. Battin from Airport to Meeting in San Francisco | $45.00 |
| 2/27/2006 | Meals during meetings w/ co-lead counsel in San Francisco (TB-Mar-03) | $736.47 |
| 2/27/2006 | Dulles valet shuttle for T. Battin from home to airport for trip to San Francisco for meetings with co-counsel | $47.00 |
| 2/28/2006 | Metro cab – fare for T. Battin from hotel to airport (SFO) | $45.00 |
| 2/28/2006 | W San Francisco during stay in San Francisco (on March AmEx) | $796.04 |
| 3/1/2006 | Hotel stay for T. Battin at W Hotel in San Francisco during meetings w/ co-lead counsel (Feb 27 to 28)(TB-Mar-02) | $472.92 |
| 3/3/2006 | Delta airfare for I. Otto from D. C. to San Francisco | $1,395.69 |
| 3/3/2006 | Arlington Cab Co. – taxi for I. Otto from home to airport | $15.00 |
| 3/3/2006 | Town Taxi – cab fare for I. Otto from SFO to hotel | $45.00 |
| 3/3/2006 | Hotel Vitale during meetings with co-lead counsel in CA. (IO-Mar-02) | $1,104.18 |
| 3/3/2006 | Breakfast for I. Otto at Red Brick Tavern while in California | $3.09 |
| 3/3/2006 | Lunch for I. Otto at Le Regency Deli while in California | $7.00 |
| 3/3/2006 | Dinner for I. Otto at Mistrial while in California | $11.41 |
| 3/6/2006 | Dinner for I. Otto at D-Lew at SFO | $24.19 |
| 3/6/2006 | Taxi from hotel to SFO for I. Otto | $45.00 |
| 3/7/2006 | Breakfast for I. Otto at Burger King in IAD | $3.84 |
| 3/7/2006 | Alexandria Diamond Cab – taxi fare I. Otto from airport to home | $10.90 |
| 3/28/2006 | Parking for T. Battin while meeting with Attorneys Generals | $22.00 |
| 3/29/2006 | Cab for T. Battin to meetings with Attorneys Generals | $20.00 |
| 3/30/2006 | Elephant & Castle: Lunch for T. Battin, N. Cihlar, J. Raynes & K. Walsh re: Discovery Issues | $100.53 |

| | | |
|---|---|---|
| 3/31/2006 | Cab for T. Battin to meetings with Attorneys Generals and Defendants' Counsel | $25.00 |
| 3/31/2006 | Cab for T. Battin for meetings with Attorneys Generals and Plaintiffs' counsel | $32.00 |
| 4/7/2006 | Metro and Parking during deposition of M. Guerin Calvert (NC-Apr-02) | $12.00 |
| 4/7/2006 | Breakfast and lunch for N. Cihlar while attending M. Guerin Calvert deposition | $11.06 |
| 4/18/2006 | United Airlines Flight from VA to San Francisco (D. Boies) (Am Ex invoice closing 5/25/06) | $1,718.61 |
| 4/19/2006 | T. Battin cab fares while in Chicago for co-counsel meetings. | $141.45 |
| 4/19/2006 | Union taxi cab fare for T. Battin from airport to hotel | $40.00 |
| 4/21/2006 | Taxi fare for T. Battin and D. Gustafson while in San Francisco for meetings | $45.00 |
| 4/22/2006 | Town taxi cab fare for T. Battin from hotel to airport | $40.00 |
| 4/22/2006 | Washington Flyer cab fare for T. Battin from airport to home upon return from San Francisco | $70.00 |
| 4/22/2006 | Lodging at the W. San Francisco Meetings w/ co-lead counsel (TB-Jun-02) | $1,985.77 |
| 4/26/2006 | Parking at Reagan National Airport from 4/19-4/26 for T. Battin | $60.00 |
| 5/9/2006 | Airfare for depositions in Chico and San Francisco CA, 5/9/06 and 5/11/06. | $557.59 |
| 5/9/2006 | Hotel, rental car and meals expenses regarding Barry Boughman CA trip for DRAM depositions | $922.32 |
| 5/17/2006 | Chevy's - San Francisco - Conferences - TB – VISA | $49.18 |
| 5/17/2006 | The Careme - San Francisco - Conferences - TB – VISA | $111.31 |
| 5/19/2006 | W San Francisco - Conferences - TB – VISA | $1,557.74 |
| 5/22/2006 | Dulles International Airport - Parking - San Francisco - TB – VISA | $32.00 |
| 5/31/2006 | Steve Feder travel charges, airfare, hotel parking for depositions in CA. | $635.40 |
| 6/6/2006 | United Airlines - IAD to ORD – Roundtrip Meeting in Chicago | $1,518.59 |
| 6/7/2006 | Breakfast meeting at The Terrace at Conra (T. Battin, K. Fontie, J. Cooper, D. Boies, K. O'Connor) while in Chicago for co-counsel meetings. | $130.25 |
| 6/7/2006 | Dinner meeting at 312 Chicago (T. Battin, J. Cooper, K. O'Connor, D. Boies) while in Chicago for co-counsel meetings. | $232.01 |
| 6/7/2006 | James Hotel - Chicago (TB) VISA | $564.31 |
| 6/8/2006 | T. Battin parking at Dulles Airport while in Chicago for meetings with co-lead counsel. | $47.00 |
| 7/11/2006 | United Air - Meetings with Co-counsel - San Francisco - TB - VISA (9/1/06) | $1,418.59 |
| 7/11/2006 | Milne Travel Agency - Meetings with Co-counsel - San Francisco - TB – VISA (9/1/06) | $40.00 |
| 7/12/2006 | Taxi from Airport to Josef Cooper's office - TB/AUG/01 | $45.00 |
| 7/12/2006 | T. Battin parking at Dulles International Airport while in San Francisco for co-counsel meetings. | $47.00 |
| 7/12/2006 | Expedia Travel - Hotel - Meetings with Co-counsel – San Francisco - TB - VISA (9/1/06) | $326.82 |
| 7/13/2006 | T. Battin taxi from Joe Cooper's office to airport while in San Francisco for co-counsel meetings. | $45.00 |
| 7/13/2006 | T. Battin breakfast at the Crowne Plaza Hotel while in San Francisco for co-counsel meetings. | $26.73 |
| 7/24/2006 | United Air - Meetings with Co-counsel - San Francisco - TB - VISA (9/1/06) | $1,418.59 |
| 7/25/2006 | Milne Travel Agency - Meetings with Co-counsel - San Francisco – TB - VISA (9/1/06) | $40.00 |
| 7/26/2006 | T. Battin taxi from airport to hotel while in San Francisco for co-counsel meetings. | $45.00 |
| 7/27/2006 | T. Batttin parking at Dulles International Airport while in San Francisco for co-counsel meetings. | $47.00 |
| 7/27/2006 | T. Battin taxi from hotel to Zelle Hoffman with Arrow Cab Co. while in San Francisco for co-counsel meetings. | $10.00 |
| 7/27/2006 | T. Battin taxi from Zelle Hoffman to airport with Luxor Cabs while in San Francisco for co-counsel meetings. | $45.00 |
| 7/27/2006 | T. Battin stay at the Fairmont Hotel while in San Francisco for meetings with co-counsel. | $517.26 |

| | | |
|---|---|---|
| 8/11/2006 | United Air - Roundtrip Washington/San Francisco - Meetings with Counsel - TB - VISA (8/4/06 - 9/1/06) | $1,142.60 |
| 10/12/2006 | D. Boies R/T flight from IAD to SFO for meeting. | $1,983.60 |
| 10/17/2006 | T. Battin R/T flight from IAD to DFW for meeting with experts. | $942.60 |
| 10/18/2006 | Travel agent fee associated with T. Battin travel on 10/17/06 to DFW. | $40.00 |
| 10/19/2006 | Taxi service with Yellow Checker Shuttle for T. Battin in Dallas, TX following meeting with experts. | $25.00 |
| 10/19/2006 | T. Battin parking at IAD while traveling | $47.00 |
| 10/20/2006 | T. Battin taxi fare from C. Corbitt's office to Airport | $50.00 |
| 10/20/2006 | T. Battin hotel stay at The Adolphus in Dallas, TX for expert meeting. | $315.15 |
| 10/25/2006 | T. Battin flight from Albuquerque, NM to San Francisco, CA to IAD for mediation. | $1,316.50 |
| 10/25/2006 | Travel agent fee associated with T. Battin travel on 10/25/06 to San Francisco, CA. | $40.00 |
| 10/26/2006 | Dinner meeting at Grindisi Cucina Di Mare | $62.08 |
| 10/28/2006 | T. Battin taxi fare for return from mediation. | $68.00 |
| 10/29/2006 | I. Otto Dinner at Nathan's Famous for deposition of K. Lafve - IO/JAN/03 | $4.70 |
| 10/30/2006 | I. Otto flight from Houston to Washington, DC for deposition of K. Lafve - IO/JAN/03 | $527.80 |
| 10/30/2006 | I. Otto flight from Birmingham, AL to Houston, TX for deposition of K. Lafve - IO/JAN/03 | $245.10 |
| 10/30/2006 | I. Otto Lunch at P.F. Chang's in Houston for deposition of K. Lafve – IO/JAN/03 | $42.21 |
| 10/30/2006 | I. Otto stay at Marriot in Houston for deposition of K. Lafve - IO/JAN/03 | $256.23 |
| 11/2/2006 | I. Otto dinner with T. Battin, M. Schirmer, N. Cihlar and J. Raynes at Dolce Vita - IO/JAN/03 | $82.23 |
| 11/3/2006 | D. Boies R/T flight from IAD to MSP | $1,618.61 |
| 11/3/2006 | Travel agent fee for D. Boies R/T flight from IAD to MSP | $40.00 |
| 11/27/2006 | J. Raynes R/T flight from DCA to MSP. | $310.71 |
| 11/27/2006 | D. Boies flight from DCA to LGA | $309.30 |
| 11/27/2006 | Travel agent fee for D. Boies flight from DCA to LGA | $40.00 |
| 11/28/2006 | T. Battin R/T flight from DCA to LGA | $618.60 |
| 11/28/2006 | Travel agent fee for T. Battin R/T flight from DCA to LGA | $40.00 |
| 11/29/2006 | T. Battin taxi fare in NYC for mediation. | $35.00 |
| 11/29/2006 | T. Battin dinner meeting with D. Boies for mediation at La Mangeoire. | $112.00 |
| 11/30/2006 | T. Battin parking at DCA while traveling. | $34.00 |
| 11/30/2006 | T. Battin taxi fare from Manhattan to LGA. | $44.00 |
| 11/30/2006 | T. Battin dinner from mediation in New York at Legal Sea Foods. | $50.95 |
| 11/30/2006 | T. Battin stay at Le Parker Meridien New York | $610.06 |
| 12/3/2006 | T. Battin taxi fare from LAX to hotel | $45.00 |
| 12/3/2006 | Travel agent fee associated with T. Battin travel to LAX on 12/3/06 | $40.00 |
| 12/3/2006 | T. Battin R/T flight from IAD to LAX for meeting. | $1,184.61 |
| 12/4/2006 | J. Raynes Taxi fare from home to DCA for travel to Minneapolis, MN - JR/JAN/03 | $15.00 |
| 12/4/2006 | J. Raynes Taxi fare from MSP to hotel in Minneapolis, MN - JR/JAN/03 | $36.00 |
| 12/4/2006 | T. Battin taxi fare from meeting to LAX for return travel. | $45.00 |
| 12/4/2006 | T. Battin taxi fare from hotel to office of Zelle Hoffman | $10.00 |
| 12/4/2006 | J. Raynes lunch at Brian's Deli while in Minneapolis, MN. | $7.68 |
| 12/4/2006 | Internet Charges - Hilton Crystal Terrace, Minneapolis, MN - J. Raynes | $45.00 |
| 12/4/2006 | T. Battin hotel stay at the Westin Bonaventure - Meetings with co-counsel - Inv No TB-AUG-04 | $261.24 |
| 12/5/2006 | T. Battin parking at IAD while traveling | $47.00 |
| 12/5/2006 | J. Raynes lunch at Baja Sol in Minneapolis, MN - JR/JAN/03 | $9.22 |
| 12/5/2006 | J. Raynes dinner at 8th Street Grill in Minneapolis, MN - JR/JAN/03 | $30.00 |
| 12/5/2006 | J. Raynes dinner at Martini Blu in Minneapolis, MN - JR/JAN/03 | $42.00 |
| 12/6/2006 | J. Raynes dinner at Gluek's Restaurant in Minneapolis, MN - JR/JAN/03 | $33.00 |
| 12/6/2006 | J. Raynes lunch in Minneapolis, MN - JR/JAN/03 | $6.38 |
| 12/8/2006 | Hilton Hotels, Minneapolis, MN - J. Raynes | $1,071.44 |
| 1/25/2007 | I. Otto flight from BWI to HNL for hearing on motion to stay. | $2,068.41 |
| 1/26/2007 | I. Otto taxi fare from home to BWI airport for travel to Honolulu, HI. | $90.00 |

| | | |
|---|---|---|
| 1/26/2007 | I. Otto taxi fare from Honolulu airport to hotel. | $40.00 |
| 1/27/2007 | I. Otto dinner at Furusato Sushi Bar in Honolulu HI | $38.77 |
| 1/28/2007 | I. Otto taxi fare from hotel to co-counsel's office in Honolulu HI. | $20.00 |
| 1/28/2007 | I. Otto taxi fare from co-counsel's office to hotel in Honolulu HI. | $20.00 |
| 1/28/2007 | I. Otto dinner at Restaurant Run in Honolulu HI | $16.96 |
| 1/28/2007 | I. Otto lunch at Burger King restaurant in Honolulu HI | $4.28 |
| 1/29/2007 | I. Otto taxi fare from hotel to co-counsel's office in Honolulu HI. | $20.00 |
| 1/29/2007 | I. Otto breakfast at Kau Kau Express in Honolulu HI | $8.60 |
| 1/30/2007 | I. Otto taxi fare from hotel to airport in Honolulu HI. | $40.00 |
| 1/30/2007 | I. Otto lunch at Honolulu Airport in Honolulu HI | $12.13 |
| 1/31/2007 | I. Otto taxi fare from DCA to home from traveling in Honolulu HI. | $15.00 |
| 1/31/2007 | I. Otto hotel stay at the Sheraton in Waikkiki, HI | $1,087.38 |
| 2/1/2007 | Dinner at Jeanty at Jack's with D. Mogin, T. Gross, T. Kirkham, D. Gustafson, and D. Boies to discuss case management issues. | $672.03 |
| 2/2/2007 | D. Boies R/T flight from IAD to SFO | $2,078.80 |
| 2/2/2007 | Travel agent fee associated with D. Boies R/T flight from IAD to SFO | $40.00 |
| 2/2/2007 | Travel agent fee associated with D. Boies R/T flight from IAD to SFO | $40.00 |
| 2/6/2007 | T. Battin R/T travel from IAD to SFO | $1,162.79 |
| 2/6/2007 | Travel agent fee for T. Battin travel from IAD to SFO | $40.00 |
| 2/6/2007 | T. Battin taxi fare from SFO to hotel. | $45.00 |
| 2/6/2007 | T. Battin taxi fare from dinner meeting to hotel in San Francisco, CA. | $8.00 |
| 2/6/2007 | T. Battin taxi fare from hotel in San Francisco, CA to counsel meeting. | $12.00 |
| 2/6/2007 | Lead counsel dinner meeting at W Hotel in San Francsico, CA with D. Gustafson, D. Boies, D. Mogin and T. Battin. | $525.26 |
| 2/6/2007 | M. Schirmer working dinner at Vinnies Restaurant, Fairfax VA | $69.82 |
| 2/7/2007 | T. Battin taxi fare from hotel to Sheppard Mullin for meeting. | $12.00 |
| 2/7/2007 | T. Battin taxi fare from dinner meeting to hotel in San Francisco, CA. | $10.00 |
| 2/7/2007 | T. Battin taxi fare from hotel to courthouse in San Francisco, CA. | $12.00 |
| 2/8/2007 | T. Battin flight from SFO to IAD returning from meetings with co-counsel. | $958.00 |
| 2/8/2007 | T. Battin parking at IAD while traveling to San Francisco, CA. | $64.00 |
| 2/8/2007 | T. Battin taxi fare from hotel to SFO. | $45.00 |
| 2/8/2007 | Travel agent fee associated with T. Battin flight from SFO to IAD returning from meetings with co-counsel. | $40.00 |
| 2/8/2007 | T. Battin hotel stay in San Francisco, CA | $432.84 |
| 2/13/2007 | T. Battin taxi fare from hotel to airport in San Francisco, CA | $45.00 |
| 2/13/2007 | T. Battin dinner with D. Boies and M. Schirmer at Le Tire Brouchon to discuss case management issues. | $106.22 |
| 2/19/2007 | T. Battin dinner at Sparks Steak House with J. Cooper, T. Gross, D. Mogin, D. Gustafson, D. Boies, K. O'Connor, and F. Scarpulla | $1,226.26 |
| 2/19/2007 | T. Battin R/T flight from DCA to LGA for mediation. | $618.80 |
| 2/19/2007 | D. Boies one-way flight from DCA to LGA for mediation. | $309.40 |
| 2/19/2007 | Travel agent fee for D. Boies one-way flight from DCA to LGA for mediation. | $40.00 |
| 2/20/2007 | T. Battin taxi fare from hotel to restaurant in San Francisco, CA. | $8.20 |
| 2/21/2007 | T. Battin parking at DCA while traveling to San Francisco, CA | $44.00 |
| 2/28/2007 | T. Battin hotel bill at Le Parker Meredien in NY for mediation. | $961.20 |
| 3/7/2007 | Dinner at Bacar restaurant with T. Battin, D. Feedman, T. Gross, D. Gustafson, and D. Mogin. | $657.10 |
| 3/7/2007 | T. Battin hotel stay at The Westin St. Francis in San Francisco | $1,045.41 |
| 3/9/2007 | D. Boies one-way flight from San Francisco, CA to IAD | $330.29 |
| 3/9/2007 | Travel agent fee for D. Boies one-way flight from IAD to SF. | $40.00 |
| 3/12/2007 | Travel agent fee for D. Boies one-way flight from San Francisco, CA to IAD | $40.00 |
| 4/16/2007 | K. Walsh parking in Jersey City, NY - Inv. KW-APR-03 | $18.00 |
| 4/16/2007 | K. Walsh tolls to Jersey City, NY - Inv. KW-APR-03 | $20.00 |
| 6/18/2007 | I. Otto R/T flight from Washington DC to Santa Fe NM – Meetings with Co-Counsel - Inv IO-JUL-03 | $1,063.10 |
| 6/19/2007 | T. Battin R/T Flight from Washington DC to Albuquerque, NM for meeting with Co-Counsel in Santa Fe, NM | $1,558.11 |
| 6/19/2007 | T. Battin taxi fare with Yellow Cab Co. in Santa Fe, NM - Meetings with Co-Counsel - Inv TB-JUN-01 | $18.00 |
| 6/19/2007 | T. Battin valet parking at Reagan National Airport - Meetings with | $40.00 |

|  | Co-Counsel - Inv TB-JUN-01 |  |
|---|---|---|
| 6/19/2007 | T. Battin valet parking at Dulles Airport - Meetings with Co-Counsel<br>- Inv TB-JUN-01 | $20.00 |
| 6/19/2007 | Travel agent fees associated with T. Battin flights to Santa Fe, NM for<br>meetings with Co-Counsel | $80.00 |
| 6/19/2007 | I. Otto breakfast at Famiglia Pizzeria in Santa Fe, NM - Meetings with<br>Co-Counsel - Inv IO-JUL-01 | $5.98 |
| 6/19/2007 | I. Otto lunch at Chef Jimmy's Bistro & Spirits in Santa Fe, NM – Meetings<br>with Co-Counsel – Inv IO-JUL-01 | $9.38 |
| 6/19/2007 | T. Battin lunch at Legal Sea Foods during travel to Santa Fe, NM –<br>Meetings with Co-Counsel – Inv TB-JUN-02 | $39.14 |
| 6/20/2007 | D. Boies R/T Flight from Dulles, VA to Santa Fe, NM for meetings<br>with Co-Counsel | $2,425.11 |
| 6/20/2007 | T. Battin taxi fare with Yellow Cab Co. in Santa Fe, NM - Meetings with<br>Co-Counsel - Inv TB-JUN-01 | $120.00 |
| 6/20/2007 | T. Battin dinner at Coyote Cafe with R. Bohn, J. Goldberg, J. McClave,<br>P. Manning, M. Harris, D. Mogin, R. Steiner, K. O'Connor & I. Otto in<br>Santa Fe, NM - Meetings with Co-Counsel – Inv TB-JUN-02 | $923.40 |
| 6/20/2007 | T. Battin hotel stay at the Wyndham Albuquerque Hotel in<br>Albuquerque, NM - Meetings with Co-Counsel - Inv TB-JUN-03 | $182.95 |
| 6/21/2007 | I. Otto taxi service with Capital City Cab in Santa Fe, NM - Meetings with<br>Co-Counsel - Inv IO-JUL-03 | $40.00 |
| 6/21/2007 | I. Otto taxi service with Road Runner Airport Shuttle in Santa Fe, NM<br>- Meetings with Co-Counsel - Inv IO-JUL-03 | $15.00 |
| 6/21/2007 | I. Otto valet parking at Reagan National Airport - Meetings with<br>Co-Counsel - Inv IO-JUL-03 | $51.00 |
| 6/21/2007 | I. Otto breakfast at McDonalds in Santa Fe, NM - Meetings with<br>Co-Counsel - Inv IO-JUL-01 | $4.27 |
| 6/21/2007 | I. Otto hotel stay at the Inn & Spa at Loretto in Santa Fe, NM – Meetings<br>with Co-Counsel – Inv IO-JUL-02 | $627.29 |
| 6/22/2007 | T. Battin lunch at TGI Friday's in Santa Fe, NM - Meetings with<br>Co-Counsel - Inv TB-JUN-02 | $22.37 |
| 6/22/2007 | T. Battin hotel stay at the Inn & Spa at Loretto in Santa Fe, NM<br>- Meetings with co-counsel - Inv No TB-AUG-03 | $687.23 |
| 6/26/2007 | T. Battin hotel stay at the Courtyard Marriott in Santa Fe, NM - Meetings<br>with Co-Counsel – Inv TB-JUN-03 | $371.13 |
| 8/14/2007 | Taxi service with Town Taxi from airport to hotel for TB | $44.00 |
| 8/14/2007 | Taxi service with Yellow taxi from dinner to hotel | $8.00 |
| 8/14/2007 | Taxi service with Yellow taxi from hotel to dinner for TB | $7.00 |
| 8/14/2007 | Dinner at Lobby Lounge for T. Battin | $28.87 |
| 8/15/2007 | Taxi service with Royal Taxi from hotel to courthouse for T. Battin | $10.00 |
| 8/15/2007 | Taxi service with Yellow Taxi from hotel to airport for T. Battin | $45.00 |
| 8/15/2007 | Meal at the W San Francisco for T. Battin | $27.60 |
| 8/15/2007 | Capital One Aug. 02 - Sept. 01. Hotel stay at the W San Francisco<br>for T. Battin | $409.49 |
| 8/20/2007 | Taxi service with Dulles Taxi Systems from Dulles Airport to Vienna for TB | $30.00 |
| 8/29/2007 | Dinner at the Bailiwick Inn for I. Otto | $58.14 |
| 10/2/2007 | Taxi service with National Cab from settlement meeting to hotel for<br>T. Battin in San Francisco, CA | $8.00 |
| 10/2/2007 | Taxi service for D. Boies with Luxor Cabs from Airport to AG office<br>in San Francisco, CA for meetings with Co-Counsel | $40.00 |
| 10/2/2007 | Dinner at Perbacco for D. Boies with T. Battin in San Francisco, CA<br>for meetings with Co-Counsel | $324.51 |
| 10/2/2007 | T. Battin stay at JW Marriott in San Francisco, CA for Settlement Meetings<br>with Mitsubishi and meetings with attorneys general and lead counsel. | $457.14 |
| 10/3/2007 | Parking at Dulles Airport for T. Battin for trip to San Francisco, CA<br>for settlement meetings | $47.00 |
| 10/3/2007 | Taxi service with Town Taxi from hotel to airport in San Francisco, CA<br>for Settlement Meetings for T. Battin | $42.00 |
| 10/17/2007 | Taxi service from home for T. Battin to meeting in DC with Kevin Foote | $45.00 |

| | and Joe Cooper for meetings with Hitachi Counsel | |
|---|---|---|
| 10/18/2007 | Taxi service for T. Battin from meeting with Hitachi Counsel and AG's to home. | $38.00 |
| 10/18/2007 | Breakfast at Metro Grille in Washington, D.C. for T. Battin for meetings with Hitachi Counsel | $22.65 |
| 10/27/2007 | American Express Invoice 11/6/07. Travel from Washington, D.C. to Boston, MA for T. Battin to meeting with experts and executive committee. | $405.40 |
| 10/28/2007 | Taxi service with Top Cab Dispatch from airport to hotel in Boston, MA for T. Battin for meeting with experts | $23.00 |
| 10/28/2007 | Lodging at the Westin Boston Waterfront for T. Battin for meeting with Experts | $356.22 |
| 10/29/2007 | Taxi service with Metro Cab from expert meeting to airport in Boston, MA for T. Battin | $20.00 |
| 10/29/2007 | Taxi service from hotel to expert meeting in Boston, MA for T. Battin | $10.00 |
| 10/29/2007 | American Express Invoice 11/6/07. Travel from Boston, MA to Washington D.C. for T. Battin on return from meeting with experts and executive committee. | $179.40 |
| 10/29/2007 | Dinner at Green Leaf Grill in Boston, MA for T. Battin for meeting with Experts. | $11.91 |
| 10/30/2007 | Taxi service with Washington Flyer Taxi from airport to home of T. Battin on return from Boston, MA for meeting with experts. | $31.00 |
| 11/13/2007 | Taxi service with yellow cab from hotel to dinner meeting in San Francisco, CA for meetings with Toshiba and Mitsubishi for T. Battin. | $10.00 |
| 11/13/2007 | Taxi service for T. Battin with Town Taxi from dinner meeting to Hotel in San Francisco, CA for meetings with Toshiba and Mitsubishi | $10.00 |
| 11/13/2007 | Taxi service for T. Battin with Town Taxi in San Francisco, CA following meeting with Toshiba and Mitsubishi back to hotel. | $12.00 |
| 11/13/2007 | Taxi service with S.F. American Taxi Cab from Airport to meeting with Toshiba and Mitsubishi for T. Battin | $42.00 |
| 11/13/2007 | American Express 12-06-07 statement for United Airlines round trip flights for T. Battin and D. Boies from Washington, DC to San Francisco, CA for settlement meetings with Toshiba and Mitsubishi | $2,429.80 |
| 11/13/2007 | Capital One Invoice Nov. 2 - Dec. 1, 2007. Marriott JW San Francisco, CA for D. Boies for meetings with Toshiba and Mitsubishi for approval hearing and settlement negotiations. | $1,513.81 |
| 11/13/2007 | Stay at The Chateau Tivoli for T. Battin in San Francisco for meetings with Toshiba and Mitsubishi for approval hearing and settlement negotiations. | $307.80 |
| 11/14/2007 | Taxi service with Yellow Cab for T. Battin in San Franciso, CA following meetings with Toshiba and Mitsubishi | $8.05 |
| 11/14/2007 | Taxi service for T. Battin with Luxor Cabs from meeting with J. Cooper and D. Boies to hotel in San Francisco, CA | $10.00 |
| 11/14/2007 | Taxi service for T. Battin with Yellow Cab from Hotel to Court for meeting on preliminary approval in San Francisco, CA | $10.00 |
| 11/14/2007 | Dinner meeting for T. Battin and D. Boies with J. Cooper in San Francisco at Trader Vic's for meetings with Toshiba and Mitsubishi | $54.03 |
| 11/15/2007 | Taxi service with Arrow Cab from hotel to meeting with Mitsubishi for T. Battin in San Francisco, CA. | $10.00 |
| 11/15/2007 | Taxi service with City Wide Dispatch from AG meeting to Airport in San Francisco, CA for T. Battin | $47.00 |
| 11/15/2007 | Lunch meeting for T. Battin and D. Boies with J. Cooper at Soluna Café and Lounge in San Francisco, CA for meetings with Toshiba and Mitsubishi | $86.91 |
| 11/16/2007 | Parking at Dulles Airport for T. Battin for travel to San Francisco, CA for meetings with Toshiba and Mitsubishi | $64.00 |
| 11/27/2007 | Dinner at Vinnies in Springfield, VA for T. Battin and Co-Counsel regarding class certification, settlement and discovery issues. | $79.07 |
| 12/3/2007 | Dinner at Dolce Vita in Fairfax, VA for I. Otto for meetings with co-counsel. Invoice IO-Feb-01 | $36.74 |
| 1/2/2008 | Capital One Statement Nov. 2 - Dec. 1, 2007. Parking at Dulles Airport in Washington, D.C. for D. Boies before trip to San Francisco, CA for meetings with Toshiba and Mitsubishi for approval hearing and settlement negotiations. | $64.00 |

| | | |
|---|---|---|
| 1/8/2008 | Dinner for T. Battin with D. Boies at Villa Mozart regarding Special Master Issues. | $146.53 |
| 1/26/2008 | American Express Invoice Closing Date 2/6/08. United Airlines roundtrip from Dulles Airport to San Francisco, CA for D. Boies. Ticket Number. 01671590954692 | $2,187.99 |
| 1/31/2008 | Dinner at La Rue 123 in Fairfax, VA for T. Battin and D. Boies to discuss dismissal, special master issues and case status. Invoice TB-Feb-05 | $82.54 |
| 2/26/2008 | American Express Invoice closing date 03/07/2008. United Airlines from Dulles Airport to San Francisco, CA for D. Boies. Ticket Number: 01671620010896 | $2,237.98 |
| 3/25/2008 | Taxi service for T. Battin from meeting in Washington, DC with D. Gustafson, D. Boies and O'Connor. Invoice No: TB-APR-01. | $35.00 |
| 3/25/2008 | Taxi service for T. Battin from AG meeting to dinner meeting with D. Gustafson and D. Boies. Invoice No: TB-APR-01 | $11.00 |
| 3/25/2008 | Taxi service for T. Battin from J.W. Marriot to meeting with D. Boies, D. Gustafson and O'Connor in Washington, DC. Invoice No: TB-APR-01. | $10.00 |
| 9/27/2008 | American Express Invoice for September 2008. Harvest Inn in San Francisco, CA for D. Boies while traveling for mediation. | $408.48 |
| 10/2/2008 | American Express Invoice for September 2008. United Airlines roundtrip from Dulles Airport to San Francisco, CA for D. Boies while traveling for mediation. | $2,898.49 |
| 10/5/2008 | American Express Invoice for September 2008. United Airlines from Dulles Airport to San Francisco, CA roundtrip for T. Battin for mediation. | $859.00 |
| 10/5/2008 | Car rental for T. Battin while in California with J. Weinstein for mediation. | $266.01 |
| 10/5/2008 | Dinner meeting at Martini House in Helena, CA for T. Battin for preparation for mediation hearing with Judy Weinstein. Invoice number: TB-OCT-01. | $129.91 |
| 10/6/2008 | Dinner meeting at Cindy's Backstreet Kitchen for T. Battin and D. Boies in Helena, CA following mediation hearing with Judy Weinstein. Invoice number: TB-OCT-01. | $226.42 |
| 10/7/2008 | Taxi service for T. Battin with Washington Flyer Taxi from airport to home on return trip from Helena, CA following mediation hearing with Judy Weinstein. Invoice number: TB-OCT-02. | $33.00 |
| 10/7/2008 | Lodging at Harvest Inn for T. Battin in Helena, CA while traveling for mediation hearing with Judy Weinstein. | $751.96 |
| 11/4/2008 | Dinner meeting with M. Schirmer at Amphora Restaurant in Vienna, VA for T. Battin. | $48.94 |
| 1/13/2009 | Dinner meeting at Palm Restaurant in McLean, VA for T. Battin, N. Cihlar and I. Otto regarding lifting of stay. Invoice Number TB-JAN-02. | $116.14 |
| 8/19/2009 | Dinner meeting for T. Battin at Westwood Country Club in Fairfax, VA with M. Schirmer and N. Cihlar regarding motion to lift stay in West Virginia. Invoice Number: TB-AUG-02. | $104.61 |
| 9/22/2009 | Parking for T. Battin at Dulles Airport while traveling to New York, NY for a meeting regarding possible resolution of claims with D. Boies. Invoice Number: TB-NOV-02. | $30.00 |
| 9/22/2009 | Taxi service for T. Battin from La Guardia to Manhattan while traveling to New York, NY for a meeting regarding possible resolution of claims with D. Boies. Invoice Number: TB-NOV-02. | $40.00 |
| 9/22/2009 | Taxi service for T. Battin from meeting to airport while traveling from New York, NY for a meeting regarding possible resolution of claims with D. Boies. Invoice Number: TB-NOV-02. | $40.00 |
| 10/19/2009 | Cab for T. Battin from airport to hearing while in Weirton, WV. | $75.00 |
| 10/20/2009 | Parking at Dulles Airport for T. Battin while traveling to Weirton, WV for a hearing. Invoice Number: TB-NOV-03. | $49.00 |
| 10/20/2009 | Lunch at O'Brien's in airport for T. Battin while traveling to Weirton, WV for a hearing. Invoice Number: TB-NOV-04. | $14.71 |
| 10/20/2009 | Lodging at the Baymont Inn and Suites for T. Battin while traveling to Weirton, WV for a hearing. Invoice Number: TB-NOV-03. | $102.15 |
| 11/1/2009 | Round trip flight for I. Otto to Milwaukee, WI for deposition. | $472.39 |
| 12/10/2009 | Flight on Delta for I. Otto. Invoice Number: IO-JAN-02. | $1,045.20 |
| 12/17/2009 | Taxi service for I. Otto with Arlington Yellow Cab to airport. Invoice | $15.00 |

| | Number: IO-JAN-02. | |
|---|---|---|
| 12/17/2009 | Capital One Invoice for December 10, 2009 through January, 9, 2010. Ike's in St. Paul, MN for I. Otto while traveling for a deposition. | $19.08 |
| 12/28/2009 | Taxi service for I. Otto with Alexandria Union Cab from airport. Invoice Number: IO-JAN-02. | $15.00 |
| 1/11/2010 | Capital One Invoice for January 10, 2010 through February 9, 2010. The Westin Taipei cancellation fee for I. Otto for cancelled deposition. | $296.24 |
| 3/25/2012 | Dinner at Prime Rib for T. Battin with D. Gufstafson and K. Molony for a meeting with co-counsel on June 24, 2009. Invoice Number: TB-MAR-11. | $242.21 |
| 6/2/2010 | Attorney dinner at Westwood Country Club. | $64.69 |
| 6/5/2010 | T. Battin parking in DC for conference on April 20, 2010 with co-counsel. (TB-JUN-05) | $17.00 |
| 7/20/2010 | Airfare for T. Battin for meeting in CA. (Invoice number TB-JUL-1) | $793.40 |
| 8/2/2010 | Dinner for T. Battin, other indirect counsel co-leads and Attorney Generals. (TB-AUG-1) | $317.73 |
| 8/2/2010 | Hotel for T. Battin for meetings in CA from 8-2 to 8-4 2010. (Invoice Number TB-AUG-1) | $987.00 |
| 8/4/2010 | Parking at airport while in SF (Aug 2-4 2010). (Invoice: TB-AUG-1) | $68.00 |
| 8/4/2010 | Cab fares while in San Francisco for meetings with co-leads and attorney generals between 8-2-10 and 8-4-10. (TB-AUG-1). | $122.00 |
| 2/9/2011 | Service fee for T. Battin flight to San Francisco. (TB-FEB-1) | $40.00 |
| 2/17/2011 | Parking for T. Battin during meeting in Washington DC with K. Kinsella on notice claims. | $14.00 |
| 2/17/2011 | Parking at Columbia Square Garden for T. Battin while meeting with K. Kinsella regarding notice. | $18.00 |
| 2/17/2011 | Parking for T. Battin at Mandarin Oriental during dinner meeting with K. Kinsella. | $7.00 |
| 3/7/2011 | Taxi service for T. Battin for trip from San Francisco Airport to hotel upon arrival for special master proceeding. | $41.00 |
| 3/8/2011 | Taxi service for T. Battin from hotel to special master proceeding in San Francisco. | $10.00 |
| 3/8/2011 | Lunch for T. Battin while in San Francisco to attend special master proceeding. | $28.64 |
| 3/9/2011 | Taxi service from Dulles Airport to home for T. Battin upon return from San Francisco while attending special master proceeding. | $35.00 |
| 3/9/2011 | Taxi service from hotel to San Francisco Airport for T. Battin following trip for special master proceeding. | $40.00 |
| 3/9/2011 | Lodging at W Hotel in San Francisco for T. Battin for trip to discuss settlement details. | $916.36 |
| 3/29/2011 | Taxi service from hotel to San Francisco Airport for T. Battin following trip for special master proceeding. | $911.39 |
| 4/6/2011 | Taxi service for T. Battin during special master proceeding while in San Francisco. | $40.00 |
| 4/8/2011 | Taxi service for T. Battin from Dulles Airport to home following special Master proceeding that was held in San Francisco. | $34.50 |
| 5/17/2011 | Taxi service from Dulles Airport to home for T. Battin upon return from San Francisco and Special Master proceeding. | $36.00 |
| 6/8/2011 | Flight for T. Battin to and from San Francisco for meeting re: mediation. | $590.40 |
| 6/15/2011 | Taxi service from San Francisco Airport to hotel for T. Battin upon arrival to attend special master proceeding. | $44.00 |
| 6/15/2011 | Dinner meeting with R. Gralewski & D. Hedlund for T. Battin while in SF for special master meeting. | $96.78 |
| 6/15/2011 | Lunch for T. Battin while in SF for special master proceedings. | $36.00 |
| 6/17/2011 | Taxi service from special maser meeting to hotel for T. Battin. | $10.00 |
| 6/17/2011 | Taxi service from hotel to meeting with Special Master for T. Battin while in SF. | $8.00 |
| 6/17/2011 | Hotel stay at the Westin St Francis for T. Battin while in San Francisco to attend special master proceeding. Bill invoice includes costs from meals with co-counsel within the hotel on 15th and 16th. | $1,420.53 |

| | | |
|---|---|---|
| 9/6/2011 | Taxi fare for T. Battin from airport to hotel while in San Francisco to attend meetings with co-counsel and attorney generals. | $50.00 |
| 9/6/2011 | Taxi fare for T. Battin from hotel to meeting with co-counsel while in San Francisco. | $10.00 |
| 9/6/2011 | Hotel charges at Westin St. Francis for T. Battin while in San Francisco for meetings with co-counsel and attorney generals. | $371.11 |
| 9/7/2011 | Roundtrip flight for T. Battin from Washington DC to San Francisco to attend meetings and mediation with attorney generals. | $1,606.50 |
| 9/7/2011 | Taxi fare for T. Battin from hotel to meeting with co-counsel while in San Francisco. | $10.00 |
| 9/7/2011 | Taxi fare for T. Battin from hotel to airport while in San Francisco to attend meetings with co-counsel and attorney generals. | $44.00 |
| 9/7/2011 | Taxi fare for T. Battin from airport to home upon return from San Francisco to attend meetings with co-counsel. | $40.00 |
| 10/10/2011 | Flight for T. Battin to and from San Francisco for meetings with co-counsel and Special Master. | $1,379.40 |
| 10/10/2011 | Cab fare for T. Battin from airport to meetings with co-counsel. | $50.00 |
| 10/10/2011 | Hotel charge for T. Battin while in San Francisco for meetings with co-counsel and Special Master. | $394.19 |
| 10/11/2011 | Charge for flight change for T. Battin returning from San Francisco to Dulles following meetings with co-counsel and Special Master. | $75.00 |
| 10/11/2011 | Cab fare for T. Battin from hotel to special master meeting. | $10.00 |
| 10/11/2011 | Cab fare for T. Battin from special master meeting to airport. | $51.40 |
| 10/14/2010 | Cancellation of flight and hotel for trip to San Francisco for settlement discussions with Attorney Generals. | $115.00 |
| 10/10/2011 | Parking at Dulles Airport for T. Battin while in San Francisco for meetings with co-counsel and Special Master. | $49.00 |
| 11/9/2011 | Parking at Colonial Parking for T. Battin during meeting with K. Kinsella regarding notice provisions for preliminary approval. | $17.00 |
| 12/13/2011 | Round trip flight for T. Battin to attend Special Master Proceeding. | $826.40 |
| 12/13/2011 | Taxi from SFO to hotel for T. Battin while in SF to attend special master proceeding. | $50.00 |
| 12/13/2011 | Hotel bill at Westin SF for T. Battin while attending special master meeting. | $309.93 |
| 12/14/2011 | Taxi fare for T. Battin from hotel to special master meeting. | $10.00 |
| 12/14/2011 | Cab fare for T. Battin from special master meeting to airport. | $50.00 |
| 12/14/2011 | Breakfast at Ducca for T. Battin and D. Mogin while in SF to attend special master proceeding. | $69.86 |
| 12/14/2011 | Dinner at Amphora Restaurant for T. Battin upon return from special master meeting. | $26.58 |
| 12/15/2011 | Parking fees at Dulles Airport for T. Battin while attending special master proceeding in SF. | $49.00 |

**Total: $108,245.91**

Schedule N
Assessments to Litigation Fund/Miscellaneous

| Date | Description | Amount |
|---|---|---|
| 1/13/2006 | DRAM Cost Sharing Fund – F. Scarpulla – Assessment | $40,000.00 |
| 2/10/2006 | Casesoft timeline software on March AmEx | $199.00 |
| 8/7/2006 | DRAM Cases Cost Sharing Fund – F. Scarpulla – DRAM Assessment Fund- Chk# 20107 – Sent: 8/8/06 | $40,000.00 |
| 12/14/2006 | DRAM Cases Cost Sharing Fund - $50,000 – Ck#20438 – FedEx to F. Scarpulla | $50,000.00 |
| 9/6/2007 | DRAM Cases Cost Sharing Fund – Ck#21043 – FedEx to C. Cusick | $50,000.00 |
| 10/31/2007 | Cate Cusick, Zelle Hoffman Voelbel Mason & Gette for DRAM Cases Cost Sharing Fund to cover all current assessment requests | $25,000.00 |
| 1/1/2008 | Assessment made payable to the "DRAM Antitrust Litigation Fund" | $50,000.00 |
| 2/10/2009 | Assessment made payable to the "DRAM Antitrust Litigation Fund" sent via Federal Express to F. Scarpulla | $15,000.00 |
| 4/20/2009 | Check made payable to "DRAM Antitrust Litigation Fund" sent via Federal Express to F. Scarpulla per previous email correspondence | $15,000.00 |
| 10/18/2011 | Asssessment for expert costs paid to DRAM Litigation Fund | $30,000.00 |

**Total: $315,199.00**

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

In re: DYNAMIC RANDOM ACCESS          :
MEMORY (DRAM) ANTITRUST               :      MDL No. 1486
LITIGATION                            :
_____     :
                                      :
This Document Relates to:             :
                                      :
ALL INDIRECT PURCHASER ACTIONS        :
                                      :
_____     :

**DECLARATION OF GUSTAFSON GLUEK PLLC IN SUPPORT OF INDIRECT**
**PURCHASE PLAINTIFFS' MOTION FOR AN AWARD OF**
**ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

I, Daniel E. Gustafson, declare as follows:

1.    I am a founding member of the law firm Gustafson Gluek PLLC, which is Co-Lead Counsel for the Indirect Purchaser Plaintiffs ("IPP"). I submit this Declaration in support of IPP Counsel's application for an award of attorneys' fees in connection with services rendered in the above action and reimbursement of expenses incurred by this firm related to the investigation, prosecution, and settlement of claims in the course of this litigation. I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would testify competently to them.

2.    This firm has substantial experience in complex litigation and antitrust class action cases, including litigating numerous indirect purchaser antitrust class action cases. A firm biography and the biography of each attorney currently employed with the firm who has worked more than twenty hours on this case are attached hereto as Exhibit 1.

3.    The firm kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred. All of the time and expenses

1    reported by the firm were incurred for the benefit of the IPPs.  The firm's

2    compensation for services rendered in this case was wholly contingent on the success

3    of this litigation, and was totally at risk.  While the firm devoted its time and

4    resources to this matter, it has foregone other legal work, including hourly work, for

5    which it would have been compensated.

6         4.    The total number of hours spent on this litigation, from inception

7    through May 31, 2013, by attorneys and paralegals at this firm has been 17,375.60.

8    Time spent preparing the fee petition and related documents is not included.

9         5.    The total lodestar for this time, calculated at the firm's current hourly

10   rates, is $9,650,534.50, and its total lodestar calculated at historic hourly rates during

11   the litigation is $6,706,369.00.

12        6.    Attached hereto as Exhibit 2 is a summary schedule showing the total

13   time spent by each attorney and paralegal of this firm during the entire litigation,

14   with the lodestar calculation for each attorney at both historical rates and current

15   rates, and also detailed schedules for each year showing the total time spent by each

16   attorney and paralegal during that year and the year's lodestar calculation for that

17   attorney or paralegal based on the historic and current billing rates.  The schedule

18   was prepared from contemporaneous daily time records regularly maintained by this

19   firm, which are available at the request of the Court.

20        7.    This firm has expended a total of $599,915.30 in non-reimbursed

21   expenses in connection with the prosecution of this litigation.  These expenses are

22   summarized as follows:

| EXPENSE | AMOUNT |
|---|---|
| Copying Charges (including outside copies) | $ 51,414.25 |
| Court Fees (filing, etc.) | $ 6,160.00 |
| Computer Research (Lexis, Westlaw, PACER) | $ 21,539.97 |

-2-

DECLARATION OF GUSTAFSON GLUEK PLLC IN SUPPORT OF IPPS' MOTION FOR AN AWARD OF
ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES

MDL No.1486

| | |
|---|---|
| Expert Services | $ 8,388.30 |
| Telephone and Facsimile | $ 9,312.84 |
| Postage/Express Delivery/Messenger | $ 8,063.35 |
| Travel: Air Transportation, Ground Travel, Meals, | $ 110,749.96 |
| and Lodging | |
| Common Litigation Fund | $ 382,000.00 |
| Outside IT Services/Database Work | $ 876.25 |
| Outside Conference Center Facilities | $ 1,410.38 |
| (Document Review and Mediation) | |
| **TOTAL EXPENSES:** | **$ 599,915.30** |

8.     The expenses incurred pertaining to this case are reflected in the books and records of this firm maintained in the ordinary course of business.  These books and records are prepared from expense vouchers, invoices, check records and similar items, and are an accurate record of expenses incurred.  Attached hereto as Exhibit 3 are schedules detailing all of these expenses.

9.     In the almost eleven years between the filing of the first complaints in this action, the final settlement with Toshiba in October 2012, and the Special Master's recent Reports and Recommendations regarding the settlements and class certification, IPP Counsel have devoted extraordinary effort and resources on behalf of the IPP class members.  This firm, together with the other five IPP leadership firms, has been extensively involved in the leadership, as well as the day-to-day activities, in all aspects of this litigation on behalf of the IPPs, including by performing the following work:

- Conducted an extensive investigation of potential price-fixing of DRAM.  This due diligence led us to believe that the defendants

-3-

DECLARATION OF GUSTAFSON GLUEK PLLC IN SUPPORT OF IPPS' MOTION FOR AN AWARD OF ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES

MDL No.1486

ultimately named in the complaint had engaged in an unlawful conspiracy to stabilize the prices of DRAM at supra-competitive levels;

- Retained experts to analyze the DRAM market conditions, including pricing, supply and distribution;

- On October 28, 2004, Gustafson Gluek filed a complaint in Minnesota state court and subsequently filed additional state court complaints in Arizona, Florida, Nebraska, New York, North Carolina, North Dakota, Ohio, South Dakota, Tennessee, Vermont and Wisconsin;

- Although IPP counsel eventually agreed to stay the state court actions in order to better coordinate with the MDL action, IPP counsel continues to apprise the state court Judges of the MDL case status even until this day. Furthermore, during the period in which the cases were not stayed, we responded to motions to dismiss, including on jurisdictional grounds;

- In 2005, this firm filed a complaint on behalf of indirect purchasers of DRAM in federal court in the District of Maine, in the Northern District of Mississippi Western Division, and in the Northern District of Ohio Eastern Division;

- In the fall of 2004 and early 2005, negotiated with other counsel around the country that had filed additional state court and federal court cases in an effort to coordinate all nationwide IPP cases;

- Conducted additional investigations concerning the DOJ's indictments and defendants' plea agreements;

-4-

DECLARATION OF GUSTAFSON GLUEK PLLC IN SUPPORT OF IPPS' MOTION FOR AN AWARD OF ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES

MDL No.1486

1      • Participated in the preparation of and filing of the *Petro* complaint in
2      this Court, and related it to the ongoing direct purchaser DRAM
3      MDL proceeding in this Court;

4      • Working jointly with counsel in all IPP cases filed in both state and
5      federal courts throughout the nation, obtained the transfer,
6      consolidation, and coordination of all of the federal court IPP actions
7      in the MDL proceeding in this Court, and coordinated the remaining
8      state court actions;

9      • Organized plaintiffs' counsel to efficiently prosecute the MDL cases,
10      by creating a leadership structure consisting of the four Co-Lead
11      Counsel of Cooper & Kirkham, P.C., The Mogin Law Firm, P.C.,
12      Gustafson Gluek PLLC and Straus & Boies, LLP, Liaison Counsel
13      Law Offices of Francis O. Scarpulla (succeeded by Zelle, Hofmann,
14      Voelbel, Mason & Gette LLP), and Chair of the Plaintiffs' Executive
15      Committee Gross & Belsky LLP (succeeded by Gross Belsky
16      Alonso LLP);

17      • With this leadership, established a method for funding the litigation,
18      and managed counsel so that the work was performed effectively and
19      efficiently;

20      • Oversaw, managed, and participated in the coordinated efforts of all
21      discovery, including document productions, written discovery, data
22      productions, third-party discovery, depositions and discovery
23      motions;

24      • Supervised and participated in the propounding of discovery requests
25      to defendants;

26

27      -5-

28
DECLARATION OF GUSTAFSON GLUEK PLLC IN SUPPORT OF IPPS' MOTION FOR AN AWARD OF ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES

MDL No.1486

- Supervised and participated in meet and confers with the defendants concerning document production and other discovery issues;
- Supervised, organized, and participated in the electronic document review of over four million pages of documents produced by defendants and numerous third parties, some of which were in foreign languages and which needed to be translated, including developing a document review approach using a then-groundbreaking electronic document depository and electronic search;
- Supervised and participated in the service of subpoenas on over 30 third parties, negotiated with the third parties concerning their responses and productions, and reviewed and analyzed the third-party information obtained;
- Supervised and participated in the work with the IPP expert economists to ensure that the sales and transactional data obtained was sufficient to enable the experts to do appropriate damages calculations;
- Supervised and participated in the depositions of over 100 witnesses from defendants and third parties in this country, in Asia, and in Europe;
- Supervised and participated in the production of documents on behalf of the named plaintiffs in the lead *Petro* case, as well as the defense of the depositions of these class representatives;
- Supervised and participated in the drafting and argument of the IPPs' opposition to defendant's motion for judgment on the pleadings;

-6-

DECLARATION OF GUSTAFSON GLUEK PLLC IN SUPPORT OF IPPS' MOTION FOR AN AWARD OF
ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES

MDL No.1486

- Supervised and participated in the preparation of a Second Amended Complaint in response to the Court's ruling granting defendants' motion for judgment on the pleadings;
- Supervised and participated in the drafting and argument of the IPP's opposition to defendants' motion to dismiss the Second Amended Complaint;
- Successfully moved for and obtained permission from the Court to file an interlocutory appeal with the Ninth Circuit and then successfully petitioned the Ninth Circuit for permission to appeal the Court's ruling granting defendants' motion to dismiss the Second Amended Complaint;
- Supervised and participated in the preparation of the opening and reply briefs in support of the Ninth Circuit appeal;
- Supervised and participated in the preparation of the IPP's motion for class certification, including the preparation of the two expert reports submitted in support of the motion;
- Supervised and participated in the defense of the depositions of the two IPP experts, and in taking the deposition of defendants' expert, as part of the class certification process;
- Engaged in settlement discussions with various defendants in early 2006, which led to settlements with Samsung and Winbond in early 2007;
- Participated in numerous mediation sessions with Judge Daniel J. Weinstein and direct negotiations with the remaining defendants, resulting in a settlement with the remaining defendants in December 2010;

-7-

DECLARATION OF GUSTAFSON GLUEK PLLC IN SUPPORT OF IPPS' MOTION FOR AN AWARD OF ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES

MDL No.1486

- Supervised and participated in the negotiations with three other DRAM manufacturers – Toshiba, Mitsubishi and Hitachi – that had not been named as defendants, but had entered into tolling agreements with the IPPs, which led to settlements with these three DRAM manufacturers in December 2011 and July 2012;

- Supervised and participated in the negotiation and preparation of the settlement agreements for each of the settlements;

- Engaged in extensive post-settlement proceedings before the Special Master to address the fairness of the settlements, class certification, allocation of the settlement proceeds, and notice issues, including the preparation and submission of expert reports and extensive briefing on these issues.

10.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

-8-

DECLARATION OF GUSTAFSON GLUEK PLLC IN SUPPORT OF IPPS' MOTION FOR AN AWARD OF ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES

MDL No.1486

Executed this ___ day of August, 2013.

_____
Daniel E. Gustafson

DECLARATION OF GUSTAFSON GLUEK PLLC IN SUPPORT OF IPPS' MOTION FOR AN AWARD OF
ATTORNEYS FEES AND REIMBURSEMENT OF EXPENSES

MDL No.1486

# EXHIBIT 1

# GUSTAFSON GLUEK PLLC

### *Firm Résumé*

Gustafson Gluek PLLC is a Minneapolis law firm with a national practice, with emphasis in antitrust, consumer protection and class action litigation. The six members of the firm have over ninety years of experience in these areas, as well as in the areas of intellectual property litigation involving patents, trademarks and trade dress, complex business litigation, and securities fraud litigation.

Gustafson Gluek PLLC practices before state and federal courts throughout the country and works with and opposes some of the nation's largest companies and law firms. The firm was formed in May 2003.

## Daniel E. Gustafson

Daniel E. Gustafson is a founding member of Gustafson Gluek PLLC. He is a *magna cum laude* graduate of the University of North Dakota with majors in Economics and Sociology (B.A. 1986) and a *cum laude* graduate of the University of Minnesota Law School (J.D. 1989). He was a member of the Minnesota Law Review from 1987 to 1989, serving as an Associate Research Editor in 1988-1989.

During law school, he clerked for Opperman & Paquin (1987-1989), a firm that also practiced in the areas of antitrust, consumer protection and class action litigation.

After law school, Mr. Gustafson served as a law clerk to the Honorable Diana E. Murphy, United States District Judge for the District of Minnesota (1989-91).

Following his judicial clerkship, Mr. Gustafson returned to his former firm (then known as Opperman Heins & Paquin) and continued his work in the fields of antitrust and consumer protection class action litigation.

1

In April 1994, Mr. Gustafson became a founding member and partner in the law firm of Heins Mills & Olson, P.L.C. Between April 1994 and May 2003, Mr. Gustafson continued his work in antitrust and consumer protection class action litigation and also developed a boutique practice of assisting national patent and intellectual property firms in litigation matters. In May 2003, Mr. Gustafson formed Gustafson Gluek PLLC where he continues to practice antitrust and consumer protection class action law.

Mr. Gustafson is admitted to practice in the United States District Court for the District of Minnesota, the United States District Court for the District of North Dakota, the United States District Court for the Eastern District of Michigan, the United States Courts of Appeals for the Fifth, Eighth and Eleventh Circuits and in the United States Supreme Court.

Mr. Gustafson is also an adjunct professor at the University of Minnesota Law School teaching a spring semester seminar on the "Fundamentals of Pretrial Litigation."

Mr. Gustafson is a past president of the Federal Bar Association, Minnesota Chapter (2002-2003) and served in various capacities in the Federal Bar Association over the last several years. In 2009, he was involved in developing the Federal Bar Association's *Pro Se* Project, which coordinates volunteer representation for *pro se* litigants. He was the Vice-Chair of the 2003 Eighth Circuit Judicial Conference held during July 2003 in Minneapolis (Judge Diana E. Murphy was the Chair of the Conference). He is a member of the Hennepin County, Minnesota, Federal and American Bar Associations.

In 2001-2012, Mr. Gustafson was designated by *Law & Politics* magazine as a Minnesota "Super Lawyer," in the fields of business litigation, class actions and antitrust. "Super Lawyer" selection results from peer nominations, a "blue ribbon" panel review process and independent research on the candidates; no more than 5% of lawyers in Minnesota are selected as "Super Lawyers." He was also ranked in the Top 100 MN Super Lawyers in 2012. In 2005, Mr.

Gustafson was one of only eleven Minnesota attorneys selected as a "Super Lawyer" in the field of antitrust litigation. Mr. Gustafson was also selected as one of *Minnesota Lawyer's* Attorneys of the Year for 2010. He was selected based on nominations from across the state.

In September 2011, Mr. Gustafson testified before the House Committee on the Judiciary, Subcommittee on Intellectual Property, Competition and the Internet regarding the proposed merger between Express Scripts and Medco. Mr. Gustafson also testified before the United States Congressional Commission on Antitrust Modernization in June 2005. In addition to congressional testimonies, Mr. Gustafson has authored or presented numerous seminars and continuing legal education pieces on various topics related to class action litigation, antitrust, consumer protection or legal advocacy. Recent co-authored chapters by Mr. Gustafson include "Pretrial Discovery in Civil Litigation" in *Private Enforcement of Antitrust Law in the United States* and "Obtaining Evidence" in *The International Handbook on Private Enforcement of Competition.*

Mr. Gustafson is currently or has recently been named as Lead Counsel, Co-Lead Counsel or a member of the Executive Committee in the following cases: *In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litig.* (D. Minn.); *In re National Arbitration Forum Litig.* (D. Minn.); *In re Comcast Corp. Set-Top Cable Television Box Antitrust Litig.* (E.D. Pa.); *In re DRAM Antitrust Litig.* (N.D. Cal. and multiple state court actions); *In re Medtronic, Inc. Implantable Defibrillators Products Liability Litig.* (D. Minn.); *St. Barnabas Hospital, Inc. et al. v. Lundbeck, Inc. et al.* (D. Minn.); *In re Vitamin C Antitrust Litig.* (E.D.N.Y.) (indirect purchaser class); *In re Flash Memory Antitrust Litig.* (N.D. Cal.); *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.); *Aspartame Antitrust Litig.* (E.D. Pa.) (direct purchaser class); and *Yarrington v. Solvay Pharmaceuticals, Inc. et al.* (D. Minn.).

Mr. Gustafson is currently or has recently been actively involved in the representation of plaintiffs and plaintiff classes in numerous cases, including: *In re Wellbutrin XL Antitrust Litig.*

(E.D. Pa.); *In re Androgel Antitrust Litig.* (N.D. Ga.); *In re Wellbutrin SR/Zyban Direct Purchaser Antitrust Litig.* (E.D. Pa.); *In re Dry Max Pampers Litig.* (S. D. Ohio); *Dryer et al. v. Nat'l Football League* (D. Minn.); *In re Ready-Mixed Concrete Antitrust Litig.* (S.D. Ind.); *In re Intel Corp Microprocessor Antitrust Litig.* (D. Del.); *In re Urethane Antitrust Litig.* (D. Kan.); *SAJ Distributors, Inc. et al. v. SmithKline Beecham Corp. et al.* (E.D. Va.) (*"Augmentin"*); and *Iverson et al. v. Pfizer, Inc. et al.* (D. Minn.) (*"Canadian Prescription Drugs"*); *In re Cathode Ray Tube Antitrust Litig.* (N.D. Cal.); *In re Flat Glass Antitrust Litig. (II)*, (W.D. Pa.); *In re TFT-LCD (Flat Panel) Antitrust Litig.* (N.D. Cal.); *In re Air Cargo Shipping Services Antitrust Litig.* (E.D.N.Y.).

He also has participated in the representation of plaintiff classes in other cases, including: *In re BP Propane Indirect Purchaser Antitrust Litig.* (N.D. Ill.); *Lief et al. v. Archer Daniels Midland Co., et al.* (D. Minn) (*"Indirect MSG"*); *In re Premarin Antitrust Litig.* (S.D. Ohio); *Blevins v. Wyeth-Ayerst Labs., Inc.* (Cal. Super. Ct.); *Ellerbrake v. Campbell Hausfeld* (20th Jud. Ct. Ill.) (*"Air Compressors"*); *Nichols et al. v. Smithkline Beecham Corp.* (E.D. Pa.) (*"Paxil"*); *Heerwagen v. Clear Channel Communications, Inc.* (S.D.N.Y.); *Wiginton v. CB Richard Ellis* (N.D. Ill.); *Samples v. Monsanto Co.* (E.D. Mo.) (*"Bio Seeds"*); *In re Magnetic Audiotape Antitrust Litig.* (S.D.N.Y.); *In re Terazosin Hydrochloride Antitrust Litig.* (S.D. Fla.) (*"Hytrin"*); *In re High Pressure Laminates Antitrust Litig.* (S.D.N.Y.); *High Pressure Laminates Antitrust Litig.* (multiple state court indirect purchaser actions); *In re Vitamins Antitrust Litig.* (D.D.C.); *Minnesota Vitamins Antitrust Litig.* (Minn. 2nd Jud. Dist.); *Infant Formula Antitrust Litig.* (multiple state court actions; lead trial counsel for Wisconsin action); *Shaw v. Dallas Cowboys Football Club* (E.D. Pa.) (*"NFL"*); *Thermal Fax Paper Antitrust Litig.* (state court actions in Minnesota, Wisconsin and Florida) (*"Fax Paper"*); *Lazy Oil, Inc. v. Witco Corp.* (W.D. Pa.) (*"Penn Grade"*); *In re Molybdenum Antitrust Litig.* (W.D. Pa.); *In re Motorsports Merchandise*

*Antitrust Litig.* (N.D. Ga.); *In re Commercial Explosives Antitrust Litig.* (D. Utah); *In re Diamonds Antitrust Litig.* (S.D.N.Y.); *In re Drill Bits Antitrust Litig.* (S.D. Tex.); *In re Catfish Antitrust Litig.* (D. Miss.); *In re Steel Drums Antitrust Litig.* (S.D. Ohio); *In re Steel Pails Antitrust Litig.* (S.D. Ohio); *In re Bulk Popcorn Antitrust Litig.* (D. Minn.); *In re Workers' Compensation Ins. Antitrust Litig.* (D. Minn.); *Cimarron Pipeline Constr., Inc. v. National Council on Compensation Ins.* (W.D. Okla.); *Schmulbach v. Pittway Corp.* (Ill., 11th Jud. Dist.) ("*Smoke Detectors*"); *In re Commercial Tissue Antitrust Litig.* (N.D. Fla.); *In re Sodium Gluconate Antitrust Litig.* (N.D. Cal.); and *AL Tech Specialty Steel Corp. v. UCAR Int'l.* (E.D. Pa.) ("*Specialty Steel*").

Mr. Gustafson is also currently or has recently been involved in other non-class complex litigation concerning antitrust, consumer protection, contract, unfair competition, trademark and patent infringement claims, including: *Synthes USA, LLC v. Spinal Kinetics* (N.D. Cal.); *KBA-Giori, North America, Inc., v. Muhlbauer, Inc.* (E.D. Va.) ("*KBA II*"); *KBA-Giori, North America, Inc. v. Muhlbauer, Inc.* (E.D. Va.) ("*KBA I*"); *Spine Solutions, Inc., v. Medtronic Sofamor Danek, Inc.* (W.D. Tenn.); *Harmon v. Innomed Technologies, Inc.* (S.D. Ga); *J.D. Edwards World Solutions Company Arbitrations* (AAA) (trial counsel for Quantegy and Amherst); *INO Therapeutics, Inc. v. SensorMedics Corp.* (D.N.J.); and *In re National Metal Technologies, Inc.* (S.D. Cal.).

He also has represented parties in other unfair competition, trademark, and patent infringement cases, including: *Transclean Corp. v. MotorVac Technologies, Inc.* (D. Minn.); *Ryobi Ltd. v. Truth Hardware Corp.* (D. Minn.); *Minnesota Mining & Mfg. Co. v. Fellowes Mfg. Co.* (D. Minn.); *Eastman Kodak Co. v. Minnesota Mining & Mfg. Co.* (W.D.N.Y.); *On Assignment, Inc. v. Callander* (Minn., 4th Jud. Dist.); and *Rainforest Cafe, Inc., v. Amazon, Inc.* (D. Minn.); *Medical Graphics Corp. v. SensorMedics Corp.* (D. Minn.); *Medtronic, Inc., v.*

*Intermedics Inc.* (D. Minn.); *Cardiac Pacemakers, Inc. v. Robert Warner* (D. Minn.); *Cardiac Pacemakers, Inc. v. Intermedics Inc.* (D. Minn.); *Birchwood Laboratories v. Citmed Corp.* (D. Minn.); *Hammond v. Hitachi Power Tools, Inc.* (D. Minn.); *McCarthy v. Welshman* (D. Minn.); and *UFE, Inc., v. Alpha Enters., Inc.* (D. Minn.).

## Karla M. Gluek

Karla M. Gluek is a founding member of Gustafson Gluek PLLC.  She is a graduate of the University of St. Thomas with a major in English (B.A. 1990) and is a *cum laude* graduate of William Mitchell College of Law (J.D. 1993).

During law school she clerked for the Minnesota Attorney General's Office (1993-1994). Shortly after graduating from law school Ms. Gluek served as a law clerk to the Honorable Gary Larson, District Judge, Fourth Judicial District of Minnesota (1994).

After her clerkship, Ms. Gluek joined Heins Mills & Olson, P.L.C. as an associate attorney and began her work in antitrust and consumer protection class action litigation.  Ms. Gluek also assisted Mr. Gustafson in the development of his practice assisting national patent and intellectual property firms in litigation matters.  In January 2003, Ms. Gluek became a partner at Heins Mills & Olson, P.L.C. In May, 2003, Ms. Gluek joined Mr. Gustafson in forming Gustafson Gluek PLLC.

She is admitted to practice in the U.S. District Court for the District of Minnesota and the Eighth Circuit Court of Appeals.  Ms. Gluek is a member of the Hennepin County, Minnesota and Federal Bar Associations.

In 2011-2012, she was designated by *Law & Politics* magazine as a Minnesota "Super Lawyer," in the field of antitrust law.  "Super Lawyer" selection results from peer nominations, a "blue ribbon" panel review process and independent research on the candidates; no more than 5% of lawyers in Minnesota are selected as "Super Lawyers."

Ms. Gluek is currently, or has been actively involved in the representation of plaintiffs and plaintiff classes in numerous cases including: *In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litigation* (D. Minn.); *In re National Arbitration Forum Litigation* (D. Minn.); *In re Wellbutrin XL Antitrust Litigation* (E.D. Pa.); *In re Dry Max Pampers Litig. (S.D. Ohio); St. Barnabas Hospital, Inc. et al. v. Lundbeck, Inc. et al.* (D. Minn.); *In re Androgel Antitrust Litigation* (N.D. Ga.); *In re Comcast Corp, Set-Top Cable Television Box Antitrust Litigation* (E.D, Pa); *In re Medtronic, Inc. Implantable Defibrillators Products Liability Litigation* (D. Minn.); *In re Wellbutrin SR/Zyban Direct Purchaser Antitrust Litig.* (E.D. Pa.); *Dudek v. Medtronic* (D. Minn.); *SAJ Distributors, Inc. et al. v. SmithKline Beecham Corp. et al.* (E.D. Va.) ("*Augmentin*"); *Iverson et al. v. Pfizer, Inc. et al.* (D. Minn) ("*Canadian Prescription Drug*"); *Yarrington v. Solvay Pharmaceuticals, Inc. et al.* (D. Minn.) ("*Estratest*"); *Lief et al. v. Archer Daniels Midland Co. et al.* (D. Minn.) ("*Indirect MSG*"); *Ellerbrake v. Campbell Hausfeld* (20th Jud. Ct. Ill.) ("*Air Compressors*"); *Nichols et al. v. Smithkline Beecham Corp.* (E.D. Pa.) ("*Paxil*"); *Heerwagen v. Clear Channel Communications, Inc.* (S.D.N.Y.); *Wiginton v. CB Richard Ellis* (N.D. Ill.); *Robin Drug Co. v. PharmaCare Management Services Inc.* (Minn. 4th Jud. Dist.) ("*Pharmacy Underpayment*").

She also has been involved in other class actions and complex cases, including: *In re MSG Antitrust Litig.* (D. Minn.) ("*MSG*"); *In re Minnesota Vitamin Antitrust Litig.* (Minn., 2nd Jud. Dist.); *Samples v. Monsanto Co.* (E.D. Mo.) ("*Bio Seeds*"); *In re Terazosin Hydrochloride Antitrust Litig.* (S.D. Fla.) ("*Hytrin*"); and *In re Magnetic Audiotape Antitrust Litig.* (S.D.N.Y.); *In re Grand Casinos Inc. Sec. Litig.* (D. Minn.); *In re Olympic Fin., Ltd. Sec. Litig.* (D. Minn.); *Schmulbach v. Pittway Corp.* (Ill., 12th Jud. Dist.) ("*Smoke Detectors*"); *Ruff v. Parex, Inc.* (N.C. New Hanover Cty. Sup. Ct.) ("*EIFS*"); *Behm v. John Nuveen & Co., Inc.* (Minn. 4th Jud. Dist.); *Infant Formula Antitrust Litig.* (multiple state court actions); *In re Prudential Ins. Co. Sales*

7

*Practices Litig.* (D.N.J.); *Big Valley Milling, Inc. v. Archer Daniels Midland Co.* (Minn. 8th Jud. Dist.) ("*Lysine*"); *In re High-Fructose Corn Syrup Antitrust Litig.* (C.D. Ill.); *Raz v. Archer Daniels Midland Co.* (Minn. 8th Jud. Dist.) ("*Citric Acid*"); and *S&S Forage Equip. Co. v. Up North Plastics, Inc.* (D. Minn.) ("*Silage Bags*").

Ms. Gluek also is or has been involved in other non-class complex cases involving antitrust, consumer protection, contract, unfair competition, trademark and patent infringement claims, including: *Synthes USA, LLC v. Spinal Kinetics, Inc.* (N.D. Cal.); *KBA-Giori, North America, Inc., v. Muhlbauer, Inc.* (E.D. Va.) ("*KBA II*"); *KBA-Giori, North America, Inc., v. Muhlbauer, Inc.* (E.D. Va.) ("*KBA I*"); *Spine Solutions, Inc. v. Medtronic Sofamor Danek, Inc.* (W.D. Tenn.); *Harmon v. Innomed Technologies, Inc.* (S.D. Ga.); *J.D. Edwards World Solutions Company Arbitrations* (AAA); *INO Therapeutics Inc. v. SensorMedics Corp.* (D.N.J.); *In re National Metal Technologies, Inc.* (S.D. Cal.); *Transclean Corp. v. MotorVac Technologies, Inc.* (D. Minn.); *Cardiac Pacemakers, Inc. v. Warner* (D. Minn.); *Intermedics, Inc. v. Cardiac Pacemakers, Inc.* (D. Minn.); *Hammond v. Hitachi Power Tools, Inc.* (D. Minn.); *Minnesota Mining & Mfg. Co. v. Fellowes Mfg. Co.* (D. Minn.); *UFE, Inc. v. Alpha Enters., Inc.* (D. Minn.); *Eastman Kodak Co. v. Minnesota Mining & Mfg. Co.* (W.D.N.Y.); and *On Assignment, Inc. v. Callander* (Minn., 4th Jud. Dist.).

### Jason S. Kilene

Jason S. Kilene is a member in the firm of Gustafson Gluek PLLC. He is a graduate of the University of North Dakota (B.A. 1991) with a major in Political Science and a graduate of the University of North Dakota School of Law *with distinction* (J.D. 1994).

After graduating from law school, Mr. Kilene served as law clerk to the Honorable Bruce M. Van Sickle, United States District Judge, District of North Dakota. Prior to joining Gustafson Gluek PLLC in August 2003, Mr. Kilene practiced in the areas of antitrust, securities and business

8

litigation at the law firms of Oppenheimer Wolff & Donnelly, LLP, and Heins Mills & Olson, P.L.C.

Mr. Kilene is admitted to the Minnesota Bar, North Dakota Bar and is admitted to practice in the United States District Court for the District of Minnesota. He is also a member of the Hennepin County, Minnesota, North Dakota and Federal Bar Associations.

He is currently or has recently been involved in the representation of plaintiffs and plaintiff classes in numerous cases including: *In re Optical Disk Drive Antitrust Litig. (N.D. Cal.); Kleen Products LLC, et al. v. Packaging Corporation of America et al. (N.D. Ill.); In re American Express Anti-Steering Rules Antitrust Litig. (E.D.N.Y.); In re Automotive Parts Antitrust Litig. (E.D. Mich.); In re NCAA Student-Athlete Name & Likeness Licensing Litig. (N.D. Cal); Dryer v. National Football League (D. Minn.); In re Ductile Iron Pipe Fittings Indirect Purchaser Antitrust Litig. (D.N.J.); In re Pool Products Distribution Market Antitrust Litig. (E.D. La.); In re Potash Antitrust Litig. (II) (N.D. Ill.); In re Florida Cement and Concrete Antitrust Litig. (S.D. Fla.); In re Photochromic Lens Antitrust Litig. (M.D. Fla.); In re Imprelis Herbicide Marketing, Sales Practices, and Products Liability Litig. (E.D. Pa.); In re Urethane Antitrust Litig. (D. CalCalKan.); In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig. (E.D.N.Y.); In re Intel Corp Microprocessor Antitrust Litig. (D. Del.); Carolos Lossada v. Union Oil Company of California (Sup. Ct. Cal.); In re ATM Fee Antitrust Litig. (N.D. Cal.) ("ATM"); Edwards et al. v. National Milk Producers Federation, et al. (N.D. Cal.); Ticho v. Budget Rent A Car System, Inc. (Sup. Ct. Cal.); In re BP Propane Indirect Purchaser Antitrust Litig. (N.D. Ill.); In re Aftermarkets Filters Antitrust Litig. (N.D. Ill.); In re Chocolate Confectionary Antitrust Litig. (M.D. Pa.); In re Cathode Ray TubeAntitrust Litig. (N.D. Ca.); In re Flat Glass Antitrust Litig. (II), (W.D. Pa.); In re Online DVD Rental Antitrust Litig. (N.D. Ca.); In re Steel Antitrust Litig. (N.D. Ill.); Universal Delaware et al. v. Comdata Corporation et al. (E.D. Pa.); In re*

*Vitamins Antitrust Litig.* (D.D.C.); *In re Broadcom Corp. Securities Litig.* (C.D. Cal.); *In re High Pressure Laminates Antitrust Litig.* (S.D.N.Y.); *Microsoft Indirect Purchaser Antitrust Litig.* (Minnesota and North Dakota); and *In re Relafen Antitrust Litig.* (N.D. Cal.).

Mr. Kilene has been involved in other complex cases involving antitrust, consumer protection, contract and unfair competition, including: *In re J.D. Edwards World Solutions Company* (AAA) (trial counsel for Quantegy and Amherst) and *National Metal Technologies, Inc. et al. v. Alliant Techsystems, Inc. et al.* (S.D. Cal.) ("NMT").

## Daniel C. Hedlund

Daniel C. Hedlund is a member of Gustafson Gluek PLLC. He is a graduate of Carleton College (B.A. 1989) and is a *cum laude* graduate of the University of Minnesota Law School (J.D. 1995). He was a Note and Comment Editor and member of the Minnesota Journal of Global Trade from 1993-1995 and a recipient of the Federal Bar Association's John T. Stewart, Jr. Memorial Fund Writing Award (1994).

Mr. Hedlund served as a law clerk to the Honorable Gary L. Crippen, Minnesota Court of Appeals (1997) and to the Honorable Dolores C. Orey, Fourth Judicial District of Minnesota (1995-1996).

Mr. Hedlund has practiced in the areas of antitrust, securities fraud, and consumer protection since 1997. He is admitted to practice in the United States District Court for the District of Minnesota, the Eighth Circuit Court of Appeals, the Second Circuit Court of Appeals, and in Minnesota State Court. Mr. Hedlund is a member of the Federal, Minnesota, and Hennepin County Bar associations. Mr. Hedlund is active in the Minnesota Chapter of the Federal Bar Association, currently serving as Co-Vice President for the Eighth Circuit. He has previously served as Liaison between the Federal Bar Association and the Minnesota State Bar Association and as Secretary of the Federal Bar Association, Minnesota Chapter. He currently

serves as Secretary for the Consumer Litigation Section of the Minnesota State Bar Association and is President-Elect of the Committee to Support Antitrust Laws. In addition to presenting at CLEs, he has recently testified before the Minnesota legislature on competition law.

Mr. Hedlund is currently, or has been actively involved in the representation of plaintiffs and classes in numerous cases, including: *The Shane Group, Inc. v. Blue Cross Blue Shield of Michigan* (E.D. Mich.); *American Electric Motor Services Inc. v. Blue Cross Blue Shield of Alabama* (N.D. Ala.); *In re DRAM Antitrust Litigation* (multiple federal and state court actions) (indirect purchaser class); *In re Flash Memory Antitrust Litigation* (N.D. Cal.); *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.); *In re Processed Egg Products Antitrust Litigation* (E.D. Pa.); *In re Refrigerant Compressors Antitrust Litigation* (E.D. Mi.); *In re SIGG Switzerland (USA), Inc. Aluminum Bottles Marketing and Sales Practices Litigation* (W.D. Ky.); *In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y.); *In re St. Paul Travelers Securities Litigation II* (D. Minn.); *In re Digital Music Antitrust* (S.D.N.Y.); *In re OSB Antitrust Litigation* (E.D. Pa.); *In re Vitamin C Antitrust Litigation* (E.D.N.Y.); *In re Funeral Consumers Antitrust Litigation* (S.D. Tex.); *McIntosh v. Monsanto Co.* (E.D. Mo.); *In re AOL Time Warner Securities Litigation* (S.D.N.Y.); *In re Commercial Tissue Antitrust Litigation* (N.D. Fla.); *In re Universal Service Fund Telephone Billing Practices Litigation* (D. Kan.); *In re Green Tree Financial Stock Litigation* (D. Minn.); *In re NASDAQ Market-Makers Antitrust Litigation* (S.D.N.Y.); *In re Polypropylene Carpet Antitrust Litigation* (N.D. Ga.); *In re Buffets, Inc. Securities Litigation* (D. Minn.); *In re Mercedes Benz Antitrust Litigation* (D.N.J.); *In re Xcel Energy, Inc. Securities Litigation* (D. Minn.); *In re Blue Cross Subscriber Litigation* (D. Minn.); *In re MSG Antitrust Litigation* (D. Minn.); *In re Mercury Finance Co. Securities Litigation* (N.D. Ill.); *In re Olympic Financial Securities Litigation* (D. Minn.); and *In re Flat Glass Antitrust Litigation* (W.D. Pa.).

11

**Amanda M. Williams**

Amanda Williams is a member of Gustafson Gluek PLLC.  She is a *magna cum laude* graduate of Gustavus Adolphus College (B.A. 2001) with a major in Psychology and a graduate of the University of Minnesota Law School (J.D. 2004).  Ms. Williams is admitted to the Minnesota Bar and is admitted to practice in the U.S. District Court for the District of Minnesota.

During law school, Ms. Williams studied comparative international law abroad in Greece and served as a judicial extern for the Honorable George W. Perez, Minnesota Tax Court.  Ms. Williams also participated in the Jessup International Law Moot Court.

After graduating from law school Ms. Williams served as law clerk to the Honorable Gordon W. Shumaker, Minnesota Court of Appeals.  She then joined Gustafson Gluek PLLC in 2005.  Ms. Williams is an active member of Minnesota Women Lawyers and is former chair of the Law School Scholarship Committee. She serves as a volunteer attorney for the Minnesota Federal Bar Association's Federal *Pro Se* Project and is a recipient of the Minnesota chapter of the Federal Bar Association's 2011 Distinguished *Pro Bono* Service award.

Ms. Williams is currently, or has been actively involved in the representation of plaintiffs and plaintiff classes in numerous cases including:  *In re Urethane Antitrust Litig.* (D. Kan.); *In re Funeral Consumers Antitrust Litig.* (S.D. Texas); *In re Foundry Resins Antitrust Litig.* (S.D. Ohio); *In re Wellbutrin SR Antitrust Litig.* (E.D. Pa.); *In re Medtronic, Inc. Implantable Defibrillators Products Liability Litig.* (D. Minn); *In re Medtronic, Inc. Sprint Fidelis Leads Products Liab. Litig.* (D. Minn).

**Sara J. Payne**

Sara J. Payne is an associate of Gustafson Gluek PLLC.  She received her undergraduate degree from Brigham Young University (B.A. 2001), her post-graduate degree from the University of Reading, England (M.S. 2003) and is a *cum laude* graduate of the University of Minnesota Law

School (J.D. 2008).  Ms. Payne is admitted to the Minnesota Bar and is admitted to practice in the U.S. District Court for the District of Minnesota.

While in law school, Ms. Payne served as a director and member of the competition team of the William E. McGee National Civil Rights Moot Court.  She also taught legal writing at the University of Minnesota Law School.  She clerked for the Hennepin County Attorney's Office and Anoka County Attorney's Office, and served as a judicial extern for the Honorable Janie S. Mayeron, Magistrate Judge, United States District Court, District of Minnesota.

After graduating from law school, Ms. Payne served as a law clerk to the Honorable Gary R. Larson, District Judge, Fourth Judicial District of Minnesota (2008-2010) and to the Honorable Peter A. Cahill, Chief District Judge, Fourth Judicial District of Minnesota (2010-2011).

Ms. Payne is currently, or has been actively involved in the representation of plaintiffs and classes in *In re Automotive Wire Harness Systems Antitrust Litig.* (E.D. Mich); *In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litig.* (D. Minn.); *In re TFT-LCD (Flat Panel) Antitrust Litig.* (N.D. Cal.); *In re Potash Antitrust Litig.* (N.D. Ill.); and *Wortman et al v. Air New Zealand et al* (N.D. Cal).

Ms. Payne is a Committee Member of *The Hennepin Lawyer*, having written a number of articles for the publication, is a member of the Minnesota Women Lawyers, and serves as a volunteer attorney for the Minnesota Federal Bar Association's Federal *Pro Se* Project.  She is a recipient of the Minnesota chapter of the Federal Bar Association's 2011 Distinguished Pro Bono Service award.

### Raina C. Borrelli

Raina Borrelli is an associate of Gustafson Gluek PLLC. She is a *summa cum laude* graduate of Tulane University (B.S.M. 2008) and a *magna cum laude* graduate of the University of Minnesota Law School (J.D. 2011). Ms. Borrelli is admitted to the Minnesota Bar and is admitted

to practice in the U.S. District Court for the District of Minnesota. She is a member of the Federal Bar Association, Minnesota Bar Association, and Minnesota Women Lawyers.

During law school, Ms. Borrelli was a member of the Phillip C. Jessup International Moot Court Competition Team. She also served on the board of NOLA MN, a student group that organized trips to New Orleans for law students to participate in volunteer legal work. Ms. Borrelli worked as a law clerk in the in-house legal department of two major corporations and as a law clerk for a small plaintiff's firm. Ms. Borrelli was a judicial extern for the Honorable Ann Alton, District Judge, Fourth Judicial District of Minnesota.

Ms. Borrelli is currently involved in the representation of plaintiffs and classes in cases such as *Precision Assocs., Inc. v. Panalpina World Transport (Holding) Ltd.* (E.D.N.Y.) and *In re Digital Music Antitrust* (S.D.N.Y.). She is also actively involved in the representation of *pro se* litigants as part of the Federal Bar Association's *Pro Se* Project.

14

# EXHIBIT 2

In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486
Indirect Purchaser Plaintiffs

Total Hours and Lodestar at Historic and Current Hourly Rates
Firm: Gustafson Gluek PLLC
Period: Inception through May 31, 2013

| Name | Total Hours | Historic Hourly Rates Lodestar | Current Hourly Rates Lodestar |
|---|---|---|---|
| Daniel E. Gustafson (P) | 2,568.80 | $ 1,511,297.50 | $ 2,183,480.00 |
| Karla M. Gluek (P) | 172.90 | $ 91,457.50 | $ 121,030.00 |
| Jason S. Kilene (P) | 33.00 | $ 14,465.00 | $ 19,800.00 |
| Daniel C. Hedlund (P) | 2,421.20 | $ 1,137,735.00 | $ 1,452,720.00 |
| Amanda M. Williams (P) | 40.50 | $ 13,636.00 | $ 19,237.50 |
| Cathy K. Smith (P) | 9.50 | $ 3,089.00 | $ 4,512.50 |
| Renae D. Steiner (P) | 4,053.00 | $ 1,837,932.50 | $ 2,674,980.00 |
| Brian L. Williams (P) | 1.60 | $ 830.00 | $ 1,144.00 |
| Michelle J. Looby (A) | 19.00 | $ 5,562.50 | $ 7,600.00 |
| Sara J. Payne (A) | 20.40 | $ 7,015.50 | $ 7,650.00 |
| Raina C. Borrelli (A) | 23.10 | $ 7,420.00 | $ 7,507.50 |
| Daniel J. Nordin (A) | 15.30 | $ 4,590.00 | $ 4,972.50 |
| Lucy G. Massopust (A) | 4.60 | $ 1,150.00 | $ 1,426.00 |
| Ellen M. Ahrens (A) | 496.60 | $ 158,257.50 | $ 173,810.00 |
| Stacey L. Mitchell (A) | 1,831.80 | $ 456,300.00 | $ 860,946.00 |
| James W. Anderson (A) | 3,358.10 | $ 1,019,978.00 | $ 1,578,307.00 |
| Nicole L. Johnson (A) | 451.20 | $ 112,800.00 | $ 180,480.00 |
| Johanna Smith (LC) | 10.70 | $ 2,675.00 | $ 2,835.50 |
| Aalok K. Sharma (LC) | 19.60 | $ 4,900.00 | $ 5,194.00 |
| Sarah A. Moen (PL) | 9.00 | $ 1,590.00 | $ 2,025.00 |
| Diana Jakubauskiene (PL) | 1,319.20 | $ 245,316.00 | $ 263,840.00 |
| Melanie L. Morgan (PL) | 48.80 | $ 10,145.00 | $ 8,540.00 |
| Danette K. Mundahl (PL) | 7.70 | $ 1,219.00 | $ 1,347.50 |
| Shawn M. Kaasa (PL) | 185.70 | $ 28,415.50 | $ 27,855.00 |
| Rebecca A. Houle (PL) | 20.90 | $ 3,135.00 | $ 4,284.50 |
| Joey M. Waters (PL) | 76.50 | $ 9,562.50 | $ 11,475.00 |
| Hilary G. Lammers (PL) | 0.60 | $ 75.00 | $ 90.00 |
| Tracey D. Grill (Admin.) | 1.20 | $ 210.00 | $ 180.00 |
| Kirstie L. Grill (Admin.) | 2.00 | $ 250.00 | $ 300.00 |
| Brianna A. Miles (Admin.) | 2.00 | $ 250.00 | $ 300.00 |
| Tom Atchison (Admin.) | 76.00 | $ 7,600.00 | $ 11,400.00 |
| Tyler Wiese (Admin.) | 75.10 | $ 7,510.00 | $ 11,265.00 |
| | | | |
| Totals: | 17,375.60 | $ 6,706,369.00 | $ 9,650,534.50 |

**In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486**
**Indirect Purchaser Plaintiffs**

**Time and Lodestar Summary at Historic Hourly Rates**

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2004 - 12/31/2004 |

| ATTORNEYS | Status | Historic Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $475.00 | 36.60 | $ 17,385.00 |
| Karla M. Gluek | P | $425.00 | 3.60 | $ 1,530.00 |
| Jason S. Kilene | P | $375.00 | 13.00 | $ 4,875.00 |
| Renae D. Steiner | P | $400.00 | 165.90 | $ 66,360.00 |
| Stacey L. Mitchell | A | $175.00 | 22.00 | $ 3,850.00 |
| **ATTORNEYS TOTAL:** | | | **241.10** | **$ 94,000.00** |

Status:
(P)    Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)    Associate
(LC)  Law Clerk
(PL)  Paralegal

**In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486**
**Indirect Purchaser Plaintiffs**

**Time and Lodestar Summary at Historic Hourly Rates**

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2005 - 12/31/2005 |

| ATTORNEYS | Status | Historic Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $525.00 | 524.40 | $ 275,310.00 |
| Karla M. Gluek | P | $450.00 | 8.00 | $ 3,600.00 |
| Jason S. Kilene | P | $395.00 | 4.00 | $ 1,580.00 |
| Renae D. Steiner | P | $425.00 | 986.90 | $ 419,432.50 |
| Stacey L. Mitchell | A | $250.00 | 406.10 | $ 101,525.00 |
| Nicole L. Johnson | A | $250.00 | 300.70 | $ 75,175.00 |
| **ATTORNEYS TOTAL:** | | | **2230.10** | **$ 876,622.50** |
| **PARALEGALS** | | | | |
| Diana Jakubauskiene | PL | $175.00 | 16.90 | $ 2,957.50 |
| Joey M. Waters | PL | $125.00 | 3.00 | $ 375.00 |
| **PARALEGALS TOTAL:** | | | **19.90** | **$ 3,332.50** |
| **OVERALL TOTAL:** | | | **2,250.00** | **879,955.00** |

Status:
(P)   Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)   Associate
(LC)  Law Clerk
(PL)  Paralegal

**In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486**
**Indirect Purchaser Plaintiffs**

**Time and Lodestar Summary at Historic Hourly Rates**

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2006 - 12/31/2006 |

| ATTORNEYS | Status | Historic Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $525.00 | 932.10 | $ 489,352.50 |
| Karla M. Gluek | P | $450.00 | 68.10 | $ 30,645.00 |
| Jason S. Kilene | P | $425.00 | 0.50 | $ 212.50 |
| Daniel C. Hedlund | P | $400.00 | 466.70 | $ 186,680.00 |
| Amanda M. Williams | P | $250.00 | 11.10 | $ 2,775.00 |
| Renae D. Steiner | P | $450.00 | 1706.20 | $ 767,790.00 |
| Stacey L. Mitchell | A | $250.00 | 1403.70 | $ 350,925.00 |
| James W. Anderson | A | $250.00 | 1329.30 | $ 332,325.00 |
| Nicole L. Johnson | A | $250.00 | 150.50 | $ 37,625.00 |
| **ATTORNEYS TOTAL:** | | | **6068.20** | **$ 2,198,330.00** |
| **PARALEGALS** | | | | |
| Diana Jakubauskiene | PL | $175.00 | 858.20 | $ 150,185.00 |
| Rebecca A. Houle | PL | $150.00 | 19.80 | $ 2,970.00 |
| Joey M. Waters | PL | $125.00 | 73.50 | $ 9,187.50 |
| Hilary G. Lammers | PL | $125.00 | 0.60 | $ 75.00 |
| Tom Atchison | Admin. | $100.00 | 76.00 | $ 7,600.00 |
| Tyler Wiese | Admin. | $100.00 | 75.10 | $ 7,510.00 |
| **PARALEGALS TOTAL:** | | | **1103.20** | **$ 177,527.50** |
| **OVERALL TOTAL:** | | | **7,171.40** | **2,375,857.50** |

Status:
(P)    Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)    Associate
(LC)  Law Clerk
(PL)  Paralegal

**In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486**
**Indirect Purchaser Plaintiffs**

**Time and Lodestar Summary at Historic Hourly Rates**

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2007 - 12/31/2007 |

| ATTORNEYS | Status | Historic Hourly Rate*** | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $525.00 | 122.70 | $ 64,417.50 |
| Daniel E. Gustafson | P | $600.00 | 236.10 | $ 141,660.00 |
| Karla M. Gluek | P | $500.00 | 0.80 | $ 400.00 |
| Jason S. Kilene | P | $450.00 | 1.10 | $ 495.00 |
| Daniel C. Hedlund | P | $400.00 | 207.50 | $ 83,000.00 |
| Daniel C. Hedlund | P | $450.00 | 255.40 | $ 114,930.00 |
| Amanda M. Williams | P | $250.00 | 5.20 | $ 1,300.00 |
| Amanda M. Williams | P | $325.00 | 3.00 | $ 975.00 |
| Renae D. Steiner | P | $450.00 | 253.00 | $ 113,850.00 |
| Renae D. Steiner | P | $500.00 | 883.40 | $ 441,700.00 |
| Brian L. Williams | P | $500.00 | 1.00 | $ 500.00 |
| Cathy K. Smith | A | $250.00 | 0.70 | $ 175.00 |
| Cathy K. Smith | A | $275.00 | 4.10 | $ 1,127.50 |
| James W. Anderson | A | $250.00 | 358.80 | $ 89,700.00 |
| James W. Anderson | A | $325.00 | 651.80 | $ 211,835.00 |
| **ATTORNEYS TOTAL:** | | | **2984.60** | **$ 1,266,065.00** |
| **PARALEGALS** | | | | |
| Diana Jakubausklene | PL | $175.00 | 60.10 | $ 10,517.50 |
| Diana Jakubausklene | PL | $200.00 | 195.60 | $ 39,120.00 |
| Melanie L. Morgan | PL | $175.00 | 16.40 | $ 2,870.00 |
| Rebecca A. Houle | PL | $150.00 | 1.10 | $ 165.00 |
| **PARALEGALS TOTAL:** | | | **273.20** | **$ 52,672.50** |
| **OVERALL TOTAL:** | | | **3,257.80** | **1,318,737.50** |

Status:
(P)   Partner
(OC) Of Counsel
(SA) Senior Associate
(A)   Associate
(LC) Law Clerk
(PL) Paralegal

*** New rates became effective on March 1, 2007

(2007)

**In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486**
**Indirect Purchaser Plaintiffs**

**Time and Lodestar Summary at Historic Hourly Rates**

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2008 - 12/31/2008 |

| ATTORNEYS | Status | Historic Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $625.00 | 72.00 | $ 45,000.00 |
| Jason S. Kilene | P | $450.00 | 2.80 | $ 1,260.00 |
| Daniel C. Hedlund | P | $450.00 | 301.00 | $ 135,450.00 |
| Renae D. Steiner | P | $500.00 | 57.60 | $ 28,800.00 |
| Cathy K. Smith | A | $325.00 | 1.50 | $ 487.50 |
| Michelle J. Looby | A | $275.00 | 5.50 | $ 1,512.50 |
| James W. Anderson | A | $350.00 | 274.80 | $ 96,180.00 |
| **ATTORNEYS TOTAL:** | | | **715.20** | **$ 308,690.00** |
| **PARALEGALS** | | | | |
| Sarah A. Moen | PL | $150.00 | 0.30 | $ 45.00 |
| Diana Jakubauskiene | PL | $225.00 | 35.10 | $ 7,897.50 |
| Melanie L. Morgan | PL | $200.00 | 0.60 | $ 120.00 |
| Shawn M. Kaasa | PL | $150.00 | 15.70 | $ 2,355.00 |
| Kirstie L. Grill | Admin. | $125.00 | 2.00 | $ 250.00 |
| Brianna A. Milless | Admin. | $125.00 | 2.00 | $ 250.00 |
| **PARALEGALS TOTAL:** | | | **55.70** | **$ 10,917.50** |
| **OVERALL TOTAL:** | | | **770.90** | **$ 319,607.50** |

Status:
(P)    Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)    Associate
(LC)  Law Clerk
(PL)  Paralegal

In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486
Indirect Purchaser Plaintiffs

Time and Lodestar Summary at Historic Hourly Rates

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2009 - 12/31/2009 |

| ATTORNEYS | Status | Historic Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $700.00 | 254.20 | $ 177,940.00 |
| Karla M. Gluek | P | $575.00 | 6.30 | $ 3,622.50 |
| Jason S. Kilene | P | $500.00 | 6.20 | $ 3,100.00 |
| Daniel C. Hedlund | P | $500.00 | 604.00 | $ 302,000.00 |
| Brian L. Williams | P | $550.00 | 0.60 | $ 330.00 |
| Michelle J. Looby | A | $300.00 | 13.50 | $ 4,050.00 |
| James W. Anderson | A | $390.00 | 742.60 | $ 289,614.00 |
| ATTORNEYS TOTAL: | | | 1,627.40 | $ 780,656.50 |
| PARALEGALS | | | | |
| Sarah A. Moen | PL | $150.00 | 2.60 | $ 390.00 |
| Diana Jakubauskiene | PL | $225.00 | 98.30 | $ 22,117.50 |
| Danette K. Mundahl | PL | $150.00 | 2.80 | $ 420.00 |
| Shawn M. Kaasa | PL | $150.00 | 120.40 | $ 18,060.00 |
| Tracey D. Grill | Admin. | $175.00 | 1.20 | $ 210.00 |
| PARALEGALS TOTAL: | | | 225.30 | $ 41,197.50 |
| OVERALL TOTAL: | | | 1,852.70 | $821,854.00 |

Status:
(P)   Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)   Associate
(LC)  Law Clerk
(PL)  Paralegal

In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486
Indirect Purchaser Plaintiffs

Time and Lodestar Summary at Historic Hourly Rates

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2010 - 12/31/2010 |

| ATTORNEYS | Status | Historic Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $750.00 | 170.20 | $ 127,650.00 |
| Karla M. Gluek | P | $600.00 | 86.10 | $ 51,660.00 |
| Jason S. Kilene | P | $525.00 | 3.10 | $ 1,627.50 |
| Daniel C. Hedlund | P | $525.00 | 328.10 | $ 172,252.50 |
| Amanda M. Williams | P | $405.00 | 21.20 | $ 8,586.00 |
| Cathy K. Smith | A | $395.00 | 2.50 | $ 987.50 |
| Ellen M. Ahrens | A | $300.00 | 136.70 | $ 41,010.00 |
| James W. Anderson | A | $405.00 | 0.80 | $ 324.00 |
| Lucy G. Massopust | A | $250.00 | 4.60 | $ 1,150.00 |
| **ATTORNEYS TOTAL:** | | | **753.30** | **$ 405,247.50** |
| **PARALEGALS** | | | | |
| Sarah A. Moen | PL | $175.00 | 4.60 | $ 805.00 |
| Diana Jakubauskiene | PL | $225.00 | 12.10 | $ 2,722.50 |
| Danette K. Mundahl | PL | $160.00 | 3.90 | $ 624.00 |
| Shawn M. Kaasa | PL | $160.00 | 45.30 | $ 7,248.00 |
| **PARALEGALS TOTAL:** | | | **65.90** | **$ 11,399.50** |
| **OVERALL TOTAL:** | | | **819.20** | **416,647.00** |

Status:
(P)    Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)    Associate
(LC)  Law Clerk
(PL)  Paralegal

**In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486**
**Indirect Purchaser Plaintiffs**

**Time and Lodestar Summary at Historic Hourly Rates**

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2011 - 12/31/2011 |

| ATTORNEYS | Status | Historic Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $775.00 | 167.10 | $ 129,502.50 |
| Jason S. Kilene | P | $550.00 | 0.30 | $ 165.00 |
| Daniel C. Hedlund | P | $550.00 | 217.00 | $ 119,350.00 |
| Ellen M. Ahrens | A | $325.00 | 186.90 | $ 60,742.50 |
| Sara J. Payne | A | $335.00 | 8.30 | $ 2,780.50 |
| **ATTORNEYS TOTAL:** | | | **579.60** | **$ 312,540.50** |
| **PARALEGALS** | | | | |
| Sarah A. Moen | PL | $225.00 | 1.00 | $ 225.00 |
| Diana Jakubauskiene | PL | $240.00 | 11.40 | $ 2,736.00 |
| Melanie L. Morgan | PL | $225.00 | 31.80 | $ 7,155.00 |
| Danette K. Mundahl | PL | $175.00 | 0.50 | $ 87.50 |
| Shawn M. Kaasa | PL | $175.00 | 4.30 | $ 752.50 |
| **PARALEGALS TOTAL:** | | | **49.00** | **$ 10,956.00** |
| **OVERALL TOTAL:** | | | **628.60** | **$ 323,496.50** |

Status:
(P)    Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)    Associate
(LC)  Law Clerk
(PL)  Paralegal

**In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486**
**Indirect Purchaser Plaintiffs**

**Time and Lodestar Summary at Historic Hourly Rates**

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2012 - 12/31/2012 |

| ATTORNEYS | Status | Historic Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $800.00 | 46.20 | $ 36,960.00 |
| Jason S. Kilene | P | $575.00 | 2.00 | $ 1,150.00 |
| Daniel C. Hedlund | P | $575.00 | 33.10 | $ 19,032.50 |
| Cathy K. Smith | A | $445.00 | 0.70 | $ 311.50 |
| Ellen M. Ahrens | A | $325.00 | 161.80 | $ 52,585.00 |
| Sara J. Payne | A | $350.00 | 12.10 | $ 4,235.00 |
| Daniel J. Nordin | A | $300.00 | 15.30 | $ 4,590.00 |
| Raina E. Challeen | A | $300.00 | 3.50 | $ 1,050.00 |
| Johanna Smith | LC | $250.00 | 10.70 | $ 2,675.00 |
| Aalok Sharma | LC | $250.00 | 19.60 | $ 4,900.00 |
| **ATTORNEYS TOTAL:** | | | **305.00** | **$ 127,489.00** |
| **PARALEGALS** | | | | |
| Sarah A. Moen | PL | $250.00 | 0.50 | $ 125.00 |
| Diana Jakubauskiene | PL | $225.00 | 30.50 | $ 6,862.50 |
| Danette K. Mundahl | PL | $175.00 | 0.50 | $ 87.50 |
| **PARALEGALS TOTAL:** | | | **31.50** | **$ 7,075.00** |
| **OVERALL TOTAL:** | | | **336.50** | **$ 134,564.00** |

Status:
(P)   Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)   Associate
(LC)  Law Clerk
(PL)  Paralegal

<table>
<tr><td colspan="6"><strong>In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486<br>Indirect Purchaser Plaintiffs</strong><br><br><strong>Time and Lodestar Summary at Historic Hourly Rates</strong></td></tr>
</table>

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2013 - 05/31/2013 |

| ATTORNEYS | Status | Historic Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $850.00 | 7.20 | $ 6,120.00 |
| Daniel C. Hedlund | P | $600.00 | 8.40 | $ 5,040.00 |
| Raina C. Borrelli | A | $325.00 | 19.60 | $ 6,370.00 |
| Ellen M. Ahrens | A | $350.00 | 11.20 | $ 3,920.00 |
| **ATTORNEYS TOTAL:** | | | **46.40** | **$ 21,450.00** |
| **PARALEGALS** | | | | |
| Diana Jakubauskiene | PL | $200.00 | 1.00 | $ 200.00 |
| **PARALEGALS TOTAL:** | | | **1.00** | **$ 200.00** |
| **OVERALL TOTAL:** | | | **47.40** | **$ 21,650.00** |

Status:
(P)   Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)   Associate
(LC)  Law Clerk
(PL)  Paralegal

(2013)

**In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486
Indirect Purchaser Plaintiffs**

**Time and Lodestar Summary at Current Hourly Rates**

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2004 - 12/31/2004 |

| ATTORNEYS | Status | Current Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $850.00 | 36.60 | $ 31,110.00 |
| Karla M. Gluek | P | $700.00 | 3.60 | $ 2,520.00 |
| Jason S. Kilene | P | $600.00 | 13.00 | $ 7,800.00 |
| Renae D. Steiner | P | $660.00 | 165.90 | $ 109,494.00 |
| Stacey L. Mitchell | A | $470.00 | 22.00 | $ 10,340.00 |
| **ATTORNEYS TOTAL:** | | | **241.10** | **$ 161,264.00** |

Status:
(P)   Partner
(OC) Of Counsel
(SA) Senior Associate
(A)   Associate
(LC) Law Clerk
(PL) Paralegal

**In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486
Indirect Purchaser Plaintiffs**

**Time and Lodestar Summary at Current Hourly Rates**

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2005 - 12/31/2005 |

| ATTORNEYS | Status | Current Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $850.00 | 524.40 | $ 445,740.00 |
| Karla M. Gluek | P | $700.00 | 8.00 | $ 5,600.00 |
| Jason S. Kilene | P | $600.00 | 4.00 | $ 2,400.00 |
| Renae D. Steiner | P | $660.00 | 986.90 | $ 651,354.00 |
| Stacey L. Mitchell | A | $470.00 | 406.10 | $ 190,867.00 |
| Nicole L. Johnson | A | $400.00 | 300.70 | $ 120,280.00 |
| **ATTORNEYS TOTAL:** | | | **2230.10** | **$ 1,416,241.00** |
| **PARALEGALS** | | | | |
| Diana Jakubauskiene | PL | $200.00 | 16.90 | $ 3,380.00 |
| Joey M. Waters | PL | $150.00 | 3.00 | $ 450.00 |
| **PARALEGALS TOTAL:** | | | **19.90** | **$ 3,830.00** |
| **OVERALL TOTAL:** | | | **2,250.00** | **1,420,071.00** |

Status:
(P)    Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)    Associate
(LC)  Law Clerk
(PL)  Paralegal

**In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486**
**Indirect Purchaser Plaintiffs**

**Time and Lodestar Summary at Current Hourly Rates**

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2006 - 12/31/2006 |

| ATTORNEYS | Status | Current Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $850.00 | 932.10 | $ 792,285.00 |
| Karla M. Gluek | P | $700.00 | 68.10 | $ 47,670.00 |
| Jason S. Kilene | P | $600.00 | 0.50 | $ 300.00 |
| Daniel C. Hedlund | P | $600.00 | 466.70 | $ 280,020.00 |
| Amanda M. Williams | P | $475.00 | 11.10 | $ 5,272.50 |
| Renae D. Steiner | P | $660.00 | 1706.20 | $ 1,126,092.00 |
| Stacey L. Mitchell | A | $470.00 | 1403.70 | $ 659,739.00 |
| James W. Anderson | A | $470.00 | 1329.30 | $ 624,771.00 |
| Nicole L. Johnson | A | $400.00 | 150.50 | $ 60,200.00 |
| **ATTORNEYS TOTAL:** | | | **6068.20** | **$ 3,596,349.50** |
| **PARALEGALS** | | | | |
| Diana Jakubauskiene | PL | $200.00 | 858.20 | $ 171,640.00 |
| Rebecca A. Houle | PL | $205.00 | 19.80 | $ 4,059.00 |
| Joey M. Waters | PL | $150.00 | 73.50 | $ 11,025.00 |
| Hilary G. Lammers | PL | $150.00 | 0.60 | $ 90.00 |
| Tom Atchison | Admin. | $150.00 | 76.00 | $ 11,400.00 |
| Tyler Wiese | Admin. | $150.00 | 75.10 | $ 11,265.00 |
| **PARALEGALS TOTAL:** | | | **1103.20** | **$ 209,479.00** |
| **OVERALL TOTAL:** | | | **7,171.40** | **3,805,828.50** |

Status:
(P)    Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)    Associate
(LC)  Law Clerk
(PL)  Paralegal

(2006)

**In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486**
**Indirect Purchaser Plaintiffs**

**Time and Lodestar Summary at Current Hourly Rates**

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2007 - 12/31/2007 |

| ATTORNEYS | Status | Current Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $850.00 | 358.80 | $ 304,980.00 |
| Karla M. Gluek | P | $700.00 | 0.80 | $ 560.00 |
| Jason S. Kilene | P | $600.00 | 1.10 | $ 660.00 |
| Daniel C. Hedlund | P | $600.00 | 462.90 | $ 277,740.00 |
| Amanda M. Williams | P | $475.00 | 8.20 | $ 3,895.00 |
| Renae D. Steiner | P | $660.00 | 1136.40 | $ 750,024.00 |
| Brian L. Williams | P | $715.00 | 1.00 | $ 715.00 |
| Cathy K. Smith | A | $475.00 | 4.80 | $ 2,280.00 |
| James W. Anderson | A | $470.00 | 1010.60 | $ 474,982.00 |
| **ATTORNEYS TOTAL:** | | | **2984.60** | **$ 1,815,836.00** |
| **PARALEGALS** | | | | |
| Diana Jakubauskiene | PL | $200.00 | 255.70 | $ 51,140.00 |
| Melanie L. Morgan | PL | $175.00 | 16.40 | $ 2,870.00 |
| Rebecca A. Houle | PL | $205.00 | 1.10 | $ 225.50 |
| **PARALEGALS TOTAL:** | | | **273.20** | **$ 54,235.50** |
| **OVERALL TOTAL:** | | | **3,257.80** | **1,870,071.50** |

| Status: |
|---|
| (P)    Partner |
| (OC) Of Counsel |
| (SA) Senior Associate |
| (A)    Associate |
| (LC) Law Clerk |
| (PL) Paralegal |

| In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486 |
|---|
| Indirect Purchaser Plaintiffs |
| |
| Time and Lodestar Summary at Current Hourly Rates |

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2008 - 12/31/2008 |

| ATTORNEYS | Status | Current Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $850.00 | 72.00 | $ 61,200.00 |
| Jason S. Kilene | P | $600.00 | 2.80 | $ 1,680.00 |
| Daniel C. Hedlund | P | $600.00 | 301.00 | $ 180,600.00 |
| Renae D. Steiner | P | $660.00 | 57.60 | $ 38,016.00 |
| Cathy K. Smith | A | $475.00 | 1.50 | $ 712.50 |
| Michelle J. Looby | A | $400.00 | 5.50 | $ 2,200.00 |
| James W. Anderson | A | $470.00 | 274.80 | $ 129,156.00 |
| ATTORNEYS TOTAL: | | | 715.20 | $ 413,564.50 |
| PARALEGALS | | | | |
| Sarah A. Moen | PL | $225.00 | 0.30 | $ 67.50 |
| Diana Jakubauskiene | PL | $200.00 | 35.10 | $ 7,020.00 |
| Melanie L. Morgan | PL | $175.00 | 0.60 | $ 105.00 |
| Shawn M. Kaasa | PL | $150.00 | 15.70 | $ 2,355.00 |
| Kirstie L. Grill | Admin. | $150.00 | 2.00 | $ 300.00 |
| Brianna A. Milless | Admin. | $150.00 | 2.00 | $ 300.00 |
| PARALEGALS TOTAL: | | | 55.70 | $ 10,147.50 |
| OVERALL TOTAL: | | | 770.90 | $ 423,712.00 |

Status:
(P)    Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)    Associate
(LC)  Law Clerk
(PL)  Paralegal

**In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486**
**Indirect Purchaser Plaintiffs**

**Time and Lodestar Summary at Current Hourly Rates**

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2009 - 12/31/2009 |

| ATTORNEYS | Status | Currrent Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $850.00 | 254.20 | $ 216,070.00 |
| Karla M. Gluek | P | $700.00 | 6.30 | $ 4,410.00 |
| Jason S. Kilene | P | $600.00 | 6.20 | $ 3,720.00 |
| Daniel C. Hedlund | P | $600.00 | 604.00 | $ 362,400.00 |
| Brian L. Williams | P | $715.00 | 0.60 | $ 429.00 |
| Michelle J. Looby | A | $400.00 | 13.50 | $ 5,400.00 |
| James W. Anderson | A | $470.00 | 742.60 | $ 349,022.00 |
| **ATTORNEYS TOTAL:** | | | **1,627.40** | **$ 941,451.00** |
| **PARALEGALS** | | | | |
| Sarah A. Moen | PL | $225.00 | 2.60 | $ 585.00 |
| Diana Jakubauskiene | PL | $200.00 | 98.30 | $ 19,660.00 |
| Danette K. Mundahl | PL | $175.00 | 2.80 | $ 490.00 |
| Shawn M. Kaasa | PL | $150.00 | 120.40 | $ 18,060.00 |
| Tracey D. Grill | Admin. | $150.00 | 1.20 | $ 180.00 |
| **PARALEGALS TOTAL:** | | | **225.30** | **$ 38,975.00** |
| **OVERALL TOTAL:** | | | **1,852.70** | **$980,426.00** |

Status:
(P)    Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)    Associate
(LC)  Law Clerk
(PL)  Paralegal

<table>
<tr><td colspan="6">In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486<br>Indirect Purchaser Plaintiffs<br><br>Time and Lodestar Summary at Current Hourly Rates</td></tr>
</table>

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2010 - 12/31/2010 |

| ATTORNEYS | Status | Current Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $850.00 | 170.20 | $ 144,670.00 |
| Karla M. Gluek | P | $700.00 | 86.10 | $ 60,270.00 |
| Jason S. Kilene | P | $600.00 | 3.10 | $ 1,860.00 |
| Daniel C. Hedlund | P | $600.00 | 328.10 | $ 196,860.00 |
| Amanda M. Williams | P | $475.00 | 21.20 | $ 10,070.00 |
| Cathy K. Smith | A | $475.00 | 2.50 | $ 1,187.50 |
| Ellen M. Ahrens | A | $350.00 | 136.70 | $ 47,845.00 |
| James W. Anderson | A | $470.00 | 0.80 | $ 376.00 |
| Lucy G. Massopust | A | $310.00 | 4.60 | $ 1,426.00 |
| **ATTORNEYS TOTAL:** | | | **753.30** | **$ 464,564.50** |
| **PARALEGALS** | | | | |
| Sarah A. Moen | PL | $225.00 | 4.60 | $ 1,035.00 |
| Diana Jakubauskiene | PL | $200.00 | 12.10 | $ 2,420.00 |
| Danette K. Mundahl | PL | $175.00 | 3.90 | $ 682.50 |
| Shawn M. Kaasa | PL | $150.00 | 45.30 | $ 6,795.00 |
| **PARALEGALS TOTAL:** | | | **65.90** | **$ 10,932.50** |
| **OVERALL TOTAL:** | | | **819.20** | **$ 475,497.00** |

Status:
(P)    Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)    Associate
(LC)  Law Clerk
(PL)  Paralegal

**In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486**
**Indirect Purchaser Plaintiffs**

**Time and Lodestar Summary at Current Hourly Rates**

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2011 - 12/31/2011 |

| ATTORNEYS | Status | Current Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $850.00 | 167.10 | $ 142,035.00 |
| Jason S. Kilene | P | $600.00 | 0.30 | $ 180.00 |
| Daniel C. Hedlund | P | $600.00 | 217.00 | $ 130,200.00 |
| Ellen M. Ahrens | A | $350.00 | 186.90 | $ 65,415.00 |
| Sara J. Payne | A | $375.00 | 8.30 | $ 3,112.50 |
| **ATTORNEYS TOTAL:** | | | **579.60** | **$ 340,942.50** |
| **PARALEGALS** | | | | |
| Sarah A. Moen | PL | $225.00 | 1.00 | $ 225.00 |
| Diana Jakubauskiene | PL | $200.00 | 11.40 | $ 2,280.00 |
| Melanie L. Morgan | PL | $175.00 | 31.80 | $ 5,565.00 |
| Danette K. Mundahl | PL | $175.00 | 0.50 | $ 87.50 |
| Shawn M. Kaasa | PL | $150.00 | 4.30 | $ 645.00 |
| **PARALEGALS TOTAL:** | | | **49.00** | **$ 8,802.50** |
| **OVERALL TOTAL:** | | | **628.60** | **$ 349,745.00** |

| Status: |
|---|
| (P)   Partner |
| (OC) Of Counsel |
| (SA) Senior Associate |
| (A)   Associate |
| (LC) Law Clerk |
| (PL) Paralegal |

In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486
Indirect Purchaser Plaintiffs

**Time and Lodestar Summary at Current Hourly Rates**

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2012 - 12/31/2012 |

| ATTORNEYS | Status | Current Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $850.00 | 46.20 | $ 39,270.00 |
| Jason S. Kilene | P | $600.00 | 2.00 | $ 1,200.00 |
| Daniel C. Hedlund | P | $600.00 | 33.10 | $ 19,860.00 |
| Cathy K. Smith | A | $475.00 | 0.70 | $ 332.50 |
| Eilen M. Ahrens | A | $350.00 | 161.80 | $ 56,630.00 |
| Sara J. Payne | A | $375.00 | 12.10 | $ 4,537.50 |
| Daniel J. Nordin | A | $325.00 | 15.30 | $ 4,972.50 |
| Raina E. Challeen | A | $325.00 | 3.50 | $ 1,137.50 |
| Johanna Smith | LC | $265.00 | 10.70 | $ 2,835.50 |
| Aalok Sharma | LC | $265.00 | 19.60 | $ 5,194.00 |
| **ATTORNEYS TOTAL:** | | | **305.00** | **$ 135,969.50** |
| **PARALEGALS** | | | | |
| Sarah A. Moen | PL | $225.00 | 0.50 | $ 112.50 |
| Diana Jakubauskiene | PL | $200.00 | 30.50 | $ 6,100.00 |
| Danette K. Mundahl | PL | $175.00 | 0.50 | $ 87.50 |
| **PARALEGALS TOTAL:** | | | **31.50** | **$ 6,300.00** |
| **OVERALL TOTAL:** | | | **336.50** | **$ 142,269.50** |

Status:
(P)    Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)    Associate
(LC)  Law Clerk
(PL)  Paralegal

In re: Dynamic Random Access Memory (DRAM) Antitrust Litigation; MDL No. 1486
Indirect Purchaser Plaintiffs

Time and Lodestar Summary at Current Hourly Rates

| Firm Name | Gustafson Gluek PLLC |
|---|---|
| Time Period | 01/01/2013 - 05/31/2013 |

| ATTORNEYS | Status | Current Hourly Rate | Total Hours | Total Lodestar |
|---|---|---|---|---|
| Daniel E. Gustafson | P | $850.00 | 7.20 | $ 6,120.00 |
| Daniel C. Hedlund | P | $600.00 | 8.40 | $ 5,040.00 |
| Raina C. Borrelli | A | $325.00 | 19.60 | $ 6,370.00 |
| Ellen M. Ahrens | A | $350.00 | 11.20 | $ 3,920.00 |
| **ATTORNEYS TOTAL:** | | | **46.40** | **$ 21,450.00** |
| **PARALEGALS** | | | | |
| Diana Jakubauskiene | PL | $200.00 | 1.00 | $ 200.00 |
| **PARALEGALS TOTAL:** | | | **1.00** | **$ 200.00** |
| **OVERALL TOTAL:** | | | **47.40** | **$ 21,650.00** |

Status:
(P)    Partner
(OC)  Of Counsel
(SA)  Senior Associate
(A)    Associate
(LC)  Law Clerk
(PL)  Paralegal

# EXHIBIT 3

**Schedule A**
Court Fees (filing, etc.)

| Date | Description | Amount |
|------|-------------|--------|
| 10/28/2004 | Hennpin Cnty Clerk of Court; Complaint Filing Fee | $322.00 |
| 6/27/2005 | Faegre & Benson LLP; 1/2 of Filing Fee - Unopposed Motion | $27.50 |
| 7/11/2005 | Hennepin County Clerk of Court; Filing Fee | $55.00 |
| 8/1/2005 | Court Administrator; Filing Fee | $55.00 |
| 3/19/2006 | Clerk, U.S. District Court; Pro Hac Vice Fees for DEG and RDS | $420.00 |
| 9/7/2006 | Court Administrator; Filing Fee | $55.00 |
| 11/21/2006 | Court Administrator; Filing Fee | $55.00 |
| 1/16/2007 | Court Administrator; Filing Fee | $55.00 |
| 2/3/2009 | Court Administrator; Filing fee | $55.00 |
| | **Total:** | **$1,099.50** |

**Schedule B**

Experts/Consultans

| Date | Description | Amount |
|------|-------------|--------|
| 12/5/2005 | Info Tech, Inc.; Invoice # 20050840 (Expert Work) | $6,113.30 |
| 12/5/2005 | Info Tech, Inc.; Invoice # 20051019 (Expert Work) | $2,275.00 |
| | **Total:** | **$8,388.30** |

## Schedule C
### Federal Express

| Date | Description | Amount |
|------|-------------|--------|
| 1/31/2005 | Federal Express; Invoice # 7-951-45744 | $13.71 |
| 1/31/2005 | Vendor Federal Express; Invoice # 7-951-45744 | $13.72 |
| 1/31/2005 | Vendor Federal Express; Invoice # 7-951-45744 | $13.72 |
| 3/24/2005 | Federal Express; Invoice # 5-423-62581 | $60.15 |
| 4/29/2005 | Federal Express; Invoice # 5-471-88347 | $30.92 |
| 4/29/2005 | Federal Express; Invoice # 5-484-48749 | $43.13 |
| 8/24/2005 | Federal Express; Invoice # 5-536-39068 | $20.87 |
| 8/24/2005 | Federal Express; Invoice # 5-512-20389 | $27.63 |
| 8/24/2005 | Federal Express; Invoice # 5-536-39068 | $21.09 |
| 2/20/2006 | Federal Express; Invoice # 3-284-79244 | $36.35 |
| 3/3/2006 | Federal Express; Invoice # 3-284-79244 | $36.35 |
| 3/3/2006 | Federal Express; Invoice # 3-358-44981 | $13.60 |
| 3/19/2006 | Federal Express; Invoice # 3-382-06435 | $51.57 |
| 3/19/2006 | Federal Express; Invoice # 3-382-06435 | $51.57 |
| 4/5/2006 | Federal Express; Invoice # 3-420-58554 | $63.68 |
| 4/5/2006 | Federal Express; Invoice # 3-420-58554 | $40.22 |
| 4/5/2006 | Federal Express; Invoice # 3-394-74057 | $37.41 |
| 4/19/2006 | Federal Express; Invoice # 3-446-65672 | $22.79 |
| 4/19/2006 | Federal Express; Invoice # 3-433-52706 | $70.38 |
| 4/19/2006 | Federal Express; Invoice # 3-446-65672 | $48.33 |
| 4/19/2006 | Federal Express; Invoice # 3-446-65672 | $72.80 |
| 4/19/2006 | Federal Express; Invoice # 3-433-52706 | $64.30 |
| 4/19/2006 | Federal Express; Invoice # 3-446-65672 | $72.80 |
| 4/19/2006 | Federal Express; Invoice # 3-446-65672 | $51.80 |
| 5/8/2006 | Federal Express; Invoice # 3-460-34011 | $13.66 |
| 5/8/2006 | Federal Express; Invoice # 3-460-34011 | $15.76 |
| 5/8/2006 | Federal Express; Invoice # 3-460-34011 | $20.61 |
| 5/8/2006 | Federal Express; Invoice # 3-473-64517 | $22.79 |
| 5/8/2006 | Federal Express; Invoice # 3-473-64517 | $13.66 |
| 5/8/2006 | Federal Express; Invoice # 3-473-64517 | $62.69 |
| 5/8/2006 | Federal Express; Invoice # 3-460-34011 | $31.42 |
| 5/8/2006 | Federal Express; Invoice # 3-460-34011 | $31.42 |
| 5/19/2006 | Federal Express; Invoice # 8-311-78612 | $143.73 |
| 5/19/2006 | Federal Express; Invoice # 3-499-82846 | $61.40 |
| 5/19/2006 | Federal Express; Invoice # 8-311-78612 | $193.00 |
| 6/5/2006 | Federal Express; Invoice # 1-013-83835 | $36.44 |
| 7/5/2006 | Federal Express; Invoice # 1-090-33278 | $48.66 |
| 7/5/2006 | Federal Express; Invoice # 1-077-41229 | $75.40 |
| 7/5/2006 | Federal Express; Invoice # 1-077-41229 | $75.40 |
| 7/5/2006 | Federal Express; Invoice # 1-090-33278 | $71.46 |
| 7/19/2006 | Federal Express; Invoice # 1-113-64387 | $53.65 |
| 7/19/2006 | Federal Express; Invoice # 1-113-64387 | $21.34 |
| 8/4/2006 | Federal Express; Invoice # 1-139-71418 | $26.62 |
| 8/17/2006 | Federal Express; Invoice # 1-152-34251 | $37.99 |
| 8/17/2006 | Federal Express; Invoice # 1-164-94447 | $39.51 |
| 8/17/2006 | Federal Express; Invoice # 1-164-94447 | $35.79 |

| | | |
|---|---|---|
| 8/17/2006 | Federal Express; Invoice # 1-164-94447 | $44.60 |
| 8/17/2006 | Federal Express; Invoice # 1-164-94447 | $31.91 |
| 8/17/2006 | Federal Express; Invoice # 1-164-94447 | $40.09 |
| 8/17/2006 | Federal Express; Invoice # 1-164-94447 | $52.15 |
| 8/18/2006 | Federal Express; Invoice # 1-177-89060 | $108.42 |
| 9/5/2006 | Federal Express; Invoice # 838548591 | $65.08 |
| 10/5/2006 | Federal Express; Invoice # 8-422-89573 | $99.80 |
| 10/5/2006 | Federal Express; Invoice # 8-436-01218 | $64.76 |
| 10/20/2006 | Federal Express; Invoice # 8-448-86704 | $38.90 |
| 11/3/2006 | Federal Express; Invoice # 8-487-83557 | $252.59 |
| 11/3/2006 | Federal Express; Invoice # 8-474-83551 | $895.84 |
| 11/20/2006 | Federal Express; Invoice # 8-500-49767 | $35.94 |
| 12/5/2006 | Federal Express; Invoice # 8-526-14289 | $1,131.82 |
| 12/5/2006 | Federal Express; Invoice # 8-539-46407 | $66.38 |
| 12/5/2006 | Federal Express; Invoice # 8-550-69486 | $10.97 |
| 1/5/2007 | Federal Express; Invoice # 8-589-76586 | $119.34 |
| 1/5/2007 | Federal Express; Invoice # 8-562-72166 | $89.45 |
| 1/5/2007 | Federal Express; Invoice # 8-603-64475 | $506.76 |
| 1/19/2007 | Federal Express; Invoice # 8-625-65659 | $257.19 |
| 1/19/2007 | Federal Express; Invoice # 8-638-63548 | $74.41 |
| 2/5/2007 | Federal Express; Invoice # 8-651-44114 | $22.50 |
| 2/5/2007 | Federal Express; Invoice # 8-663-72771 | $23.60 |
| 2/20/2007 | Federal Express; Invoice # 8-689-72242 | $105.97 |
| 3/6/2007 | Federal Express; Invoice # 8-715-90180 | $20.50 |
| 3/20/2007 | Federal Express; Invoice # 8-729-02107 | $21.55 |
| 4/5/2007 | Federal Express; Invoice # 8-756-06295 | $62.88 |
| 4/20/2007 | Federal Express; Invoice # 8-782-41020 | $32.50 |
| 5/4/2007 | Federal Express; Invoice # 8-809-02284 | $33.00 |
| 5/18/2007 | Federal Express; Invoice # 2-028-47606 | $59.91 |
| 6/5/2007 | Federal Express; Invoice # 2-067-51870 | $20.59 |
| 6/5/2007 | Federal Express; Invoice # 2-041-85029 | $20.15 |
| 6/5/2007 | Federal Express; Invoice # 2-055-46643 | $20.59 |
| 6/20/2007 | Federal Express; Invoice # 2-087-39300 | $34.56 |
| 7/12/2007 | Federal Express; Invoice # 2-113-57016 | $72.01 |
| 7/20/2007 | Federal Express; Invoice # 2-138-10447 | $43.92 |
| 8/20/2007 | Federal Express; Invoice # 2-201-92322 | $22.13 |
| 9/5/2007 | Federal Express; Invoice # 2-227-56906 | $37.97 |
| 9/24/2007 | Federal Express; Invoice # 2-277-78283 | $14.37 |
| 9/24/2007 | Federal Express; Invoice # 2-277-78283 | $20.78 |
| 10/19/2007 | Federal Express; Invoice # 2-303-86454 | $27.08 |
| 11/5/2007 | Federal Express; Invoice # 2-330-04419 | $21.15 |
| 11/20/2007 | Federal Express; Invoice # 2-368-38995 | $24.57 |
| 12/5/2007 | Federal Express; Invoice # 2-393-70839 | $21.61 |
| 12/31/2007 | Federal Express; Invoice # 2-445-06403 | $158.39 |
| 2/5/2008 | Federal Express; Invoice # 2-504-87900 | $24.26 |
| 3/31/2009 | Federal Express; Invoice # 9-130-78708 | $23.51 |
| 8/20/2009 | Federal Express; Invoice # 9-289-51756 | $14.79 |
| 10/20/2009 | Federal Express; Invoice # 9-360-34214 | $14.71 |
| 11/5/2009 | Federal Express; Invoice # 9-376-41868 | $14.71 |
| 9/20/2010 | Federal Express; Invoice # 7-222-19594 | $14.88 |
| 2/18/2011 | Federal Express; Invoice # 7-393-01121 | $39.78 |
| 7/5/2011 | Federal Express; Invoice # 7-541-25657 | $31.72 |

| | | |
|---|---|---|
| 1/20/2012 | Federal Express; Invoice # 2733-0654-4 | $42.24 |
| 7/3/2012 | Federal Express; Invoice # 273306544 | $20.84 |
| 10/12/2012 | Federal Express; Invoice # 7-992-97963 | $23.47 |
| 2/20/2013 | Federal Express; Invoice # 2-190-21367 | $20.09 |
| | | $7,324.97 |

**Schedule D**
Court Reporters/Transcripts

| Date | Description | Amount |
| --- | --- | --- |
| | Total: | $0.00 |

**Schedule E**
Investigation

| Date | Description | Amount |
|------|-------------|--------|
|      |             |        |

|  |  | Total: | $0.00 |

## Schedule F
### Lexis/Westlaw/PACER

| Date | Description | Amount |
|------|-------------|--------|
| 11/30/2004 | November 2004 West Law Charges | $10.29 |
| 1/31/2005 | January 2005 West Law Charges | $6.68 |
| 3/31/2005 | March 2005 West Law Charges | $46.03 |
| 4/30/2005 | April 2005 West Law Charges | $0.13 |
| 4/30/2005 | April 2005 West Law Charges | $0.68 |
| 4/30/2005 | April 2005 West Law Charges | $11.02 |
| 4/30/2005 | April 2005 West Law Charges | $26.47 |
| 4/30/2005 | April 2005 West Law Charges | $32.14 |
| 5/25/2005 | Pacer Service Center; 01/01/05 thru 04/30/05 Research | $27.52 |
| 6/27/2005 | Thomson West; Invoice # 809107277 | $2.52 |
| 6/27/2005 | Thomson West; Invoice # 809107277 | $16.88 |
| 8/1/2005 | Pacer Service Center; 04/01/05 thru 06/30/05 | $0.08 |
| 8/1/2005 | Pacer Service Center; 04/01/05 thru 06/30/05 | $0.80 |
| 8/1/2005 | Pacer Service Center; 04/01/05 thru 06/30/05 | $42.56 |
| 8/1/2005 | Thomson West; Invoice # 809292474 | $112.82 |
| 8/24/2005 | Thomson West; Invoice # 809477001 | $0.86 |
| 8/24/2005 | Thomson West; Invoice # 809477001 | $79.72 |
| 8/24/2005 | Thomson West; Invoice # 809477001 | $135.12 |
| 8/24/2005 | Thomson West; Invoice # 809477001 | $173.74 |
| 8/24/2005 | Thomson West; Invoice # 809477001 | $266.21 |
| 9/23/2005 | Vendor Thomson West; Invoice # 809674359 | $25.84 |
| 9/23/2005 | Vendor Thomson West; Invoice # 809674359 | $86.58 |
| 10/31/2005 | Pacer Service Center; 07/01/05 thru 09/30/05 | $9.04 |
| 10/31/2005 | Thomson West; Invoice # 809941984 (West Law) | $15.44 |
| 11/18/2005 | Thomson West; Invoice # 810143893 | $2.40 |
| 12/19/2005 | Thomson West; Invoice # 810333206 | $150.37 |
| 1/20/2006 | Thomson West; Invoice # 810545699 | $104.28 |
| 2/3/2006 | Pacer Service Center; 10/01/05 thru 12/31/05 | $137.68 |
| 2/20/2006 | Thomson West; Invoice # 810743570 | $93.85 |
| 3/19/2006 | Thomson West; Invoice # 810928702 | $175.58 |
| 4/19/2006 | Thomson West; Invoice # 811115431 | $182.99 |
| 5/8/2006 | Pacer Service Center; 01/01/06 thru 03/31/06 Bill | $125.68 |
| 5/19/2006 | Thomson West; Invoice # 811326684 | $20.82 |
| 6/19/2006 | Thomson West; Invoice # 811516641 | $82.72 |
| 7/19/2006 | Pacer Service Center; 04/01/06 thru 06/30/06 Bill | $9.36 |
| 7/19/2006 | Thomson West; Invoice # 811704493 | $20.02 |
| 8/17/2006 | Thomson West; Invoice # 811901138 | $24.43 |
| 9/20/2006 | Thomson West; Invoice # 812091844 | $1,021.63 |
| 10/20/2006 | Pacer Service Center; 07/01-09/30/06 Pacer | $247.52 |
| 10/20/2006 | Thomson West; Invoice # 812281980 | $828.60 |
| 11/20/2006 | Thomson West; Invoice # 812468211 | $892.81 |
| 1/5/2007 | Thomson West; Invoice # 812667484 | $14.64 |
| 1/5/2007 | Thomson West; Invoice # 812667484 | $208.10 |
| 1/19/2007 | Thomson West; Invoice # 812878048 | $883.09 |
| 2/5/2007 | Pacer Service Center; 10/01-12/31/06 Bill | $176.64 |
| 2/20/2007 | Thomson West; Invoice # 813075461 | $1,191.92 |

| | | |
|---|---|---|
| 3/20/2007 | Thomson West; Invoice # 813256583 | $311.72 |
| 3/20/2007 | Thomson West; Invoice # 813256583 | $431.20 |
| 4/20/2007 | Thomson West; Invoice # 813444562 | $0.48 |
| 4/20/2007 | Thomson West; Invoice # 813444562 | $33.27 |
| 4/20/2007 | Thomson West; Invoice # 813444562 | $122.06 |
| 5/18/2007 | Thomson West; Invoice # 813638401 | $585.17 |
| 6/20/2007 | Thomson West; Invoice # 813827737 | $72.83 |
| 7/20/2007 | Thomson West; Invoice # 814011790 | $32.10 |
| 8/3/2007 | Pacer Service Center; 04/01-06/30/07 Pacer | $242.72 |
| 8/20/2007 | Thomson West; Invoice # 814202669 | $1,159.98 |
| 9/20/2007 | Thomson West; Invoice # 814400576 | $108.06 |
| 10/19/2007 | Thomson West; Invoice # 814591926 | $46.63 |
| 10/19/2007 | Pacer Service Center; 07/01-09/30/07 Pacer | $377.52 |
| 11/20/2007 | Thomson West; Invoice # 814776744 | $979.65 |
| 12/20/2007 | Thomson West; Invoice # 814977596 | $641.33 |
| 1/18/2008 | Pacer Service Center; 10/01-12/31/07 Pacer | $139.84 |
| 1/18/2008 | Thomson West; Invoice # 815192667 | $275.69 |
| 3/19/2008 | Thomson West; Invoice # 81553775 | $641.55 |
| 4/22/2008 | Pacer Service Center; 1st Qtr 2008 Pacer | $1.12 |
| 4/22/2008 | Thomson West; Invoice # 815747402 | $36.45 |
| 4/22/2008 | Pacer Service Center; 1st Qtr 2008 Pacer | $51.68 |
| 6/23/2008 | Thomson West; Invoice # 816126713 | $147.06 |
| 7/22/2008 | Pacer Service Center; 04/01/08 - 06/30/08 | $46.48 |
| 8/20/2008 | Thomson West; Invoice # 816496680 | $243.72 |
| 10/20/2008 | Pacer Service Center; Invoice # 07/01-09/30/08 Pacer | $74.08 |
| 2/5/2009 | Pacer Service Center; 10/01-12/31/08 Pacer | $14.96 |
| 2/20/2009 | Thomson West; Invoice # 817674978 | $476.52 |
| 3/20/2009 | Thomson West; Invoice # 817838711 | $117.54 |
| 4/20/2009 | Pacer Service Center; 1st Qtr 2009 | $70.74 |
| 4/20/2009 | Thomson West; Invoice # 818048886 | $162.74 |
| 5/20/2009 | Thomson West; Invoice # 81824848 | $552.77 |
| 6/19/2009 | Thomson West; Invoice # 818432932 | $748.59 |
| 8/4/2009 | Pacer Service Center; 2nd Qtr 2009 Pacer | $3.68 |
| 8/4/2009 | Pacer Service Center; 2nd Qtr 2009 Pacer | $67.76 |
| 8/20/2009 | Thomson West; Invoice # 818812988 | $402.43 |
| 10/20/2009 | Pacer Service Center; 07/01-09/30/09 Pacer | $11.84 |
| 10/20/2009 | Thomson West; Invoice # 819179437 | $179.70 |
| 11/20/2009 | Thomson West; Invoice # 819383861 | $216.34 |
| 1/20/2010 | Pacer Service Center; 4th Qtr 2009 | $101.68 |
| 1/20/2010 | Thomson West; Invoice # 819767029 | $181.42 |
| 3/19/2010 | Thomson West; Invoice # 820141989 | $477.93 |
| 4/20/2010 | Thomson West; Invoice # 820329069 | $13.78 |
| 5/5/2010 | Pacer Service Center; Invoice # GG0716-Q12010 | $11.68 |
| 5/20/2010 | Thomson West; Invoice # 820531535 | $34.01 |
| 8/5/2010 | Pacer Service Center; 04/01-06/30/10 Pacer | $22.08 |
| 8/19/2010 | Thomson West; Invoice # 821083143 | $3.03 |
| 10/20/2010 | Thomson West; Invoice # 821445447 | $3.04 |
| 10/20/2010 | Pacer Service Center; Invoice # 7/01-09/30/10 Pacer | $29.68 |
| 10/20/2010 | Thomson West; Invoice # 821445447 | $85.74 |
| 11/19/2010 | Thomson West; Invoice # 821636491 | $373.63 |
| 12/28/2010 | Thomson West; Invoice # 821816796 | $663.90 |
| 1/20/2011 | Pacer Service Center; Invoice # GG0716-Q42010 | $61.92 |

Computer Research - Page 9

| | | |
|---|---|---|
| 4/20/2011 | Pacer Service Center; Invoice # GG0716-Q12011 | $21.12 |
| 5/5/2011 | Thomson West; Invoice # 822548937 | $458.44 |
| 5/20/2011 | Thomson West; Invoice # 822382159 | $27.21 |
| 6/3/2011 | Thomson West; Invoice # 822735412 | $1.32 |
| 7/20/2011 | Thomson West; Invoice # 823088168 | $78.75 |
| 9/20/2011 | Thomson West; Invoice # 823449276 | $41.88 |
| 10/20/2011 | Pacer Service Center; Invoice # gg-0716-Q32011 | $4.80 |
| 12/17/2011 | Thomson West; Invoice # 823992956 | $28.77 |
| 1/20/2012 | Pacer Service Center; Invoice # GG0716-Q42011 | $5.28 |
| 4/20/2012 | Thomson West; Invoice # 824709790 | $9.86 |
| 4/20/2012 | Pacer Service Center; Invoice # GG0716-Q12012 | $17.68 |
| 5/4/2012 | Thomson West; Invoice # 824903900 | $2.18 |
| 6/20/2012 | Thomson West; Invoice # 825068696 | $5.63 |
| 7/19/2012 | Pacer Service Center; Invoice # GG0716-Q22012 | $6.80 |
| 9/20/2012 | Thomson West; Invoice #825597549 | $115.51 |
| 10/5/2012 | Thomson West; Invoice # 825786301 | $477.71 |
| 11/5/2012 | Pacer Service Center; Invoice # GG0716-Q32012 | $87.60 |
| 12/5/2012 | Thomson West; Invoice # 825974423 | $115.13 |
| 12/5/2012 | Thomson West; Invoice # 825974423 | $6.37 |
| 1/4/2013 | Thomson West; Invoice # 826362486 | $1.86 |
| 2/5/2013 | Pacer Service Center; Invoice # GG0716-Q42012 | $45.60 |
| 4/20/2013 | Thomson West; 04/01/13 Invoice # 826949489 | $91.64 |
| 5/3/2013 | Pacer Service Center; Invoice # GG0716-Q12013 | $21.70 |
| 7/3/2013 | Pacer Service Center; Invoice # GG0716-Q22013 | $27.30 |
| 7/3/2013 | Thomson West; Invoice #827542773 | $224.01 |
| | **Total:** | **$21,539.97** |

**Schedule G**
Messenger Delivery

| Date | Description | Amount |
|------|-------------|--------|
| 5/8/2006 | Metro Legal Services; Invoice # 1057454 | $39.00 |
| | **Total:** | **$39.00** |

## Schedule H
Photocopies - In House

| Date | Description | Amount |
|------|-------------|--------|
| 10/31/2004 | Copy/Print Charges for October 2004 | $92.50 |
| 11/30/2004 | Copy/Print Charges for November 2004 | $75.25 |
| 11/30/2004 | Copy/Print Charges for November 2004 | $92.50 |
| 12/31/2004 | Copy/Print Charges for December 2004 | $365.00 |
| 1/31/2005 | Copy/Print Charges for January 2005 | $2.25 |
| 1/31/2005 | Copy/Print Charges for January 2005 | $8.75 |
| 1/31/2005 | Copy/Print Charges for January 2005 | $16.50 |
| 1/31/2005 | Copy/Print Charges for January 2005 | $20.50 |
| 1/31/2005 | Copy/Print Charges for January 2005 | $109.50 |
| 2/28/2005 | Copy/Print Charges for February 2005 | $0.25 |
| 2/28/2005 | Copy/Print Charges for February 2005 | $1.00 |
| 2/28/2005 | Copy/Print Charges for February 2005 | $1.25 |
| 2/28/2005 | Copy/Print Charges for February 2005 | $2.50 |
| 2/28/2005 | Copy/Print Charges for February 2005 | $3.00 |
| 2/28/2005 | Copy/Print Charges for February 2005 | $5.00 |
| 2/28/2005 | Copy/Print Charges for February 2005 | $9.00 |
| 2/28/2005 | Copy/Print Charges for February 2005 | $11.50 |
| 2/28/2005 | Copy/Print Charges for February 2005 | $12.25 |
| 2/28/2005 | Copy/Print Charges for February 2005 | $27.00 |
| 2/28/2005 | Copy/Print Charges for February 2005 | $38.75 |
| 3/31/2005 | Copy/Print Charges for March 2005 | $0.25 |
| 3/31/2005 | Copy/Print Charges for March 2005 | $0.75 |
| 3/31/2005 | Copy/Print Charges for March 2005 | $0.75 |
| 3/31/2005 | Copy/Print Charges for March 2005 | $1.50 |
| 3/31/2005 | Copy/Print Charges for March 2005 | $1.50 |
| 3/31/2005 | Copy/Print Charges for March 2005 | $2.00 |
| 3/31/2005 | Copy/Print Charges for March 2005 | $8.25 |
| 3/31/2005 | Copy/Print Charges for March 2005 | $14.75 |
| 3/31/2005 | Copy/Print Charges for March 2005 | $28.50 |
| 3/31/2005 | Copy/Print Charges for March 2005 | $70.50 |
| 3/31/2005 | Copy/Print Charges for March 2005 | $633.75 |
| 4/30/2005 | Copy/Print Charges for April 2005 | $0.75 |
| 4/30/2005 | Copy/Print Charges for April 2005 | $1.50 |
| 4/30/2005 | Copy/Print Charges for April 2005 | $2.00 |
| 4/30/2005 | Copy/Print Charges for April 2005 | $12.00 |
| 4/30/2005 | Copy/Print Charges for April 2005 | $12.50 |
| 4/30/2005 | Copy/Print Charges for April 2005 | $16.50 |
| 4/30/2005 | Copy/Print Charges for April 2005 | $45.50 |
| 4/30/2005 | Copy/Print Charges for April 2005 | $201.00 |
| 4/30/2005 | Copy/Print Charges for April 2005 | $680.00 |
| 5/31/2005 | Copy/Print Charges for May 2005 | $1.00 |
| 5/31/2005 | Copy/Print Charges for May 2005 | $1.00 |
| 5/31/2005 | Copy/Print Charges for May 2005 | $2.75 |
| 5/31/2005 | Copy/Print Charges for May 2005 | $5.00 |
| 5/31/2005 | Copy/Print Charges for May 2005 | $5.50 |

| | | |
|---|---|---:|
| 5/31/2005 | Copy/Print Charges for May 2005 | $5.50 |
| 5/31/2005 | Copy/Print Charges for May 2005 | $9.75 |
| 5/31/2005 | Copy/Print Charges for May 2005 | $14.00 |
| 5/31/2005 | Copy/Print Charges for May 2005 | $23.00 |
| 5/31/2005 | Copy/Print Charges for May 2005 | $48.00 |
| 6/30/2005 | Copy/Print Charges for June 2005 | $0.25 |
| 6/30/2005 | Copy/Print Charges for June 2005 | $0.25 |
| 6/30/2005 | Copy/Print Charges for June 2005 | $0.25 |
| 6/30/2005 | Copy/Print Charges for June 2005 | $0.25 |
| 6/30/2005 | Copy/Print Charges for June 2005 | $0.25 |
| 6/30/2005 | Copy/Print Charges for June 2005 | $0.25 |
| 6/30/2005 | Copy/Print Charges for June 2005 | $0.25 |
| 6/30/2005 | Copy/Print Charges for June 2005 | $0.75 |
| 6/30/2005 | Copy/Print Charges for June 2005 | $1.50 |
| 6/30/2005 | Copy/Print Charges for June 2005 | $2.25 |
| 6/30/2005 | Copy/Print Charges for June 2005 | $3.75 |
| 6/30/2005 | Copy/Print Charges for June 2005 | $6.50 |
| 6/30/2005 | Copy/Print Charges for June 2005 | $15.25 |
| 6/30/2005 | Copy/Print Charges for June 2005 | $16.25 |
| 6/30/2005 | Copy/Print Charges for June 2005 | $17.75 |
| 6/30/2005 | Copy/Print Charges for June 2005 | $32.50 |
| 6/30/2005 | Copy/Print Charges for June 2005 | $36.50 |
| 7/31/2005 | Copy/Print Charges for July 2005 | $1.50 |
| 7/31/2005 | Copy/Print Charges for July 2005 | $1.75 |
| 7/31/2005 | Copy/Print Charges for July 2005 | $1.75 |
| 7/31/2005 | Copy/Print Charges for July 2005 | $5.50 |
| 7/31/2005 | Copy/Print Charges for July 2005 | $8.00 |
| 7/31/2005 | Copy/Print Charges for July 2005 | $15.00 |
| 7/31/2005 | Copy/Print Charges for July 2005 | $21.50 |
| 7/31/2005 | Copy/Print Charges for July 2005 | $72.00 |
| 7/31/2005 | Copy/Print Charges for July 2005 | $216.75 |
| 7/31/2005 | Copy/Print Charges for July 2005 | $234.75 |
| 8/31/2005 | Copy/Print Charges for August 2005 | $3.00 |
| 8/31/2005 | Copy/Print Charges for August 2005 | $5.50 |
| 8/31/2005 | Copy/Print Charges for August 2005 | $14.25 |
| 8/31/2005 | Copy/Print Charges for August 2005 | $37.25 |
| 8/31/2005 | Copy/Print Charges for August 2005 | $49.00 |
| 8/31/2005 | Copy/Print Charges for August 2005 | $153.75 |
| 8/31/2005 | Copy/Print Charges for August 2005 | $240.00 |
| 10/31/2005 | Copy/Print Charges for October 2005 | $103.25 |
| 11/30/2005 | Copy/Print Charges for November 2005 | $302.25 |
| 11/30/2005 | Copy/Print Charges for November 2005 | $398.25 |
| 12/31/2005 | Copy/Print Charges for December 2005 | $562.50 |
| 1/31/2006 | Copy/Print Charges for January 2006 | $476.75 |
| 2/28/2006 | Copy/Print Charges for February 2006 | $2,577.25 |
| 3/31/2006 | Copy/Print Charges for March 2006 | $2,220.25 |
| 4/30/2006 | Copy/Print Charges for April 2006 | $2,454.25 |
| 5/31/2006 | Copy/Print Charges for May 2006 | $3,455.00 |
| 6/30/2006 | Copy/Print Charges for June 2006 | $4,084.25 |
| 7/31/2006 | Copy/Print Charges for July 2006 | $354.00 |
| 7/31/2006 | Copy/Print Charges for July 2006 | $902.75 |
| 8/31/2006 | Copy/Print Charges for August 2006 | $1,507.75 |

| | | |
|---|---|---|
| 9/30/2006 | Copy/Print Charges for September 2006 | $1,733.25 |
| 10/31/2006 | Copy/Print Charges for October 2006 | $361.50 |
| 11/30/2006 | Copy/Print Charges for November 2006 | $237.75 |
| 12/31/2006 | Copy/Print Charges for December 2006 | $7,170.75 |
| 2/28/2007 | Copy/Print Charges for February 2007 | $1,625.25 |
| 3/31/2007 | Copy/Print Charges for March 2007 | $1,349.75 |
| 4/30/2007 | Copy/Print Charges for April 2007 | $112.00 |
| 5/31/2007 | Copy/Print Charges for May 2007 | $426.75 |
| 6/30/2007 | Copy/Print Charges for June 2007 | $987.75 |
| 7/31/2007 | Copy/Print Charges for July 2007 | $242.50 |
| 8/31/2007 | Copy/Print Charges for August 2007 | $469.50 |
| 9/30/2007 | Copy/Print Charges for September 2007 | $300.25 |
| 10/31/2007 | Copy/Print Charges for October 2007 | $842.50 |
| 11/30/2007 | Copy/Print Charges for November 2007 | $1,015.50 |
| 12/31/2007 | Copy/Print Charges for December 2007 | $164.25 |
| 1/31/2008 | Copy/Print Charges for January 2008 | $13.25 |
| 2/28/2008 | Copy/Print Charges for February 2008 | $158.50 |
| 4/30/2008 | Copy/Print Charges for April 2008 | $310.50 |
| 5/31/2008 | Copy/Print Charges for May 2008 | $817.75 |
| 6/30/2008 | Copy/Print Charges for June 2008 | $1,590.75 |
| 8/31/2008 | Copy/Print Charges for August 2008 | $261.25 |
| 9/30/2008 | Copy/Print Charges for September 2008 | $77.75 |
| 10/31/2008 | Copy/Print Charges for October 2008 | $219.00 |
| 11/30/2008 | Copy/Print Charges for November 2008 | $22.75 |
| 12/31/2008 | Copy/Print Charges for December 2008 | $114.75 |
| 1/31/2009 | Copy/Print Charges for January 2009 | $403.75 |
| 2/28/2009 | Copy/Print Charges for February 2009 | $562.00 |
| 3/31/2009 | Copy/Print Charges for March 2009 | $515.00 |
| 4/30/2009 | Copy/Print Charges for April 2009 | $572.25 |
| 5/31/2009 | Copy/Print Charges for May 2009 | $157.25 |
| 6/30/2009 | Copy/Print Charges for June 2009 | $40.75 |
| 7/31/2009 | Copy/Print Charges for July 2009 | $241.25 |
| 8/31/2009 | Copy/Print Charges for August 2009 | $275.75 |
| 10/31/2009 | Copy/Print Charges for October 2009 | $234.25 |
| 11/30/2009 | Copy/Print Charges for November 2009 | $305.00 |
| 12/31/2009 | Copy/Print Charges for December 2009 | $219.00 |
| 1/31/2010 | Copy/Print Charges for January 2010 | $37.50 |
| 2/28/2010 | Copy/Print Charges for February 2010 | $66.00 |
| 3/31/2010 | Copy/Print Charges for March 2010 | $61.50 |
| 4/30/2010 | Copy/Print Charges for April 2010 | $8.75 |
| 5/31/2010 | Copy/Print Charges for May 2010 | $22.50 |
| 6/30/2010 | Copy/Print Charges for June 2010 | $136.00 |
| 7/31/2010 | Copy/Print Charges for July 2010 | $34.50 |
| 8/31/2010 | Copy/Print Charges for August 2010 | $184.00 |
| 9/30/2010 | Copy/Print Charges for September 2010 | $113.75 |
| 10/31/2010 | Copy/Print Charges for October 2010 | $377.00 |
| 11/30/2010 | Copy/Print Charges for November 2010 | $160.00 |
| 12/31/2010 | Color Copy/Print Charges for December 2010 | $0.50 |
| 12/31/2010 | Copy/Print Charges for December 2010 | $34.75 |
| 1/31/2011 | Copy/Print Charges for January 2011 | $44.25 |
| 2/28/2011 | Copy/Print Charges for February 2011 | $222.75 |
| 3/31/2011 | Copy/Print Charges for March 2011 | $92.50 |

| | | |
|---|---|---|
| 4/30/2011 | Copy/Print Charges for April 2011 | $104.75 |
| 4/30/2011 | Color Copy/Print Charges for April 2011 | $1.75 |
| 5/31/2011 | Copy/Print Charges for May 2011 | $37.50 |
| 6/30/2011 | Color Copy/Print Charges for June 2011 | $11.75 |
| 6/30/2011 | Copy/Print Charges for June 2011 | $108.00 |
| 7/31/2011 | Color Copy/Print Charges for July 2011 | $23.25 |
| 7/31/2011 | Copy/Print Charges for July 2011 | $88.25 |
| 8/31/2011 | Copy/Print Charges for August 2011 | $6.50 |
| 9/30/2011 | Color Copy/Print Charges for September 2011 | $9.25 |
| 9/30/2011 | Copy/Print Charges for September 2011 | $99.75 |
| 11/30/2011 | Copy/Print Charges for November 2011 | $49.25 |
| 12/31/2011 | Color Copy/Print Charges for December 2011 | $3.00 |
| 12/31/2011 | Copy/Print Charges for December 2011 | $48.25 |
| 1/31/2012 | Copy/Print Charges for January 2012 | $25.75 |
| 2/28/2012 | Copy/Print Charges for February 2012 | $41.25 |
| 3/31/2012 | Copy/Print Charges for March 2012 | $8.00 |
| 4/30/2012 | Copy/Print Charges for April 2012 | $110.00 |
| 5/31/2012 | Copy/Print Charges for May 2012 | $19.50 |
| 6/30/2012 | Copy/Print Charges for June 2012 | $422.50 |
| 6/30/2012 | Color Copy/Print Charges for June 2012 | $20.75 |
| 7/31/2012 | Copy/Print Charges for July 2012 | $28.50 |
| 8/31/2012 | Copy/Print Charges for August 2012 | $116.25 |
| 9/30/2012 | Copy/Print Charges for September 2012 | $206.00 |
| 9/30/2012 | Color Copy/Print Charges for September 2012 | $3.00 |
| 10/31/2012 | Copy/Print Charges for October 2012 | $193.00 |
| 10/31/2012 | Color Copy/Print Charges for October 2012 | $1.00 |
| 11/30/2012 | Copy/Print Charges for November 2012 | $2.25 |
| 12/31/2012 | Copy/Print Charges for December 2012 | $56.50 |
| 1/31/2013 | Copy/Print Charges for January 2013 | $52.00 |
| 3/31/2013 | Copy/Print Charges for March 2013 | $82.25 |
| 4/30/2013 | Copy/Print Charges for April 2013 | $0.25 |
| 6/30/2013 | Copy/Print Charges for June 2013 | $141.00 |
| 7/24/2013 | Copy/Print Charges for July 2013 | $133.25 |

**Total:** **$51,360.75**

## Schedule I
### Photocopies - Outside

| Date | Description | Amount |
|------|-------------|--------|
| 9/5/2006 | K & B Copy Group, Inc.; Invoice # 0028791; DVDs copied | $53.50 |
| | **Total:** | **$53.50** |

**Schedule J**
Postage

| Date | Description | Amount |
|------|-------------|--------|
| 11/30/2004 | Postage Charges for November 2004 | $0.60 |
| 2/28/2005 | Postage Charges for February 2005 | $1.06 |
| 2/28/2005 | Postage Charges for February 2005 | $1.06 |
| 2/28/2005 | Postage Charges for February 2005 | $2.12 |
| 2/28/2005 | Postage Charges for February 2005 | $9.70 |
| 3/31/2005 | Postage Charges for March 2005 | $18.42 |
| 3/31/2005 | Postage Charges for March 2005 | $27.65 |
| 4/30/2005 | Postage Charges for April 2005 | $10.64 |
| 4/30/2005 | Postage Charges for April 2005 | $43.82 |
| 6/30/2005 | Postage Charges for June 2005 | $0.37 |
| 8/31/2005 | Postage Charges for August 2005 | $0.37 |
| 11/30/2005 | Postage Charges for November 2005 | $0.37 |
| 12/31/2005 | Postage Charges for December 2005 | $0.37 |
| 4/30/2006 | Postage Charges for April 2006 | $4.11 |
| 5/31/2006 | Postage Charges for May 2006 | $0.78 |
| 7/31/2006 | Postage Charges for July 2006 | $48.33 |
| 8/31/2006 | Postage Charges for August 2006 | $17.91 |
| 9/30/2006 | Postage Charges for September 2006 | $74.38 |
| 10/31/2006 | Postage Charges for October 2006 | $220.50 |
| 11/30/2006 | Postage Charges for November 2006 | $3.19 |
| 12/31/2006 | Postage Charges for December 2006 | $1.56 |
| 2/28/2007 | Postage Charges for February 2007 | $10.14 |
| 3/31/2007 | Postage Charges for March 2007 | $0.78 |
| 4/30/2007 | Postage Charges for April 2007 | $2.26 |
| 5/31/2007 | Postage Charges for May 2007 | $0.80 |
| 6/30/2007 | Postage Charges for June 2007 | $0.80 |
| 8/31/2007 | Postage Charges for August 2007 | $0.41 |
| 11/30/2007 | Postage Charges for November 2007 | $0.41 |
| 6/30/2008 | Postage Charges for June 2008 | $1.84 |
| 12/31/2008 | Postage Charges for December 2008 | $0.84 |
| 1/31/2009 | Postage Charges for January 2009 | $16.00 |
| 2/28/2009 | Postage Charges for February 2009 | $50.27 |
| 3/31/2009 | Postage Charges for March 2009 | $30.60 |
| 4/30/2009 | Postage Charges for April 2009 | $38.82 |
| 5/31/2009 | Postage Charges for May 2009 | $0.42 |
| 7/31/2009 | Postage Charges for July 2009 | $0.44 |
| 9/30/2009 | Postage Charges for September 2009 | $0.44 |
| 10/31/2009 | Postage Charges for October 2009 | $20.91 |
| 12/31/2009 | Postage Charges for December 2009 | $32.33 |
| 1/31/2010 | Postage Charges for January 2010 | $0.44 |
| 9/30/2010 | Postage Charges for September 2010 | $1.39 |
| 8/31/2011 | Postage Charges for August 2011 | $1.08 |
| 9/30/2012 | Postage Charges for September 2012 | $0.65 |
| | **Total:** | **$699.38** |

**Schedule K**
Telephone/Fax

| Date | Description | Amount |
|------|-------------|--------|
| 10/31/2004 | October Long Distance | $3.70 |
| 11/30/2004 | Long Distance Charges for November 2004 | $3.35 |
| 11/30/2004 | Long Distance Charges for November 2004 | $3.70 |
| 12/31/2004 | Long Distance Charges for December 2004 | $1.13 |
| 1/31/2005 | Long Distance Charges for January 2005 | $0.02 |
| 1/31/2005 | Long Distance Charges for January 2005 | $0.03 |
| 1/31/2005 | Long Distance Charges for January 2005 | $0.04 |
| 1/31/2005 | Long Distance Charges for January 2005 | $3.83 |
| 2/28/2005 | Long Distance Charges for February 2005 | $0.79 |
| 2/28/2005 | Long Distance Charges for February 2005 | $1.21 |
| 2/28/2005 | Long Distance Charges for February 2005 | $1.21 |
| 3/24/2005 | Vendor Summit Conference Service, Inc.; Invoice # | $0.18 |
| 3/24/2005 | Vendor Summit Conference Service, Inc.; Invoice # 16882 | $4.50 |
| 3/24/2005 | Vendor Summit Conference Service, Inc.; Invoice # 16882 | $5.22 |
| 3/24/2005 | Vendor Summit Conference Service, Inc.; Invoice # 16882 | $5.22 |
| 3/24/2005 | Vendor Summit Conference Service, Inc.; Invoice # 16882 | $5.58 |
| 3/24/2005 | Vendor Summit Conference Service, Inc.; Invoice # 16882 | $5.58 |
| 3/24/2005 | Vendor Summit Conference Service, Inc.; Invoice # 16882 | $5.58 |
| 3/24/2005 | Vendor Summit Conference Service, Inc.; Invoice # 16882 | $5.58 |
| 3/24/2005 | Vendor Summit Conference Service, Inc.; Invoice # 16882 | $5.76 |
| 3/24/2005 | Vendor Summit Conference Service, Inc.; Invoice # 16882 | $6.12 |
| 3/31/2005 | Long Distance Charges for March 2005 | $0.04 |
| 3/31/2005 | Long Distance Charges for March 2005 | $0.30 |
| 3/31/2005 | Long Distance Charges for March 2005 | $0.32 |
| 3/31/2005 | Long Distance Charges for March 2005 | $0.37 |
| 3/31/2005 | Long Distance Charges for March 2005 | $0.43 |
| 3/31/2005 | Long Distance Charges for March 2005 | $0.70 |
| 3/31/2005 | Long Distance Charges for March 2005 | $1.09 |
| 4/30/2005 | Long Distance Charges for April 2005 | $0.05 |
| 4/30/2005 | Long Distance Charges for April 2005 | $0.18 |
| 5/31/2005 | Long Distance Charges for May 2005 | $0.02 |
| 5/31/2005 | Long Distance Charges for May 2005 | $0.05 |
| 5/31/2005 | Long Distance Charges for May 2005 | $0.08 |
| 6/30/2005 | Long Distance Charges for June 2005 | $0.04 |
| 6/30/2005 | Long Distance Charges for June 2005 | $0.04 |
| 6/30/2005 | Long Distance Charges for June 2005 | $0.07 |

| | | |
|---|---|---|
| 6/30/2005 | Long Distance Charges for June 2005 | $0.11 |
| 6/30/2005 | Long Distance Charges for June 2005 | $0.56 |
| 6/30/2005 | Long Distance Charges for June 2005 | $2.96 |
| 6/30/2005 | Long Distance Charges for June 2005 | $4.13 |
| 7/31/2005 | Long Distance Charges for July 2005 | $0.02 |
| 7/31/2005 | Long Distance Charges for July 2005 | $0.02 |
| 7/31/2005 | Long Distance Charges for July 2005 | $0.04 |
| 7/31/2005 | Long Distance Charges for July 2005 | $0.08 |
| 7/31/2005 | Long Distance Charges for July 2005 | $0.22 |
| 7/31/2005 | Long Distance Charges for July 2005 | $0.25 |
| 7/31/2005 | Long Distance Charges for July 2005 | $1.15 |
| 7/31/2005 | Long Distance Charges for July 2005 | $35.88 |
| 8/31/2005 | Long Distance Charges for August 2005 | $0.06 |
| 8/31/2005 | Long Distance Charges for August 2005 | $0.07 |
| 8/31/2005 | Long Distance Charges for August 2005 | $0.17 |
| 8/31/2005 | Long Distance Charges for August 2005 | $0.20 |
| 8/31/2005 | Long Distance Charges for August 2005 | $0.37 |
| 8/31/2005 | Long Distance Charges for August 2005 | $0.38 |
| 8/31/2005 | Long Distance Charges for August 2005 | $1.06 |
| 8/31/2005 | Long Distance Charges for August 2005 | $46.78 |
| 9/30/2005 | Long Distance Charges for September 2005 | $32.35 |
| 10/13/2005 | Summit Conference Service, Inc.; Invoice # 18490 | $151.56 |
| 10/31/2005 | Dan Gustafson; 10/10/05 thru 10/14/05 Trip (Telephone/Faxes/Internet) | $62.33 |
| 10/31/2005 | Long Distance Charges for October 2005 | $53.19 |
| 11/18/2005 | Summit Conference Service, Inc.; Invoice # 18896 | $247.14 |
| 11/30/2005 | Long Distance Charges for November 2005 | $30.70 |
| 12/5/2005 | Renae Steiner; 11/01/05 thru 11/05/05 Trip (Internet) | $14.95 |
| 12/31/2005 | Long Distance Charges for December 2005 | $13.60 |
| 1/31/2006 | Long Distance Charges for January 2006 | $39.81 |
| 2/3/2006 | Summit Conference Service, Inc.; Invoice # 20501 | $728.22 |
| 2/20/2006 | Summit Conference Service, Inc.; Invoice # 21144 | $440.82 |
| 2/28/2006 | Long Distance Charges for February 2006 | $22.65 |
| 3/3/2006 | Premiere Global Services; Invoice # 00305064 | $20.59 |
| 3/19/2006 | Summit Conference Service, Inc.; Invoice # 19253 | $317.40 |
| 3/19/2006 | Summit Conference Service, Inc.; Invoice # 21515 | $381.78 |
| 3/31/2006 | Long Distance Charges for March 2006 | $32.97 |
| 4/5/2006 | Dan Gustafson; 02/27/06 thru 02/28/06 Trip (Internet) | $6.95 |
| 4/5/2006 | Premiere Global Services; Invoice # 00342683 | $60.05 |
| 4/5/2006 | Summit Conference Service, Inc.; Invoice # 23012 | $27.54 |
| 4/19/2006 | Stacey Mitchell; 04/12/06 thru 04/14/06 Trip (Internet) | $10.00 |
| 4/30/2006 | Long Distance Charges for April 2006 | $36.82 |
| 5/8/2006 | Premiere Global Services; Invoice # 00375334 | $235.80 |
| 5/19/2006 | Diana Kazakeviciute; Expense Reimbursement (Facsimilies) | $6.00 |
| 5/31/2006 | Long Distance Charges for May 2006 | $41.48 |
| 6/5/2006 | Premiere Global Services; Invoice # 00407926 | $265.53 |
| 6/20/2006 | Renae Steiner; 05/04/06 thru 05/15/06 Trip (Internet) | $268.18 |
| 6/30/2006 | Long Distance Charges for June 2006 | $33.22 |
| 7/5/2006 | Premiere Global Services; Invoice # 00450419 (Conference Calls) | $132.82 |
| 7/31/2006 | Long Distance Charges for July 2006 | $17.31 |

| | | |
|---|---|---|
| 8/4/2006 | Premiere Global Services; Invoice # 1631351 | $66.50 |
| 8/31/2006 | Long Distance Charges for August 2006 | $38.31 |
| 9/5/2006 | Premiere Global Services; Invoice # 00516259 | $23.63 |
| 9/30/2006 | Long Distance Charges for September 2006 | $71.84 |
| 10/5/2006 | Premiere Global Services; Invoice # 00550209 | $7.14 |
| 10/5/2006 | Premiere Global Services; Invoice # 00550209 | $18.51 |
| 10/5/2006 | Premiere Global Services; Invoice # 00550209 | $58.60 |
| 10/20/2006 | Dan Gustafson; 08/28-08/29 Trip (Long Distance) | $9.99 |
| 10/31/2006 | Long Distance Charges for October 2006 | $89.61 |
| 11/3/2006 | Premiere Global Services; Invoice # 00584519 | $8.04 |
| 11/3/2006 | Premiere Global Services; Invoice # 00584519 | $27.13 |
| 11/3/2006 | Premiere Global Services; Invoice # 00584519 | $29.55 |
| 11/3/2006 | Premiere Global Services; Invoice # 00584519 | $69.26 |
| 11/3/2006 | Premiere Global Services; Invoice # 00584519 | $82.01 |
| 11/3/2006 | Premiere Global Services; Invoice # 00584519 | $83.89 |
| 11/30/2006 | Long Distance Charges for November 2006 | $36.81 |
| 12/5/2006 | Premiere Global Services; Invoice # 619593 | $5.60 |
| 12/5/2006 | Premiere Global Services; Invoice # 619593 | $21.35 |
| 12/5/2006 | Premiere Global Services; Invoice # 619593 | $60.41 |
| 12/31/2006 | Long Distance Charges for December 2006 | $33.06 |
| 1/5/2007 | Premiere Global Services; Invoice # 00659562 | $80.37 |
| 1/31/2007 | Long Distance Charges for January 2007 | $23.46 |
| 2/5/2007 | Premiere Global Services; Invoice # 00695765 | $166.45 |
| 2/20/2007 | Renae Steiner; 02/07 - 02/08/07 Trip (Long Distance/Internet) | $15.99 |
| 2/28/2007 | Long Distance Charges for February 2007 | $46.51 |
| 3/6/2007 | Premiere Global Services; Invoice # 00733338 | $256.20 |
| 3/31/2007 | Long Distance for March 2007 | $35.45 |
| 4/5/2007 | Premiere Global Services; Invoice # 00772073 | $189.19 |
| 4/30/2007 | Long Distance Charges for April 2007 | $25.05 |
| 5/4/2007 | Premiere Global Services; Invoice # 00810714 | $387.72 |
| 5/31/2007 | Long Distance Charges for May 2007 | $31.94 |
| 6/5/2007 | Premiere Global Services; Invoice # 00857626 | $199.52 |
| 6/30/2007 | Long Distance Charges for June 2007 | $23.27 |
| 7/12/2007 | Premiere Global Services; Invoice # 00897822 | $14.63 |
| 7/31/2007 | Long Distance Charges for July 2007 | $8.22 |
| 8/3/2007 | Premiere Global Services; Invoice # 00944669 | $54.82 |
| 8/20/2007 | Dan Gustafson; 06/21-06/22/07 Trip (Internet) | $9.99 |
| 8/31/2007 | Long Distance Charges for August 2007 | $5.40 |
| 9/30/2007 | Long Distance Charges for September 2007 | $15.18 |
| 10/4/2007 | Dan Gustafson; 08/14-08/15/07 Trip (Internet) | $14.95 |
| 10/4/2007 | Premiere Global Services; Invoice # 01024995 | $10.72 |
| 10/4/2007 | Premiere Global Services; Invoice # 01024995 | $20.46 |
| 10/4/2007 | Premiere Global Services; Invoice # 01024995 | $39.13 |
| 10/31/2007 | Long Distance Charges for October 2007 | $6.20 |
| 11/5/2007 | Premiere Global Services; Invoice # 01066573 | $30.85 |
| 11/30/2007 | Long Distance Charges for November 2007 | $2.98 |
| 12/5/2007 | Premiere Global Services; Invoice # 01108725 | $19.73 |
| 12/31/2007 | Long Distance Charges for December 2007 | $0.68 |
| 1/31/2008 | Long Distance Charges for January 2008 | $6.79 |
| 2/28/2008 | Long Distance Charges for February 2008 | $8.64 |
| 3/6/2008 | Premiere Global Services; Invoice # 01251818 | $60.04 |

| | | |
|---|---|---|
| 3/31/2008 | Long Distance Charges for March 2008 | $0.04 |
| 3/31/2008 | Long Distance Charges for March 2008 | $5.35 |
| 4/4/2008 | Premiere Global Services; Invoice # 01306798 | $82.27 |
| 4/22/2008 | Premiere Global Services; Invoice # 01396935 | $1.88 |
| 4/30/2008 | Long Distance Charges for April 2008 | $5.28 |
| 5/31/2008 | Long Distance Charges for May 2008 | $2.27 |
| 6/5/2008 | Premiere Global Services; Invoice # 01460799 | $38.61 |
| 6/30/2008 | Long Distance Charges for June 2008 | $7.26 |
| 7/7/2008 | Premiere Global Services; Invoice # 01523933 | $29.12 |
| 7/31/2008 | Long Distance Charges for July 2008 | $1.83 |
| 8/31/2008 | Long Distance Charges for August 2008 | $2.63 |
| 9/4/2008 | Premiere Global Services; Invoice # 01661205 | $12.60 |
| 9/30/2008 | Long Distance Charges for September 2008 | $1.56 |
| 10/31/2008 | Long Distance Charges for October 2008 | $0.99 |
| 11/30/2008 | Long Distance Charges for November 2008 | $1.10 |
| 12/31/2008 | Long Distance Charges for December 2008 | $2.16 |
| 1/31/2009 | Long Distance Charges for January 2009 | $6.61 |
| 2/28/2009 | Long Distance Charges for February 2009 | $9.39 |
| 3/5/2009 | Premiere Global Services; Invoice # 02090542 | $12.69 |
| 3/31/2009 | Long Distance Charges for March 2009 | $4.08 |
| 3/31/2009 | Premiere Global Services; Invoice # 02157167 | $27.39 |
| 5/5/2009 | Premiere Global Services; Invoice # 02215168 | $5.40 |
| 5/14/2009 | Long Distance Charges for 4/14/09 - 5/14/09. | $1.29 |
| 5/15/2009 | Long Distance Charges for April 14, 2009 - May 15, 2009. | $4.08 |
| 6/5/2009 | Premiere Global Services; Invoice # 02269274 | $90.65 |
| 6/14/2009 | Long Distance Charges for 5/15/2009 - 6/14/2009. | $0.60 |
| 7/2/2009 | Premiere Global Services; Invoice # 02334778 | $217.41 |
| 7/14/2009 | Long Distance Charges for 6/15/09 - 7/14/09. | $3.06 |
| 8/5/2009 | Premiere Global Services; Invoice # 02404708 | $3.77 |
| 8/5/2009 | Premiere Global Services; Invoice # 02404708 | $25.17 |
| 8/5/2009 | Premiere Global Services; Invoice # 02404708 | $117.75 |
| 8/14/2009 | Long Distance Charges for 7/15/09 - 8/14/09. | $4.17 |
| 9/4/2009 | Premiere Global Services; Invoice # 02498917 | $16.92 |
| 9/14/2009 | Long Distance Charges for 8/15/09 - 9/14/09. | $2.86 |
| 10/14/2009 | Long Distance Charges for 9/15/09 - 10/14/09. | $3.35 |
| 11/5/2009 | Daniel C. Hedlund; 11/01-11/02/09 Trip (Internet) | $9.95 |
| 11/5/2009 | Premiere Global Services; Invoice # 02638388 | $41.84 |
| 11/5/2009 | T-Mobile; 09/19/09 - 10/18/09 Cell | $8.94 |
| 11/14/2009 | Long Distance Charges for 10/15/09 - 11/14/09. | $8.19 |
| 12/14/2009 | Long Distance Charges for 11/15/09 - 12/14/09. | $9.61 |
| 1/5/2010 | Premiere Global Services; Invoice # 02715906 | $18.80 |
| 1/5/2010 | Premiere Global Services; Invoice # 02783159 | $255.75 |
| 1/12/2010 | Premiere Global Services; Invoice # 02848925 | $73.70 |
| 1/14/2010 | Long Distance Charges for 12/15/09 - 1/14/10. | $2.09 |
| 2/14/2010 | Long Distance Charges for 1/15/10 - 2/14/10. | $7.42 |
| 3/5/2010 | Premiere Global Services; Invoice # 02914256 | $355.06 |
| 3/14/2010 | Long Distance Charges for 2/15/2010 - 3/14/2010. | $7.45 |
| 4/5/2010 | Premiere Global Services; 002977518 | $167.43 |
| 4/14/2010 | Long Distance Charges for 3/15/10 - 4/15/10. | $3.89 |
| 5/5/2010 | Premiere Global Services; Invoice # 03048274 | $223.39 |
| 5/14/2010 | Long Distance Charges for 4-15-10 - 5-14-10. | $2.93 |

| | | |
|---|---|---:|
| 6/4/2010 | Premiere Global Services; Invoice # 03115987 | $56.33 |
| 6/14/2010 | Long Distance Charges for 5/15/10 - 6/14/10. | $5.60 |
| 7/6/2010 | Premiere Global Services; Invoice # 03182960 | $102.12 |
| 7/12/2010 | Premiere Global Services; Invoice # 03249695 | $58.14 |
| 7/14/2010 | Long Distance Charges for 6/15/10 - 7-14-10. | $2.31 |
| 8/14/2010 | Long Distance Charges for 7/15/10 - 8/14/10. | $3.14 |
| 9/2/2010 | Premiere Global Services; Invoice # 03451500 | $54.34 |
| 9/14/2010 | Long Distance Charges for 8/15/10 - 9/14/10. | $0.81 |
| 10/14/2010 | Long Distance Charges for 9/15/10 - 10/14/10. | $2.36 |
| 11/14/2010 | Long Distance Charges for 10/14/10 - 11/15/10. | $2.41 |
| 12/3/2010 | Premiere Global Services; Invoice # 04858453 | $23.27 |
| 12/14/2010 | Long Distance Charges for 11/15/10 - 12/14/10. | $3.41 |
| 12/28/2010 | Premiere Global Services; Invoice # 04398616 | $98.28 |
| 12/28/2010 | Premiere Global Services; Invoice # 05407804 | $15.64 |
| 1/14/2011 | Long Distance Charges for 12/15/10 - 1/14/11. | $1.56 |
| 2/14/2011 | Long Distance Charges for 1/15/11 - 2/14/11. | $1.63 |
| 2/18/2011 | ILD Telecommunications DBA: ROLLCALL; Invoice # Jan 2011 Conf. Calls | $1.00 |
| 3/14/2011 | Long Distance Charges for 02/15/2011 - 03/14/2011. | $3.45 |
| 3/18/2011 | ILD Telecommunications DBA: ROLLCALL; Feb 2011 Conf Calls | $6.50 |
| 3/20/2011 | Daniel C. Hedlund; 03/07-03/08/11 Trip (Internet) | $15.00 |
| 4/14/2011 | Long Distance Charges for 03/15/11 - 04/14/11. | $1.34 |
| 4/20/2011 | ILD Telecommunications DBA: ROLLCALL; Invoice # March 2011 | $5.15 |
| 5/15/2011 | Long Distance Charges for 04/14/11 - 05/15/11. | $0.93 |
| 5/20/2011 | ILD Telecommunications DBA: ROLLCALL; Invoice # Apr 2011 Conf Calls | $67.45 |
| 6/14/2011 | Long Distance Charges for 05/15/2011 - 06/14/2011. | $2.40 |
| 6/20/2011 | ILD Telecommunications DBA: ROLLCALL; Invoice # 633528 | $11.50 |
| 7/14/2011 | Long Distance Charges for 06/15/2011 - 07/14/2011. | $1.29 |
| 8/3/2011 | Daniel C. Hedlund; 07/27-07/28/11 Trip (Internet) | $12.95 |
| 8/4/2011 | ILD Telecommunications DBA: ROLLCALL; Invoice # 633528 | $3.20 |
| 8/9/2011 | ILD Telecommunications DBA: ROLLCALL; Invoice # 633528 | $82.65 |
| 8/14/2011 | Long Distance Charges for 07/15/2011 - 08/14/2011. | $0.49 |
| 9/14/2011 | Long Distance Charges for 08/15/11 - 09/14/11. | $0.89 |
| 9/20/2011 | ILD Telecommunications DBA: ROLLCALL; Invoice # 633528 | $32.40 |
| 10/14/2011 | Long Distance Charges for 09/15/2011 - 10/14/2011. | $1.20 |
| 11/14/2011 | Long Distance Charges for 10/15/2011 - 11/14/2011. | $0.38 |
| 12/20/2011 | ILD Telecommunications DBA: ROLLCALL; Invoice # 633528 | $27.70 |
| 1/14/2012 | Long Distance Charges for 12/15/2011-01/14/2012 | $0.03 |
| 2/14/2012 | Long Distance Charges for 01/15/12 - 02/14/12. | $0.19 |
| 3/14/2012 | Long Distance Charges for 02/15/2012 - 03/14/2012. | $0.39 |
| 4/20/2012 | ILD Telecommunications DBA: ROLLCALL; Invoice # 633528 | $13.45 |
| 5/14/2012 | Long Distance Charges for 04/15/2012 - 05/14/2012. | $1.28 |
| 6/14/2012 | Long Distance Charges for 05/15/2012 - 06/14/2012. | $1.27 |

| | | |
|---|---|---|
| 6/20/2012 | ILD Telecommunications DBA: ROLLCALL; Invoice # 633528 | $3.05 |
| 7/19/2012 | ILD Telecommunications DBA: ROLLCALL; Invoice # 633528 | $1.45 |
| 8/14/2012 | Long Distance Charges for 07/15/12 - 08/14/12. | $0.59 |
| 9/14/2012 | Long Distance Charges for 08/15/12 - 09/14/12. | $0.14 |
| 10/5/2012 | ILD Telecommunications DBA: ROLLCALL; Invoice # 633528 | $3.00 |
| 10/5/2012 | ILD Telecommunications DBA: ROLLCALL; Invoice # 633528 | $2.65 |
| 10/5/2012 | ILD Telecommunications DBA: ROLLCALL; Invoice # 633528 | $18.65 |
| 10/5/2012 | ILD Telecommunications DBA: ROLLCALL; Invoice # 633528 | $3.80 |
| 10/5/2012 | Ellen Ahrens; Internet Connection | $9.95 |
| 10/14/2012 | Long Distance Charges for 09/15/2012 - 10/14/2012. | $0.51 |
| 11/14/2012 | Long Distance Charges for 10/15/2012 - 11/14/2012. | $2.49 |
| 11/20/2012 | ILD Telecommunications DBA: ROLLCALL. | $14.85 |
| 12/14/2012 | Long Distance Charges for 11/15/2012 - 12/14/2012. | $0.17 |
| 12/20/2012 | ILD Telecommunications DBA: ROLLCALL. | $26.15 |
| 2/14/2013 | Long Distance Charges for 01/15/2013 - 02/14/2013. | $0.08 |
| 3/14/2013 | Long Distance Charges for 02/15/2013 - 03/14/2013. | $0.80 |
| 5/20/2013 | ILD Telecommunications DBA: ROLLCALL; Invoice # 633528 | $0.50 |

**Total:** **$9,312.84**

## Schedule L
Service of Process

| Date | Description | Amount |
|------|-------------|--------|
| 1/31/2005 | Vendor Metro Legal Services; Invoice # 849960 (Idaho Services) | $337.00 |
| 5/6/2005 | 1st Nationwide Legal Services; Invoice # GE07 | $20.00 |
| 5/6/2005 | 1st Nationwide Legal Services; Invoice # GE07 | $120.00 |
| 5/6/2005 | 1st Nationwide Legal Services; Invoice # GE07 | $140.00 |
| 5/6/2005 | 1st Nationwide Legal Services; Invoice # GE07 | $160.00 |
| 5/6/2005 | 1st Nationwide Legal Services; Invoice # GE07 | $180.00 |
| 5/6/2005 | 1st Nationwide Legal Services; Invoice # GE07 | $220.00 |
| 5/6/2005 | 1st Nationwide Legal Services; Invoice # GE07 | $260.00 |
| 5/6/2005 | 1st Nationwide Legal Services; Invoice # GE07 | $280.00 |
| 5/6/2005 | 1st Nationwide Legal Services; Invoice # GE07 | $320.00 |
| 5/6/2005 | 1st Nationwide Legal Services; Invoice # GE07 | $710.50 |
| 5/6/2005 | 1st Nationwide Legal Services; Invoice # GE07 | $1,096.50 |
| 5/6/2005 | 1st Nationwide Legal Services; Invoice # GE07 | $1,216.50 |
| | **Total:** | **$5,060.50** |

## Schedule M
Travel: Airfare, Ground Travel, Meals, Lodging, etc.

| Date | Description | Amount |
|---|---|---|
| 1/31/2005 | Dan Gustafson; Expense Reimbursement (Meals) | $66.92 |
| 6/27/2005 | Renae Steiner; Expense Reimbursement (Meal) | $142.07 |
| 10/13/2005 | Dan Gustafson; 10/02/05 thru 10/04/05 Trip (Air Fare) | $1,218.40 |
| 10/13/2005 | Dan Gustafson; 10/02/05 thru 10/04/05 Trip (Cab Fare) | $140.00 |
| 10/13/2005 | Dan Gustafson; 10/02/05 thru 10/04/05 Trip (Hotel) | $801.50 |
| 10/13/2005 | Dan Gustafson; 10/02/05 thru 10/04/05 Trip (Meals) | $185.65 |
| 10/13/2005 | Dan Gustafson; 10/02/05 thru 10/04/05 Trip (Parking) | $32.00 |
| 10/13/2005 | Renae Steiner; 10/02-10/04/05 Trip (Airfare) | $639.90 |
| 10/13/2005 | Renae Steiner; 10/02-10/04/05 Trip (Cab Fares) | $94.00 |
| 10/13/2005 | Renae Steiner; 10/02-10/04/05 Trip (Hotel) | $705.02 |
| 10/13/2005 | Renae Steiner; 10/02-10/04/05 Trip (Meals) | $157.85 |
| 10/13/2005 | Renae Steiner; 10/02-10/04/05 Trip (Parking) | $48.00 |
| 10/31/2005 | Dan Gustafson; 10/10/05 thru 10/14/05 Trip (Air Fare) | $487.43 |
| 10/31/2005 | Dan Gustafson; 10/10/05 thru 10/14/05 Trip (Cab Fare) | $105.00 |
| 10/31/2005 | Dan Gustafson; 10/10/05 thru 10/14/05 Trip (Hotel) | $886.14 |
| 10/31/2005 | Dan Gustafson; 10/10/05 thru 10/14/05 Trip (Meals) | $403.27 |
| 10/31/2005 | Dan Gustafson; 10/10/05 thru 10/14/05 Trip (Parking) | $55.50 |
| 10/31/2005 | Renae Steiner; 11/02/05 thru 11/04/05 Trip (Air Fare for N. Johnson) | $649.90 |
| 11/18/2005 | Nicole Lynn Johnson; 11/01/05 - 11/03/05 Trip (Cab Fare) | $40.00 |
| 11/18/2005 | Nicole Lynn Johnson; 11/01/05 thru 11/03/05 Trip (Meals) | $6.98 |
| 11/18/2005 | Nicole Lynn Johnson; 11/01/05 thru 11/03/05 Trip (Parking) | $40.00 |
| 11/18/2005 | Renae Steiner; 11/01/05 thru 11/03/05 Trip (Hotel for James) | $704.80 |
| 11/18/2005 | Stacey Mitchell; 10/16/05 thru 10/18/05 Trip (Air Fare) | $649.90 |
| 11/18/2005 | Stacey Mitchell; 10/16/05 thru 10/18/05 Trip (Hotel) | $750.42 |
| 11/18/2005 | Stacey Mitchell; 10/16/05 thru 10/18/05 Trip (Meals) | $19.03 |
| 12/5/2005 | Renae Steiner; 11/01/05 thru 11/05/05 Trip (Cab Fare) | $83.00 |
| 12/5/2005 | Renae Steiner; 11/01/05 thru 11/05/05 Trip (Hotel) | $1,546.46 |
| 12/5/2005 | Renae Steiner; 11/01/05 thru 11/05/05 Trip (Meals) | $255.65 |
| 12/5/2005 | Renae Steiner; 11/01/05 thru 11/05/05 Trip (Parking) | $56.00 |
| 12/5/2005 | Renae Steiner; 11/01/50 thru 11/05/05 Trip (Air Fare) | $233.40 |
| 12/19/2005 | Dan Gustafson; 07-11-05 Trip (Air Fare) | $1,674.40 |
| 12/19/2005 | Dan Gustafson; 07-11-05 Trip (Hotel) | $1,934.94 |
| 12/19/2005 | Dan Gustafson; 07-11-05 Trip (Meals) | $878.93 |
| 12/19/2005 | Dan Gustafson; 07-11-05 Trip (Parking) | $64.00 |
| 12/19/2005 | Dan Gustafson; 10/10/05 thru 10/14/05 Trip (Meals) | $552.33 |
| 12/19/2005 | Dan Gustafson; 11/02/05 Trip (Air Fare) | $878.51 |
| 12/19/2005 | Dan Gustafson; 11/02/05 Trip (Hotel) | $1,789.85 |
| 12/19/2005 | Dan Gustafson; 11/02/05 Trip (Meals) | $746.29 |

| | | |
|---|---|---|
| 12/19/2005 | Dan Gustafson; 11/02/05 Trip (Parking) | $42.00 |
| 3/3/2006 | Stacey Mitchell; Expense Reimbursement (Document Coders Meal) | $162.74 |
| 3/19/2006 | Renae Steiner; 02/27/06 thru 02/28/06 Trip (Air Fare) | $1,498.60 |
| 3/19/2006 | Renae Steiner; 02/27/06 thru 02/28/06 Trip (Hotel) | $443.64 |
| 3/19/2006 | Renae Steiner; 02/27/06 thru 02/28/06 Trip (Parking) | $32.00 |
| 4/5/2006 | Dan Gustafson; 02/27/06 thru 02/28/06 Trip (Air Fare) | $1,218.60 |
| 4/5/2006 | Dan Gustafson; 02/27/06 thru 02/28/06 Trip (Cab Fare) | $90.00 |
| 4/5/2006 | Dan Gustafson; 02/27/06 thru 02/28/06 Trip (Hotel) | $443.64 |
| 4/5/2006 | Dan Gustafson; 02/27/06 thru 02/28/06 Trip (Meals) | $6.00 |
| 4/19/2006 | Dan Gustafson; 02/27/06 thru 02/28-06 Trip (Parking) | $30.00 |
| 4/19/2006 | James Anderson; 04/05/06 thru 04/07/06 Trip (Air Fare) | $1,464.40 |
| 4/19/2006 | James Anderson; 04/05/06 thru 04/07/06 Trip (Hotel) | $529.80 |
| 4/19/2006 | Renae Steiner; 04/05/06 thru 04/07/06 Trip (Air Fare) | $1,464.40 |
| 4/19/2006 | Renae Steiner; 04/05/06 thru 04/07/06 Trip (Cab Fare) | $90.00 |
| 4/19/2006 | Renae Steiner; 04/05/06 thru 04/07/06 Trip (Hotel) | $529.80 |
| 4/19/2006 | Renae Steiner; 04/05/06 thru 04/07/06 Trip (Meals) | $238.29 |
| 4/19/2006 | Renae Steiner; 04/05/06 thur 04/07/06 Trip (Parking) | $36.00 |
| 4/19/2006 | Stacey Mitchell; 03/28/06 thru 03/30/06 Trip (Air Fare) | $1,251.60 |
| 4/19/2006 | Stacey Mitchell; 03/28/06 thru 03/30/06 Trip (Cab Fare) | $141.00 |
| 4/19/2006 | Stacey Mitchell; 03/28/06 thru 03/30/06 Trip (Hotel) | $581.06 |
| 4/19/2006 | Stacey Mitchell; 03/28/06 thru 03/30/06 Trip (Meals) | $96.56 |
| 4/19/2006 | Stacey Mitchell; 04/12/06 thru 04/14/06 Trip (Air Fare) | $1,258.60 |
| 4/19/2006 | Stacey Mitchell; 04/12/06 thru 04/14/06 Trip (Cab Fare) | $130.00 |
| 4/19/2006 | Stacey Mitchell; 04/12/06 thru 04/14/06 Trip (Hotel) | $533.74 |
| 4/19/2006 | Stacey Mitchell; 04/12/06 thru 04/14/06 Trip (Meals) | $99.86 |
| 5/2/2006 | Renae Steiner; 05/04/06 thru 05/15/06 Trip (Air Fare) | $3,158.00 |
| 5/2/2006 | Renae Steiner; 05/04/06 thru 05/15/06 Trip (Hotel) | $1,537.62 |
| 6/5/2006 | Dan Gustafson; 04/20/06 thru 04/22/06 Trip (Air Fare) | $1,076.60 |
| 6/5/2006 | Dan Gustafson; 04/20/06 thru 04/22/06 Trip (Cab Fare) | $40.00 |
| 6/5/2006 | Dan Gustafson; 04/20/06 thru 04/22/06 Trip (Hotel) | $375.21 |
| 6/5/2006 | Dan Gustafson; 04/20/06 thru 04/22/06 Trip (Meals) | $3.72 |
| 6/5/2006 | Dan Gustafson; 04/20/06 thru 04/22/06 Trip (Parking) | $32.00 |
| 6/20/2006 | Renae Steiner; 05/04/06 thru 05/15/06 Trip (Cab Fares) | $268.18 |
| 6/20/2006 | Renae Steiner; 05/04/06 thru 05/15/06 Trip (Meals) | $726.96 |
| 8/4/2006 | Dan Gustafson; 04/20/06 thru 04/22/06 Trip (Hotel) | $828.91 |
| 8/4/2006 | Dan Gustafson; 04/20/06 thru 04/22/06 Trip (Meals) | $1,018.73 |
| 8/4/2006 | Dan Gustafson; 07/11/06 thru 07/14/06 Trip (Air Fare) | $1,266.20 |
| 8/4/2006 | Dan Gustafson; 07/11/06 thru 07/14/06 Trip (Hotel) | $1,621.91 |
| 8/4/2006 | Dan Gustafson; 07/11/06 thru 07/14/06 Trip (Parking) | $48.00 |
| 10/6/2006 | Dan Gustafson; 09/11-09/14/06 Trip (Airfare) | $629.21 |
| 10/6/2006 | Dan Gustafson; 09/11-09/14/06 Trip (Hotel) | $1,215.36 |
| 10/6/2006 | Dan Gustafson; 09/11-09/14/06 Trip (Meals) | $554.02 |
| 10/6/2006 | Dan Gustafson; 09/11-09/14/06 Trip (Parking) | $58.00 |
| 10/11/2006 | Dan Gustafson; 07/11-07/14/06 Trip (Meals) | $48.41 |
| 10/20/2006 | Dan Gustafson; 08/23-08/25/06 Trip (Airfare) | $901.59 |

| | | |
|---|---|---|
| 10/20/2006 | Dan Gustafson; 08/23-08/25/06 Trip (Cab Fares) | $80.00 |
| 10/20/2006 | Dan Gustafson; 08/23-08/25/06 Trip (Hotel) | $823.84 |
| 10/20/2006 | Dan Gustafson; 08/23-08/25/06 Trip (Meals) | $149.80 |
| 10/20/2006 | Dan Gustafson; 08/23-08/25/06 Trip (Parking) | $31.00 |
| 10/20/2006 | Dan Gustafson; 08/28-08/29 Trip (Airfare) | $621.85 |
| 10/20/2006 | Dan Gustafson; 08/28-08/29 Trip (Hotel) | $137.95 |
| 10/20/2006 | Dan Gustafson; 08/28-08/29 Trip (Parking) | $24.00 |
| 11/3/2006 | Rebecca Houle; October Expenses (Meals for Document Review) | $164.00 |
| 11/3/2006 | Rebecca Houle; October Expenses Beverages for Document Review) | $15.72 |
| 11/3/2006 | Renae Steiner; Expenses June - Oct | $124.93 |
| 11/20/2006 | Renae Steiner; Exp Reimbursement | $52.91 |
| 11/20/2006 | Renae Steiner; Exp Reimbursement | $91.29 |
| 11/20/2006 | Renae Steiner; Exp Reimbursement | $74.39 |
| 1/5/2007 | Dan Gustafson; 10/24-10/25/06 Trip | $19.50 |
| 1/5/2007 | Dan Gustafson; 10/25-10/28/06 Trip (Airfare) | $2,936.00 |
| 1/5/2007 | Dan Gustafson; 10/25-10/28/06 Trip (Hotel) | $1,114.83 |
| 1/5/2007 | Dan Gustafson; 10/25-10/28/06 Trip (Meals) | $597.70 |
| 1/5/2007 | Dan Gustafson; 10/25-10/28/06 Trip (Parking) | $19.50 |
| 1/5/2007 | Daniel C. Hedlund; 12/03-12/04/06 Trip (Airfare) | $857.60 |
| 1/5/2007 | Daniel C. Hedlund; 12/03-12/04/06 Trip (Cab Fares) | $89.00 |
| 1/5/2007 | Daniel C. Hedlund; 12/03-12/04/06 Trip (Hotel) | $197.66 |
| 1/5/2007 | Daniel C. Hedlund; 12/03-12/04/06 Trip (Meals) | $43.51 |
| 1/5/2007 | Daniel C. Hedlund; 12/03-12/04/06 Trip (Parking) | $30.00 |
| 1/5/2007 | Renae Steiner; Exp Reimb (Meals for document review) | $384.51 |
| 1/5/2007 | Renae Steiner; Exp Reimb (Meals for document review) | $295.68 |
| 2/20/2007 | Renae Steiner; 02/07 - 02/08/07 Trip (Airfare) | $1,468.80 |
| 2/20/2007 | Renae Steiner; 02/07 - 02/08/07 Trip (Cab Fares) | $130.00 |
| 2/20/2007 | Renae Steiner; 02/07 - 02/08/07 Trip (Hotel) | $528.61 |
| 2/20/2007 | Renae Steiner; Feb 1-2, 2007 Trip (Airfare) | $865.92 |
| 2/20/2007 | Renae Steiner; Feb 1-2, 2007 Trip (Hotel) | $189.28 |
| 2/20/2007 | Renae Steiner; Feb 1-2, 2007 Trip (Meals) | $47.21 |
| 2/20/2007 | Renae Steiner; Feb 1-2, 2007 Trip (Parking) | $22.00 |
| 2/22/2007 | Dan Gustafson; 02/06-02/09/07 Trip (Airfare) | $128.32 |
| 2/22/2007 | Dan Gustafson; 02/06-02/09/07 Trip (Cab Fares) | $80.00 |
| 2/22/2007 | Dan Gustafson; 02/06-02/09/07 Trip (Hotel) | $1,504.08 |
| 2/22/2007 | Dan Gustafson; 02/06-02/09/07 Trip (Meals) | $6.39 |
| 2/22/2007 | Dan Gustafson; 02/06-02/09/07 Trip (Parking) | $36.00 |
| 2/22/2007 | Dan Gustafson; 11/29-11/30/06 Trip (Airfare) | $1,479.92 |
| 2/22/2007 | Dan Gustafson; 11/29-11/30/06 Trip (Cab Fares) | $266.24 |
| 2/22/2007 | Dan Gustafson; 11/29-11/30/06 Trip (Hotel) | $1,146.15 |
| 2/22/2007 | Dan Gustafson; 11/29-11/30/06 Trip (Meals) | $170.07 |
| 2/22/2007 | Dan Gustafson; 11/29-11/30/06 Trip (Parking) | $90.00 |
| 2/22/2007 | Dan Gustafson; 12/05-12/08/06 Trip (Airfare) | $946.61 |
| 2/22/2007 | Dan Gustafson; 12/05-12/08/06 Trip (Cab Fares) | $139.60 |
| 2/22/2007 | Dan Gustafson; 12/05-12/08/06 Trip (Hotel) | $1,759.99 |
| 2/22/2007 | Dan Gustafson; 12/05-12/08/06 Trip (Meals) | $53.42 |
| 2/22/2007 | Dan Gustafson; 12/05-12/08/06 Trip (Parking) | $60.00 |
| 3/26/2007 | Dan Gustafson; 02/19-02/20/07 Trip (Airfare) | $840.41 |

| | | |
|---|---|---|
| 3/26/2007 | Dan Gustafson; 02/19-02/20/07 Trip (Hotel) | $463.93 |
| 3/26/2007 | Dan Gustafson; 02/19-02/20/07 Trip (Parking) | $32.00 |
| 4/5/2007 | Renae Steiner; 03/12-03/13/07 Trip (Airfare) | $258.81 |
| 4/5/2007 | Renae Steiner; 03/12-03/13/07 Trip (Cab Fares) | $85.00 |
| 4/5/2007 | Renae Steiner; 03/12-03/13/07 Trip (Meals) | $88.13 |
| 4/5/2007 | Renae Steiner; 03/12-03/13/07 Trip (Parking) | $59.00 |
| 6/5/2007 | James Anderson; 03/12-03/13/07 Trip (Air Fare) | $258.81 |
| 6/5/2007 | James Anderson; 03/12-03/13/07 Trip (Lodging) | $425.83 |
| 6/5/2007 | James Anderson; 03/12-03/13/07 Trip (Meals) | $64.02 |
| 7/12/2007 | Renae Steiner; 06/19-06/21/07 Trip (Airfare) | $567.90 |
| 7/12/2007 | Renae Steiner; 06/19-06/21/07 Trip (Cab Fares) | $23.00 |
| 7/12/2007 | Renae Steiner; 06/19-06/21/07 Trip (Hotel) | $748.52 |
| 7/12/2007 | Renae Steiner; 06/19-06/21/07 Trip (Meals) | $166.53 |
| 7/12/2007 | Renae Steiner; 06/19-06/21/07 Trip (Parking) | $30.00 |
| 8/20/2007 | Dan Gustafson; 06/21-06/22/07 Trip (Airfare) | $1,254.91 |
| 8/20/2007 | Dan Gustafson; 06/21-06/22/07 Trip (Hotel) | $169.31 |
| 8/20/2007 | Dan Gustafson; 06/21-06/22/07 Trip (Meals) | $18.60 |
| 8/20/2007 | Dan Gustafson; 06/21-06/22/07 Trip (Parking) | $32.00 |
| 8/20/2007 | Dan Gustafson; 06/21-06/22/07 Trip (Rental Car) | $285.95 |
| 10/4/2007 | Dan Gustafson; 08/14-08/15/07 Trip (Airfare) | $994.81 |
| 10/4/2007 | Dan Gustafson; 08/14-08/15/07 Trip (Cab Fares) | $85.00 |
| 10/4/2007 | Dan Gustafson; 08/14-08/15/07 Trip (Hotel) | $443.71 |
| 10/4/2007 | Dan Gustafson; 08/14-08/15/07 Trip (Parking) | $32.00 |
| 12/20/2007 | Dan Gustafson; 11/13-11/14/07 Trip (Airfare) | $1,488.80 |
| 12/20/2007 | Dan Gustafson; 11/13-11/14/07 Trip (Hotel) | $703.48 |
| 12/20/2007 | Dan Gustafson; 11/13-11/14/07 Trip (meals) | $622.07 |
| 12/20/2007 | Dan Gustafson; 11/13-11/14/07 Trip (parking) | $56.00 |
| 12/20/2007 | Dan Gustafson; 12/11-12/12/07 Trip (airfare) | $963.70 |
| 12/20/2007 | Dan Gustafson; 12/11-12/12/07 Trip (cab fares) | $140.00 |
| 12/20/2007 | Dan Gustafson; 12/11-12/12/07 Trip (hotel) | $474.08 |
| 3/6/2008 | Renae Steiner; Exp Reimbursement (Meals with J. McCarthy) | $88.18 |
| 6/5/2008 | Daniel C. Hedlund; 05/19-05/22/08 Trip (Airfare) | $601.00 |
| 6/5/2008 | Daniel C. Hedlund; 05/19-05/22/08 Trip (Hotel) | $506.59 |
| 6/5/2008 | Daniel C. Hedlund; 05/19-05/22/08 Trip (Meals) | $270.78 |
| 6/5/2008 | Daniel C. Hedlund; 05/19-05/22/08 Trip (Parking) | $60.00 |
| 11/3/2008 | Dan Gustafson; 10/05-10/07/08 Trip (Airfare) | $1,242.50 |
| 11/3/2008 | Dan Gustafson; 10/05-10/07/08 Trip (Cab Fares) | $80.00 |
| 11/3/2008 | Dan Gustafson; 10/05-10/07/08 Trip (Hotel) | $818.94 |
| 11/3/2008 | Dan Gustafson; 10/05-10/07/08 Trip (Meals) | $428.84 |
| 11/3/2008 | Dan Gustafson; 10/05-10/07/08 Trip (Parking) | $21.33 |
| 1/20/2009 | Daniel C. Hedlund; 01-15-09 Trip (Meals) | $25.95 |
| 1/20/2009 | Daniel C. Hedlund; 01-15-09 Trip (Mileage) | $266.75 |
| 3/5/2009 | Daniel C. Hedlund; 02/25-02/26/09 Trip (Airfare) | $321.20 |
| 3/5/2009 | Daniel C. Hedlund; 02/25-02/26/09 Trip (Meals) | $48.80 |
| 3/5/2009 | Daniel C. Hedlund; 02/25-02/26/09 Trip (Parking) | $45.00 |
| 3/5/2009 | Daniel C. Hedlund; Exp. Reimbursement (Meals) | $20.82 |
| 6/5/2009 | Dan Gustafson; 04/21-04/23/09 Trip (Airfare) | $859.21 |
| 6/5/2009 | Dan Gustafson; 04/21-04/23/09 Trip (Cab Fares) | $84.00 |
| 6/5/2009 | Dan Gustafson; 04/21-04/23/09 Trip (Hotel) | $829.88 |
| 6/5/2009 | Dan Gustafson; 04/21-04/23/09 Trip (Meals) | $66.20 |
| 6/5/2009 | Dan Gustafson; 04/21-04/23/09 Trip (Parking) | $36.00 |

| | | |
|---|---|---|
| 8/4/2009 | Dan Gustafson; 07/16-07/17/09 Trip (Airfare) | $709.20 |
| 8/4/2009 | Dan Gustafson; 07/16-07/17/09 Trip (Cab Fares) | $60.00 |
| 8/4/2009 | Dan Gustafson; 07/16-07/17/09 Trip (Hotel) | $345.59 |
| 8/4/2009 | Dan Gustafson; 07/16-07/17/09 Trip (Meals) | $310.79 |
| 11/5/2009 | Daniel C. Hedlund; 11/01-11/02/09 Trip (Airfare) | $945.21 |
| 11/5/2009 | Daniel C. Hedlund; 11/01-11/02/09 Trip (Cab Fares) | $209.00 |
| 11/5/2009 | Daniel C. Hedlund; 11/01-11/02/09 Trip (Hotel) | $230.97 |
| 11/5/2009 | Daniel C. Hedlund; 11/01-11/02/09 Trip (Meals) | $88.91 |
| 11/5/2009 | Daniel C. Hedlund; 11/01-11/02/09 Trip (Parking) | $36.00 |
| 11/5/2009 | Jason Kilene; Expense reimbusement (Meals) | $44.64 |
| 1/20/2010 | Dan Gustafson; 11/23-11/24/09 Trip (Airfare) | $922.50 |
| 1/20/2010 | Dan Gustafson; 11/23-11/24/09 Trip (Hotel) | $121.54 |
| 1/20/2010 | Dan Gustafson; 11/23-11/24/09 Trip (Meals) | $17.20 |
| 1/20/2010 | Dan Gustafson; 12/15-12/17/09 Trip (Airfare) | $604.20 |
| 1/20/2010 | Dan Gustafson; 12/15-12/17/09 Trip (Cab Fares) | $60.00 |
| 1/20/2010 | Dan Gustafson; 12/15-12/17/09 Trip (Hotel) | $560.58 |
| 1/20/2010 | Dan Gustafson; 12/15-12/17/09 Trip (Meals) | $144.49 |
| 7/20/2010 | Daniel C. Hedlund; 12/07/10 Trip (Change fee for cancelled flight) | $250.00 |
| 9/2/2010 | Dan Gustafson; 8/2-8/5/10 Trip (Airfare) | $881.90 |
| 9/2/2010 | Dan Gustafson; 8/2-8/5/10 Trip (Cab Fares) | $100.00 |
| 9/2/2010 | Dan Gustafson; 8/2-8/5/10 Trip (Hotel) | $1,140.78 |
| 9/2/2010 | Dan Gustafson; 8/2-8/5/10 Trip (Meals) | $482.04 |
| 9/2/2010 | Dan Gustafson; 8/2-8/5/10 Trip (Parking) | $54.00 |
| 10/20/2010 | Daniel C. Hedlund; 10/14-10/16/10 Trip (Airfare) | $1,129.40 |
| 10/20/2010 | Daniel C. Hedlund; 10/14-10/16/10 Trip (Cab Fares) | $114.00 |
| 10/20/2010 | Daniel C. Hedlund; 10/14-10/16/10 Trip (Hotel) | $373.44 |
| 10/20/2010 | Daniel C. Hedlund; 10/14-10/16/10 Trip (Meals) | $577.76 |
| 10/20/2010 | Daniel C. Hedlund; 10/14-10/16/10 Trip (Parking) | $36.00 |
| 12/3/2010 | Daniel C. Hedlund; 11/18-11/19/10 Trip (Airfare) | $1,393.40 |
| 12/3/2010 | Daniel C. Hedlund; 11/18-11/19/10 Trip (Cab Fares) | $93.00 |
| 12/3/2010 | Daniel C. Hedlund; 11/18-11/19/10 Trip (Hotel) | $224.98 |
| 12/3/2010 | Daniel C. Hedlund; 11/18-11/19/10 Trip (Meals) | $17.14 |
| 12/3/2010 | Daniel C. Hedlund; 11/18-11/19/10 Trip (Parking) | $43.00 |
| 3/20/2011 | Daniel C. Hedlund; 03/07-03/08/11 Trip (Airfare) | $1,199.40 |
| 3/20/2011 | Daniel C. Hedlund; 03/07-03/08/11 Trip (Cab Fares) | $89.95 |
| 3/20/2011 | Daniel C. Hedlund; 03/07-03/08/11 Trip (Hotel) | $234.80 |
| 3/20/2011 | Daniel C. Hedlund; 03/07-03/08/11 Trip (Meals) | $152.77 |
| 3/20/2011 | Daniel C. Hedlund; 03/07-03/08/11 Trip (Parking) | $36.00 |
| 4/5/2011 | Dan Gustafson; Exp. Reimbursement (Airfare Cancel Fee) | $150.00 |
| 5/5/2011 | Dan Gustafson; 04/06-04/08/11 Trip (Airfare) | $1,101.40 |
| 5/5/2011 | Dan Gustafson; 04/06-04/08/11 Trip (Cab Fares) | $100.00 |
| 5/5/2011 | Dan Gustafson; 04/06-04/08/11 Trip (Hotel) | $829.30 |
| 5/5/2011 | Dan Gustafson; 04/06-04/08/11 Trip (Meals) | $514.45 |
| 5/5/2011 | Dan Gustafson; 04/06-04/08/11 Trip (Parking) | $44.00 |
| 7/5/2011 | Daniel C. Hedlund; 06/15/11 - 06/16/11 Trip (Airfare) | $595.20 |
| 7/5/2011 | Daniel C. Hedlund; 06/15/11 - 06/16/11 Trip (Cab Fares) | $49.00 |
| 7/5/2011 | Daniel C. Hedlund; 06/15/11 - 06/16/11 Trip (Hotel) | $497.00 |
| 7/5/2011 | Daniel C. Hedlund; 06/15/11 - 06/16/11 Trip (Meals) | $243.29 |
| 7/5/2011 | Daniel C. Hedlund; 06/15/11 - 06/16/11 Trip (Parking) | $45.00 |

| | | |
|---|---|---|
| 8/3/2011 | Daniel C. Hedlund; 07/27-07/28/11 Trip (Airfare) | $1,281.40 |
| 8/3/2011 | Daniel C. Hedlund; 07/27-07/28/11 Trip (Cab Fares) | $135.00 |
| 8/3/2011 | Daniel C. Hedlund; 07/27-07/28/11 Trip (Hotel) | $336.65 |
| 8/3/2011 | Daniel C. Hedlund; 07/27-07/28/11 Trip (Meals) | $68.91 |
| 8/3/2011 | Daniel C. Hedlund; 07/27-07/28/11 Trip (Parking) | $36.00 |
| 10/5/2011 | Dan Gustafson; 09/06-09/07/11 Trip (Airfare) | $1,389.40 |
| 10/5/2011 | Dan Gustafson; 09/06-09/07/11 Trip (Cab Fares) | $120.00 |
| 10/5/2011 | Dan Gustafson; 09/06-09/07/11 Trip (Hotel) | $461.17 |
| 10/5/2011 | Dan Gustafson; 09/06-09/07/11 Trip (Meals) | $311.24 |
| 10/5/2011 | Dan Gustafson; 09/06-09/07/11 Trip (Parking) | $36.00 |
| 1/5/2012 | Dan Gustafson; 12/13-12/15/11 Trip (Airfare) | $862.70 |
| 1/5/2012 | Dan Gustafson; 12/13-12/15/11 Trip (Cab Fares) | $168.32 |
| 1/5/2012 | Dan Gustafson; 12/13-12/15/11 Trip (Hotel) | $589.46 |
| 1/5/2012 | Dan Gustafson; 12/13-12/15/11 Trip (Meals) | $476.03 |
| 1/5/2012 | Dan Gustafson; 12/13-12/15/11 Trip (Parking) | $36.00 |

**Total:**   **$110,749.96**

## Schedule N
Miscellaneous/Other

| Date | Description | Amount |
|------|-------------|--------|
| 11/3/2006 | C.I. Tech Solutions, Inc.; Invoice # 10647 | $220.00 |
| 11/20/2006 | C.I. Tech Solutions, Inc.; Invoice # 10651 | $393.75 |
| 1/5/2007 | Vendor C.I. Tech Solutions, Inc.; Invoice # 10683 | $262.50 |
| 1/5/2007 | BRE/TZ Property Management, LLC; Invoice # 948609; Outside Conference Center Facilities for Document Review | $330.00 |
| 1/5/2007 | BRE/TZ Property Management, LLC; Invoice # 948113; Outside Conference Center Facilities for Document Review | $30.00 |
| 3/6/2007 | BRE/TZ Property Management, LLC; Invoice # 962788 001; Outside Conference Center Facilities for Document Review | $198.88 |
| 6/5/2009 | Dan Gustafson; 04/21-04/23/09 Trip; Outside Conference Center Facilities for Mediation | $851.50 |
| | **Total:** | **$2,286.63** |

**Schedule P**

Assessments

| Date | Description | Amount |
|------|-------------|--------|
| 12/5/2005 | DRAM Antitrust Litigation Fund; Assessment | $40,000.00 |
| 5/11/2006 | DRAM Antitrust Litigation Fund; Assessment | $40,000.00 |
| 11/21/2006 | DRAM Antitrust Litigation Fund; Assessment | $50,000.00 |
| 9/10/2007 | DRAM Antitrust Litigation Fund; Assessment | $50,000.00 |
| 12/20/2007 | DRAM Antitrust Litigation Fund; Assessment | $50,000.00 |
| 12/20/2007 | DRAM Antitrust Litigation Fund; Assessment | $25,000.00 |
| 2/5/2009 | DRAM Antitrust Litigation Fund; Assessment | $15,000.00 |
| 3/10/2009 | DRAM Antitrust Litigation Fund; Assessment | $25,000.00 |
| 8/25/2011 | DRAM Antitrust Litigation Fund; Assessment | $10,000.00 |
| 5/18/2012 | DRAM Antitrust Litigation Fund; Assessment | $27,000.00 |
| 7/24/2013 | DRAM Antitrust Litigation Fund; Assessment | $50,000.00 |

**Total:** **$382,000.00**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| In re:  **DYNAMIC RANDOM ACCESS**<br>**MEMORY (DRAM) ANTITRUST**<br>**LITIGATION** | :<br>:<br>:    **MDL NO. 1486**<br>:<br>: |
| **This Document Relates to:** | :<br>: |
| **INDIRECT PURCHASER ACTION** | :<br>: |

**DECLARATION OF GROSS BELSKY ALONSO LLP] IN SUPPORT OF
INDIRECT PURCHASER PLAINTIFFS' MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

I, Terry Gross, declare as follows:

1.      I am a partner with the law firm of Gross Belsky Alonso LLP, which is the Chair

of the Executive Committee for the Indirect Purchaser Plaintiffs ("IPPs") in this litigation.  I

submit this Declaration in support of IPP Counsel's and the Attorneys General's ("AGs")

application for an award of attorneys' fees in connection with services rendered in the above

action and IPP Counsel's separate application for reimbursement of expenses related to the

investigation, prosecution, and settlement of claims in the course of this litigation, and for

incentive awards.  I have personal knowledge of the facts stated in this declaration, and, if called

as a witness, I could and would testify competently to them.

2.      This firm has substantial experience in complex litigation and antitrust class

action cases, including litigating numerous indirect purchaser antitrust class action cases.  A firm

biography and the biography of each attorney currently employed with the firm who has worked

more than twenty hours on this case are attached hereto as Exhibit 1.

3.      The firm kept files contemporaneously documenting all time spent, including tasks performed, and expenses incurred.  All of the time and expenses reported by the firm were incurred for the benefit of the IPPs.  The firm's compensation for services rendered in this case was wholly contingent on the success of this litigation, and was totally at risk.  While the firm devoted its time and resources to this matter, it has foregone other legal work, including hourly work, for which it would have been compensated.

4.      The total number of hours spent on this litigation, from inception, by attorneys and paralegals at this firm has been 12,854.8.  Time spent preparing the fee petition and related documents is not included.

5.      The total lodestar for this time, calculated at the firm's current hourly rates, is $7,744,855.00, and its total lodestar calculated at historic hourly rates during the litigation is $6,241,175.00.

6.      Attached hereto as Exhibit 2 is a summary schedule showing the total time spent by each attorney and paralegal of this firm during the entire litigation, with the lodestar calculation for each attorney at both historical rates and current rates, and also detailed schedules for each year showing the total time spent by each attorney and paralegal during that year and the year's lodestar calculation for that attorney or paralegal based on the historic billing rates.  The schedule was prepared from contemporaneous daily time records regularly maintained by this firm, which are available at the request of the Court.

7.      This firm has expended a total of $ 407,785.28 in non-reimbursed expenses in connection with the prosecution of this litigation.  These expenses are summarized as follows:

| EXPENSE | AMOUNT |
|---|---|
| Copying Charges | $ 16,519.68 |

| Court Fees (filing, etc.) | $ 1,487.80 |
| Computer Research (Lexis, Westlaw, etc.) | $ 35,361.38 |
| Telephone and Facsimile | $ 40,947.53 |
| Postage/Express Delivery | $ 4,074.39 |
| Travel: Air Transportation, Ground Travel, Meals, and Lodging | $ 32,653.90 |
| Common Litigation Fund | $ 275,000.00 |
| Other/Miscellaneous | $ 1,740.60 |
| **TOTAL EXPENSES:** | **$ 407,785.28** |

8.     The expenses incurred pertaining to this case are reflected in the books and records of this firm maintained in the ordinary course of business.  These books and records are prepared from expense vouchers, invoices, check records and similar items, and are an accurate record of expenses incurred.  Attached hereto as Exhibit 3 are schedules detailing all of these expenses.

9.     In the almost eleven years between the filing of the first complaints in this action, the final settlement with Hitachi in June 2012, and the Special Master's recent Reports and Recommendations regarding the settlements and class certification, IPP Counsel have devoted extraordinary effort and resources on behalf of the IPP class members.  This firm, together with the other five IPP leadership firms, has been extensively involved in the leadership, as well as the day-to-day activities, in all aspects of this litigation on behalf of the IPPs, including by performing the following work:

- Beginning in July 2002, conducted an extensive pre-filing investigation of potential price-fixing of DRAM, which led us to believe that the defendants

ultimately named in the complaint had engaged in an unlawful conspiracy to stabilize the prices of DRAM at supra-competitive levels;

- On August, 19 2002, filed a class action complaint in San Francisco Superior Court, *Charles J. Garrett v. Micron Technology, Inc., et al,* Case No. 411614, which was one of the first DRAM IPP class action complaints filed in the nation;

- Organized the consolidation of all California IPP cases in San Francisco, and on April 10, 2003, was appointed by the San Francisco Superior Court as Plaintiffs' Co-Liaison Counsel with Cooper & Kirkham, P.C., and assigned the duties of co-lead counsel for the California IPP cases;

- With Co-Liaison Counsel, retained experts to help perform a detailed analysis of DRAM market conditions, including pricing, supply and distribution;

- With Co-Liaison Counsel, negotiated with defendants' counsel to commence discovery, produce documents and set a schedule for further proceedings, resulting in a schedule that was presented to the Court in August 2003, that provided for defendants to produce the same documents they had produced to the grand jury, and to proceed with written discovery and depositions in the California proceeding consistent with the Order Limiting the Scope of Discovery that had been entered in April 2003, in the federal direct purchaser actions;

- On October 15, 2003, with Co-Liaison Counsel, filed a Consolidated Amended Class Action Complaint in the California proceeding on behalf of a nationwide class of non-governmental indirect DRAM purchasers;

- Engaged in motion practice and discovery in the California proceeding;

- In the fall of 2004 and early 2005, negotiated with counsel filing additional state court and federal court cases to coordinate all nationwide IPP cases;

- Conducted additional investigations concerning the DOJ's indictments and defendants' plea agreements;

- Participated in the preparation of and filing of the *Petro* complaint in this Court, and related it to the ongoing direct purchaser DRAM MDL proceeding in this Court;

- Working jointly with counsel in all IPP cases filed in both state and federal courts throughout the nation, obtained the transfer, consolidation, and coordination of all of the federal court IPP actions in the MDL proceeding in this Court, and coordinated the remaining state court actions;

- Organized plaintiffs' counsel to efficiently prosecute the MDL cases, by creating a leadership structure consisting of the four Co-Lead Counsel of Cooper & Kirkham, P.C., The Mogin Law Firm, P.C., Gustafson Gluek PLLC and Straus & Boies, LLP, Liaison Counsel Law Offices of Francis O. Scarpulla (succeeded by Zelle, Hofmann, Voelbel, Mason & Gette LLP), and Chair of the Plaintiffs' Executive Committee Gross & Belsky LLP (succeeded by Gross Belsky Alonso LLP);

- With this leadership, established a method for funding the litigation, and managed counsel so that the work was performed effectively and efficiently;

- Oversaw, managed, and participated in the coordinated efforts of all discovery, including document productions, written discovery, data productions, third-party discovery, depositions and discovery motions;

- Supervised and participated in the propounding of discovery requests to defendants;

- Supervised and participated in meet and confers with the defendants concerning document production and other discovery issues;

- Supervised, organized, and participated in the electronic document review of over four million pages of documents produced by defendants and numerous third parties, some of which were in foreign languages and which needed to be translated, including developing a document review approach using a then-groundbreaking electronic document depository and electronic search;

- Supervised and participated in the service of subpoenas on over 30 third parties, negotiated with the third parties concerning their responses and productions, and reviewed and analyzed the third-party information obtained;

- Supervised and participated in the work with the IPP expert economists to ensure that the sales and transactional data obtained was sufficient to enable the experts to do appropriate damages calculations;

- Supervised and participated in the depositions of over 100 witnesses from defendants and third parties in this country and in Asia;

- Supervised and participated in the production of documents on behalf of the named plaintiffs in the lead *Petro* case, as well as the defense of the depositions of these class representatives;

- Supervised and participated in the drafting and argument of the IPPs' opposition to defendant's motion for judgment on the pleadings;

- Supervised and participated in the preparation of a Second Amended Complaint in response to the Court's ruling granting defendants' motion for judgment on the pleadings;

- Supervised and participated in the drafting and argument of the IPP's opposition to defendants' motion to dismiss the Second Amended Complaint;

- Successfully moved for and obtained permission from the Court to file an interlocutory appeal with the Ninth Circuit and then successfully petitioned the Ninth Circuit for permission to appeal the Court's ruling granting defendants' motion to dismiss the Second Amended Complaint;

- Supervised and participated in the preparation of the opening and reply briefs in support of the Ninth Circuit appeal;

- Supervised and participated in the preparation of the IPP's motion for class certification, including the preparation of the two expert reports submitted in support of the motion;

- Supervised and participated in the defense of the depositions of the two IPP experts, and in taking the deposition of defendants' expert, as part of the class certification process;

- Engaged in settlement discussions with various defendants in early 2006, which led to settlements with Samsung and Winbond in early 2007;

- Participated in numerous mediation sessions with Judge Daniel J. Weinstein and direct negotiations with the remaining defendants, resulting in a settlement with the remaining defendants in December 2010;

- Supervised and participated in the negotiations with three other DRAM manufacturers – Toshiba, Mitsubishi and Hitachi – that had not been named as defendants, but had entered into tolling agreements with the IPPs, which led to settlements with these three DRAM manufacturers in December 2011 and July 2012;

- Supervised and participated in the negotiation and preparation of the settlement agreements for each of the settlements;

- Engaged in extensive post-settlement proceedings before the Special Master to address the fairness of the settlements, class certification, allocation of the settlement proceeds, and notice issues, including the preparation and submission of expert reports and extensive briefing on these issues.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 5th day of August, 2013.


/s/ *Terry Gross*   .
**TERRY GROSS**

# EXHIBIT 1

# GROSS BELSKY ALONSO LLP

One Sansome Street, Suite 3670
San Francisco, California 94104
Tel: (415) 544-0200 | Fax: (415) 544-0201

Gross Belsky Alonso LLP is a general practice, public interest law firm located in San Francisco, California. The firm has earned a national reputation in constitutional, international, intellectual property law, and class actions, deploying creative and winning legal strategies, and high caliber academic and professional achievement. The firm's work is distinctive and varied, ranging from intellectual property and Internet law, media law, including plaintiffs' defamation and privacy, constitutional law and entertainment law, to plaintiffs' class actions for consumer fraud and antitrust violations, complex litigation, international law and commercial litigation. The firm practices in both trial and appellate courts and has diverse clientele, including foreign governments and national corporations. The bulk of the practice focuses on the representation of individuals and small companies across a spectrum of litigation.

## PRACTICE AREAS

### Class actions

The firm represents the rights of consumers in class actions, primarily those involving consumer fraud or antitrust violations. The firm holds or has held leadership roles in the following cases:

Chair, Indirect Purchaser Plaintiffs' Executive Committee, *DRAM Antitrust Litigation* (U.S. District Court, San Francisco), and Co-Liaison Counsel (California Superior Court, San Francisco), a nationwide class action concerning price-fixing of computer memory;

Liaison Counsel for the end-user class, *In re Automotive Paint Antitrust Action* (California Superior Court, Alameda), recovering $10 million for price-fixing in automotive paint;

Liaison Counsel and Settlement Class Counsel, *Perish v. Intel Corp.* (California Superior Court, Santa Clara), a consumer fraud class action;

Co-Chair of the Steering Committee, *Microsoft Antitrust Class Action Litigation* (California Superior Court, San Francisco), an antitrust action based on Microsoft's monopolization of the personal computer operating system and software market, which recovered $1.1 billion for California consumers;

Co-Lead Counsel, *Lea v. Pacific Bell* (California Superior Court, San Francisco), a consumer fraud and unfair competition class action;

Executive Committee and co-trial and appellate counsel, *Wisper v. Old Republic Title Company* (California Superior Court, San Francisco), an unfair competition and consumer fraud class action resulting in a $21 million recovery after trial, affirmed on appeal;

Co-Liaison Counsel, *The Carbon Fiber Cases* (California Superior Court, San Francisco), a class action for price-fixing in the sale of carbon fiber products.

Executive Committee, *Flat Glass Antitrust Litigation, Sanitary Paper Antitrust Litigation, Vitamin Cases Antitrust Litigation, and Cosmetics Antitrust Litigation,* antitrust

actions challenging price-fixing in the glass, sanitary paper, cosmetics and vitamin industries;
Executive Committee, *Providian Credit Card Cases* (California Superior Court, San Francisco), an unfair competition, false advertising and consumer fraud action; and
Executive Committee, *The Clergy III Cases* (California Superior Court, Alameda), a consolidated proceeding involving clergy abuse cases against all Roman Catholic dioceses in northern California.

The firm is also counsel in numerous class actions challenging price-fixing, particularly in the technology and travel industries, including:
>*In re Flash Memory Antitrust Litigation;*
>*In re TFT-LCD (Flat Panel) Antitrust Litigation;*
>*In re Cathode Ray Tube (CRT) Antitrust Litigation;*
>*In re Static Random Access Memory (SRAM) Antitrust Litigation;*
>*In re Air Cargo Shipping Services Antitrust Litigation;*
>*In re International Air Transportation Surcharge Antitrust Litigation;*
>*In re Chocolate Confectionary Antitrust Litigation;*
>*In re Vitamin Cases*
>*Cosmetics Antitrust Litigation*
>*Automobile Antitrust Cases*
>*Smokeless Tobacco Antitrust Litigation*
>*Polyester Staple Cases*

## Constitutional law

The firm represents individuals and companies on constitutional issues, primarily in the areas of free speech, police misconduct, freedom of religion, and due process. Recent highlights include representing two different photo-journalists in cases against the police concerning media access to and ability to cover breaking news events; providing successful pro bono representation to an internet journalist sued by Apple for trade secret misappropriation where the journalist was reporting newsworthy information lawfully obtained through normal newsgathering techniques; and representing individuals in police misconduct civil rights actions. Members of the firm were lead counsel in a First Amendment and equal protection challenge to the large-scale relocation of Navajo elders from their ancestral homelands at Big Mountain, Arizona; successfully challenged Pan American World Airways' policy during the first Gulf War against granting passage to any Iraqi nationals; represented the widow of Salvador Allende, the slain president of Chile, in the first successful challenge to the government's ideological exclusion policy; represented Muslim inmates in a successful appeal in a religious discrimination case; and serve as special counsel in criminal cases on constitutional issues such as double jeopardy and free speech. Members of the firm have represented non-traditional religions in actions implicating religious freedom, due process and improper government activity, including representing a channeler accused of copyright infringement, precipitating a First Amendment defense, and actively represents victims of clergy abuse. Mr. Gross has engaged in significant complex litigation nationally on behalf of private clients and civil liberties organizations, including the National Emergency Civil Liberties Committee, the Bill of Rights Foundation, and the Electronic Frontier Foundation.

## Intellectual property

The firm has an active practice in trademark, copyright, trade secrets, unfair competition, and other intellectual property rights, including the interplay of such rights with the Internet. As co-counsel with the Electronic Frontier Foundation, the firm defended Reverend Billy, an anti-consumerism activist, against copyright infringement claims. As General Counsel to Burning Man, the internationally known arts and community event, the firm has represented the event in litigation over the event's trademarks, successfully defeating competing claims to the marks, and regularly has advised and represented Burning Man in both negotiations and litigation concerning trademark, copyright and privacy issues. Other representative engagements include successfully representing an Internet journalist wrongfully sued by Apple Computer for trade secret misappropriation; representing The New York Times and several Business Week journalists against Hewlett-Packard, seeking and obtaining damages when HP illegally obtained private telephone records of the journalists in an attempt to learn the trade secrets of the identities of the journalists' sources; representing the estate of Norma Millay Ellis relating to the sale of the literary properties of Edna St. Vincent Millay; and litigation relating to the sublicense of patent rights and contract negotiations for the sale of biotechnology development rights for a French biotechnology company. The firm, representing Quokka Sports, Inc. and the America's Cup, obtained an injunction against a cybersquatter on the *americascup.com* domain name, in one of the first cases filed under the Anticybersquatting Consumer Protection Act. The firm represented the Republic of South Africa concerning the domain name *southafrica.com*, and before the World Intellectual Property Organization and ICANN.

## International law

The firm represents public and private clients on international law issues. The firm has an active practice in defending sovereign nations against private party lawsuits and attempts to execute on sovereign property, as well as in enforcing judgments against foreign nations. The firm represented the Bolivian national telephone company and, in proceedings in New York and London, successfully overturned attachment orders seizing the telephone company's assets, issued after it had been nationalized. In representation of Cuba's national telephone company, the firm successfully overturned the attempted garnishment of the telephone company's assets to satisfy a judgment against the Republic of Cuba. The firm represented the Ukrainian space agency in defending against execution of an arbitration award based on a failed satellite launch. The firm represented the Republic of South Africa concerning the domain names *southafrica.com* and *southafrica.info*. The firm represents and advises other sovereign and quasi-sovereign entities on issues of sovereignty and constitutional law. Members of the firm have represented foreign companies in contract negotiations with U.S. companies and in matters relating to their U.S. subsidiaries. The firm has an active practice in providing advice and obtaining licenses for transactions with countries subject to trading restrictions.

## Media law/defamation

The firm represents plaintiffs in defamation and privacy actions against national and local news media. The firm also actively represents clients prior to the publication of potentially inflammatory articles in negotiations with news media to ensure that inaccurate information is not published. Representative engagements include the joint representation of Spike Lee in obtaining a preliminary injunction against Viacom for

infringing on Spike Lee's right of publicity when it used his name for a cable channel; the joint representation of Gianni Versace s.P.a. and the Versace family in successfully stopping the publication of a defamatory book that also invaded the Versace family's privacy; obtaining a significant settlement on behalf of child abuse victims who testified at the criminal trial of their abuser, from two television stations that broadcast images identifying the victims; advising the Burning Man arts and performance festival on a variety of media issues, including against MTV, where the firm successfully precluded the planned broadcast of footage taken at the Burning Man event without Burning Man's consent, and against Voyeur Video, where the firm forced a video company that was distributing videos of Burning Man participants without Burning Man's permission to cease all such distribution and destroy all videos; the representation of a colleague of Bertrand Russell in a defamation action that resulted in the recall of all copies of the offending book; and representation of O.J. Simpson in a suit to prevent the broadcast of a movie based on improperly obtained attorney-client communications. In a special appointment by the California Attorney General, the firm represented the People of California and the listeners of Pacifica Radio in successfully overturning a takeover of the Pacifica corporation. The firm also advises media entities and authors on defamation and libel clearance. The firm regularly represents journalists and authors in areas concerning their work and their employment by media entities.

## Commercial litigation and transactions

The firm engages in general commercial litigation on behalf of private clients. Members of the firm have represented foreign banks, primarily government-owned, in litigation involving suits against the banks, as well as in litigation for the banks against borrowers to recover funds; represented borrowers suing banks for nonperformance; and advised borrowers and assisted in negotiations with their lenders in revising the terms of credit. The firm regularly represents corporate clients in breach of contract litigation, for example, obtaining a $26 million interim award in an international commercial arbitration. The firm regularly advises clients in seeking and negotiating business resolutions to disputes short of litigation.

## Entertainment law

The firm represents authors, musicians, artists, circus performers and their agents in negotiating contracts, including contracts for performance, publication, and sale of motion picture and television rights. Representative clients have included Spike Lee (obtained an injunction against the use of his name for the name of a cable channel), and Robin Finck, lead guitarist for the bands Guns 'N Roses and Nine Inch Nails.

## Employment law

The firm actively represents both employers and employees in suits for employment discrimination, wrongful termination, and sexual harassment. The firm also provides counseling with respect to matters of hiring, compensation and severance.

## Appellate

The firm represents and advises clients in civil and criminal state appellate proceedings at the federal and state levels. Significant representations include overturning the conviction of a wrongfully convicted indigent defendant because the conviction was based on improperly admitted evidence of poverty, *United States v. Mitchell*, 172 F.3d 1104 (9th Cir. 1999); overturning the attempted garnishment of a Cuban telephone

company's assets to satisfy a judgment against the Republic of Cuba, *Alejandre v. Republic of Cuba*, 183 F.3d 1277 (11th Cir. 1999); upholding dismissal of a lawsuit against the Republic of South Africa that sought a declaration that South Africa has no rights to the internet domain name *southafrica.com*, *Virtual Countries, Inc. v. Republic of South Africa*, 300 F.3d 230 (2d Cir. 2002); and upholding a trial award of $21 million in a consumer fraud class action, *State v. Pricewaterhouse Coopers LLP*, 125 Cal. App. 4th 1219 (2005).

**Sexual Abuse and Clergy Abuse**

The firm represents victims of sexual abuse and clergy abuse in litigation against their abusers. The firm was a member of the Plaintiffs' Executive Committee in the coordinated litigation of all cases in northern California against the Roman Catholic Church for childhood sexual abuse by clergy members, and actively represents other individual plaintiffs in matters involving childhood sexual abuse and abuse by clergy of other faiths.

**Probate litigation**

The firm represents both claimants and personal representatives in estate and trust litigation, including will contests and claims against estates.

**Mediation/alternative dispute resolution**

Mr. Gross and Mr. Belsky provide mediation services and regularly assist in obtaining settlements in diverse lawsuits, including class actions, trade secrets, wrongful termination, labor, commercial, and real estate matters.

## ATTORNEY BIOGRAPHIES

### TERRY GROSS

Throughout his career, Mr. Gross has engaged in significant complex litigation nationally on behalf of both private clients and civil liberties organizations, including the National Emergency Civil Liberties Committee and the Bill of Rights Foundation, in matters ranging from private commercial disputes to actions implicating important constitutional issues. He has been named a Northern California Super Lawyer.

Mr. Gross has an extensive focus on the changing face of copyright, trademark and media law in the digital age. Mr. Gross' first degree and career was in computer science and his experience as a systems programmer for IBM, a systems analyst at University of California Medical Center and as the director of data processing for a local governmental agency gave him early expertise in the developing computer field. Since that time, and aided by his educational and professional experience, Mr. Gross has been an active force in the field of Internet law. He was the first general counsel to the Electronic Frontier Foundation, a civil liberties organization focusing on first amendment issues surrounding Internet-based technology. Recently, he represented Think Secret, an online journalist improperly sued by Apple for trade secret misappropriation, counterattacking by seeking sanctions against Apple for filing a lawsuit without merit, as under the First Amendment publishers and journalists have the right to disseminate information lawfully obtained by them. He has successfully defended an internet service provider sued by a software industry group for copyright infringement, represents content providers in negotiations with networks, and litigates jurisdictional issues raised by Internet activity.

Mr. Gross has extensive experience in matters of intellectual property. As General Counsel to Burning Man, the internationally known arts festival, he has negotiated, advised and litigated numerous trademark, copyright and privacy matters on its behalf, including a successful defense of a lawsuit challenging the event's major trademarks. Other significant engagements include representation of one of the world's largest watch manufacturers in a trademark infringement action; the Estate of Norma Millay Ellis relating to the sale of the literary properties of Edna St. Vincent Millay; and a French biotechnology company in litigation relating to the sublicense of patent rights, and in contract negotiations about the sale of biotechnology development rights. Mr. Gross actively advises and litigates on trademark and copyright issues. He also represents authors, artists, performers and their agents in negotiating contracts for publication, performance, and sale of motion picture and television rights.

Mr. Gross regularly represents journalists and media organizations. In 2008, he represented The New York Times and several Business Week journalists against Hewlett-Packard, seeking and obtaining damages when HP illegally obtained private telephone records of the journalists in an attempt to learn the trade secrets of the identities of the journalists' sources. He is currently representing two photojournalists in lawsuits against the police concerning media access to and ability to cover breaking news events. He also advises media entities on defamation and libel clearance, and actively represents plaintiffs in defamation cases involving national and local news media. Mr. Gross represents clients prior to the publication of potentially inflammatory articles in negotiations with news media to ensure the publication of accurate information.

Mr. Gross has a varied practice in public international law. He recently represented the national telephone company of Bolivia, and in proceedings in New York and London successfully overturned attachment orders of the telephone company's assets, issued after the

telephone company had been nationalized. Among other engagements, he has been lead counsel and adviser to the Republic of Panama, its agencies and its Mission to the United Nations; represented the Cuban national telephone company and successfully overturned the attempted garnishment of its assets to satisfy a judgment against the Republic of Cuba; and represented the Republic of South Africa in lawsuits concerning Internet activity and domain names. Mr. Gross represents foreign companies in contract negotiations with U.S. companies and in matters relating to their U.S. subsidiaries, and provides advice and obtains licenses for transactions with countries subject to trading restrictions.

Mr. Gross is also active in class action cases, predominantly in the areas of antitrust and consumer fraud, including the following: Chair, Indirect Purchaser Plaintiffs' Executive Committee, In re DRAM Antitrust Litigation, a nationwide class action concerning price-fixing of computer memory; Liaison Counsel for the end-user class, In re Automotive Paint Antitrust Action, recovering $10 million for price-fixing in automotive paint; Liaison Counsel and Settlement Class Counsel, Perish v. Intel Corporation, a winning consumer fraud class action; Co-Chair of the Steering Committee, Microsoft Antitrust Class Action Litigation, based on Microsoft's monopolization of the personal computer operating systems and software market; Co-Lead Counsel, Lea v. Pacific Bell, a consumer fraud and unfair competition class action; Executive Committee, Old Republic Title Company Class Action Litigation, an unfair competition and consumer fraud class action; Executive Committee, Flat Glass Antitrust Litigation, Sanitary Paper Antitrust Litigation, Vitamin Cases Antitrust Litigation, and Cosmetics Antitrust Litigation, antitrust actions challenging price-fixing in the glass, sanitary paper, cosmetics and vitamin industries; Executive Committee, Providian Class Action Litigation, an unfair competition, false advertising and consumer fraud action; counsel, In re Airline Ticket Commission Antitrust Litigation, an antitrust action that challenged the airlines' reduction of travel agent commissions, resulting in an $87 million settlement; and counsel in numerous class actions challenging price-fixing, particularly in the technology and travel industries, including In re Flash Memory Antitrust Litigation, In re TFT-LCD (Flat Panel) Antitrust Litigation, In re Cathode Ray Tube (CRT) Antitrust Litigation, In re Static Random Access Memory (SRAM) Antitrust Litigation, In re Air Cargo Shipping Services Antitrust Litigation, In re International Air Transportation Surcharge Antitrust Litigation, and In re Chocolate Confectionary Antitrust Litigation.

Mr. Gross has an impressive background in defending constitutional rights. He has represented several non-traditional religions in various types of litigation raising issues of religious freedom, due process, and improper government activity, both in affirmative lawsuits and in defending damage lawsuits by ex-members. He has also served as special counsel in criminal cases concerning constitutional issues. Mr. Gross has an active practice representing victims of clergy abuse and sexual abuse. He was a member of the Executive Committee in The Clergy Cases III, a coordinated action involving all the cases of clergy abuse against the Roman Catholic Church in Northern California, and achieved the single highest settlement on behalf of an individual in those coordinated cases.

A native New Yorker, Mr. Gross is counsel to, and formerly a partner at, Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C., of New York, the noted constitutional and international law firm. B.S., Computer Science, Brown University; J.D., Boalt Hall School of Law at the University of California at Berkeley; Associate Editor of the California Law Review; Clerk, the Honorable Otto R. Skopil, Jr., Ninth Circuit Court of Appeals.

**ADAM C. BELSKY**

Mr. Belsky specializes in intellectual property, antitrust, general business litigation, media law, and class actions. He has extensive experience handling copyright, trademark and trade secret litigation, complex commercial litigation, defamation, invasion of privacy, employment discrimination, and other constitutional and civil rights cases. He has an active practice representing foreign countries in litigation in the United States, including on behalf of Cuba, South Africa, and Bolivia. He also has substantial appellate experience in both federal and state court.

Mr. Belsky's antitrust experience includes a number of class action cases involving technology-related industries, including cases against Microsoft, Intel, and DRAM, SRAM, LCD and CRT manufacturers. Mr. Belsky has also litigated extensively in the area of consumer fraud, including successful class actions against Pacific Bell for fraudulent advertising of voicemail and Old Republic Title Company for fraudulent escrow practices. Mr. Belsky has obtained favorable settlements in a privacy action against television stations for improperly disclosing the identities of children who had been victims of sexual abuse and on behalf of listeners of the Pacifica radio network in an action to restore local community control of the stations. Other significant engagements include representation of Quokka Sports, Inc. and the America's Cup in a successful action to regain the americascup.com domain name; Ariba in an international commercial arbitration resulting in a $26 million award; a leading video game company in a copyright infringement suit against a competitor for copying a popular video game; a large construction company whose former employees misappropriated trade secrets in forming a competing firm; and a major computer manufacturer in a landmark international arbitration of copyright and antitrust claims.

Mr. Belsky is active in pro bono work, representing the "found-sound" artists Negativland in a contractual and intellectual property dispute with their record company, obtaining a successful settlement in which Negativland regained the rights to a number of their recordings. He has represented a class of migrant farmworkers in California who were charged excessive rents at state-run farmworker housing centers, negotiating a settlement entitling the farmworkers to a 100% refund of the overcharge plus interest. He has also represented Muslim prison inmates in a successful appeal of their civil rights action for discrimination and violation of their free exercise of religion.

Mr. Belsky received his A.B. degree from Amherst College in 1984, and his law degree from Boalt Hall at the University of California at Berkeley in 1989, where he was Note and Comment editor on the California Law Review and graduated in the top one percent of his class. Mr. Belsky served as a law clerk to the Honorable Stanley A. Weigel, U.S. District Judge in the Northern District of California. Mr. Belsky is a member of the California and various federal court bars. He is the co-author of "Implied Waiver Under the FSIA: A Proposed Exception to Immunity for Violations of Peremptory Norms of International Law," published in the California Law Review.

**MONIQUE ALONSO**

Ms. Alonso is an experienced litigator specializing in the areas of employment, constitutional, and general commercial law and probate. In addition, she represents childhood sexual abuse survivors in civil actions against their abusers, most recently in multiple actions against church entities including the Roman Catholic Diocese of Oakland and the Roman Catholic Archdiocese of San Francisco for clergy abuse, resulting in consistent significant settlements for the victims. Ms. Alonso has an active civil rights practice focusing on police misconduct, and currently represents plaintiffs in actions against two different Northern California cities and their police departments.    She has extensive experience litigating wrongful termination, employment discrimination and sexual harassment matters on behalf of both plaintiffs and defendants in state and federal courts, and also provides general employment counseling, including hiring, firing and severance issues. Her commercial litigation experience includes cases involving unfair competition, intellectual property disputes, contract disputes, misappropriation, and related business torts. She has represented both claimants and personal representatives in estate and trust contests.

Ms. Alonso's significant litigation experience includes serving as trial counsel in a $400 million dollar will contest resulting in judgment for the client; acting as defense counsel in multiple claims hearings in a sexual discrimination class action; and serving as trial counsel in a state constitutional challenge to legislation requiring minors to obtain parental consent to abortion, and in a federal constitutional challenge to California's unitary taxation policy.

Ms. Alonso is admitted to practice in all California state courts and various federal courts, including the Ninth Circuit and the United States Supreme Court. She has received public recognition for her pro bono activities, including the State Bar's Wiley W. Manuel Award for Pro Bono Legal Services. She has been named an Outstanding Pro Bono Lawyer by the Volunteer Legal Services Program as well as receiving repeated commendations from that program.

Ms. Alonso received an A.B. degree with highest honors from the University of California at Davis in 1983, and is a member of Phi Beta Kappa. She received her J.D. from the University of California at Los Angeles in 1986.   Member, National Police Accountability Project; Bar Association of San Francisco (Member: Litigation Section).

# Highlights of the Firm's Work

## Media Law

*Spike Lee v. Viacom*: On behalf of Spike Lee, in joint representation with Johnnie Cochran, obtained a preliminary injunction prohibiting Viacom from renaming its television network "TNN: The National Network," as "Spike TV," leading to a successful settlement of the action.

*Gianni Versace, s.P.a. and Little, Brown.* Jointly represented the Versace family and businesses in a defamation matter, which resulted in Little, Brown canceling publication of a controversial biography of Gianni Versace.

*People ex rel. Spooner v. Pacifica Foundation*: Represented listeners of the free speech Pacifica radio network specially appointed by the California Attorney General, in an action to oust the governing directors and restore local community control. Secured a settlement in which the majority directors gave up control and paid Pacifica $400,000.

*Apple Computer v. dePlume:* Pro bono representation of internet journalist sued by Apple for trade secret misappropriation, even though the journalist lawfully obtained the published information, in case raising fundamental First Amendment issues.

*Doe v. KCBA-TV.* Defeated an anti-SLAPP motion and obtained a substantial settlement in a privacy action against two television stations that broadcast courtroom footage which disclosed the identities of minor victims of child abuse, in violation of court orders.

*Schoenman v. Random House*: Represented a colleague of Bertrand Russell in a defamation action involving his work for Mr. Russell, obtaining a settlement recalling and replacing the offending book.

*Burning Man v. Voyeur Video*: Obtained a settlement and stipulated injunction prohibiting a video maker from distributing videos with images of participants at the Burning Man art and performance event, since the video was obtained without the permission of Burning Man.

*Burning Man and MTV*: Forced MTV to halt broadcast of a show on Burning Man by asserting the event's intellectual property rights.

## Consumer Class Actions

*Wisper v. Old Republic Title Company*: As executive committee member and co-trial and appellate counsel in a consumer class action against a title company for unfair escrow practices, obtained a $21 million recovery after trial, affirmed on appeal.

*DRAM Cases*: Co-Liaison Counsel for the plaintiff class in a class action challenging price fixing in the DRAM industry.

*Automobile Refinishing Paint Cases*: Co-Liaison Counsel in a certified class action concerning price-fixing of automobile paint.

*Carbon Fiber Cases:* Co-Liaison Counsel in a class action attacking price-fixing in the sale of carbon fiber products, such as golf clubs and tennis rackets.

*Perish v. Intel Corp.* Served as settlement class counsel in a consumer fraud class action for misstatement of performance claims, which resulted in a settlement of $1.5 million and injunctive relief.

## Internet Law

*Quokka Sports, Inc. v. Cup International Ltd.* Obtained an injunction against a cybersquatter on the *americascup.com* domain name, in one of the first cases filed under the Anticybersquatting Consumer Protection Act.

*Adobe Systems, Inc. v. Community Connexion, Inc.* Obtained dismissal of a copyright infringement action against an Internet service provider based on vicarious liability for alleged infringements on users' web sites hosted by the ISP.

## International Law

*Alejandre v. Republic of Cuba, 183 F.3d 1277 (11th Cir. 1999).* In joint defense of the Cuban telephone company under the Foreign Sovereign Immunities Act, successfully overturned the attempted garnishment of its assets to satisfy a judgment against the Republic of Cuba based on an international incident involving the downing of a plane with Cuban exiles.

*Virtual Countries, Inc. v. Republic of South Africa,* 300 F.3d 230 (2d Cir. 2002): In joint representation of the Republic of South Africa, obtained dismissal of a lawsuit seeking a declaration that South Africa has no rights to the internet domain name *southafrica.com.* Assisted South Africa in presentation before international treaty organizations for new rules restricting the use of country names as domain names.

*Loral Space Systems v. Yuzhnoye:* In joint representation of the Ukranian space agency, asserted Foreign Sovereign Immunities Act defenses to enforcement of an arbitration award for a failed satellite launch, achieving a favorable settlement.

## Sexual Abuse by Clergy

*Clergy Cases III:* Member of Executive Committee in coordinated action involving hundreds of clergy abuse cases against all Roman Catholic dioceses in Northern California. The firm has obtained one conditional settlement of a clergy abuse case that is the highest individual settlement in California.

## Commercial Litigation

*Ariba, Inc. v. Softbank Corp.:* In joint representation, obtained a $26 million interim award in an arbitration involving breach of contract claims.

*In re Quokka:* As special litigation counsel for the debtor in bankruptcy, reduced claims from $17 million to $5 million.

## Employment Discrimination

Obtained substantial settlements in actions against an investment bank for sexual harassment and retaliation, and a disability services organization for disability discrimination

## Pro Bono Representation

*Valencia Vega v. Mallory.*   Class counsel in a successful class action that recovered rent overcharges to migrant workers at state migrant worker centers.

*United States v. Mitchell, 172 F.3d 1104 (9th Cir. 1999).*   Obtained reversal of a conviction for bank robbery and secured the freedom of a wrongfully convicted indigent defendant because the conviction was based on evidence of poverty

## REPRESENTATIVE CLIENTS

**Individuals**

Gianni Versace s.P.a.
O.J. Simpson
Spike Lee
Leona Helmsley
Johnnie Cochran
Alan Dershowitz
Barry Scheck

**Governments**

Republic of Cuba and agencies and instrumentalities
Republic of South Africa
Republic of Panama
Republic of Ukraine aerospace companies
City of Oakland

**Companies**

Quokka Sports, Inc.
AlaskaMen Magazine
Burning Man LLC
Supercuts, Inc.
Isuzu Motors of America
Chronicle Books LLC
LeapFrog Enterprises, Inc.
Ariba, Inc.
eMachines, Inc.
AltaVista Company
Beatnik, Inc.
Ski Utah
SmartMail LLC
Panscopic

**Foundations and Nonprofits**

John D. and Catherine T. MacArthur Foundation
Henry J. Kaiser Family Foundation
Food First
Edna St. Vincent Millay Society
Luke B. Hancock Foundation
Young Community Developers
Women Count

# EXHIBIT 2

| GROSS BELSKY ALONSO LLP | Hours | Lodestar |
|---|---|---|
| 2002 | 358.1 | 138,820.00 |
| 2003 | 452.2 | 195,795.50 |
| 2004 | 507 | 244,428.00 |
| 2005 | 1475.3 | 722,273.50 |
| 2006 | 6240.6 | 2,787,675.50 |
| 2007 | 1139.6 | 612,035.00 |
| 2008 | 743.4 | 435,525.00 |
| 2009 | 1046.9 | 597,907.50 |
| 2010 | 289 | 173,905.00 |
| 2011 | 287.6 | 188,965.00 |
| 2012 | 289.3 | 124,885.00 |
| 2013 | 25.8 | 18,960.00 |
| **Total** | 12854.8 | $6,241,175.00 |

## TIME REPORT (DRAM CLASS)

**FIRM NAME:  Gross Belsky Alonso LLP**

**YEAR 2002**

**ABA TASK CODES**

| | | |
|---|---|---|
| L110 Fact Investigation/Development | L210 Pleadings | L310 Written Discovery |
| L120 Analysis/Strategy | L230 Court Mandated Conferences | L320 Document Production |
| L130 Experts/Consultants | L240 Dispositive Motions | L330 Depositions |
| L140 Document/File Management | L250 Other Written Motions and Subs | L340 Expert Discovery |
| L160 Settlement/Non-Binding ADR | L260 Class Action Certification and Notice | L350 Discovery Motions |
| L190 Other Case Assessment, Devel., and Admin. | | L360 Travel |

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | L110 | L120 | L130 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L260 | L310 | L320 | L330 | L340 | L350 | L360 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Gross (P) | | | | | | | | | | | | | | | | | | $ 500.00 | 121.1 | $ 60,550.00 |
| Adam Belsky (P) | | | | | | | | | | | | | | | | | | $ 400.00 | 159.3 | $ 63,720.00 |
| Douglas Barnes (A) | | | | | | | | | | | | | | | | | | $ 250.00 | 40.2 | $ 10,050.00 |
| ATTORNEY TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 320.6 | $ 134,320.00 |
| PARALEGALS | | | | | | | | | | | | | | | | | | | | |
| Jaimie Dieter | | | | | | | | | | | | | | | | | | $ 120.00 | 37.5 | $ 4,500.00 |
| PARALEGAL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 37.5 | $ 4,500.00 |
| OVERALL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 358.1 | $ 138,820.00 |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Gross Belsky Alonso LLP**

**YEAR 2003**

**ABA TASK CODES**

| | | |
|---|---|---|
| L110 Fact Investigation/Development | L210 Pleadings | L310 Written Discovery |
| L120 Analysis/Strategy | L230 Court Mandated Conferences | L320 Document Production |
| L130 Experts/Consultants | L240 Dispositive Motions | L330 Depositions |
| L140 Document/File Management | L250 Other Written Motions and Subs | L340 Expert Discovery |
| L160 Settlement/Non-Binding ADR | L260 Class Action Certification and Notice | L350 Discovery Motions |
| L190 Other Case Assessment, Devel., and Admin. | | L360 Travel |

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | L110 | L120 | L130 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L260 | L310 | L320 | L330 | L340 | L350 | L360 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Gross (P) | | | | | | | | | | | | | | | | | | $ 525.00 | 168.9 | $ 88,672.50 |
| Adam Belsky (P) | | | | | | | | | | | | | | | | | | $ 425.00 | 160.3 | $ 68,127.50 |
| Monique Alonso (P) | | | | | | | | | | | | | | | | | | $ 425.00 | 0.4 | $ 170.00 |
| Kieran Ringgenberg (A) | | | | | | | | | | | | | | | | | | $ 325.00 | 114.7 | $ 37,277.50 |
| ATTORNEY TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 444.3 | $ 194,247.50 |
| PARALEGALS | | | | | | | | | | | | | | | | | | | | |
| Janine Dictor | | | | | | | | | | | | | | | | | | $ 120.00 | 12.9 | $ 1,548.00 |
| PARALEGAL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 12.9 | $ 1,548.00 |
| OVERALL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 457.2 | $ 195,795.50 |

## TIME REPORT (DRAM CLASS)

FIRM NAME:  Gross Belsky Alonso LLP

YEAR 2004

**ABA TASK CODES**

| | | | |
|---|---|---|---|
| L110 Fact Investigation/Development | L210 Pleadings | L310 Written Discovery | **POSITIONS** |
| L120 Analysis/Strategy | L230 Court Mandated Conferences | L320 Document Production | P-Partner |
| L130 Experts/Consultants | L340 Dispositive Motions | L330 Depositions | OC-Of Counsel |
| L140 Document/File Management | L350 Other Written Motions and Subs | L340 Expert Discovery | A-Associate |
| L160 Settlement/Non-Binding ADR | L260 Class Action Certification and Notice | L350 Discovery Motions | LC-Law Clerk |
| L190 Other Case Assessment, Devel., and Admin. | | L360 Travel | PL-Paralegal |

| ATTORNEY | L110 | L120 | L130 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L260 | L310 | L320 | L330 | L340 | L350 | L360 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Gross (P) | | | | | | | | | | | | | | | | | | $ 550.00 | 223.8 | $ 123,090.00 |
| Adam Belsky (P) | | | | | | | | | | | | | | | | | | $ 450.00 | 253.4 | $ 114,030.00 |
| Monique Alonso (P) | | | | | | | | | | | | | | | | | | $ 450.00 | 11.2 | $ 5,040.00 |
| **ATTORNEY TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 488.4 | $ 242,160.00 |
| **PARALEGALS** | | | | | | | | | | | | | | | | | | | | |
| Larry Neilson | | | | | | | | | | | | | | | | | | $ 120.00 | 13.9 | $ 1,668.00 |
| Vanessa Buffington | | | | | | | | | | | | | | | | | | $ 120.00 | 5.0 | $ 600.00 |
| **PARALEGAL TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 18.9 | $ 2,268.00 |
| **OVERALL TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 507.3 | $ 244,428.00 |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:** Gross Belsky Alonso LLP

**YEAR** 2005

**ABA TASK CODES**

| | | | |
|---|---|---|---|
| L110 Fact Investigation/Development | L210 Pleadings | L310 Written Discovery | **POSITIONS** |
| L120 Analysis/Strategy | L230 Court Mandated Conferences | L320 Document Production | P-Partner |
| L130 Experts/Consultants | L240 Dispositive Motions | L330 Depositions | OC-Of Counsel |
| L140 Document/File Management | L250 Other Written Motion and Subs | L340 Expert Discovery | A-Associate |
| L160 Settlement/Non-Binding ADR | L260 Class Action Certification and Notice | L350 Discovery Motions | LC-Law Clerk |
| L190 Other Case Assessment, Devel., and Admin. | | L360 Travel | PL-Paralegal |

| ATTORNEY | L110 | L120 | L190 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L260 | L310 | L320 | L330 | L350 | L360 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Gross (P) | | | | | | | | | | | | | | | | | $ 600.00 | 555.7 | $ 333,420.00 |
| Adam Belsky (P) | | | | | | | | | | | | | | | | | $ 500.00 | 352.1 | $ 176,050.00 |
| Monique Alonso (P) | | | | | | | | | | | | | | | | | $ 500.00 | 14.6 | $ 7,300.00 |
| Christopher Kurby (OC) | | | | | | | | | | | | | | | | | $ 450.00 | 211.7 | $ 95,265.00 |
| Susan Cohn (A) | | | | | | | | | | | | | | | | | $ 375.00 | 230.1 | $ 86,287.50 |
| Andrew Catterall (A) | | | | | | | | | | | | | | | | | $ 325.00 | 51.8 | $ 16,835.00 |
| **ATTORNEY TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 1416.0 | $ 715,157.50 |
| **PARALEGALS** | | | | | | | | | | | | | | | | | | | |
| Larry Nelson | | | | | | | | | | | | | | | | | $ 120.00 | 14.5 | $ 1,740.00 |
| Vanessa Bol! nglton | | | | | | | | | | | | | | | | | $ 120.00 | 44.8 | $ 5,376.00 |
| **PARALEGAL TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 59.3 | $ 7,116.00 |
| **OVERALL TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 1475.3 | $ 722,273.50 |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Gross Belsky Alonso LLP**

**YEAR 2006**

## ABA TASK CODES

| | | |
|---|---|---|
| L110 Fact Investigation/Development | L210 Pleadings | L310 Written Discovery |
| L120 Analysis/Strategy | L230 Court Mandated Conferences | L320 Document Production |
| L130 Experts/Consultants | L240 Dispositive Motions | L330 Depositions |
| L140 Document/File Management | L250 Other Written Motions and Subs | L340 Expert Discovery |
| L160 Settlement/Non-Binding ADR | L260 Class Action Certification and Notice | L350 Discovery Motions |
| L190 Other Case Assessment, Devel., and Admin. | | L360 Travel |

## POSITIONS

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | L110 | L120 | L130 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L260 | L310 | L320 | L330 | L340 | L350 | L360 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Gross (P) | | | | | | | | | | | | | | | | | | $ 625.00 | 850.2 | $ 531,375.00 |
| Adam Belsky (P) | | | | | | | | | | | | | | | | | | $ 575.00 | 1282.1 | $ 737,207.50 |
| Monique Alonso (P) | | | | | | | | | | | | | | | | | | $ 575.00 | 219.6 | $ 126,270.00 |
| Susan Cohn (A) | | | | | | | | | | | | | | | | | | $ 400.00 | 1532.8 | $ 613,120.00 |
| Andrew Caterall (A) | | | | | | | | | | | | | | | | | | $ 350.00 | 1972.6 | $ 690,410.00 |
| Mary Cuniff (A) | | | | | | | | | | | | | | | | | | $ 300.00 | 187.0 | $ 56,100.00 |
| Steven Coskie (A) | | | | | | | | | | | | | | | | | | $ 350.00 | 41.9 | $ 14,665.00 |
| **ATTORNEY TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 6086.2 | $ 2,769,147.50 |
| **PARALEGALS** | | | | | | | | | | | | | | | | | | | 0.0 | |
| Mara Cheng | | | | | | | | | | | | | | | | | | $ 120.00 | 154.4 | $ 18,528.00 |
| **PARALEGAL TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 154.4 | $ 18,528.00 |
| **OVERALL TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 6240.6 | $ 2,787,675.50 |

# TIME REPORT (DRAM CLASS)

FIRM NAME:  Gross Belsky Alonso LLP

YEAR 2007

**ABA TASK CODES**

| | | |
|---|---|---|
| L110 Fact Investigation/Development | L210 Pleadings | L310 Written Discovery |
| L120 Analysis/Strategy | L230 Court Mandated Conferences | L320 Document Production |
| L130 Experts/Consultants | L240 Dispositive Motions | L330 Depositions |
| L140 Document/File Management | L250 Other Written Motions and Subs | L340 Expert Discovery |
| L160 Settlement/Non-Binding ADR | L260 Class Action Certification and Notice | L350 Discovery Motions |
| L190 Other Case Assessment, Devel., and Admin. | | L360 Travel |

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | L110 | L120 | L130 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L260 | L310 | L320 | L330 | L340 | L350 | L360 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Gross (P) | | | | | | | | | | | | | | | | | | $ 625.00 | 472.5 | $ 295,312.50 |
| Adam Belsky (P) | | | | | | | | | | | | | | | | | | $ 575.00 | 398.0 | $ 228,850.00 |
| Monique Alonso (P) | | | | | | | | | | | | | | | | | | $ 575.00 | 6.8 | $ 3,910.00 |
| Susan Cohn (A) | | | | | | | | | | | | | | | | | | $ 425.00 | 6.9 | $ 2,932.50 |
| Andrew Catterall (A) | | | | | | | | | | | | | | | | | | $ 350.00 | 191.0 | $ 66,850.00 |
| Mary Cunniff (A) | | | | | | | | | | | | | | | | | | $ 350.00 | 22.6 | $ 7,910.00 |
| ATTORNEY TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 1097.8 | $ 605,765.00 |
| PARALEGALS | | | | | | | | | | | | | | | | | | | | |
| Mara Cheng | | | | | | | | | | | | | | | | | | $ 150.00 | 41.8 | $ 6,270.00 |
| PARALEGAL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 41.8 | $ 6,270.00 |
| OVERALL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 1139.6 | $ 612,035.00 |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Gross Belsky Alonso LLP**

**YEAR 2008**

**ABA TASK CODES**

| | | | POSITIONS |
|---|---|---|---|
| L110 Fact Investigation/Development | L210 Pleadings | L310 Written Discovery | P-Partner |
| L120 Analysis/Strategy | L230 Court Mandated Conferences | L320 Document Production | OC-Of Counsel |
| L130 Experts/Consultants | L240 Dispositive Motions | L330 Depositions | A-Associate |
| L140 Document/File Management | L250 Other Written Motions and Subs | L340 Expert Discovery | LC-Law Clerk |
| L160 Settlement/Non-Binding ADR | L260 Class Action Certification and Notice | L350 Discovery Motions | PL-Paralegal |
| L190 Other Case Assessment, Devel., and Admin. | | L360 Travel | |

| ATTORNEY | L110 | L120 | L130 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L260 | L310 | L320 | L330 | L340 | L350 | L360 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Gross (P) | | | | | | | | | | | | | | | | | | $ 625.00 | 215.8 | $ 124,875.00 |
| Adam Belsky (P) | | | | | | | | | | | | | | | | | | $ 575.00 | 482.6 | $ 277,495.00 |
| Monique Alonso (P) | | | | | | | | | | | | | | | | | | $ 575.00 | 31.4 | $ 18,055.00 |
| Andrew Catterall (A) | | | | | | | | | | | | | | | | | | $ 375.00 | 0.7 | $ 262.50 |
| Mary Cunniff (A) | | | | | | | | | | | | | | | | | | $ 375.00 | 12.9 | $ 4,837.50 |
| ATTORNEY TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 743.4 | $ 435,525.00 |
| PARALEGALS | | | | | | | | | | | | | | | | | | | 0.0 | |
| | | | | | | | | | | | | | | | | | | | | $ - |
| PARALEGAL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.0 | $ - |
| OVERALL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 743.4 | $ 435,525.00 |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Gross Belsky Alonso LLP**

**YEAR 2009**

**ABA TASK CODES**

| | | | |
|---|---|---|---|
| L110 Fact Investigation/Development | L210 Pleadings | L310 Written Discovery | **POSITIONS** |
| L120 Analysis/Strategy | L230 Court Mandated Conferences | L320 Document Production | P-Partner |
| L130 Experts/Consultants | L240 Dispositive Motions | L330 Depositions | OC-Of Counsel |
| L140 Document/File Management | L250 Other Written Motions and Subs | L340 Expert Discovery | A-Associate |
| L160 Settlement/Non-Binding ADR | L260 Class Action Certification and Notice | L350 Discovery Motions | LC-Law Clerk |
| L190 Other Case Assessment, Devel., and Admin. | | L360 Travel | PL-Paralegal |

| ATTORNEY | L110 | L120 | L130 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L260 | L310 | L320 | L330 | L340 | L350 | L360 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Gross (P) | | | | | | | | | | | | | | | | | | $ 650.00 | 309.6 | $ 201,240.00 |
| Adam Belsky (P) | | | | | | | | | | | | | | | | | | $ 575.00 | 616.4 | $ 354,430.00 |
| Monique Alonso (P) | | | | | | | | | | | | | | | | | | $ 575.00 | 4.5 | $ 2,587.50 |
| Erik Shawn (A) | | | | | | | | | | | | | | | | | | $ 425.00 | 28.9 | $ 12,282.50 |
| Ben Feuer (A) | | | | | | | | | | | | | | | | | | $ 375.00 | 59.5 | $ 22,312.50 |
| Mary Cunniff (A) | | | | | | | | | | | | | | | | | | $ 375.00 | 3.8 | $ 1,425.00 |
| ATTORNEY TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 1022.7 | $ 594,277.50 |
| PARALEGALS | | | | | | | | | | | | | | | | | | | | |
| Jessica Dean | | | | | | | | | | | | | | | | | | $ 150.00 | 24.2 | $ 3,630.00 |
| PARALEGAL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 24.2 | $ 3,630.00 |
| OVERALL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 1046.9 | $ 597,907.50 |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Gross Belsky Alonso LLP**

**YEAR 2010**

**ABA TASK CODES**

| | | | |
|---|---|---|---|
| L110 Fact Investigation/Development | L210 Pleadings | L310 Written Discovery | **POSITIONS** |
| L120 Analysis/Strategy | L230 Court Mandated Conferences | L320 Document Production | P-Partner |
| L130 Experts/Consultants | L240 Dispositive Motions | L330 Depositions | OC-Of Counsel |
| L140 Document/File Management | L250 Other Written Motions and Subs | L340 Expert Discovery | A-Associate |
| L160 Settlement/Non-Binding ADR | L260 Class Action Certification and Notice | L350 Discovery Motions | LC-Law Clerk |
| L190 Other Case Assessment, Devel., and Admin. | | L360 Travel | PL-Paralegal |

| ATTORNEY | L110 | L120 | L130 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L260 | L310 | L320 | L330 | L340 | L350 | L360 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Gross (P) | | | | | | | | | | | | | | | | | | $ 650.00 | 175.6 | $ 114,140.00 |
| Adam Belsky (P) | | | | | | | | | | | | | | | | | | $ 575.00 | 100.6 | $ 57,845.00 |
| **ATTORNEY TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 276.2 | $ 171,985.00 |
| **PARALEGALS** | | | | | | | | | | | | | | | | | | | | |
| Jessie Dean | | | | | | | | | | | | | | | | | | $ 150.00 | 12.8 | 1,920.00 |
| **PARALEGAL TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 12.8 | $ 1,920.00 |
| **OVERALL TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 289.0 | $ 173,905.00 |

# TIME REPORT (DRAM CLASS)

FIRM NAME:  Gross Belsky Alonso LLP

YEAR 2011

**ABA TASK CODES**

| | | |
|---|---|---|
| L110 Fact Investigation/Development | L210 Pleadings | L310 Written Discovery |
| L120 Analysis/Strategy | L230 Court Mandated Conferences | L320 Document Production |
| L130 Experts/Consultants | L240 Dispositive Motions | L330 Depositions |
| L140 Document/File Management | L250 Other Written Motions and Subs | L340 Expert Discovery |
| L160 Settlement/Non-Binding ADR | L260 Class Action Certification and Notice | L350 Discovery Motions |
| L190 Other Case Assessment, Devel., and Admin. | | L360 Travel |

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | L110 | L120 | L130 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L260 | L310 | L320 | L330 | L340 | L350 | L360 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Gross (P) | | | | | | | | | | | | | | | | | | $ 700.00 | 180.7 | $ 126,490.00 |
| Adam Belsky (P) | | | | | | | | | | | | | | | | | | $ 600.00 | 103.2 | $ 61,920.00 |
| ATTORNEY TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 283.9 | $ 188,410.00 |
| PARALEGALS | | | | | | | | | | | | | | | | | | | | |
| Jessica Dean | | | | | | | | | | | | | | | | | 0.00 | $ 150.00 | 3.7 | $ 555.00 |
| PARALEGAL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 3.7 | $ 555.00 |
| OVERALL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 287.6 | $ 188,965.00 |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Gross Belsky Alonso LLP**

**YEAR 2012**

**ABA TASK CODES**

| | | |
|---|---|---|
| L110 Fact Investigation/Development | L210 Pleadings | L310 Written Discovery |
| L120 Analysis/Strategy | L230 Court Mandated Conferences | L320 Document Production |
| L130 Experts/Consultants | L240 Dispositive Motions | L330 Depositions |
| L140 Document/File Management | L250 Other Written Motions and Subs | L340 Expert Discovery |
| L160 Settlement/Non-Binding ADR | L260 Class Action Certification and Notice | L350 Discovery Motions |
| L190 Other Case Assessment, Devel., and Admin. | | L360 Travel |

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | L110 | L120 | L130 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L260 | L310 | L320 | L330 | L340 | L350 | L360 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Gross (P) | | | | | | | | | | | | | | | | | | $ 700.00 | 80.5 | $ 56,350.00 |
| Adam Belsky (P) | | | | | | | | | | | | | | | | | | $ 600.00 | 82.7 | $ 49,620.00 |
| **ATTORNEY TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 163.2 | $ 105,970.00 |
| **PARALEGALS** | | | | | | | | | | | | | | | | | | | | |
| Jessica Dean | | | | | | | | | | | | | | | | | | $ 150.00 | 126.1 | $ 18,915.00 |
| **PARALEGAL TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 126.1 | $ 18,915.00 |
| **OVERALL TOTALS:** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 289.3 | $ 124,885.00 |

# TIME REPORT (DRAM CLASS)

**FIRM NAME:  Gross Belsky Alonso LLP**

**YEAR 2013**

**ABA TASK CODES**

| | | |
|---|---|---|
| L110 Fact Investigation/Development | L210 Pleadings | L310 Written Discovery |
| L120 Analysis/Strategy | L230 Court Mandated Conferences | L320 Document Production |
| L130 Experts/Consultants | L240 Dispositive Motions | L330 Depositions |
| L140 Document/File Management | L250 Other Written Motions and Subs | L340 Expert Discovery |
| L160 Settlement/Non-Binding ADR | L260 Class Action Certification and Notice | L350 Discovery Motions |
| L190 Other Case Assessment, Devel., and Admin. | | L360 Travel |

**POSITIONS**

P-Partner
OC-Of Counsel
A-Associate
LC-Law Clerk
PL-Paralegal

| ATTORNEY | L110 | L120 | L130 | L140 | L160 | L190 | L210 | L230 | L240 | L250 | L260 | L310 | L320 | L330 | L340 | L350 | L360 | HOURLY RATES | HOURS | LODESTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Terry Gross (P) | | | | | | | | | | | | | | | | | | $ 800.00 | 9.0 | $ 7,200.00 |
| Adam Belsky (P) | | | | | | | | | | | | | | | | | | $ 700.00 | 16.8 | $ 11,760.00 |
| ATTORNEY TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 25.8 | $ 18,960.00 |
| PARALEGALS | | | | | | | | | | | | | | | | | | | | |
| (PL) | | | | | | | | | | | | | | | | | | | | $ - |
| PARALEGAL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 0.0 | $ - |
| OVERALL TOTALS: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | 25.8 | $ 18,960.00 |

# EXHIBIT 3

# EXPENSE REPORT (DRAM CLASS)

**FIRM:**   **Gross Belsky Alonso LLP**

**MONTHLY TIME PERIOD: Inception through July 2013**

| DESCRIPTION | CUMULATIVE EXPENSES |
|---|---|
| Court Fees and Service of Process | $ 1,487.80 |
| Expert Services | $ - |
| Postage/Express Delivery | $ 2,575.70 |
| Court Reporters/Transcripts | $ - |
| Investigation | $ - |
| Computerized Research | $ 35,361.38 |
| Messenger Delivery | $ 1,498.69 |
| Photocopies - In House | $ 14,687.18 |
| Photocopies - Outside | $ 1,832.50 |
| Telephone/Facsimile | $ 40,947.53 |
| Travel: Airfare, Ground Travel, Meals, Lodging | $ 32,653.90 |
| Miscellaneous/Other | $ 276,740.60 |
| | |
| | |
| **TOTALS** | $ 407,785.28 |

**Schedule A**
Court Fees (filing, etc.)

| Date | Description | Amount |
|------|-------------|--------|
| 8/19/2002 | Complaint filing fee. | $350.00 |
| 11/30/2002 | Fax & File  invoice 0769171 | $375.00 |
| 10/13/2004 | courtroom connect fee | $199.00 |
| 12/30/2004 | Motion fee | $72.60 |
| 1/19/2005 | court call | $90.00 |
| 6/30/2006 | court call on 5/5/06 | $41.20 |
| 3/21/2007 | filing fee | $20.00 |

**Total:  $ 1,147.80**

**Schedule B**
Experts/Consultants

| Date | Description | Amount |
|------|-------------|--------|
|      |             |        |

**Total:  $ 0.00**

Schedule C
Federal Express

| Date | Description | Amount |
|------|-------------|--------|
| 6/25/2002 | Federal Express invoice 4-267-43926. | $22.00 |
| 9/30/2002 | Federal Express invoice 4-410-28942. | $42.61 |
| 4/21/2003 | Federal Express Invoice 4-651-97222. | $10.82 |
| 11/3/2004 | FedEx to State Bar of California | $12.49 |
| 5/9/2005 | FedEx to T. Gross in New York | $14.29 |
| 5/31/2005 | FedEx on 4/29/05 to T. Gross in New York | $20.77 |
| 12/3/2005 | FedEx to Hughes MSC | $34.62 |
| 12/31/2005 | FedEx to Rachel Weidinger on 10/20/05 | $15.22 |
| 1/11/2006 | FedEx to Douglas Barnes | $12.82 |
| 1/31/2006 | FedEx to Daniel J. Mogin on 12/27/05 | $13.10 |
| 4/5/2006 | FedEx to ABC Accounts | $23.01 |
| 8/3/2006 | FedEx to Daniel C. Hedlund | $30.96 |
| 8/3/2006 | FedEx to Jim McClave | $20.45 |
| 8/4/2006 | FedEx to Craig Corbitt | $11.63 |
| 8/4/2006 | FedEx to Daniel Mogin | $17.64 |
| 8/4/2006 | FedEx to Jim McClave/Paul Manning | $18.19 |
| 8/4/2006 | FedEx to John Connor | $20.29 |
| 8/4/2006 | FedEx to Joseph Goldberg | $18.19 |
| 8/4/2006 | FedEx to Kevin O'Connor | $17.20 |
| 8/4/2006 | FedEx to Rimothy Battin | $20.45 |
| 8/4/2006 | FedEx to Roger Bohn | $19.74 |
| 8/31/2006 | FedEx to Adam Belsky in Taipei on 7/10/06 | $135.30 |
| 8/31/2006 | FedEx to Adam Belsky in Taipei on 7/10/06 | $81.29 |
| 9/8/2006 | FedEx to Daniel Hedlund | $19.78 |
| 9/8/2006 | FedEx to Zachry Ives | $18.35 |
| 9/30/2006 | FedEx to Craig Corbitt on 8/25/06 | $11.63 |
| 9/30/2006 | FedEx to Daniel Mogin on 8/25/06 | $16.07 |
| 9/30/2006 | FedEx to Jim McClave on 8/25/06 | $18.19 |
| 9/30/2006 | FedEx to John Connor on 8/25/06 | $20.29 |
| 9/30/2006 | FedEx to Joseph Goldberg on 8/25/06 | $24.74 |
| 9/30/2006 | FedEx to Kevin O'Connor on 9/25/06 | $17.20 |
| 9/30/2006 | FedEx to Paul Manning on 8/29/06 | $18.19 |
| 9/30/2006 | FedEx to Roger Bohn on 8/29/06 | $28.19 |
| 9/30/2006 | FedEx to Roger Bohn on 8/30/06 | $20.29 |
| 10/11/2006 | FedEx to Shaka Johnson | $16.14 |
| 10/13/2006 | FedEx to Christine Danielson | $16.14 |
| 10/31/2006 | FedEx to Christopher Flack on 10/29/06 | $18.35 |

| | | |
|---|---|---|
| 1/31/2007 | FedEx to Kelly Horne on 11/16/06 | $13.39 |
| 1/31/2007 | FedEx to Renae Steiner on 12/14/06 | $17.52 |
| 7/31/2007 | FedEx to Steve Bergman on 6/22/07 | $17.16 |
| 9/30/2007 | FedEx to Daniel Mogin on 8/17/07 | $27.50 |
| 11/2/2007 | FedEx to Carol Galante | $12.06 |
| 11/2/2007 | FedEx to Claire Axelrad | $12.06 |
| 11/2/2007 | FedEx to Joan Graff | $12.06 |
| 11/2/2007 | FedEx to Chaim Heller | $12.06 |
| 11/5/2007 | FedEx to Brian Adkins | $12.06 |
| 11/6/2007 | FedEx to Roberta Stanley, Mario Salgado, Sister Alice Marie, Paul Castro, Syd Whalley, Chris Schneider, Estella Casas | $160.93 |
| 11/30/2007 | FedEx to Daniel Mogin on 10/30/07 | $16.67 |
| 3/31/2008 | FedEx to Linda Seale on 2/29/08 | $18.23 |
| 2/28/2009 | FedEx to Rowen Holmes on 1/27/09 | $36.52 |
| 10/10/2012 | Fedex to Burns & Levinson | $23.95 |
| 10/10/2012 | Fedex to E. Easterly | $27.08 |
| 10/10/2012 | Fedex to LaCava & Lief | $37.29 |
| 10/11/2012 | Fedex to Cuddy & Lanham | $23.95 |
| 10/11/2012 | Fedex to Frankovitch Anetakis | $23.95 |
| 10/11/2012 | Fedex to Linnan & Fallon | $23.95 |
| 10/11/2012 | Fedex to Mininno Law Office | $23.95 |
| 10/26/2012 | Federal Express | $20.27 |

**Total: $1,469.24**

Schedule D
Court Reporters/Transcripts

| Date | Description | Amount |
|------|-------------|--------|

**Total: $0.00**

Schedule E
Investigation

| Date | Description | Amount |
| --- | --- | --- |

**Total: $0.00**

Schedule F
Lexis/Westlaw/Pacer

| Date | Description | Amount |
|------|-------------|--------|
| 3/31/2003 | Computer assisted research. | $75.11 |
| 4/23/2003 | Computer assisted research. | $149.52 |
| 6/30/2003 | Computer assisted legal research. | $78.71 |
| 1/31/2004 | Computer assisted legal research - January. | $21.59 |
| 2/29/2004 | Computer assisted legal research - February. | $288.27 |
| 2/29/2004 | Computer assisted legal research - February. | $15.41 |
| 3/30/2004 | Computer assisted legal research - March. | $234.00 |
| 7/31/2004 | Computer assisted legal research. | $109.30 |
| 10/31/2004 | Computer assisted legal research. | $96.42 |
| 11/29/2004 | Computer assisted legal research. | $5,767.00 |
| 1/21/2005 | Computer assisted legal research. | $166.98 |
| 1/31/2005 | Computer assisted legal research. | $112.93 |
| 5/31/2005 | Computer assisted legal research. | $45.14 |
| 6/20/2005 | Computer assisted legal research. | $141.00 |
| 7/25/2005 | LexisNexis | $44.97 |
| 7/31/2005 | Computer assisted legal research. | $71.71 |
| 10/1/2005 | Computer assisted legal research. | $410.67 |
| 12/31/2005 | Computer assisted legal research. | $145.56 |
| 1/31/2006 | Computer assisted legal research. | $834.34 |
| 1/31/2006 | Computer assisted legal research. | $27.78 |
| 2/1/2006 | Computer assisted legal research. | $15.19 |
| 2/8/2006 | Computer assisted legal research. | $15.19 |
| 2/28/2006 | Computer assisted legal research. | $570.27 |
| 3/14/2006 | Computer assisted legal research. | $46.26 |
| 3/31/2006 | Computer assisted legal research. | $240.13 |
| 4/30/2006 | Computer assisted legal research. | $616.71 |
| 6/30/2006 | Computer assisted legal research. | $180.04 |
| 6/30/2006 | Computer assisted legal research. | $457.22 |
| 6/30/2006 | Computer assisted legal research. | $23.80 |
| 9/30/2006 | Computer assisted legal research. | $602.64 |
| 9/30/2006 | Computer assisted legal research. | $607.73 |
| 10/31/2006 | Computer assisted legal research. | $978.69 |
| 11/30/2006 | Computer assisted legal research. | $170.75 |
| 1/31/2007 | Computer assisted legal research. | $763.12 |
| 2/28/2007 | Computer assisted legal research. | $114.23 |
| 3/31/2007 | Computer assisted legal research. | $216.89 |

| | | |
|---|---|---|
| 4/30/2007 | Computer assisted legal research. | $14.96 |
| 6/30/2007 | Computer assisted legal research. | $608.59 |
| 7/31/2007 | Computer assisted legal research. | $736.28 |
| 8/31/2007 | Computer assisted legal research. | $127.35 |
| 9/20/2007 | Computer assisted legal research. | $192.50 |
| 12/31/2007 | Computer assisted legal research. | $17.49 |
| 12/31/2007 | Computer assisted legal research. | $531.99 |
| 12/31/2007 | Computer assisted legal research. | $26.24 |
| 1/31/2008 | Computer assisted legal research. | $2.05 |
| 4/30/2008 | Computer assisted legal research. | $637.31 |
| 4/30/2008 | Computer assisted legal research. | $978.11 |
| 8/31/2008 | Computer assisted legal research. | $49.71 |
| 8/31/2008 | Computer assisted legal research. | $85.18 |
| 12/31/2008 | Computer assisted legal research. | $762.52 |
| 1/31/2009 | Computer assisted legal research. | $463.95 |
| 2/28/2009 | Computer assisted legal research. | $1,666.00 |
| 3/17/2009 | Computer assisted legal research. | $125.00 |
| 3/31/2009 | Computer assisted legal research. | $937.45 |
| 4/30/2009 | Computer assisted legal research. | $1,536.84 |
| 5/31/2009 | Computer assisted legal research. | $116.35 |
| 6/30/2009 | Computer assisted legal research. | $192.80 |
| 7/31/2009 | Computer assisted legal research. | $887.36 |
| 8/31/2009 | Computer assisted legal research. | $115.69 |
| 9/30/2009 | Computer assisted legal research. | $110.91 |
| 10/31/2009 | Computer assisted legal research. | $835.36 |
| 2/28/2010 | Computer assisted legal research. | $60.64 |
| 6/30/2010 | Computer assisted legal research. | $43.81 |
| 6/30/2010 | Computer assisted legal research. | $23.36 |
| 7/31/2010 | Computer assisted legal research. | $0.98 |
| 11/30/2010 | Computer assisted legal research. | $487.98 |
| 11/30/2010 | Computer assisted legal research. | $340.92 |
| 12/1/2010 | Computer assisted legal research. | $6.35 |
| 12/31/2010 | Computer assisted legal research. | $514.48 |
| 1/3/2011 | Computer assisted legal research. | $686.03 |
| 1/3/2011 | Computer assisted legal research. | $22.64 |
| 1/3/2011 | Computer assisted legal research. | $19.28 |
| 1/3/2011 | Computer assisted legal research. | $19.28 |
| 3/31/2011 | Computer assisted legal research. | $1.12 |
| 5/1/2011 | Computer assisted legal research. | $106.92 |
| 5/1/2011 | Computer assisted legal research. | $7.64 |
| 6/1/2011 | Computer assisted legal research. | $164.43 |

| Date | Description | Amount |
|---|---|---|
| 7/1/2011 | Computer assisted legal research. | $123.76 |
| 7/1/2011 | Computer assisted legal research. | $13.36 |
| 7/1/2011 | Computer assisted legal research. | $2.88 |
| 7/1/2011 | Computer assisted legal research. | $2.80 |
| 8/1/2011 | Computer assisted legal research. | $222.46 |
| 9/1/2011 | Computer assisted legal research. | $102.45 |
| 10/1/2011 | Computer assisted legal research. | $19.60 |
| 10/1/2011 | Computer assisted legal research. | $111.00 |
| 12/1/2011 | Computer assisted legal research. | $618.73 |
| 2/1/2012 | Computer assisted legal research. | $85.50 |
| 3/1/2012 | Lexis Nexis | $33.94 |
| 3/1/2012 | West | $2.76 |
| 3/14/2012 | Computer assisted legal research. | $14.95 |
| 4/1/2012 | Pacer 1/1 - 3/31/12 | $0.48 |
| 4/1/2012 | Thomson Reuters - March 2012 | $1.56 |
| 5/1/2012 | Lexis Nexis | $171.00 |
| 5/1/2012 | Lexis Nexis | $151.98 |
| 6/1/2012 | Lexis Nexis June | $82.57 |
| 6/1/2012 | Lexisnexis June | $171.00 |
| 7/1/2012 | Pacer 2nd quarter 2012 | $33.90 |
| 7/1/2012 | Pacer 2nd quarter 2012 | $335.70 |
| 8/1/2012 | LexisNexis July 2012 | $995.00 |
| 11/1/2012 | Lexis Nexis August 2012 | $995.00 |
| 11/1/2012 | Lexis Nexis September 2012 | $390.66 |
| 11/1/2012 | Lexis Nexis September 2012 | $80.00 |
| 11/16/2012 | Lexis Nexis October 2012 | $3.13 |
| 11/16/2012 | Pacer July - September 2012 | $0.60 |
| 11/16/2012 | Pacer July - September 2012 | $0.60 |
| 12/1/2012 | Lexis Nexis Nov 2012 | $100.24 |
| 12/1/2012 | Lexis Nexis Nov 2012 Courtlink | $178.00 |
| 1/1/2013 | Lexis Nexis Courtlink Dec 2012 | $178.00 |
| 1/1/2013 | Lexis Nexis Dec 2012 | $659.41 |
| 1/1/2013 | Lexis Nexis January 2013 | $131.43 |
| 1/1/2013 | Pacer | $0.10 |
| 1/1/2013 | Pacer | $19.50 |
| 2/28/2013 | Lexis Nexis Feb 2013 | $245.98 |
| 4/1/2013 | 3/24/2013 | $24.95 |
| 4/1/2013 | Lexis Nexis March 2013 | $68.37 |
| 4/1/2013 | Pacer research 1st qtr 2013 | $10.20 |
| 7/1/2013 | Lexis Nexis April 2013 | $48.88 |
| 7/1/2013 | Lexis Nexis June 2013 | $99.63 |

| | | |
|---|---|---|
| 7/1/2013 | Lexis Nexis May 2013 | $29.16 |
| 7/1/2013 | Pacer | $23.70 |
| 7/1/2013 | Westlaw research June 2013 | $57.34 |

**Total: $ 35,361.38**

Schedule G
Messenger Delivery

| Date | Description | Amount |
|---|---|---|
| 6/21/2002 | Quest Discovery Services invoice for retrieval of docket and pleadings from San Mateo Superior Court. | $5.00 |
| 8/31/2002 | Silver Bullet invoice 270820. | $59.20 |
| 9/30/2002 | Quest Discovery Services invoice #s SJM202290, SJM202289, LAM200735 & LAM200758.  Service of summons and complaint. | $30.00 |
| 3/12/2003 | Silver Bullet Invoice 293089. | $37.80 |
| 7/18/2003 | Silver Bullet invoice 309072. | $18.00 |
| 1/30/2004 | Silver Bullet, Invoice # 335278 dated 2/4/04, messenger service on 1/30/04 to SF Superior Court, service/delivery on Sheppard Mullin, service/delivery on Pillsbury Winthrop and return of file endorsed copies to Gross & Belsky. | $62.10 |
| 1/31/2005 | Western Messenger to SF Superior on 12/30/04 | $41.25 |
| 1/31/2005 | Silver Bullet to Sheppard Mulin on 12/30/04 & to Pillsbury Winthrop on 12/30/04 | $14.40 |
| 2/21/2005 | courier to SF Superior Court on 1/18/05 | $123.80 |
| 3/3/2005 | Silver Bullet to SF Superior | $24.30 |
| 4/4/2005 | Silver Bullet from SF Superior to Gross & Belsky LLP | $10.50 |
| 4/4/2005 | Silver Bullet to SF Superior Court | $21.00 |
| 4/6/2006 | Silver Bullet to Zelle Hoffman Voelb | $11.69 |
| 4/30/2006 | messenger to California Superior Court 3/6/06 | $27.00 |
| 5/31/2006 | Silver Bullet to Cooper & Kirkham on 4/25/06 | $8.61 |
| 6/1/2006 | Silver Bullet to Northern District | $15.68 |
| 6/1/2006 | Silver Bullet to Topel & Goodman | $9.53 |
| 6/30/2006 | Silver Bullet to SF Superior Court on 5/31/06 | $10.76 |
| 8/31/2006 | Silver Bullet to SF Superior Court on 7/21/06 | $15.68 |
| 11/9/2006 | Western Messenger to Cooper & Kirkham | $8.05 |
| 3/21/2007 | messenger from SF Superior Court to Gross & Belsky, LLP | $12.00 |
| 3/21/2007 | messenger to SF Superior Court | $62.60 |
| 6/21/2007 | messenger to and from Cooper & Kirkham and to and from Gross & Belxky LLP | $13.50 |
| 6/25/2007 | messenger to SF Superior Court | $77.00 |
| 10/4/2007 | messenger to Dept. #304/Judge Kramer | $4.80 |
| 3/31/2008 | messenger to and from SF Superior court on 2/22/08 | $71.80 |
| 4/8/2008 | messsenger to Dept 304 | $9.00 |
| 10/2/2008 | messenger to and from SF Superior | $28.80 |
| 2/17/2009 | messenger to and from Appeals 9th Circuit | $66.07 |
| 2/20/2009 | messenger to and from SF Superior court | $143.75 |

| 7/15/2009 | messenger to and from Dept 304 | $82.51 |
| 9/11/2009 | messenger to and from SF Superior Court | $95.00 |
| 10/1/2009 | messenger to and from Appeals 9th Circuit, SF Superior Court, Dept 304 | $124.38 |
| 10/28/2009 | messenger to and from SF Superior Court | $131.25 |
| 10/31/2009 | messenger to and from Appeals on 9/28/09 | $21.88 |

**Total: $1,498.69**

Schedule H
Photocopies- In House

| Date | Description | Amount |
|------|-------------|--------|
| 8/31/2002 | August 2002 copies. | $27.40 |
| 9/30/2002 | September 2002 copies. | $85.00 |
| 10/31/2002 | October 2002 photocopies. | $19.80 |
| 1/30/2003 | January 2003 copies. | $51.60 |
| 2/28/2003 | February 2003 Copies. | $64.80 |
| 3/31/2003 | March 2003 copies. | $216.00 |
| 4/30/2003 | April 2003 Copies. | $6.60 |
| 5/31/2003 | May 2003 Copies. | $3.20 |
| 6/30/2003 | June 2003 Copies. | $19.20 |
| 7/31/2003 | July 2003 Copies. | $63.40 |
| 9/30/2003 | September 2003 Copies. | $15.60 |
| 10/31/2003 | October 2003 Copies. | $1.20 |
| 11/30/2003 | November 2003 Copies. | $38.60 |
| 12/31/2003 | Decemebr 2003 Copies. | $2.60 |
| 1/31/2004 | January 2004 Copies. | $30.00 |
| 2/29/2004 | February 2004 Copies. | $78.20 |
| 3/31/2004 | March 2004 Copies. | $48.80 |
| 4/29/2004 | April 2004 copies | $0.20 |
| 5/27/2004 | May 2004 copies | $82.60 |
| 6/30/2004 | June 2004 copies | $114.60 |
| 7/31/2004 | July 2004 copies | $37.60 |
| 8/31/2004 | August 2004 copies | $7.60 |
| 9/30/2004 | September 2004 copies | $20.00 |
| 10/31/2004 | October 2004 copies | $13.60 |
| 11/30/2004 | November 2004 copies | $42.20 |
| 12/31/2004 | December 2004 copies | $310.40 |
| 1/31/2005 | January copies | $289.40 |
| 2/28/2005 | February copies | $57.80 |
| 3/31/2005 | March copies | $50.40 |
| 4/30/2005 | April copies | $87.00 |
| 5/31/2005 | May copies | $58.20 |
| 6/30/2005 | June copies | $18.40 |
| 7/31/2005 | July copies | $71.60 |
| 8/31/2005 | August copies | $30.80 |
| 1/31/2006 | January copies | $4.62 |
| 1/31/2006 | Copies | $95.40 |

| | | |
|---|---|---|
| 1/31/2006 | Copies | $134.40 |
| 1/31/2006 | Copies | $6.00 |
| 3/2/2006 | copies | $17.58 |
| 3/31/2006 | March copies | $47.60 |
| 4/30/2006 | copies | $5.28 |
| 4/30/2006 | April copies | $1,021.20 |
| 5/31/2006 | Copies n 4/30/06 | $305.32 |
| 5/31/2006 | Copies on 4/7/06 | $820.48 |
| 5/31/2006 | May copies | $274.20 |
| 6/30/2006 | June copies | $2,585.80 |
| 7/31/2006 | July copies | $776.80 |
| 8/31/2006 | August copies | $208.80 |
| 9/30/2006 | September copies | $189.20 |
| 10/31/2006 | October copies | $119.20 |
| 11/30/2006 | November copies | $109.40 |
| 12/31/2006 | December copies | $13.00 |
| 1/31/2007 | Januray copies | $32.60 |
| 2/28/2007 | February copies | $7.40 |
| 3/31/2007 | March copies | $107.60 |
| 4/30/2007 | April copies | $68.80 |
| 5/31/2007 | May copies | $18.20 |
| 6/30/2007 | copies | $33.00 |
| 6/30/2007 | June copies | $235.20 |
| 7/31/2007 | July copies | $11.80 |
| 8/31/2007 | August copies | $11.60 |
| 9/30/2007 | September copies | $7.20 |
| 11/30/2007 | November copies | $142.40 |
| 12/31/2007 | December copies | $29.60 |
| 12/31/2007 | copies | $3.00 |
| 1/31/2008 | January copies | $0.60 |
| 2/29/2008 | February copies | $108.20 |
| 3/31/2008 | March copies | $135.60 |
| 4/30/2008 | April copies | $1,470.00 |
| 5/31/2008 | May copies | $18.40 |
| 6/30/2008 | June copies | $63.20 |
| 7/31/2008 | July copies | $865.80 |
| 8/31/2008 | August copies | $3.40 |
| 9/30/2008 | September copies | $9.20 |
| 10/31/2008 | October copies | $6.40 |
| 11/30/2008 | November copies | $0.60 |
| 12/31/2008 | December copies | $4.80 |

| | | |
|---|---|---|
| 1/31/2009 | January copies | $1.60 |
| 2/28/2009 | February copies | $296.20 |
| 3/31/2009 | March copies | $9.60 |
| 4/30/2009 | April copies | $4.20 |
| 5/31/2009 | May copies | $53.20 |
| 6/30/2009 | June copies | $21.20 |
| 7/31/2009 | July copies | $77.60 |
| 8/31/2009 | August copies | $54.60 |
| 9/30/2009 | September copies | $18.20 |
| 10/31/2009 | October copies | $196.80 |
| 11/30/2009 | November copies | $16.40 |
| 12/31/2009 | December copies | $83.00 |
| 1/31/2010 | January copies | $87.20 |
| 3/31/2010 | March copies | $7.60 |
| 4/30/2010 | April copies | $7.60 |
| 5/31/2010 | May copies | $3.60 |
| 6/30/2010 | June copies | $11.40 |
| 8/30/2010 | August copies | $0.80 |
| 9/30/2010 | September copies | $1.80 |
| 10/31/2010 | copies | $0.75 |
| 10/31/2010 | October copies | $2.40 |
| 11/30/2010 | Copies | $0.25 |
| 11/30/2010 | November copies | $8.60 |
| 12/1/2010 | copies | $9.60 |
| 1/1/2011 | copies | $1.30 |
| 3/31/2011 | March copies | $17.40 |
| 4/1/2011 | copies | $5.00 |
| 4/1/2011 | April copies | $14.10 |
| 6/1/2011 | June copies | $1.30 |
| 7/1/2011 | July copies | $1.70 |
| 8/1/2011 | August copies | $13.20 |
| 9/1/2011 | September copies | $28.70 |
| 10/1/2011 | October copies | $172.00 |
| 2/1/2012 | February copies | $0.50 |
| 2/1/2012 | copies | $0.40 |
| 4/1/2012 | April copies | $7.50 |
| 8/1/2012 | August copies | $1,067.00 |
| 8/1/2012 | copies | $38.60 |
| 9/1/2012 | September copies | $86.10 |
| 11/1/2012 | Copies | $7.30 |
| 11/8/2012 | November copies | $34.30 |

| 12/1/2012 | December copies | $10.80 |
| 1/1/2013 | In house copies | $0.10 |
| 2/28/2013 | February copies | $4.00 |
| 3/31/2013 | March copies | $0.40 |
| 4/1/2013 | April copies | $2.00 |
| 5/1/2013 | May copies | $6.00 |

**Total:  $14,687.18**

Schedule I
Photocopies- Outside

| Date | Description | Amount |
|---|---|---|
| 8/31/2002 | Copy Central invoice #s33472 & 33544. | $64.47 |
| 9/30/2002 | Copy Central invoice 33815. | $18.28 |
| 12/31/2002 | Copy Star 11/30/02. | $25.81 |
| 4/7/2003 | Copy Star invoice 37399. | $6.51 |
| 5/31/2008 | Outside photocopies 4/7/08 | $466.28 |
| 5/31/2008 | Photocopies- Outside | $466.28 |
| 9/30/2009 | Photocopies- Outside | $452.07 |
| 3/31/2011 | color copies | $10.00 |
| 6/1/2011 | Color copies | $8.00 |
| 7/1/2011 | Color copy | $0.20 |
| 9/1/2011 | Color copies | $10.20 |
| 10/1/2011 | Color copies | $0.40 |
| 1/1/2012 | Color copies | $2.60 |
| 12/1/2012 | Color copies | $0.80 |
| 2/28/2013 | color copies | $0.60 |
| 8/2/2013 | Copies | $300.00 |

**Total: $1,832.50**

Schedule J
Postage

| Date | Description | Amount |
|---|---|---|
| 8/31/2002 | August 2002 postage. | $42.72 |
| 9/30/2002 | September 2002 postage. | $47.25 |
| 10/31/2002 | October 2002 postage. | $8.18 |
| 11/5/2002 | November 2002 Postage. | $9.83 |
| 11/30/2002 | November 2002 postage. | $11.62 |
| 1/31/2003 | January 2003 Postage. | $15.03 |
| 2/28/2003 | February 2003 Postage. | $22.24 |
| 3/31/2003 | March 2003 postage. | $31.52 |
| 7/31/2003 | July 2003 Postage. | $16.96 |
| 1/31/2004 | January 2004 Postage. | $31.68 |
| 3/31/2004 | March 2004 Postage. | $4.42 |
| 4/29/2004 | April 2004 Postage | $0.37 |
| 7/31/2004 | July 2004 Postage | $8.46 |
| 12/31/2004 | December 2004 postage | $0.37 |
| 1/31/2005 | January 2005 postage | $42.20 |
| 2/28/2005 | February 2005 postage | $0.60 |
| 3/31/2005 | March 2005 postage | $0.37 |
| 4/30/2005 | April 2005 postage | $0.37 |
| 5/31/2005 | May 2005 postage | $1.43 |
| 7/31/2005 | July 2005 postage | $0.37 |
| 1/31/2006 | Postage | $0.37 |
| 1/31/2006 | Postage | $0.74 |
| 3/31/2006 | Postage | $1.56 |
| 4/30/2006 | Postage | $242.99 |
| 6/30/2006 | Postage | $28.26 |
| 9/30/2006 | Postage | $3.03 |
| 11/30/2006 | Postage | $2.31 |
| 1/31/2007 | Postage | $1.02 |
| 2/28/2007 | Postage | $4.20 |
| 3/31/2007 | Postage | $21.18 |
| 4/30/2007 | Postage | $0.87 |
| 6/30/2007 | Postage | $19.96 |
| 9/30/2007 | Postage | $1.14 |
| 10/31/2007 | postage | $1.38 |
| 11/30/2007 | Postage | $1.55 |
| 2/29/2008 | Postage | $18.56 |

| | | |
|---|---|---|
| 3/31/2008 | Postage | $26.49 |
| 5/31/2008 | Postage | $0.75 |
| 6/30/2008 | Postage | $0.76 |
| 7/31/2008 | Postage | $218.55 |
| 9/30/2008 | postage | $1.93 |
| 12/31/2008 | Postage | $0.77 |
| 1/31/2009 | postage | $1.00 |
| 2/17/2009 | Postage | $94.93 |
| 3/31/2009 | Postage | $0.76 |
| 6/30/2009 | Postage | $4.17 |
| 7/31/2009 | Postage | $8.10 |
| 8/31/2009 | postage | $1.00 |
| 9/30/2009 | postage | $59.98 |
| 10/31/2009 | postage | $39.62 |
| 12/31/2009 | postage | $1.22 |
| 2/28/2010 | postage | $0.88 |
| 4/30/2010 | postage | $0.44 |

**Total: $1,106.46**

Schedule K
Telephone/Fax

| Date | Description | Amount |
|------|-------------|--------|
| 8/21/2002 | Verizon Wireless invoice 1710421642. | $28.70 |
| 8/31/2002 | Verizon Wireless invoice 1711853151. | $3.85 |
| 9/30/2002 | Quest invoice 549433506. | $0.73 |
| 9/30/2002 | September 2002 faxes. | $64.50 |
| 10/31/2002 | October  2002  Faxes. | $11.25 |
| 10/31/2002 | Verizon wireless invoice 1713469073. | $2.80 |
| 11/30/2002 | November 2002 faxes. | $168.75 |
| 12/31/2002 | December 2002 faxes. | $33.75 |
| 12/31/2002 | Verizon Inv 1716732789. | $19.60 |
| 1/28/2003 | Moving Bytes Billing 1/1/03. | $1.05 |
| 1/28/2003 | Moving Bytes Billing 12/1/02. | $0.56 |
| 1/31/2003 | January 2003 Faxes. | $4.50 |
| 2/11/2003 | AT&T February 2003. | $30.00 |
| 2/14/2003 | Moving Bytes Invoice 2/1/03. | $0.18 |
| 2/21/2003 | Verizon Invoice 1720054945. | $3.15 |
| 2/28/2003 | Moving Bytes Invoice 3/1/03. | $0.90 |
| 3/24/2003 | Verizon Wireless Invoice 1761818364. | $43.75 |
| 3/31/2003 | March 2003 faxes. | $90.75 |
| 3/31/2003 | Moving Bytes Invoice 3/1/03. | $1.83 |
| 4/8/2003 | Moving Bytes Invoice 4/1/03. | $4.26 |
| 5/14/2003 | Moving Bytes invoice 5/1/03. | $0.10 |
| 5/22/2003 | Verizon Wireless Invoice 1764075760. | $20.76 |
| 6/19/2003 | Moving Bytes Invoice 6/1/03. | $6.55 |
| 6/30/2003 | Verizon Wireless invoice 1771387376. | $17.50 |
| 7/14/2003 | Moving Bytes 7/1/03 invoice. | $5.08 |
| 7/28/2003 | Verizon Wireless invoice 1775709101. | $12.55 |
| 8/12/2003 | Moving Bytes 8/1/03 invoice. | $1.88 |
| 8/25/2003 | Verizon Wireless invoice 1795650829. | $15.32 |
| 8/29/2003 | August 2003 Faxes. | $6.00 |
| 9/23/2003 | Verizon Wireless invoice 1800940685. | $15.15 |
| 9/30/2003 | September 2003 Faxes. | $3.75 |
| 10/14/2003 | Moving Bytes invoic 032735156. | $13.15 |
| 10/31/2003 | October 2003 Faxes. | $9.75 |
| 10/31/2003 | Verizon Wireless invoice 1815054242. | $8.50 |
| 11/14/2003 | Moving Bytes Invoice  033045158. | $15.30 |
| 11/25/2003 | Verizon Wireless invoice 310224067-0001. | $6.35 |
| 12/5/2003 | Comtech 21 Invoice 033345158. | $4.59 |

| | | |
|---|---|---|
| 12/31/2003 | Verizon Wireless Inv. 1827908207. | $12.15 |
| 1/10/2004 | Telephone charges, Verizon bill dated 1/10/04. | $15.25 |
| 1/31/2004 | January 2004 Faxes. | $57.00 |
| 2/10/2004 | Verizon invoice dated 2/10/04, invoice # 1841046451. | $12.25 |
| 2/29/2004 | February 2004 Faxes. | $63.00 |
| 3/19/2004 | Comtech long distance, invoice no. 040315158 dtd 2/5/04. | $3.46 |
| 3/19/2004 | Comtech long distance, invoice no. 040605158 dated 3/5/04. | $2.08 |
| 4/29/2004 | Faxes April 2004 | $1.50 |
| 4/29/2004 | April telephone | $19.50 |
| 6/30/2004 | June telephone | $15.18 |
| 7/31/2004 | July telephone | $15.10 |
| 8/31/2004 | cell phone August 2004 | $15.20 |
| 10/4/2004 | verizon wireless | $25.20 |
| 10/31/2004 | wireless for Oct /'04 | $9.71 |
| 10/31/2004 | wireless for Sept '04 | $12.56 |
| 12/10/2004 | verizon wireless | $28.07 |
| 12/12/2004 | verizon wireless | $27.50 |
| 12/31/2004 | verizon wireless for 10/10/04 | $25.15 |
| 1/31/2005 | wireless | $35.50 |
| 1/31/2005 | verizon wireless | $22.50 |
| 2/21/2005 | verizon | $17.65 |
| 2/21/2005 | verizon wireless | $30.15 |
| 2/28/2005 | Telephone | $1.50 |
| 3/31/2005 | Telephone | $12.13 |
| 3/31/2005 | Telephone | $28.87 |
| 4/30/2005 | Telephone | $11.36 |
| 4/30/2005 | Telephone | $22.46 |
| 4/30/2005 | Telephone | $15.75 |
| 4/30/2005 | Telephone | $3.00 |
| 4/30/2005 | Telephone | $15.17 |
| 5/31/2005 | long distance | $37.95 |
| 5/31/2005 | Telephone | $17.43 |
| 5/31/2005 | Telephone | $32.50 |
| 6/20/2005 | conference call on 5/26/05 | $73.65 |
| 7/31/2005 | Telephone | $12.64 |
| 7/31/2005 | Telephone | $35.50 |
| 7/31/2005 | Telephone | $32.15 |
| 8/31/2005 | conference on 7/19/05 | $25.80 |
| 8/31/2005 | Telephone | $45.00 |
| 8/31/2005 | Telephone | $9.33 |

| | | |
|---|---|---|
| 8/31/2005 | Telephone | $35.27 |
| 9/30/2005 | conference depot | $140.85 |
| 9/30/2005 | Telephone | $12.17 |
| 9/30/2005 | Telephone | $35.17 |
| 9/30/2005 | Telephone | $15.56 |
| 9/30/2005 | conference depot fee | $140.85 |
| 10/31/2005 | Telephone | $38.50 |
| 10/31/2005 | Telephone | $12.55 |
| 11/30/2005 | Telephone | $12.45 |
| 12/31/2005 | Conference Depot in NOvember 2005 | $229.20 |
| 12/31/2005 | Telephone | $25.50 |
| 12/31/2005 | Telephone | $17.56 |
| 12/31/2005 | Telephone | $30.17 |
| 1/31/2006 | Conference Call on 12/5/05 & 12/10/05 | $14.55 |
| 1/31/2006 | September, October, November, December 2005 | $5.25 |
| 1/31/2006 | Telephone | $25.50 |
| 2/28/2006 | conference calls | $32,355.00 |
| 2/28/2006 | Telephone | $24.07 |
| 2/28/2006 | Telephone | $40.70 |
| 3/31/2006 | conference calls | $52.05 |
| 3/31/2006 | Telephone | $35.50 |
| 3/31/2006 | Telephone | $28.42 |
| 4/30/2006 | conference calls March '06 | $19.95 |
| 4/30/2006 | Telephone | $15.00 |
| 4/30/2006 | Telephone | $85.50 |
| 4/30/2006 | Telephone | $18.00 |
| 4/30/2006 | Telephone | $25.50 |
| 4/30/2006 | Telephone | $27.12 |
| 5/31/2006 | Telephone | $44.25 |
| 6/6/2006 | Telephone | $27.16 |
| 6/30/2006 | conference call on 5/31/06 | $206.85 |
| 6/30/2006 | Telephone | $371.25 |
| 6/30/2006 | Telephone | $25.15 |
| 6/30/2006 | Telephone | $45.72 |
| 6/30/2006 | Telephone | $37.56 |
| 7/31/2006 | conference calls in June 2006 | $70.65 |
| 7/31/2006 | Long distance Years 2004, 22005, 2006 | $442.99 |
| 7/31/2006 | Telephone | $45.25 |
| 7/31/2006 | Telephone | $48.08 |
| 8/31/2006 | conference calls in July 2006 | $222.90 |
| 8/31/2006 | Telephone | $24.00 |

| | | |
|---|---|---|
| 8/31/2006 | conference calls in July 2006 | $222.90 |
| 9/30/2006 | conference calls in August 2006 | $709.20 |
| 9/30/2006 | Telephone | $1.50 |
| 9/30/2006 | Telephone | $55.75 |
| 9/30/2006 | Telephone | $57.50 |
| 9/30/2006 | Telephone | $22.57 |
| 9/30/2006 | Telephone | $21.45 |
| 10/31/2006 | conference calls9/22/06 - 10/3/06 | $33.60 |
| 10/31/2006 | Telephone | $22.17 |
| 10/31/2006 | Telephone | $14.58 |
| 10/31/2006 | Telephone | $1.50 |
| 11/8/2006 | Telephone | $35.50 |
| 11/30/2006 | telephone conferences in October, 2006 | $134.40 |
| 11/30/2006 | Telephone | $30.15 |
| 11/30/2006 | Telephone | $21.32 |
| 11/30/2006 | Telephone | $18.45 |
| 12/20/2006 | Telephone | $19.68 |
| 12/31/2006 | Telephone | $9.00 |
| 1/31/2007 | Telephone | $15.16 |
| 2/28/2007 | Telephone | $16.65 |
| 2/28/2007 | Telephone | $11.12 |
| 2/28/2007 | Telephone | $37.75 |
| 3/16/2007 | Telephone | $27.50 |
| 3/31/2007 | Telephone | $2.25 |
| 3/31/2007 | Telephone | $13.16 |
| 3/31/2007 | Telephone | $15.89 |
| 4/30/2007 | Telephone | $27.50 |
| 5/31/2007 | Telephone | $12.17 |
| 5/31/2007 | Telephone | $22.50 |
| 5/31/2007 | Telephone | $14.05 |
| 5/31/2007 | Telephone | $12.24 |
| 6/30/2007 | Telephone | $14.67 |
| 6/30/2007 | Telephone | $35.00 |
| 6/30/2007 | Telephone | $1.50 |
| 7/3/2007 | Telephone | $35.15 |
| 7/31/2007 | Telephone | $7.44 |
| 7/31/2007 | Telephone | $15.88 |
| 8/31/2007 | Telephone | $27.50 |
| 8/31/2007 | Telephone | $11.60 |
| 9/30/2007 | Telephone | $25.15 |
| 9/30/2007 | Telephone | $6.40 |

| Date | Description | Amount |
|---|---|---|
| 9/30/2007 | Telephone | $13.12 |
| 10/31/2007 | Telephone | $17.24 |
| 10/31/2007 | Telephone | $11.86 |
| 10/31/2007 | Telephone | $15.51 |
| 11/30/2007 | Telephone | $5.89 |
| 11/30/2007 | Telephone | $6.94 |
| 12/31/2007 | Telephone | $7.71 |
| 12/31/2007 | Telephone | $19.04 |
| 12/31/2007 | Telephone | $8.25 |
| 1/31/2008 | Telephone | $9.12 |
| 1/31/2008 | Telephone | $20.18 |
| 1/31/2008 | Telephone | $20.75 |
| 2/29/2008 | Telephone | $3.00 |
| 2/29/2008 | Telephone | $11.24 |
| 2/29/2008 | Telephone | $25.50 |
| 2/29/2008 | Telephone | $30.50 |
| 2/29/2008 | Telephone | $35.50 |
| 3/31/2008 | Telephone | $14.55 |
| 3/31/2008 | Telephone | $27.50 |
| 3/31/2008 | Telephone | $12.01 |
| 4/30/2008 | Telephone | $13.27 |
| 4/30/2008 | Telephone | $15.02 |
| 4/30/2008 | Telephone | $17.68 |
| 4/30/2008 | Telephone | $22.50 |
| 4/30/2008 | Telephone | $34.69 |
| 4/30/2008 | Telephone | $27.50 |
| 4/30/2008 | Telephone | $9.71 |
| 6/30/2008 | Telephone | $0.75 |
| 6/30/2008 | Telephone | $14.40 |
| 6/30/2008 | Telephone | $13.05 |
| 6/30/2008 | Telephone | $5.55 |
| 6/30/2008 | Telephone | $14.27 |
| 6/30/2008 | Telephone | $10.43 |
| 7/31/2008 | Telephone | $3.90 |
| 7/31/2008 | Telephone | $22.50 |
| 8/31/2008 | Telephone | $9.45 |
| 8/31/2008 | Telephone | $6.50 |
| 9/30/2008 | Telephone | $12.65 |
| 9/30/2008 | Telephone | $10.50 |
| 10/31/2008 | conference call September 2008 | $38.12 |
| 10/31/2008 | Telephone | $10.65 |

| Date | Description | Amount |
|---|---|---|
| 10/31/2008 | Telephone | $1.83 |
| 10/31/2008 | Telephone | $2.25 |
| 10/31/2008 | Telephone | $28.25 |
| 11/10/2008 | Telephone | $7.75 |
| 11/30/2008 | facsimile | $1.50 |
| 11/30/2008 | Telephone | $11.97 |
| 12/19/2008 | Telephone | $12.75 |
| 12/31/2008 | Telephone | $0.75 |
| 2/28/2009 | conference call on 1/22/09 | $97.64 |
| 2/28/2009 | Telephone | $37.50 |
| 2/28/2009 | Telephone | $35.50 |
| 2/28/2009 | Telephone | $25.12 |
| 2/28/2009 | Telephone | $29.50 |
| 3/31/2009 | Telephone | $27.50 |
| 4/30/2009 | Telephone | $11.93 |
| 4/30/2009 | Telephone | $1.50 |
| 4/30/2009 | Telephone | $31.50 |
| 4/30/2009 | Telephone | $9.74 |
| 5/31/2009 | Telephone | $3.26 |
| 5/31/2009 | Telephone | $17.50 |
| 5/31/2009 | Telephone | $17.75 |
| 6/30/2009 | Telephone | $0.75 |
| 6/30/2009 | Telephone | $6.82 |
| 6/30/2009 | Telephone | $27.50 |
| 7/31/2009 | Telephone | $1.50 |
| 7/31/2009 | Telephone | $12.71 |
| 7/31/2009 | Telephone | $20.50 |
| 7/31/2009 | Telephone | $12.66 |
| 7/31/2009 | Telephone | $12.60 |
| 8/31/2009 | Telephone | $26.63 |
| 8/31/2009 | Telephone | $22.00 |
| 8/31/2009 | Telephone | $1.50 |
| 9/30/2009 | Telephone | $1.50 |
| 9/30/2009 | Telephone | $25.50 |
| 9/30/2009 | Telephone | $5.50 |
| 10/31/2009 | Telephone | $25.00 |
| 10/31/2009 | Telephone | $12.14 |
| 10/31/2009 | Telephone | $14.17 |
| 10/31/2009 | Telephone | $24.75 |
| 10/31/2009 | Telephone | $10.91 |
| 10/31/2009 | Telephone | $33.12 |

| | | |
|---|---|---:|
| 12/31/2009 | Telephone | $25.00 |
| 12/31/2009 | Telephone | $3.77 |
| 1/31/2010 | Telephone | $6.88 |
| 1/31/2010 | Telephone | $17.52 |
| 1/31/2010 | Telephone | $25.00 |
| 2/28/2010 | Telephone | $10.50 |
| 3/31/2010 | Telephone | $18.29 |
| 3/31/2010 | Telephone | $27.00 |
| 3/31/2010 | Telephone | $27.50 |
| 3/31/2010 | Telephone | $4.04 |
| 4/30/2010 | Telephone | $15.00 |
| 5/31/2010 | Telephone | $5.25 |
| 6/30/2010 | Telephone | $1.81 |
| 6/30/2010 | Telephone | $25.00 |
| 6/30/2010 | Telephone | $22.00 |
| 7/31/2010 | Telephone | $20.00 |
| 8/30/2010 | Telephone | $2.68 |
| 8/30/2010 | Telephone | $4.14 |
| 10/31/2010 | Telephone | $14.14 |
| 10/31/2010 | Telephone | $12.75 |
| 10/31/2010 | Telephone | $3.94 |
| 12/1/2010 | Telephone | $15.44 |
| 12/1/2010 | Telephone | $28.19 |
| 12/1/2010 | Telephone | $32.75 |
| 12/1/2010 | Telephone | $25.27 |
| 12/1/2010 | Telephone | $6.75 |
| 1/1/2011 | Telephone | $15.50 |
| 1/19/2011 | Telephone | $3.80 |
| 2/1/2011 | Telephone | $14.37 |
| 3/1/2011 | Telephone | $25.50 |
| 3/19/2011 | Telephone | $3.92 |
| 4/19/2011 | Telephone | $13.80 |
| 4/21/2011 | Telephone | $12.95 |
| 5/19/2011 | Telephone | $3.50 |
| 6/1/2011 | Telephone | $9.81 |
| 6/1/2011 | Telephone | $15.50 |
| 6/1/2011 | Telephone | $17.25 |
| 7/1/2011 | Telephone | $27.50 |
| 7/16/2011 | Telephone | $14.62 |
| 7/19/2011 | Telephone | $0.41 |
| 7/19/2011 | Telephone | $9.80 |

| | | |
|---|---|---|
| 8/19/2011 | Telephone | $28.64 |
| 9/11/2011 | Telephone | $12.68 |
| 9/19/2011 | Telephone | $3.97 |
| 10/19/2011 | Telephone | $13.64 |
| 11/1/2011 | Telephone | $10.50 |
| 11/1/2011 | Telephone | $12.75 |
| 11/1/2011 | Telephone | $10.25 |
| 11/1/2011 | Telephone | $12.56 |
| 11/1/2011 | Telephone | $13.73 |
| 11/11/2011 | Telephone | $10.42 |
| 12/19/2011 | Telephone | $6.28 |
| 1/11/2012 | Telephone | $11.56 |
| 2/1/2012 | Telephone | $12.45 |
| 2/1/2012 | Telephone | $5.25 |
| 2/16/2012 | Telephone | $11.26 |
| 2/19/2012 | Telephone | $4.09 |
| 3/19/2012 | Telephone | $2.42 |
| 4/19/2012 | Comtech | $3.34 |
| 5/1/2012 | ATT | $4.00 |
| 5/1/2012 | Verizon 3/16 | $19.52 |
| 5/1/2012 | Verizon 4/16 | $12.06 |
| 5/17/2012 | Verizon | $10.47 |
| 5/17/2012 | Verizon | $9.68 |
| 6/16/2012 | Verizon | $12.56 |
| 7/1/2012 | AT & T | $7.50 |
| 8/1/2012 | AT&T wireless | $5.50 |
| 9/1/2012 | Telephone | $7.50 |
| 10/1/2012 | Verizon Jul 17 - Aug 16 | $12.94 |
| 10/1/2012 | Verizon Jun 17 - Jul 16 | $9.63 |
| 10/11/2012 | Verizon Aug 17 - Sep 16 | $15.14 |
| 10/16/2012 | Verizon | $18.55 |
| 12/1/2012 | Verizon 10/17 - 11/16/12 | $12.62 |
| 12/16/2012 | Verizon  1/17- 12/16/12 | $10.62 |
| 1/16/2013 | Verizon | $9.17 |
| 2/16/2013 | Verizon | $9.62 |
| 4/1/2013 | AT&T Feb 2013 | $7.50 |
| 4/1/2013 | Verizon | $7.64 |
| 5/16/2013 | Verizon 4/17 - 5/16 | $7.62 |
| 7/1/2013 | Copper Services conferencing  6/4/2013 | $59.71 |
| 7/1/2013 | Verizon | $12.44 |

7/1/2013   Telephone                                                      $7.50

**Total:  $40,947.53**

Schedule L
Service of Process

| Date | Description | Amount |
|------|-------------|--------|
| 3/31/2006 | fee for subpoena service on 4/4/06 | $45.00 |
| 3/31/2006 | Service of Subpoena to Compass Investigations | $95.00 |
| 3/31/2006 | subpoena service fee on 4/4/06 | $50.00 |
| 3/31/2006 | subpoena service fee on 4/4/06 | $75.00 |
| 3/31/2006 | subpoena service fee on 4/4/06 | $75.00 |

**Total: $ 340.00**

Schedule M
Travel: Airfare, Ground Travel, Meals, Lodging, etc.

| Date | Description | Amount |
|------|-------------|--------|
| 11/19/2002 | Travel to/from hearing in Santa Clara.  Parking/travel/misc. | $69.00 |
| 12/25/2002 | Parking | $11.00 |
| 3/4/2003 | Meal with Dan Mogin, Lisa F., Kieran Rinngenberg; Parking. | $193.24 |
| 3/5/2003 | Parking. | $15.00 |
| 3/14/2003 | Court hearing; Transportation. | $42.00 |
| 4/10/2003 | Court hearing. Transportation and Parking. (T. Gross) | $23.00 |
| 4/11/2003 | Meal with R. Saveri.  (T. Gross) | $28.14 |
| 4/28/2003 | Meal. | $4.65 |
| 7/31/2003 | Parking and toll - TG | $13.00 |
| 8/5/2003 | Parking/Taxi to court - TG | $25.00 |
| 9/10/2003 | Parking and Meal - TG. | $25.00 |
| 9/11/2003 | Parking and tolls - TG | $13.00 |
| 9/16/2003 | Meal with R. Saveri - TG | $76.16 |
| 10/9/2003 | Parking & tolls - TG | $15.00 |
| 10/30/2003 | Parking and tolls. | $15.00 |
| 1/12/2004 | T. Gross, Parking and tolls. | $15.00 |
| 1/14/2004 | T. Gross, Parking and tolls re MDL hearing. | $30.45 |
| 2/4/2004 | Parking and tolls. | $15.00 |
| 2/6/2004 | Parking and tolls. | $15.00 |
| 2/6/2004 | Parking and tolls. | $15.00 |
| 2/10/2004 | Meal with Dan Mogin. | $94.54 |
| 2/11/2004 | Parking and tolls. | $31.00 |
| 3/31/2004 | Adam Belsky, Taxi, 2/12/04. | $28.65 |
| 3/31/2004 | T. Gross, Taxi, 2/2/04. | $6.55 |
| 4/2/2004 | Parking & tolls | $25.50 |
| 4/7/2004 | Parking | $14.00 |
| 4/29/2004 | Meal on 3/30/04 | $115.00 |
| 6/16/2004 | Taxi on 5/2/04 | $36.40 |
| 6/16/2004 | Taxi on 5/4/04 | $36.15 |
| 7/1/2004 | Parking & Tolls | $16.00 |
| 7/31/2004 | Parking & Tolls on 6/28/04 | $16.00 |
| 8/24/2004 | Parking and tolls | $16.00 |
| 9/10/2004 | Parking and tolls | $16.00 |
| 9/13/2004 | Meals | $52.03 |
| 9/14/2004 | Parking and tolls | $16.00 |
| 9/20/2004 | Parking and tolls | $16.00 |

| | | |
|---|---|---|
| 10/4/2004 | Parking & tolls | $16.00 |
| 10/8/2004 | Parking & tolls | $16.00 |
| 10/11/2004 | meeting lunch | $88.17 |
| 10/12/2004 | Parking & tolls | $16.00 |
| 10/19/2004 | Meeting and meal | $140.36 |
| 10/20/2004 | Antitrust conference in LA including meeting, airfare, hotel, Taxi and Parking | $207.00 |
| 10/26/2004 | Parking & tolls | $27.00 |
| 11/3/2004 | Parking & tolls | $16.00 |
| 11/4/2004 | Parking & tolls | $16.00 |
| 11/12/2004 | Parking | $14.00 |
| 11/15/2004 | Parking & tolls | $16.00 |
| 11/17/2004 | Parking | $14.00 |
| 11/22/2004 | Parking | $14.00 |
| 11/29/2004 | Parking | $16.00 |
| 12/1/2004 | Parking | $50.00 |
| 12/14/2004 | Parking | $14.00 |
| 12/17/2004 | Meal | $52.57 |
| 12/21/2004 | Meal & strategy | $349.80 |
| 12/28/2004 | Parking | $28.00 |
| 1/3/2005 | Parking | $60.00 |
| 1/4/2005 | Meal w/JC | $174.79 |
| 1/26/2005 | Meal | $4.49 |
| 2/2/2005 | Meeting, meal and parking | $194.52 |
| 2/3/2005 | Meal | $31.00 |
| 2/21/2005 | Parking on 1/26/05 | $14.00 |
| 2/21/2005 | Parking on 1/3/05 | $14.00 |
| 3/1/2005 | Parking | $20.00 |
| 3/16/2005 | Meal | $26.51 |
| 4/19/2005 | Meal | $84.78 |
| 5/12/2005 | Meal | $28.96 |
| 5/19/2005 | Parking | $14.00 |
| 6/20/2005 | Meal | $37.28 |
| 6/23/2005 | Meal | $93.65 |
| 6/30/2005 | Meal on 4/21/05 | $28.57 |
| 6/30/2005 | Meal on 4/5/05 | $14.86 |
| 6/30/2005 | Meal on 5/13/05 | $66.51 |
| 6/30/2005 | Meal on 5/19/05 | $19.37 |
| 6/30/2005 | meeting Meal on 4/26/05 | $35.95 |
| 6/30/2005 | prking on 4/21/05 | $28.00 |
| 6/30/2005 | travel on 4/21/05 | $25.00 |

| | | |
|---|---|---|
| 6/30/2005 | travel on 4/21/05 | $25.00 |
| 7/12/2005 | Meal | $15.00 |
| 7/12/2005 | Parking | $17.00 |
| 7/13/2005 | Parking & toll | $18.00 |
| 7/14/2005 | Meal | $15.00 |
| 7/14/2005 | Meal w/counsel | $35.00 |
| 7/14/2005 | Parking & toll | $33.00 |
| 7/21/2005 | Meal | $7.60 |
| 8/9/2005 | Meal w/A. Belsky | $29.77 |
| 8/17/2005 | Parking & tolls | $18.00 |
| 10/3/2005 | Meal | $74.35 |
| 10/19/2005 | Meal | $20.81 |
| 10/20/2005 | meeting | $5.00 |
| 10/20/2005 | Parking | $30.00 |
| 10/21/2005 | Meal | $14.00 |
| 10/25/2005 | Meal | $7.60 |
| 10/26/2005 | Meal | $7.60 |
| 10/31/2005 | Meal | $13.00 |
| 10/31/2005 | Meal on 9/15/05 | $183.06 |
| 10/31/2005 | Meal on 9/8/05 | $7.95 |
| 10/31/2005 | Parking & tolls | $75.00 |
| 11/1/2005 | Parking & tolls | $18.00 |
| 11/2/2005 | Meal | $49.40 |
| 11/2/2005 | Parking & tolls | $18.00 |
| 12/6/2005 | Taxi | $14.00 |
| 12/14/2005 | Parking | $14.00 |
| 12/16/2005 | Meal w/RS | $31.25 |
| 12/31/2005 | Meal on 11/16/05 | $54.28 |
| 12/31/2005 | Parking & tolls on 11/4/05 | $22.00 |
| 1/3/2006 | Meal | $12.10 |
| 1/17/2006 | Meal | $14.00 |
| 2/2/2006 | Meal | $50.00 |
| 2/2/2006 | Parking | $14.00 |
| 2/6/2006 | Meal | $19.70 |
| 2/17/2006 | Parking & tolls/misc | $33.50 |
| 2/20/2006 | Meal and Parking | $62.84 |
| 2/28/2006 | Parking | $28.00 |
| 2/28/2006 | Taxi on 1/31/06 | $15.00 |
| 3/1/2006 | Meal | $7.00 |
| 3/2/2006 | Meal | $6.25 |
| 3/6/2006 | Taxi | $14.00 |

| 3/8/2006 | Parking | $4.00 |
|---|---|---|
| 3/10/2006 | Taxi | $16.60 |
| 3/14/2006 | Meal/Parking | $60.36 |
| 3/20/2006 | Meal | $67.28 |
| 3/21/2006 | Meal | $100.34 |
| 3/28/2006 | Meal/prking/toll | $34.00 |
| 3/31/2006 | Meal on 2/19/06 | $10.00 |
| 3/31/2006 | Meal on 2/6/06 | $48.14 |
| 3/31/2006 | Parking on 1/27/06 | $14.00 |
| 3/31/2006 | Parking on 1/9/06 | $4.00 |
| 3/31/2006 | Parking on 2/10/06 | $7.00 |
| 3/31/2006 | Parking on 2/20/06 | $14.00 |
| 3/31/2006 | Parking on 2/8/06 | $20.00 |
| 3/31/2006 | Parking on 2/9/06 | $7.00 |
| 3/31/2006 | prking on 2/6/06 | $17.00 |
| 3/31/2006 | Taxi on 2/17/06 | $14.30 |
| 3/31/2006 | Taxi on 2/7/06 | $12.95 |
| 3/31/2006 | transportation on 2/8/06 | $25.11 |
| 4/6/2006 | Meal | $10.00 |
| 4/6/2006 | Parking | $4.00 |
| 4/10/2006 | Taxi | $12.50 |
| 4/18/2006 | Meal, Parking | $45.55 |
| 4/18/2006 | Travel to Chicago/airfare, Taxi, Meals, hotel | $929.16 |
| 4/19/2006 | Parking | $14.00 |
| 4/20/2006 | Parking & tolls | $31.00 |
| 4/21/2006 | Parking & tolls | $34.00 |
| 4/25/2006 | Meals | $35.50 |
| 4/27/2006 | Parking | $14.00 |
| 4/30/2006 | Meal on 3/29/06 | $14.09 |
| 4/30/2006 | Parking on 3/15/06 | $9.00 |
| 4/30/2006 | Parking on 3/16/06 | $14.00 |
| 4/30/2006 | Taxi on 3/13/06 | $13.40 |
| 4/30/2006 | Taxi on 3/27/06 | $13.40 |
| 5/3/2006 | Parking | $26.00 |
| 5/12/2006 | Parking | $14.00 |
| 5/17/2006 | Parking, travel | $75.00 |
| 6/1/2006 | Meal | $23.29 |
| 6/7/2006 | Parking | $14.00 |
| 6/8/2006 | Taxi | $14.30 |
| 6/14/2006 | Parking | $14.00 |
| 6/22/2006 | Meal | $15.55 |

| Date | Description | Amount |
|------|-------------|--------|
| 6/26/2006 | Parking | $14.00 |
| 6/27/2006 | Meal | $10.18 |
| 6/27/2006 | Taxi | $12.95 |
| 6/28/2006 | Parking | $14.00 |
| 6/29/2006 | Meal | $85.87 |
| 6/29/2006 | Meal | $7.50 |
| 6/29/2006 | Parking | $18.00 |
| 6/29/2006 | Taxi | $14.00 |
| 6/30/2006 | Meal on 5/31/06 | $13.51 |
| 6/30/2006 | Parking on 5/23/06 | $14.00 |
| 6/30/2006 | Parking on 5/24/06 | $14.00 |
| 6/30/2006 | Parking on 5/31/06 | $14.00 |
| 7/5/2006 | Meal | $9.75 |
| 7/5/2006 | Parking | $21.00 |
| 7/6/2006 | travel | $29.10 |
| 7/8/2006 | Parking | $50.00 |
| 7/12/2006 | Parking, tolls, Meal | $60.00 |
| 7/13/2006 | Meals in Taipei | $187.88 |
| 7/15/2006 | Taxis and Meals during Taiwan trip | $691.00 |
| 7/16/2006 | Taxi | $38.65 |
| 7/16/2006 | to Taipei / hotel and Meals | $2,543.73 |
| 7/20/2006 | Airfare, car rental, misc | $334.40 |
| 7/20/2006 | Meals | $358.84 |
| 7/21/2006 | Parking | $17.00 |
| 7/24/2006 | Meal | $10.84 |
| 7/24/2006 | Meal for meeting | $45.60 |
| 7/25/2006 | Meal | $26.64 |
| 7/26/2006 | Meal | $98.13 |
| 7/28/2006 | Meal, Parking, tolls | $53.22 |
| 7/31/2006 | airfare to Taipei | $1,528.00 |
| 7/31/2006 | Meal | $18.90 |
| 7/31/2006 | Meal on 6/12/06 & 6/14/06 | $24.40 |
| 7/31/2006 | Meal on 6/21/06 | $11.28 |
| 7/31/2006 | Meal on 6/23/06 | $4.08 |
| 7/31/2006 | Meal on 6/27/06 | $6.05 |
| 7/31/2006 | Meal on 6/28/06 | $17.11 |
| 7/31/2006 | Parking on 6/14/06 | $14.00 |
| 7/31/2006 | travel, Parking, Meal on 6/30/06 | $51.35 |
| 8/3/2006 | Meal | $6.50 |
| 8/3/2006 | Parking | $17.00 |
| 9/7/2006 | Parking | $22.00 |

| Date | Description | Amount |
|------|-------------|--------|
| 9/14/2006 | Parking | $17.00 |
| 9/18/2006 | Parking & tolls | $40.00 |
| 9/21/2006 | Parking | $17.00 |
| 9/27/2006 | Meal | $52.05 |
| 9/30/2006 | Meal on 8/11/06 | $42.35 |
| 9/30/2006 | Meal on 8/14/06 | $64.55 |
| 9/30/2006 | Parking on 8/10/06 | $16.00 |
| 9/30/2006 | Parking on 8/24/06 | $11.75 |
| 9/30/2006 | Parking on 8/8/06 | $17.00 |
| 9/30/2006 | Parking on 8/9/06 | $17.00 |
| 10/12/2006 | Parking | $4.00 |
| 10/19/2006 | airfare/Parking, Taxi, Meals/hotel | $1,964.02 |
| 10/23/2006 | Meal | $11.00 |
| 10/23/2006 | Parking | $4.00 |
| 10/23/2006 | travel | $17.07 |
| 10/26/2006 | Parking & tolls/Meal | $42.00 |
| 10/27/2006 | Parking & tolls/Meal | $48.50 |
| 10/31/2006 | Meal on 8/22/06 | $30.98 |
| 10/31/2006 | Meal w/RS and Parking & tolls | $68.60 |
| 11/2/2006 | Parking | $4.00 |
| 11/8/2006 | Taxi | $13.60 |
| 11/9/2006 | Parking | $20.00 |
| 11/10/2006 | Parking | $4.00 |
| 11/16/2006 | Parking | $4.00 |
| 11/21/2006 | Parking | $17.00 |
| 11/27/2006 | Meal | $12.00 |
| 12/4/2006 | airfare/Parking/Taxi/Meal in LA for expert committee | $289.50 |
| 12/5/2006 | Meal with lead counsel/Parking | $62.50 |
| 12/5/2006 | Parking | $17.00 |
| 12/6/2006 | Parking | $36.00 |
| 12/7/2006 | Parking/Meal with lead counsel/court hearing | $68.00 |
| 12/31/2006 | airfare/hotel/Taxi/Meals/Parking for Mediation in New York 11/28/06 - 12/1/06 | $1,479.82 |
| 12/31/2006 | Meal on 11/27/06 | $7.60 |
| 12/31/2006 | Meal on 11/9/06 | $10.84 |
| 12/31/2006 | Parking & tolls on 11/6/06 | $25.00 |
| 12/31/2006 | Parking & tolls/court hearing / 11/1/06 | $34.20 |
| 12/31/2006 | Parking on 11/25/06 | $4.00 |
| 12/31/2006 | Parking on 11/28/06 | $15.00 |
| 12/31/2006 | Taxi/hotel/Meals in NY for Depos / 11/8/06 - 11/11/06 | $936.78 |
| 12/31/2006 | Travel / airfare on 10/28/06 - 10/29/06 | $853.20 |

| Date | Description | Amount |
|---|---|---|
| 1/8/2007 | airfare and hotel for Andrew Cattarall | $435.55 |
| 1/9/2007 | Parking | $25.00 |
| 1/10/2007 | Parking/Meal at court hearing | $98.78 |
| 1/31/2007 | Meal on 12/28/06 | $10.31 |
| 1/31/2007 | Parking on 12/21/06 | $17.00 |
| 2/7/2007 | Parking | $17.00 |
| 2/7/2007 | Parking/tolls/Meal | $520.87 |
| 2/13/2007 | Parking | $17.00 |
| 2/28/2007 | Meal on 1/27/07 | $9.60 |
| 2/28/2007 | Mediation / Air Fare, Hotel, Meals, Taxi, Parking for February 18 - 21, 2007 | $1,890.97 |
| 3/7/2007 | Parking & tolls/Meals | $117.00 |
| 3/8/2007 | Parking | $17.00 |
| 3/14/2007 | Meal | $9.85 |
| 3/16/2007 | Meal | $13.53 |
| 3/19/2007 | Meal | $40.83 |
| 3/19/2007 | Parking | $17.00 |
| 3/21/2007 | Parking & tolls for hearing | $37.00 |
| 3/22/2007 | Parking | $17.00 |
| 3/22/2007 | Parking/Meal | $28.50 |
| 3/27/2007 | Meal | $10.83 |
| 4/17/2007 | Parking | $17.00 |
| 5/10/2007 | Parking | $17.00 |
| 6/4/2007 | Meal | $15.49 |
| 6/5/2007 | Parking | $4.00 |
| 6/5/2007 | Parking | $17.00 |
| 6/6/2007 | Meal | $12.66 |
| 6/7/2007 | Parking | $17.00 |
| 6/8/2007 | Meal | $11.58 |
| 6/8/2007 | Parking | $17.00 |
| 6/11/2007 | airfare/Parking/Meal | $418.33 |
| 6/13/2007 | Parking & tolls | $20.00 |
| 6/19/2007 | airfare/car rental/Parking/lodging/Meals | $1,281.51 |
| 6/19/2007 | Parking & tolls | $22.00 |
| 6/22/2007 | Meal/Parking & tols | $34.79 |
| 6/28/2007 | Parking | $17.00 |
| 6/29/2007 | Meal | $21.59 |
| 6/30/2007 | Meal on 5/17/07 | $6.50 |
| 6/30/2007 | Parking on 5/23/07 | $17.00 |
| 6/30/2007 | Parking on 5/31/07 | $17.00 |
| 7/5/2007 | Parking | $17.00 |

| Date | Description | Amount |
|---|---|---|
| 9/10/2007 | Meal | $25.47 |
| 9/30/2007 | Parking on 8/16/07 | $17.00 |
| 9/30/2007 | Parking on 8/22/07 | $17.00 |
| 10/1/2007 | Taxi | $14.10 |
| 10/13/2007 | Parking | $11.00 |
| 12/31/2007 | Meal on 10/26/07 | $40.72 |
| 12/31/2007 | Meal on 11/14/07 | $44.36 |
| 12/31/2007 | Taxi on 10/25/07 | $14.00 |
| 1/11/2008 | Parking | $15.00 |
| 2/5/2008 | Meals | $50.67 |
| 3/10/2008 | Meal | $19.25 |
| 3/11/2008 | Meals | $34.52 |
| 3/12/2008 | Parking | $16.00 |
| 3/13/2008 | Meal | $14.69 |
| 3/17/2008 | Meal | $15.12 |
| 3/19/2008 | Meal | $33.96 |
| 3/19/2008 | Meal | $31.45 |
| 3/19/2008 | Meal w/Corbitt | $51.76 |
| 3/19/2008 | Taxi | $13.65 |
| 3/20/2008 | Meal | $37.34 |
| 3/20/2008 | Meal | $10.40 |
| 3/20/2008 | Meal | $9.00 |
| 3/20/2008 | Taxi | $13.65 |
| 3/21/2008 | Parking | $18.00 |
| 3/25/2008 | Parking | $20.00 |
| 3/31/2008 | Parking on 2/26/08 | $15.00 |
| 3/31/2008 | Parking on 2/27/08 | $19.00 |
| 3/31/2008 | Parking on 2/27/08 | $27.00 |
| 3/31/2008 | Parking on 2/5/08 | $28.00 |
| 4/2/2008 | Parking | $22.00 |
| 4/3/2008 | Meal | $19.42 |
| 4/3/2008 | Parking | $29.50 |
| 4/4/2008 | Meal | $6.24 |
| 4/4/2008 | Parking | $22.00 |
| 4/7/2008 | Taxi to court | $20.00 |
| 4/9/2008 | Meal | $55.17 |
| 4/30/2008 | BART tickets on 3/26/08 | $10.00 |
| 4/30/2008 | Meal on 3/26/08 | $24.23 |
| 4/30/2008 | Parking | $26.00 |
| 5/31/2008 | Meals on 4/7/08 & 4/8/08 | $55.38 |
| 6/30/2008 | Parking on 5/8/08 | $26.00 |

| | | |
|---|---|---|
| 7/31/2008 | Meal on 5/2/08 | $15.94 |
| 8/31/2008 | Meal 6/12/08 | $95.55 |
| 8/31/2008 | Meal on 7/21/08 | $8.95 |
| 8/31/2008 | Parking 7/23/08 - 7/24/08 | $34.50 |
| 9/19/2008 | Meal | $82.70 |
| 11/5/2008 | Parking | $22.00 |
| 11/30/2008 | Meal 10/20/08 | $8.68 |
| 11/30/2008 | Parking 10/30/08 | $28.00 |
| 12/10/2008 | Parking and tolls/court hearing | $29.00 |
| 12/18/2008 | Parking | $61.50 |
| 12/23/2008 | Meals | $9.68 |
| 1/5/2009 | Meals | $32.51 |
| 1/7/2009 | Meals | $29.24 |
| 1/8/2009 | Taxi | $13.65 |
| 1/12/2009 | Meals | $8.41 |
| 1/12/2009 | Taxi | $14.55 |
| 1/13/2009 | Meals | $15.99 |
| 1/13/2009 | Taxi | $13.20 |
| 1/14/2009 | Meals | $9.54 |
| 1/14/2009 | Meals | $51.66 |
| 1/14/2009 | Parking | $31.50 |
| 1/15/2009 | Meals | $20.30 |
| 1/15/2009 | Parking | $12.00 |
| 1/16/2009 | Taxi | $14.55 |
| 1/20/2009 | Parking | $21.50 |
| 1/21/2009 | Parking | $31.50 |
| 1/26/2009 | Taxi | $14.00 |
| 1/27/2009 | Meals | $6.89 |
| 1/27/2009 | Parking | $30.00 |
| 1/29/2009 | Meals | $9.68 |
| 1/29/2009 | Parking | $28.00 |
| 1/30/2009 | Parking | $22.00 |
| 2/2/2009 | Meals | $8.50 |
| 2/2/2009 | Taxi | $13.65 |
| 2/3/2009 | Taxi | $13.65 |
| 2/5/2009 | Meals | $12.10 |
| 2/5/2009 | Parking | $20.00 |
| 2/9/2009 | Meals | $1.65 |
| 2/10/2009 | Meals | $35.00 |
| 2/12/2009 | Meals | $34.50 |
| 2/13/2009 | Meals | $10.78 |

| Date | Description | Amount |
|---|---|---|
| 2/17/2009 | Meals | $35.17 |
| 2/20/2009 | Meals | $12.04 |
| 2/23/2009 | Meals | $16.53 |
| 2/24/2009 | Meals | $8.50 |
| 2/25/2009 | Parking | $28.00 |
| 2/26/2009 | parkin g | $12.00 |
| 3/5/2009 | Parking | $26.00 |
| 3/6/2009 | Parking | $15.00 |
| 3/11/2009 | Meals | $30.59 |
| 3/17/2009 | Parking | $15.00 |
| 3/18/2009 | Meals | $61.83 |
| 3/20/2009 | Meals | $8.50 |
| 3/31/2009 | Taxi | $81.17 |
| 5/20/2009 | Parking | $62.00 |
| 5/27/2009 | Meals | $6.43 |
| 6/2/2009 | Attend States case hearing (prking & Meal) | $52.66 |
| 6/4/2009 | Parking, Meal | $61.23 |
| 6/11/2009 | Meals | $54.09 |
| 6/30/2009 | Meals | $43.52 |
| 7/23/2009 | Parking, Meal | $27.23 |
| 8/31/2009 | Meals | $40.68 |
| 9/2/2009 | Meals | $178.79 |
| 9/17/2009 | Meals | $143.54 |
| 10/1/2009 | Meals | $121.14 |
| 10/1/2009 | Meals | $88.39 |
| 10/5/2009 | Meals | $13.25 |
| 10/14/2009 | Meals | $58.49 |
| 10/31/2009 | Parking & Taxi 9/29/09-10/16/09 | $57.00 |
| 10/31/2009 | Parking, Taxi, Meals 8/7/09 - 9/28/09 | $289.93 |
| 11/30/2009 | Parking on 11/15/09 | $21.00 |
| 11/30/2009 | Parking on 11/17/09 | $13.00 |
| 11/30/2009 | Parking on 11/24/09 | $22.00 |
| 11/30/2009 | Parking on 11/25/09 | $10.00 |
| 12/16/2009 | Parking, Taxi, hotel | $296.73 |
| 12/19/2009 | Parking and meal | $49.00 |
| 12/31/2009 | Meals | $21.20 |
| 1/12/2010 | Parking | $20.00 |
| 5/14/2010 | Meals | $39.77 |
| 9/17/2010 | Meals | $28.00 |
| 9/30/2010 | Meals | $45.00 |
| 9/30/2010 | Parking and Meal on 8/2/10-8/4/10 | $148.00 |

| | | |
|---|---|---|
| 10/21/2010 | Parking on 10/15/10, 10/18/10, 10/19/10, 10/21/10 | $91.50 |
| 10/28/2010 | Parking, toll, misc | $28.50 |
| 10/31/2010 | Parking 9/14/10 | $20.00 |
| 1/3/2011 | Meals | $160.00 |
| 1/3/2011 | Meal and parking | $40.00 |
| 1/3/2011 | Meal and parking | $38.00 |
| 1/14/2011 | Meals | $8.50 |
| 1/14/2011 | Meals | $19.00 |
| 3/1/2011 | Meals | $138.79 |
| 3/8/2011 | Bridge tolls | $56.75 |
| 3/14/2011 | Meals | $34.50 |
| 3/25/2011 | Meals | $33.50 |
| 4/1/2011 | Meals | $25.91 |
| 4/6/2011 | Meals | $222.02 |
| 4/7/2011 | Meals | $32.00 |
| 4/13/2011 | Meals | $26.75 |
| 4/13/2011 | Meals | $7.45 |
| 4/14/2011 | Meals | $7.56 |
| 4/14/2011 | Taxi | $20.00 |
| 4/27/2011 | Meals | $38.67 |
| 5/12/2011 | Meal | $16.35 |
| 6/1/2011 | Meals | $88.05 |
| 6/3/2011 | Meals | $7.95 |
| 6/7/2011 | Meals | $30.95 |
| 6/13/2011 | Meals | $18.75 |
| 6/14/2011 | Meals | $18.75 |
| 6/15/2011 | Meals | $145.55 |
| 6/16/2011 | Meals | $116.39 |
| 6/17/2011 | Meals | $10.20 |
| 6/17/2011 | Meals | $18.26 |
| 6/27/2011 | Meals | $26.67 |
| 6/28/2011 | Meals | $178.54 |
| 6/28/2011 | Parking | $18.00 |
| 7/14/2011 | Meals | $30.20 |
| 7/21/2011 | Meals and Taxi | $29.88 |
| 7/27/2011 | Meals | $25.00 |
| 7/27/2011 | Meals and parking | $151.76 |
| 8/1/2011 | Meals | $111.92 |
| 9/1/2011 | Meals | $24.00 |
| 9/7/2011 | Meals | $79.35 |
| 9/12/2011 | Meals | $14.28 |

| | | |
|---|---|---|
| 9/20/2011 | Meals | $7.95 |
| 10/1/2011 | Meals | $6.97 |
| 10/7/2011 | Meals | $8.25 |
| 10/28/2011 | Meals | $14.25 |
| 12/6/2011 | Meals and parking | $20.00 |
| 12/14/2011 | Taxi | $20.00 |
| 1/23/2012 | Meals | $29.88 |
| 2/7/2012 | Meals and parking | $16.00 |
| 2/28/2012 | Meals | $16.50 |
| 3/2/2012 | Meals and parking | $27.25 |
| 3/8/2012 | Meals | $20.00 |
| 3/9/2012 | Meals | $20.00 |
| 5/4/2012 | Meals | $10.00 |
| 5/9/2012 | Meals | $20.00 |
| 5/17/2012 | Meals | $21.00 |
| 6/1/2012 | Meals | $52.96 |
| 6/4/2012 | Meals and parking | $39.53 |
| 6/6/2012 | Parking | $20.00 |
| 6/14/2012 | Meals | $46.27 |
| 6/15/2012 | Meals and parking | $26.00 |
| 6/21/2012 | Meals | $20.00 |
| 6/25/2012 | Meals | $8.22 |
| 6/27/2012 | Meals and parking | $38.19 |
| 7/11/2012 | Parking | $20.00 |
| 7/18/2012 | Meals | $23.94 |
| 7/25/2012 | Meals | $15.02 |
| 10/1/2012 | Meals | $5.00 |
| 10/1/2012 | Meals and parking | $20.00 |
| 10/1/2012 | Meals and parking | $20.00 |
| 10/1/2012 | Meals and parking | $18.00 |
| 10/1/2012 | Meals and parking | $19.00 |
| 10/1/2012 | Meals | $0.00 |
| 10/1/2012 | Meals | $10.75 |
| 10/1/2012 | Meals | $10.56 |
| 10/1/2012 | Meals | $12.00 |
| 10/8/2012 | Parking | $10.00 |
| 10/10/2012 | Meals | $8.75 |
| 10/10/2012 | Meals | $41.00 |
| 10/18/2012 | Meals | $51.69 |
| 10/26/2012 | Meals | $44.00 |
| 10/29/2012 | Meals | $27.84 |

| | | |
|---|---|---|
| 10/30/2012 | Meals | $17.70 |
| 11/1/2012 | Meals | $37.74 |
| 12/1/2012 | Meals | $38.00 |
| 12/4/2012 | Meals | $9.33 |
| 12/4/2012 | Parking | $10.00 |
| 1/1/2013 | Meals | $11.00 |
| 1/8/2013 | Meals | $40.00 |
| 1/28/2013 | Meals | $47.75 |
| 1/29/2013 | Meals | $33.00 |
| 2/5/2013 | Meals | $6.07 |
| 2/15/2013 | Parking | $6.00 |
| 3/12/2013 | Meals | $52.00 |
| 4/2/2013 | Parking | $10.00 |
| 7/1/2013 | Meals and parking | $213.13 |
| 7/10/2013 | Meals | $51.09 |
| 7/12/2013 | Meals | $38.00 |
| 7/17/2013 | Meals | $7.75 |

**Total:   $32,653.90**

Schedule N
Miscellaneous/Other

| Date | Description | Amount |
|------|-------------|--------|
| 12/19/2005 | DRAM Antitrust Litigation Fund | $25,000.00 |
| 3/14/2006 | Form fees | $46.26 |
| 5/15/2006 | DRAM Antitrust Litigation Fund | $25,000.00 |
| 7/31/2006 | hard drive for Gateway 6/28/06 | $114.16 |
| 12/29/2006 | DRAM Antitrust Litigation Fund | $35,000.00 |
| 6/30/2007 | Mills Library | $675.00 |
| 11/20/2007 | DRAM Antitrust Litigation Fund Assessment | $35,000.00 |
| 11/27/2007 | DRAM Antitrust Litigation Fund Assessment | $35,000.00 |
| 4/14/2009 | DRAM Antitrust Litigation Fund | $10,000.00 |
| 6/23/2009 | Office supplies for DRAM | $25.61 |
| 9/30/2009 | Outside photocopies Sept. 2009 | $452.07 |
| 8/3/2011 | Trademark Fees | $407.00 |
| 9/7/2011 | Trademark Fees | $20.50 |
| 12/30/2011 | DRAM Antitrust Litigation Fund | $30,000.00 |
| 8/5/2013 | DRAM Antitrust Litigation Fund | $80,000.00 |

**Total:   $276,740.60**