UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Master File No. M-02-1486 PJH <br><br> MDL No. 1486 <br><br> [~~PROPOSED~~] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' MOTION TO AUTHORIZE DISTRIBUTION OF SETTLEMENT FUND |
| This Document Relates To: <br><br> *Preis v. Hitachi, Ltd., et al.,* <br> Case No. CV 10-0346 PJH | Judge:      Hon. Phyllis J. Hamilton <br> Courtroom: 3, 3rd Floor |

Direct Purchaser Plaintiffs' Motion to Authorize Distribution of the Settlement Fund ("Motion") came on for hearing on March 26, 2014.

Having considered the Motion, the Declaration of Robin Niemiec in Support of Direct Purchaser Plaintiffs' Motion to Authorize Distribution of Settlement Fund ("Niemiec Declaration"), the Declaration of R. Alexander Saveri in Support of Direct Purchaser Plaintiffs' Motion to Authorize Distribution of Settlement Fund, and all other supporting papers and arguments presented at the hearing, it is hereby ORDERED that:

1. Plaintiffs' Motion is GRANTED.

2. The Court finds that a *pro rata* distribution of the Net Settlement Fund (determined by multiplying each valid claimant's percentage of the total valid claims times the Net Settlement Fund) is fair, adequate and reasonable.

3. The Court further finds that the claims review process, as set forth in the Niemiec Declaration, was fair, adequate and reasonable, providing a full and fair opportunity for potential members of the class to submit a valid claim.

4. Sufficient funds shall be reserved in the Net Settlement Fund for the payment of claims administration costs and taxes.

5. The Court authorizes distribution of the Net Settlement Fund to Authorized Claimants (less the funds reserved for claim administration costs and taxes) as set forth in Exhibit I of the Niemiec Declaration.

IT IS SO ORDERED.

Date: March 21, 2014.



Judge P_____ton
United S_____ ud_e

[PROPOSED] ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' MOTION TO AUTHORIZE DISTRIBUTION OF SETTLEMENT FUND – Master File No. M-02-1486 PJH
-1-