Timothy R. Hanigan
LANG, HANIGAN & CARVALHO, LLP,
21550 Oxnard Street
Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Case No. M-02-1486-PJH<br>MDL No. 1486 |
| This Document Relates to:<br><br>**ALL INDIRECT PURCHASER ACTIONS**<br><br>and<br><br>*State of California et al. v. Infineon Technologies AG, et al.,*<br><br>*State of New York v. Micron Technology, Inc., et al.,*<br><br>*State of California et al. v. Samsung Electronics Co., Ltd., et al.,*<br><br>*State of California et al. v. Winbond Electronics Co.,*<br><br>*Petro Computer Systems, Inc. v. Hitachi, Ltd.,* | **NOTICE OF APPEAL**<br><br>Judge: Hon. Phyllis J. Hamilton<br><br>Case No. C 06-4333 PJH<br>Case No. C 06-6436 PJH<br>Case No. C 07-1347 PJH<br>Case No. C 07-2589 PJH<br>Case No. C 12-5213 PJH<br>Case No. C 12-5214 PJH<br>Case No. C 12-5215 PJH<br>Case No. C 12-5230 PJH<br>Case No. C 12-5229 PJH<br>Case No. C 12-5231 PJH |

*Petro Computer Systems, Inc. v. Mitsubishi Electric Corporation, et. al.,*

*Petro Computer Systems, Inc. v. Toshiba Corporation, et. al.,*

*State of California et al., v. Toshiba Corporation et al.,*

*State of California et al., v. Mitsubishi Electric Corporation, et. al.,*

*State of California et al., v. Hitachi, Ltd.*

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that class members/objectors Sean Kenneth Hull, Raymond Francis Campbell, and Superoxygen, Inc hereby appeal to the United States Court of Appeals for the Ninth Circuit from the following orders and judgments of the United States District Court for the Northern District of California, Oakland Division:

1. Order Granting Award of Attorneys' Fees, Reimbursement of Expenses and Incentive Awards to Plaintiffs; Finally Adopting Special Master's Report and Recommendations, Part III; Final Judgment (Dkt. #2234) entered in this action June 27, 2014 (attached hereto as Exhibit A).

2. Order Granting Final Approval of Settlements, Plans of Distribution and Claims Protocols, Certifying Settlement Classes, Finally Adopting Special Master's Report and Recommendations, Parts I and II; Final Judgment of Dismissal with Prejudice (Dkt. #2235) entered in this action June 27, 2014 (attached hereto as Exhibit B).

Objectors also hereby appeal any order or judgment approving the class settlement, class counsel's attorneys' fees or expenses and/or incentive awards to class representatives, and any order or judgment naming or identifying this objector or the objection filed by this objector, including any entered or signed subsequent to this notice of appeal.

Dated: June 27, 2014                    Respectfully submitted,

/s/ *Timothy R. Hanigan*
Timothy R. Hanigan
LANG, HANIGAN & CARVALHO, LLP,
21550 Oxnard Street
Suite 760
Woodland Hills, California 91367
(818) 883-5644
trhanigan@gmail.com

*Counsel for Class Members/Objectors*

## PROOF OF SERVICE

I hereby certify that on this day I electronically filed this notice of appeal using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

DATED this 1st Day of July, 2014

/s/ *Timothy R. Hanigan*
Timothy R. Hanigan