1  Tracy R. Kirkham (69913)
   John D. Bogdanov (215830)
2  COOPER & KIRKHAM, P.C.
   357 Tehama Street, Second Floor
3  San Francisco, CA 94103
   Telephone: (415) 788-3030
4  Facsimile: (415) 882-7040
   E-mail: trk@coopkirk.com
5           jdb@coopkirk.com

6  *Co-Lead Counsel for Indirect-Purchaser Plaintiffs*

7  [ADDITIONAL COUNSEL ON SIGATURE PAGE]

8

9

10

11

12                    **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                             **OAKLAND DIVISION**

15

| | |
|---|---|
| In re DYNAMIC RANDOM ACCESS MEMORY (DRAM) ANTITRUST LITIGATION | Case No. M-02-1486-PJH<br>MDL No. 1486 |
| This Document Relates to:<br>ALL INDIRECT PURCHASER ACTIONS<br>and<br>*Petro Computer Systems, Inc. v. Hitachi, Ltd.*<br>*Petro Computer Systems, Inc. v. Mitsubishi Electric Corporation, et. al.*<br>*Petro Computer Systems, Inc. v. Toshiba Corporation, et. al.* | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF INDIRECT PURCHASER PLAINTIFFS' REPORT TO THE COURT AND MOTION FOR AN ORDER DIRECTING A DISPOSITION OF LARGE-CLAIMAINT RESIDUAL SETTLEMENT FUNDS**<br><br>Date: September 22, 2022<br>Time: 1:30 p.m.<br>Courtroom: 3, 3rd Floor<br>Judge: Hon. Phyllis J. Hamilton<br><br>Case No. C 12-5213 PJH<br>Case No. C 12-5214 PJH<br>Case No. C 12-5215 PJH |

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Rule 201 of the Federal Rules of Evidence, Indirect Purchaser Plaintiffs, who have filed the Indirect Purchaser Plaintiffs' Report to the Court and Motion for an Order Directing a Disposition of Large-Claimant Residual Settlement Funds, hereby request that the Court take judicial notice of the following documents, true and correct copies of which are attached to the Declaration of John D. Bogdanov in Support of Request for Judicial Notice filed herewith:

- Exhibit 1: "Final Disbursement Order", Dkt. 476, *Sullivan v. DB Investments, Inc.,* Case No. 04-CV-2819 (SRC) (D.N.J.), dated December 22, 2016; and

- Exhibit 2: "Disbursement Order for Supplemental Distribution to Indirect Purchaser Consumer Subclass and Disposition of Residual Funds", Dkt. 482, *Sullivan v. DB Investments, Inc.,* Case No. 04-CV-2819 (SRC) (D.N.J.), dated November 16, 2017 and filed November 17, 2017.

This Court may properly take judicial notice of these documents pursuant to Federal Rule of Evidence 201. "Courts may take judicial notice of facts whose existence is capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *Lyon v. Gila River Indian Community,* 626 F.3d 1059, 1075 (9th Cir. 2010) (internal citations omitted); *Reyn's Pasta Bella, LLC v. Visa USA, Inc.,* 442 F.3d 741, 746 n.6 (9th Cir. 2006) (courts may take judicial notice of court filings and other matters of public record, including pleadings); *Anderson v. American Airlines, Inc.,* No. 08-04195-WHA, 2011 U.S. Dist. LEXIS 24862, *7-8 (N.D. Cal. 2011) (court taking judicial notice of two orders, a complaint, and pretrial memorandum filed in a separate federal court proceeding, and a complaint filed with a state administrative agency).

This request is based on this submission, the accompanying Declaration of John D. Bogdanov, the pleadings and papers on file in this action, and such argument as this Court may allow.

| | | |
|---|---|---|
| 1 | Dated: August 15, 2022 | Respectfully submitted, |
| 2 | | COOPER & KIRKHAM, P.C. |
| 3 | | |
| 4 | | By: /s/ Tracy R. Kirkham<br>   Tracy R. Kirkham |

Tracy R. Kirkham (69913)
John D. Bogdanov (215830)
COOPER & KIRKHAM, P.C.
357 Tehama Street, Second Floor
San Francisco, CA 94103
Telephone:  (415) 788-3030
Facsimile:   (415) 882-7040
trk@coopkirk.com

Timothy D. Battin
Christopher V. Le
BOIESBATTIN LLP
4041 University Drive
Fifth Floor
Fairfax, VA 22030
Telephone: (703) 764-8700
Facsimile: (703) 764-8704
tbattin@straus-boies.com

Daniel J. Mogin (95624)
MOGIN RUBIN
One America Plaza
600 West Broadway, Suite 3300
San Diego, California 92101
Telephone: (619) 687-6611
Facsimile: (619) 687-6610
dmogin@moginrubin.com

Daniel E. Gustafson
Daniel C. Hedlund
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
dgustafson@gustafsongluek.com

*Co-Lead Class Counsel for Indirect-Purchaser Plaintiffs*

Francis O. Scarpulla (41059)
LAW OFFICES OF FRANCIS O. SCARPULLA
3708 Clay Street
San Francisco, CA 94118
Telephone: (415) 751-4193
Facsimile: (415) 608-7050
fos@scarpullalaw.com

*Liaison Counsel, Indirect Purchaser Plaintiffs*

Terry Gross (103878)
GROSS & BELSKY P.C.
201 Spear Street, Suite 1100
San Francisco, California 94105
Telephone: (415) 544-0200
Facsimile: (415) 544-0201
terry@grossbelsky.com

*Chair, Indirect Purchaser Plaintiffs' Executive Committee*